UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
BRIDGETT MCALICE, *individually and on behalf of all* :
*others similarly situated*, :
: 23-cv-10669 (AS)
Plaintiff, :
: ORDER REGARDING
-v- : NOTICE TO PURPORTED
: PLAINTIFF CLASS
THE ESTEE LAUDER COMPANIES, INC., et al., : MEMBERS
:
Defendants. :
:
-----------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

     On December 7, 2023, Plaintiff filed a putative class action on behalf of all investors who purchased or otherwise acquired Estee's common stock between August 18, 2022, and May 2, 2023. Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

     Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

     It is hereby ORDERED that **no later than January 3, 2024**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

     SO ORDERED.

Dated: December 13, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge