| | |
|---|---|
| BRIDGETT MCALICE,<br><br>                 Plaintiff,<br><br>   -against-<br><br>THE ESTEE LAUDER COMPANIES, INC., et al.,<br><br>                Defendants.<br><br>―――――――――――――<br><br>WEST VIRGINIA LABORERS PENSION TRUST FUND,<br><br>                Plaintiff,<br><br>   -against-<br><br>THE ESTEE LAUDER COMPANIES, INC., et al.,<br><br>                Defendants. | 23-cv-10669 (AS),<br>24-cv-468 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    On February 5, 2024, the Court received motions from three different movants seeking to be appointed lead plaintiff in these putative securities-fraud class actions. By February 13, 2024, at 5:00 p.m., any movant may submit an opposition brief, not to exceed 10 pages, opposing the other movants' motions. The Court does not require reply briefs.

    SO ORDERED.

Dated: February 6, 2024
       New York, New York

                                                    _____
                                                    ARUN SUBRAMANIAN
                                                    United States District Judge