UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BRIDGETT MCALICE, et al.,

        Plaintiffs,

    -v-

THE ESTEE LAUDER COMPANIES, INC., et al.,

        Defendants.

23-cv-10669 (AS)

ORDER

-----------------------------------------------------------------------X
WEST VIRGINA LABORERS PENSION TRUST FUND, et al.,

        Plaintiffs,

    -v-

THE ESTEE LAUDER COMPANIES, INC., et al.,

        Defendants.

24-cv-468 (AS)

ORDER

-----------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

      On February 5, 2024, three parties moved to be appointed lead plaintiff in these purported securities-fraud class actions. 23-cv-10669, Dkts. 21, 23, 28. All three also moved to consolidate these actions. *Id.* Under the PSLRA, the Court "shall not" appoint a lead plaintiff "until after the decision on the motion to consolidate is rendered." 15 U.S.C. § 78u-4(a)(3)(B)(ii).

      The cases at issue involve common questions of law and fact. For convenience, expedition, and judicial economy, the Court exercises its discretion to consolidate these cases into a single action. Fed. R. Civ. P. 42(a)(2). The Clerk of Court is directed to consolidate these cases under the case number 23-cv-10669 and to close 24-cv-468.

      SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge