UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORTIA MCCOLLUM, <br><br> Plaintiff, <br><br> -against- <br><br> FABRIZIO FREDA et al., <br><br> Defendants. | 24-cv-716 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      This case has been marked as related to 23-cv-10669 and reassigned to this Court. By March 13, 2024, at 5:00 p.m., Plaintiff shall submit a letter, not to exceed three pages, explaining the relationship between the cases and proposing a plan for how the cases should proceed. In particular, because the Court has already appointed a lead plaintiff in 23-cv-10669, Plaintiff should explain how she plans to proceed with her § 10(b) claim.

      SO ORDERED.

Dated: March 7, 2024
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge