# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Caroline Zalka**
+1 (212) 310-8527
caroline.zalka@weil.com

April 2, 2024

<u>**VIA ECF**</u>

Hon. Arun Subramanian, U.S.D.J
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
Courtroom 15A
500 Pearl Street
New York, NY 10007

Re:     *In re The Estee Lauder Co., Inc. Securities Litigation*, No. 1:23-cv-10669-AS

Dear Judge Subramanian:

We represent defendants The Estée Lauder Companies Inc. ("Estée Lauder"), Fabrizio Freda, and Tracey T. Travis (collectively, "Defendants") in the above-captioned matter.  We write regarding the page limits for Defendants' motion to dismiss, which will be filed on May 3, 2024 under the Court's February 27, 2024 Order (ECF No. 44).

Pursuant to Rule 8(C) of Your Honor's Individual Practices, each memorandum of law in support of a motion to dismiss is limited to 20 pages and reply memoranda are limited to five pages. To streamline and avoid duplication across the three defendants and address the allegations in Lead Plaintiff's 106-page Amended Complaint (ECF No. 47), Defendants have conferred with Lead Plaintiff and we respectfully request the **Court's permission to file (i) an omnibus memorandum of law in support of Defendants' motion to dismiss the Amended Complaint not to exceed 30 pages, (ii) a memorandum of law in opposition to Defendants' motion to dismiss from Lead Plaintiff not to exceed 30 pages, and (iii) a reply in support of Defendants' motion to dismiss the Amended Complaint not to exceed 15 pages.** Defendants and Lead Plaintiff consent to this request, and ask that the Court grant such permission.

We thank the Court for its attention to this matter.

Respectfully submitted,
 */s/ Caroline Hickey Zalka*

 Caroline Hickey Zalka

cc: All counsel of record (by ECF)

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 3, 2024