**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | No. 1:23-cv-10669-AS<br><br>Hon. Arun Subramanian |

**DECLARATION OF CAROLINE HICKEY ZALKA**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Caroline Hickey Zalka, declare the following under penalty of perjury:

1.    I am an attorney duly admitted to practice before this Court and a partner of Weil, Gotshal & Manges LLP, counsel for Defendants The Estée Lauder Companies Inc. ("ELC"), Fabrizio Freda, and Tracey T. Travis (collectively, "Defendants").  I submit this Declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (the "Motion").

2.    True and correct copies of the following documents cited in the accompanying Memorandum of Law in Support of the Motion are attached as exhibits A through Z:

| Exhibit | Description |
|---|---|
| A | Non-Argumentative Chart Pursuant to Section 8.G of the Court's Individual Practices in Civil Cases |
| B | Chart of ELC's Fiscal Calendar |
| C | Transcript of ELC's Earnings Call held on August 18, 2023 |
| D | Transcript of Bernstein Strategic Decisions Conference held on June 1, 2023 |
| E | ELC's Form 10-Q, for the quarterly period ended December 31, 2021, dated February 3, 2022 |
| F | Exhibit 99.1 to ELC's Form 8-K dated February 3, 2022 |

| **Exhibit** | **Description** |
|---|---|
| G | Transcript of ELC's Earnings Call held on May 3, 2022 |
| H | Transcript of ELC's Earnings Call held on February 5, 2019 |
| I | ELC's Annual Report on Form 10-K, for the fiscal year ended June 30, 2019, dated August 23, 2019 (excerpted) |
| J | Exhibit 99.1 to ELC's Form 8-K dated November 2, 2021 |
| K | Exhibit 99.1 to ELC's Form 8-K dated August 19, 2021 |
| L | Exhibit 99.1 to ELC's Form 8-K dated May 3, 2022 |
| M | Transcript of Bernstein Strategic Decisions Conference held on June 2, 2022 |
| N | Exhibit 99.1 to ELC's Form 8-K dated August 18, 2022 |
| O | Transcript of ELC's Earnings Call held on November 2, 2022 |
| P | Bernstein Analyst Report dated August 18, 2022 |
| Q | Exhibit 99.1 to ELC's Form 8-K dated February 2, 2023 |
| R | Exhibit 99.1 to ELC's Form 8-K dated May 3, 2023 |
| S | Transcript of ELC's Earnings Call held on February 2, 2023 |
| T | Transcript of ELC's Earnings Call held on May 3, 2023 |
| U | Exhibit 99.1 to ELC's Form 8-K dated November 1, 2023 |
| V | ELC's Form 10-Q, for the quarterly period ended September 30, 2023, dated November 1, 2023 |
| W | Exhibit 99.1 to ELC's Form 8-K dated November 2, 2022 |
| X | ELC's Annual Report on Form 10-K, for the fiscal year ended June 30, 2022, dated August 24, 2022 (excerpted) |

2

| **Exhibit** | **Description** |
|---|---|
| Y | Transcript of ELC's Earnings Call held on August 18, 2022 |
| Z | Exhibit 99.1 to ELC's Form 8-K dated Aug. 18, 2023 |

Dated:  May 3, 2024
       New York, New York

*/s/ Caroline Hickey Zalka*
Caroline Hickey Zalka
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants The Estée Lauder Companies Inc., Fabrizio Freda, and Tracey T. Travis*