# EXHIBIT A

*In re The Estée Lauder Co., Sec. Litig.*, Case No. 1:23-cv-10669-AS

**Chart of Elements Plaintiffs Did Not Plausibly Allege**

| Claim | Elements Not Plausibly Alleged |
|---|---|
| COUNT I:<br><br>§ 10(b) of the Exchange Act and Rule 10b-5 | <ul><li>Materially False or Misleading Statement or Omission</li><li>Scienter</li><li>Loss Causation</li></ul> |
| COUNT II:<br><br>§ 20(a) of the Exchange Act | <ul><li>Primary Violation of Section 10(b)</li><li>Culpable Participation</li></ul> |