# EXHIBIT B

*In re The Estée Lauder Co., Inc. Sec. Litig.*, Case No. 1:23-cv-10669-AS

## Exhibit B

| *ELC Fiscal Quarter Calendar* | | | |
|---|---|---|---|
| **Q3** | **Q4** | **Q1** | **Q2** |
| January | April | July | October |
| February | May | August | November |
| March | June | September | December |