# EXHIBIT D

C Corrected Transcript

01-Jun-2023

# The Estée Lauder Companies, Inc. (EL)

**Bernstein Strategic Decisions Conference**



The Estée Lauder Companies, Inc. *(EL)*
Bernstein Strategic Decisions Conference

Corrected Transcript
01-Jun-2023

# CORPORATE PARTICIPANTS

**Stéphane de La Faverie**
*Executive Group President, The Estée Lauder Companies, Inc.*

**Fabrizio Freda**
*President, Chief Executive Officer & Director, The Estée Lauder Companies, Inc.*

# MANAGEMENT DISCUSSION SECTION

## Unverified Participant

So, hello. Good morning, everybody, and thank you for joining us. Let's get started. I'm delighted to welcome Fabrizio Freda, who [ph] now (00:00:20) needs a very little introduction as the CEO of the Estée Lauder. We also have alongside Fabrizio, Stéphane de La Faverie, who is – has an incredibly long job title, but Executive Group President for The Estée Lauder brand and a number of the big three fragrance brands in the Estée portfolio as well. So Fabrizio, Stéphane, thank you for joining us.

## Stéphane de La Faverie
*Executive Group President, The Estée Lauder Companies, Inc.*

Thank you.

## Fabrizio Freda
*President, Chief Executive Officer & Director, The Estée Lauder Companies, Inc.*

I'm happy to be here. Good morning.

Copyright © 2001-2023 FactSet CallStreet, LLC

**The Estée Lauder Companies, Inc.** *(EL)*

Bernstein Strategic Decisions Conference

# QUESTION AND ANSWER SECTION

Q

I think let's start in Asia. There's been a lot of controversy over the course of the past six months. Domestic market now back to growth in China. But Asia travel retail, I think remains volatile from the data that we can see in large part due to inventories. So could I start by asking you, how are you managing the Chinese opportunity and the Asian opportunity amid that complexity? And how are you thinking about the Chinese consumer more broadly? Has anything structurally changed about the longer term attractiveness of the Chinese beauty market?

**Fabrizio Freda**
*President, Chief Executive Officer & Director, The Estée Lauder Companies, Inc.*

A

So, no, I don't think anything has changed on the long term attractiveness of the China market. I strongly believe the Chinese market is – is and will remain one of the most attractive single market, and the Chinese consumers, independently from how the channels are working, is – will be the most attractive consumer for prestige beauty market in the – in the – in the future as well. So first of all, why this is the case is, obviously, in this post-COVID environment, the China is recovering, but is recovering slower than originally expected, as we discussed last quarter. And obviously, the biggest impact for us is been in the travel retail inventory issue that we discussed in depth during the last quarterly call.

But the – but the recovery has started and the recovery will continue gradually. We believe in – in the long term. The key fundamentals are intact, the middle class growth, the per capita consumption, the ability of that online distribution reaching every consumers in China, the ones in a productive way. The development of Hainan as the center of duty free that will continue in the future, I can expand on this.

And most importantly, the interest in high quality products and the expansion of other categories. As you probably know, China has been for many, many years focused on skincare, is a huge skincare market. But now fragrances are expanding. For example, fragrances are today 10% of the business in China versus 35% in a market like the United States. And then hair care is also expanding in prestige in a big way. And makeup is still a lot of growth in front to go. So there is all the elements of new expansion, distribution, category penetration, consumer development, usage per person, middle class growth are all completely intact.

So the real question is how we are tackling this opportunity. What is The Lauder is doing? First of all, what are the business opportunities? We don't have all our brands in China yet. For example, we just have announced that we launched the Le Labo, which is our fastest growing fragrance brand in China. And the first days of the new stores are outstanding. And I'm sure Stéphane later, since it's his responsibility, will say a few words about that.

We have launched a new hair care, Aveda, in China just a few months ago. So we have the portfolio that still can be developed, plus our top brands, particularly Lauder and La Mer, which are definitely very strong in skincare in the core category, are doing still very well. They are in the top brands in terms of brand love, in terms of brand respect, in terms of desirability. In all our measures, these two brands are still in the top brands in in China overall and growing as we announced last quarter. They are growing in mainland China in domestic business very, very well. So the portfolio of brands is the first thing we have continued to expand and improve to manage this.

Copyright © 2001-2023 FactSet CallStreet, LLC

# The Estée Lauder Companies, Inc. *(EL)*

Bernstein Strategic Decisions Conference

Corrected Transcript

01-Jun-2023

Second, distribution. We are in 145 cities with our most distributed brand, which is Estée Lauder. We have a lot of brick-and-mortar distributions still to go. We sell in this moment 600 – 650 cities. The difference between 148 is 650 is online sales or consumers that buy from travel retailers when they travel. So it's a completely huge opportunity in brick-and-mortar expansion in the future and is reluctant. However, in China, brick-and-mortar distribution is much more productive than in any other place because in the rest of the world, particularly in the West, the brick-and-mortar distribution came before the online expansion.

