# EXHIBIT P





**Callum Elliott, CFA, ACA**
+44 207 170 0502
callum.elliott@bernstein.com

U.S. Household & Personal Products

## Estee Lauder Cos Inc

Rating

## Outperform

Price Target

 **EL**                                          **380.00 USD**

# Estée Lauder FY22: A messy year behind us, and another ahead

Estée reported its 4FQ22/FY22 results this morning. 4Q, as expected, was an incredibly messy affair. On net, the numbers come in slightly better than cratered expectations given the lockdowns in China, which hampered both the distribution of product through the quarter, as well as travel. But really, our focus is all on FY23 with Shanghai distribution problems now largely in the rear-view mirror. There, unfortunately, the outlook remains bumpy. With new lockdowns in Hainan during August and no visibility as to when Chinese Covid-19 policies may change, it's perhaps no surprise that management steers a cautious path. In the medium-term this is likely to prove prudent, but for now, near-term estimates will need to come down, and hopes of a China rebound will need to wait.

4Q organic revenue decline was -8%, above the high-end of guidance from last quarter, and slightly better than consensus. Asia Pac (and presumably China) came in quite a bit better than feared, with "only" -19% decline in constant currency terms. EMEA disappointed heavily, likely due to a combination of Russia/Ukraine and Travel Retail headwinds.

Into FY23, organic net sales growth guidance of +7-9% is comfortably behind consensus of 11.5%, driven mainly by very weak expectations for this current 1Q, where management expects -4% to -6% decline in organic sales vs. around +6% growth currently in consensus numbers. Implied margins are also down slightly for the year, with EPS growth guidance slightly behind sales, leaving EPS guidance around 6% below consensus.

There's no denying that EL's over-indexing to China and Chinese Travel Retail is creating a bumpy road for shareholders today. However, for all the talk of "multiple engines of growth", we continue to believe that China is likely to be the primary driver of the premium beauty category over the medium-term. In our view, EL's positioning leaves them best-placed to capitalize on that once the Chinese market - eventually - normalizes.

| Close Date | | | 17-Aug-2022 |
|---|---|---|---|
| EL Close Price (USD) | | | 276.52 |
| Price Target (USD) | | | 380.00 |
| Upside/(Downside) | | | 37% |
| 52-Week Range | | | 374.20/225.39 |
| SPX | | | 4,274.04 |
| FYE | | | Jun |
| Div Yield | | | 0.9% |
| Market Cap (USD) (M) | | | 98,814 |
| EV (USD) (M) | | | 103,672 |

| Performance | YTD | 1M | 6M | 12M |
|---|---|---|---|---|
| Absolute (%) | (25.3) | 12.5 | (8.7) | (13.3) |
| SPX (%) | (10.3) | 10.6 | (2.4) | (3.9) |
| Relative (%) | (15.0) | 1.9 | (6.3) | (9.4) |

Price Performance, 1YR



| Adjusted EPS | F21A | F22E | F23E |
|---|---|---|---|
| EL (USD) | 6.45 | 7.48 | 8.47 |
| SPX | 203.41 | 225.13 | 244.37 |

| Financials | F21A | F22E | F23E | CAGR |
|---|---|---|---|---|
| Revenues (M) | 16,215 | 18,295 | 20,226 | 11.7% |
| EBITDA (M) | 3,723 | 4,404 | 4,984 | 15.7% |
| EBIT (M) | 3,072 | 3,662 | 4,155 | 16.3% |
| FCF (M) | 2,994 | 9,073 | 3,515 | 8.3% |
| ROIC (%) | 34.7 | 39.2 | 44.8 | -- |
| Net Debt/EBITDA (x) | 0.16 | 0.24 | 0.39 | 53.6% |
| Dividend Payout Ratio (%) | 31.7 | 30.6 | 29.5 | -- |

| Valuation Metrics | F21A | F22E | F23E |
|---|---|---|---|
| Adjusted P/E (x) | 42.9 | 37.0 | 32.7 |
| EV/Sales (x) | 6.4 | 5.7 | 5.1 |
| EV/EBITDA (x) | 27.8 | 23.5 | 20.8 |
| EV/EBIT (x) | 33.7 | 28.3 | 25.0 |
| EV/FCF (x) | 34.6 | 11.4 | 29.5 |
| Div Yield (%) | 0.8 | 0.8 | 0.9 |

