# EXHIBIT 1

**COUNT I**

**Violations of § 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder**

| Challenged Elements | Complaint Paragraphs that Plausibly Allege the Challenged Elements[1] |
|---|---|
| Falsity | ¶¶ 1-41, 54-126, 128-172, 276-278, 286-292 |
| Scienter | ¶¶ 1-41, 54-126, 236-264, 286-292 |
| Loss Causation | ¶¶ 1-41, 54-126, 173-235, 286-292 |

**COUNT II**

**Violations of § 20(a) of the Exchange Act**

| Challenged Elements | Complaint Paragraphs that Plausibly Allege the Challenged Elements |
|---|---|
| Primary Violation of Section 10(b) | *See* chart above.  ¶¶ 293-297 |
| Control Person | *See* chart above.  ¶¶ 279-285, 293-297 |

---

[1] Lead Plaintiff lists each supporting paragraph without including unnecessary or duplicative paragraph references.  However, the elements of Lead Plaintiffs' securities fraud claims and Lead Plaintiffs' arguments in response to Defendants' Motion to Dismiss should be assessed in totality. *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007).