**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | No. 1:23-cv-10669-AS<br><br>Hon. Arun Subramanian |

**LEAD PLAINTIFFS' NOTICE OF ERRATA**

1.      Lead Plaintiffs Macomb County Employees' Retirement System ("Macomb County ERS"), Macomb County Retiree Health Care Fund ("Macomb County RHC"), and Wayne County Employees' Retirement System's ("Wayne County ERS") (collectively "Lead Plaintiffs" or the "Michigan Funds") respectfully submit this Notice of Errata to inform the Court of an error that was made with respect to Lead Plaintiffs' reported transactions set forth in Exhibits A and B to the Declaration of Francis P. McConville (ECF No. 26) in Support of the Michigan Funds' Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (ECF Nos. 23-24, 26-27).  Specifically, the transactions listed in Exhibit A contained a custodial data error related to Macomb County ERS (ECF No. 26-1 at 2-6), which was also reflected in Exhibit B's loss analysis (ECF No. 26-2 at 2-3).  As set forth below and in the Declaration of Francis P. McConville ("McConville Decl."), filed concurrently herewith, this error does not materially impact Lead Plaintiffs' reported losses in the matter.

2.      Lead Counsel, Labaton Keller Sucharow LLP ("Labaton") obtained Macomb County ERS's trading records in this Action through its custodial bank.  McConville Decl. ¶ 4. Macomb County ERS's custodial bank reported transactions in Estée Lauder securities for Macomb County ERS and also inadvertently included certain transactions from a distinct, but

affiliated fund called the Macomb County Intermediate Retirees Medical Benefit Trust (the "Macomb County Medical Trust"). *Id.* Macomb County ERS and the Macomb County Medical Trust share, among other things, the same custodial bank. *Id.* Macomb County ERS purchased 12,896 shares of Estée Lauder stock during the Class Period, and the Macomb County Medical Trust purchased 4,032 shares that were inadvertently reported in the custodial data as being Macomb County ERS's purchases. *Id.*

3. The mistaken reporting of transactions was inadvertent given the relatedness of the account-holding entities but resulted in some of Macomb County Medical Trust's transactions in Estée Lauder's stock being attributed to Macomb County ERS. McConville Decl. ¶ 5. Attached as Exhibit 1 to the McConville Decl. is a corrected PSLRA certification for Macomb County ERS that removes the transactions attributable to the Macomb County Medical Trust and only reports those transactions that are attributable to Lead Plaintiff, Macomb County ERS. *Id.* Attached as Exhibit 2 to the McConville Decl. is a corrected loss chart that reflects Macomb County ERS's loss during the Class Period of $916,421.07, as opposed to $1,179,333.10 as previously set forth. *Id.* As a result, the Michigan Funds' loss collectively is $1,609,729.48 instead of $1,872,641.51. *Id.*

4. As set forth in the corrected PSLRA certification and loss analysis, the transactions and resultant losses from the account belonging to the Macomb County Medical Trust reflect a small portion of the total losses when compared to Lead Plaintiffs' overall reported losses. Moreover, after removing the losses attributable to the Macomb County Medical Trust, both Macomb County ERS and Michigan Funds' losses remain larger than any competing movant. McConville Decl. ¶ 6.

5.      Should the Court so desire, the Macomb County Medical Trust is willing and able to be added as a co-Lead Plaintiff and Lead Plaintiffs will submit a motion to add a party under Federal Rule of Civil Procedure 21 and a PSLRA certification that includes each of the transactions attributable to Macomb County Medical Trust.  McConville Decl. ¶ 7.

Dated:  September 16, 2024

Respectfully Submitted,

**LABATON KELLER SUCHAROW LLP**

By: */s/ Francis P. McConville*
Francis P. McConville
Michael P. Canty
James T. Christie
Guillaume Buell
Jacqueline R. Meyers
140 Broadway
New York, New York 10005
Telephone:  212-907-0700
Facsimile: 212-818-0477
Email:   mcanty@labaton.com
            fmcconville@labaton.com
            jchristie@labaton.com
            gbuell@labaton.com
            jmeyers@labaton.com

*Lead Counsel for Lead Plaintiff Macomb County Employees' Retirement System, Macomb County Retiree Health Care Fund, and Wayne County Employees' Retirement System and the Proposed Class*

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Thomas C. Michaud (*pro hac vice forthcoming*)
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
Email:   tmichaud@vmtlaw.com

*Liaison Counsel for Lead Plaintiff Macomb County Employees' Retirement System, Macomb County Retiree Health Care Fund, and Wayne County Employees' Retirement System and the Proposed Class*