**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | No. 1:23-cv-10669-AS<br><br>Hon. Arun Subramanian |

**DECLARATION OF FRANCIS P. MCCONVILLE**

I, FRANCIS P. MCCONVILLE, pursuant to 28 U.S.C. §1746, declare:

1.      I am a partner with the law firm of Labaton Keller Sucharow LLP ("Labaton"), counsel for Lead Plaintiffs Macomb County Employees' Retirement System ("Macomb County ERS"), Macomb County Retiree Health Care Fund ("Macomb County RHC"), and Wayne County Employees' Retirement System ("Wayne County ERS") (collectively, "Lead Plaintiffs" or the "Michigan Funds").  My firm serves as Lead Counsel in this matter.  I am admitted to practice before this Court.  My business address is 140 Broadway, New York, New York 10005.

2.      On February 5, 2024, the Michigan Funds filed a Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (ECF Nos. 23-24, 26-27), which included PSLRA certifications and loss analysis by the Michigan Funds attached as Exhibits A and B to the supporting Declaration of Francis P. McConville (ECF No. 26).

3.      On February 20, 2024, the Court entered an Opinion and Order appointing the Michigan Funds to serve as Lead Plaintiff in this action and appointing my firm to serve as Lead Counsel.  ECF No. 38.

4.      My firm has since become aware of a custodial data error with respect to the PSLRA certification and loss analysis submitted by Macomb County ERS (ECF No. 26-1 at 2-6; ECF No. 26-2 at 2-3).  Labaton obtained Macomb County ERS's trading records in this Action

through its custodial bank.  Macomb County ERS's custodial bank reported transactions in Estée Lauder securities for Macomb County ERS and also inadvertently included certain transactions from a distinct, but affiliated fund called the Macomb County Intermediate Retirees Medical Benefit Trust (the "Macomb County Medical Trust").  Macomb County ERS and the Macomb County Medical Trust share, among other things, the same custodial bank.  Macomb County ERS purchased 12,896 shares of Estée Lauder stock during the Class Period, and the Macomb County Medical Trust purchased 4,032 shares that were inadvertently reported in the custodial data as being Macomb County ERS's purchases.  Macomb County Medical Trust is not a named party to this Action.

5.    The mistaken reporting of transactions was inadvertent given the relatedness of the account-holding entities but resulted in some of Macomb County Medical Trust's transactions in Estée Lauder's stock being attributed to Macomb County ERS.  Attached as Exhibit 1 hereto is a corrected PSLRA certification for Macomb County ERS that removes the transactions attributable to the Macomb County Medical Trust and only reports those transactions that are attributable to Lead Plaintiff, Macomb County ERS.  Attached as Exhibit 2 hereto is a corrected loss chart that reflects Macomb County ERS's loss during the Class Period of $916,421.07, as opposed to $1,179,333.10 as previously set forth.  *See* ECF No. 26-2.  As a result, the Michigan Funds' loss collectively is $1,609,729.48 instead of $1,872,641.51.

6.    As set forth in the corrected PSLRA certification and loss analysis, the transactions and resultant losses from the account belonging to the Macomb County Medical Trust reflect a small portion of the total losses when compared to Lead Plaintiffs' overall reported losses. Moreover, after removing the losses attributable to the Macomb County Medical Trust, both

Macomb County ERS and Michigan Funds' losses remain larger than any competing movant. *See* ECF No. 22 (reflecting competing movant's losses of $320,267.96).

7.      Should the Court so desire, the Macomb County Medical Trust is willing and able to be added as a co-Lead Plaintiff and Lead Plaintiffs will submit a motion to add a party under Federal Rule of Civil Procedure 21 and a PSLRA certification that includes each of the transactions attributable to Macomb County Medical Trust.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on September 16, 2024

*/s/ Francis P. McConville*
Francis P. McConville
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel.: 212-907-0700
Fax: 212-818-0477
fmcconville@labaton.com

3