# Exhibit 1

## CERTIFICATION

I, Mark F. Deldin, as Chairman of Macomb County Employees' Retirement System ("Macomb County ERS"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Macomb County ERS.  I have reviewed a complaint filed against The Estée Lauder Companies Inc. ("Estée") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

2.      Macomb County ERS did not purchase common stock of Estée at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Macomb County ERS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Macomb County ERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Macomb County ERS' transactions in Estée common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.      Macomb County ERS sought to serve or currently serves as a lead plaintiff or representative party in the following class actions under the federal securities laws filed during the last three years:

*City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc.*,
No. 0:21-cv-62380 (S.D. Fla.)
*Collinsville Police Pension Board on Behalf of the Collinsville Police Pension Fund v.*
*Discovery, Inc.*, No. 1:22-cv-8171 (S.D.N.Y.)
*Schaeffer v. Signature Bank*, No. 1:23-cv-1921 (E.D.N.Y.)
*Kangas v. Illumina, Inc.*, No. 3:23-cv-2082 (S.D. Cal.)
*McAlice v. The Estee Lauder Companies Inc.*, No. 1:23-cv-10669 (S.D.N.Y.)
*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc.*, No. 1:24-
cv-0282 (D. Idaho)

6.    Beyond its pro rata share of any recovery, Macomb County ERS will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this    11th    day of September, 2024.

_____
*Mark F. Deldin*
Chairman
Macomb County Employees' Retirement System

2

**EXHIBIT A**

**TRANSACTIONS IN ESTÉE LAUDER COMPANIES INC.**

| Transaction Type | Trade Date | Shares | Local Price | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 02/03/22 | 16,932 | | |
| Purchases | 05/09/22 | 171 | $236.65 | ($40,467.01) |
| Purchases | 05/10/22 | 189 | $230.44 | ($43,553.27) |
| Purchases | 05/11/22 | 285 | $233.59 | ($66,572.30) |
| Purchases | 05/12/22 | 476 | $229.37 | ($109,178.93) |
| Purchases | 05/13/22 | 511 | $239.53 | ($122,398.50) |
| Purchases | 05/16/22 | 272 | $236.48 | ($64,323.10) |
| Purchases | 05/17/22 | 177 | $238.74 | ($42,256.94) |
| Purchases | 05/18/22 | 473 | $233.10 | ($110,254.46) |
| Purchases | 05/19/22 | 261 | $235.57 | ($61,484.45) |
| Purchases | 05/20/22 | 483 | $234.67 | ($113,346.91) |
| Purchases | 05/23/22 | 346 | $236.15 | ($81,707.17) |
| Purchases | 05/24/22 | 106 | $231.10 | ($24,497.09) |
| Purchases | 03/14/23 | 214 | $240.62 | ($51,492.17) |
| Purchases | 05/03/23 | 2,667 | $205.58 | ($548,272.79) |
| Purchases | 05/08/23 | 845 | $205.17 | ($173,370.17) |
| Purchases | 05/09/23 | 1,003 | $202.70 | ($203,310.91) |
| Purchases | 05/10/23 | 726 | $201.22 | ($146,087.10) |
| Purchases | 05/11/23 | 341 | $200.90 | ($68,506.32) |
| Purchases | 09/13/23 | 747 | $152.16 | ($113,663.67) |
| Purchases | 09/14/23 | 967 | $153.95 | ($148,866.65) |
| Purchases | 09/15/23 | 3,011 | $156.71 | ($471,858.93) |
| Sales | 09/29/23 | (1,375) | $145.78 | $200,442.96 |
| Closing Balance | 10/31/23 | 29,828 | | |