<u>Exhibit 2</u>

**LOSS ANALYSIS**

**Class Period: 2/3/2022 – 10/31/2023**

**The Estée Lauder Companies Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| EL | 518439104 | US5184391044 | 2320524 | 130.9402 |

**Macomb County Employees' Retirement System**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Opening Balance | 02/03/22 | 16,932 | | |
| Purchases | 05/09/22 | 171 | $236.6492 | ($40,467.01) |
| Purchases | 05/10/22 | 189 | $230.4406 | ($43,553.27) |
| Purchases | 05/11/22 | 285 | $233.5870 | ($66,572.30) |
| Purchases | 05/12/22 | 476 | $229.3675 | ($109,178.93) |
| Purchases | 05/13/22 | 511 | $239.5274 | ($122,398.50) |
| Purchases | 05/16/22 | 272 | $236.4820 | ($64,323.10) |
| Purchases | 05/17/22 | 177 | $238.7398 | ($42,256.94) |
| Purchases | 05/18/22 | 473 | $233.0961 | ($110,254.46) |
| Purchases | 05/19/22 | 261 | $235.5726 | ($61,484.45) |
| Purchases | 05/20/22 | 483 | $234.6727 | ($113,346.91) |
| Purchases | 05/23/22 | 346 | $236.1479 | ($81,707.17) |
| Purchases | 05/24/22 | 106 | $231.1046 | ($24,497.09) |
| Purchases | 03/14/23 | 214 | $240.6176 | ($51,492.17) |
| Purchases | 05/03/23 | 2,667 | $205.5766 | ($548,272.79) |
| Purchases | 05/08/23 | 845 | $205.1718 | ($173,370.17) |
| Purchases | 05/09/23 | 1,003 | $202.7028 | ($203,310.91) |
| Purchases | 05/10/23 | 726 | $201.2219 | ($146,087.10) |
| Purchases | 05/11/23 | 341 | $200.8983 | ($68,506.32) |
| Purchases | 09/13/23 | 747 | $152.1602 | ($113,663.67) |
| Purchases | 09/14/23 | 967 | $153.9469 | ($148,866.65) |
| Purchases | 09/15/23 | 3,011 | $156.7117 | ($471,858.93) |
| **Class Period purchases:** | | **14,271** | | **($2,805,468.85)** |
| Sales | 09/29/23 | (1,375) | $145.7767 | $200,442.96 |
| **Class Period sales that match to Class Period purchases:** | | **-1,375** | | **$200,442.96** |
| Shares Held: | | 12,896 | 130.9402 | $1,688,604.82 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($916,421.07)** |

| | |
|---|---|
| Total Shares Bought: | 14,271 |
| Total Net Shares: | 12,896 |
| Total Net Expenditures: | ($2,605,025.89) |

[1] *Value of shares held is the mean trading price from 11/1/2023 to 1/29/2024.*