UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION

23-cv-10669 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold a pretrial conference on **April 17, 2025** at **2:30 PM** in Courtroom 15A, 500 Pearl Street, New York, NY 10007. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as Lead Trial Counsel.

Prior to the conference, the parties shall meet and confer on the schedule for discovery, class-certification, and summary judgment. The parties should submit a joint schedule to the Court by April 15, 2025. If needed, the parties may use the Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at **https://nysd.uscourts.gov/hon-arun-subramanian**. Any open legal issues can be addressed at the conference.

SO ORDERED.

Dated: April 1, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge