# Weil, Gotshal & Manges LLP

The extension request is GRANTED. The initial pretrial conference is adjourned to April 22, 2025 at 2:30 PM.

The Clerk of Court is directed to terminate the motion at Dkt. 60.

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Caroline Hickey Zalka**
+1 (212) 310-8527
caroline.za ka@weil.com

April 8, 2025

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: April 9, 2025

**VIA ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
Courtroom 15A
500 Pearl Street
New York, New York

Re: *In re The Estée Lauder Co., Inc. Securities Litigation,* No. 1:23-cv-10669-AS (S.D.N.Y.)

Dear Judge Subramanian:

We represent Defendants The Estée Lauder Companies Inc., Fabrizio Freda, and Tracey T. Travis (collectively, the "Defendants") in the above referenced action. Pursuant to Rule 3(E) of Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully request: (i) a brief extension of Defendants' time to answer the Consolidated Amended Class Action Complaint (the "Amended Complaint") (ECF No. 47) from April 14, 2025 to May 5, 2025; and (ii) an adjournment of the initial pretrial conference, from Thursday, April 17, 2025 at 2:30 p.m. to any date on or after Tuesday, April 22, 2025 that is convenient for the Court.

On March 31, 2025, the Court entered its Opinion and Order denying Defendants' motion to dismiss the Amended Complaint. ECF No. 58. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), the current deadline for Defendants to answer the Amended Complaint is April 14, 2025. No previous request for an extension of this deadline has been made. Defendants request this extension to afford them sufficient time to respond to the 297-paragraph Amended Complaint. If granted, the extension would not impact any other deadlines in the action. Counsel for Lead Plaintiff consents to Defendants' request.

The parties' next deadline is to submit a joint case schedule for discovery, class certification, and summary judgment, on April 15, 2025. ECF No. 59. The parties' next scheduled appearance before the Court is the initial pretrial conference scheduled for April 17, 2025 at 2:30 p.m. *Id.* On April 7, 2025, the parties held their first meet and confer to discuss a joint case schedule, and are making meaningful progress to agreeing upon a proposed agreed-upon schedule for submission to the Court for approval. In the event that Your Honor wishes to proceed with the initial pretrial conference, Lead Trial Counsel will be out of the country on that date. Accordingly, Defendants respectfully request an adjournment of the initial pretrial conference to April 22, 2025, or any day thereafter with the exception of April 25, 2025.

Weil, Gotshal & Manges LL

April 8, 2025
Page 2

No previous request for an adjournment has been made.  If granted, the adjournment would not impact any other deadlines in the action or the proposed dates set forth in the Parties' forthcoming proposed case schedule.  Counsel for Lead Plaintiff consents to Defendants' request.

We are available at the Court's convenience to address any items the Court wishes to address.

Respectfully submitted,

/s/ Caroline Hickey Zalka
Caroline Hickey Zalka
cc:  All Counsel of Record (via ECF)