UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION, | 23-cv-10669 (AS) <br><br> <u>ORDER</u> |
|---|---|

ARUN SUBRAMANIAN, United States District Judge:

    Because the Court has adopted the parties' proposed case management plan, *see* Dkt. 63, the April 22 pretrial conference is CANCELED.

    SO ORDERED.

Dated: April 21, 2025
       New York, New York

                                         ARUN SUBRAMANIAN
                                         United States District Judge