**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | No. 1:23-cv-10669-AS<br><br>Hon. Arun Subramanian |

**DECLARATION OF JAMES T. CHRISTIE**

I, JAMES T. CHRISTIE, pursuant to 28 U.S.C. §1746, declare:

1.      I am a Partner with the law firm of Labaton Keller Sucharow LLP ("Labaton"), Lead Counsel for Court-appointed Lead Plaintiffs Macomb County Employees' Retirement System ("Macomb County ERS"), Macomb County Retiree Health Care Fund ("Macomb County RHC"), and Wayne County Employees' Retirement System ("Wayne County ERS," collectively with Macomb ERS and Macomb RHC, "Lead Plaintiffs" or the "Michigan Funds").  I am a member in good standing of the Bar of the State of New York and am duly admitted to practice before this Court.  My business address is 140 Broadway, New York, New York 10005.

2.      I respectfully submit this Declaration, together with the attached exhibits, in support of Lead Plaintiffs' Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel filed herewith:

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D., dated July 25, 2025.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Stephen Smigiel on behalf of Macomb County ERS, dated July 24, 2025.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Stephen Smigiel on behalf of Macomb County RHC, dated July 24, 2025.

2

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Gerard Grysko on behalf of Wayne County ERS, dated July 24, 2025.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Labaton Keller Sucharow LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.


Dated: July 25, 2025                                      _s/ James T. Christie_____
                                                          James T. Christie