# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | No. 1:23-cv-10669-AS<br>Hon. Arun Subramanian |

**DECLARATION OF STEPHEN SMIGIEL IN SUPPORT OF LEAD PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION, APPOINTMENT AS CLASS**
**REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

I, Stephen Smigiel, declare as follows:

1.      I am the Administrator for the Macomb County Employees' Retirement System ("Macomb County ERS"), a single employer defined public pension fund based in Macomb County, Michigan that administers pension and ancillary benefits services to approximately 4,600 employees, retirees, and beneficiaries as of December 31, 2023.  Macomb County ERS is a sophisticated institutional investor that has over $1.1 billion in assets under management as of December 31, 2023.  Macomb County ERS has resolved to seek appointment as a class representative in this action and I am duly authorized, on behalf of Macomb County ERS, to take all necessary steps to seek this appointment.

2.      I respectfully submit this declaration on behalf of Macomb County ERS, one of the three Court-appointed Lead Plaintiffs in this action, in support of Lead Plaintiffs' Motion for Class Certification, Appointment as Class Representatives, and Appointment of Class Counsel.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

3.      Macomb County ERS previously provided a certification of its purchases and sales of the common stock of The Estée Lauder Co. Inc. ("Estée Lauder") during the period from February 3, 2022 through October 31, 2023, inclusive (the "Class Period"), which is available at ECF No. 55-2.

4.      Macomb County ERS did not purchase or acquire any Estée Lauder securities at the direction of counsel, or in order to participate in any private action under the federal securities laws.

5.      On behalf of Macomb County ERS, my colleagues and I actively review and monitor the progress and prosecution of this litigation by Court-appointed Lead Counsel, Labaton Keller Sucharow LLP ("Labaton").  For example, we receive and review court filings, legal briefs, periodic updates, and other correspondence from counsel regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings and Court orders.

6.      Macomb County ERS is actively involved in the discovery process in this litigation, including, but not limited to the document collection process.  We also have participated in discussions with counsel regarding litigation strategy and significant developments in the litigation, and produced documents in response to Defendants' discovery requests.  Macomb County ERS could and would participate in a deposition at the appropriate time.

7.      Macomb County ERS understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions.  Should it be appointed as a class representative, Macomb County ERS, a large institutional investor, is committed to prosecuting this litigation vigorously. Macomb County ERS intends to obtain the largest possible recovery for the proposed class consistent with good faith and sound judgment.

8.      Macomb County ERS is committed to continuing to direct this litigation and to maximize the recovery for the proposed class by attending hearings, depositions, and/or trial, and overseeing the preparation and filing of pleadings, as appropriate.  Further, Macomb County ERS understands that, in the event it is appointed as a class representative, it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation.

9.      Macomb County ERS seeks appointment of Labaton as Class Counsel based on its substantial experience and expertise in prosecuting securities class actions.  Macomb County ERS believes that Labaton possesses the necessary skills and ability to prosecute this case vigorously and effectively on behalf of the proposed class.

10.     Should Labaton be appointed as Class Counsel, Macomb County ERS will continue to monitor and direct its efforts to obtain the largest possible recovery for the proposed class consistent with good faith and meritorious advocacy.

11.     Beyond its pro rata share of any recovery, Macomb County ERS will not accept payment for serving as a class representative, except the reimbursement of such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court consistent with the terms of the PSLRA.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 24th day of July, 2025 in Macomb County, Michigan.

_____

Stephen Smigiel

3