August 14, 2025

VIA ECF
The Honorable Arun Subramanian
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *In re The Estee Lauder Co., Inc. Securities Litigation*, Case No. 1:23-cv-10669 – August 15, 2025 Status Conference

Dear Judge Subramanian:

The Parties write jointly to update the Court regarding the status of their negotiations regarding custodians and search terms, as directed by the Court on August 6, 2025. Dkt. 89. The Parties have engaged in good faith negotiations and have now reached agreement in principle on custodians and search terms for Defendants' production. Separately, the Parties have also agreed to participate in mediation this calendar year and have selected a mediator. To facilitate both the agreements reached and the mediation process, the Parties will be submitting promptly a joint request to extend certain deadlines in the scheduling order by five months.

In light of these agreements, the Parties respectfully request that the in-person conference set for 4PM tomorrow be taken off calendar. Dkt. 89.

Respectfully submitted,

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | LABATON KELLER SUCHAROW |
| */s/ Barry H. Berke* | */s/ James T. Christie* |
| Barry H. Berke | James T. Christie |
| *Attorney for Defendants* | *Attorney for Plaintiffs* |