# GIBSON DUNN

Monica K. Loseman
Partner
T: +1 303.298.5784
M: +1 303.408.1847
mloseman@gibsondunn.com

January 21, 2026

VIA ECF
The Honorable Arun Subramanian
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *In re The Estee Lauder Co., Inc. Securities Litigation*, Case No. 1:23-cv-10669

Dear Judge Subramanian:

I write on behalf of all parties in the above-referenced action to request an extension of the word limits for Defendants' Opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' Reply thereto.  On Friday, January 23, 2026, Defendants will file their Opposition to Plaintiffs' Motion for Class Certification. Since Plaintiffs filed their Motion for Class Certification on July 25, 2025, there has been a significant exchange of party and third-party discovery, including multiple depositions.  To adequately address the relevant issues and evidence, the Parties request a corresponding increase in the word limit for both Defendants' Opposition brief (from 8,750 to 11,000) and Plaintiffs' Reply brief (from 3,500 to 11,000). Counsel for Plaintiffs joins this request.

Respectfully Submitted,

*/s/ Monica K. Loseman*
Monica K. Loseman

GRANTED IN PART. Each side may use up to 10,000 words.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 100.

cc: All Counsel of Record (via ECF)

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 22, 2026