# Appendix A

| Alleged Front-End Misstatements | Alleged Back-End Corrective Disclosures |
|---|---|
| February 3, 2022<br><br>"***Net sales increased in our travel retail business in both periods, reflecting continued strength of our brands with the Chinese consumer*** …."  Am. Compl. ¶130 (quoting ELC Q2 2022 10-Q dated Feb. 3, 2022).<br><br>May 3, 2022<br><br>"***[T]he confidence into Hainan [in the] future is unchanged actually increased given the incredible development of the place*** and the confidence in online is very strong." Am. Compl. ¶145 (quoting ELC Q3 2022 Earnings Call dated May 3, 2022).<br><br>June 2, 2022<br><br>"Then I believe that one of the most important opportunities globally in beauty is the development of the Hainan duty-free space, which we believe is just the beginning of the journey.<br>…<br>And that's explained—by the way, ***the incredible results in travel retail*** during the COVID Western lockdowns [were] ***because Hainan was more than substituting the amount of travelers in airports around the world*** just because it was domestic travel duty-free in China. So huge opportunity, this will continue."  Am. Compl. ¶159 (quoting ELC 2022 Bernstein Investor Conference dated June 2, 2022).<br><br>August 18, 2022<br><br>"We believe the Hainan—despite the current lockdown, which is obviously painful in the short term, but is a super strong opportunity for the long term, ***the power of Hainan in the future remain[s] intact, and we have strong presence and market share in this operation.***"  Am. Compl. ¶162 (quoting ELC Q4 2022 Earnings Call dated Aug. 18, 2022). | November 2, 2022<br><br>Reducing outlook for FY 2023 "primarily to reflect tighter inventory management in Asia travel retail, given reduced traffic as a result of COVID-19 restrictions."  Am. Compl. ¶35 (quoting ELC Press Release dated Nov. 2, 2022); *see also id.* ¶181.<br><br>February 2, 2023<br><br>"For fiscal 2023, we are lowering our outlook given the November and December disruption to travel and staffing levels in Hainan that slowed the expected normalization of inventory and the recently announced potential roll-back of COVID-related supportive measures in Korea duty free. **Together, these are creating a near-term, transitory pressure to our travel retail business.** "<br><br>"The COVID-19 pandemic continued to disrupt the Company's operating environment through the first half of fiscal 2023, including the COVID-related impacts, affecting Asia travel retail, particularly Hainan, and retail traffic in mainland China. In Asia travel retail, **these challenges led to prolonged store closures as well as the curtailment of travel and caused the tightening of inventory by certain retailers who had previously placed orders in anticipation of the return of travel that was since delayed.**"  Am. Compl. ¶192 (quoting ELC Press Release dated Feb. 2, 2023).<br><br>May 3, 2023<br><br>Lowering FY 2023 guidance further and noting as "the shape of recovery from the pandemic for Asia travel retail comes into better focus, it is proving to be both far more volatile than we expected and more gradual relative to what we experienced in other regions."  Am. Compl. ¶37 (quoting ELC Press Release dated May 3, 2023); *see also id.* ¶202. |

November 2, 2022

"*We anticipate sequential acceleration to strong organic sales and adjusted EPS growth in the second half of our fiscal year as these pressures begin to abate*, momentum continues to build in other areas of our business, and our ongoing investments in innovation and advertising drive growth. Our optimism in the long-term growth opportunities for our brands and for prestige beauty remains intact." Am. Compl. ¶164 (quoting ELC Press Release dated Nov. 2, 2022).

February 2, 2023

"We do expect that—we will—two things, one is *inventory levels are still coming down in Hainan*. They are almost at the level that we would expect sales to accelerate. *So yes, we should start to see an inventory build related to the shipments that we expect to see in Q4.*

In Korea, again, the pace is a little bit more uncertain given the transitory nature of what's going on right now. … *We are sitting on a decent amount of inventory even in our own warehouses to supply the sales that we expect to see in the fourth quarter.*" Am. Compl. ¶166 (quoting ELC Q2 2023 Earnings Call dated Feb. 2, 2023).

May 3, 2023

Mr. Freda: "Our retail sales growth was even stronger than organic sales growth in many markets around the world, including China and the US. *Encouragingly, retail sales performance is significantly ahead of organic sales results in Global travel retail, which gives us confidence that the challenges in travel retail are abated with time.*"

Ms. Travis: "I think the thing that gives us more comfort now on a more continuous steady progression of recovery is the fact that the COVID restrictions have been lifted. And so *what we were experiencing before with our travel retail business is the volatility related to just some of the COVID restrictions and the flow of traffic in travel and people's comfort with*

August 18, 2023

"Looking ahead, for Asia travel retail, **the pressure in Hainan intensified over the course of the fourth quarter. In May and June, retail sales trends deteriorated and turned steeply negative following the enforcement actions to control daigou activity**. The implication of these are *favorable for sustainable, long-term growth, but certainly create significant short-term headwinds* through the transition." Am. Compl. ¶214 (quoting ELC Earnings Call Script dated Aug. 18, 2023).

November 1, 2023

ELC's net sales declines "[p]rimarily reflects a decline in our Asia travel retail business, **primarily due** to our and our retailers' actions to reset retailer inventory levels, and **changes in government and retailer policies related to unstructured market activity**, that led to lower product shipments compared to the prior-year period." Am. Compl. ¶225 (quoting ELC Q1 2024 10-Q dated Nov. 1, 2023).

*travel, so that gives us more comfort that we're going to see a recovery.*"  Am. Compl. ¶169 (quoting ELC Q3 2023 Earnings Call dated May 3, 2023).

August 18, 2023

"And *we have no concerns whatsoever about travel retail growing with traveling consumers*. It's a timing issue for us right now. And so I just want to really underscore that.  *It's a pretty—it's having a timing issue that's having a big short-term temporary impact for us.*  But we are not concerned at all about what we have shared with you in the past in terms of our strategy to continue to grow travel retail globally and certainly in all of our markets in Asia."  Am. Compl. ¶171 (quoting ELC Q4 2023 Earnings Call dated Aug. 18, 2023).