UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                               :

                               :     No.  1:23-cv-10669-AS

IN RE THE ESTÉE LAUDER CO., INC.    :
SECURITIES LITIGATION             :

                               :

                               :
------------------------------------------------------------- X

## DECLARATION OF MONICA K. LOSEMAN

I, Monica K. Loseman, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

I am a member of the bar of this Court and a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants The Estée Lauder Companies Inc. ("ELC" or "the Company"), Fabrizio Freda, and Tracey T. Travis (collectively, "Defendants") in the above-referenced action.  I submit this declaration in support of Defendants' Opposition to Lead Plaintiffs' Motion for Class Certification.

1.      Attached hereto as Exhibit A is a true and correct copy of the January 23, 2026 Expert Report of Dr. Daniel Langer.

2.      Attached hereto as Exhibit B is a true and correct copy of the January 23, 2026 Expert Report of Dr. Z. John Zhang.

3.      Attached hereto as Exhibit C is a true and correct copy of the January 23, 2026 Expert Report of Claire Kent.

4.      Attached hereto as Exhibit D is a true and correct copy of the October 21, 2021 transcript of a L'Oréal S.A. Sales Trading Statement Call.

5.    Attached hereto as Exhibit E is excerpts from the November 18, 2025 deposition transcript of Janet Lynne Knopf.

6.    Attached hereto as Exhibit F is a true and correct copy of the May 3, 2021 corrected transcript of ELC's Q3 2021 Earnings Call.

7.    Attached hereto as Exhibit G is excerpts from ELC's Form 10-K for Fiscal Year 2022.

8.    Attached hereto as Exhibit H is a true and correct copy of the November 2, 2022 corrected transcript of ELC's Q1 2023 Earnings Call.

9.    Attached hereto as Exhibit I is a true and correct copy of the February 2, 2023 corrected transcript of ELC's Q2 2023 Earnings Call.

10.    Attached hereto as Exhibit J is a true and correct copy of the August 18, 2023 corrected transcript of ELC's Q4 2023 Earnings Call.

11.    Attached hereto as Exhibit K is a true and correct copy of redlines comparing the July 25, 2025 Expert Report of Matthew D. Cain, Ph.D., against:

      a.    The July 21, 2025 Expert Report of Matthew D. Cain, Ph.D. filed in *Genesee County Employees' Retirement System v. DocGo Inc.*, No. 23-cv-09476 (S.D.N.Y.), ECF No. 94-2;

      b.    The April 4, 2025 Expert Report of Matthew D. Cain, Ph.D. filed in *In re Stoneco Ltd. Securities Litigation*, No. 21-cv-09620 (S.D.N.Y.), ECF No. 113-1;

      c.    The February 28, 2025 Expert Report of Matthew D. Cain, Ph.D. in *In re Uipath, Inc. Securities Litigation*, No. 23-cv-07908 (S.D.N.Y.), ECF No. 231-1.

12. Attached hereto as Exhibit L is a true and correct copy of excerpts from the December 17, 2025 deposition transcript of Matthew D. Cain, Ph.D.

13. Attached hereto as Exhibit M is a true and correct copy of the January 23, 2026 Expert Report of Dr. Jennifer Marietta-Westberg.

14. Attached hereto as Exhibit N is a true and correct copy of the July 28, 2023 transcript of the L'Oréal S.A. Q2 FY2023 Earnings Call.

15. Attached hereto as Exhibit O is a true and correct copy of a June 23, 2025 letter from James T. Christie to David M. Kusnetz.

16. Attached hereto as Exhibit P is excerpts from the November 6, 2025 deposition transcript of Stephen Smigiel.

17. Attached hereto as Exhibit Q is excerpts from the November 5, 2025 deposition transcript of Gerard Grysko.

18. Attached hereto as Exhibit R is a true and correct copy of an August 26, 2025 letter from James T. Christie to David M. Kusnetz.

19. Attached hereto as Exhibit S is excerpts from the November 20, 2025 deposition transcript of Nick Lai.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2026

By: ___/s/ Monica K. Loseman_____

Monica K. Loseman