# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | Case No. 23-cv-10669 (AS) |

**EXPERT REPORT OF DANIEL LANGER**

January 23, 2026

# Table of Contents

I.      Qualifications ................................................................................................... 1

II.     Assignment ...................................................................................................... 3

III.    Summary of Allegations ................................................................................. 4

IV.     Summary of Opinions ..................................................................................... 5

V.      Overview of Luxury Retail ............................................................................. 7

VI.     Leading up to 2020, Asian Travel Retail Was Viewed as a Critical Channel for Luxury Retail ............................................................................................................ 9

    A.      Over the Last Two Decades, Travel Retail Has Emerged as a Key Sales Channel in the Luxury Beauty Industry ....................................................................... 10

    B.      Asia Travel Retail Is an Important Channel to Access Chinese Luxury Consumers, a High Growth Segment ............................................................... 16

    C.      Hainan Was Developed to Compete in the Growing Asia Travel Retail Segment and Was Viewed as a Way to Encourage Chinese Luxury Consumer Spending Within China   21

VII.    Leading up to 2020, *Daigou* Was a Well-Known and Widespread Practice That Impacted Virtually All Luxury Brands but Was Difficult for Brands to Reliably Assess ............... 25

    A.      Leading up to 2020, *Daigou* Was Growing in Popularity ............................... 26

    B.      Brands Recognized *Daigou* as a Part of the Chinese Luxury Market ............. 29

    C.      The Extent of *Daigou* Sales for a Luxury Retail Brand Such as Estée Lauder, Especially Illicit *Daigou* Sales in Hainan, at a Given Moment Is Challenging to Reliably Assess   32

VIII.   During the COVID-19 Pandemic and the Proposed Class Period, the Extent of *Daigou* in Hainan and the Effect of Hainan Government Regulation of *Daigou* Would Not Have Been Clear to Luxury Retail Brands Such as Estée Lauder............................................. 36

    A.      Changes in the Retail Environment in Response to the COVID-19 Pandemic Drove Large Increases in Luxury Beauty Travel Retail Sales in Hainan and Made *Daigou* Even More Difficult to Assess ....................................................................... 36

    B.      The Effect on Estée Lauder's Sales of Hainan Government Regulation of *Daigou* in 2022 and 2023 Would Have Been Difficult to Predict or Track with Precision ..... 41

IX.     By Late 2022 and 2023, Headwinds in the Luxury Beauty Retail Industry Other Than Regulation of *Daigou* Created Downward Pressure on Estée Lauder's Sales in Hainan . 46

## I.    Qualifications

1.      I am currently an Executive Professor of Luxury Strategy at Pepperdine Graziadio Business School where I have been teaching since January 2020.  I received my MBA in 1998 and my PhD in Luxury Management in 2008 from Johannes-Gutenberg University Mainz in Germany.  My doctoral thesis "Decoding Luxury" is a comprehensive study on the structural aspects of luxury and the psychology of luxury.  During my career, I have received executive education at Harvard Business School, Thunderbird, and IESE Barcelona in Spain.  In my role as a professor at Pepperdine Graziadio Business School, I teach classes on luxury strategy, global luxury management, and pricing, among other topics related to luxury.  I also teach in the business school's most prestigious executive education program, the President & Key Executive MBA.  In addition to my teaching at Pepperdine, I have also taught luxury as an adjunct professor at New York University and guest lectured luxury classes at global institutions including Savannah College of Art and Design, HWZ Zurich, London Business School, Luxury Connect Business School in India, Singapore Management University, and Korea University, among others.

2.      I have published extensively about luxury products, including two books and two book chapters.  In 2013, I published the book *Luxury Marketing & Management: Tools & Strategies to Manage Luxury Products in a Profitable and Sustainable Fashion.*  The book has been often referred to as the gold standard in luxury and is endorsed by numerous CEOs and professors in marketing.  In 2015, I published the book *Luxury Essentials: Essential Insights and Strategies to Manage Luxury Products.*

3.      I have also published books and book chapters focused on luxury markets in Asia, and in particular China.  In 2016, my book *Luxury Marketing & Management* was published in Chinese in an amended version with a focus on luxury in China, making it one of the first comprehensive luxury textbooks dedicated to the fast-growing Chinese luxury market.  In 2017, I co-authored a book chapter "The Luxury Sustainability Paradox" in the book *The Sustainable Management of Luxury* and a book chapter "Overviewing New Tools to Facilitate Luxury Management" in the book *The Essence of Luxury, An Asian Perspective*.

4.    Since 2017, I have written numerous articles on luxury published across several mainstream media platforms, including *The Wall Street Journal, The New York Times, Forbes, Financial Times, Bloomberg, Business Insider*, and others.  I have also written whitepapers on luxury for *The Economist* and published regular columns in luxury-focused publications such as *Luxury Daily*.  I regularly present about the luxury market in keynotes at conferences and company events worldwide, and, since 2024, host a podcast called *Future of Luxury Podcast with Dr. Daniel Langer.*

5.    My work focused on luxury in Asia and China has also been published in Asian and Chinese news outlets.  I have written regular luxury columns for *Jing Daily, South China Morning Post*, and *Tatler Asia*.  I have also been interviewed about the state of luxury in China on Bloomberg TV Asia.

6.    I have over 25 years of experience working in the beauty industry, including with luxury beauty brands, with responsibilities managing brands, country organizations, global strategic business units, and as an advisor.  From 2013 to 2017, I was on the Board of Directors of the Personal Care Product Council in Washington DC, the leading association of beauty companies in the United States.  My corporate beauty career included serving as a Sales and Brand Manager for L'Oréal Paris from 1998 to 2000, and I held several leadership positions at Henkel Beauty Care from 2000 to 2017, including Senior Corporate Vice President and General Manager Beauty Care in North America (2012–2017).

7.    In my years working for L'Oréal Paris and Henkel Beauty Care, I was responsible for developing and launching some of the most successful innovations across different beauty care categories, monitoring competition and channel developments including travel retail, managing the entire beauty portfolio in local organizations, managing two global strategic business units, and managing the USA country organization.

8.    In April 2017, I founded the luxury brand consulting firm, Équité, and have since acted as CEO.  Through my work at Équité, I have been deeply involved in the acquisition of a major luxury beauty company by a private equity firm and have engaged extensively with travel retail, including in Asia.  I have been a regular speaker at luxury beauty events like Innocos in Asia, Europe and USA and the BeautyMatter Summit.  I have conducted luxury workshops, masterclasses, and sales trainings with luxury travel retail top management and on-the-ground

sales teams and personally conducted several shopping research exercises (referred to as "mystery shopping exercises") in many large travel retail locations across the world, with a particular focus on Asia.

9.      In January 2024, I was appointed as a partner and board member of the multifamily office and wealth management company MOIQ Capital in Singapore.  My responsibilities include bringing my research and practical insights on Asian clients' perspective of the luxury market to the board and management team and to develop the brand as a luxury service provider to ultra-wealthy clients across all Asian key markets.  A full list of my qualifications is attached as **Appendix A**.

## II.      Assignment

10.      I have been retained by counsel for The Estée Lauder Companies Inc. ("Estée Lauder" or "the Company") to provide an overview of luxury retail, travel retail, and the position of luxury beauty companies such as Estée Lauder in the period leading up to and during the Proposed Class Period.[1]  I have been asked to explain the role of daigou and Hainan in travel retail at this time and evaluate whether a brand such as Estée Lauder could reliably assess the impact of daigou on its business and/or reliably predict the effects (if any) of a potential change in government policy on daigou on its sales.  I have also been asked to review and respond to certain opinions in the Expert Report of Matthew D. Cain, Ph.D., dated July 25, 2025 (the "Cain Report") and his deposition testimony.[2]  Specifically, I have been asked to evaluate whether the Cain Report, when discussing potential damages methodologies, accounts for the dynamics in the luxury beauty industry during the relevant period.

11.      In forming my opinions set forth in my report, I have relied on my background in the beauty and luxury retail industry, including my extensive professional experience, research, and teaching on relevant topics.  A list of documents and data that I have considered in my report is attached as **Appendix B**.  I reserve the right to revise my opinions in the event of receipt of any

---

[1] The Proposed Class Period is from February 3, 2022 to October 31, 2023.  Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, *In Re The Estée Lauder Co., Inc. Securities Litigation*, Case No. 1:23-cv-10669-AS, March 22, 2024 ("Complaint"), p. 1.
[2] Expert Report of Matthew D. Cain, Ph.D., July 25, 2025 ("Cain Report").

additional materials, including data, documents, and deposition or other testimony that may subsequently come to light.

12.    I have been retained on this matter through the Round Table Group.  They are billing $1,100 per hour for my time on this matter, and I am receiving $875 per hour for my services on this matter.  I have been assisted by staff of Cornerstone Research, who have worked under my direction.  Neither my compensation nor the compensation of Round Table Group or Cornerstone Research staff is affected by the outcome of this matter.

## III.    Summary of Allegations

13.    I understand from counsel that Plaintiffs in this matter allege that during the Proposed Class Period, Estée Lauder made false and misleading statements concerning its travel retail business by failing to disclose that Estée Lauder was reliant on illicit daigou sales in China that could be subject to a governmental crackdown,[3] that Estée Lauder "pumped large amounts of product into the *daigou* gray market to cover up slow sales growth,"[4] and that Estée Lauder knew the risk that its use of "*daigou* gray market resale to generate travel retail growth for many quarters … could not be maintained in the wake of China's 2022 crackdowns."[5]

14.    Plaintiffs claim that the regulatory risks associated with illicit daigou and a "crackdown" by the Chinese government were "foreseeable"[6] and Estée Lauder's false and misleading statements were "revealed to the market" through a series of events in 2022 and 2023 when "the governmental crackdown and restrictions on the *daigou* market intensified"[7] and the Company's net sales and stock price declined.[8]

---

[3] Opinion and Order, *In Re The Estée Lauder Co., Inc. Securities Litigation*, Case No. 1:23-cv-10669-AS, March 31, 2025, pp. 1 ("Plaintiffs say that during the COVID-19 pandemic, defendants covered up Estée Lauder's reliance on prohibited gray-market sales of its products in China. When China cracked down on the illicit activity in 2022, Estée Lauder's sales—and its stock price—cratered."), 2 ("Plaintiffs claim defendants misled investors by failing to disclose Estée Lauder's reliance on *daigou* … Plaintiffs identify nine allegedly misleading statements within the class period, which runs between February 3, 2022 and October 31, 2023.").
[4] Complaint, ¶ 81.
[5] Complaint, ¶ 40.
[6] Complaint, ¶ 181.
[7] Complaint, ¶ 184.
[8] Complaint, Section VI.

## IV.    Summary of Opinions

15.    Leading up to 2020, travel retail had been established as a key strategic sales channel for luxury beauty industry participants, including Estée Lauder.  Travel retail is the sale of goods to travelers who are outside of their normal domestic-sales environment, such as in duty-free shops at airports.  Travel retail offers brands an opportunity to connect with potential luxury consumers in-person when they have free time between transit and are in the mindset for shopping.  Against the backdrop of a broad decline in brick-and-mortar retail, travel retail was particularly attractive to luxury beauty brands that depend on in-person experiences (such as product trial to acquire new customers) and have products that are compact and easily transportable.  Within travel retail, Asian travel retail was seen by luxury brands and industry observers as a particularly important focus during this time because of the emergence of aspirational, brand-conscious Asian luxury consumers, especially in China.  In light of the growth in Chinese luxury travel retail spending, throughout the 2010s, China worked to develop the island province of Hainan into a global center for luxury travel retail and an attractive domestic duty-free option for Chinese luxury consumers.

16.    Concurrent with the rising prominence of travel retail among Chinese consumers, the phenomenon of daigou, the practice that can be translated from Chinese as "buying on behalf of [others],"[9] became increasingly pervasive.  It is important to recognize daigou not as a distinct market segment, but rather as a specific consumer procurement behavior driven by product inaccessibility and price arbitrage.  Because retail pricing in China is significantly higher than global averages, consumers utilize daigou to capitalize on cross-border price differentials.  While luxury brands are aware that the practice of buying on behalf of others has been a phenomenon that affects the travel retail market, the extent to which any luxury brand selling through third-party retailers could assess the degree of daigou activity was limited because of minimal insight into third-party retailer sales. This was especially true in Hainan, where the nature of daigou on the island made any assessment of the extent of daigou even more challenging.

---

[9] "Luxury Brands' New Snag? Handbag Arbitrage," The Wall Street Journal, September 13, 2024, available at https://www.wsj.com/business/retail/luxury-brands-new-snag-handbag-arbitrage-575bb1b7 ("China's *daigou* trade, which roughly translates as "buying on behalf of," is an $81 billion business that specializes in parallel imports of everything from European luxury goods to Korean cosmetics, and even high-tech Japanese toilet seats. Regional price and tax differences make it cheaper to buy some goods outside China, which creates an arbitrage opportunity.").

17.     The onset of the COVID-19 pandemic and sudden restrictions on international travel upended the travel retail industry and led to tremendous uncertainty in the sector.  The market for luxury goods and travel retail became highly volatile as consumer shopping habits adapted in response to lockdowns and travel restrictions, making demand and sales patterns hard to predict and understand for brands.  While most of the travel retail sector stagnated during this time, the exception to this stagnation was in Hainan, which became the main travel retail destination where Chinese consumers could shop duty free.  The growth in travel retail in Hainan during the pandemic can be explained by a number of different factors encouraging luxury shopping on the island outside of an increase in daigou.  For example, during the pandemic, international travel from and to China became difficult, leading to a de-facto standstill in light of quarantining restrictions, and domestic travel became more popular.  At the same time, the Chinese government relaxed duty-free limits in order to help support the domestic travel retail industry in Hainan.  The extent of daigou became even more difficult to assess amidst the changing retail patterns and uncertainty that the pandemic brought.  In my view, the factors and circumstances during the pandemic created an environment that was expected to foster natural growth of the travel retail industry and drive high sales in Hainan, even absent any daigou activity.

18.     Just as this uncertainty made the extent of daigou difficult to assess, it also made any effect on sales of any alleged daigou "crackdown" in Hainan even more difficult to assess— without an understanding of the extent of daigou in Hainan, brands would not be able to predict any effect of the sudden enforcement activity on sales.  Moreover, even if a change in government policy did effectively curb an (uncertain and difficult to quantify) amount of daigou sales, because daigou is rooted in demand for discounted or hard-to-access products, any restriction on daigou activity in one region could simply shift daigou to another region that is less restrictive.  Alternatively, daigou sales could shift to higher margin channels, such that a decrease in daigou activity could ultimately benefit sales.  As a result, it would be challenging for Estée Lauder to reasonably predict or assess the effect of changes in regulation of daigou in 2022 and 2023 on its sales.

19.     By late 2022 and 2023, the market for luxury beauty travel retail in China was facing headwinds outside of the regulation of daigou activities.  These headwinds included changing travel patterns, changing consumption patterns among consumers, and changing attitudes toward

certain luxury brands.  Even in the absence of daigou regulation, these factors would have put downward pressure on the sales of Estée Lauder.

20.    Finally, based on my review of the Cain Report and Dr. Cain's deposition testimony, I found no indication that his discussion of a potential damages methodology accounts for any of the dynamics of the luxury beauty industry generally, or in Asia specifically.  Although he states his understanding of Plaintiffs' theory includes that Estée Lauder "concealed the fact that [its] sales growth in the Company's Asia travel retail segment was driven by the prohibited gray market resale industry … known as *daigou*,"[10] he provides no context for daigou, including no background on whether it was a known feature of the market, no assessment of whether a company such as Estée Lauder could have reliably estimated and disclosed the extent of daigou (let alone "illicit daigou") in its sales, and no indication of how a decline specifically in illicit or illegal daigou activity would be expected to affect Estée Lauder's sales (let alone could be reasonably estimated), all of which would be necessary for understanding the projected revenues/profits and business operations in the counterfactual scenario absent the alleged misrepresentations.[11]

## V.    Overview of Luxury Retail

21.    In my book, *Luxury Marketing and Management*, I define luxury as "something rare and hedonic, difficult to acquire or use, that provides the perception of unique experiences in combination with enhancement or reinforcement of the social position.  In short, it is an emotional social marker and differentiator."[12]  What sets luxury apart is a significant value that clients perceive.[13]  As a result, consumers typically have a strong emotional connection to luxury brands and a high brand loyalty.[14]

---

[10] Cain Report, ¶ 16.

[11] I understand from counsel that in order to estimate damages, Dr. Cain would need to assess Estée Lauder's business and economic situation in the counterfactual scenario.

[12] Langer, Daniel A., and Oliver P. Heil, *Luxury Marketing & Management:  Tools & Strategies to Manage Luxury Products in a Profitable & Sustainable Fashion*, (CreateSpace), 2013 ("Langer and Heil (2013)"), p. 22.

[13] Langer and Heil (2013), p. 23 ("The concept of added luxury value (ALV) explains economically why people are willing to pay high prices for something they perceive as luxurious. It is a value caused by a luxury signal and composed by 'hidden aspects' of luxury, such as being a head-turner, celebrity-alike, signaling social dominance, being the ultimate protector, etc.").

[14] Langer and Heil (2013), p. 38 ("A fascinating aspect about luxuries is their ability to extend a person's perceived self. Belk (1988) provides an extensive review on possessions, pointing out, that possessions are indeed part and even drivers of the owner's identity. … Belk's research underlines that products and their possessions and

22.     Personal luxury goods include leather goods, fashion, and accessories.[15]  The biggest and most well-known brands that provide these goods include Louis Vuitton, Dior, Gucci, Chanel, Hermès, and Prada.[16]  Personal luxury goods also include beauty products, such as skincare, makeup, and fragrances.[17]  Within personal luxury goods, luxury beauty is an important category.[18]  Many of the most well-known personal luxury goods brands have expanded into the luxury beauty category.[19]

23.     Estée Lauder is a leader in the luxury beauty industry with global recognition of its eponymous brand as well as brands under the Estée Lauder umbrella including La Mer, Tom Ford, and Jo Malone London.[20]  Estée Lauder's brands span all product categories in the luxury beauty industry, including skincare, makeup, fragrance, and haircare.[21]  In addition to its luxury brands, Estée Lauder also serves a broader array of consumer preferences and tastes with brands targeted toward different lifestyles and price points, including more accessible premium brands such as Clinique and MAC.[22]

24.     Estée Lauder sells its products through selected distribution channels, such as high-end departments stores and beauty retailers to "complement the luxury image and prestige status of

---

consumption play an important role for people, functioning as an extended self. If a possession is lost or even stolen, people also lose part of their identity and memories. This explains why many people develop a strong emotional relationship to some valuable items they own.").

[15] "2024 China Luxury Goods Market: Navigating Turbulent Waters," Bain & Company, January 2025, available at https://www.bain.com/insights/2024-china-luxury-goods-market/, Figure 2.

[16] "Louis Vuitton Reigns as the World's Most Valuable Luxury Brand for the 18th Year," Kantar Group, June 28, 2023, available at https://www.kantar.com/north-america/Inspiration/Brands/Louis-Vuitton-reigns-as-the-worlds-most-valuable-luxury-brand-for-the-18th-year, Figure "Kantar BrandZ Top 10 Most Valuable Global Luxury Brands 2023."

[17] "2024 China Luxury Goods Market: Navigating Turbulent Waters," Bain & Company, January 2025, available at https://www.bain.com/insights/2024-china-luxury-goods-market/ ("The beauty sector—particularly perfumes, color cosmetics, and ultra-premium skincare—has demonstrated stronger resilience as consumers seek emotional and sensory experiences[.]").

[18] "A Year of Contrasts for China's Growing Personal Luxury Market," Bain & Company, January 2022, available at https://www.bain.com/insights/a-year-of-contrasts-for-chinas-growing-personal-luxury-market/ ("Luxury beauty comprises about 50% of Hainan duty-free store sales."); "Eight Themes That are Rewriting the Future of Luxury Goods," Bain & Company, February 2020, available at https://www.bain.com/insights/eight-themes-that-are-rewriting-the-future-of-luxury-goods/ ("Apparel, beauty and leather goods continued to make up the bulk of global luxury purchases, amounting to €64 billion [approximately US $71 billion], €60 billion [approximately US $66 billion] and €57 billion [approximately US $63 billion], respectively.").

[19] "Celebrity Makeup Artist Pat McGrath to Head New Louis Vuitton Beauty Brand," Forbes, March 6, 2025, available at https://www.forbes.com/sites/jessicaourisman/2025/03/05/celebrity-makeup-artist-pat-mcgrath-to-head-louis-vuitton-beauty-brand/ ("Louis Vuitton announced that it will launch its own beauty brand this fall to join the likes of their luxury peers. While Chanel, YSL, Christian Dior and Tom Ford have long offered popular cosmetics legs, certain other luxury fashion houses like Gucci, Hermès and Dries Van Noten, have only expanded their beauty offerings relatively recently.").

[20] The Estée Lauder Companies Inc., Form 10-K for the Fiscal Year ended June 30, 2018, filed on August 24, 2018 ("Estée Lauder 2018 10-K"), p. 8.

[21] Estée Lauder 2018 10-K, p. 3.

[22] Estée Lauder 2018 10-K, p. 8.

[its] brands."[23]  Estée Lauder also sells through its own and authorized third-party freestanding stores, its own and authorized third-party operated e-commerce websites, and in travel retail locations such as in airports, on cruise ships, and in other duty-free shops.[24]

25.    In the luxury beauty industry, Estée Lauder competes with other global beauty companies including L'Oréal, LVMH, and Shiseido, among others.[25]  As discussed in **Section IX** below, Estée Lauder has also more recently begun to compete with newer, niche brands entering the sector, such as Korean and Chinese skincare brands.

## VI.    Leading up to 2020, Asian Travel Retail Was Viewed as a Critical Channel for Luxury Retail

26.    As discussed in this section, leading up to 2020, travel retail had become a strategic growth area for luxury beauty brands.  Beauty products are small, portable, and easy to purchase in transit, and price advantages from VAT and customs exemptions add further incentive to purchase.  Travel retail emerged as a key channel for customers to interact with products in person while sales at traditional brick-and-mortar stores like department stores were declining.

27.    Among travel retail, Asian travel retail, and particularly travel retail in Hainan became a prominent focus for luxury beauty brands.  Tremendous wealth generation in the 2000s and 2010s in China led to the emergence of a class of aspirational, brand-conscious luxury consumers.  By 2019, Chinese consumers accounted for the largest share of global personal luxury goods purchases among any nationality.  The development of Hainan as a destination for duty-free shopping in 2011 and measures throughout the following decade designed to encourage its growth helped transform it into one of the most important luxury retail destinations in the world.  Investing in the Asian travel retail channel, and particularly in Hainan, would have been important to Estée Lauder's future growth by reaching highly sought after Chinese luxury consumers.

28.    The Cain Report fails to provide any of this context that, in my experience, is critical to understanding the business operation and financial performance of luxury beauty brands such as Estée Lauder during this time.  Dr. Cain stated in his report and reaffirmed in deposition that his

---

[23] Estée Lauder 2018 10-K, p. 8.
[24] Estée Lauder 2018 10-K, p. 8.
[25] Estée Lauder 2018 10-K, p. 10.

understanding of Plaintiffs' theory of liability in this matter includes "that Defendants concealed the fact that Estée Lauder's sales growth in the Company's Asia travel retail segment was driven by the prohibited gray market resale industry in China and South Korea, known as *daigou*,"[26] but his report lacks any basis or context for interpreting Asian travel retail dynamics during the relevant period, and hence Estée Lauder's projected revenues/profits and business operations in the counterfactual scenario absent the alleged misrepresentations.

### A.    Over the Last Two Decades, Travel Retail Has Emerged as a Key Sales Channel in the Luxury Beauty Industry

29.    Travel retail is the sale of goods to travelers who are outside of their normal domestic-sales environment.  Travel retail often involves sales in duty-free zones, such as those that can be found in airports and on cruise ships, where proof of travel is required for customers to access the shopping area.[27]  The duty-free nature of these sales presents an incentive for customers to buy because it offers potentially substantial savings on customs and local sales taxes.

30.    Duty-free and travel retail outlets typically offer a narrower, refined assortment of products compared to domestic markets, and largely feature luxury designer brands, high-value electronics, premium spirits, perfumes, confectionery, and tobacco.[28]  Some of the products offered are made exclusively for the travel retail channel and cannot be found elsewhere, including special editions and promotional items designed specifically for travelers.[29]  These features give duty-free and travel retail a distinctive position in the shopping landscape, further adding to its attractiveness for shoppers.

---

[26] Cain Report, ¶ 16; Deposition of Matthew D. Cain, Ph.D., December 17, 2025 ("Cain Deposition"), 96:11–19 ("Q. … Is your understanding of the theory of liability set forth in your report? … A. I do summarize my understanding of the theory of liability in my report. Q. And does that include paragraph 16 of your report? A. That is one of the paragraphs among many others.").