So the online growth was faster than the average market and so it took away a lot of the productivity of brick-and-mortar. In China, this is just the other way around; online comes first and brick-and-mortar get open only where it is very productive. And because of this, the overall productivity of the market will remain one of the most interesting of the world. And we are doing exactly that. Imagine that we are studying our online sales, where there is a certain level of productivity in a certain city on certain brands, we start opening doors in that city. So online drives the brick-and-mortar.

The other thing that we – that we obviously can continue to do we have a great online penetration that online continue to be very strong. Most recently, we have started to accelerate on the win in China, which is doing extremely well in China, like in many other parts of the world and – but in this case, it's not only social media, of TikTok is doing e-commerce, so it's social commerce, which in China is ahead of any other part of the world. And social commerce expansion is the new trend, is the new channel that is happening and for sure, in China, it's happening very strongly that we believe over time, it will happen also in the rest of the world. And so those are the – the – the main thing.

The other thing that we are doing and we have done is how do we structure our business. First of all, we have in the last months strongly improved the coordination between our domestic operation and our China travel retail operation and coordinating the launch of brands, the activity – the activity of promotionality that goes in the market, coordinating the consumer and try to connect to the information on the consumer wherever this is allowed technically and obviously by the law. And so making sure we have coordinated because the – what happened during COVID is that the multi-channel situation in China, the channels started compete with each other more. And so we are taking to the next level the level of coordination between channels.

The second thing that we have done is we have opened in Shanghai. More recently, I was in China in March, early April last time. And we have opened our Shanghai labs. It's the new R&D center, it's is one of the most modern we have in the world. And this this lab has the key task to accelerate innovation specific for Asia and for the Chinese consumers. And to do this innovation with the tests which are done – clinical test, which are done in China, for China. And also to make sure that we have the right claims and the right ability to develop new products, which are specifically local with local ingredients and all the rest of the activity.

So we call the China the center, China for China and China for the world, meaning that we are also innovating in China, particularly in the area of skin care for the world because in reality, the consumer is even more demanding in China and because this is, it's a consumer which is the ideal consumer to have as a partner also for global innovation. And so the R&D center is our latest investment in – in China in this area.

And then we have done very important investment in the supply chain, and maybe we will talk to this later. But our – the length of our supply chain is one of the reason why we had this inventory issue in travel retail, and we are addressing it. We have built a factory in Japan that will serve Asia as a total that will open toward the end of this calendar year. We have increased the number of distribution centers in China. Particularly, we are opening new distribution [indiscernible] (00:09:49) in Guangzhou to diversify from the fact that we had – our most efficient and biggest distribution center was in Shanghai that, was closed, unfortunately, during the close up or shut – the

# The Estée Lauder Companies, Inc. *(EL)*
Bernstein Strategic Decisions Conference

**C** Corrected Transcript

01-Jun-2023

shutdown of Shanghai last year – a year ago. And then we are opening a new distribution center also in Hainan to serve all the Hainan development in the correct way. And so this this new distribution, particularly the factory, will regionalize our supply chain much better.

Now, if you look at our last years, we have in the last years, we have developed Asia enormously. The business is doubled and more than doubled in the last several years. And – and this business will serve the – from the West. Our supply chain structure was built when our business was 90% in the West. And now our business is more one-third, one-third, one-third. And because of this, we have to regionalize our supply chain also in Asia. So we have done this investment. We have not been doing this recently. We started several years ago, but now we are ready. And so the future of our development will also give us the opportunity to serve the China development that I was describing with the right supply chain structure for it.

So in summary, China is going to be a great market. Estée Lauder, still a lot of opportunities within China and the organization of the company and the capabilities of the company are now better fitted the acceleration of the Asia in the future.

Q

Perfect. Very comprehensive. I want to segue on – you spoke about the better coordination of the business within China travel retail, talking to mainland. And maybe a question for Stéphane specifically. So one of the responsibilities, I think in your new expanded role that you moved to last year is described as integrated planning and end-to-end business operations. I hope I got that right.

### Stéphane de La Faverie
*Executive Group President, The Estée Lauder Companies, Inc.*

A

Yes. You got that right.

Q

From the outside, business planning and forecasting has been pretty difficult, to say the least, over the past 12 months. So my question is have you and the business learned from these difficulties? And as you think about these relatively new responsibilities for you, individually, how are you planning to improve that business planning process going forward? And what are some of the learnings you might take from – from previous roles in your career?