See the Disclosure Appendix of this report for required disclosures, analyst certifications and other important information.

www.bernsteinresearch.com

First Published: 18 Aug 2022 11:59 UTC  Completion Date: 18 Aug 2022 11:59 UTC

**Callum Elliott, CFA, ACA**  +44 207 170 0502  callum.elliott@bernstein.com

18 August 2022

EXHIBIT 1 :  **Actual vs. Bernstein vs. Consensus**

| Metric | Actual 2022Q4E | Consensus Est. 2022Q4E | % Delta |
|---|---|---|---|
| Sales | 3,561 | 3,428 | 4% |
| Adjusted EBIT | 207 | 180 | 15% |
| EBIT Margin | 5.8% | 5.3% | 56 bps |
| Adjusted EPS | $ 0.42 | $ 0.32 | 32% |

Source: Bernstein analysis, StreetAccount Consensus, Bloomberg.

EXHIBIT 2 :  **Actual vs. Bernstein vs. Consensus - Segments**

| Sales | Actual 2022Q4E | Consensus Est. 2022Q4E | % Delta |
|---|---|---|---|
| Skin Care | 1,883 | 2,000 | -6% |
| Makeup | 993 | 911 | 9% |
| Fragrance | 521 | 456 | 14% |
| Hair Care | 156 | 104 | 50% |
| Other | 9 | 7 | 38% |
| Total Company | 3,561 | 3,420 | 4% |
| **Organic Sales Growth** | **2022Q4E** | **2022Q4E** | **% Delta** |
| Skin Care | -21% | | |
| Makeup | 8% | | |
| Fragrance | 22% | | |
| Hair Care | 5% | | |
| Other | 13% | | |
| Total Company | -8% | -9.8% | 2% |
| **Operating Income** | **2022Q4E** | **2022Q4E** | **% Delta** |
| Skin Care | 287 | 276 | 4% |
| Makeup | (95) | (27) | 258% |
| Fragrance | 10 | (1) | -2100% |
| Hair Care | (20) | - | n.m. |
| Other | (3) | (67) | -95% |
| Total Company | 207 | 177 | 17% |

Source: Bernstein analysis, StreetAccount Consensus, Bloomberg.
Total Operating Income is reported not adjusted

**Callum Elliott, CFA, ACA**  +44 207 170 0502  callum.elliott@bernstein.com

18 August 2022

## BERNSTEIN TICKER TABLE

| Ticker | Rating | | 17 Aug 2022 Closing Price | Price Target | TTM Rel. Perf. | | Adjusted EPS | | | Adjusted P/E (x) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2021A | 2022E | 2023E | 2021A | 2022E | 2023E |
| EL | O | USD | 276.52 | 380.00 | (9.4)% | USD | 6.45 | 7.48 | 8.47 | 42.9 | 37.0 | 32.7 |
| SPX | | | 4,274.04 | | | | 203.41 | 225.13 | 244.37 | 21.01 | 18.98 | 17.49 |

O - Outperform, M - Market-Perform, U - Underperform, N - Not Rated

Source: Bloomberg, Bernstein estimates and analysis.

**Callum Elliott, CFA, ACA**   +44 207 170 0502   callum.elliott@bernstein.com                                                                                          18 August 2022

DISCLOSURE APPENDIX

## I. REQUIRED DISCLOSURES

Autonomous Research US is a unit within Sanford C. Bernstein & Co., LLC , a broker-dealer registered with the U.S. Securities and Exchange Commission and a member of the Financial Industry Regulatory Authority ( www.finra.org) and the Securities Investor Protection Corporation (see www.sipc.org). When this report contains an analysis of debt securities, such report is intended for institutional investors and is not subject to all the independence and disclosure standards applicable to debt research for retail investors under the FINRA rules.

**VALUATION METHODOLOGY**

**U.S. Household & Personal Products**

We value U.S. Household & Personal Products based on a three-stage discounted cash flow analysis (DCF), which we triangulate with analysis of relative P/E and EV/EBIT multiples. Within the group, we believe that the stocks with higher long-term secular growth rates and higher ROIC should carry the highest multiples. Slower growers long-term, with lower ROIC should carry lower multiples.