[27] "Duty Free & Travel Retail: A Unique Marketplace," European Travel Retail Confederation, January 2025, p. 8 ("'Travel Retail' commonly refers to sales made in travel environments where proof of travel is required for customers to access the shopping area, and which are subject to taxes and duties. These areas are usually located beyond security or immigration controls at airports and ports, as well as sales made onboard aircraft and onboard ferries and cruise ships, where both Duty/Tax Free and Duty/Tax Paid sales of consumer goods are made to travellers.").

[28] "Economic Impact of Duty Free and Travel Retail in Europe," Duty Free World Council, March 2016. ("Duty Free World Council March 2016 Report"), p. 14 ("Only a limited range of products are sold in duty free and travel retail shops compared to the domestic market. These are often luxury designer brands, high-value electrical goods, confectionery, spirits, perfume and tobacco.").

[29] Duty Free World Council March 2016 Report, p. 14 ("Many goods are produced specifically for the duty free market only and cannot be found on the High Street. Many products purchased at duty free and travel retail shops are intended for gift giving, with special editions of products and promotions being supplied only to the travel retail sector.").

31.     Travel retail has become an integral part of the traveling experience and a profitable sales channel for brands because it offers high sales volumes per square foot of retail space.[30]  Because foot traffic in busy airports can be very high, and international travelers tend to have disposable income and are potentially in the market for gifts and special purchases while on holiday, there is a captive audience in airports when travelers have time between transit.[31]  Today, mega airports such as Dubai International, London Heathrow, Paris Charles De Gaulle, Shanghai Pudong, Seoul Incheon, Qatar Hamad, and Singapore Changi, to name a few, are destinations in themselves and resemble luxury shopping malls more than simply traditional functional travel hubs.[32]

---

[30] Appold, Stephen J., and John D. Kasarda, "The Appropriate Scale of US Airport Retail Activities," *Journal of Air Transport Management*, Vol. 12, No. 6, 2006, pp. 277–287 ("Appold and Kasarda (2006)") at p. 277 ("[T]erminal-based stores can generate annual sales of $800–1200 per square foot[.] The average regional mall, by comparison, produces around $300 per square foot[.]"); Duty Free World Council March 2016 Report, p. 10 ("Duty free and travel retail, involving the sale of goods to international travelers, has become a hugely successful worldwide industry since the first shop opened in Shannon airport Ireland in 1947. … In Europe, duty free and travel retail has become a key component of aviation and maritime financing as well as an integral part of the travelling experience. … Commercial revenues are a major element of airport revenues in Europe, and duty free and travel retail revenues are usually the most important source of income.").

[31] Appold and Kasarda (2006) at p. 277 ("Airline passengers, with an average annual income of $80,130, are a desired retail clientele."); "Duty Free & Travel Retail:  A Unique Marketplace," European Travel Retail Confederation, January 2025, p. 13 ("While travelers can buy Duty Free & Travel Retail goods on ferries or cruise ships and at some border stores, most do so at airports. With time on their hands as they wait for their flights, these passengers often spend longer in Duty Free shops than they do in high street stores back home. Leisure travelers embarking on their holidays are particularly receptive to brand messages and special offers.").

[32]  Airports like Singapore Changi are often described as a shopping mall.  In each terminal, travelers can buy ultra-luxury items like a 125,000 SGD [approximately US $97,000] bottle of whisky.  Dubai International has become one of the largest retail centers in the world, in particular among airports for duty-free shopping.  Heathrow has transformed its terminals into luxury shopping streets.  Qatar's Hamad airport features a Louis Vuitton Lounge and a Dior Spa.  *See* "Jewel Changi Airport – 78 Airport Boulevard Singapore 819666," Dream Immigration SG, available at https://www.dreamimmigrationsg.com/shopping-malls/jewel-changi-airport/ ("Jewel Changi Airport is a shopping mall which captured the attention of everyone in the world. Jewel shopping centre is directly connected to Terminal 1 of Singapore Changi Airport. Jewel is so famous in Singapore because of its iconic architecture, breathtaking indoor waterfall and its many famous retail shops."); "Are Airports the Shopping Mall of the Future?" Hospitality Net, July 15, 2015, available at https://www.hospitalitynet.org/opinion/4071031.html ("Airports are the new malls, and offer retailers new opportunities to reach audiences that they might otherwise miss. Luxottica, an Italian maker of sunglasses, refers to airport sales as 'the Formula 1 of retail'. According to an article in the New York Times, retailers say that sales per square foot are higher at airports than they are in street locations or shopping malls and retailing is the second-biggest source of revenue for the airports, and the leading source for London's Heathrow Airport."); "Luxury Brands Aim to Open More Retail Stores in Airports," Retail Boss, April 18, 2024, available at https://retailboss.co/luxury-brands-aim-to-open-more-retail-stores-in-airports/ ("Today, major airports like San Francisco International Airport (SFO), Los Angeles International Airport (LAX), and New York's John F. Kennedy International Airport (JFK) have transformed into hubs for luxury shopping, with high-end brands like Burberry, Gucci, Hermès, Saint Laurent, AllSaints, Porsche Design, Coach, BVLGARI, Cartier, and Kate Spade setting up shop to cater to affluent travelers."); "Glenfiddich 1959 Cask 3935," World of Wines & Spirits by Changi Airport, available at https://wows.changiairport.com/collections/spirits/mp00741782; "Dubai Airport Shopping: Bazaar Arabia's Guide to Duty-Free Luxury," Harpers Bazaar Arabia, October 10, 2023, available at https://www.harpersbazaararabia.com/fashion/shopping/dubai-airport-shopping ("The Dubai International Airport stands among the largest and busiest airports in the world when it comes to international travel. Positioned as one of the shopping capitals, it occupies the role of a premier hub for duty-free luxury shopping."); "Dubai Duty Free: One of the Largest Airport Retailers Globally," UAE Stories, August 23, 2025, available at https://uaestories.com/dubai-duty-free-largest-airport-retailers-globally/ ("Dubai Duty Free has firmly established itself as a global leader in airport retail, attracting millions of travelers every year with its diverse range of products, luxury brands, and exceptional shopping

32.     Despite the important status of travel retail as a luxury shopping channel today, the transformation toward luxury goods sales within travel retail only occurred at scale over approximately the last two decades.  Up to the 1990s and early 2000s, airports were generally designed around airline functionality and travel retail was largely an afterthought, focused on highly taxed tobacco and alcohol products.[33]  In the last two decades, however, cosmetics and fragrances grew substantially as a share of travel retail purchases, driving growth in the travel retail industry as a whole and signaling the shift toward more aspirational and luxury shopping through the travel retail channel.[34]

---

experience."); "How are Airports Capitalising on the Growing Luxury Retail Market?" Airport Technology, March 10, 2025, available at https://www.airport-technology.com/features/how-are-airports-capitalising-on-the-growing-luxury-retail-market/?cf-view ("Heathrow Airport [told] Airport Technology that it was using exclusivity to attract luxury buyers amid challenges to the travel retail sector. … 'From our dedicated team of Personal Shoppers, to 'only at Heathrow' items, and the country's first ever Louis Vuitton café, we're working with our retail partners to maintain the magic of luxury airport shopping.'"); "Louis Vuitton Lounge by Yannick Alléno," Qatar Airways, available at https://www.qatarairways.com/en-us/lounges/louis-vuitton.html ("Located at Hamad International Airport, and in partnership with Qatar Duty Free, this 24-hour lounge is as unique as the Louis Vuitton brand, offering a deluxe setting where every moment is meticulously crafted to delight your senses.); "Dior Luxury Beauty Retreat Doha," Dior, available at https://www.dior.com/en_us/beauty-store-page-folder/diorspa-doha.html ("Dior has designed the first Dior airport spa, at Hamad Internation Airport in Doha, Qatar.").  See also, "Elevating Airport Experiences: The Boom of Luxury Travel Retail," Forbes, March 26, 2024, available at https://www.forbes.com/sites/claraludmir/2024/03/26/elevating-airport-experiences-the-boom-of-luxury-travel-retail/ ("[B]oth Rome and Paris airports are gearing up their luxury retail offering following the examples set by airports in Dubai and Asia mainly … 'The trend started in the main Asian hubs such as Shanghai or Singapore, along with the mega-airport at Dubai. European airports have since followed suit, with the major revamp of Paris airports since 2005. Thanks to a gradual renewal of the infrastructure there, luxury brands now have more spacious stores, often with a highly desirable ceiling height – giving them plenty of room for inspiration.'"); "Top 10 Airports for Shopping 2024," Skytrax World Airport Awards, August 6, 2024, available at https://www.worldairportawards.com/top-10-airports-for-shopping-2024/ ("Doha's Hamad International Airport wins the top award for the World's Best Airport Shopping 2024. London Heathrow Airport is ranked in 2nd place, ahead of Singapore Changi Airport in 3rd place, Paris CDG Airport in 4th place and Dubai Airport in 5th place.").

[33] Appold and Kasarda (2006), p. 277 ("Encouraged by the promising results at key international gateway airports, such as Heathrow, Schiphol, Frankfurt, Dubai, and Hong Kong among others, US airport authorities have substantially expanded and upgraded their retail offerings in recent years, and plan to do so further. Airport retail space expanded by 16% between 2001 and 2003 alone despite airline industry woes[.]"); "A Look at Where Those Duty Free Shops in Airports Got Started," NPR, May 18, 2018, available at https://www.npr.org/2018/05/18/612441091/a-look-at-where-those-duty-free-shops-in-airports-got-started ("In 1951, the Irish government agreed and let him try it out here. There's a picture on the wall of that first store. They're selling what looks like ham, honey, cheese, jam and eggs. Eggs - can you imagine buying eggs at the duty-free? The farm products didn't take off, but the whiskey did. Without taxes or duties, alcohol was suddenly one-third the price that it was outside the airport."); Duty Free World Council March 2016 Report, p. 13 ("In the beginning, Shannon 'Duty Free' applied only to liquor and tobacco, but it rapidly developed into a larger number of tax-free departments, which is how it remains today for Transatlantic flights.").

[34] In 2003 tobacco goods was the biggest category, contributing to almost 25% of sales, cosmetics and fragrances was about 23%, fashion and accessories was about 7%, and spirits about 20%.  By 2014, cosmetics and fragrances had grown to about 30%, followed by spirits and fashion and accessories, both about 15%, and tobacco goods at about 13%.  See Duty Free World Council March 2016 Report, p. 22 ("In terms of evolution of duty free and travel retail product groups over time, tobacco goods have seen the sharpest decline in the overall share of sales, falling from 23% to 13% in the period 2003 to 2014. … Sales of wine and spirits also declined markedly as a share of total sales (from 20% to 16%). The category showing the largest gain in share of revenue is fashion and accessories, increasing from 7% to 15%. The largest absolute gain in revenues was delivered by fragrances and cosmetics (an increase from $5.3 billion to $19.0 billion), which accounted for 30% of total sales in 2014, up from 23% in 2003."); "Luxury Goods and Global Travel Drive Remarkable Growth in the Travel Retail & Duty-Free Market to 2030," PR Newswire, August 24, 2023, available at https://www.prnewswire.com/news-releases/luxury-goods-and-global-travel-

33.    The steady and substantial rise in luxury beauty travel retail over the last two decades can be explained in part by the nature of luxury beauty sales and marketing strategies.[35] In the mid-2000s and through the 2010s, sales through traditional brick-and-mortar stores such as Sephora and high-end department stores struggled in the face of the rise of online retail.[36] Despite these challenges for traditional brick-and-mortar sales, in-store activation and marketing strategies designed for customers to interact with products in a retail environment remained a critical strategy for luxury beauty brands. Providing opportunities for consumers to sample and interact with goods in-person gives brands a competitive advantage and helps consumers make informed purchases. Because brands can have dozens or even hundreds of SKUs (stock keeping units or individual items), consumers are often overwhelmed with choices, especially in complex beauty categories such as makeup and skincare.[37, 38] This makes duty-free an important channel for product trial and, consequently, a critical destination for brands to be able to attract new clients and grow their customer base. To be successful, brands invest a significant amount of their marketing and activation budgets on in-store advertising, shelf-based inspiration and entertainment like educational and advertising videos, in-store displays, and training for beauty advisors.[39]

---

drive-remarkable-growth-in-the-travel-retail--duty-free-market-to-2030-301909078.html ("The widespread demand for luxury cosmetics from some prominent brands such as Estée Lauder, MAC Cosmetics, and L'Oreal Paris drives the growth of the travel retail & duty-free industry. … For example, Italian fashion brands such as Gucci, Prada, Armani, and Versace are highly sought after worldwide, and duty-free shops allow travelers to purchase these luxury products at tax-free prices.").

[35] "Global Travel Retail Market Report 2020-2028 - ResearchAndMarkets.com," Business Wire, January 18, 2021, available at https://www.businesswire.com/news/home/20210118005264/en/Global-Travel-Retail-Market-Report-2020-2028---ResearchAndMarkets.com ("The travel retail market was valued at US$ 74.31 Bn in 2019 and for the last two decades, the travel retail market has grown constantly.").

[36] "How Valuable is E-Commerce?" Stanford Institute for Economic Policy Research (SIEPR), August 2019, available at https://siepr.stanford.edu/publications/policy-brief/how-valuable-e-commerce ("Research estimates a nearly 4 percent decline in spending at brick-and-mortar stores because of the rise of e-commerce. … According to the U.S. Census Bureau, e-commerce spending doubled as a share of retail sales from 2007 to 2017, reaching 10 percent of overall retail sales. in order to account both the rise and the struggle.").

[37] "Beauty Marketers Are Getting Personal with AI," EMARKETER, July 3, 2018, available at https://www.emarketer.com/content/beauty-marketers-are-getting-personal-with-ai ("With so many brands, products, formulations and shades, it's not surprising that 70% of US female beauty buyers said they were overwhelmed by product choices in a May 2018 survey by conversational marketing firm Automat.").

[38] "Interactive Experiences a Must for In-store Beauty Buys – Survey," Fashion Network, March 12, 2024, available at https://us.fashionnetwork.com/news/Interactive-experiences-a-must-for-in-store-beauty-buys-survey,1614111.html ("In-store shopper experiences are going to become even more central to communicating the sector's innovations and crucial for ensuring shoppers can navigate their way through any potential confusion.").

[39] "Where Experience Defines Beauty's Next Era," Gradient, 2025, available at https://files.grdxp.com/IMPACT_BeautyReport_2025.pdf, pp. 12 ("Consumers no longer want to be audiences; they want to be co-authors. Experiences that invite personalization and participation drive higher engagement, especially when rooted in community."), 25 ("As budgets allocated to experiential continue to grow, ensuring a maximized impact for these budgets is essential.").

34.     For many brands, and especially beauty brands, travel retail is viewed as offering similar benefits to traditional brick-and-mortar stores like Sephora; in travel retail, consumers can interact with goods in person and discover new products and brands.[40]  The travel retail channel is particularly well suited to beauty brands for other reasons as well:  beauty products are small, portable, and easy to purchase in transit,[41] and price advantages from VAT and customs exemptions add further incentive to purchase.[42]  As a result, by the mid-2000s, travel retail became a strategic growth area in the luxury beauty industry.[43]

35.     Over the last two decades, beauty products have emerged as one of the most dominant categories in travel retail, accounting, for example, for $31.5 billion in travel retail sales in 2021 out of a total $55 billion in travel retail sales that year across all categories.[44]  Skincare, makeup, and fragrance now anchor duty-free stores and occupy a large amount of prominent shelf and

---

[40] "Beauty Opportunities in Travel Retail," L.E.K. Consulting, January 17, 2024, available at https://www.lek.com/insights/con/us/ei/beauty-opportunities-travel-retail ("Beauty is the second-most purchased category [] in travel retail, and brands can take advantage of consumers' 'treating' and 'gifting' mindset while traveling to win share of spending. … Ultimately, beauty companies can use the travel retail channel to drive considerable growth by investing in unique omnichannel marketing and providing consumers with products they cannot find elsewhere.").  "L'Oréal Travel Retail," L'Oréal Groupe, available at https://www.loreal.com/en/group/about-loreal/strategy-and-model/travel-retail/ ("With the development of low-cost airlines and the growing purchasing power of the world's middle classes, more and more people are travelling by plane, and over the past 40 years, retail areas have grown along with the airports. The success of these airport outlets is such that L'Oréal sells a number of products exclusively in 'aeromalls'. Beauty is the leading category in Travel Retail[.]"); Chanel, "Chanel Limited Financial Results for the Year Ended 31 December 2022," May 25, 2023 ("Fragrance & Beauty benefitted from the steady return of travel retail, as well as sustained demand from local clientele.").

[41] "Beauty Opportunities in Travel Retail," L.E.K. Consulting, January 17, 2024, available at https://www.lek.com/insights/con/us/ei/beauty-opportunities-travel-retail ("For example, Estée Lauder offers some of its most sought-after products, as well as hero products from MAC Cosmetics, Clinique, La Mer and Jo Malone London, in travel-retail exclusive 100 mL containers at duty-free outlets across the globe. L'Occitane's "Nature Positive" Earth Day campaign — held in airports across North America, Europe and Asia — includes special Earth-themed displays, location-specific discounts, and travel retail-exclusive products such as a 150 mL bottle of Shea Hand Cream in a recyclable container and custom-made 30 mL cream kits.").

[42] "Duty-Free Shopping: Is It Worth It?" Blacklane, July 30, 2025, available at https://www.blacklane.com/en/blog/travel/airports/duty-free-shopping-is-it-worth-it/ ("Governments charge taxes or fees on many products, especially luxury goods. If you're buying an item in one country and transporting it to your home country, you may also be charged a customs fee, known as "duty." Because of this, you could easily end up paying taxes (or the equivalent fees to the government) twice: once in the country where you make the purchase and again in your home country. Duty-free shops let you avoid some of these fees. At duty-free shops in international airport terminals, the taxes or fees that the country you're in would normally levy on the items being sold are waived. That can result in some significant savings for you on luxury items. If you're about to leave a country that has very high VAT (value-added tax), your savings could be significant. Sweden and Denmark, for example, charge 25% VAT on virtually all purchases, so picking up an item in a duty-free shop as you leave the country could result in real savings.").

[43] "Travel Retail – Flying High," Cosmetics Business, December 1, 2005, available at https://cosmeticsbusiness.com/travel-retail-flying-high-47048 ("[T]he travel retail industry appears to be booming. According to Erik Juul Mortensen, president of the Tax Free World Association, 2004 has seen the first significant rise in sales since the 1990s, following five years of virtual stagnation in the travel retail market. In 2004 sales reached a value of $25bn worldwide, up from $20.5bn in 2003 and representing a rise of 22%.").

[44] "Beauty Opportunities in Travel Retail," L.E.K. Consulting, January 17, 2024, available at https://www.lek.com/insights/con/us/ei/beauty-opportunities-travel-retail ("Among consumers making purchases at travel retail, beauty is the second most purchased category. This holds true across consumer generations – from Gen X to Gen Z."; "Global travel retail was worth $55 billion in 2021 … $31.5 billion of that is beauty products.")

advertising spaces within airports; a wide array of luxury brands are often offering exclusive travel sets, limited-edition travel products, and personalized beauty consultations, positioning travel retail beauty as the first touchpoint for luxury consumption.[45] Through this growth, travel retail locations have become a key opportunity for customers to experience brands, try samples, and get advice in person.[46] Airports now dedicate substantial space for the category, and brands now employ fully dedicated teams and departments dedicated to growing sales in the channel, as they do for every other important retail channel.[47]

36.     Given its role as a discovery and growth channel, travel retail also became a key battleground in the increasingly competitive luxury beauty market.[48] Brands now compete for

---

[45] "Beauty Opportunities in Travel Retail," L.E.K. Consulting, January 17, 2024, available at https://www.lek.com/insights/con/us/ei/beauty-opportunities-travel-retail ("Among consumers making purchases at travel retail, beauty is the second-most purchased category. This holds true across consumer generations — from Gen X to Gen Z."); "Luxury Travel Retail Market Research Report 2023," DataIntelo, available at https://dataintelo.com/report/luxury-travel-retail-market/amp ("Cosmetics & fragrances remain a cornerstone of the luxury travel retail market, accounting for a significant portion of total sales. The convenience of purchasing premium skincare, makeup, and perfumes in travel retail outlets, coupled with attractive pricing and exclusive travel sets, continues to attract a diverse customer base. Leading brands frequently launch travel-exclusive products and limited-edition collections to entice travelers, while personalized beauty consultations and immersive brand experiences further elevate the shopping journey. The rise in wellness tourism and the increasing emphasis on personal care among travelers are expected to drive continued growth in this segment.").

[46] "How Beauty Brands are Tapping into the Booming Travel Retail Market," Glossy, April 19, 2019, available at https://www.glossy.co/beauty/how-beauty-brands-are-tapping-into-the-booming-travel-retail-market/ ("Travel retail represents an opportunity for brands to trial new innovations, products, retail concepts and services to the global traveler. It also provides an opportunity to recruit new consumers, get existing loyal consumers to purchase more and foster affinity and advocacy. … Some of the most significant innovations from Shiseido Group have centered on the gamification of retail and pop-ups. In early 2018, Nars launched a Nars Lip Gallery pop-up in airports in Thailand, China and Japan consisting of interactive motion sensors, a mobile augmented reality feature and complimentary beauty demonstrations."); "Beauty Opportunities in Travel Retail," L.E.K. Consulting, January 17, 2024, available at https://www.lek.com/insights/con/us/ei/beauty-opportunities-travel-retail ("YSL Beauty Scent also partnered with the Hainan airport in October 2022 to launch its Scent-Station technology, which uses neuroscience to give personalized fragrance advice.").

[47] "How Beauty Brands are Tapping into the Booming Travel Retail Market," Glossy, April 19, 2019, available at https://www.glossy.co/beauty/how-beauty-brands-are-tapping-into-the-booming-travel-retail-market/ ("'Most brands have now refined their approach to travel retail, or at least are beginning to. The majority consider it a completely separate channel, like a sixth continent,' said Luke Stockton, travel retail analyst at NPD Travel Retail. '[Brands are] recognizing its potential by employing full teams and departments dedicated to growing sales in the channel.'").

[48] In the 2000s, Estée Lauder and L'Oréal were global leaders in the luxury beauty category, competing with brands like Clarins, Shiseido, La Prairie (Beiersdorf), Chanel and others. See "Top 100 Cosmetic Manufacturers," WWD Beauty Report International. In the 2010s with lower barriers to enter through e-commerce, many direct to consumer brands emerged and retailers also embraced smaller independent brands to give clients innovative offers, such as Augustinus Bader, Charlotte Tilbury, Kylie Cosmetics, Drunk Elephant plus a plethora of newcomers in K-Beauty (Korea), C-Beauty (China), and J-Beauty (Japan). See "Augustinus Bader," The Industry.Beauty, available at https://theindustry.beauty/the_directory/augustinus-bader/; "Our Story," Charlotte Tilbury, available at https://www.charlottetilbury.com/uk/jobs-at-charlotte-tilbury/our-story; "How 20-Year-Old Kylie Jenner Built A $900 Million Fortune In Less Than 3 Years," Forbes, December 23, 2019, available at https://www.forbes.com/sites/forbesdigitalcovers/2018/07/11/how-20-year-old-kylie-jenner-built-a-900-million-fortune-in-less-than-3-years/; "Drunk Elephant," The Industry .Beauty, available at https://theindustry.beauty/the_directory/drunk-elephant/. See also "[Cosmetics] Status and Prospects of the South Korean Cosmetics Industry," Invest Korea, January 8, 2019, available at https://www.investkorea.org/ik-en/bbs/i-308/detail.do?ntt_sn=479607 ("Along with the growing market, the industry is also expanding. In 2017, the number of cosmetics manufacturers surpassed the 2,000 mark, up 70 percent from 2014. The number of brand holders exceeded 10,000, which is a whopping 200 percent greater when compared to the numbers in 2014, proving that the

shelf space at travel retailers to attract consumers, employ innovative marketing, and stay relevant.[49]  No large brand can allow itself not to play in a fast-growing channel where its key competitors are aggressively competing or it risks rapid obsolescence.  Like in any other channel, duty-free retailers expect brands to avoid running out of stock and to provide constant replenishment based on sell-out because any out of stock products would reduce space productivity and shelf productivity, a critical key performance indicator ("KPI") for retailers.[50]  Consequently, for luxury brands, travel retail has become an important strategic channel where brands must have presence in order to maintain market share.

> **B.    Asia Travel Retail Is an Important Channel to Access Chinese Luxury Consumers, a High Growth Segment**

37.    As travel retail generally was growing throughout the mid-2000s and 2010s, Asia, and China in particular, was viewed as a high growth market for luxury goods because of the emergence of aspirational, brand-conscious consumers.[51]  The growing importance of the Asian

---

industry is indeed at its peak. … Recently, as several Korean cosmetics firms have been acquired by global companies, the domestic industry is undergoing rapid restructuring. Carver Korea and Style Nanda were acquired by Unilever and L'Oréal, respectively. This shows that the Korean cosmetics market and industry are regarded as attractive investment targets in the world market, implying that the growth of Asian markets will also increase the marketability of Korean cosmetics."); "C-beauty's Lessons For International Brands," Oliver Wyman, available at https://www.oliverwyman.com/our-expertise/insights/2022/nov/c-beautys-lessons-for-international-brands.html ("Chinese product makers have eaten away international mass brands' share of the Chinese beauty market in recent years. They were up to 29% share in 2020 from 19% in 2015, while international mass brands fell to 28% from 52%, and high-end international brands rose to 44% from 29%.").