### Stéphane de La Faverie
*Executive Group President, The Estée Lauder Companies, Inc.*

A

Well, thank you for – thank you for the question and good morning, all. I think, like Fabrizio said, we are in the process. We've already done some investment like now, obviously, over several years to improve our forecasting and our business planning. Although when you think about it and you look at – over the last quarter, Fabrizio mentioned it at the earning calls, we grew 10% outside of travel retail globally. And I think a lot of that has been part of like the some of the improvement that we've done in business planning. When you think about it, we did some investment over two years ago with a business – business planning tool called o9. I think some of you may know it. It's actually known as one of the best business planning tool that is in the market today, which has allowed us to really significantly improve our visibility on planning overall.

# The Estée Lauder Companies, Inc. *(EL)*

**C** Corrected Transcript
01-Jun-2023

When you look at our Western market today, where we have the most advanced development and of this tool, we've improved this year by 25% our forecast accuracy. And I think when you look at the growth and the momentum that we have in our Western market, where, especially in Europe, we are gaining significant market share in many market, many of it is part of the improvement that we've put in the business planning.

Today, we are learning AI and learning a machine learning forecasting algorithm that helps us to really predict the business in a much better way going forward. And the good news is that actually the model is getting smarter and smarter as we feed more information, as there's more and we have stabilization of the market, especially in some areas of the world. The work that we need to do is obviously to improve our forecasting and our scenario planning in channels like travel retail, which as Fabrizio described, has been highly affected by the volatility. But all of that is going to normalize over time.

So when you think about the investment on business planning, the tool that we've done, plus the investment in the distribution centers around the world like in China, like in Hainan that is coming, plus the regionalization and optimization of our supply network, we've secure all this and you're starting to see that all the tools are now in place from a [indiscernible] (00:14:36) standpoint and from a capability standpoint to be much closer to the consumer and to better predict the business.

Now, that being said, all of that, our capabilities in IT, what we have done also internally is to improve also our organization. And we have put in place an integrated business planning organization, where we brought new talent internally, but also skill our existing talent to be able to use machine learning and AI to really predict the business. So today, I think we are in a much better place to plan the business going forward and to anticipate [ph] where (00:15:11) the business is going to grow and which allow us to deploy supply, to steer the inventory in the right place where the business is needed. And that's basically what the future is for us.

So all these tools are in place, the learnings are in place. Some regions like the Western market are deploying it faster than others. Obviously, the volatility that is – that has happened in travel retail has slowed down a little bit, our ability to plan that. But, obviously, this is [ph] we are (00:15:39) now. With better scenario planning, we are going to be able to apply what we've done in the rest of the world, also to China like travel retail. So we're very confident that actually all of that will give us much better visibility and stability on our business going forward.

Q

Perfect. Let's talk about that travel retail volatility a little bit. And a lot of the problem as you spoke about on your third quarter results has been retail inventories, which have been very volatile. Can you discuss the specific strategy to manage that volatility of retail inventories and manage that Asia travel retail business going forward?

### Fabrizio Freda
*President, Chief Executive Officer & Director, The Estée Lauder Companies, Inc.*

A

So the question is going forward. So in the – the best thing we can do going forward – now, the inventories as we discussed in the last quarter are high because the inventories are high and the recovery of the market has been slower than anticipated. And to be clear, again, I explained it in the quarterly call a lot, but maybe let's make a moment to pause on what happened. What happened is that our retailers [ph] in us (00:16:48) that on a much faster recovery from COVID in travel retail China. And so the inventory were ready for that then the issue of the COVID policies continued. The – and when the COVID policies finished, there was big waves of – of COVID that arrived. And then there was the recovery. But the recovery didn't – didn't start with the hockey stick like in

Copyright © 2001-2023 FactSet CallStreet, LLC

America and in Europe, but, well, much more gradually. And again, we can discuss the reason for that, but that's the reality.

So the inventories has been very high, which means the repurchase of the retailers has been lower. Also keep in mind that the retailers had a certain amount, certain goals of how much stock they wanted to carry when they were forecasting a faster recovery and how many months they want to carry now is much lower because they now expect a longer term recovery and not a hockey stick recovery. So it is really three things impacting at the same time. First, the fact the COVID was there for longer, so no traffic, then the recovery start [ph] the start (00:18:00) much lower than forecasted. And third, the retailers' expectation on the amount of stock they are willing to carry going down, all of these at the same time.

So a big hit. And that's why there is the high inventory. And as we said in the quarterly call, we expect this inventory to take more time to be absorbed. We said about – for the rest of this calendar year will gradually go – go down. And then as of the end of this calendar year, we should go back to having retail and net and sell-out, sell-in being aligned and then growing together at the same speed. So that's what we explained in the quarterly call and that's what we are working on.