**Estee Lauder Cos Inc**

We value Estee Lauder based on a three-stage discounted cash flow analysis (DCF), which we triangulate with analysis of relative P/E and EV/EBIT multiples. Within the group, we believe that the stocks with higher long-term secular growth rates and higher ROIC should carry the highest multiples. Slower growers long-term, with lower ROIC should carry lower multiples.

**RISKS**

**U.S. Household & Personal Products**

Within our U.S. Household & Personal Products coverage, our price targets are subject to a number of macroeconomic and company-specific risks; these include: - Changes in the degree of competitive activity within any key market; - Changes in the nature of our coverage companies' relationships with their key customers (including Wal-Mart) and/or suppliers; - Commodity cost and/or FX fluctuations; - Changes in our coverage companies' ability to deliver on anticipated growth and/or margin improvement opportunities, whether due to internal or external causes; - Changes in our companies' stances towards M&A or the prioritization of cash in general; - Changes in the credit environment or broader economy; - Changes in consumer preferences, consumer demand, and/or government regulation.

**Estee Lauder Cos Inc**

Risks to our price target for EL include: - Sales growth or margins deviating from what we expect, either due to political, economic, or competitive conditions within Estée Lauder's target markets, - Management's execution on brand strengthening and distribution channel diversification initiatives, - The company not saving as anticipated from its cost reduction plans, - A slowdown in either sales within China or outbound Chinese international travel - FX/commodity movements, - An inability of the core Clinique, Estee Lauder, and/or MAC brands to react to changes in consumer demand for different types of skin care or makeup products; and - The prospects of future acquisitions, which could increase uncertainty, volatility, and risk for the company.

**RATINGS DEFINITIONS, BENCHMARKS AND DISTRIBUTION**

**Bernstein brand**

The Bernstein brand rates stocks based on forecasts of relative performance for the next 6-12 months versus the S&P 500 for stocks listed on the U.S. and Canadian exchanges, versus the MSCI Europe Index (MSDLE15) for stocks listed on the European exchanges (except for Russian companies), versus the MSCI Emerging Markets Index for Russian companies and stocks listed on emerging markets exchanges outside of the Asia Pacific region, versus the MSCI Japan (MXJP) for stocks listed on the Japanese exchanges, and versus the MSCI Asia Pacific ex-Japan Index for stocks listed on the Asian (ex-Japan) exchanges - unless otherwise specified.

The Bernstein brand has three categories of ratings:

**Callum Elliott, CFA, ACA**    +44 207 170 0502  callum.elliott@bernstein.com    18 August 2022

- Outperform: Stock will outpace the market index by more than 15 pp

- Market-Perform: Stock will perform in line with the market index to within +/-15 pp

- Underperform: Stock will trail the performance of the market index by more than 15 pp

Not Rated: The stock Rating, Target Price and/or estimates (if any) have been suspended temporarily.

### Autonomous brand

The Autonomous brand rates stocks as indicated below. As our benchmarks we use the SX7P and SXFP index for European banks, the SXIP for European insurers, the S&P 500 and S&P Financials for US banks coverage, S5LIFE for US Insurance, the SPSIINS for US Non-Life Insurers coverage, and IBOV for Brazil and H-FIN index for China banks and insurers. Ratings are stated relative to the sector (not the market).

The Autonomous brand has three categories of ratings:

- Outperform (OP): Stock will outpace the relevant index by more than 10 pp

- Neutral (N): Stock will perform in line with the market index to within +/-10 pp

- Underperform (UP): Stock will trail the performance of the relevant index by more than 10 pp

- Coverage Suspended (CS) applies when coverage of a company under the Autonomous research brand has been suspended. Ratings and price targets are suspended temporarily. Previously issued ratings and price targets are no longer current and should therefore not be relied upon.

Not Rated: The stock Rating, Target Price and/or estimates (if any) have been suspended temporarily.

Those denoted as 'Feature' (e.g., Feature Outperform FOP, Feature Under Outperform FUP) are our core ideas. Not Rated (NR) is applied to companies that are not under formal coverage.

For both brands, recommendations are based on a 12-month time horizon.