[49] "Race to the Top:  Why Travel Retail Is Running Out of Space for Luxury's Biggest Players," 2.0 & Partners, February 26, 2024, available at https://20partners.com/race-to-the-top-why-travel-retail-is-running-out-of-space-for-luxurys-biggest-players/ ("Travel retail and luxury have many things in common and share many similarities, but one of our industry's most unique issues is space management. In airport terminals, every square meter must be fought for and optimised. Space is an absolute premium. But that is a problem because, in luxury, appearance is everything. Leading luxury brands are incredibly sensitive to how they appear, and how they appear compared to their peers and rivals. So, when one of these leading maisons opens up a giant airport store, all the others want one too.").

[50] *See, e.g.*, "Measuring Retail Performance:  Key Space Productivity Metrics," Retail Town, April 6, 2025, available at https://retail.town/retailing-overview/measuring-retail-performance-space-productivity/.

[51] "Louis Vuitton and the Traveling Chinese Consumer," Knowledge at Wharton, January 3, 2012, available at https://knowledge.wharton.upenn.edu/article/louis-vuitton-and-the-traveling-chinese-consumer/ ("'After decades of deprivation and conformism, Chinese consumers regard expensive consumer goods as trophies of success,' reported The Economist magazine. 'In public, they show off. In private, they pinch pennies.' The demand for luxury goods has increased for a number of reasons, including rapidly increasing disposable income, the increasing sophistication of Chinese consumers, and rapid urbanization and growing wealth in second- and third-tier cities."); The Personal Luxury Goods Market Delivers Positive Growth in 2018 to Reach €260 Billion – A Trend That Is Expected to Continue Through 2025," Bain & Company, November 15, 2018, available at https://www.bain.com/about/media-center/press-releases/2018/fall-luxury-goods-market-study/ ("Chinese consumers are leading the positive growth trend around the world. Between 2015 and 2018, their purchases in Mainland China contributed twice as much growth as their spending abroad. … In Mainland China, luxury sales grew 18 percent at current exchange rates to €23 billion [approximately US $26 billion] (20 percent at constant exchange rates), driven by rising demand rather than by price increases. … Across the rest of Asia retail sales grew 7 percent at current exchange rates to €39 billion [approximately US $44 billion], due to dynamic growth in South Korea, driven by strong local consumption.  Brisk growth in other Asian countries – Singapore, Thailand and Taiwan – also contributed.").

(and especially Chinese) travel retail market for luxury brands is critical for understanding the dynamics of the industry at the time.  Nonetheless, Dr. Cain admitted in his deposition that he is not an expert in the luxury goods industry or luxury brand strategy and did not conduct any relevant research for his report within the context of the specific industry.[52]  He further conceded that, despite not having assessed dynamics in the prestige beauty industry, these dynamics "could be connected to the allegations in this case,"[53] suggesting they would need to be assessed in order to put forth a damages methodology.[54]

38.    While there was some luxury consumption in China in the 1990s and early 2000s, since then, the unprecedented wealth creation in China has made it a key long-term growth driver of luxury, especially since the 2010s.[55]  The 2010–2019 Compounded Annual Growth Rate ("CAGR") for personal luxury goods in Asia excluding Japan was 11%, the largest among all

---

[52] *See* Cain Deposition, 111:6–23 ("Q.  And in the same sense, is it fair to say you have never set out to study the luxury goods industry?  A.  In the same sense, I would say that's also consistent with my prior answers.  Q.  Is it fair to say you are not an expert in luxury brand strategy?  A.  Not separate and apart from general concepts of finance and economics.  Q.  Well, did you research luxury brand strategy in connection with your work on this matter?  A.  I have not researched that up to this point in time.  Q.  Are you an expert in luxury markets in China and related pricing theory?  A.  Again, not separate and apart from general concepts of finance and economics.").  *See also* Cain Deposition, 112:1–114:3.

[53] Cain Deposition, 211:3–22 ("Q.  What about increased competition or the loss of market share to competitors in the Prestige Beauty or luxury industry, first, do you believe those to be related in any way to the alleged misrepresentations in this case? … A.  Well, my recollection is that the relevant truth does pertain to financial results that relate to sales declines in the travel retail business. And so one implication of that, if you were to think about a company operating within an industry, if they have a decline in their sales, if competitors do not have a similar decline, then that would certainly mechanically alter their proportional sales or their market share calculations. So I do think it's possible that that type of information could be connected to the allegations in this case.").

[54] Cain Deposition, 277:14–21 ("Q.  And understanding the theory of liability in any particular case is critically important to your opinion on whether an out-of-pocket damages methodology is capable of measuring damages on a class-wide basis, is that right?  A.  In terms of the – as I – the way that I described it previously today.").

[55] The Bain-Altagamma Luxury Goods Worldwide Market Study labels the period between 2010 and 2014 "Chinese Acceleration," because Chinese consumers were contributing significantly to the growth of personal luxury goods both in Mainland China or all over the world when they were traveling.  See "Altagamma-Bain Luxury Worldwide Market Study: Good Times for a Change," Bain & Company, November 13, 2024, available at https://altagamma.it/media/source/Altagamma-Bain%20WW%20Luxury%20Market%20Monitor%202024.pdf, p. 7; "Luxury in Transition:  Securing Future Growth," Bain & Company, January 2025, available at https://www.bain.com/insights/luxury-in-transition-securing-future-growth/.  *See also*, "The Personal Luxury Goods Market Delivers Positive Growth in 2018 to Reach €260 Billion – A Trend That Is Expected to Continue Through 2025," Bain & Company, November 15, 2018, available at https://www.bain.com/about/media-center/press-releases/2018/fall-luxury-goods-market-study/ ("Chinese consumers are leading the positive growth trend around the world. Between 2015 and 2018, their purchases in Mainland China contributed twice as much growth as their spending abroad. … In Mainland China, luxury sales grew 18 percent at current exchange rates to €23 billion (20 percent at constant exchange rates), driven by rising demand rather than by price increases."); "Global Luxury Retailing: Market Size, Brand Strategies and Competitor Performance," PR Newswire, November 29, 2011, available at https://www.prnewswire.com/news-releases/global-luxury-retailing-market-size-brand-strategies-and-competitor-performance-134669478.html ("The global luxury goods market is forecast to expand by 65% from 2010 to 2015, with most of this growth coming from emerging economies, especially in Asia Pacific. China remains the key growth generator in the region, but new demand from other markets such as South Korea, Taiwan and to a lesser extent India also contributes to strong performance.").

regions.[56]  By 2019, Chinese consumers accounted for 35% of global personal luxury goods purchases by value, the largest of any nationality.[57]

39.    Consistent with this, as shown in Exhibit 1 below, Estée Lauder's own sales in mainland China, including travel retail locations and Hainan, were growing leading up to the COVID-19 pandemic.[58]  Between fiscal year 2016 and fiscal year 2019, Estée Lauder's sales in China, including travel retail sales, increased by nearly 150%.[59]

*Exhibit 1:  Growth in Estée Lauder's Net Sales in China, Fiscal Year 2016–2019*



Souce:  Estée Lauder 2018 10-K, p. F-54; Estée Lauder 2019 10-K, p. F-59
Note:  Net sales in China include the travel retail locations associated with China.  Fiscal Years end on June 30th of a given year (e.g. FY16 ends June 30, 2016).  Net sales in China prior to 2016 are not reported.

40.    It is therefore unsurprising that, although travel retail was expected in the 2010s to grow globally, growth in Asia travel retail was expected to be particularly strong, driven by the overall

---

[56] Other regions except Europe had a CAGR of 5% between 2010–2019 for personal luxury goods.  Europe had a CAGR of 4% between 2010–2019.  *See* "Eight Themes That are Rewriting the Future of Luxury Goods," Bain & Company, February 2020, available at https://www.bain.com/insights/eight-themes-that-are-rewriting-the-future-of-luxury-goods/, Figure 4.

[57] The next largest nationality was American at 22%.  *See* "Eight Themes That are Rewriting the Future of Luxury Goods," Bain & Company, February 2020, available at https://www.bain.com/insights/eight-themes-that-are-rewriting-the-future-of-luxury-goods/, Figure 5.

[58] Estée Lauder's net sales from the travel retail business were reported as part of its Europe, the Middle East & Africa ("EMEA") region.  Estée Lauder also reports the total net sales and percentage of total net sales in its two largest markets, the United States and China, respectively, which included sales to travel retail locations.  *See*, *e.g.*, The Estée Lauder Companies Inc., Form 10-K for the Fiscal Year Ended June 30, 2019, filed on August 23, 2019 ("Estée Lauder 2019 10-K"), p. F-59.

[59] Estée Lauder 2018 10-K, p. F-54; Estée Lauder 2019 10-K, p. F-59.

growth in luxury goods demand in China.[60]  Some of the largest retail-oriented airports globally include Changi Airport in Singapore and Seoul Incheon Airport in South Korea;[61] the growth in travel retail at these airports was due in large part to demand from Chinese consumers.[62]  In addition, China invested heavily in airport development during the 2010s to not only service the huge rise in Chinese travelers, but also to compete in the international market for duty-free retail customers, including, in particular, customers in the growing luxury consumer segment.[63]

41.    Investment in travel retail, to reach Chinese consumers in particular is reflected in the commentary about expected areas for growth leading up to the COVID-19 pandemic from companies such as Estée Lauder and competitors, including L'Oréal, LVMH, and Shiseido.  For example:

   a.    Commentary from Estée Lauder:

   - 2019 10-K:  "We are expanding our brands in *higher growth channels, such as travel retail* and online."[64]

   - 2019 10-K:  "[W]e have built a *leadership position in the global travel retail channel, positioning us well to leverage the increasing international passenger*

---

[60] Even today, Asia Pacific is predicted to drive 45% of the growth in global duty-free retailing market between 2025 and 2029.  *See* "Duty-Free Retailing Market to Grow by USD 22.74 Billion from 2025-2029, Fueled by Rising International Tourism, Report on AI's Impact on Market Transformation - Technavio," PR Newswire, January 30, 2025, available at https://www.prnewswire.com/news-releases/duty-free-retailing-market-to-grow-by-usd-22-74-billion-from-2025-2029--fueled-by-rising-international-tourism-report-on-ais-impact-on-market-transformation---technavio-302362884.html ("45% of the growth will originate from APAC.").

[61] Changi Airport Group, "Changi, Our Home:  Annual Report 2014/15," p. 20 ("Concession sales remained healthy at []2 billion [Singapore dollars], the world's third highest for an airport."); "Re-Visiting the Rapid Retail Rebound at Incheon International Airport," TR Business, July 8, 2024, available at https://www.trbusiness.com/regional-news/asia-pacific/re-visiting-the-retail-rebound-at-incheon-international-airport/255085 ("At its peak, the airport was the biggest location for duty free sales in the world generating $2.4 billion in 2019, according to the operator, Incheon International Airport Corporation (IIAC)."); "Asia Pacific Duty-Free Retailing Market Size, Share, Trends and Forecast by Product Type, Distribution Channel, and Country, 2025-2023," Research and Markets, August 2025, available at https://www.researchandmarkets.com/report/asia-pacific-duty-free-market ("Duty-free stores at major hubs such as Changi, Incheon, and Hong Kong International Airport offer a diverse range of products, including cosmetics, liquor, electronics, and fashion. … Seoul's Incheon International Airport is among the world's busiest duty-free hubs, supported by favorable government regulations.").

[62] "Why China is the Only Luxury Superpower," Jing Daily, July 5, 2021, available at https://jingdaily.com/posts/china-market-tourists-luxury-superpower ("Within a few years, Korea became the world's number one duty-free shopping destination, fueled by Chinese travelers who would conveniently hop over on a short 2-3 hour flight to purchase luxury.").

[63] "China Approves 30 New Duty Free Arrivals Shops," TR Business, December 14, 2015, available at https://www.trbusiness.com/regional-news/asia-pacific/china-approves-30-duty-free-arrivals-shops/99035 ("The Chinese Government is planning to open duty free arrival shops at 30 airports, border posts and ferry ports to boost the slowing domestic economy, as well as stimulate existing airport retail sales revenues and reduce overseas shopping expenditures by Chinese travelers. … [S]ources say this newly-sanctioned policy initiative is designed to encourage China's fast growing outbound travelers to use part of their vacation travel budget to buy luxury goods at arrival shops on their return – rather than in overseas shops while holidaying abroad."); "Retail Takes Off at Airports," ICSC, January 3, 2017, available at https://www.icsc.com/news-and-views/sct-global/retail-takes-off-at-airports ("China's airport retail scene is on the verge of explosive growth. 'The market has really taken off in the last three to five years,' said Steven McCord, head of JLL's retail research in Asia. 'China has been investing heavily in airports as a way to boost economic growth and add capacity for huge growth in passenger volumes …'").

[64] Estée Lauder 2019 10-K, p. 25.  (Emphasis added.)

*traffic.*  Travel retail continues to be an important channel for brand building due to the increase in traveling consumers, particularly those from emerging markets, who often experience our brands for the first time while traveling."[65]

- 2018 10-K: "As part of this strategy, we continue to build and diversify our business in the travel retail channel around the world across brands and product categories. *Travel retail continues to be an important channel for brand building and profit margin expansion due to the increase in traveling consumers, particularly those from China,* across multiple travel corridors."[66]

b.   Commentary from select competitors:

- L'Oréal 2018 Annual Report:  "Asia Pacific:  All four Divisions are winning market share. *The dynamism of Chinese consumers,* combined with the good performance of premium brands, and the rapid growth in several other South-East Asian markets, *as well as in Travel Retail, were the Zone's main growth drivers.* The four Divisions posted robust fourth-quarter figures, thanks to the success of Singles' Day (11/11) sales in China."[67]

- L'Oréal 2018 Annual Report:  "As the Travel Retail leader, *L'Oréal is taking full advantage of the increase in air traffic* thanks to its portfolio of complementary brands adapted to meet the different aspirations of all travellers, and to its close partnerships with distributors and teams on the ground."[68]

- LVMH Group 2019 Annual Report:  "Guerlain *will continue to grow in China, France and travel retail, its key markets,* while developing in Japan."[69]

- Shiseido 2019 Annual Report:  "*Travel Retail enjoyed a growing market centered on Asia following an increase in tourism.*  In line with this growth, Shiseido actively promoted marketing investments, particularly in airport advertising around the world … In addition, with a view to further accelerating sales growth, we expanded the availability of IPSA and ELIXIR and worked to strategically reinforce store counters."[70]

- Shiseido 2019 Financial Statements:  "*The Travel Retail Business (sales of cosmetics and fragrances mainly through airport duty-free stores) is expanding its market with the increase in travelers, mainly in Asia.*  We are working actively to strengthen the business as one of our most important businesses to further reinforce Shiseido's position in the global prestige market as we recognize the significant potential for further growth of this business."[71]

---

[65] Estée Lauder 2019 10-K, p. 26.  (Emphasis added.)
[66] Estée Lauder 2018 10-K, p. 24.  (Emphasis added.)
[67] L'Oréal, "Annual Report 2018," March 14, 2019 ("L'Oréal 2018 Annual Report"), p. 29.  (Emphasis added.)
[68] L'Oréal 2018 Annual Report, p. 29.  (Emphasis added.)
[69] LVMH Group, "Annual Report for Fiscal Year Ended December 31, 2019," April 2020, p. 71.  (Emphasis added.)
[70] Shiseido Company, Limited, "Annual Report for Fiscal Year Ended December 31, 2019," May 29, 2020, p. 13. (Emphasis added.)
[71] Shiseido Company, Limited, "Consolidated Financial Statements for Fiscal Year Ended December 31, 2019," May 29, 2020, pp. 7–8.  (Emphasis added.)

- Kering 2019 Financial Report: "Gucci's long-term business strategy is based mainly on the key growth drivers reaffirmed during the Kering Capital Markets Day held in June 2018. These include, in particular, the constant improvement of its retail KPIs (traffic, conversion, retention and average ticket), an always more widespread diffusion of the new store concept and the *further expansion of the online and travel retail businesses*. In terms of products, Gucci's strategy is to achieve full potential in all of its product categories, supported by a clear creative vision, blending established, iconic pieces with the arrival of new products each season."[72]

42.    Moreover, as growth in luxury demand and travel retail in Asia took off, a growing number of discerning young Chinese consumers interested in embracing trends and sharing their purchases on social media helped China become a trendsetter geography.[73] In an interview for Forbes in 2019, I explained that "the youngest customers now have the highest expectations toward luxury brands ... in China, more than 80 percent of luxury goods are bought by consumers under 40, including a rapidly increasing share of Gen Zers, who are all 20 years old or younger."[74] These young, trendsetting consumers made capturing market share in China even more important for brands to stay relevant. Given this overall rise in luxury demand and particularly the rise in demand among young, trendsetting Chinese consumers, investing in Asia, and particularly in China, had become a top strategic priority for practically all luxury brands.

C.    **Hainan Was Developed to Compete in the Growing Asia Travel Retail Segment and Was Viewed as a Way to Encourage Chinese Luxury Consumer Spending Within China**

43.    As discussed in this section, Hainan, an island province in China, has been a strategic centerpiece in China's vision for economic transformation and global influence for the last two decades. The development of Hainan as an island-wide duty-free zone was, and continues to be,

---

[72] Kering, "Financial Document for Fiscal Year Ended December 31, 2019," February 12, 2020, p. 37. (Emphasis added.)

[73] "What's Powering China's Market for Luxury Goods," Bain & Company, March 2019, available at https://www.bain.com/insights/whats-powering-chinas-market-for-luxury-goods/, p. 3 ("Moreover, these young consumers are well informed about luxury and eager to embrace innovative trends, such as the convergence of high fashion and sportswear. … Unlike older generations, millennials are more heavily influenced by what they consider to be cool than by brand names or product pricing. They value newness more than discounts. They rely on social media and freely share their opinions online.").

[74] "Macao Is The Fashionable Playground For The Young And Rich In China," *Forbes,* November 16, 2019, available at https://www.forbes.com/sites/tiffanyleigh/2019/11/15/macao-fashionable-playground-young-rich-chinese/ ("[T]he youngest customers now have the highest expectations toward luxury brands…in the China, more than 80 percent of luxury goods are bought by consumers under 40, including a rapidly increasing share of Gen Zers, who are all 20 years old or younger.").

part of China's broader effort to compete in the travel retail market.[75]  Among other things, the development of Hainan reflects an effort to bring luxury spending outside of China into the country through duty-free incentives.[76]

44.      As part of the goal of developing Hainan into a travel retail and international tourist attraction, Hainan first received duty-free status in 2011 through the establishment of a number of "offshore duty-free" zones, i.e., shopping destinations with duty-free rights for both international and domestic travelers.[77]  Since then, Hainan has seen additions of high-speed rail,

---

[75] "Hainan Free Trade Zone and China's First Free Trade Port," CiProcess, December 18, 2025, available at https://www.ciprocess.com/hainan-free-trade-zone-and-first-free-port-of-china.htm ("Hainan is transforming to become China's first province-wide free trade port. Designed as a laboratory for economic openness, the Hainan Free Port is based on a progressive roadmap with targets set for 2025, 2035, and 2050. Approved in 2018, this project is based on the establishment of independent customs operations. This key step came into effect on December 18, 2025, with the activation of the zero customs duty regime and the differentiated customs control system with the mainland. Hainan is making duty-free access to the mainland market conditional on local value added, laying the foundations for a new model of cross-border trade based on activities with high strategic value, with the ambition of becoming a key platform connecting China to global value chains."); "Hainan's $40 Billion Prize:  The New Battleground for Global Luxury," McKinsey & Company, July 22, 2021, available at https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury ("McKinsey & Company July 2021 Report"), p. 2 ("In June 2020, the Chinese government announced a plan to transform the island province of Hainan into the world's largest Free Trade Port. The scheme comprises policies such as reducing corporate and individual tax rates, relaxing visa requirements, drastically expanding the Hainan duty free program to allow visitors to spend up to ~$15,000, and even allowing consumers to purchase duty free products online for six months after returning home. Starting in 2025, the entire island of Hainan will be designated a duty-free zone, thus eliminating the need for brands to collaborate with duty-free license holders.").

[76] "Hainan, Hong Kong or Paris:  Where Will Chinese Shoppers Go?" Luxury Society, available at https://luxurysociety.com/en/hainan-hong-kong-or-paris-where-will-chinese-shoppers-go/ ("Hainan's offshore duty-free industry is seen as a way to drive 'internal circulation' (also known as domestic consumption), a concept that Beijing has repeatedly emphasised since the COVID outbreak. Although the offshore duty-free business existed prior to the pandemic, Hainan's duty-free market did not really take off until July 2020, when the new offshore duty-free policy went into effect."); "Opinion / Will China's Hainan Island Kill the Duty Free Industry? International Shopping Sprees are Out Now the Tropical Paradise Lets Domestic Travelers Leave With US$15,000 of Tax Free Goods," South China Morning Post, June 3, 2021, available at https://www.scmp.com/magazines/style/luxury/article/3135888/will-chinas-hainan-island-kill-duty-free-industry ("It is shopping though that will be Hainan's trump card. Until now, many Chinese consumers have travelled abroad to buy luxury brands, taking advantage of lower taxation, duty-free shopping and exchange rate gains. The vast number of Chinese consumers made South Korea the world's largest duty free shopping destination, ideal for a quick weekend turnaround. New York, Los Angeles, Paris and Milan have also been top destinations for Chinese luxury shoppers. When the pandemic hit and international travel was disrupted, all these locations were impacted in an unprecedented way, as some stores lost 80 per cent or more of their footfall. As a result, 2020 saw unprecedented growth in local luxury shopping in mainland China and in the first quarter of 2021 much of all growth in the global luxury market came from China. For Hainan, there could be no better timing for global travel disruption, catapulting it to the top of the list for Chinese travelers."); "Luxury Market Growth to Reach Low Point in 2016 – Bain," Reuters, April 6, 2016, available at https://www.reuters.com/article/lifestyle/luxury-market-growth-to-reach-low-point-in-2016-bain-idUSKCN0X325R/ ("'If we repatriate that daigou business in the official channels, it will boost the Chinese domestic luxury market,' d'Arpizio said.").

[77] "Re-Examining Hainan:  More than a Duty-Free Market," Luxury Society, available at https://luxurysociety.com/en/re-examining-hainan-more-duty-free-market/ ("Currently, only the Hainan FTP (Free Trade Port) in China, Jeju in South Korea, Okinawa in Japan, and Penghu, Kinmen, Mastu in the Taiwan Region are destinations where duty-free rights exist for domestic travellers – a policy known as 'offshore duty-free'. In March 2011, Hainan announced its official duty-free policy, with the island residents and off-island travellers qualifying for duty-free shopping, as well as defining the duty-free product categories, number of items, allowance and age of consumers who can purchase duty-free products.").

airport expansions, luxury hotels, and increasingly generous duty exemptions.[78]  For example, in 2011, the duty-free purchase limit was approximately $760 per trip, for a maximum of two trips per year.[79]  The limit was gradually increased to approximately $1,280 in 2012,[80] approximately $2,430 in 2016,[81] and approximately $4,310 in 2018, and has continued to increase through the present.[82]  In June 2020, China released an official "master plan" to develop Hainan into a global free trade port, again raising duty free limits,[83] and in October 2022, the world's largest duty free

---

[78] "International Airport Expanded to Boost Hainan FTP Construction," The State Council The People's Republic of China, December 3, 2021, available at https://en.people.cn/n3/2021/1203/c90000-9927811.html ("For an island province, air transportation is the most efficient way to link Hainan with the world. With the deepening of Hainan FTP construction and the rapid growth of civil aviation demand, Meilan airport's passenger and cargo throughput capacity has become saturated. The expansion project undertakes the mission of upgrading Hainan's civil aviation. With the expansion, the airport can now handle an annual passenger throughput of 35 million and a cargo throughput of 400,000 tons in 2025. It would help connect Hainan with the world and help it become an aviation hub facing the Pacific Ocean and the Indian Ocean."); "The Giant, Glittering, Structures of Hainan's Architectural 'Arms Race,'" *CNN*, November 16, 2017, available at https://www.cnn.com/travel/article/hainan-hotels-design ("But it isn't Hainan's natural beauty that's catching the eye of visitors to the island's major cities of Sanya and Haikou in recent years. Spectacular new hotels and entertainment complexes are springing up everywhere."); "Why China Is the Only Luxury Superpower," Jing Daily, July 5, 2021, available at https://jingdaily.com/posts/china-market-tourists-luxury-superpower ("Hainan has bloomed into an entertainment/travel/shopping destination that could, in a few years, rival Dubai, now that its generous duty-free allowances are redirecting customers from other destinations to stores inside China.").