So your question is in that situation, what can we do to address this opportunity in the best further? Obviously, I wanted to explain again the reason because it's obvious that the stronger will be the retail and the sell-out in the next months, the faster this inventory we get absorbed. So our first priority is to accelerate the sell-out to improve the retail. So we have gone back investing and during COVID, many investment we're taking down. As an example, less people in stores with no traffic and less – less consultants in stores and less support in advertising in – obviously, in Europe, but also in the downtown stores, so less investment.

We are in the process of rebuilding all our personnel in-store. We are in the process of going back to advertising in the key travel retail channels, particularly Hainan and the various airports, et cetera. We are in the process of reactivating promotionality, but not – not pricing promotion, I mean, activities like for example, big activity with celebrities that we do in Hainan very frequently and big activities, where certain brands are activated with unique concept and unique ideas. Then we are also reactivating the innovation that was slowed down in absence of traffic. I think you don't launch mega products in the middle of no – no traffic at all because of COVID in a – in a travel retail channel. So we are reactivating all the launches and new innovations that obviously generate movements for the brands.

So we are in this moment, focused on sell- out reactivation. And that's not only true in Hainan and in China travel retail, it is true in travel retail across the world. And as we said in the quarterly call, Europe, US, Latin America and also Asia ex-China are – are doing very well. Travel retail in the world is coming backroaring, frankly, particularly in Europe. And particularly in Europe in the fragrance strat – in the fragrance category is actually the best moment in many, many years the travel retail had. So, however, the biggest amount of travel retail volume is in Asia and is in China travel retail. So the key priority is to reactivate sell-out growth in this channel.

To be clear, because of the inventory already in the – in the quarter that we just announced travel retail was just single-digit negative in retail. It was not as negative as the net because of the inventory. So is the – the acceleration is expected. We said in the quarter that we are ready in quarter four. So in April, June, we're expecting to go back to retail growth of double digit in travel retail. And that's still the expectation. So travel retail sales sell-out is accelerating and should – is expected to continue to accelerate. The net will follow when the inventory will go down. So that's the situation in travel retail.

# The Estée Lauder Companies, Inc. *(EL)*
Bernstein Strategic Decisions Conference

**Corrected Transcript**
01-Jun-2023

The last thing – two is travel retail remain a very big opportunity. I would like to really – I hope it's clear that this is a temporary inventory issue dictated by the volatility that you and your question we are summarizing. But travel retail remain a channel where a lot of trial happens. More than 50% of our consumer tried [indiscernible] (00:22:20) for the first time in travel retail. So they are really a beautiful – is basically no – known expensive sampling and actually very profitable sampling and creation of new consumers is a channel where in the sense of luxury, so the full experience of the brands is super well-expressed.

I'm sure you have seen some great reports or if you have been in Hainan, we have seen Hainan is our brands are expressed in their fantastic way and they are expressing all their services on top of the quality of the product, their innovation and their aesthetics, images. So it's a great channel for consumer development in the long term and is a profitable channel. So travel retail has a – a great future. Also, that travel retail is driven by traffic, but is also driven a lot by conversion, and so the traffic is coming back everywhere in the world, in some cases, already ahead [ph] of 2019 (00:23:24) in some region in some areas.

The conversion is coming back in Europe, for example, in America. In China, it's – it's been slower to come back the conversion and that's one of the issues. But the conversion in the long term is actually the biggest opportunity. If you think that in 2019, only 15% or an average of people traveling would buy anything, and now that there is in Korea, in China, in Hainan the pre-tail opportunity, meaning that you can buy online before going to the airport, this double conversion in normal situations. So the opportunity of the future is that traffic will go back and will continue to grow and conversion will be better than the pre-COVID period for the future of travel retail. So it's a temporary inventory issue and still a great channel for the long term in our opinion.

Q

Okay. One final area I think that we should touch on in travel retail and Asia travel retail in particular, it is more related to Korea TR versus Hainan, I think. And the question is about daigou; so resellers, Chinese resellers, for those of you not familiar. And my question is do you see the daigou trade as a problem for your business?

**Fabrizio Freda**
*President, Chief Executive Officer & Director, The Estée Lauder Companies, Inc.*

A

No. If you mean it's problem for the image of our brands or for our long-term brand equities. Frankly, daigou has always existed, also before COVID, before 2019. The daigou business went from being also a personal – personal seller, so somebody that in a Tier-5 city in China, will take an aeroplane, go in the building, ask to the people in the building what you want. And then go there, buy it, come back and sell it with a little margin in the building that where 100,000 of people working this way in the country is almost personal, personal selling. So I would – this part was really not damaging.