### DISTRIBUTION OF RATINGS/INVESTMENT BANKING SERVICES

| Rating | Market Abuse Regulation (MAR) and FINRA Rule 2241 classification | Count | Percent | Count* | Percent* |
|---|---|---|---|---|---|
| Outperform | BUY | 394 | 50.38% | 0 | 0.00% |
| Market-Perform (Bernstein Brand)<br><br>Neutral (Autonomous Brand) | HOLD | 263 | 33.63% | 1 | 0.38% |
| Underperform | SELL | 122 | 15.60% | 0 | 0.00% |
| Not Rated (Bernstein Brand)<br><br>Coverage Suspended (Autonomous Brand) | NOT RATED | 3 | 0.38% | 0 | 0.00% |

* These figures represent the number and percentage of companies in each category to whom Bernstein and Autonomous provided investment banking services.
As of Aug 18 2022. All figures are updated quarterly and represent the cumulative ratings over the previous 12 months.

**Callum Elliott, CFA, ACA**  +44 207 170 0502  callum.elliott@bernstein.com

18 August 2022

## PRICE CHARTS/ RATINGS AND PRICE TARGET HISTORY



**Estee Lauder Cos Inc (EL) Rating History for Bernstein as of 08/17/2022**

| O:$213.00 08/20/2019 | O:$211.00 10/11/2019 | O:$230.00 01/14/2020 | O:$231.00 02/07/2020 | O:$311.00 01/19/2021 | O:$333.00 02/09/2021 | O:$323.00 05/04/2021 | O:$360.00 06/01/2021 | O:$380.00 08/20/2021 |

Closing Price — Price Target

Outperform (O); Market-Perform (M); Underperform (U); Not rated (N)

## OTHER MATTERS

It is at the sole discretion of the Firm as to when to initiate, update and cease research coverage. The Firm has established, maintains and relies on information barriers to control the flow of information contained in one or more areas (i.e. the private side) within the Firm, and into other areas, units, groups or affiliates (i.e. public side) of the Firm.

The legal entity(ies) employing the analyst(s) listed in this report can be determined by the country code of their phone number, as follows:

+1 Sanford C. Bernstein & Co., LLC

+44 Bernstein Autonomous LLP

+353 Sanford C. Bernstein Ireland Limited

+91 Sanford C. Bernstein (India) Private Limited

+852 Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司

+65 AllianceBernstein (Singapore) Ltd.

## CERTIFICATION

Each research analyst listed in this report, who is primarily responsible for the preparation of the content of this report, certifies that all of the views expressed in this publication accurately reflect that analyst's personal views about any and all of the subject securities or issuers and that no part of that analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views in this publication.

## II. OTHER IMPORTANT INFORMATION AND DISCLOSURES

References to "Bernstein" or the "Firm" in these disclosures relate to the following entities: Sanford C. Bernstein & Co., LLC, Bernstein Autonomous LLP, Sanford C. Bernstein Limited (for dates prior to January, 1, 2021), Autonomous Research LLP (for dates between April 1, 2019 and December 31, 2020), Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 , Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (India) Private Limited (SEBI registration no. INH000006378) and Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C.

Separate branding is maintained for "Bernstein" and "Autonomous" research products.

- Bernstein produces a number of different types of research products including, among others, fundamental analysis and quantitative analysis, under both the "Autonomous" and "Bernstein" brands. Recommendations contained within one type of research product may differ from recommendations contained within other types of research products, whether as a result of differing time horizons, methodologies or otherwise. Furthermore, views or recommendations within a research product issued under one brand may differ from views or recommendations under the same type of research product issued under

the other brand. The Research Ratings System for the two brands and other information related to those Rating Systems are included in the previous section.

- Each operates as a separate business unit within the following entities: Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 and Bernstein Autonomous LLP. For information relating to "Autonomous" branded products (including certain Sales materials) please visit: www.autonomous.com. For information relating to Bernstein branded products please visit: www.bernsteinresearch.com.

Information related to the acquisition of Autonomous Research:

- On and as of April 1, 2019, AllianceBernstein L.P. acquired Autonomous Research. As a result of the acquisition, the research activities formerly conducted by Autonomous Research US LP and Autonomous Research Asia Limited were assumed by Sanford C. Bernstein & Co., LLC and Sanford C. Bernstein (Hong Kong) Limited盛博香港有限公司 , respectively. Both entities continue to publish research under the Autonomous brand.

- References to "Autonomous" in these disclosures relate to the Autonomous Research LLP and, with reference to dates prior to April 1, 2019, to Autonomous Research US LP and Autonomous Research Asia Limited, and, with reference to April 1, 2019 onwards, the Autonomous Research US unit and separate brand of Sanford C. Bernstein & Co., LLC and the Autonomous Research Asia unit and separate brand of Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 , collectively.