[79] "Hainan Expands Scope of Duty-Free Policy for Tourists," China Daily, October 24, 2012, available at https://www.chinadaily.com.cn/bizchina//////2012-10/24/content_15843503.htm ("In April 2011, to boost local tourism, Hainan piloted a duty-free policy that allows visitors to have tax rebased with a purchase limit of 5,000 yuan [approximately US $760].").

[80] "Hainan Expands Scope of Duty-Free Policy for Tourists," China Daily, October 24, 2012, available at https://www.chinadaily.com.cn/bizchina//////2012-10/24/content_15843503.htm ("Under a policy which will come into effect this November, non-residents leaving the island can make duty-free purchases twice a year if they spend no more than 8,000 yuan [approximately US $1,280] each time, up from the current 5,000-yuan cap [approximately US $800], according to a statement on the MOF website.").

[81] "Hainan Duty Free Hits $842m as Allowance Doubles," TR Business, January 31, 2016, available at https://www.trbusiness.com/regional-news/asia-pacific/hainan-duty-free-842m-as-allowance-doubles/100793 ("This huge business also looks set for a major boost this year, following the Chinese Ministry of Finance's decision to approve the doubling of the special duty free allowance to CY16,000 [approximately US $2,430].").

[82] "Larger Duty-Free Shopping Quota Warmly Received in Hainan." China Daily, December 3, 2018, available at https://www.chinadaily.com.cn/a/201812/03/WS5c050280a310eff30328ec15.html ("The central authorities of finance, taxation and customs jointly announced last week to further ease the duty-free shopping quota from 16,000 yuan [approximately US $2,300] 30,000 yuan [approximately $4,310], as a move to boost tourism and domestic consumption as Hainan island targets becoming a free-trade port.").

[83] "China Announces Masterplan for Hainan Free Trade Port," Ernst & Young, June 25, 2020, available at https://taxnews.ey.com/news/2020-1664-china-announces-masterplan-for-hainan-free-trade-port ("The State Council and the Central Committee of the Communist Party of China jointly announced, on 1 June 2020, the Overall Plan for the Construction of the Hainan Free Trade Port (the masterplan). The masterplan grants greater reform autonomy to Hainan and aims to build it into a globally-influential free trade port (FTP) by the middle of twenty-first century."); "Hainan to Raise Duty-Free Shopping Quota to 100,000 Yuan," CGTN, June 30, 2020, available at https://news.cgtn.com/news/2020-06-30/Hainan-to-raise-duty-free-shopping-quota-to-100-000-yuan-RJLVW9cuti/index.html ("With effect from Wednesday, the quota will be raised to 100,000 yuan (about $14,123) per person each year from the current 30,000 yuan [approximately US $4,240], the MOF and China's customs and taxation authorities said in a joint statement.").

mall opened in Hainan.[84]  An important step in the "master plan" occurred on December 18, 2025, when Hainan expanded duty free status island-wide to nearly three-quarters of all goods.[85]

45.    For luxury brands, throughout the 2010s, a presence in Hainan was increasingly viewed as strategically critical because the island was becoming one of the most important luxury retail destinations in the world, capturing Chinese consumer spending that previously flowed to Paris, Milan, or Hong Kong.[86]  By the end of the decade, offshore duty-free sales in Hainan had grown from approximately $2 billion in 2019 to approximately $9 billion in 2021.[87]  Beauty helped lead this growth, accounting for approximately half of all Hainan duty free sales in 2020.[88]  Luxury brands, and particularly beauty brands, that were absent from Hainan risked losing visibility, market share, and/or relevance among China's most dynamic luxury shoppers at a moment when the retail landscape was being structurally reshaped.

46.    As a result, company strategic goals aimed at developing inroads and focusing on the Asian travel retail market, as discussed in **Section VI.B** above, necessarily included Hainan. Within the luxury industry, a focus on Asian travel retail and Hainan specifically was viewed positively during this period as a way to reinvigorate growth and connect with consumers,

---

[84] "Hainan:  Inauguration of the World's Largest Dury-Free Shopping Mall," Luxus Plus, October 31, 2022, available at https://luxus-plus.com/en/hainan-inauguration-of-the-worlds-largest-duty-free-shopping-mall/.

[85] "China's Hainan Free Trade Port Heralds New Era of Openness," Asia Times, December 21, 2025, available at https://asiatimes.com/2025/12/chinas-hainan-free-trade-port-heralds-new-era-of-openness/ ("Hainan has transformed an entire island into a unified free trade port, with its own customs, tax and regulatory system. … The share of goods eligible for zero tariffs rises from 21% to roughly 74% of all tariff lines, covering nearly all production equipment and key raw materials."). *See also*, "Hainan Free Trade Port Launches Special Customs Operations to Boost Trade," China Business Forum, November 19, 2025, available at https://cnbusinessforum.com/hainan-free-trade-port-launches-special-customs-operations-to-boost-trade/ ("The Hainan Free Trade Port is set to officially launch its island-wide special customs operations on December 18, 2025, marking a significant step in China's push for high-level openness. … Officials have noted that the proportion of zero-tariff product lines in Hainan will increase from 21% to 74%[.]").

[86] "Hainan as an International Tourist Destination," China Briefing, October 26, 2012, available at https://www.china-briefing.com/news/hainan-as-an-international-tourist-destination/; "On China's Hainan Island, the Boom is Deafening," The New York Times, March 30, 2010, available at https://www.nytimes.com/2010/03/31/world/asia/31hainan.html.

[87] "Hainan, Hong Kong or Paris:  Where Will Chinese Shoppers Go?" Luxury Society, available at https://luxurysociety.com/en/hainan-hong-kong-or-paris-where-will-chinese-shoppers-go/ ("The pandemic has resulted in the repatriation of overseas luxury spending, nearly doubling the size of mainland China's luxury market. In fact, Chinese consumers' global spending has shrunk by 30 per cent since 2019, with overseas spending accounting for less than 10 per cent of total spending. … Offshore duty-free sales in Hainan was valued at only 13.61 billion RMB [approximately US $2 billion] in 2019, but this figure exceeded 60 billion [approximately US $9 billion] by 2021.").

[88] McKinsey & Company July 2021 Report, p. 5 ("While beauty has been leading the development of the market and accounted for roughly half of all Hainan duty free sales in 2020, there is a growing opportunity for other luxury categories as consumers look to diversify spend.").

particularly in product categories such as skincare and makeup that traditionally rely on in-person sales experiences.[89]

47.    As I discuss further below, while Hainan was already emerging as an important travel retail destination for luxury shoppers and a strategic point of access to Chinese consumers for luxury brands leading up to the COVID-19 pandemic, with the onset of the COVID-19 pandemic and restrictions on international travel, Hainan became even more important as a travel retail shopping destination.[90]  As the main brick-and-mortar location for Chinese travel retail shoppers while international destinations were locked down, Hainan grew in popularity and firmly established its place as a strategic high-growth geography for luxury goods sales.[91]

## VII.    Leading up to 2020, Daigou Was a Well-Known and Widespread Practice That Impacted Virtually All Luxury Brands but Was Difficult for Brands to Reliably Assess

48.    Daigou is the practice of "buying on behalf of" others.[92]  It began as a cultural practice, with travelers bringing products home for relatives in China.[93]  As prices and trust in imported

---

[89] "The Hainan Travel Retail Opportunity:  How Can Brands Capitalize on Hainan's Travel Retail Boom?" Roland Berger, January 2022, p. 12 ("It is unquestionable that Hainan is the golden egg with boundless potential for exploration, attracting brands from around the world to get a share. Nevertheless, only those who are well positioned to adapt themselves to evolve from the current brand-neutral wholesale model to a more brand-oriented managed wholesale model and, most importantly, prepare for future retailization by setting up their own stores will succeed in bringing a unique customer experience and winning this contest.").

[90] McKinsey & Company July 2021 Report, p. 2 ("Chinese international air travel fell by close to 90 percent in 2020 according to Civil Aviation Administration of China data, and McKinsey analysis suggests it will not recover to pre-COVID levels before 2023/24 at the earliest. As such, Hainan is ideally placed to absorb Chinese luxury duty free demand. Unfazed by the ongoing pandemic, Chinese travelers flocked to the island, doubling overall spend on duty free in 2020 to ~$4.3 billion, up from ~ $2.1 billion the previous year.").

[91] "Why China is the Only Luxury Superpower," Jing Daily, July 5, 2021, available at https://jingdaily.com/posts/china-market-tourists-luxury-superpower ("Recently, the largest island in Mainland China, Hainan, bloomed into an entertainment/travel/shopping destination that could, in a few years, rival Dubai, now that its generous duty-free allowances are redirecting customers from other destinations to stores inside China."); McKinsey & Company July 2021 Report, p. 4 ("The Hainan Provincial Government's 14th Five-Year Plan estimates Hainan's duty free market will grow tenfold between 2020 and 2025 to reach $46.5 billion and become one of the world's largest travel retail locations.").

[92] Gatchalee, Pagon, Aranya Siriphon, Zhijian Cui, "'Daigou' Practices, Chinese Entrepreneurial Strategies, and Transnational Business Cultures: Case Study in Thailand," in *Transnational Southeast Asia*, H. M. Y. Ho and Y. Chan eds., (Singapore: Springer), 2025, pp. 69–83 ("Gatchalee, Siriphon, and Cui (2025)") at p. 73 ("Daigou, a micro-business activity involving 'buying on behalf', refers to both the activities and individuals functioning as intermediaries in cross-border e-commerce under a consumer-to-consumer (C2C) relationship.").

[93] "When Chinese Consumers Want Western Goods, They Turn to These U.S. Intermediaries," Los Angeles Times, March 7, 2016, available at https://www.latimes.com/local/california/la-me-chinese-shipping-boom-20160307-story.html ("But *daigou* really began to take off in 2011, when Chinese e-commerce platforms such as Taobao gave buyers a platform to grow their business beyond their friends and family, says Charlie Gu, director of China Luxury Advisors, a company that helps high-end brands reach Chinese consumers. Frustrated by luxury-good counterfeiters, Chinese consumers stepped up their purchases through intermediaries in the U.S., Japan, France, South Korea and other countries."); "What's 'Daigou' and What's It to Gucci and Beijing?" Bloomberg, January 29, 2019, available at

goods diverged across markets, demand for daigou grew and the practice scaled, becoming widespread.[94]  As discussed in this section, the reasons for the rise in daigou in China also explain why this purchasing practice happens often in the travel retail channel and became part of the luxury purchase behavior of some Chinese consumers.  Moreover, while the practice of daigou became well-known and common leading up to 2020, in my experience, it is nonetheless extremely challenging for brands such as Estée Lauder to reliably estimate the true extent of daigou because of limited tracking ability of individual purchases at third-party retailers, especially in destinations such as Hainan.  Despite being a well-known feature of the travel retail industry and a factor for companies like Estée Lauder, the context for understanding the role of daigou in the luxury beauty industry (and hence its effect on Estée Lauder at the time) is absent from Dr. Cain's report.[95]

### A.    Leading up to 2020, Daigou Was Growing in Popularity

49.    Daigou as a consumer practice rose in popularity in China as a way to buy luxury foreign goods for a variety of reasons.  First, it enables consumers to avoid counterfeit products by purchasing (through others) in the country of origin or otherwise through authorized retailers, which makes it more likely that the products are authentic and original.[96]  Second, it gives consumers access to products that may not be available to them domestically as, despite being large markets, many lower-tier Chinese cities may not have access to some of the luxury brands

---

https://www.bloomberg.com/news/articles/2019-01-28/what-s-daigou-and-what-s-it-to-gucci-and-beijing-quicktake ("Daigou started around a decade ago when Chinese tourists began traveling abroad in significant numbers and noticed how much cheaper certain items were overseas. That's because domestic goods were subject to bigger markups by retailers as well as higher transportation costs and taxes.").

[94] "The Daigou Index 2.0:  The Biggest Threat to Luxury in the Next Five Years," Re-Hub, September 2023, available at https://uploads-ssl.webflow.com/64d98acaa41eea2aec8ccbed/650bfe02a691f4488ddaa93b_Re-Hub%20-%20The%20Daigou%20Index%202023.pdf, p. 4 ("The term 'Daigou,' meaning 'buying on behalf of,' became popular in China due to the significant price differences between goods in China and abroad. In the early days, there was also an element of being able to access brands otherwise unavailable in the Chinese market. Daigou essentially act as personal shoppers that buy luxury goods from overseas markets for Chinese consumers motivated by saving money, as high import taxes and other factors create price differentials. Another reason for the rising popularity of Daigou is their reputation for providing authentic luxury products, building trust with their consumers in a market plagued by counterfeit product fears. The Daigou industry has drastically influenced the luxury market, leading to both benefits and challenges.").

[95] In deposition, Dr. Cain explained that outside of the documents he reviewed for this case, he does not have any knowledge of daigou.  *See* Cain Deposition, 115:6–8.

[96] "The Daigou Index 2.0:  The Biggest Threat to Luxury in the Next Five Years," Re-Hub, September 2023, available at https://uploads-ssl.webflow.com/64d98acaa41eea2aec8ccbed/650bfe02a691f4488ddaa93b_Re-Hub%20-%20The%20Daigou%20Index%202023.pdf ("Access to Authentic Products: Daigou typically have relationships with luxury brands and access to their genuine products. This availability reassures consumers that the goods they are purchasing through these agents are authentic, tackling a substantial worry about counterfeit items.").  (Emphasis removed.)

or full assortment of products and limited-edition items locally.[97]  Finally, it may allow consumers to obtain goods at lower prices due to pricing differences across countries, particularly because retail pricing in China is very high compared to global prices due to import taxes and transportation costs.[98]  As Chinese consumers increasingly began traveling abroad throughout the mid-2000s and 2010s, they "noticed how much cheaper certain items were overseas."[99]  Consumers (even luxury ones) in China often seek a deal even if the discount is modest; daigou can exploit price differences and help facilitate that deal.[100]

---

[97] "Inside Luxury's Gray Market:  The Evolving Role of China's Daigou Industry," Daxue Consulting China, April 25, 2025, available at https://daxueconsulting.com/daigou-in-china/ ("Capitalizing on their extensive networks, Daigou entrepreneurs excel at reaching consumers in regions where luxury products might be less accessible."); "The Daigou Index 2.0:  The Biggest Threat to Luxury in the Next Five Years," Re-Hub, September 2023, available at https://uploads-ssl.webflow.com/64d98acaa41eea2aec8ccbed/650bfe02a691f4488ddaa93b_Re-Hub%20-%20The%20Daigou%20Index%202023.pdf ("In the early days, there was also an element of being able to access brands otherwise unavailable in the Chinese market.").

[98] "Inside Luxury's Gray Market:  The Evolving Role of China's Daigou Industry," Daxue Consulting China, April 25, 2025, available at https://daxueconsulting.com/daigou-in-china/ ("The Daigou industry is increasingly leveraging global currency fluctuations and tax policies to offer competitive pricing."); "The Daigou Index 2.0:  The Biggest Threat to Luxury in the Next Five Years," Re-Hub, September 2023, available at https://uploads-ssl.webflow.com/64d98acaa41eea2aec8ccbed/650bfe02a691f4488ddaa93b_Re-Hub%20-%20The%20Daigou%20Index%202023.pdf, p. 4 ("Cost Savings: One of the core advantages of using a Daigou is the potential for substantial cost savings. By acquiring products overseas, where they are considerably cheaper, Daigou agents can skip the high import taxes and retail markup inherent in the product pricing in China.").  (Emphasis removed.)

[99] "What's 'Daigou' and What's It to Gucci and Beijing?" Bloomberg, January 29, 2019, available at https://www.bloomberg.com/news/articles/2019-01-28/what-s-daigou-and-what-s-it-to-gucci-and-beijing-quicktake ("Daigou started around a decade ago when Chinese tourists began traveling abroad in significant numbers and noticed how much cheaper certain items were overseas. That's because domestic goods were subject to bigger markups by retailers as well as higher transportation costs and taxes."); "What Luxury Needs to Know about Daigou: Part 2," Jing Daily, February 6, 2025, available at https://jingdaily.com/posts/how-china-s-daigou-and-gray-market-threaten-luxury-brands-part-2 ("'As long as there is a gap in the prices between Europe and China, daigou will exist,' says Max Piero, CEO of Re-Hub, a Shanghai-based consultancy that helps luxury brands develop strategies in China. He says opportunities for this arbitrage trade are hard to eliminate. 'This will likely continue and keep growing unless brands take a radical approach and decide to fully harmonize the prices between Europe and China, which is nearly impossible.'").

[100] "Understanding Chinese Consumers," US-China Business Council, July 1, 2011, available at https://www.uschina.org/articles/understanding-chinese-consumers/ ("Many Chinese consumers, particularly elderly shoppers, wish to save as much as possible. … Retailers limit the amount of those products consumers may buy at a time to encourage shoppers to visit the stores more frequently. These types of promotions have proven effective as many Chinese consumers are willing to wait for half an hour to save on a particular item."); "What Luxury Needs to Know about Daigou:  Part 2," Jing Daily, February 6, 2025, available at https://jingdaily.com/posts/how-china-s-daigou-and-gray-market-threaten-luxury-brands-part-2 ("Luxury goods are typically cheaper outside of China, which encourages shoppers to shop abroad. It's estimated that about two-thirds of all purchases of luxury goods by Chinese buyers occur outside of the country. These price differences stem partly from China's taxes on foreign goods, including import duties, VAT, and consumption tax, which are designed to encourage sales of Chinese-made products. This discrepancy drives Chinese shoppers abroad, from Japan to a Bicester Village outlet near London, and also creates opportunities for gray market traders and daigou."); "What's 'Daigou' and What's It to Gucci and Beijing?" Bloomberg, January 29, 2019, available at https://www.bloomberg.com/news/articles/2019-01-28/what-s-daigou-and-what-s-it-to-gucci-and-beijing-quicktake ("Daigou started around a decade ago when Chinese tourists began traveling abroad in significant numbers and noticed how much cheaper certain items were overseas. That's because domestic goods were subject to bigger markups by retailers as well as higher transportation costs and taxes.").

50.    Leading up to 2020, daigou professionalized with the rise of e-commerce and selling through live streaming and social media.[101] Professional daigou operators, who buy products at third-party retail locations, such as airports, and then sell them on online platforms in China, offered consumers not only potential cost savings and access to authentic and limited edition or exclusive products, but also access to personalized services and smooth shopping experiences.[102] Between these various advantages, daigou rose as an appealing means of shopping for the Chinese luxury consumer.  As a result, in my experience, leading up to 2020 and since as early as 2010, daigou had become a well-known, widespread practice in China across many product

---

[101] Gatchalee, Siriphon, and Cui (2025), p. 74 ("Marked by the rapid growth and development of China's online economy, e-commerce, and social commerce platforms, such as Taobao, Tmall, Alibaba, WeChat, Weibo, Xiaohongshu, or Douyin, became widely known and immensely flourished, often setting up personal online stores where customers can visit and purchase their items. … [A]dvancements in internet communication technology, mobile phone networks, online payment systems, and social media platforms equipped with live streaming capabilities facilitated direct products and services immediate customer queries, and product advertising on plat-forms such as WeChat's newsfeed or Moments."); "When Chinese Consumers Want Western Goods, They Turn to These U.S. Intermediaries," Los Angeles Times, March 7, 2016, available at https://www.latimes.com/local/california/la-me-chinese-shipping-boom-20160307-story.html ("The rise of Chinese social networks such as Weibo and WeChat also facilitated the person-to-person connections that are *daigou*'s lifeblood[.]").

[102] "What's 'Daigou' and What's It to Gucci and Beijing?" Bloomberg, January 29, 2019, available at https://www.bloomberg.com/news/articles/2019-01-28/what-s-daigou-and-what-s-it-to-gucci-and-beijing-quicktake ("It's a Mandarin term that's part of the lexicon of the luxury-goods industry. Daigou (dye-go), or 'to buy on behalf,' describes the practice of purchasing sought-after goods -- from high-end handbags to premium infant formula -- overseas to resell back home."); "Inside Luxury's Gray Market:  The Evolving Role of China's Daigou Industry," Daxue Consulting China, April 25, 2025, available at https://daxueconsulting.com/daigou-in-china/ ("The Daigou [] industry refers to individuals or agents who purchase and import goods from overseas for resale in the Chinese market. … The Daigou industry is seizing new opportunities through innovative methods like livestreaming and online channels. Utilizing these platforms allows Daigou sellers to connect directly with customers, showcasing products in real-time."); "The Daigou Index 2.0:  The Biggest Threat to Luxury in the Next Five Years," Re-Hub, September 2023, available at https://uploads-ssl.webflow.com/64d98acaa41eea2aec8ccbed/650bfe02a691f4488ddaa93b_Re-Hub%20-%20The%20Daigou%20Index%202023.pdf, pp. 4, 11 ("Personalized Services: Daigou agents usually offer customized service distinct to their client's tastes. From product recommendation to shopping advice, these agents up the ante in the shopping experience, enhancing customer satisfaction. … Smooth Shopping Experience: Digital platforms, such as WeChat or Xiaohongshu, enable Daigou agents to offer seamless transactions. These platforms allow consumers to communicate with the Daigou agent, select and order products, and make payments conveniently. … The somewhat harsh reality of the Daigou market today in China is that consumers are in some cases able to satisfy more of their needs through engaging with a Daigou than a brand or authorised reseller of a brand.").  (Emphasis removed.)

categories that impacted virtually any luxury brand, and particularly those with strong consumer demand for their products.[103, 104]

### B.    Brands Recognized Daigou as a Part of the Chinese Luxury Market

51.    Luxury brands, media, and industry observers have long been aware of daigou and the fact that it is a feature of the Chinese luxury market.[105]  Brands recognize that daigou is not an illegal or improper practice in and of itself and that, instead, it is "usually perfectly legal" and "in most cases, import taxes are paid on [goods purchased in foreign markets]."[106]  Daigou can be done legally, especially if the goods are declared and proper taxes are paid and if there are no local government resale restrictions, making it a convenient and desirable way for consumers to

---

[103] *See also* "This Decade in China:  Part 1," The Business of Fashion, December 12, 2019, available at https://www.businessoffashion.com/articles/china/this-decade-in-china-part-one-alibaba-wechat-dolce-gabbana/ ("Going forward, brands should pay attention to store location, catering to daigou (cross border personal shoppers) and keeping up with shifting travel trends."); "Inside Luxury's Gray Market:  The Evolving Role of China's Daigou Industry," Daxue Consulting China, April 25, 2025, available at https://daxueconsulting.com/daigou-in-china/ ("Daigou remains a powerful force in China's luxury landscape, driving demand and access to both iconic and emerging brands. The most popular luxury brands [] among Daigou in China include Dior, Louis Vuitton, Gucci, Chanel, and Prada, consistently at the top of the list for several quarters. Chanel, in particular, is highly favored [] by Chinese shoppers. Other popular brands among Daigou include Hermès, Burberry, and Swatch.").  (Emphasis removed.)

[104] That the practice was well known was reiterated by the research analyst covering Estée Lauder at Plaintiffs' investment manager Edgewood Management.  *See* Deposition of Janet Knopf, November 18, 2025 ("Knopf Deposition"), 132:12–20 ("Q.  And [daigou] was known to you as … a commonly known feature of the travel retail industry, correct? …  A.  It was something I knew that occurred.  Q.  And you followed the travel retail sector with respect to prestige beauty, correct?  A.  Correct."), 134:23–135:3 ("Q.  So – so keeping it on daigou, China and Korea, no secret that daigou was occurring in the prestige beauty travel retail market during the Edgewood investment period, right? …  A.  I would not say it was a secret.").  Ms. Knopf also agreed that "daigou shoppers bring business to brands that might have been difficult to secure through other channels."  *See* Knopf Deposition, 151:6–13.

[105] "What's 'Daigou' and What's It to Gucci and Beijing?" Bloomberg, January 29, 2019, available at https://www.bloomberg.com/news/articles/2019-01-28/what-s-daigou-and-what-s-it-to-gucci-and-beijing-quicktake ("Luxury brands like Gucci, Hermès and Louis Vuitton have been clear winners, as have smaller labels like Christopher Kane that lack the resources to physically set up shop in China. Sales were so strong some complained about their flagship stores being cleaned out by Chinese tourists stocking up for resale at home, leaving little for anyone else.").