And the part of a more organized daigou business that then discounts online and things like that, that's obviously has been more painful from the point of view of the promotionality and accelerating the promotionality in the market. However, this was generated during COVID because governments have done legislations that would allow these to protect the – these big retailers that otherwise would have gone bankrupt during a period where there was no traffic. So this legislation were temporary. And so this kind of more aggressive, massive daigou business is – has being has been probably temporary. By the way, we never sell to daigou, we sell to our retailer. Our retailer may have decided, particularly when supported by legislation to sell to diagous.

So this phenomenon is going down, first of all, because it's less interesting when traffic is back, regular traffic. Regular traffic is much more profitable for everyone, particularly for the retailers that do this business. So daigou

# The Estée Lauder Companies, Inc. *(EL)*

Bernstein Strategic Decisions Conference

**C** Corrected Transcript

01-Jun-2023

business, the most aggressive daigou business will go down as traffic will come back. And we will, anyway, pay more – much more attention to the quantities that when – when done in this in these places can create the promotionalities. That is the negative part.

However, we don't believe there has been any impact on our brands. If you think the growth in – in Asia in the last year, and as I said, daigou started several years ago, it has been 70%. Our brands, particularly La Mer and Lauder, are in the top of the desire – desirability of the Chinese consumers still now. We check this every month by the way. And so they are among the most desirable brands. We call it brand love. It's the study that we do every month. Our brand love is strong and is going up in most of the brands. The promotionality is getting already better in the market.

Now, we will see what happen with the 18th of June, which is coming, which is normally – not -not only this year, it's normally a more intense promotional period. We'll see what is the level of intensity that will be developed in this period, but promotionality is going down. It's going down because everyone has the interest to serve the the real travellers and to serve the consumers in the correct way and to rebuild the margin that during COVID was compressed by this intention to survive of some retailers during – during the period where there were no – no real travelers. And so this is coming back.

I believe our brands are very, very strong and our commercial operation is now being reinforced by the new coordination between travel retail and domestic China that will better coordinate the promotionalities around all the channels. And I believe that the amount of exposure to daigou is going to be much reduced by the new reality of the legislations and the new realities of the retailers' decisions on how they want to operate.

Q

Very clear. I think let's move on from Asia. And I would like to spend a little bit of time talking about your US business. So – so just a bit of background, I think in fiscal 2022, the US is still around 20% of your business. It's still pretty important, but down significantly from I think ten years ago that was around 50%. And – and it's been something of a challenging business, I think, over the long term. I think it used to be the case that the big problem was driven by department stores, where your business is over indexes, but clearly, they're much smaller today. There's department stores than they were 10 years ago. So my question is, as you think about the more recent past and going forward, what have the challenges been in fiscal 2022 and fiscal 2023 for that US business? Why are you losing share in the US and what is the strategy to compete more effectively in the US market?

**Fabrizio Freda**
*President, Chief Executive Officer & Director, The Estée Lauder Companies, Inc.*

A

Yeah, first of all, I want to say when you say the last 10 years is being reduced the percent of [ph] US (00:29:58) business. The US business lastly has been growing, it's still as you said, losing market share, but growing. It's the fact that the rest of the global business have been growing much faster. So the reduction of the percentage is not the results of lack of growth or decline. It's the results of growing much less than the rest of the business, particularly much less than Asia. There's been a dramatic growth in the last 10 years. And so that's the – the profile.

So now the profile of our business is more in line with the market in reality. So US, Europe, Asia are more or less one-third, one-third, one-third, so it's the percentage of business will reflect the markets and the market potential in the future. So first of all, the composition of our global business, including the United States, is now better positioned to attack all the growth opportunities of the future. Now, as far as the United States is concerned, we

have been historically having a very big market share in department stores and being the company that was the most exposed to department stores.

As – as you said in your question, this were – obviously, has being an issue the moment where the department store channel has started declining and the other channel growing. And, obviously, you can see mathematically that the channels that we are growing, where channels in which our brands had lower market share and the channel was declining, is where our brands have the biggest market share. So that's been an issue for some time. And – and so the choice was obviously – the first choice was to – we had to rebalance our distribution coverage in the market. A lot of progress has been done. As we said in the last quarter, United States is back to growth and our market share loss is being very much decreased because of the rebalancing of our distribution coverage.

Now, I'm not happy with very much decrease. I want to go back to growing market share, but for the moment, it's been very much decreased and why this has happened? First of all, our distribution today is more balanced. We have still a very big market share in department stores and department store continue, overall, to be on a declining trend in percentage of total business. But now, we have very good penetration of specialty multi, particularly in Ulta. We have great growth in the – also the Ulta Target, [indiscernible] (00:32:37) the Sephora Kohl's ventures.