Information related to the reorganization of Sanford C. Bernstein Limited and Autonomous Research LLP:

- On and after close of business on December 31, 2020, as part of an internal reorganisation of the corporate group, Sanford C. Bernstein Limited transferred its business to its affiliate Autonomous Research LLP. Subsequent to this transfer, Autonomous Research LLP changed its name to Bernstein Autonomous LLP. As a result of the reorganisation, the research activities formerly conducted by Sanford C. Bernstein Limited were assumed by Bernstein Autonomous LLP, which is authorised and regulated by the Financial Conduct Authority (FRN 500498) and now publishes research under the Bernstein Research Brand.Please note that all price targets, recommendations and historical price charts are unaffected by the transfer of the business from Sanford C. Bernstein Limited and have been carried forward unchanged to Bernstein Autonomous LLP. You can continue to find this information on the Bernstein website at www.bernsteinresearch.com.

Analysts are compensated based on aggregate contributions to the research franchise as measured by account penetration, productivity and proactivity of investment ideas. No analysts are compensated based on performance in, or contributions to, generating investment banking revenues.

This report has been produced by an independent analyst as defined in Article 3 (1)(34)(i) of EU 296/2014 Market Abuse Regulation ("MAR").

Where this material contains an analysis of debt product(s), such material is intended only for institutional investors and is not subject to the independence and disclosure standards applicable to debt research prepared for retail investors.

This document may not be passed on to any person in the United Kingdom (i) who is a retail client (ii) unless that person or entity qualifies as an authorised person or exempt person within the meaning of section 19 of the UK Financial Services and Markets Act 2000 (the "Act"), or qualifies as a person to whom the financial promotion restriction imposed by the Act does not apply by virtue of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, or is a person classified as an "professional client" for the purposes of the Conduct of Business Rules of the Financial Conduct Authority.

This document may not be passed onto any person in Canada unless that person qualifies as "permitted client" as defined in Section 1.1 of NI 31-103.

**To our readers in the United States:** Sanford C. Bernstein & Co., LLC, a broker-dealer registered with the U.S. Securities and Exchange Commission ("SEC") and a member of the U.S. Financial Industry Regulatory Authority, Inc. ("FINRA") is distributing this publication in the United States and accepts responsibility for its contents. Where this report has been prepared by research analyst(s) employed by a non-US affiliate, such analyst(s), is/are (unless otherwise expressly noted) not registered as associated persons of Sanford C. Bernstein & Co., LLC or any other SEC-registered broker-dealer and are not licensed or qualified as research analysts with FINRA or any other US regulatory authority. Accordingly, reports prepared by such analyst(s) may not be prepared in compliance with FINRA's restrictions regarding (among other things) communications by research analysts with a subject company, interactions between research analysts and investment banking personnel, participation by research analysts in solicitation and marketing activities relating to investment banking transactions, public appearances by research analysts, and

Callum Elliott, CFA, ACA   +44 207 170 0502  callum.elliott@bernstein.com                                   18 August 2022

trading securities held by a research analyst account.

**To our readers in the United Kingdom:** This publication has been issued or approved for issue in the United Kingdom by Bernstein Autonomous LLP, authorised and regulated by the Financial Conduct Authority and located at 50 Berkeley Street, London W1J 8SB, +44 (0)20-7170-5000. Registered in England & Wales No OC343985.

**To our readers in Ireland and the member states of the EEA:** This publication is being distributed by Sanford C. Bernstein Ireland Limited, which is authorised and regulated by the Central Bank of Ireland.

**To our readers in Hong Kong:** This publication is being distributed in Hong Kong by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which is licensed and regulated by the Hong Kong Securities and Futures Commission (Central Entity No. AXC846) to carry out Type 4 (Advising on Securities) regulated activities and subject to the licensing conditions mentioned in the SFC Public Register (https://www.sfc.hk/publicregWeb/corp/AXC846/details)). This publication is solely for professional investors only, as defined in the Securities and Futures Ordinance (Cap. 571).