[106] "Luxury Brands' New Snag? Handbag Arbitrage," The Wall Street Journal, September 13, 2024, available at https://www.wsj.com/business/retail/luxury-brands-new-snag-handbag-arbitrage-575bb1b7 ("Daigou trading is usually perfectly legal. Goods are bought legitimately in other markets and, in most cases, import taxes are paid on them."); *See also* "How to Use Daigou to Boost Travel Retail?" Cosmetics China Agency, January 27, 2021, available at https://cosmeticschinaagency.com/how-to-use-daigou-to-boost-travel-retail/ ("Chinese consumers develop a strong relationship with their daigou based on trust and loyalty. They are very confident in daigou recommendations and discoveries. If a daigou recommends a new product coming from small international brands, Chinese shoppers will trust them. This method could improve your brand visibility, accessibility, and experience in China.").  (Emphasis removed.);  "The Price of Duty-Free:  Hainan Grapples with 'Daigou' Dilemma," Jing Daily, July 15, 2024, available at https://jingdaily.com/posts/the-price-of-duty-free-hainan-grapples-daigou-dilemma ("'[T]here will always be avenues for gray market goods to find their way into China, even legally – price arbitrage coupled with currency fluctuations allows for agents to be able to make margins on products even while ensuring the legality of their sales.'"); "Luxury's Gray Market is Emerging from the Shadows," The New York Times, August 26, 2021, available at https://www.nytimes.com/2021/08/24/fashion/fashion-luxury-gray-market.html ("A number of daigous have formed large-scale collectives … including Cettire … 'The Cettire business model isn't illegal – it's just very good at exploiting legal loopholes in trade regulations.'").

shop that also helps brands meet demand and expand reach to a growing consumer base.[107] However, illicit daigou can also exist.  Examples of illicit daigou would include entities offering daigou services that may not always fully declare goods being brought into the country when they should declare them, thereby avoiding customs taxes; entities that may not report income from daigou sales, thereby avoiding income taxes; and entities that use false identities to make purchases, thereby avoiding quotas.[108]  As explained above, while Dr. Cain claims that his understanding of Plaintiffs' theory of liability includes, at least in part, that Estée Lauder's growth during the relevant period was "driven" by "prohibited" daigou, in his deposition, Dr. Cain admitted that he does not even know whether or not daigou was in fact illegal or prohibited in China during the Proposed Class Period.[109]  It is unclear how Dr. Cain could determine to what extent any growth in travel retail during the relevant period was "driven" by "prohibited" daigou without any understanding of whether (or to what extent) daigou was even prohibited.

52.     In my experience, the strongest brands with highest market shares are the most exposed to demand from any kind of daigou and therefore also the most at risk of the emergence of illicit daigou activity.[110]  Their desirability and strong brand recognition make their products the easiest for unauthorized resellers to sell (as these resellers benefit from strong market demand and brand strength), increasing the likelihood of the development of illicit daigou.  While brands selling in

---

[107] "Hainan's Growing 'Daigou' Business and Ensuing Crackdown Trigger Legal Debate," CGTN, October 4, 2020, available at https://news.cgtn.com/news/2020-09-03/Hainan-s-growing-daigou-business-and-crackdown-draw-legal-debate-TtQz4jnI6A/share_amp.html ("'There is currently no clear official definition of daigou, but it is not entirely an illegal or criminal act in itself,' Feng Xiaopeng, a partner of King & Wood Mallesons specialized in e-commerce and customs compliance for nearly 20 years, told CGTN."). This is also consistent with testimony from 30b6 witness and Vice President of Transformation at Estée Lauder, Mr. Nick Lai.  See Deposition of Nick Lai, November 20, 2025 ("Lai Deposition"), 33:21–34:1 ("[I]f a consumer purchase [sic] products from overseas and want [sic] to bring them into China domestic market, they need to comply to the tax regulation.  And as long as they comply with the tax regulation, it is legal.").

[108] "Hainan's Growing 'Daigou' Business and Ensuing Crackdown Trigger Legal Debate," CGTN, October 4, 2020, available at https://news.cgtn.com/news/2020-09-03/Hainan-s-growing-daigou-business-and-crackdown-draw-legal-debate-TtQz4jnI6A/share_amp.html; "Laundering Luxury," Institute for Financial Integrity, September 17, 2025, available at https://finintegrity.org/laundering-luxury/ ("While daigou itself is not illegal, daigou operations are often financed by [networks] which receive and launder proceeds from cartels and other criminal activities. Daigou may also involve tax and tariff evasion, and can obscure the identity of the client and source of funds.").

[109] Cain Report, ¶ 16 ("The Complaint alleges that Defendants concealed the fact that Estée Lauder's sales growth in the Company's Asia travel retail segment was driven by the prohibited gray market resale industry in China and South Korea, known as daigou, from investors"); Cain Deposition, 77:10–20 ("I've certainly not attempted to form any opinions one way or the other at this point in time regarding whether it was in fact illegal.  Q.  Okay, so at this point in time, you have not in fact formed any opinion as to whether gray market resale or daigou activity was in fact prohibited at any particular point in the class period, is that right? … A.  That's correct.").  He also conceded that he was not qualified to reach such a conclusion, that he had not encountered the concept of daigou prior to working on this case, and that he is not an expert in the concept of daigou.  See Cain Deposition, 77:22–81:15, 82:17–83:3.

[110] In deposition, head research analyst covering Estée Lauder for Plaintiffs' investment manager Edgewood Management, Ms. Knopf, agreed that "strong demand for the products themselves is ultimately what enables/causes daigou to exist" and that "the popularity of a brand" is what "drives daigou interest."  See Knopf Deposition, 160:2–19.

the Asian travel retail market face the risk of illicit daigou, as discussed above, the travel retail channel was and continues to be a strategic growth area for brands and a necessary area of focus for a brand's overall growth and success. Given this, it would not be feasible for brands to fully avoid daigou if they wanted to grow in Asian and specifically Chinese markets, where demand for luxury products was high and growing and traditional retail stores were tax- and price-disadvantaged and/or hard to access for customers. In terms of market dynamics and consumer demand, as discussed above, in the luxury industry, consumers attach strong value to brand names and specific products, making it such that a demand for daigou will exist for strong brands, with no practical way for such brands to fully avoid daigou sales.

53.    Brands also have limited means to curtail daigou. Brands that sell in travel retail channels commonly sell indirectly via third-party duty-free retailers and have limited control over prices or discounts that these retailers set, and the retailer serves as the bridge between products and the shoppers.[111] Hence, in most cases, brands have no direct interaction with the shopper in a duty-free environment. While brands may provide suggested prices such as a manufacturers' suggested retail price ("MSRP"), retailers are free to discount substantially below MSRP, particularly in jurisdictions with stringent antitrust laws.[112] Without the ability to standardize pricing across channels, brands have little ability to prevent daigou from emerging to take advantage of any pricing differentials or tax saving opportunities.[113]

---

[111] "Suggested Price: Suggested Price: The Psychology Behind MSRP," FasterCapital, April 12, 2025, available at https://fastercapital.com/content/Suggested-Price--Suggested-Price--The-Psychology-Behind-MSRP.html ("From the retailer's perspective, the MSRP [Manufacturer's Suggested Retail Price] serves as a benchmark. It's the starting point from which they can adjust prices based on their inventory levels, competitive pressures, and sales targets. For instance, if a product is in high demand and low supply, retailers might price it closer to the MSRP to maximize profits. Conversely, if a product isn't selling as expected, they might offer discounts to move inventory."). In 2021, responding to the question "What percentage of your business is direct versus wholesale?" a majority of 25 beauty brand founders had a mix of direct-to-consumer and wholesale. *See* "DTC Versus Wholesale: Where Beauty Brands Are Really Selling," Beauty Independent, April 11, 2021, available at https://www.beautyindependent.com/dtc-versus-wholesale-where-beauty-brands-really-selling.

[112] Korea is one such location. *See* "Korea: Competition Law Fact Sheet," Norton Rose Fulbright, May 2021, available at https://www.nortonrosefulbright.com/en/knowledge/publications/8f18c445/competition-law-fact-sheet-korea ("[T]he MRFTA [(Monopoly Regulation and Fair Trade Act of Korea] lists six types of specified abusive behaviour [including] … [p]rice abuse (conduct unreasonably determining, maintaining or changing the price of commodities or services).").

[113] "The Daigou Index 2.0: The Biggest Threat to Luxury in the Next Five Years," Re-Hub, September 2023, available at https://uploads-ssl.webflow.com/64d98acaa41eea2aec8ccbed/650bfe02a691f4488ddaa93b_Re-Hub%20-%20The%20Daigou%20Index%202023.pdf ("Cost Savings: One of the core advantages of using a Daigou is the potential for substantial cost savings. By acquiring products overseas, where they are considerably cheaper, Daigou agents can skip the high import taxes and retail markup inherent in the product pricing in China."). (Emphasis removed.)

C.      The Extent of Daigou Sales for a Luxury Retail Brand Such as Estée Lauder, Especially Illicit Daigou Sales in Hainan, at a Given Moment Is Challenging to Reliably Assess

54.     In my experience, not only is it difficult for a brand to prevent daigou, but also it is difficult for a brand to reliably assess the extent of illicit daigou, especially illicit daigou in Hainan.  This is particularly true for brands like Estée Lauder that sell primarily through third-party retailers and for brands selling in Hainan, where the nature of daigou operations makes illegal activity even more difficult to detect.

55.     To attempt to measure the extent of daigou, brands can invest in IP protection, tracking, and channel control.  For example, Plaintiffs state in their Complaint that Estée Lauder uses tracking technologies to identify the origins of unauthorized products.[114]  But even this mechanism would provide only partial visibility into *possible* instances of daigou, because it can only show where a product originated from if it is found at an unauthorized reseller.[115]  It does not give any visibility of the *extent* of daigou activities that could be subject to government sanctions specifically.  While tracking technologies can help to identify the geographic point of sale, they cannot determine the intent of the purchaser at the time of transaction; for example, a tourist buying for themselves, a gift for a relative, or a professional daigou operator.  Consequently, tracking data in itself does not provide a basis for determining the extent of potential daigou activity around a brand.  Hence, a company like Estée Lauder can only assume that diversion to daigou exists and can try to shut down unauthorized resellers if they are identified, but it will have little  visibility into the overall extent of daigou.

56.     Information about daigou activity may also be limited for brands because they have limited insight into retailer sales.  Although there has been a recent rise in some direct-to-

---

[114] Complaint, ¶¶ 98, 246 ("FE-2 also explained that Lauder used 'pincodes' for certain products to know if those products were going someplace where they were not supposed to be. FE-2 further advised that the more expensive products from Lauder and La Mer products (as examples) would be pincoded in Estée Lauder's systems to trace where they came from and if they ended up in an unusual place. FE-2 further confirmed that if a product was pincoded, Estée Lauder had the ability to see where the product ended up. Similarly, FE-1 explained that all products had tracking codes in order to exercise 'market control.'").

[115] *See also,* Lai Deposition, 43:24–45:8 ("I – putting this way, it is very, very difficult to gather information about daigou in the company. … [F]rom a high level, first of all there is internal audit process on the sales transaction that we have made.  And then second, there is – there are communications and tool kits shared with our employees in the regions, in the consumer market organization to make sure that they understand the policy and they know how to deal with potential diversion activity that they detect, they know how to report and escalate.  And then third is that for some of our products, we have coded some of our product.  And together with some mysterious shopper mechanism, we are able to purchase some product from the market and identify the source to check if there is diversion activity. However, this only limits to several products in our organization because the cost is very, very high of this coding system.").

consumer brands, beauty products have traditionally been sold to consumers indirectly via retailers such as department stores, pharmacies, or travel retailers.[116]  Through the Proposed Class Period, Estée Lauder primarily operated under this indirect model.  In my experience, brands have limited to no insight into the purchasers (shoppers) of their product at third-party retailers.  Retailers do not generally share much information with brands about how their products are sold, and if they do so, the identity of the end consumer typically remains obscured.[117]  Retailers do not provide brands with information about individual consumers, to the extent they collect that information.  In fact, they have incentive not to do so in order to control

---

[116] "Health & Beauty Marketplaces," Retail X, March 2023, available at https://form.internetretailing.net/cvgdehjvc12/Health_and_Beauty_MarketPlaces_Report_v3.pdf, p. 7 ("Health and beauty products have traditionally been bought in bricks-and-mortar stores, and for the majority of sales physical stores are still the go-to point-of-sale for most consumers. Local pharmacies provide a quick shopping experience for customers who know exactly what they want to buy, while the beauty section of department stores has traditionally offered more of a relaxed way to browse and buy. … Some purchases, such as personal care items, are being included in online orders from grocery stores. Health stores account for a further share of the market as they have tried to capitalise on consumer enthusiasm for the health and wellness trend."); "The Sephora Effect: How the Cosmetics Retailer Transformed the Beauty Industry," The Washington Post, March 9, 2015, available at https://www.washingtonpost.com/news/business/wp/2015/03/09/the-sephora-effect-how-the-cosmetics-retailer-transformed-the-beauty-industry/ ("Before these stores began popping up at malls across the country, beauty shoppers largely had two choices: Buy their makeup at a no-frills drugstore, such as CVS or Duane Reade, or go to a fancy department store counter and let a white-lab-coat-wearing specialist spend an hour dabbing their face with pricey anti-aging creams.").

[117] "Why Brands and Retailers Should Share Data and How to Get There," Forbes, April 21, 2022, available at https://www.forbes.com/councils/forbestechcouncil/2021/11/10/why-brands-and-retailers-should-share-data-and-how-to-get-there/ ("But even though most online brands and retailers are aware of the necessity of analyzing data, far fewer are aware of another critically important aspect of data analytics: sharing their individual data with one another. … In the U.S. especially, companies share a common misconception that they need to hide their data and never reveal it to other companies unless they're compensated for it. In other words, there's an underlying culture of competition versus one of collaboration.").

the customer relationship and extract more value along the value chain.[118] This makes assessment by brands of any daigou activity very difficult.[119, 120]

57.    Generally, brands' knowledge is limited to how much, in aggregate, they sold to a particular retailer. Brands do not typically know precisely whether the retailer ultimately sold the goods or for what price, let alone who the customers were. The exception is that sometimes retailers provide brands with sell-through data, often with some delay, and without information on shoppers. Instead, the data typically provide only aggregate information on quantity sold and sales price at a particular retailer. Such data would provide little to no insight on the level of daigou activity, let alone illicit daigou activity.

58.    While the retail model makes it difficult for any brand to assess the extent of daigou or illicit daigou, the challenges in assessing the extent of daigou or illicit daigou would have been even more difficult in Hainan due to the nature of operations and regulation on the island. As of at least 2020, Hainan prohibited the resale of duty-free goods in the domestic market for profit-making purposes.[121] As a result, any successful daigou operator would need to appear similar to an individual tourist shopping for personal use in order to avoid scrutiny from authorities.

---

[118] "How Data Sharing and Collaboration Can Accelerate Decision-Making and Enhance Sustainability," CoreSight Research, June 20, 2023, available at https://coresight.com/research/how-data-sharing-and-collaboration-can-accelerate-decision-making-and-enhance-sustainability/, p. 4 ("The retail industry is highly competitive, and this makes retailers cautious about sharing data with suppliers, partners and other trusted parties. Moreover, retailers and buyers have historically been adequately served by transactional relationships and are typically resistant to change. Even internally, there is often little collaboration (with finance owning transaction data, marketing owning customer data and so on)."); "Luxury's Lack of Communication with Store Staff is Hurting Business," American Marketer, April 5, 2018, available at https://americanmarketer.com/2018/04/05/luxurys-lack-of-communication-between-store-staff-corporate-hurts-business/ ("At a corporate level, brands send out many impersonal emails to enrolled customers, which can be a turn off. Many associates are protective of their client relationships, preferring to keep details in a black book for fear of data being used to spam customers.").

[119] Daigou shoppers even establish relationships with stores, which makes tracking daigou activity even more challenging for brands. *See* "'Daigou' Trade's Threat to Luxury Brands in 2024," Jing Daily, September 27, 2024, available at https://jingdaily.com/posts/daigou-s-threat-to-luxury-brands-in-2024 ("While major brands attempt to curb these practices through measures like blacklisting daigou shoppers, or tracing wholesale purchases, they face difficulties stemming the tide. Many daigou now blend among legitimate luxury shoppers, even establishing relationships with store staff to maintain access to sought-after items. This underground network of buyers and sellers creates a dual threat: It simultaneously cannibalizes official sales and erodes brand equity by diluting the luxury experience.").

[120] In deposition, head research analyst covering Estée Lauder for Plaintiffs' investment manager Edgewood Management, Ms. Knopf, agreed that it is difficult for brands themselves to know the volume or value of product purchased through daigou. *See* Knopf Deposition, 150:12–151:4 (Q. Do you see where it says, Luxury brands. Relationships with daigous are not straightforward, and their economic implications are difficult to quantify. You see that? A. Yes. Q. You do not disagree with that statement, correct? … A. I agree with that statement. Q. The article quotes an executive director of luxury goods at UBS, stating that, Brands themselves don't know for sure the volume or value of product bought by daigou shoppers. You see that? A. That was my understanding as well.").

[121] "Duty-Free Shopping Policy for Travelers Leaving Hainan Island (June 29, 2020)," Tropical Hainan, May 31, 2024, available at https://www.tropicalhainan.com/duty-free-shopping-policy-for-travelers-leaving-hainan-island-june-29-2020/; "Announcement on Hainan Offshore Duty-free Shopping Policies for Visitors," M.Y. Consulting, June 29, 2020, available at https://my-associate.com/index.php?m=home&c=View&a=index&aid=115&lang=en ("VI. The purchased

59.    Because duty free purchases were not only required to be for personal use but also, even from the establishment of the very first offshore duty-free zones in Hainan, subject to controls on total purchase amount and on the number of trips with purchases permitted per year, daigou operators could not make large purchases in Hainan the same way they may have been able to in other geographies that permit resale and bulk purchases.  As of at least 2020, regulations applicable to Hainan permit bulk purchases for personal use and not for resale at profit; shoppers identified by Chinese authorities as making purchases that are not for personal use could face penalties.[122]  The inability to make large individual purchases makes daigou activity harder to identify and estimate.  In particular, in Hainan, even if many individual daigou shoppers operated under coordinated groups, the smaller scale purchases by any given individual daigou shopper at a particular retailer would make the activity extremely difficult to detect.  Indeed, in order for daigou to exist in Hainan, it would need to appear no different for any brand or retailer than regular tourist sales.

60.    In sum, the extent to which a luxury retail brand such as Estée Lauder is exposed to daigou at a given moment is challenging to reliably assess and daigou in Hainan would be even more challenging to estimate.[123]  As discussed below, these challenges would have only been exacerbated by the volatility in travel retail sales during and after the COVID-19 pandemic.

---

offshore duty-free commodities are the final goods for personal use by consumers and shall not be sold again in the domestic market.  VII. Individuals who violate the provisions of this Announcement by reselling, purchasing on behalf others or smuggling duty-free commodities shall be included in the creditworthiness records pursuant to the laws and regulations, and shall not purchase offshore duty-free commodities within the next three years; individuals who commit smuggling or violations of customs regulatory provisions shall be dealt with by the Customs pursuant to the relevant provisions; if the case constitutes a criminal offence, criminal liability shall be pursued in accordance with the law.").

[122] "Duty-Free Shopping Policy for Travelers Leaving Hainan Island (June 29, 2020)," Tropical Hainan, May 31, 2024, available at https://www.tropicalhainan.com/duty-free-shopping-policy-for-travelers-leaving-hainan-island-june-29-2020/; "Announcement on Hainan Offshore Duty-free Shopping Policies for Visitors," M.Y. Consulting, June 29, 2020, available at https://my-associate.com/index.php?m=home&c=View&a=index&aid=115&lang=en ("VII. Individuals who violate the provisions of this Announcement by reselling, purchasing on behalf others or smuggling duty-free commodities shall be included in the creditworthiness records pursuant to the laws and regulations, and shall not purchase offshore duty-free commodities within the next three years; individuals who commit smuggling or violations of customs regulatory provisions shall be dealt with by the Customs pursuant to the relevant provisions; if the case constitutes a criminal offence, criminal liability shall be pursued in accordance with the law.").

[123] In his deposition, Dr. Cain conceded that he was not even aware of estimates of the percentage of travel retail sales attributable to daigou.  See Cain Deposition, 140:25–141:9.

VIII.   **During the COVID-19 Pandemic and the Proposed Class Period, the Extent of Daigou in Hainan and the Effect of Hainan Government Regulation of Daigou Would Not Have Been Clear to Luxury Retail Brands Such as Estée Lauder**

61.    The retail environment and changes in luxury consumption patterns during the COVID-19 pandemic made the extent of daigou sales in Hainan and the potential effects of any "crackdown" in regulation of those sales even more challenging for brands such as Estée Lauder to assess.  At the outset of COVID-19, the market for luxury goods and travel retail was highly volatile as consumer shopping habits adapted in response to lockdowns and travel restrictions. Travel retail growth in Hainan took off during this volatile time.  Because of this changing market context, by the Proposed Class Period, it would have been even more challenging for brands to predict or assess the extent of daigou or the effects of newly imposed government measures designed to increase regulation of daigou on their sales.

A.      **Changes in the Retail Environment in Response to the COVID-19 Pandemic Drove Large Increases in Luxury Beauty Travel Retail Sales in Hainan and Made Daigou Even More Difficult to Assess**

62.    Following the onset of the COVID-19 pandemic, there was large growth in luxury beauty travel retail sales in Hainan.  This growth made the extent of daigou even more difficult for brands such as Estée Lauder to assess.  In my view, several factors and circumstances at the time created an environment that was expected to foster natural growth of the travel retail industry and drive record sales in Hainan.  First, the closure of international borders created a need for consumers to turn to shopping within China, which includes Hainan.[124]  Second, the tripling of duty-free quotas to about $14,123 made the island a highly attractive destination for domestic

---

[124] McKinsey & Company July 2021 Report, p. 2 ("Chinese international air travel fell by close to 90 percent in 2020 according to Civil Aviation Administration of China data, and McKinsey analysis suggests it will not recover to pre-COVID levels before 2023/24 at the earliest. As such, Hainan is ideally placed to absorb Chinese luxury duty free demand. Unfazed by the ongoing pandemic, Chinese travelers flocked to the island, doubling overall spend on duty free in 2020 to ~$4.3 billion, up from ~ $2.1 billion the previous year."); "Travel Retail Market in Hainan FTP - Towards a Golden Future: A Travel Retail White Paper," KPMG China and The Moodie Davitt Report, May 2021, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf, p. 15 ("The coronavirus epidemic in 2020 had a devastating blow on the global tourism market. Thanks to the Chinese government's effective epidemic prevention and control measures, the Chinese economy quickly recovered from the downturn caused by the epidemic. As of April 2021, tourism in China was gradually returning to normal. Overseas tourism consumption, especially the consumption of duty-free and luxury goods, has flowed back to China due to restrictions on international travel. More and more Chinese tourists prefer domestic travel, which has gradually heated Hainan's tourism consumption market.").

luxury spending.[125]  Third, due to lockdown measures limiting opportunities to spend on services or experiences, consumers had increased interest in spending on consumer goods, including some luxury products.[126]  Given these factors, the island was poised to further transform from a seasonal tourist spot into a permanent strategic hub for luxury and travel retail.  Therefore, a number of factors could have explained the rise in luxury travel retail sales other than an "over dependence on *daigou*"[127] in Hainan during this time.

63.     The luxury beauty industry experienced uncertainty and dramatic changes at the onset of and throughout the COVID-19 pandemic.  These changes included a shift away from brick-and-mortar channels to online retail, which was a particular challenge for beauty brands that traditionally relied on in-person sales;[128] a shift in consumer demand related to lifestyle

---

[125] "Hainan to Raise Duty-Free Shopping Quota to 100,000 Yuan," CGTN, June 30, 2020, available at https://news.cgtn.com/news/2020-06-30/Hainan-to-raise-duty-free-shopping-quota-to-100-000-yuan-RJLVW9cuti/index.html ("With effect from Wednesday, the quota will be raised to 100,000 yuan (about $14,123) per person each year from the current 30,000 yuan [approximately US $4,240], the MOF and China's customs and taxation authorities said in a joint statement.").

[126] "COVID-19 Causes a Spike in Spending on Durable Goods," U.S. Bureau of Labor Statistics, November 2021, available at https://www.bls.gov/opub/mlr/2021/beyond-bls/covid-19-causes-a-spike-in-spending-on-durable-goods.htm ("Tauber and Zandweghe argue that the lockdown and social-distancing safeguards implemented by government, businesses, and consumers during COVID-19 caused a shift in consumer demand from services to durable goods. By spending more time at home, consumers reduced travel, cut back on eating at restaurants, and exercised at home instead of the gym. These actions may have led consumers to substitute services with durable goods by upgrading their kitchen appliances and electronics and purchasing sports equipment.").

[127] Complaint, ¶ 27.