We have a very strong online business between brand.com and retail.com, but our brand.com business is becoming more and more full service, meaning all the service that you could have in the past in a department store, now you can have it on brand.com online. And we have freestanding stores that during COVID has been an issue because, obviously, no traffic. In this moment, they are bouncing back. So the brand.com plus the freestanding store is a direct-to-consumer business, which is becoming a very significant percentage of our US business and is growing and is – is a strong – strong opportunity for the future.

So we will need to continue to rebalance the distribution and that we will make actions to continue to rebalance this distribution. There are opportunity in the long term. I spoke about social selling and many other opportunities that will emerge in the long term. We will continue to do that, but most importantly, we'll continue to build our market share with our winning retailers. And this will improve the balance in the market, the coverage of the consumer in the market.

The second big opportunity that we have is that the social media, basically the exposure to speaking – particularly to the young consumers via TikTok and via Instagram and [indiscernible] (00:34:04) with many social media activations that we are doing. We – we are doing great improvements in this area. MAC is very, very strong on TikTok, The Ordinary is very strong in TikTok, Le Labo has done some great work there. Actually, the – our ability of the organization to work in these new social media environment there's – is probably – if you – if you are familiar with it, require a different capability of creative asset development because the amount of creative asset development is very different than going and having a beautiful photograph on Vogue. It's a completely different methodology, so we had to change the organization in that direction. I would say that today, we are really ready and in certain brands more ready [indiscernible] (00:34:52) to attack this opportunity. So more to come in this area.

We are increasing our investments. Now that we have the right coverage, the distribution, the right ability to win in social media, now we can push more on advertising. Before, we were hesitant to push too much on advertising without being sure on the return on this investment. Now we are in the position to further accelerate. Then we have our work on brands. We already – some of our brands are doing very well. MAC is back. When I say that MAC – MAC [ph] team telling me no (00:35:25), MAC is forward, I say okay. That is because it's – it's back in a different way than where it was before and very proudly, they are saying that and I agree.

Copyright © 2001-2023 FactSet CallStreet, LLC

So MAC is doing very well. The Ordinary is on fire. Le Labo is on fire. Too Faced is back and it is really, really growing, which is – Stéphane just started managing six months ago, so well done. And – and – and there is this new trend, which is, the – the – the derma skin care here is, in this moment in the US, a very strong trend. That – there are certain brands like Clinique, in our case, which is born as a derma brand, is a great derma brand with all the clinical studies, all the the facts on formulation and clinically proven dermatologically tested, done with the dermatology. It's all what is today a trend for the consumer is part of the Clinique brand. So it will be enough to – we are already doing it, gradually move the marketing and the engagement with the consumers into that space where Clinique will continue to accelerate.

And then there are some of our brands, which are getting the how to create viral interest. For example, Clinique with their Black Honey lipstick has been an extraordinary viral success. By the way, Black Honey is the – now the best-selling SKU in – in Clinique in only six months. This – this was not a new launch. This was there since many, many years. It was just a new way to be presented to the consumer. It was extremely successful. So we have in our – even in our heritage brands like Clinique or Lauder, we have historical products that are outstanding high performing product, but it never had the opportunity to be marketed in a trendy way. And now there are these new opportunities, which are happening.

So the last point on the portfolio is that we need to be able to better compete with the indie brands. Some are – indie brands are in our portfolio. The Ordinary, Dr. Jart+, Too Faced, other heritage brands Clinique, Lauder, MAC are learning how to compete with indie brands in a better way. In other word – we are competing with indie brands, being – being able to respond to trends faster versus having just the equity voice of the brand. So this – this is happening and we are doing a better job there. So I believe that we will continue to grow gradually better in the United States. And as soon as we have finished this balancing of the key drivers, which I just described, we will go back growing market share as well for the long term.

Q

Okay, perfect. You've touched upon fragrances a couple of times. Le Labo, as you said, on fire. And you spoke about some of the growth opportunity in China fragrances as well. And as – as you [ph] suggested (00:38:38), maybe this should be for Stéphane, if that's okay. So as I mentioned at the start, your – your new role as Executive Group President includes responsibility for a lot of the big fragrance brands in the portfolio. Jo Malone London, Le Labo, Kilian, Frederic Malle. The list goes on, I think. We have, as Fabrizio mentioned, seen explosive growth of some of those prestige fragrance brands and artisanal fragrances over the past couple of years. What's driving it and how sustainable can it be?

**Stéphane de La Faverie**
*Executive Group President, The Estée Lauder Companies, Inc.*

A

No, it's a very good question. And, obviously, we're very excited to see the – the explosive growth, as you are describing, of what we call the niche artisanal or luxury part of the fragrance business. And if you look at our results, we are now on a nine-strike quarterly consecutive double digit and more organic sales growth in this category, which – which is outstanding. And I think there's five things that are really driving what is happening. I think, first of all, consumers are looking for much more experience than they were, like, in the past. And I think what the luxury fragrances is offering is this idea of, like, self-expression that is driven by the younger consumers today.