**To our readers in Singapore:** This publication is being distributed in Singapore by Sanford C. Bernstein, a unit of AllianceBernstein (Singapore) Ltd., only to accredited investors or institutional investors, as defined in the Securities and Futures Act (Chapter 289). Recipients in Singapore should contact AllianceBernstein (Singapore) Ltd. in respect of matters arising from, or in connection with, this publication. AllianceBernstein (Singapore) Ltd. is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C. It is regulated by the Monetary Authority of Singapore and located at One Raffles Quay, #27-11 South Tower, Singapore 048583, +65-62304600. The business name "Bernstein" is registered under business registration number 53193989L.

**To our readers in the People's Republic of China**: The securities referred to in this document are not being offered or sold and may not be offered or sold, directly or indirectly, in the People's Republic of China (for such purposes, not including the Hong Kong and Macau Special Administrative Regions or Taiwan), except as permitted by the securities laws of the People's Republic of China.

**To our readers in Japan:** This document is not delivered to you for marketing purposes, and any information provided herein should not be construed as a recommendation, solicitation or offer to buy or sell any securities or related financial products.

**For the institutional client readers in Japan who have been granted access to the Bernstein website by Daiwa Securities Group Inc. ("Daiwa")**, your access to this document should not be construed as meaning that Bernstein is providing you with investment advice for any purposes. Whilst Bernstein has prepared this document, your relationship is, and will remain with, Daiwa, and Bernstein has neither any contractual relationship with you nor any obligations towards you.

**To our readers in Australia:** Sanford C. Bernstein & Co., LLC., Bernstein Autonomous LLP, Sanford C. Bernstein Ireland Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, AllianceBernstein (Singapore) Ltd., and Sanford C. Bernstein (India) Private Limited ("Bernstein Affiliates") are regulated, respectively, by the Securities and Exchange Commission under U.S. laws, by the Financial Conduct Authority under U.K. laws, by the Central Bank of Ireland, by the Hong Kong Securities and Futures Commission under Hong Kong laws, by the Monetary Authority of Singapore under Singapore laws, and Securities and Exchange Board of India, all of which differ from Australian laws. The Bernstein Affiliates are exempt from the requirement to hold an Australian financial services license under the Corporations Act 2001 in respect of the provision of the following financial services to wholesale clients:

- providing financial product advice;

- dealing in a financial product;

- making a market for a financial product; and

- providing a custodial or depository service.

**To our readers in Canada:** If this publication pertains to a Canadian domiciled company, it is being distributed in Canada by Sanford C. Bernstein (Canada) Limited, which is licensed and regulated by the Investment Industry Regulatory Organization of Canada ("IIROC"). If the publication pertains to a non-Canadian domiciled company, it is being distributed by Sanford C. Bernstein & Co., LLC, which is licensed and regulated by both the SEC and FINRA, into Canada under the International Dealers Exemption.

**To our readers in India:** This publication is being distributed in India by Sanford C. Bernstein (India) Private Limited (SCB India) which is licensed and regulated by Securities and Exchange Board of India ("SEBI") as a research analyst entity under the SEBI (Research Analyst) Regulations, 2014, having registration no. INH000006378 and as a stock broker having registration no.

Callum Elliott, CFA, ACA   +44 207 170 0502  callum.elliott@bernstein.com                                                  18 August 2022

INZ000213537. SCB India is currently engaged in the business of providing research and stock broking services.

- SCB India is a Private limited company incorporated under the Companies Act, 2013, on April 12, 2017 bearing corporate identification number U65999MH2017FTC293762, and registered office at Level 6, 4 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai 400051 , Maharashtra, India (Phone No: +91-22-68421401).

- SCB India does not have any disciplinary history as on the date of this report.

- The associates of SCB India or their relatives may have financial interest(s) in the subject company.

- Except as noted above, SCB India or its associates

  - do not have actual/beneficial ownership of one percent or more in securities of the subject company;

  - is not engaged in any investment banking activities for Indian companies, as such;

  - have not managed or co-managed a public offering in the past twelve months for any Indian companies;

  - have not received any compensation for investment banking services or merchant banking services from the subject company in the past 12 months;

  - have not received compensation for brokerage services from the subject company in the past twelve months;

  - have not received any compensation or other benefits from the subject company or third party related to the specific recommendations or views in this report; and

  - do not currently, but may in the future, act as a market maker in the financial instruments of the companies covered in the report.

- SCB India or its associates may have received compensation for products or services other than investment banking, merchant banking or brokerage services from the subject company in the past twelve months.