[128] "LVMH, Kering, and The New Luxury Strategy Post-COVID-19," Jing Daily, August 3, 2020, available at https://jingdaily.com/posts/lvmh-kering-and-the-new-luxury-strategy-post-covid-19 ("[M]any luxury stores and boutiques all over the world remain closed, operate curbside only, or are experiencing significantly less foot traffic. A leading luxury mall operator in Asia told me recently about some new consumer behaviors across Asia. Instead of browsing in stores for hours, consumers now quickly go in and out, minimizing the time they spend in stores to reduce potential virus exposure. This change has led to fewer purchase occasions and fewer items bought per shopping trip. Since most brands are still overly dependent on physical stores, digital growth has yet to compensate for the loss of physical sales. And no one is sure when consumers will feel safe again."); "How the Pandemic Changed the Luxury Industry," Kearney, March 7, 2022, available at https://www.kearney.com/industry/consumer-retail/article/how-the-pandemic-changed-the-luxury-industry ("Until recently, many of the world's leading luxury brands had shied away from selling their products online, relying instead on the brick-and-mortar presence of their own boutiques and those of multi-brand, third-party retailers. While this long-standing reluctance was largely based on a desire to retain full control over the identity of their prestige brands, many brands also lacked the robust digital capabilities required to deliver these core elements of this identity online. During the pandemic, most luxury brands doubled down on their online channels to compensate for the closure of physical stores or limited shopping experience due to safety regulations and lockdowns. Some brands, such as Swiss watch manufacturers Patek Philippe and Rolex, allowed their retailers to sell watches online for the first time. Others, such as Chanel, continued to sell their products only in brick-and-mortar stores."); "How COVID-19 is Changing the World of Beauty," McKinsey & Company, May 5, 2020, available at https://www.mckinsey.com/industries/consumer-packaged-goods/our-insights/how-covid-19-is-changing-the-world-of-beauty#/, p. 2 ("In most major beauty-industry markets, in-store shopping accounted for up to 85 percent of beauty product purchases prior to the COVID-19 crisis, with some variation by subcategory.").

changes;[129] and supply chain issues limiting product availability.[130]  Like in many other industries at the time, what the "new normal" would look like in terms of consumer demand and shopping preferences in the luxury beauty industry was unclear.

64.     The uncertainty and large changes happening in the luxury beauty industry were amplified within travel retail.  As discussed above, travel retail emerged as a highly important channel in the luxury beauty industry over the last two decades.  Prior to the COVID-19 pandemic, companies like Estée Lauder were investing heavily in travel retail and particularly in Asian travel retail.[131]  At the same time, as discussed in **Section VI.C**, China was promoting Hainan as a global economic hub and travel retail destination.  The onset of the COVID-19 pandemic and the introduction of travel restrictions brought tremendous uncertainty to this channel.  With lockdowns in place, it became difficult to predict when consumers would be able to travel internationally and where they would be able to travel to, and the sector stagnated.[132]

[129] "A Perspective for the Luxury-Goods Industry During—and After—Coronavirus," McKinsey & Company, April 1, 2020, available at https://www.mckinsey.com/industries/retail/our-insights/a-perspective-for-the-luxury-goods-industry-during-and-after-coronavirus ("McKinsey & Company April 2020 Report"), pp. 4 ("[Regarding the short-term] As consumers' social routines adapt to lockdowns and physical-distancing restrictions, we are starting to see changes in buying behavior. For example, some luxury players report that, in terms of price points, high-end and low-end luxury items are proving more resilient than those in the middle of the range, perhaps due to a combination of 'revenge spending' (a phrase that refers to pent-up demand for luxury items during or after crises) and a desire to maximize value for money by purchasing functional items."), 6 ("[Regarding the long-term] Consumers are the ultimate shareholders of the luxury sector. We expect that, once conditions allow, consumers will want to resume their normal lives. However, the next normal might look quite different; luxury companies must try to anticipate and respond to whatever that next normal will be. For example, in our recent conversations with CEOs, one trend that is likely to intensify postcrisis is the trend toward sustainability and the desire for more responsible consumption—reinforcing the need for companies to provide clear, detailed information about their processes and products.").
[130] Shen, Bin, et al., "Logistics and Supply Chain Management in the Luxury Industry," *Transportation Research. Part E, Logistics and Transportation Review*, Vol. 143, 2020, p. 2 ("This situation poses a massive challenge for supply chain managers and planners, whose (partial) solution demanded accepting compromises such as 1) extending the presence of Spring-Summer collections in-store well into the months traditionally dedicated to early sales of the Fall-Winter collections (to sell out a part of the hugely unsold stock), 2) skipping the launch of some collections, and 3) creating new collections largely based on color variations of models of previous collections or avoiding new materials (to reduce time to market and allow the creative team to work at a distance). In the post-pandemic era, luxury supply chains may need to take several years to regain their lost equilibrium and recover their sales and resilience.").
[131] "Travel Retail Faces its Moment of Truth:  Strategies to Reinvigorate the Marketplace," TFWA Kearney, 2023, available at https://www.luxuryroundtable.com/wp-content/uploads/2023/10/Kearney-travel-retail-report-101223-.pdf ("Travel retail growth was strong up to 2019. Much of the industry's growth was linked to the explosion of the Asia Pacific region that saw the market double between 2014 and 2019, a 16 percent CAGR. Several factors contributed to this meteoric rise. First and foremost, the region saw a significant increase in outbound tourism, fueled by a burgeoning middle class with disposable income and a thirst for travel. Countries such as China, South Korea, and India emerged as powerhouses of outbound tourism, with millions of new travelers each year.") (Emphasis removed); *See also* **Section VI**.
[132] "LVMH, Kering, and The New Luxury Strategy Post-COVID-19," Jing Daily, August 3, 2020, available at https://jingdaily.com/posts/lvmh-kering-and-the-new-luxury-strategy-post-covid-19 ("Travel retail, a critical revenue source for the luxury industry, has practically come to a standstill, and its recovery may take years. The absence of international travel between the continents has shelved all luxury purchases by Chinese residents in Europe and North America."); McKinsey & Company April 2020 Report, p. 2 ("The luxury sector appeals to a global consumer: 20 to 30 percent of industry revenues are generated by consumers making luxury purchases outside their home countries. In 2018, Chinese consumers took more than 150 million trips abroad; we estimate that purchases outside the mainland accounted for more than half of China's luxury spending that year. Asian shoppers buy luxury goods

65.    The exception to the stagnation in the travel retail space for luxury goods during the COVID-19 pandemic, however, was luxury sales in Hainan.  Restricted from international travel, Chinese consumers were permitted to travel to Hainan.  Hainan then became the epicenter of luxury spending for Chinese consumers.[133]  The large increases in travel retail luxury beauty sales in Hainan can be explained by a mix of different factors:

   a.    *Travel restrictions*:  First, due to international travel restrictions and burdensome quarantining rules, luxury goods sales in Hainan grew rapidly in 2020 following a rise in Chinese travelers who could no longer make their purchases in Korea, Dubai, or Japan, for example.[134]

   b.    *Government support measures*:  Second, in June 2020, the Chinese government announced plans to transform Hainan into the world's largest free trade port.[135]

---

outside their home countries not only to benefit from lower prices in Europe, but also because shopping has become an integral part of the travel experience: buying a brand in its country of origin comes with a sense of authenticity and excitement. With the recent travel restrictions, an important driver of luxury spending has come to a halt, and we anticipate only a gradual ramp-up in international travel, even after the restrictions are lifted.").

[133] "Travel Retail Market in Hainan FTP - Towards a Golden Future:  A Travel Retail White Paper," KPMG China and The Moodie Davitt Report, May 2021, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf, pp. 8 ("Despite the 22.2 percent reduction in arrivals, sales at Hainan FTP's offshore duty-free shops (including tax-paid items) rose by 127 percent year-on-year in 2020 to around RMB32.74 billion (USD5.05 billion). By remaining COVID-free from April, Hainan FTP grew in allure to mainlanders, an attraction underscored by the announcement in late June of a sweeping enhancement of the policy and other key stimulus measures."), 9 ("[T]he limit on cosmetics skus (or stock-keeping units) raised from 12 to 30 [effective July 1, 2020]. This had profoundly beneficial impacts for the luxury and beauty categories."); "A Year of Contrasts for China's Growing Personal Luxury Market," Bain & Company, January 2022, available at https://www.bain.com/insights/a-year-of-contrasts-for-chinas-growing-personal-luxury-market/, pp. 1 ("In 2021, China's luxury market continued the double-digit growth trends of 2020, putting the country on pace to become the world's largest luxury market by 2025. Sales are increasingly affected by Hainan duty-free shopping, digitalization, and repatriation."), 4 ("Hainan's duty-free stores emerged as a new, sizable luxury hub last year, with sales there growing by more than 120% in 2020. In 2021, these sales increased about 85%, reaching RMB 60 billion [approximately US $9 billion] and contributing about 5% to China's overall luxury goods market growth (*see Figure 4*). Personal luxury makes up ~95% of Hainan sales, with luxury beauty accounting for more than 50% of that number.").
[134] McKinsey & Company July 2021 Report, p. 2 ("Chinese international air travel fell by close to 90 percent in 2020 according to Civil Aviation Administration of China data, and McKinsey analysis suggests it will not recover to pre-COVID levels before 2023/24 at the earliest. As such, Hainan is ideally placed to absorb Chinese luxury duty free demand. Unfazed by the ongoing pandemic, Chinese travelers flocked to the island, doubling overall spend on duty free in 2020 to ~$4.3 billion, up from ~ $2.1 billion the previous year."); "Travel Retail Market in Hainan FTP - Towards a Golden Future:  A Travel Retail White Paper," KPMG China and The Moodie Davitt Report, May 2021, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf, p. 15 ("The coronavirus epidemic in 2020 had a devastating blow on the global tourism market. Thanks to the Chinese government's effective epidemic prevention and control measures, the Chinese economy quickly recovered from the downturn caused by the epidemic. As of April 2021, tourism in China was gradually returning to normal. Overseas tourism consumption, especially the consumption of duty-free and luxury goods, has flowed back to China due to restrictions on international travel. More and more Chinese tourists prefer domestic travel, which has gradually heated Hainan's tourism consumption market.").
[135] McKinsey & Company July 2021 Report, p. 2 ("In June 2020, the Chinese government announced a plan to transform the island province of Hainan into the world's largest Free Trade Port.").  *See also*, "Hainan FTZ Masterplan Released to Establish China's Biggest Free Trade Port by 2035," China Briefing, June 5, 2020, available at https://www.china-briefing.com/news/hainan-ftz-masterplan-released-establish-chinas-biggest-free-trade-port-2035/ ("On June 1, 2020, Chinese authorities released the Overall Plan for the Construction of Hainan Free Trade

Supportive policies included tax reductions, increasing duty-free allowances for buyers, and providing more duty-free licenses for retailers.[136] In 2020, the duty-free purchase limit was tripled to about $14,123.[137] These government policies supported the travel retail industry in Hainan. I note that these government policies simultaneously increased oversight over travel retail with the intent of preventing illicit activities, as I discuss in **Section VIII.B** below.

c. ***Increased spending on consumer goods***: Third, consumers showed increased interest in some luxury products at the onset of the COVID-19 pandemic as lockdown measures meant there were fewer opportunities for spending on other services or experiences, such as restaurant outings, ticketed events, etc.[138]

66.    While an increase in travel retail sales would possibly increase *accessibility* of daigou sales, any extent to which the growth in travel retail sales in Hainan was attributable to an actual increase in daigou activity would have been extremely challenging to assess, especially as these changes were taking place. As discussed above in **Section VII.C**, because of regulation against duty-free purchases intended for resale at profit and restrictions on duty-free allowances, by necessity to comply with regulations, daigou activity in Hainan operated in ways that made it appear similar to ordinary individual tourist shopping and difficult for brands (and even retailers) to detect.

---

Port ('the Masterplan'), a large-scale plan to transform the entire island province into a free trade port (FTP) – making it the largest special economic zone in China.").

[136] McKinsey & Company July 2021 Report, p. 2 ("The scheme comprises policies such as reducing corporate and individual tax rates, relaxing visa requirements, drastically expanding the Hainan duty free program to allow visitors to spend up to ~$15,000, and even allowing consumers to purchase duty free products online for six months after returning home. Starting in 2025, the entire island of Hainan will be designated a duty-free zone, thus eliminating the need for brands to collaborate with duty-free license holders.").

[137] "Hainan to Raise Duty-Free Shopping Quota to 100,000 Yuan," CGTN, June 30, 2020, available at https://news.cgtn.com/news/2020-06-30/Hainan-to-raise-duty-free-shopping-quota-to-100-000-yuan-RJLVW9cuti/index.html ("With effect from Wednesday, the quota will be raised to 100,000 yuan (about $14,123) per person each year from the current 30,000 yuan [approximately US $4,240], the MOF and China's customs and taxation authorities said in a joint statement.").

[138] "COVID-19 Causes a Spike in Spending on Durable Goods," U.S. Bureau of Labor Statistics, November 2021, available at https://www.bls.gov/opub/mlr/2021/beyond-bls/covid-19-causes-a-spike-in-spending-on-durable-goods.htm ("Tauber and Zandweghe argue that the lockdown and social-distancing safeguards implemented by government, businesses, and consumers during COVID-19 caused a shift in consumer demand from services to durable goods. By spending more time at home, consumers reduced travel, cut back on eating at restaurants, and exercised at home instead of the gym. These actions may have led consumers to substitute services with durable goods by upgrading their kitchen appliances and electronics and purchasing sports equipment.").

67.    Even as travel restrictions made it such that Hainan became a focus for daigou purchases,[139] growth in travel retail in Hainan exacerbated challenges in estimating the extent of daigou.  This is because the combination of international travel restrictions, government support measures, and increased spending on consumer goods incentivized shoppers who had previously traveled elsewhere internationally to now shop more in Hainan for themselves.  As these shoppers drove overall growth in travel retail in Hainan, brands lacked a reliable way to assess how much of this growth was from daigou, as opposed to tourists shopping on their own behalf, given shifting travel restrictions and consumption patterns, brands such as Estée Lauder would have lacked a reliable baseline for forming reasonable assumptions about overall travel retail sales and the extent to which these sales were driven by daigou.  The changing retail environment in Hainan made it such that it would be difficult for brands to have any understanding of what sell-through travel retail numbers either with or without daigou would be.

68.    Even outside of Hainan, any challenges in assessing the extent of daigou were exacerbated during this period: there was uncertainty in the market for travel retail luxury beauty products globally as a result of the changing travel restrictions and consumer tastes throughout the COVID-19 pandemic.  With the unpredictability of changes in travel as lockdowns were ending and certain travel restrictions were easing, it had become even more challenging for brands to attempt to understand regular sales patterns, where daigou may be filling demand, and whether that demand would be replaced by other channels or geographies as travel reopened.

### B.    The Effect on Estée Lauder's Sales of Hainan Government Regulation of Daigou in 2022 and 2023 Would Have Been Difficult to Predict or Track with Precision

69.    For a number of reasons, it would have been challenging for brands such as Estée Lauder to attempt to reliably predict or assess the effect of changes in regulation of daigou on their sales, particularly in light of the changes to the travel retail landscape as a result of the COVID-19 pandemic.  As discussed below, this is true not only in the context of the regulation of daigou in

---

[139] "The Daigou Dilemma:  LVMH Pushes Back Against China's 'Personal Shoppers,'" Jing Daily, February 21, 2023, available at https://jingdaily.com/posts/daigou-lvmh-china-personal-shoppers ("When the pandemic outbreak and travel restrictions were imposed, Daigou shifted their focus to the domestic tax-free island of Hainan. According to a report by Bain & Co., the price of luxury beauty cosmetics in Hainan is 30-55 percent lower than the full retail price. Plus, travel retailers also provide additional promotional discounts of 20-35 percent for some brands. The impressive price gap resulted in a lucrative opportunity for these surrogate shoppers. Although borders have reopened, Hainan remains a top destination for Daigou.").

2022 and 2023 in Hainan but also more generally with respect to changes in daigou regulations during the pandemic and through the Proposed Class Period, such as in South Korea.

70.    As of January 2022, there were regulations in Hainan Province designed to curtail excessive and undeclared duty-free purchases.[140] These regulations included identifying potential high risk individuals and operators and restricting their access to duty-free shopping, government services, and capital.[141] In April 2023, the Hainan government introduced policies aimed at making duty-free purchases more convenient for customers, while tying these services to customs verifications.[142] These policies increased oversight of purchases through a requirement that customers provide valid ID and travel documents while at the same time allowed customers to keep their purchases at the time and point of sale (instead of having to pick up the purchase later at points of departure).[143] In mid-May 2023, the Hainan government announced a dramatic step-up in its plan to curtail illicit daigou activities by "curing the

---

[140] "Hainan Tightens Rules on Illegal Daigou Trade," DNFI Frontier, December 7, 2021, available at https://www.dfnionline.com/latest-news/retail/hainan-tightens-rules-illegal-daigou-trade-07-12-2021/ ("The new rules clarify the parameters of tax-free shopping and set out the circumstances under which a person or an unincorporated organisation [sic] may enter a list of 'seriously untrustworthy entities'. The regulations were set out by the Standing Committee of the Sixth People's Congress of Hainan Province and will come into effect on 1 January 2022").

[141] "Hainan Tightens Rules on Illegal Daigou Trade," DNFI Frontier, December 7, 2021, available at https://www.dfnionline.com/latest-news/retail/hainan-tightens-rules-illegal-daigou-trade-07-12-2021/ ("The new rules clarify the parameters of tax-free shopping and set out the circumstances under which a person or an unincorporated organization [sic] may enter a list of 'seriously untrustworthy entities'… For legal persons and corporations who enter the list specifically, the consequences could be severe, including banning them from participating in construction projects invested by the Government, restricting their access to Government preferential policy support and banning them from applying for financial capital projects, along with restriction from participating in commendation awards and revoking other relevant honours [sic]. For people on the list, duty-free shopping will be off-limits and they will be banned from engaging in any work related to the operation of duty-free commodities, while their qualifications for appraisal, awards, honourary [sic] titles, recommendation for admission to higher education etc. will also be revoked. Credit agencies will also be able to collect information about daigou activities for subjects on the list, while banks and insurance companies will be able to increase loan and mortgage interest rates.").

[142] "New Facilitated Pick-up (Duty-Free) Policy in Effect in Chinese Province of Hainan," China Briefing, April 27, 2023, available at https://www.china-briefing.com/news/hainan-duty-free-sector-new-facilitated-pick-up-policy-in-effect/ ("Under the Guaranteed pick-up method, customers must provide a deposit equivalent to the tax payable for the purchased goods, and the deposit will be refunded upon the presentation of the goods when leaving the island province. The refund of the deposit is also subject to the customs officer's verification and signature.").

[143] "New Facilitated Pick-up (Duty-Free) Policy in Effect in Chinese Province of Hainan," China Briefing, April 27, 2023, available at https://www.china-briefing.com/news/hainan-duty-free-sector-new-facilitated-pick-up-policy-in-effect/ ("Hainan's new 'pick-up' regulations allow customers with valid identity documents or travel documents and departure information to choose between 'Guaranteed pick-up' and 'Buy and pick-up' methods, meaning picking up the purchased goods directly at the spot with a guarantee (guaranteed pick-up) or without guarantee (buy and pick-up), in addition to previously adopted picking up the goods at designated places, such as railway stations, airports, and ports or by delivery. … Under the Guaranteed pick-up method, customers must provide a deposit equivalent to the tax payable for the purchased goods, and the deposit will be refunded upon the presentation of the goods when leaving the island province. … On the one hand, the increase in Guaranteed pick-up and Buy and pick-up methods will provide customers with more flexibility and convenience when picking up their purchases. This could potentially attract more customers and increase sales for duty-free shops in Hainan. Moreover, the policy could also help to prevent tax evasion and smuggling, as it sets clear restrictions and requirements for picking up duty-free goods. The consequences of failing to comply with the regulations are severe, which will discourage illegal activities and protect the integrity of the Hainan duty-free market.").

symptoms," "cur[ing] the root cause," and "build[ing] resistance to risks" over a three-year period.[144]

71.    It would have likely been *ex ante* unclear to many brands such as Estée Lauder whether regulation of daigou in 2022 and 2023 would curtail daigou in Hainan.  This uncertainty was in part due to the fact that daigou activities did not slow following the Chinese government's regulations of e-commerce in 2019.  More specifically, before the COVID-19 pandemic, the Chinese government undertook a broad campaign to normalize and control cross-border e-commerce, mitigate tax leakage, and enforce customs discipline, which included new regulations that were expected to impact daigou.[145]  Despite these regulations, however, daigou continued to grow throughout this period.[146]  Given that daigou activities increased following the 2019 e-commerce regulations, it may have been unclear to brands and industry observers whether any new regulations during the Proposed Class Period would be similarly ineffective.

72.    Not only would it have been unclear to brands whether the new regulations during the Proposed Class Period in Hainan would curb daigou, but also, even if the regulations did curb daigou, it would be unclear what the impact would be on sales.  Even if a brand could predict that changes in daigou regulation would decrease daigou activity in Hainan, it would have been unclear how a change in government policy toward daigou would affect a brand's overall sales or even daigou activity overall.  As discussed in **Section VII.C**, even under ordinary

---

[144] "Hainan Authorities Step Up Crackdown on Daigou Business to Protect Offshore Duty Free's 'Golden Brand,'" The Moodie Davitt Report, May 16, 2023, available at https://moodiedavittreport.com/hainan-authorities-step-up-crackdown-on-daigou-business-to-protect-offshore-duty-frees-golden-brand/ ("The meeting said the Provincial Party Committee and the Provincial Government have devised a three-year programme to deal with the issues of smuggling by taogou [using other people's identity information and allowances to purchase duty free goods and resell them for profits] and daigou [using one's own allowance to purchase duty free goods for others and receiving commission]. The first year will focus on 'curing the symptoms', the second year will strive to 'cure the root cause', and the third year will build resistance to risks.").

[145] *See, e.g.*, "China's 300-billion Daigou Business:  What's Next After the Government Crackdown?" Luxury Society, available at https://luxurysociety.com/en/chinas-300-billion-daigou-business-whats-next-after-government-crackdown/ ("September 28, 2018 marked an important date in the history of Chinese luxury consumption. In Shanghai Pudong airport, all passengers returning from Seoul were stopped by Chinese customs for baggage inspection. Seoul has been a classic shopping destination for *Daigous* to obtain global brands at a discount. More than 100 passengers from same Seoul-Shanghai flight were found guilty of illegal imports.").

[146] "Chinese Daigou Traders in South Korea Adapt Fast to New E-commerce Law," Jing Daily, June 7, 2019, available at https://jingdaily.com/posts/chinese-daigou-south-korea ("Daigou resellers are adapting fast and creatively to the challenges posted by China's new e-commerce law introduced on 1 January … Afraid of prosecution and tightening customs crackdowns, many individual daigou have refrained from making new purchases but larger corporate daigou have offset that decline by increasing purchasing volumes."); "The Daigou Index 2.0:  The Biggest Threat to Luxury in the Next Five Years," Re-Hub, September 2023, available at https://uploads-ssl.webflow.com/64d98acaa41eea2aec8ccbed/650bfe02a691f4488ddaa93b_Re-Hub%20-%20The%20Daigou%20Index%202023.pdf ("Daigou businesses have become more professional - scaling up operations significantly. These 'corporate' Daigou can access products at volume and can in turn disrupt brands' strategies in the local China market.").

circumstances, the extent to which luxury brands are exposed to daigou is challenging to reliably assess, making it such that brands may have little ability to understand the share of their sales subject to regulation, and this was especially true in Hainan, given the nature of its daigou operations.  Moreover, as discussed in **Section VIII.A**, the large increases in travel retail sales in Hainan during the onset of the COVID-19 pandemic made it even more difficult for brands to estimate any baseline level of sales, with or without daigou, and the growth in travel retail sales in Hainan could be more readily explained by other factors.  Consistent with this, at the end of 2021, the expected impact the January 2022 regulations in Hainan would have on daigou was unclear.[147]

73.     More generally, even if brands could assess the extent of daigou in a given region, as explained above, in the luxury industry, brands often have particularly loyal clients because of the emotional connection to luxury products.  Loyal clients could be expected to migrate to other channels if daigou in one region were no longer an option, as many Chinese consumers had from international destinations to Hainan during COVID-19.[148]  This means that a restriction on daigou activity in one region could simply shift daigou to another region, or daigou sales could shift instead to other (potentially higher margin) channels, such that a decrease in daigou activity could ultimately benefit sales.[149]

74.     The potential shift in sales to other geographies was particularly relevant for South Korea, another prominent market for daigou activity.  Like in China, daigou in South Korea was also subject to changes in government regulation during the pandemic and through the Proposed

---

[147] *See, e.g.,* "Hainan Tightens Rules on Illegal Daigou Trade," DNFI Frontier, December 7, 2021, available at https://www.dfnionline.com/latest-news/retail/hainan-tightens-rules-illegal-daigou-trade-07-12-2021/ ("Commenting on the news, Rocky Chi, Head of Planning at Emerging Communications said: 'Although daigous always find ways to operate, there is going to be at least some impact because Chinese consumers understand the new regulations. If a daigou continues to sell large amounts with a lower price, it is likely consumers may believe they are selling fake products resulting in loss of trust. Right now it is hard to tell how big an impact the rules will have.'").

[148] "2022 Hainan Travel Retail Market Whitepaper:  A Powerhouse of the New Retail," KPMG China and The Moodie Davitt Report, July 2022, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2022/07/hainan-travel-retail-market-whitepaper.pdf, p. 19 ("With the option to purchase from official channels being much more accessible, consumers are less likely to go for cheaper options via third party sellers or unofficial channels e.g. Daigou. This also allows brands to benefit from having greater control over prices and quality across China.").