# The Estée Lauder Companies, Inc. *(EL)*

Bernstein Strategic Decisions Conference

**C** Corrected Transcript

01-Jun-2023

When you go to any of our luxury finds, one, they offer a wardrobe of fragrance, which allows you to just not only have your personal fragrance, but also different fragrance for different occasions. We even have something that we push with the Jo Malone London brand, which is what we call Scent Pairing, where consumers especially driven with the young consumers are starting to just layer on fragrances, which is a tremendous opportunity for us not only to have one fragrances in the portfolio, but several fragrances, which [ph] announced (00:40:24) the self-expression of the consumer, and that's more – very much driven by the younger consumer.

The second thing is that we have tremendous opportunity for distribution that gives us confidence that in the future, there is – we have more opportunity. During COVID, by necessity, we had to pivot to online for our brands, which was very low penetration to the much larger penetration of our business online, which is giving us more opportunity and more awareness on our brand overall. So to give you an example, Jo Malone in London – on market is in less than 20% of the overall prestige fragrance distribution, and that being said, we are number one in women's fragrances and number three overall. So that gives us also very much a lot of opportunity, but very high productivity product, as Fabrizio shared it at the beginning, which makes it also a very profitable model.

The – the fourth thing, which is certainly one of the most exciting thing, is the usage occasion. In the US, in average, consumers own seven fragrances and they use four on a regular basis. In China, only they own four and depending on the tier cities, they are using between two or three on a daily basis. So it – for us, it remains a tremendous opportunity not only to increase the usage occasion and making sure that we are, our fragrances from Le Labo to Jo Malone, Tom Ford and so on are part of the one that are using daily, but also to increase the occasion. And in the case of China, basically, increasing also the number of fragrancies that we own, which leads me to the fourth point, which is the opportunity of China as a market for fragrances in general.

Like Fabrizio just said, only 10% of the total business of beauty and prestige in China is driven by fragrances. It is true they are the fastest growing category like in the Western market, 35% of the business is driven by luxury fragrances. So that gives us a tremendous opportunity for additional growth. And there is one of overindicating factor in China that is interesting is Chinese consumer went from not consuming fragrances to go straight to luxury fragrances. It is a luxury market. So this keep the prestige and our portfolio of brand that we've built over multiple portfolio like Jo Malone, Tom Ford in the market, Frédéric Malle, Kilian that we launched pre-COVID and now, Le Labo that we've – we've announced yesterday a tremendous opportunity for growth.

So Le Labo, for instance, is actually a brand that we've secretly -sitting in the market for 3 to 5 years because we have this amenity programs, where the brand was present in the top luxury hotels like in China. So we come in the market, we've already a higher awareness than usual when you usually enter a market with new brands. And we knew that pre-COVID, we are, through the Chinese consumer traveling – traveling consumers, we had a lot of interest around the world within the first three days of launch. We only had three days of launch. Today, the results are exceeding our expectation, but not only in the store that we've opened in Shanghai, but also in our WeChat Mini Programs. On [ph] the red (00:43:28), the buzz is trending very, very hot. So it shows the very strong appetite in China for luxury fragrances.

And the last thing of like, the fifth that is, I think, giving us confidence is we still have a relatively low awareness on our fragrance luxury brands because by design in the past, they were in a limited distribution. Today, TikTok, like Fabrizio mentioned, it allows us to really scale and talk to a much wider group of consumers, protecting our profitable distribution model, speaking to a large group of consumers. Just to give you an example, over two weeks ago, we did this [ph] competition (00:44:04) with Sofia Richie, who is now the new IT girl on TikTok and in social media in partnership with Jo Malone.

# The Estée Lauder Companies, Inc. *(EL)*
## Bernstein Strategic Decisions Conference

**C** Corrected Transcript

01-Jun-2023

We've multiplied by 15 the number of impressions that we had prior to the moment we were participating with her. And on Instagram shop, our sales are up 700% and that allows us to really reach a consumer at scale, still protect our very tight control distribution and very much profitable. So when you put this overall five element, it gives us a lot of confidence once that we have the right portfolio, two, that the future is really bright in this category and will continue to grow.

**Q**

Okay, perfect. We've got about 5 minutes and I want to try and squeeze in two questions. So I'll be quick. Fabrizio, a couple of times, you've spoken about how investment spending, advertising spending was dialed back a little bit over the past couple of years because of some of the lockdowns. I think in fiscal 2022, it was at 21.9% sales, the lowest level it's been in the 20 years of data that we have. And, what's the right longer term level of spending on advertising and marketing and how should we expect to see that come back to the trajectory over the next few years?