- The principal research analyst(s) who prepared this report, members of the analysts' team, and members of their households are not an officer, director, employee or advisory board member of the companies covered in the report.

**LEGAL**

This publication has been published and distributed in accordance with the Firm's policy for management of conflicts of interest in investment research, a copy of which is available from Sanford C. Bernstein & Co., LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105. Additional disclosures and information regarding Bernstein's business are available on our website www.bernsteinresearch.com.

This publication is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of, or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject any of the entities referenced herein or any of their subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction. This publication is based upon public sources we believe to be reliable, but no representation is made by us that the publication is accurate or complete. We do not undertake to advise you of any change in the reported information or in the opinions herein. This publication was prepared and issued by entity referred to herein for distribution to eligible counterparties or professional clients. This publication is not an offer to buy or sell any security, and it does not constitute investment, legal or tax advice. The investments referred to herein may not be suitable for you. Investors must make their own investment decisions in consultation with their professional advisors in light of their specific circumstances. The value of investments may fluctuate, and investments that are denominated in foreign currencies may fluctuate in value as a result of exposure to exchange rate movements. Information about past performance of an investment is not necessarily a guide to, indicator of, or assurance of, future performance.

This report is directed to and intended only for our clients who are "eligible counterparties", "professional clients", "institutional investors" and/or "professional investors" as defined by the aforementioned regulators, and must not be redistributed to retail clients as defined by the aforementioned regulators. Retail clients who receive this report should note that the services of the entities noted herein are not available to them and should not rely on the material herein to make an investment decision. The result of such act will not hold the entities noted herein liable for any loss thus incurred as the entities noted herein are not registered/authorised/ licensed to deal with retail clients and will not enter into any contractual agreement/arrangement with

**Callum Elliott, CFA, ACA**   +44 207 170 0502   callum.elliott@bernstein.com

18 August 2022

retail clients. This report is provided subject to the terms and conditions of any agreement that the clients may have entered into with the entities noted herein . All research reports are disseminated on a simultaneous basis to eligible clients through electronic publication to our client portal. The information is private and confidential and for the use of the clients only.

This report has been prepared for information purposes only and is based on current public information that we consider reliable, but the entities noted herein do not warrant or represent (express or implied) as to the sources of information or data contained herein are accurate, complete, not misleading or as to its fitness for the purpose intended even though the entities noted herein rely on reputable or trustworthy data providers, it should not be relied upon as such. Opinions expressed are the author(s)' current opinions as of the date appearing on the material only. The information in this report does not constitute a personal recommendation, as defined by any of the aforementioned regulators, or take into account the particular investment objectives, financial situations, or needs of individual investors. The report has not been reviewed by any of the aforementioned regulators and does not represent any official recommendation from the aforementioned regulators.

The analysis contained herein is based on numerous assumptions. Different assumptions could result in materially different results. The information in this report does not constitute, or form part of, any offer to sell or issue, or any offer to purchase or subscribe for shares, or to induce engage in any other investment activity. The value of any securities or financial instruments mentioned in this report can fall as well as rise subject to market conditions. Past performance is not necessarily indicative of future results. Estimates of future performance mentioned by the research analyst in this report are based on assumptions that may not be realized due to unforeseen factors like market volatility/fluctuation. In relation to securities or financial instruments denominated in a foreign currency other than the clients' home currency, movements in exchange rates will have an effect on the value, either favorable or unfavorable. Before acting on any recommendations in this report, recipients should consider the appropriateness of investing in the subject securities or financial instruments mentioned in this report and, if necessary, seek for independent professional advice.

The securities described herein may not be eligible for sale in all jurisdictions or to certain categories of investors where that permission profile is not consistent with the licenses held by the entities noted herein. This document is for distribution only as may be permitted by law. It is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or would subject the entities noted herein to any regulation or licensing requirement within such jurisdiction.

No part of this material may be reproduced, distributed or transmitted or otherwise made available without prior consent of the entities noted herein. Copyright Bernstein Autonomous LLP, Sanford C. Bernstein & Co., LLC and Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 . All rights reserved. The trademarks and service marks contained herein are the property of their respective owners. Any unauthorized use or disclosure is strictly prohibited. The entities noted herein may pursue legal action if the unauthorized use results in any defamation and/or reputational risk to the entities noted herein and research published under the Bernstein and Autonomous brands.