[149] "Hainan's Growing 'Daigou' Business and Ensuing Crackdown Trigger Legal Debate," CGTN, October 4, 2020, available at https://news.cgtn.com/news/2020-09-03/Hainan-s-growing-daigou-business-and-crackdown-draw-legal-debate-TtQz4jnI6A/share_amp.html ("According to Wang, the reason why daigou exists is that there are opportunities for arbitrage in the market.  'In other words, consumers know that the same goods cost lower elsewhere, so they are certainly inclined to find someone else to go there for purchase when unable to get there themselves.'  'Arbitrage is actually ubiquitous in the world, rather than only in Hainan,' said Wang, stressing it's the booming development of e-commerce that makes daigou so extraordinarily compelling.  'In fact, the emergence of trade exactly owes to the existence of global arbitrage opportunities.  As the global market becomes more unified and the flow of information is more abundant, daigou may emerge endlessly,' he added.").

Class Period.  For example, in light of the disruptions in travel caused by the COVID-19 pandemic, in April 2020, the Korean government announced a policy update to temporarily allow international shipping and sales of unsold imported goods overseas.[150]  In January 2022, the Korean government announced that it would permit online sales of duty-free products to overseas residents, and in March 2022, it lifted duty-free purchase limits for outbound Korean nationals.[151]  At the end of 2022, the Korea Customs Service published an edict to reduce commission rates on duty-free sales to travel agencies (which were linked to bulk purchases among Chinese consumers).[152]  And later, in February 2024, South Korea rolled back the allowances and reinstated quotas,[153] further complicating any ability of brands to assess the extent of daigou sales and the various channels through which those sales might shift.

75.    In sum, changes in regulation of daigou during the Proposed Class Period would be difficult to predict or assess for any brand, particularly a luxury brand with loyal customers.  As long as the demand for the brand's products exists, it can shift to other channels (such as e-commerce) or, with the loosening of travel restrictions, other geographies.[154]   For these reasons, even if regulation of daigou were effective, it would be difficult for brands to understand how the regulations would affect their overall sales.

---

[150] "Korea Customs Service Permits Travel Retailers to Sell Off Duty Free Inventory," The Moodie Davitt Report, May 1, 2020, available at https://moodiedavittreport.com/korea-customs-service-permits-travel-retailers-to-sell-off-duty-free-inventory/.

[151] "Overseas Consumers Now Permitted to Buy Korean Items Through Online Duty Free without Visiting the Country," The Moodie Davitt Report, January 28, 2022, available at https://moodiedavittreport.com/overseas-consumers-now-permitted-to-buy-korean-items-through-online-duty-free-without-visiting-the-country/; "Duty-Free Purchase Limit Scrapped for Koreans," The Korea Herald, March 17, 2022, available at https://www.koreaherald.com/article/2815750.

[152] "Korean Duty Free Sales Tumble -30% in January After Daigou Commission Changes; Market Falls -11.5% in 2022," The Moodie Davitt Report, February 27, 2023, available at https://moodiedavittreport.com/korean-duty-free-sales-tumble-30-in-january-after-daigou-commission-changes-market-falls-11-5-in-2022/.

[153] "Big Changes to Daigou Sector Raise Korean Duty Free Retailer Concerns," The Moodie Davitt Report, February 5, 2024, available at https://moodiedavittreport.com/big-changes-to-daigou-sector-raise-korean-duty-free-retailer-concerns/.

[154] "The Daigou Report 2024: The Shifting Sands of Cross-Border eCommerce in China for Luxury and Beyond," Re-Hub, September 2024 ("Small scale daigou operations are becoming more sophisticated to avoid detection. This includes obfuscating their true purchase purpose, operating multiple store fronts, funneling *[sic]* consumers into private CRM through WeChat, and avoiding duties through falsely claiming a lower value of goods shipped."); "The Price of Duty-Free:  Hainan Grapples with 'Daigou' Dilemma," Jing Daily, July 15, 2024, available at https://jingdaily.com/posts/the-price-of-duty-free-hainan-grapples-daigou-dilemma ("Thomas Piachaud, head of strategy at Re-Hub concurs. 'While crackdowns on the gray market undoubtedly help the overall governance of the channel,' he says, 'there will always be avenues for gray market goods to find their way into China, even legally – price arbitrage coupled with currency fluctuations allows for agents to be able to make margins on products even while ensuring the legality of their sales.'").

**IX.    By Late 2022 and 2023, Headwinds in the Luxury Beauty Retail Industry Other Than Regulation of Daigou Created Downward Pressure on Estée Lauder's Sales in Hainan**

76.    By late 2022 and 2023, the market for luxury beauty travel retail in China was facing headwinds, outside of regulation of daigou activities. These headwinds included changing travel patterns, changing consumption patterns among consumers, and changing attitudes toward certain luxury brands. Even in the absence of daigou regulation, these factors would have put downward pressure on the sales of brands like Estée Lauder. While these causes of downward pressure in sales have become clearer in hindsight, in the changing post-pandemic market context, the extent of these pressures on Estée Lauder's sales in Hainan would have been difficult to predict at the time.

77.    First, Estée Lauder's sales strategy of distributing via the travel retail channel in Hainan could have been challenged in late 2022 and 2023 by the lifting of the COVID-19 pandemic travel restrictions. As explained above, Estée Lauder experienced large growth in sales through the travel retail channel, including in Hainan, in the period leading up to the COVID-19 pandemic and in its initial phase as Chinese consumers were restricted from traveling elsewhere.[155] However, as inbound travel restrictions requiring quarantines eased in late 2022 and were lifted as of January 2023,[156] Hainan may have become relatively less important of a shopping destination for Chinese consumers compared to other duty-free locations as they were able to travel more freely again. Relatedly, Hainan may have experienced pent-up inventory of stock based on heightened sales during the pandemic. As explained above, changing market conditions during COVID-19 made demand for luxury products difficult to predict. If duty-free retailers in Hainan began to expect the growth in sales they had experienced in 2021 and 2022, but the lifting of travel restrictions led shoppers to travel elsewhere, the impact of any decline in sales in Hainan would be exacerbated by the need to first sell out pent-up inventory.[157]

---

[155] *See* Exhibit 1.

[156] "China Travel Restrictions 2021/2022: An Explainer (Updated)," China Briefing, December 16, 2022, available at https://www.china-briefing.com/news/china-travel-restrictions-2021-2022-an-explainer-updated/; "China Reopens Borders in Final Farewell to Zero-COVID," Reuters, January 8, 2023, available at https://www.reuters.com/world/china/china-reopens-borders-final-farewell-zero-covid-2023-01-08/.

[157] Head research analyst covering Estée Lauder for Plaintiffs' investment manager Edgewood Management, Ms. Knopf agreed in deposition that in anticipation of reopening in China, management had increased inventory to meet an expected surge in demand that did not materialize. *See* Knopf Deposition, 161:4–162:11. She also noted that it would be "nearly impossible" to quantify any excess inventory carried by daigou. *See* Knopf Deposition, 167:17–

78.     Second, Estée Lauder's Hainan sales may have faced headwinds from changing attitudes among Chinese consumers toward luxury goods.  While luxury purchasing in China increased substantially post-2020, the nature of luxury purchasing also began shifting around this time.  For example, in 2021, growth in luxury goods varied substantially across different categories of goods, with leather goods growing the fastest at about 60% year-over-year ("YOY"), fashion and lifestyle at about 40% YOY, jewelry at about 35% YOY, high-end watch purchases at about 30% YOY, and beauty at about 20% YOY.[158]  By 2023, the fashion and lifestyle segment and the jewelry segment had almost double the sales growth as the beauty segment.[159]  If consumer demand for luxury beauty was declining relative to other sectors, as a leader in luxury beauty, this would impact Estée Lauder's China sales, independent of any daigou restrictions.

79.     Third, Estée Lauder may have faced headwinds from changing tastes among Chinese luxury beauty consumers, who during this time increasingly exhibited preferences for newer, niche brands, including domestic ones.[160]  A domestic Chinese skincare brand even purchased

169:6 ("A. … During COVID there was constant issues that were temporary inventory.  Q.  And you're not aware of any method to quantify any excess inventory that daigou is carrying, correct?  A.   I would think that would be a very impossible task. …  Q.  … So, fair to say it's a nearly impossible task?  A.  Fair to say. …  Q.  Okay.  And you would expect it to be very challenging for the company as well, correct? … A.  Based on my understanding of daigou, which is individuals, it would be hundreds or thousands of individuals, so yes, I think that would be very difficult.").

[158] "The Luxury Market in China:  2021 A Year of Contrasts," Bain & Company, January 20, 2022, available at https://www.bain.com/about/media-center/press-releases/2022/2021-china-luxury-report ("Following 2020 trends, market growth has varied significantly across brands, ranging from 10% to more than 70%, and categories. Leather goods was the fastest growing category at about a 60% growth rate, followed by fashion and lifestyle at about 40%. Jewelry spending increases were lower than in 2020, but still managed a growth of about 35%, while high-end watch purchases rose about 30% and luxury beauty spending increased about 20%.").

[159] Beauty segment had 8% growth, fashion and lifestyle segment had 15%-20% growth, and jewelry had 15%-20% growth.  *See* "2023 China Luxury Goods Market:  A Year of Recovery and Transition," Bain & Company, March 2024, available at https://www.bain.com/insights/2023-china-luxury-goods-market/, Figure 3.

[160] "Why China Is the Only Luxury Superpower," Jing Daily, July 5, 2021, available at https://jingdaily.com/posts/china-market-tourists-luxury-superpower ("Furthermore, Chinese Gen Z, the most affluent and digital generation, is also shaking up the market. These Gen Zers are not only optimistic with a high propensity for spending on luxury brands, but they are also much more patriotic than previous generations. As a result, domestic luxury brands like Nio or the luxury beauty brand Florasis (Hua Xizi) are attracting young, affluent consumers and may soon take a significant share of the luxury market, putting additional pressure on Western brands."); "2023 McKinsey China Consumer Report:  A Time of Resilience, McKinsey & Company, December 2022, available at https://www.mckinsey.com/cn/~/media/mckinsey/locations/asia/greater%20china/our%20insights/2023%20mckinsey%20china%20consumer%20report%20a%20time%20of%20resilience/2023%20mckinsey%20china%20consumer%20report%20en.pdf, pp. 5 ("There once was a time when consumers paid a premium for foreign brands; those days are over. Chinese companies today offer excellent products that are competitive or sometimes even superior to their foreign peers. So, while it's not a new phenomenon, the preference for local brands has accelerated in the past few years."), 29 ("China's increasingly affluent consumers are proving to be resilient. As economic pressures drive them to be more discerning, they are increasingly choosing products for quality and functionality. In a landmark change, domestic brands are now preferred over foreign ones on both criteria."); "China's Homegrown Beauty Products Shine Bright," YiCai, October 4, 2023, available at https://www.yicaiglobal.com/news/economic-watch-chinas-homegrown-beauty-products-shine-bright ("Statistics from global market research firm Euromonitor International showed that Chinese beauty brands, or C-beauty brands, have seen their sales grow 51 percent between 2017 and 2022, outperforming the overall beauty and personal care market's 42 percent growth in the same period. …Wang Maochun, deputy head of China Chamber of Commerce for Import and Export of Medicines and Health Products, said Chinese cosmetics companies, relying on long-term accumulation and proactive innovation, have already begun

Western beauty brands during this period.[161]  These local brands also often offered more experiential and targeted marketing, which appealed to trendsetting young consumers.[162]  As an owner of a number of heritage brands, i.e., brands with long histories that market themselves emphasizing their legacy and tradition,[163] Estée Lauder may have been relatively less equipped to target these consumers, causing it to lose market share.  For any heritage brand, maintaining relevance in a market where consumers are changing tastes and competition is increasing could present challenges.[164]

80.      Thus, by late 2022 and 2023, there were a number of factors causing headwinds in the market for luxury beauty travel retail in China, particularly for heritage brands like Estée Lauder.

---

to shine. 'They have the capability to compete with overseas brands, gradually winning consumers' favor and expanding their market share.'").

[161] "Why Western Luxury Brands Must Catch Up to the New China Playbook," Jing Daily, July 12, 2021, available at https://jingdaily.com/posts/western-luxury-brands-china-gen-z-playbook ("The prestige cosmetics brand Little Ondine is making waves as part of David Huang's beauty empire, Yatsen — a company launched only five years ago which now earns over 800 million in revenue, a meteoric success story. The company has become so successful that it is now starting to buy Western beauty brands like Galénic, a French dermatologist brand.").

[162] "Luxury Is a New Game.  These Are the New Rules," Jing Daily, March 1, 2021, available at https://jingdaily.com/posts/luxury-game-new-rules-china-gen-z ("Because Gen Z has spent more time on social networks and digital platforms than any previous generation, they value interpersonal experiences even more and expect them to count. Brands that do not provide superior experiences — either online or off — are simply not relevant to them. And don't expect them to suddenly like your brand as they mature because preferences are firmly formed in one's early years. … Over the next five years, as Gen Z takes over, we will see many established brands lose their relevance. New brands are ready to launch and have much deeper insights into younger customers and local cultures. They also have the digital savviness that many established brands lack."); "How Luxury Brands Can Unlock Their Potential in the Chinese Market," Forbes, September 10, 2019, available at https://www.forbes.com/sites/pamdanziger/2019/09/10/how-luxury-brands-can-unlock-their-potential-in-the-chinese-market/ ("'I hear it all the time from local executives working for European brands that they can't do this or modify that because it comes from the top,' Langer says. 'Someone decides from far away that it must be done the same way all over the world. It becomes a one-way street.' Langer doesn't believe that luxury brands should abandon their over-arching global platforms, but they must empower those in the local markets to adapt and refine the context and content to suit the culture. 'Brands need to allow different expressions of their brand values so that they are communicated effectively in the culture,' he says.").

[163] "Heritage in Luxury Brands," Borro by Luxury Asset Capital, June 25, 2024, available at https://borro.com/the-role-of-heritage-in-luxury-brands/.

[164] "Is There a Solution to China's $81B 'Daigou' Gray Market?" *Jing Daily*, October 17, 2023, available at https://jingdaily.com/posts/is-there-a-solution-to-china-81-billion-daigou-gray-market ("In addition, Chinese Gen Z shoppers are keen on discovering and experimenting with new brands – gray market importers' ability to access limited-edition or products unavailable in China has made the sector popular among young consumers."); "Are You Prepared For The New Luxury Trends of 2021?" Jing Daily, January 4, 2021, available at https://jingdaily.com/posts/new-luxury-trends-2021-female-fitness ("Therefore, when you analyze your brand, you must ask yourself if your profile matches the market demographics. To lead and not to follow, your brand should ideally be younger and more female than average. We still see too many brands that aren't relevant enough for younger target groups. The most dangerous explanation I hear is that 'we don't need younger customers because they don't buy us...they don't have the money.' Sound familiar? Customers will not suddenly pivot to your brand just because they get older. The chances are high that you will never win them over in the future if they don't see your brand as relevant today."); "China's Luxury Market Will Only Get Trickier in 2021," Jing Daily, February 8, 2021, available at https://jingdaily.com/posts/china-luxury-market-challenges-2021-kols-genz ("Rapidly-emerging local competitors will keep squeezing out Western brands that don't strengthen their brand equity and digital capabilities quickly. But this new game is exciting and offers lots of opportunities. Yet, many brands will not survive, especially if they underestimate the urgency to act.").

Even in the absence of daigou regulation, these factors and changing market conditions would have put downward pressure on sales.

Executed this 23rd of January, 2026

_____

Daniel Langer, Ph.D.

# Dr. Daniel André Langer

## PROFESSIONAL HISTORY

**Board Member and Partner, MOIQ Capital**
Singapore – Singapore, since January 2024

**Executive Professor of Luxury Strategy, Pepperdine University, Graziadio School of Business**
Malibu, California – USA, since January 2020

**Adjunct Professor of Luxury, NYU**
New York, New York – USA, since September 2022

**Adjunct Professor of Luxury, SCAD**
Savannah, Georgia – USA, September 2020-March 2021

**Founder & CEO, Équité**
Scottsdale, Arizona – USA, Since April 2017

**Senior Corporate Vice President / General Manager North America, Henkel Beauty Care**
Scottsdale, Arizona – USA, May 2012-April 2017

**Corporate Vice President SBU Body Care, Henkel AG & Co. KGaA**
Duesseldorf – Germany, April 2010-April 2012

**Vice President Beauty Germany, Henkel AG & Co. KGaA**
Duesseldorf – Germany, June 2008-March 2010

**Marketing Director International Hair Care, Henkel AG & Co. KGaA**
Duesseldorf – Germany, September 2005-May 2008

**Marketing Director Henkel Cosmetics Japan**
Tokyo – Japan September 2003-August 2005

**International Brand Manager Hair Care and Color, Henkel KGaA**
Duesseldorf – Germany, April 2000-August 2003

**Sales and Brand Manager, L´Oréal Paris**
Duesseldorf, Germany, July 1998-March 2000

**Marketing Project Manager, Nestlé Coffee**
Frankfurt – Germany, London – UK 1994-June 1998 (parallel to University MBA program)

## RESEARCH AND PUBLICATIONS IN LUXURY

### Publications

- Since 2024 Weekly luxury columnist for Luxury Daily (New York) – approximately 50 publications per year
- 2023-2024 Regular luxury columnist for Tatler Asia (Hong Kong)
- 2020-2022 Regular luxury columnist for South China Morning Post (Hong Kong)
- Since 2019 Luxury contributor to Robb Report (New York)
- Since 2019 Weekly luxury columnist for Jing Daily (New York) – approximately 50 publications per year
- 2018-2020 Luxury columnist for Manager Magazin (Hamburg)
- 2018 *Innovation beyond the Comfort Zone*, White Paper for The Economist May 2018

# Dr. Daniel André Langer

- 2017 *The Future of Luxury*, White Paper for The Economist Dec 2017
- 2017 *Overviewing New Tools to Facilitate Luxury Management*, in *The Essence of Luxury, An Asian Perspective*
- 2017 *The Luxury Sustainability Paradox*, in *The Sustainable Management of* Luxury, with Prof. Dr. Oliver Heil
- 2016 Book *Luxury Marketing & Management* Chinese Edition, with Prof. Dr. Oliver Heil & Prof. Dr. Patrick Poon
- 2015 Book *Luxury Essentials*, with Prof. Dr. Oliver Heil
- 2014 *Luxury Trends*, with Prof. Dr. Heil and Prof. Dr. Grund, Markenartikel Aug 2014
- 2013 Book Luxury *Marketing and Management*, with Prof Dr. Oliver Heil
- 2012 *Luxury Index*, paper on luxury marketing, with Prof Dr. Oliver Heil, Markenartikel Sep 2012
- 2008 *Decoding Luxury*, Doctoral Thesis, University of Mainz

## EDUCATION AND LANGUAGE PROFICIENCY

- Harvard Business School (2014 Strategic Leadership)
- Harvard Business School (2011 Global Strategic Management)
- Thunderbird Business School (2010 General Management for Top Executives, 2009 Strategic Leadership)
- IESE Barcelona - Spain (2007 Global Leadership)
- Johannes-Gutenberg University Mainz - Germany (2005-2008 PhD Business Administration: Luxury Management)
- Universidad Autónoma de Madrid – Spain (1994-95 Visiting Scholar, Matrícula de Honor)
- Johannes-Gutenberg University Mainz - Germany (1993-1998 MBA with distinction)
- Languages: English, German, Spanish, Portuguese (all fluent), French, Italian, Japanese (all proficient)

## BOARD SEATS

- MOIQ Capital, Wealth Management, Singapore, Board Member (since 2024)
- BLLA - Boutique Luxury and Lifestyle Hotel Association, Los Angeles (since 2025)
- Personal Care Product Council, Washington DC, Member of the Board of Directors (2013-2017)

APPENDIX B

# List of Documents Considered

## Academic Articles

- Appold, Stephen J., and John D. Kasarda, "The Appropriate Scale of US Airport Retail Activities," *Journal of Air Transport Management*, Vol. 12, No. 6, 2006, pp. 277–287

- Shen, Bin, et al., "Logistics and Supply Chain Management in the Luxury Industry," *Transportation Research. Part E, Logistics and Transportation Review*, Vol. 143, 2020

## Books and Book Chapters

- Gatchalee, Pagon, Aranya Siriphon, Zhijian Cui, "'Daigou' Practices, Chinese Entrepreneurial Strategies, and Transnational Business Cultures: Case Study in Thailand," in *Transnational Southeast Asia*, H. M. Y. Ho and Y. Chan eds., (Singapore: Springer), 2025, pp. 69–83

- Langer, Daniel A., and Oliver P. Heil, *Luxury Marketing & Management: Tools & Strategies to Manage Luxury Products in a Profitable & Sustainable Fashion*, (CreateSpace), 2013

## Depositions

- Deposition of Janet Knopf, November 18, 2025

- Deposition of Nick Lai, November 20, 2025

- Deposition of Matthew D. Cain, Ph.D., December 17, 2025

## Expert Reports

- Expert Report of Matthew D. Cain, Ph.D., July 25, 2025

## Industry Reports

- "Duty Free & Travel Retail: A Unique Marketplace," European Travel Retail Confederation, January 2025

- "Economic Impact of Duty Free and Travel Retail in Europe," Duty Free World Council, March 2016

- "The Daigou Report 2024: The Shifting Sands of Cross-Border eCommerce in China for Luxury and Beyond," Re-Hub, September 2024

 **APPENDIX B**

- "The Hainan Travel Retail Opportunity:  How Can Brands Capitalize on Hainan's Travel Retail Boom?" Roland Berger, January 2022

- "Top 100 Cosmetic Manufacturers," WWD Beauty Report International

**Legal Pleadings**

- Opinion and Order, *In Re The Estée Lauder Co., Inc. Securities Litigation*, Case No. 1:23-cv-10669-AS, March 31, 2025

- Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, *In Re The Estée Lauder Co., Inc. Securities Litigation*, Case No. 1:23-cv-10669-AS, March 22, 2024

**Annual Reports**

- Chanel, "Chanel Limited Financial Results for the Year Ended 31 December 2022," May 25, 2023

- Changi Airport Group, "Changi, Our Home:  Annual Report 2014/15"

- Kering, "Financial Document for Fiscal Year Ended December 31, 2019," February 12, 2020

- L'Oréal, "Annual Report 2018," March 14, 2019

- LVMH Group, "Annual Report for Fiscal Year Ended December 31, 2019," April 2020

- Shiseido Company, Limited, "Annual Report for Fiscal Year Ended December 31, 2019," May 29, 2020

- Shiseido Company, Limited, "Consolidated Financial Statements for Fiscal Year Ended December 31, 2019," May 29, 2020

**SEC Filings**

- The Estée Lauder Companies Inc., Form 10-K for the Fiscal Year Ended June 30, 2018, filed on August 24, 2018

- The Estée Lauder Companies Inc., Form 10-K for the Fiscal Year Ended June 30, 2019, filed on August 23, 2019

**APPENDIX B**

**Websites**

- "'Daigou' Trade's Threat to Luxury Brands in 2024," Jing Daily, September 27, 2024, available at https://jingdaily.com/posts/daigou-s-threat-to-luxury-brands-in-2024

- "2022 Hainan Travel Retail Market Whitepaper:  A Powerhouse of the New Retail," KPMG China and The Moodie Davitt Report, July 2022, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2022/07/hainan-travel-retail-market-whitepaper.pdf

- "2023 China Luxury Goods Market:  A Year of Recovery and Transition," Bain & Company, March 2024, available at https://www.bain.com/insights/2023-china-luxury-goods-market/

- "2023 McKinsey China Consumer Report:  A Time of Resilience," McKinsey & Company, December 2022, available at https://www.mckinsey.com/cn/~/media/mckinsey/locations/asia/greater%20china/our%20insights/2023%20mckinsey%20china%20consumer%20report%20a%20time%20of%20resilience/2023%20mckinsey%20china%20consumer%20report%20en.pdf

- "2024 China Luxury Goods Market: Navigating Turbulent Waters," Bain & Company, January 2025, available at https://www.bain.com/insights/2024-china-luxury-goods-market/

- "A Look at Where Those Duty Free Shops in Airports Got Started," NPR, May 18, 2018, available at https://www.npr.org/2018/05/18/612441091/a-look-at-where-those-duty-free-shops-in-airports-got-started

- "A Perspective for the Luxury-Goods Industry During—and After—Coronavirus," McKinsey & Company, April 1, 2020, available at https://www.mckinsey.com/industries/retail/our-insights/a-perspective-for-the-luxury-goods-industry-during-and-after-coronavirus

- "A Year of Contrasts for China's Growing Personal Luxury Market," Bain & Company, January 2022, available at https://www.bain.com/insights/a-year-of-contrasts-for-chinas-growing-personal-luxury-market/

- "Altagamma-Bain Luxury Worldwide Market Study: Good Times for a Change," Bain & Company, 2024, available at https://altagamma.it/media/source/Altagamma-Bain%20WW%20Luxury%20Market%20Monitor%202024.pdf

- "Announcement on Hainan Offshore Duty-free Shopping Policies for Visitors," M.Y. Consulting, June 29, 2020, available at https://my-associate.com/index.php?m=home&c=View&a=index&aid=115&lang=en

- "Are Airports the Shopping Mall of the Future?" Hospitality Net, July 15, 2015, available at https://www.hospitalitynet.org/opinion/4071031.html