**Fabrizio Freda**
*President, Chief Executive Officer & Director, The Estée Lauder Companies, Inc.*

**A**

Yeah, the – first of all, I explained why this was lower and to be clear was lower because we have chosen not to invest when there was no traffic in travel retail or there was no lipstick purchase because there were masks, and so advertising lipstick would not have made sense in some of [indiscernible] (00:45:39) markets. So we have avoided to throw money when there was no return. And that's why we were more prudent during those periods. Now, we are really back. If you look at the last period, we are already at 2022, I believe 1.9%, 1.8%, something like that. So we are already coming back to more historical levels of our advertising spending.

The – your question is what is the right level? It's more or less the historical level is for us the right level. However, it is not the amount of spending, but how we are spending that makes the big difference. So today, we have media spend, so money we are paying for media, this is becoming much more efficient. We are getting more out of what we spend because we are selecting the right consumer, so better target selection, better platform selection, better ability to choose the right social media moment, the right activation. So all our markets, one-by-one, media is the live retail, media is local, and so all our markets are very good in making every dollar spent more efficient and having better return. Our return on investment of advertising has been increasing now for some time.

Second, we are learning and I explained before the TikTok phenomenon in the US, we are learning how to manage earned media, meaning the media that comes out of the social media speaking about your brands without you paying extra money, so spontaneous consumers' conversations about your brands. Now, our – we measure this. We measure basically the level of chat, the level of positive and negative chats, which are on the brands out there, our EMV. So amount of positive chatting about our brands is growing dramatically. To be clear, that part you don't see in this number. And so this number may not tell you all the truth to how much more ability to advertise we have. And so this is becoming a bigger percentage of our total advertising in some markets, more than others. For example, in the US, it's particularly important. EMV in China is extraordinarily important and in Europe, it's becoming more important. So – but that's another [indiscernible] (00:48:00).

The third building blocks is very, very clear, it may be underevaluated. Our brand.com has 0.5 billion visitors. More recently because we have the services like chat to get advice, et cetera, they stay up to 9 minutes navigating even when they don't buy. So when you have all these people coming, even if they don't buy in the moment, that's advertising. They see our best images, our best storytelling, our best clinical studies, our

# The Estée Lauder Companies, Inc. *(EL)*

Bernstein Strategic Decisions Conference

[indiscernible] (00:48:33) chatting with our consultants. This is free media because, by the way, it's fully paid out from the one they buy because the total online is profitable. But this is extra media.

Now to buy 0.5 billion consumers, they see you for 9 minutes, is a lot of money that you don't see in these 21.9%. So to be clear, think of our future advertising, not only as a percentage of advertising. Think of us as, yes, a percentage of advertising, which is media spend. Think of media earned via chats and think about the online explosive amount of time the consumer give you, which is media for free. And we are articulating this in all our brands. And that's why I believe we actually better advertise than in the past and not in our cheap rate at all.

Q

Absolutely. And I want to squeeze in a final question. It's been 15 months of incredible volatility. If you could give one message to shareholders who stuck with the stock in the company through this period, what would it be?

### Fabrizio Freda
*President, Chief Executive Officer & Director, The Estée Lauder Companies, Inc.*

A

Thank you. First of all, to the long term investors for believing in us and stay with us for the long term. I think that you are doing the right thing. The company is an extraordinary company, a great portfolio of brands, a perfect penetration out of the world, because we are one-third, one-third balance, reflecting the market and the consumers and amazing team of leaders around the world that are very high quality leaders, which are driving our business.

Our business is growing and is doing very well. As we explained the quarter, we have one issue which was with high stock in travel retail, by the way, a big issue. But one really focused issue, the rest of the business is super solid and they continue to [ph] do well (00:50:27). We have explained the fragrance opportunity, the opportunity in China, opportunity in travel retail in the long term, et cetera. We had one temporary short term issue, [ph] Intense (00:50:36). We are completely focused on solving these issues in the right way, in a sustainable way for the long term. It will take some time, as we explained, but it will be solved. And we are also completely focused on rebuilding profitability that we can once this inventory will be absorbed, it will be more visible, our ability to rebuild the profitability in the correct way.

So the future is the future potential of Estée Lauder Companies is intact and we have navigated these very difficult three years of COVID wars [indiscernible] (00:51:11) in a – in a strong way, building capability for the long term. And we are going to fix these single issues the best we can and the fast as we can, although it will depend on retail growth. But we are going – we are working very actively on that. So thank you for staying with us. And I think you are right to trust this company for the long term.

### Unverified Participant

Perfect. Well, Fabrizio, Stéphane, thank you.

# The Estée Lauder Companies, Inc. *(EL)*
Bernstein Strategic Decisions Conference

 Corrected Transcript

01-Jun-2023

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2023 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.