APPENDIX B

- "Are You Prepared for the New Luxury Trends of 2021?" Jing Daily, January 4, 2021, available at https://jingdaily.com/posts/new-luxury-trends-2021-female-fitness

- "Asia Pacific Duty-Free Retailing Market Size, Share, Trends and Forecast by Product Type, Distribution Channel, and Country, 2025-2023," Research and Markets, August 2025, available at https://www.researchandmarkets.com/report/asia-pacific-duty-free-market

- "Augustinus Bader," The Industry.Beauty, available at https://theindustry.beauty/the_directory/augustinus-bader/

- "Beauty Marketers Are Getting Personal with AI," EMARKETER, July 3, 2018, available at https://www.emarketer.com/content/beauty-marketers-are-getting-personal-with-ai

- "Beauty Opportunities in Travel Retail," L.E.K. Consulting, January 17, 2024, available at https://www.lek.com/insights/con/us/ei/beauty-opportunities-travel-retail

- "Big Changes to Daigou Sector Raise Korean Duty Free Retailer Concerns," The Moodie Davitt Report, February 5, 2024, available at https://moodiedavittreport.com/big-changes-to-daigou-sector-raise-korean-duty-free-retailer-concerns/

- "C-beauty's Lessons For International Brands," Oliver Wyman, available at https://www.oliverwyman.com/our-expertise/insights/2022/nov/c-beautys-lessons-for-international-brands.html

- "Celebrity Makeup Artist Pat McGrath to Head New Louis Vuitton Beauty Brand," Forbes, March 6, 2025, available at https://www.forbes.com/sites/jessicaourisman/2025/03/05/celebrity-makeup-artist-pat-mcgrath-to-head-louis-vuitton-beauty-brand/

- "China Announces Masterplan for Hainan Free Trade Port," Ernst & Young, June 25, 2020, available at https://taxnews.ey.com/news/2020-1664-china-announces-masterplan-for-hainan-free-trade-port

- "China Approves 30 New Duty Free Arrivals Shops," TR Business, December 14, 2015, available at https://www.trbusiness.com/regional-news/asia-pacific/china-approves-30-duty-free-arrivals-shops/99035

- "China Reopens Borders in Final Farewell to Zero-COVID," Reuters, January 8, 2023, available at https://www.reuters.com/world/china/china-reopens-borders-final-farewell-zero-covid-2023-01-08/

- "China Travel Restrictions 2021/2022:  An Explainer (Updated)," China Briefing, December 16, 2022, available at https://www.china-briefing.com/news/china-travel-restrictions-2021-2022-an-explainer-updated/

**APPENDIX B**

- "China's 300-billion Daigou Business:  What's Next After the Government Crackdown?" Luxury Society, available at https://luxurysociety.com/en/chinas-300-billion-daigou-business-whats-next-after-government-crackdown/

- "China's Crackdown on Daigou, New Cross-Border e-Commerce Policies," China Briefing, January 10, 2019, available at https://www.china-briefing.com/news/chinas-crackdown-daigou-cross-border-e-commerce-policies/

- "China's Hainan Free Trade Port Heralds New Era of Openness," Asia Times, December 21, 2025, available at https://asiatimes.com/2025/12/chinas-hainan-free-trade-port-heralds-new-era-of-openness/

- "China's Homegrown Beauty Products Shine Bright," YiCai, October 4, 2023, available at https://www.yicaiglobal.com/news/economic-watch-chinas-homegrown-beauty-products-shine-bright

- "China's Luxury Market Will Only Get Trickier in 2021," Jing Daily, February 8, 2021, available at https://jingdaily.com/posts/china-luxury-market-challenges-2021-kols-genz

- "Chinese Daigou Traders in South Korea Adapt Fast to New E-commerce Law," Jing Daily, June 7, 2019, available at https://jingdaily.com/posts/chinese-daigou-south-korea

- "[Cosmetics] Status and Prospects of the South Korean Cosmetics Industry," Invest Korea, January 8, 2019, available at https://www.investkorea.org/ik-en/bbs/i-308/detail.do?ntt_sn=479607

- "COVID-19 Causes a Spike in Spending on Durable Goods," U.S. Bureau of Labor Statistics, November 2021, available at https://www.bls.gov/opub/mlr/2021/beyond-bls/covid-19-causes-a-spike-in-spending-on-durable-goods.htm

- "Dior Luxury Beauty Retreat Doha," Dior, available at https://www.dior.com/en_us/beauty/store-page-folder/diorspa-doha.html

- "Drunk Elephant," The Industry.Beauty, available at https://theindustry.beauty/the_directory/drunk-elephant/

- "DTC Versus Wholesale:  Where Beauty Brands are Really Selling," Beauty Independent, April 11, 2021, available at https://www.beautyindependent.com/dtc-versus-wholesale-where-beauty-brands-really-selling

- "Dubai Airport Shopping: Bazaar Arabia's Guide to Duty-Free Luxury," Harpers Bazaar Arabia, October 10, 2023, available at https://www.harpersbazaararabia.com/fashion/shopping/dubai-airport-shopping

- "Dubai Duty Free: One of the Largest Airport Retailers Globally," UAE Stories, August 23, 2025, available at https://uaestories.com/dubai-duty-free-largest-airport-retailers-globally/



APPENDIX B

- "Duty-Free Purchase Limit Scrapped for Koreans," The Korea Herald, March 17, 2022, available at https://www.koreaherald.com/article/2815750

- "Duty-Free Retailing Market to Grow by USD 22.74 Billion from 2025-2029, Fueled by Rising International Tourism, Report on AI's Impact on Market Transformation - Technavio," PR Newswire, January 30, 2025, available at https://www.prnewswire.com/news-releases/duty-free-retailing-market-to-grow-by-usd-22-74-billion-from-2025-2029--fueled-by-rising-international-tourism-report-on-ais-impact-on-market-transformation---technavio-302362884.html

- "Duty-Free Shopping Policy for Travelers Leaving Hainan Island (June 29, 2020)," Tropical Hainan, May 31, 2024, available at https://www.tropicalhainan.com/duty-free-shopping-policy-for-travelers-leaving-hainan-island-june-29-2020/

- "Duty-Free Shopping: Is It Worth It?" Blacklane, July 30, 2025, available at https://www.blacklane.com/en/blog/travel/airports/duty-free-shopping-is-it-worth-it/

- "Eight Themes That are Rewriting the Future of Luxury Goods," Bain & Company, February 2020, available at https://www.bain.com/insights/eight-themes-that-are-rewriting-the-future-of-luxury-goods/

- "Elevating Airport Experiences: The Boom of Luxury Travel Retail," Forbes, March 26, 2024, available at https://www.forbes.com/sites/claraludmir/2024/03/26/elevating-airport-experiences-the-boom-of-luxury-travel-retail/

- "Glenfiddich 1959 Cask 3935," World of Wines & Spirits by Changi Airport, available at https://wows.changiairport.com/collections/spirits/mp00741782

- "Global Luxury Retailing: Market Size, Brand Strategies and Competitor Performance," PR Newswire, November 29, 2011, available at https://www.prnewswire.com/news-releases/global-luxury-retailing-market-size-brand-strategies-and-competitor-performance-134669478.html

- "Global Travel Retail Market Report 2020-2028 - ResearchAndMarkets.com," Business Wire, January 18, 2021, available at https://www.businesswire.com/news/home/20210118005264/en/Global-Travel-Retail-Market-Report-2020-2028---ResearchAndMarkets.com

- "Hainan as an International Tourist Destination," China Briefing, October 26, 2012, available at https://www.china-briefing.com/news/hainan-as-an-international-tourist-destination/

- "Hainan Authorities Step Up Crackdown on Daigou Business to Protect Offshore Duty Free's 'Golden Brand,'" The Moodie Davitt Report, May 16, 2023, available at https://moodiedavittreport.com/hainan-authorities-step-up-crackdown-on-daigou-business-to-protect-offshore-duty-frees-golden-brand/


**APPENDIX B**

- "Hainan Duty Free Hits $842m as Allowance Doubles," TR Business, January 31, 2016, available at https://www.trbusiness.com/regional-news/asia-pacific/hainan-duty-free-842m-as-allowance-doubles/100793

- "Hainan Expands Scope of Duty-Free Policy for Tourists," China Daily, October 24, 2012, available at https://www.chinadaily.com.cn/bizchina//////2012-10/24/content_15843503.htm

- "Hainan Free Trade Port Launches Special Customs Operations to Boost Trade," China Business Forum, November 19, 2025, available at https://cnbusinessforum.com/hainan-free-trade-port-launches-special-customs-operations-to-boost-trade/

- "Hainan Free Trade Zone and China's First Free Trade Port," CiProcess, December 18, 2025, available at https://www.ciprocess.com/hainan-free-trade-zone-and-first-free-port-of-china.htm

- "Hainan FTZ Masterplan Released to Establish China's Biggest Free Trade Port by 2035," China Briefing, June 5, 2020, available at https://www.china-briefing.com/news/hainan-ftz-masterplan-released-establish-chinas-biggest-free-trade-port-2035/

- "Hainan Tightens Rules on Illegal Daigou Trade," DNFI Frontier, December 7, 2021, available at https://www.dfnionline.com/latest-news/retail/hainan-tightens-rules-illegal-daigou-trade-07-12-2021/

- "Hainan to Raise Duty-Free Shopping Quota to 100,000 Yuan," CGTN, June 30, 2020, available at https://news.cgtn.com/news/2020-06-30/Hainan-to-raise-duty-free-shopping-quota-to-100-000-yuan-RJLVW9cuti/index.html

- "Hainan, Hong Kong or Paris:  Where Will Chinese Shoppers Go?" Luxury Society, available at https://luxurysociety.com/en/hainan-hong-kong-or-paris-where-will-chinese-shoppers-go/

- "Hainan:  Inauguration of the World's Largest Dury-Free Shopping Mall," Luxus Plus, October 31, 2022, available at https://luxus-plus.com/en/hainan-inauguration-of-the-worlds-largest-duty-free-shopping-mall/

- "Hainan's $40 Billion Prize:  The New Battleground for Global Luxury," McKinsey & Company, July 22, 2021, available at https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury

- "Hainan's Growing 'Daigou' Business and Ensuing Crackdown Trigger Legal Debate," CGTN, October 4, 2020, available at https://news.cgtn.com/news/2020-09-03/Hainan-s-growing-daigou-business-and-crackdown-draw-legal-debate-TtQz4jnI6A/share_amp.html



**APPENDIX B**

- "Health & Beauty Marketplaces," Retail X, March 2023, available at https://form.internetretailing.net/cvgdehjvc12/Health_and_Beauty_MarketPlaces_Report_v3.pdf

- "Heritage in Luxury Brands," Borro by Luxury Asset Capital, June 25, 2024, available at https://borro.com/the-role-of-heritage-in-luxury-brands/

- "How 20-Year-Old Kylie Jenner Built A $900 Million Fortune In Less Than 3 Years," Forbes, December 23, 2019, available at https://www.forbes.com/sites/forbesdigitalcovers/2018/07/11/how-20-year-old-kylie-jenner-built-a-900-million-fortune-in-less-than-3-years/

- "How are Airports Capitalising on the Growing Luxury Retail Market?" Airport Technology, March 10, 2025, available at https://www.airport-technology.com/features/how-are-airports-capitalising-on-the-growing-luxury-retail-market/?cf-view

- "How Beauty Brands are Tapping into the Booming Travel Retail Market," Glossy, April 19, 2019, available at https://www.glossy.co/beauty/how-beauty-brands-are-tapping-into-the-booming-travel-retail-market/

- "How COVID-19 is Changing the World of Beauty," McKinsey & Company, May 5, 2020, available at https://www.mckinsey.com/industries/consumer-packaged-goods/our-insights/how-covid-19-is-changing-the-world-of-beauty#/

- "How Data Sharing and Collaboration Can Accelerate Decision-Making and Enhance Sustainability," CoreSight Research, June 20, 2023, available at https://coresight.com/research/how-data-sharing-and-collaboration-can-accelerate-decision-making-and-enhance-sustainability/

- "How Luxury Brands Can Unlock Their Potential in the Chinese Market," Forbes, September 10, 2019, available at https://www.forbes.com/sites/pamdanziger/2019/09/10/how-luxury-brands-can-unlock-their-potential-in-the-chinese-market/

- "How the Pandemic Changed the Luxury Industry," Kearney, March 7, 2022, available at https://www.kearney.com/industry/consumer-retail/article/how-the-pandemic-changed-the-luxury-industry

- "How to Use Daigou to Boost Travel Retail?" Cosmetics China Agency, January 27, 2021, available at https://cosmeticschinaagency.com/how-to-use-daigou-to-boost-travel-retail/

- "How Valuable is E-Commerce?" Stanford Institute for Economic Policy Research (SIEPR), August 2019, available at https://siepr.stanford.edu/publications/policy-brief/how-valuable-e-commerce


**APPENDIX B**

- "Inside Luxury's Gray Market: The Evolving Role of China's Daigou Industry," Daxue Consulting China, April 25, 2025, available at https://daxueconsulting.com/daigou-in-china/

- "Interactive Experiences a Must for In-store Beauty Buys – Survey," Fashion Network, March 12, 2024, available at https://us.fashionnetwork.com/news/Interactive-experiences-a-must-for-in-store-beauty-buys-survey,1614111.html

- "International Airport Expanded to Boost Hainan FTP Construction," The State Council The People's Republic of China, December 3, 2021, available at https://en.people.cn/n3/2021/1203/c90000-9927811.html

- "Is There a Solution to China's $81B 'Daigou' Gray Market?" Jing Daily, October 17, 2023, available at https://jingdaily.com/posts/is-there-a-solution-to-china-81-billion-daigou-gray-market

- "Jewel Changi Airport – 78 Airport Boulevard Singapore 819666," Dream Immigration SG, available at https://www.dreamimmigrationsg.com/shopping-malls/jewel-changi-airport/

- "Korea Customs Service Permits Travel Retailers to Sell Off Duty Free Inventory," The Moodie Davitt Report, May 1, 2020, available at https://moodiedavittreport.com/korea-customs-service-permits-travel-retailers-to-sell-off-duty-free-inventory/

- "Korea: Competition Law Fact Sheet," Norton Rose Fulbright, May 2021, available at https://www.nortonrosefulbright.com/en/knowledge/publications/8f18c445/competition-law-fact-sheet-korea

- "Korean Duty Free Sales Tumble -30% in January After Daigou Commission Changes; Market Falls -11.5% in 2022," The Moodie Davitt Report, February 27, 2023, available at https://moodiedavittreport.com/korean-duty-free-sales-tumble-30-in-january-after-daigou-commission-changes-market-falls-11-5-in-2022/

- "L'Oréal Travel Retail," L'Oréal Groupe, available at https://www.loreal.com/en/group/about-loreal/strategy-and-model/travel-retail/

- "Larger Duty-Free Shopping Quota Warmly Received in Hainan." China Daily, December 3, 2018, available at https://www.chinadaily.com.cn/a/201812/03/WS5c050280a310eff30328ec15.html

- "Laundering Luxury," Institute for Financial Integrity, September 17, 2025, available at https://finintegrity.org/laundering-luxury/

**APPENDIX B**

- "Louis Vuitton and the Traveling Chinese Consumer," Knowledge at Wharton, January 3, 2012, available at https://knowledge.wharton.upenn.edu/article/louis-vuitton-and-the-traveling-chinese-consumer/

- "Louis Vuitton Lounge by Yannick Alléno," Qatar Airways, available at https://www.qatarairways.com/en-us/lounges/louis-vuitton.html

- "Louis Vuitton Reigns as the World's Most Valuable Luxury Brand for the 18th Year," Kantar Group, June 28, 2023, available at https://www.kantar.com/north-america/Inspiration/Brands/Louis-Vuitton-reigns-as-the-worlds-most-valuable-luxury-brand-for-the-18th-year

- "Luxury Brands Aim to Open More Retail Stores in Airports," Retail Boss, April 18, 2024, available at https://retailboss.co/luxury-brands-aim-to-open-more-retail-stores-in-airports/

- "Luxury Brands' New Snag? Handbag Arbitrage," The Wall Street Journal, September 13, 2024, available at https://www.wsj.com/business/retail/luxury-brands-new-snag-handbag-arbitrage-575bb1b7

- "Luxury Goods and Global Travel Drive Remarkable Growth in the Travel Retail & Duty-Free Market to 2030," PR Newswire, August 24, 2023, available at https://www.prnewswire.com/news-releases/luxury-goods-and-global-travel-drive-remarkable-growth-in-the-travel-retail--duty-free-market-to-2030-301909078.html

- "Luxury in Transition:  Securing Future Growth," Bain & Company, January 2025, available at https://www.bain.com/insights/luxury-in-transition-securing-future-growth/

- "Luxury is a New Game.  These are the New Rules," Jing Daily, March 1, 2021, available at https://jingdaily.com/posts/luxury-game-new-rules-china-gen-z

- "Luxury Market Growth to Reach Low Point in 2016 – Bain," Reuters, April 6, 2016, available at https://www.reuters.com/article/lifestyle/luxury-market-growth-to-reach-low-point-in-2016-bain-idUSKCN0X325R/

- "Luxury Travel Retail Market Research Report 2023," DataIntelo, available at https://dataintelo.com/report/luxury-travel-retail-market/amp

- "Luxury's Gray Market is Emerging from the Shadows," The New York Times, August 26, 2021, available at https://www.nytimes.com/2021/08/24/fashion/fashion-luxury-gray-market.html

- "Luxury's Lack of Communication with Store Staff is Hurting Business," American Marketer, April 5, 2018, available at https://americanmarketer.com/2018/04/05/luxurys-lack-of-communication-between-store-staff-corporate-hurts-business/



APPENDIX B

- "LVMH, Kering, and The New Luxury Strategy Post-COVID-19," Jing Daily, August 3, 2020, available at https://jingdaily.com/posts/lvmh-kering-and-the-new-luxury-strategy-post-covid-19

- "Macao is the Fashionable Playground for the Young and Rich in China," Forbes, November 16, 2019, available at https://www.forbes.com/sites/tiffanyleigh/2019/11/15/macao-fashionable-playground-young-rich-chinese/

- "Measuring Retail Performance:  Key Space Productivity Metrics," Retail Town, April 6, 2025, available at https://retail.town/retailing-overview/measuring-retail-performance-space-productivity/

- "New Facilitated Pick-up (Duty-Free) Policy in Effect in Chinese Province of Hainan," China Briefing, April 27, 2023, available at https://www.china-briefing.com/news/hainan-duty-free-sector-new-facilitated-pick-up-policy-in-effect/

- "On China's Hainan Island, the Boom is Deafening," The New York Times, March 30, 2010, available at https://www.nytimes.com/2010/03/31/world/asia/31hainan.html

- "Opinion / Will China's Hainan Island Kill the Duty Free Industry? International Shopping Sprees are Out Now the Tropical Paradise Lets Domestic Travelers Leave With US$15,000 of Tax Free Goods," South China Morning Post, June 3, 2021, available at https://www.scmp.com/magazines/style/luxury/article/3135888/will-chinas-hainan-island-kill-duty-free-industry

- "Our Story," Charlotte Tilbury, available at https://www.charlottetilbury.com/uk/jobs-at-charlotte-tilbury/our-story

- "Overseas Consumers Now Permitted to Buy Korean Items Through Online Duty Free without Visiting the Country," The Moodie Davitt Report, January 28, 2022, available at https://moodiedavittreport.com/overseas-consumers-now-permitted-to-buy-korean-items-through-online-duty-free-without-visiting-the-country/

- "Race to the Top:  Why Travel Retail Is Running Out of Space for Luxury's Biggest Players," 2.0 & Partners, February 26, 2024, available at https://20partners.com/race-to-the-top-why-travel-retail-is-running-out-of-space-for-luxurys-biggest-players/

- "Re-Examining Hainan:  More than a Duty-Free Market," Luxury Society, available at https://luxurysociety.com/en/re-examining-hainan-more-duty-free-market/

- "Retail Takes Off at Airports," ICSC, January 3, 2017, available at https://www.icsc.com/news-and-views/sct-global/retail-takes-off-at-airports

- "Re-Visiting the Rapid Retail Rebound at Incheon International Airport," TR Business, July 8, 2024, available at https://www.trbusiness.com/regional-news/asia-pacific/re-visiting-the-retail-rebound-at-incheon-international-airport/255085



**APPENDIX B**

- "Suggested Price:  Suggested Price:  The Psychology Behind MSRP," FasterCapital, April 12, 2025, available at https://fastercapital.com/content/Suggested-Price--Suggested-Price--The-Psychology-Behind-MSRP.html

- "The Daigou Dilemma:  LVMH Pushes Back Against China's 'Personal Shoppers,'" Jing Daily, February 21, 2023, available at https://jingdaily.com/posts/daigou-lvmh-china-personal-shoppers

- "The Daigou Index 2.0:  The Biggest Threat to Luxury in the Next Five Years," Re-Hub, September 2023, available at https://uploads-ssl.webflow.com/64d98acaa41eea2aec8ccbed/650bfe02a691f4488ddaa93b_Re-Hub%20-%20The%20Daigou%20Index%202023.pdf

- "The Giant, Glittering, Structures of Hainan's Architectural 'Arms Race,'" CNN, November 16, 2017, available at https://www.cnn.com/travel/article/hainan-hotels-design

- "The Luxury Market in China:  2021 A Year of Contrasts," Bain & Company, January 20, 2022, available at https://www.bain.com/about/media-center/press-releases/2022/2021-china-luxury-report

- "The Personal Luxury Goods Market Delivers Positive Growth in 2018 to Reach €260 Billion – A Trend That Is Expected to Continue Through 2025," Bain & Company, November 15, 2018, available at https://www.bain.com/about/media-center/press-releases/2018/fall-luxury-goods-market-study/

- "The Price of Duty-Free:  Hainan Grapples with 'Daigou' Dilemma," Jing Daily, July 15, 2024, available at https://jingdaily.com/posts/the-price-of-duty-free-hainan-grapples-daigou-dilemma

- "The Sephora Effect: How the Cosmetics Retailer Transformed the Beauty Industry," The Washington Post, March 9, 2015, available at https://www.washingtonpost.com/news/business/wp/2015/03/09/the-sephora-effect-how-the-cosmetics-retailer-transformed-the-beauty-industry/

- "This Decade in China:  Part 1," The Business of Fashion, December 12, 2019, available at https://www.businessoffashion.com/articles/china/this-decade-in-china-part-one-alibaba-wechat-dolce-gabbana/

- "Top 10 Airports for Shopping 2024," Skytrax World Airport Awards, August 6, 2024, available at https://www.worldairportawards.com/top-10-airports-for-shopping-2024/

- "Travel Retail – Flying High," Cosmetics Business, December 1, 2005, available at https://cosmeticsbusiness.com/travel-retail-flying-high-47048

- "Travel Retail Faces its Moment of Truth:  Strategies to Reinvigorate the Marketplace," TFWA Kearney, 2023, available at



**APPENDIX B**

https://www.luxuryroundtable.com/wp-content/uploads/2023/10/Kearney-travel-retail-report-101223-.pdf

- "Travel Retail Market in Hainan FTP - Towards a Golden Future:  A Travel Retail White Paper," KPMG China and The Moodie Davitt Report, May 2021, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf

- "Understanding Chinese Consumers," US-China Business Council, July 1, 2011, available at https://www.uschina.org/articles/understanding-chinese-consumers/

- "What Luxury Needs to Know about Daigou:  Part 2," Jing Daily, February 6, 2025, available at https://jingdaily.com/posts/how-china-s-daigou-and-gray-market-threaten-luxury-brands-part-2

- "What's 'Daigou' and What's It to Gucci and Beijing?" Bloomberg, January 29, 2019, available at https://www.bloomberg.com/news/articles/2019-01-28/what-s-daigou-and-what-s-it-to-gucci-and-beijing-quicktake

- "What's Powering China's Market for Luxury Goods," Bain & Company, March 2019, available at https://www.bain.com/insights/whats-powering-chinas-market-for-luxury-goods/

- "When Chinese Consumers Want Western Goods, They Turn to These U.S. Intermediaries," Los Angeles Times, March 7, 2016, available at https://www.latimes.com/local/california/la-me-chinese-shipping-boom-20160307-story.html

- "Where Experience Defines Beauty's Next Era," Gradient, 2025, available at https://files.grdxp.com/IMPACT_BeautyReport_2025.pdf

- "Why Brands and Retailers Should Share Data and How to Get There," Forbes, April 21, 2022, available at https://www.forbes.com/councils/forbestechcouncil/2021/11/10/why-brands-and-retailers-should-share-data-and-how-to-get-there/

- "Why China is the Only Luxury Superpower," Jing Daily, July 5, 2021, available at https://jingdaily.com/posts/china-market-tourists-luxury-superpower

- "Why Western Luxury Brands Must Catch Up to the New China Playbook," Jing Daily, July 12, 2021, available at https://jingdaily.com/posts/western-luxury-brands-china-gen-z-playbook

**Note: In addition to the documents on this list, I relied on all documents cited in my report to form my opinions.**