# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | Case No. 1:23-cv-10669-AS |

**EXPERT REPORT OF Z. JOHN ZHANG**
**JANUARY 23, 2026**

**TABLE OF CONTENTS**

I.      Introduction.................................................................................................................1

II.     Background.................................................................................................................4

        A.      Estée Lauder...................................................................................................4

        B.      Summary of Plaintiffs' Allegations ................................................................9

        C.      Assignment ...................................................................................................11

III.    Summary of Opinions................................................................................................12

IV.     Daigou Is a Widespread Phenomenon That Has Long Been Known to be a
        Part of the Chinese Luxury and Prestige Beauty Market, Including Before
        the Start of the Proposed Class Period......................................................................16

        A.      Overview of Daigou......................................................................................17

        B.      The Market for Luxury Products (Including Prestige Beauty) in China ......22

        C.      History of Daigou's Development and Proliferation ....................................32

        D.      Economic and Cultural Conditions in China Influence Daigou Activity
                in China ........................................................................................................39

        E.      Daigou Activity Encompasses a Range of Permissible Practices.................46

        F.      Daigou Can Benefit Beauty Product Brands, and It Does Not
                Necessarily Harm Brand Equity ..................................................................49

        G.      Daigou Is a Widespread Phenomenon That Has Long Been Known in
                East Asia, Including China ...........................................................................53

V.      South Korea's Measures to Support the Duty-Free Industry Expanded
        Permissible Daigou Transactions...............................................................................58

        A.      Korean Duty-Free Policy Initially Focused on Expanding the Sector
                Amid Surging Chinese Consumer Demand...................................................60

        B.      Korean Authorities Relaxed Duty-Free Regulations to Protect
                Domestic Retailers During Market Shocks...................................................61

        C.      Beginning in Late 2022, Korean Authorities Moved to "Normalize"
                the Duty-Free Market....................................................................................66

VI.     Regulatory Interventions That Could Affect Daigou Activity In China Have
        Long Been Known Risks With Unpredictable Timing And Severity, But
        Their Impact on Overall Daigou Activity Was Limited Until May 2023 ...................71

        A.      Daigou Activity Operated Within an Evolving Regulatory Framework
                in the Years Leading Up to and During the Proposed Class Period .............73

        B.      Regulatory Interventions That Could Affect Daigou Were Well-
                Known Risks Prior to the Proposed Class Period, But Their Impact on
                Overall Daigou Activity Was Limited Prior to May 2023 ...........................82

## I.    INTRODUCTION

1.    I am currently the Tsai Wan-Tsai Professor of Marketing at the Wharton School ("Wharton") at the University of Pennsylvania. I specialize in pricing strategy, international channel and retail management, the consumption and marketing of luxury goods, and enterprises operating in China. My research focuses on how companies operating in complex and competitive environments set prices across global markets, optimize product lines, and navigate challenges such as cross-border pricing disparities, brand positioning, and consumer segmentation.

2.    I have over thirty years of experience in academic positions at Washington University in St. Louis, Columbia University, and the University of Pennsylvania. I am the coauthor of the popular pricing book *Smart Pricing*, which has been translated into Simplified Chinese, Traditional Chinese, Korean, Japanese, Spanish, and Portuguese. I am also the coauthor of some of the foundational articles on luxury consumption and product-line strategy[1] and have published extensively in top academic journals including *Marketing Science*, *Management Science*, *Journal of Marketing Research*, and *Journal of Economics and Management Strategy*. My published work includes theoretical and empirical analyses of luxury goods pricing, targeted pricing, consumer response to pricing and branding, and channel retail structures in emerging markets, including markets with daigou dynamics. I have authored over 50 peer-reviewed publications, including a paper that received the John Little Award for the Best Paper in

---

[1] *See, e.g.,* Zhang, John and Denise Dahlhoff, "Pricing Luxury Goods: More Art than Science," *Research Handbook of Luxury Branding*, Chapter 8, April 2020, pp. 138-149; Liu, Jessie, Pinar Yildirim, and John Zhang, "A Theory of Maximalist Luxury," *Journal of Economics and Management Strategy*, Vol. 31 (2), 2022 , pp. 284–323; Liu, Jessie, Pinar Yildirim, and John Zhang, "Less is More: A Theory of Minimalist Luxury," *Journal of Economics and Management Strategy*, Vol. 33 (1), 2024, pp. 78-110.

*Marketing Science* and Frank Bass Award for the Best Dissertation Paper, two of the highest awards for marketing scientists. I also regularly serve as a referee for leading academic journals, and have held editorial roles at *Marketing Science*, *Management Science*, and *Quantitative Marketing and Economics*. I am also currently serving as the associate editor for *Management Science* and *International Journal of Research in Marketing*, two premier journals in marketing research in the world.

3.      Additionally, from 2012 to 2023, I served as the Founding Director of the Penn Wharton China Center ("PWCC") in Beijing, where I helped lead Wharton's academic and industry engagement in China. PWCC supports programs and collaboration between the University's schools and academic, government, and business partners throughout China. As part of that role, I led an immersive MBA Global Modular Course on "Marketing in Emerging Economies: Understanding and Marketing to the Chinese Consumer." The purpose of this course was to teach students about the characteristics of Chinese consumers, distribution channels (including daigou), pricing environment, investment market, and business and entrepreneurship in China so that they can devise marketing strategies for the Chinese market. As part of the course, students split their time between PWCC in Beijing, Peking University, and field visits to local companies.

4.      I also co-lead Wharton Executive Education's program, "Pricing Strategies: Measuring, Capturing, and Retaining Value," where I have taught executives from prominent companies, including those in the cosmetics and prestige beauty industry. This program trains business leaders from around the world in the design and execution of pricing strategies that align with brand, market, and channel objectives—particularly in competitive or opaque pricing environments. In addition, I served as the academic director for many custom programs at

2

Wharton, including a China leadership program sponsored by Mary Kay from 2015 to 2017. Our China custom programs involved leadership from the central government, provincial government, state-owned enterprises, as well as from private companies from manufacturing, banking, securities, real estate, and educational services. I also served as the academic director for two South Korean custom executive education programs sponsored by LG (2005-2008) and Cheil (2010-2012), which required me to travel to Seoul for client visits and engagement with senior executives.

5.      From 2003 to 2015 (the year PWCC was inaugurated in Beijing), I was given permission by Wharton to teach in China in Mandarin. During this period, I taught Executive MBA students at China European International Business School in Shanghai (CEIBS) from 2003 to 2006, at Cheung Kong Graduate School of Business (CKGSB) from 2006 to 2014, and at Shanghai Advanced Institute of Finance (SAIF) from 2012 to 2014.

6.      Currently, I serve as the academic director for, and also teach classes in, the Wharton/CUFE China General Management Program, a joint executive education initiative between Wharton, the Central University of Finance and Economics, and the LongMa School of Management in China. In this program, I teach Chinese entrepreneurs and executives about pricing strategy, market entry, organic growth, and channel management. The participants in this program are founders and CEOs of their own companies.

7.      I hold a Ph.D. and M.A. in Economics from the University of Michigan, a Ph.D. and M.A. in History and Sociology of Science and Technology from the University of Pennsylvania, an Honorary Master's Degree from the University of Pennsylvania, and a B.A. in Engineering Automation and Philosophy of Science from the Huazhong University of Science and Technology in Wuhan, China.

3

8. A copy of my full CV, including a list of the articles I've authored in the last ten years, is attached as **Appendix A**. A list of my prior testifying experience in the last four years is attached as **Appendix B**.

9. I am compensated at the rate of $1,350 per hour for my time. Research and analysis for this report was also performed by staff from Analysis Group, Inc. ("Analysis Group") under my direction and supervision. Neither my compensation nor that of Analysis Group is contingent upon my findings, the testimony I may give, or the outcome of this litigation.

## II. BACKGROUND

### A. Estée Lauder

10. The Estée Lauder Companies Inc. ("Estée Lauder" or "the Company") is a global manufacturer, marketer, and seller of luxury and prestige beauty products across the skin care, makeup, fragrance, and hair care categories.[2] Skin care represents the Company's largest segment, accounting for approximately half of its revenue, followed by the makeup, fragrance, and hair care segments.[3]

11. Since its founding in 1946, Estée Lauder has expanded to a portfolio of more than 25 brands to appeal to distinct consumer preferences.[4] Its brands include Estée Lauder, Clinique,

---

[2] Estée Lauder Form 10-K for Fiscal Year ("FY") 2021, p. 2 ("The Estée Lauder Companies Inc. … is one of the world's leading manufacturers, marketers and sellers of quality skin care, makeup, fragrance, and hair care products."). *See also* Estée Lauder Form 10-K for FY 2024, p. 2.

[3] Estée Lauder Form 10-K for FY 2021, p. 3 (*See* "Net Sales by Product Category" chart). *See also* Estée Lauder Form 10-K for FY 2024, p. 3.

[4] Estée Lauder Form 10-K for FY 2021, p. 4 ("[Estée Lauder's] strategy has been to market and promote our products through distinctive brands seeking to address broad preferences and tastes … Beauty brands are differentiated by numerous factors, including quality, performance, a particular lifestyle, where they are distributed (e.g., prestige or mass) and price point."), p. 10 ("Our strategy to market and promote our products begins with our

La Mer, M·A·C, Bobbi Brown, Jo Malone London, Tom Ford Beauty, Aveda, and The Ordinary.[5]

12.     As of fiscal year 2021, Estée Lauder's net sales were approximately $16.2 billion, with operations in about 150 countries and territories worldwide.[6] Among these markets, the Asia Pacific region has been one of Estée Lauder's largest and fastest-growing markets. As disclosed in the Company's public filings, sales in the region have expanded significantly over the past decade, increasing from approximately $2.2 billion (about 19 percent of total net sales) in fiscal year 2016 to about $4.9 billion (approximately 31 percent of total net sales) in fiscal year 2024.[7]

13.     In particular, China is one of Estée Lauder's largest single-country markets and has been a key driver of the Company's expansion in Asia. For example, China's contribution to net sales, including net sales from travel retail locations, has risen markedly over the past decade, from approximately 9 percent in fiscal year 2016 to 26 to 34 percent between fiscal years 2022 and 2024, as disclosed by the Company in its public filings.[8] Specifically, Estée Lauder

---

well-diversified portfolio of more than 25 distinctive brands across four product categories."). *See also* Estée Lauder Form 10-K for FY 2024, p. 4.

[5] Estée Lauder Form 10-K for FY 2021, p. 2 ("Our products are sold … under a number of well-known brand names including: Estée Lauder, Clinique, Origins, M·A·C, Bobbi Brown, La Mer, Aveda, Jo Malone London, Too Faced, Dr. Jart+, and The Ordinary"). *See also* Estée Lauder Form 10-K for FY 2024, p. 2.

[6] Estée Lauder Form 10-K for FY 2021, p. 28 ("We manufacture, market and sell beauty products … which are distributed in approximately 150 countries and territories. The following table is a comparative summary of operating results for fiscal 2021, 2020 and 2019[.]"). *See also* Estée Lauder Form 10-K for FY 2020, p. 25.

[7] Asia Pacific sales figures exclude travel retail sales generated in the region; the Company records most travel retail net sales in Europe, the Middle East & Africa, except Dr. Jart+ travel retail, which is reported in Korea within Asia Pacific. Estée Lauder Form 10-K for FY 2016, p. 26; Estée Lauder Form 10-K for FY 2024, p. 28.

[8] Estée Lauder Form 10-K for FY 2024, p. F-74 ("Net sales in mainland China, as well as net sales from travel retail locations, in fiscal 2024, 2023 and 2022 were approximately 26%, 28% and 34% of consolidated net sales, respectively."). Estée Lauder Form 10-K for FY 2018, p. F-54 ("Net sales in China, including net sales from travel retail locations, in fiscal 2018, 2017 and 2016 were approximately 13%, 9% and 9%, of consolidated net sales, respectively[.]").

disclosed that net sales in China, including travel retail locations, represented about 34 percent of total net sales in fiscal year 2022, 28 percent in fiscal year 2023, and 26 percent in fiscal year 2024.[9]

14.     Estée Lauder sells its products in China through a combination of freestanding stores, brand-specific e-commerce sites, authorized retailers, third-party platforms, and travel retail and duty-free outlets. The Company first entered the Chinese market in 1993 and gradually expanded its physical footprint over the following years, operating in 39 major cities as of 2011 and selling brands through "department stores and perfumeries."[10] By 2012, Estée Lauder had a presence in 58 Chinese cities.[11]

15.     In parallel with its physical expansion, by 2011, the Company operated brand-specific China e-commerce sites for Clinique, Estée Lauder, La Mer, and M·A·C.[12] Starting in 2014, the Company broadened its online presence by leveraging authorized retailers and third-

---

[9] Estée Lauder Form 10-K for FY 2024, p. F-74 ("Net sales in mainland China, as well as net sales from travel retail locations, in fiscal 2024, 2023 and 2022 were approximately 26%, 28% and 34% of consolidated net sales, respectively.").

[10] "Estée Lauder opens its new Asia Innovation Centre in Shanghai," *Premium Beauty News*, June 6, 2011, available at https://www.premiumbeautynews.com/estee-lauder-opens-its-new-asia,3115 ("The company first entered China in 1993 … The Estée Lauder Companies' brands currently sold include Estée Lauder, Clinique, La Mer, MAC, Bobbi Brown, Aramis, Origins and the licensed brands Tommy Hilfiger and Donna Karan. The products are sold in upscale department stores and perfumeries in 39 major Chinese cities."). *See also* Ng, Melody, "Estée Lauder opens new research & development centre in China," *The Moodie Davitt Report*, June 3, 2011, available at https://moodiedavittreport.com/estee-lauder-opens-new-research-development-centre-in-china/.

[11] Rozario, Kevin, "Estée Lauder's travel retail sales top $1bn for first time," *TR Business*, August 16, 2012, available at https://www.trbusiness.com/regional-news/international/estee-lauders-travel-retail-sales-top-1bn-for-first-time/67929 ("ELC brands are now present in 58 Chinese cities[.]").

[12] "Estée Lauder opens its new Asia Innovation Centre in Shanghai," *Premium Beauty News*, June 6, 2011, available at https://www.premiumbeautynews.com/estee-lauder-opens-its-new-asia,3115 ("The company has also launched e-commerce sites in China for Clinique, Estée Lauder, La Mer, and MAC."). *See also* Ng, Melody, "Estée Lauder opens new research & development centre in China," *The Moodie Davitt Report*, June 3, 2011, available at https://moodiedavittreport.com/estee-lauder-opens-new-research-development-centre-in-china/.

party websites such as duty-free retailer DFS and Tmall, launching virtual reality "try-on" experiences and creating its own storefronts to sell products online directly to consumers.[13]

16.     In addition to its growing online presence, Estée Lauder's travel retail channel, which includes duty-free sales at airports, downtown duty-free malls, and other travel-related outlets, has been a consistent and substantial part of its global and China strategy over many years. The Company entered the China travel retail sector in 1999[14] and later expanded into Hainan, an island province in South China, in 2009.[15] In 2014, it strengthened its Hainan presence further by opening a large travel retail flagship store at China Duty Free Group's ("CDFG") Haitang Bay complex in Sanya, the southernmost city on Hainan Island.[16] Through the late 2010s, Estée Lauder increased its footprint in Hainan, expanding the number of brands available through CDFG and opening additional retail spaces in new complexes such as the

---

[13] Brown, Bobbie, "How Estee Lauder adapted to China with strong e-commerce and R&D," *Daxue Consulting*, August 3, 2020, available at https://daxueconsulting.com/market-analysis-on-estee-lauder-in-china ("In 2014, Estee Lauder became one of the first high-end cosmetic brands that entered on Tmall. Estee Lauder built a professional team with 50 people to focus on Estee Lauder's Tmall store and independent e-commerce shop."); Milnes, Hilary, "How Estee Lauder grew sales 40 percent in China," *DigiDay*, August 21, 2017, available at https://digiday.com/marketing/estee-lauder-grew-sales-40-percent-china/ ("Estée Lauder Cosmetics is watching its sales in China climb faster than any other market, thanks to a savvy local strategy that includes a 50-person dedicated team, branded Tmall storefronts, and freestanding e-commerce sites… Estée Lauder partnered with duty-free retailer DFS to launch a virtual reality lipstick try-on app within WeChat to promote its newly launched Pure Color Love cosmetics line.").

[14] "The 1990s: A beautiful journey begins," *The Moodie Davitt Report*, October 2022, available at https://ezine.moodiedavittreport.com/este-lauder-travel-retail-30th-anniversary/1990s-a-beautiful-journey-begins ("1999: Always exploring new frontiers, The Estée Lauder Companies Inc. (ELC) Travel Retail enters the China market for the first time.").

[15] Noor, Hibah, "The Estée Lauder Companies returns to China International Consumer Products Expo," *Global Travel Retail Magazine*, April 16, 2025, available at https://www.gtrmag.com/blog/the-estee-lauder-companies-returns-to-china-international-consumer-products-expo ("Since entering the Hainan travel retail market in 2009, The Estée Lauder Companies has set the standard for retail excellence through its commitment to the consumer, focus on innovation and advanced localized strategy.").

[16] Mann, Rebecca, "Estée Lauder hails success of Haitang Bay flagship store," *The Moodie Davitt Report*, February 3, 2015, available at https://moodiedavittreport.com/estee-lauder-hails-success-of-haitang-bay-flagship-store ("Estée Lauder unveiled its largest flagship store in travel retail worldwide at Haitang Bay, Sanya, in September 2014.").

Haikou International Duty Free Shopping Complex.[17] Notably, CDFG, a state-owned enterprise, is also Estée Lauder's largest customer in the world.[18]

17.    In its fiscal year 2021 Form 10-K, Estée Lauder disclosed that its largest customer (which Plaintiffs note in the Complaint is the state-owned CDFG[19]) sells primarily in China travel retail, accounting for 14 percent of Estée Lauder's total net sales in 2021 (and 7 percent in 2020 and 5 percent in 2019).[20] In addition to sales within China, Chinese travelers contribute to Estée Lauder's travel retail and duty-free sales outside China, such as in Hong Kong, South

---

[17] Tan, Hannah, "On location: Estée Lauder unveils largest travel retail flagship in cdf Haikou," *The Moodie Davitt Report*, December 13, 2022, available at https://moodiedavittreport.com/on-location-estee-lauder-unveils-largest-travel-retail-flagship-in-cdf-haikou/ ("The Moodie Davitt Report is delighted to bring you exclusive video coverage of the recent opening of the Estée Lauder omnichannel flagship at the cdf Haikou International Duty Free Shopping Complex[.]"); Bersola, Camille, "'A journey to the heart of luxury skincare' – La Mer reveals new flagship boutique in Hainan," *The Moodie Davitt Report*, April 10, 2023, available at https://moodiedavittreport.com/a-journey-to-the-heart-of-luxury-skincare-la-mer-reveals-new-flagship-boutique-in-hainan/ (The Estée Lauder Companies-owned prestige skincare brand La Mer has partnered with China Duty Free Group (CDFG) to unveil its largest boutique in Hainan with a first-of-its-kind omnichannel experience at cdf Haikou International Duty Free Shopping Complex.").

[18] Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, March 22, 2024 ("Complaint"), ¶ 9 ("Analysts determined that Lauder's 'largest customer' during those periods was likely the world's number one travel retailer, China Duty Free Group Company Limited ('CDFG'). CDFG's parent company is China Tourism Group Duty Free Corporation Limited ('CTGDF'), a Chinese state-owned franchise company authorized by the State Council to carry out nationwide duty-free business in China.").

[19] Complaint, ¶¶ 2, 9.

[20] Estée Lauder Form 10-K for FY 2021, p. 9 ("Our largest customer in fiscal 2021 sells products primarily in China travel retail and accounted for 14% of our consolidated net sales for fiscal 2021, 7% for fiscal 2020 and 5% for fiscal 2019[.]").

Korea, and Japan.[21] Travel retail sales in South Korea also contributed to Estée Lauder's growth in the years surrounding the COVID-19 pandemic.[22]

### B.    Summary of Plaintiffs' Allegations

18.    Plaintiffs in this matter allege that Estée Lauder and certain officers (collectively, "Defendants") made materially false and misleading statements and omissions ("Alleged Misrepresentations") that artificially inflated Estée Lauder's stock price from February 3, 2022 through October 31, 2023, inclusive (the "Proposed Class Period").[23]

19.    Specifically, Plaintiffs claim that:

a.    "For years, Estée Lauder … assured investors that sales growth within its critical Asia travel retail segment was driven by sustainable underlying demand for the Company's products and the strength of its brand," allegedly concealing that the Company "had been supplying and growing

---

[21] *See, e.g.*, "Global Reach of China Luxury," *KPMG*, 2013, available at https://assets.kpmg.com/content/dam/kpmg/pdf/2013/01/Global-Reach-China-Luxury-201301.pdf ("[Estée Lauder] sells 11 of its 28 cosmetics brands in Mainland China, and sees over 50 percent of total sales of the top five skincare brands in Hong Kong, mainly driven by tourists from Mainland China."); Hall, Casey and Stella Qiu, "Focus: 'Daigou' goes corporate as retailers seek new ways to reach Chinese shoppers," *Reuters*, December 21, 2023, available at https://www.reuters.com/business/retail-consumer/daigou-goes-corporate-retailers-seek-new-ways-reach-chinese-shoppers-2023-12-21 ("Estee Lauder estimates up to 40% of its total sales to Chinese consumers pre-pandemic were to travelling customers[.]"); "China's Unstoppable 2020 Luxury Market," *Bain & Company*, December 2020, available at https://www.bain.com/globalassets/noindex/2020/bain_report_chinas_unstoppable_2020_luxury-market.pdf, p. 12 ("About 90% of foreigners who purchase duty-free products in South Korea are daigou operators and mainly for mainland China[.]").

[22] *See, e.g.*, Rozario, Kevin, "Travel Retail Is Bigger Than The Entire Americas for Estée Lauder," *BeautyMatter*, August 25, 2021, available at https://beautymatter.com/articles/travel-retail-is-bigger-than-the-entire-americas-for-estee-lauder ("Travel retail contributed an astonishing 29% to The Estée Lauder Companies' net sales of $16.2 billion in its full financial year ending June 2021. … Among them are domestic offshore duty-free tourist havens in South Korea[.]"); "The Estée Lauder Companies Reports Fiscal 2021 Third Quarter Results," *Estée Lauder*, May 3, 2021, available at https://www.elcompanies.com/en/news-and-media/newsroom/press-releases/2021/05-03-2021-114526531 ("Dr. Jart+ net sales increased primarily due to growth in mainland China and travel retail in Korea.").

[23] Complaint, p. 1.

dependent on a pervasive, prohibited gray market resale industry in China and South Korea, called *daigou*[.]"[24]

b.  "[O]n January 1, 2022, Chinese regulators implemented severe crackdowns on all *daigou* activity, effectively putting an end to [Estée] Lauder's ability to rely on the gray market as a revenue stream."[25]

c.  After these regulatory changes took effect, Estée Lauder's "financial results rapidly declined and Defendants made a series of misrepresentations designed to convey a misleading picture of continued travel retail growth and demand. In doing so, Defendants concealed from investors the material effects that China's crackdown on *daigou* had on [Estée] Lauder's *daigou*-dependent travel retail business."[26]

d.  Plaintiffs contend that Estée Lauder "was forced to begin revealing declining sales in its travel retail business and the negative impact it was having on the Company's financial outlook" on November 2, 2022, February 2, 2023, and May 3, 2023.[27] Plaintiffs allege that Estée Lauder ultimately "admitted that *daigou* was the primary driver of [the Company's] net sales decline in travel retail" through disclosures on

---

[24] Complaint, ¶ 1.

[25] Complaint, ¶ 2.

[26] Complaint, ¶ 2.

[27] Complaint, § IV.J.

August 18, 2023 and November 1, 2023.[28] The Company's stock price declined on these five dates.[29]

### C.    Assignment

20.    I have been retained by counsel for Estée Lauder to describe:

    a.    the economic, regulatory, and cultural factors that contributed to the development and proliferation of the daigou phenomenon in China, including daigou in the travel retail channel;

    b.    the prevalence of the daigou phenomenon, including its visibility to stakeholders such as consumers, brands, retailers, and regulators before and during the Proposed Class Period;

    c.    the measures taken by South Korea to support duty-free operators before and during the Proposed Class Period, which expanded the scope of permissible daigou activity; and

    d.    the changes in regulatory policies in China that occurred before and during the Proposed Class Period and affected daigou activity in travel retail, including for luxury and prestige beauty products.

21.    In addition, I have been asked to review and comment on the expert report and deposition of Matthew D. Cain,[30] where relevant to these topics, including the definition of

---

[28] Complaint, § IV.K.

[29] Complaint, §§ IV.J, IV.K.

[30] Expert Report of Matthew D. Cain, Ph.D., *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, July 25, 2025 ("Cain Report");

daigou, the scope and permissibility of daigou activity, its relationship to travel retail, and the regulatory policies and enforcement practices affecting daigou activity in China and South Korea.

22.     In forming my opinions, I have relied on my knowledge and experience as well as documents obtained from public sources. The sources that I considered in forming my opinions are identified in this report and the accompanying exhibits and/or listed in the attached **Appendix C**. Should additional relevant documents or information be made available to me, I may adjust or supplement my opinions.

## III.     SUMMARY OF OPINIONS

23.     On the basis of my experience and analysis, and my review of the information identified herein, I have reached the following opinions:

    a.     Daigou emerged in China as a commercial phenomenon in the mid-2000s against a backdrop of longstanding social and cultural practices associated with overseas travel, gift-giving, and the consumption of foreign luxury goods. These cultural factors, along with economic, technological, and regulatory conditions—including price differentials between domestic and overseas markets, economic growth, rise of online platforms and e-commerce channels, and restrictions on foreign retail operations—shaped the development and proliferation of daigou as a cross-border purchasing channel. The travel retail markets, particularly duty-free stores in locations

---

Deposition of Matthew D. Cain, Ph.D., *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, December 17, 2025 ("Cain Deposition").

such as Hainan and South Korea, produced opportunities for daigou shoppers by offering favorable pricing, tax advantages, product variety, and products like luxury and beauty items that are high in value and easily transportable. Together, these broader market forces and the structure of travel retail supported the emergence and the proliferation of daigou long before, during, and after the Proposed Class Period. In comparison to the research and analysis I have conducted in this report based on my academic experience, Dr. Cain does not independently define daigou or analyze its evolution over time, and testified that his understanding of daigou—including how it changed over time—was limited to his review of the Complaint and the Court's order on the Defendants' Motion to Dismiss the Complaint. *See* **Sections IV.A-D**.

b. Daigou activity has long encompassed a range of practices that are permissible, subject to regulatory frameworks that have differed across jurisdictions and that have evolved over time. Both before and during the Proposed Class Period, daigou activity encompassed operations within recognized regulatory frameworks in China and South Korea, including registered cross-border e-commerce programs, documented duty-free export channels, and customs-authorized bulk-purchase mechanisms. In comparison, Dr. Cain does not assess whether daigou activity was prohibited or permissible during the Proposed Class Period and does not attempt to evaluate whether daigou activity was consistent or inconsistent with applicable laws or regulations. *See* **Section IV.E**.

13

c.  Daigou can benefit beauty product brands and does not necessarily harm brand equity, as Plaintiffs suggest. Academic research and industry evidence discuss that daigou activity can provide benefits to both brands and consumers by expanding product distribution, reducing reliance on counterfeits, increasing brand recognition where direct retail is limited, contributing to higher consumer demand, and helping meet demand for authentic products and broader product variety. In comparison, Dr. Cain does not consider whether daigou activity would have positive or negative effects on brands. *See* **Section IV.F**.

d.  Daigou has been widely recognized by stakeholders such as consumers, brands, retailers, and regulatory agencies as a part of the Chinese luxury and prestige beauty market, including long before, during, and after the Proposed Class Period. It has also long been known as a feature of travel retail and duty-free markets in China and South Korea, where daigou activity has been widely discussed and documented. In comparison, Dr. Cain testified that he did not consider contemporaneous coverage regarding the prevalence or size of the daigou market during the Proposed Class Period and had not encountered the concept of daigou prior to working on this matter. *See* **Section IV.G**.

e.  South Korea, one of the largest travel retail markets in Asia and a key sourcing hub for Chinese daigou, implemented policies before and during the Proposed Class Period that expanded the scope of purchases by individuals, including daigou shoppers, that were permissible under Korean

14

duty-free regulations to support the duty-free industry amid declining tourism. These policies, which facilitated permissible large-scale purchases by daigou, were later not extended by Korean authorities as tourism recovered and duty-free operators' profitability declined due to dependence on commission-driven daigou sales. The policies in South Korea were motivated by domestic economic considerations rather than by attempts to reduce or regulate daigou activity itself. Dr. Cain does not analyze or research these South Korean regulatory measures or their impact on daigou or duty-free sales beyond references in the Complaint. *See* **Section V**.

f.    In the years leading up to and during the Proposed Class Period, daigou activity operated within an evolving regulatory environment in China. These regulatory frameworks varied by jurisdiction and developed over time, resulting in differing requirements depending on how and where transactions were conducted. Although the risk of regulatory interventions by Chinese authorities that could affect daigou activity was well known, the timing, form, and intensity of specific actions were difficult to predict for stakeholders, including large companies in the luxury beauty industry. Specifically, the announcement of the May 2023 regulations targeting illegal daigou, and the impact of their enforcement, were not predictable ex-ante. Dr. Cain did not independently analyze any enforcement activity related to daigou during the Proposed Class Period or whether any enforcement actions, including those in May 2023, were anticipated by stakeholders. *See* **Section VI**.

15

## IV.   DAIGOU IS A WIDESPREAD PHENOMENON THAT HAS LONG BEEN KNOWN TO BE A PART OF THE CHINESE LUXURY AND PRESTIGE BEAUTY MARKET, INCLUDING BEFORE THE START OF THE PROPOSED CLASS PERIOD

24.   Daigou is a widespread phenomenon that has long been known to be a part of the Chinese luxury and prestige beauty market. Daigou activity has been prevalent in the prestige beauty market—and in travel retail in particular—before and during the Proposed Class Period, and continues to be prevalent today. In this section, I:

- Define daigou and contextualize it within the luxury and prestige beauty ecosystem in East Asia, including in China and South Korea;

- Explain the economic, regulatory, technological, and cultural conditions that have shaped the development of China's luxury and prestige beauty market;

- Describe the development and proliferation of daigou leading up to and during the Proposed Class Period;

- Discuss the economic and cultural factors that give rise to daigou activity in travel retail channels, including its roots in longstanding social and cultural practices associated with overseas travel, social status, and gift-giving in personal networks;

- Explain that daigou has long encompassed a range of practices that are permissible, subject to differing regulatory frameworks across jurisdictions that have evolved over time;

- Discuss that daigou can benefit brands and consumers; and

16

- Document daigou's visibility and recognition across news media, consulting firms, trade publications, industry sources, academic sources, and market participants (consumers, brands, and regulators) before, during, and after the Proposed Class Period.

## A.    Overview of Daigou

### 1.    Definition of Daigou

25.    Given that Plaintiffs' allegations in this matter focus on daigou, it is important to define what daigou is, contextualize the term within the broader luxury and beauty ecosystem in East Asia—particularly in China and South Korea—and explain how it relates to various stakeholders, including consumers, brands, retailers, and regulators. "Daigou" (代购), which literally means "to buy on behalf of [someone]," refers to the practice of individual shoppers buying on behalf of friends and family or agents purchasing goods (often luxury or beauty products) in overseas markets and reselling them to consumers in China.[31] Daigou activity represents one form of the broader haitao (海淘, or "overseas shopping") phenomenon, which encompasses various ways Chinese consumers obtain foreign goods, including official cross-border e-commerce, personal shopping, purchases for friends and family, and duty-free

---

[31] "Daigou," *Oxford English Dictionary*, available at https://dictionary.cambridge.org/us/dictionary/english-chinese-traditional/daigou ("[S]omeone who is outside China who buys goods for someone who lives in China."); "An army of Chinese shoppers dictates the fate of Australian brands," *The Economist*, December 7, 2017, available at https://www.economist.com/asia/2017/12/07/an-army-of-chinese-shoppers-dictates-the-fate-of-australian-brands ("THE first daigou, meaning someone who makes purchases on another's behalf, were Chinese students studying abroad, who hauled desirable products home on behalf of family and friends."); "Chinese firm takes on global luxury market," *China Daily*, August 26, 2024, available at https://global.chinadaily.com.cn/a/202408/26/WS66cbdc36a31060630b924e40.html ("Daigou translates to 'buying on behalf of' and refers to individual business entrepreneurs who used to travel from China to the US, Japan or Europe to buy cheaper goods because of fluctuating exchange rates, then ship them back to China for sale.").

purchases.[32] While official cross-border e-commerce has increased in the last two decades, daigou agents (informal personal shoppers who buy products abroad on behalf of Chinese consumers, including for friends and family[33]) continue to be part of China's haitao economy.[34]

26.    As an initial matter, Plaintiffs claim that daigou is "a pervasive, prohibited gray market resale industry in China and South Korea" and "a clandestine gray market resale industry,"[35] thereby characterizing the practice as uniformly unlawful, secretive, and inherently improper. However, Plaintiffs' characterizations that all daigou activity is "prohibited" and/or "illicit" is inconsistent with the fact that both before and during the Proposed Class Period, daigou activity encompassed a range of permissible conduct, including purchasing gifts for friends and family and/or operating a registered and compliant business, within established regulatory frameworks in China and South Korea. Moreover, as discussed in **Sections V** and **VI**, authorities were aware of daigou activity and in the years leading up to and during the Proposed

---

[32] Swanson, Ana, "China's Growing Gray Market for All That's Foreign," *Foreign Policy*, August 20, 2014, available at https://foreignpolicy.com/2014/08/20/chinas-growing-gray-market-for-all-thats-foreign/ ("[*H*]*aitao*, which translates roughly as 'searching abroad,' [… is] a growing business in a status-obsessed country where incomes are rising but domestically made products remain suspect."); Fangyu, Dong, "The popular but risky practice of Daigou," *China Daily*, December 31, 2014, available at https://global.chinadaily.com.cn/a/201412/31/WS5a2fc471a3108bc8c67299cd.html ("More haitao shoppers are buying directly from foreign merchants to avoid fake products. When it comes to haitao, another frequently mentioned term will pop up - daigou, which means 'buying on behalf of someone else.'").

[33] Biondi, Annachiara, "China's daigou personal shoppers aren't going away," *Vogue Business*, April 7, 2021, available at https://www.vogue.com/article/china-daigou-not-going-away.

[34] Fangyu, Dong, "The popular but risky practice of Daigou," *China Daily*, December 31, 2014, available at https://global.chinadaily.com.cn/a/201412/31/WS5a2fc471a3108bc8c67299cd.html ("Despite the popularity of cross-border e-commerce in China, agents who make purchases overseas on behalf of Chinese consumers still constitute a big, gray market.").

[35] Complaint, ¶¶ 1, 10. *See also* "Opinion and Order Re: Motion to Dismiss," *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, March 31, 2025 ("Motion to Dismiss"), p. 1 ("Part of [Estée Lauder's] sales in China and South Korea occur through what are known as daigou, prohibited gray-market resellers that buy luxury goods at duty-free prices and sell them at a mark-up (though still below retail).").

Class Period, authorities implemented policies that expanded the range of permissible daigou transactions.

27.    Further, Plaintiffs' characterization that daigou was "clandestine" and/or otherwise unknown is belied by the fact that daigou activity was widespread and well known leading up to and during the Proposed Class Period (and continues to be well known) among consumers, brands, and regulators in China and South Korea. Moreover, daigou has long been a culturally embedded practice tied to overseas travel, gifting, and informal cross-border commerce.

28.    Plaintiffs further allege that "on January 1, 2022, Chinese regulators implemented severe crackdowns on all *daigou* activity."[36] This allegation is inconsistent with the fact that daigou was not "prohibited" or "illicit." Because daigou encompassed permissible transactions that operated within recognized regulatory frameworks, there is no support for the claim that Chinese authorities imposed a comprehensive ban on *all* daigou activity. Rather, as discussed in **Section VI**, Chinese authorities implemented regulations that varied across jurisdictions and evolved over time, affecting daigou activity.

### 2.    Daigou in Practice

29.    Plaintiffs' allegations in this matter relate to the role of daigou activity in driving Estée Lauder's Asia travel retail sales and the impact of Chinese regulatory developments on that activity. Assessing these allegations requires an understanding of the nature, scope, stakeholder awareness, and visibility of daigou activity in Asia, including China, and in the travel retail channel. To provide this context, I describe below how daigou operated in practice in the years

---

[36] Complaint, ¶ 2.

leading up to and during the Proposed Class Period, including the channels and markets through which such activity occurred.

30.    Dr. Cain does not independently define daigou or analyze how it operates in practice. As Dr. Cain states, he "summarizes the allegations in the Complaint as context for Plaintiffs' claims" and "make[s] no findings or opinions as to these allegations."[37] In his deposition, Dr. Cain testified that daigou is "not something that I have attempted to define. I just point to the complaint's allegations, which include references to daigou."[38] He further testified that he had not encountered the concept of daigou "prior to working on this case," that his understanding of daigou was informed by the Complaint and the Court's order on the Defendants' Motion to Dismiss the Complaint, and that "outside the scope of those documents that I reviewed in connection with this case, I don't have any knowledge of daigou."[39]

31.    The daigou phenomenon emerged in the mid-2000s as Chinese travelers began purchasing goods abroad for friends and family, reflecting longstanding social and cultural norms around overseas travel, gift-giving, and consumption of luxury goods. Its growth was driven by a combination of price differentials between overseas and domestic markets and limited access to certain foreign products in China, among other factors.[40]

---

[37] Cain Report, p. 5.

[38] Cain Deposition, 116:3-8 ("Q. What is your definition of 'daigou'? What do you understand it to be? A. It's not something that I have attempted to define. I just point to the complaint's allegations, which include references to daigou.").

[39] Cain Deposition, 82:17-19 ("Q. Have you ever encountered the concept of daigou previously? A. Not prior to working on this case."), 83:4-10 ("Q. Is it fair to say your familiarity with the concept of daigou is formed from your review of the amended complaint and the court's order on the defendants' motion to dismiss that complaint? A. Yes, it was informed by those documents."), 115:2-8 ("[A. …] But outside the scope of those documents that I reviewed in connection with this case, I don't have any knowledge of daigou.").

[40] *See* **Section IV.D**.

32.     Before the start of the Proposed Class Period, daigou frequently purchased luxury goods in overseas lower-priced markets and tourist hubs, such as Hong Kong, Macau, Tokyo, and other destinations across Europe and the United States.[41] For example, in Hong Kong, daigou activity was particularly prevalent among same-day return travelers before the beginning of the Proposed Class Period.[42]

33.     Over the 2010s, domestic duty-free zones such as Hainan, an island province in South China, also became major centers for daigou purchases.[43] Since China introduced an offshore duty-free program in Hainan in 2011 to promote tourism and domestic consumption,[44] in the years leading up to and during the Proposed Class Period, the island had become a leading duty-free destination that attracts millions of visitors each year, including daigou.[45]

---

[41] Quilty-Harper, Conrad, "Gangs, tourists funnel luxury handbags into China: Part 1," *Jing Daily*, February 5, 2025, available at https://jingdaily.com/posts/china-s-luxury-smuggling-networks-exposed-part-1-the-tourist-mules ("Chinese shoppers and traders known as '*daigou*,' or 'To buy on behalf of,' have long travelled abroad to buy luxury goods in Hong Kong, Macau, Tokyo and elsewhere in Europe and the US.").

[42] Sun, Benjamin, "A Profile of Daigou Shoppers in Hong Kong Market," *Think China*, June 3, 2021, available at https://www.thinkchina.com/insights/a-profile-of-daigou-shoppers-in-hong-kong/ ("There're around 43.5 million mainland tourists visiting Hong Kong in 2019, among which 63% are same-day return travellers, and most of them are from the Greater Bay Area. We believe daigous in Hong Kong are primarily among this segment of frequent same-day return travellers.").

[43] Yaling, Jiang, "Hainan Duty Free Uses QR Codes on Items to Deter 'Daigou' Trade," *Sixth Tone*, August 5, 2021, available at https://www.sixthtone.com/news/1008184? ("[Hainan] has turned into a new duty-free shopping destination. However, the tax-free haven has also attracted people who snatch up products only to resell them to others. Known as daigou[.]").

[44] Xiaoji, Qiang, "Hainan to adopt offshore duty-free policy," *China Daily*, March 22, 2011, available at https://www.chinadaily.com.cn/business/2011-03/22/content_15942179.htm ("The offshore duty-free policy is aimed at domestic tourists, so it is regarded as one of the major measures to attract travelers and promote the economic development of the island."); "Is Hainan's Duty-Free Program A Good Bet?," *Jing Daily*, May 4, 2011, available at https://jingdaily.com/posts/is-hainans-duty-free-program-a-good-bet ("In the months since enacting the foreign tourist-focused program, Hainan officials recently launched a pilot off-shore duty-free program aiming to boost high-end shopping and expand consumption demand among mainland Chinese tourists.").

[45] Gan, Nectar and Brad Lendon, "Hainan island: Known as 'China's Hawaii,' the vacation hotspot is also a strategic military base," *CNN*, February 15, 2023, https://edition.cnn.com/2023/02/15/china/china-hainan-island-explainer-intl-hnk ("It's known as the 'Hawaii of China,' a tropical island paradise where the Chinese middle class enjoys sandy beaches, five-star resorts, and duty-free luxury shopping."); Yaling, Jiang, "Hainan Duty Free Uses QR Codes on Items to Deter 'Daigou' Trade," *Sixth Tone*, August 5, 2021, available at https://www.sixthtone.com/news/1008184? ("[Hainan] has turned into a new duty-free shopping destination.

21

34.     Beyond China's domestic duty-free zones, international duty-free locations such as duty-free stores in South Korea played a central role in Asia's travel retail market both before and during the Proposed Class Period, serving travelers including daigou.[46] During this period, Korea remained one of the world's largest duty-free markets, driven in part by organized group tours and bulk daigou purchases that linked duty-free outlets with demand from mainland Chinese consumers.[47]

35.      The evolution of daigou occurred alongside, and was influenced by, broader social and cultural context that has long shaped Chinese consumers' attitudes toward luxury, authenticity, and overseas purchasing, and it was further influenced by economic, technological, and regulatory factors. These forces shaped China's luxury and beauty markets, including market liberalization, expansion of retail and e-commerce channels, and changing consumer preferences. The following section discusses these forces, which provide the context in which daigou emerged and developed.

**B.     The Market for Luxury Products (Including Prestige Beauty) in China**

36.     Over the past two decades, China has become one of the most important markets driving the expansion and evolution of the global luxury industry. This rise in influence is

---

However, the tax-free haven has also attracted people who snatch up products only to resell them to others. Known as daigou[.]").

[46] *See, e.g.*, "2022 Hainan Travel Retail Market Whitepaper," *KPMG* and *The Moodie Davitt Report*, July 2022, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2022/07/hainan-travel-retail-market-whitepaper.pdf, p. 10 ("In 2021, the pandemic-ravaged Korean duty free channel was primarily by sales to foreign customers, who generated 95.4% of total revenue (up from 94% in 2020). Almost all of that activity was through reseller activity to China.").

[47] "Spring is not far away for the travel retail industry," *The Moodie Davitt Report*, May 18, 2021, available at https://ezine.moodiedavittreport.com/the-moodie-davitt-ezine-295/lotte-duty-free/ ("Despite a sharp fall in 2020 sales prompted by the biggest crisis in industry history, Lotte Duty Free retained its status as the second biggest travel retailer in the world last year, driven by a resilient daigou business… the ultimate goal of Lotte Duty Free is to attract more FITs and group tourists, strengthening the competitiveness of Korean tourism.").

reflected in the growth of Chinese consumer spending on luxury purchases, which increased dramatically—from comprising only about 1 percent of global luxury purchases in 1999 to roughly 20 percent by 2010 and nearly one-third of the market by 2020.[48]

37.     Alongside this broader expansion of luxury spending, China's overall beauty market expanded rapidly—growing at a compound annual growth rate of nearly 9 percent between 2015 and 2022—and reached approximately $66 billion (about 15 percent of global beauty retail sales) by 2022.[49] Within this broader market, the prestige beauty segment grew at a 15 percent compound annual growth rate between 2018 and 2022, reaching an estimated $30 billion in 2022.[50]

38.     As I discuss in this section, the growth of China's luxury and beauty markets has been shaped by a combination of social and cultural, economic, and regulatory factors that continue to influence consumer behavior and demand for high-end products. These topics are routinely discussed in my academic research and in my courses taught to students and executives.

---

[48] Lau, Yvonne, "China's luxury market is more resilient than you think," *Fortune*, September 15, 2021, available at https://fortune.com/2021/09/15/china-luxury-market-resilience-common-prosperity-demand/ ("In 1999, Chinese consumers accounted for 1% of global luxury spend. … By the end of the [2000s], Chinese consumers were responsible for one-fifth of global luxury spend. … Last year, … the country's share of the global luxury market reached 32%—up 5% from the year prior."). *See also* "China Luxury Report 2019," *McKinsey & Company*, April 2019, available at https://www.mckinsey.com/~/media/McKinsey/Featured%20Insights/China/How%20young%20Chinese%20consumers%20are%20reshaping%20global%20luxury/McKinsey-China-luxury-report-2019-How-young-Chinese-consumers-are-reshaping-global-luxury.ashx ("In 2018, Chinese consumers at home and abroad spent 770 billion RMB ($115 billion) on luxury items—equivalent to a third of the global spend.").

[49] "The State of Fashion: Beauty," *McKinsey & Company*, May 2023, available at https://www.mckinsey.com/~/media/mckinsey/industries/retail/our%20insights/the%20beauty%20market%20in%202023%20a%20special%20state%20of%20fashion%20report/the-beauty-market-in-2023-a-special-state-of-fashion-report.pdf, Exhibit 2.

[50] Helgans, Ashley, "Insight: A Deep Dive Into the China Beauty Market," *Jefferies,* September 17, 2023, p. 1 ("China's prestige beauty market grew ~71% from 2018 to 2022 (~15% CAGR) to ~$30B USD and ~45% of sales take place online - primarily Tmall.").

> *1.    Regulatory Reforms Opened Access to Foreign Luxury and Beauty Products*

39.    Prior to the 1990s, Chinese consumers had very limited access to foreign luxury and beauty products due to regulatory restrictions on the retail operations of foreign companies in China. Regulations governing foreign investment and retail operations required international companies to operate through majority Chinese-owned joint ventures and limited their operations to a few major cities.[51] During this period, "to target affluent tourists and businessmen," luxury brands entered Chinese markets "by opening boutiques in the shopping arcades of five star hotels" and in high-end department stores in major cities.[52]

40.    Following China's accession to the World Trade Organization in 2001 and the subsequent liberalization of foreign retail investment in 2004, non-Chinese luxury and beauty companies were permitted to open wholly owned stores nationwide. This regulatory shift led

---

[51] "China: Structural Reform in the Retail Services Sector," *Asia-Pacific Economic Cooperation Policy Support Unit*, May 2017, available at https://www.apec.org/docs/default-source/publications/2017/6/china-structural-reform-in-the-retail-services-sector/217_psu_china_retail_final.pdf?sfvrsn=2a1392ff, pp. 24-25 ("July 1992: State Council Provisions on Foreign Investment in Retailing permitted foreign retailers to engage in majority Chinese-owned JVs but limited to establishment of stores in 5 SEZs and experimental cities like Beijing and Shanghai. … Each city could have 1-2 foreign retailers (Shanghai had 4). Other cities were forbidden to accept foreign retail investment. Chinese partners had to have at least 51% ownership and could not be wholesalers. No more than 30% of imported products."), pp. 58-59 ("Foreign services suppliers may supply services only in forms of joint ventures in 5 SEZs (Shenzhen, Zhuhai, Shantou, Xiamen and Hainan) and six cities (Beijing, Shanghai, Tianjin, Guangzhou, Dalian and Qingdao)."); "International luxury brands abandoning China as economy slows," *Economic Times*, December 5, 2015, available at https://retail.economictimes.indiatimes.com/news/apparel-fashion/luxury/international-luxury-brands-abandoning-china-as-economy-slows/50055349 ("The first batch of luxury brands entered China in the 1990s. Most of them set up stores in five-star hotels and high-end department stores in big cities[.]").

[52] Perry, Patsy, Liz Barnes, and Tiantian Ye, "The Evolution of the Chinese Luxury Fashion Consumer: An Interpretive Study of Luxury Value Perceptions," *Understanding Luxury Fashion: From Emotions to Brand Building*, Chapter 8, 2020, pp. 175-202, p. 178. *See also* Lau, Yvonne, "China's luxury market is more resilient than you think," *Fortune*, September 15, 2021, available at https://fortune.com/2021/09/15/china-luxury-market-resilience-common-prosperity-demand/ ("Top foreign luxury brands like Gucci and Ferragamo could sell their wares in China, but they could only do so via high-end hotels, owing to China's foreign investment restrictions at the time.").

luxury and beauty firms to rapidly expand their retail operations in China in the late 2000s, allowing brands to establish a direct retail presence and strengthen control over operations.[53]

        2.     *Authenticity Concerns Shaped Consumer Preferences for Foreign Luxury and Beauty Products*

41.     Even as foreign investment restrictions eased, authenticity concerns remained a defining feature of luxury and beauty consumption in China, rooted in decades of widespread counterfeiting that emerged from rapid industrial growth and limited early enforcement of intellectual property rights.[54] From 2017 to 2019, China and Hong Kong accounted for more than 85 percent of global counterfeit and pirated goods seizures,[55] and within China, "forgeries of luxury-brand products are more prevalent than in any other country in the world."[56] As a

---

[53] "China: Structural Reform in the Retail Services Sector," *Asia-Pacific Economic Cooperation Policy Support Unit*, May 2017, available at https://www.apec.org/docs/default-source/publications/2017/6/china-structural-reform-in-the-retail-services-sector/217_psu_china_retail_final.pdf?sfvrsn=2a1392ff, p. 25 ("2001 - 2004 … WTO commitments on retailing under all 4 modes of supply: Quantitative, geographical, equity and incorporation restrictions on the establishment of JVs by foreign companies to be phased out. China agrees to gradually liberalize retailing of all but a few commodities within 5 years of accession."); "International luxury brands abandoning China as economy slows," *Economic Times*, December 5, 2015, available at https://retail.economictimes.indiatimes.com/news/apparel-fashion/luxury/international-luxury-brands-abandoning-china-as-economy-slows/50055349 ("[T]he top 15 brands [Bain] surveyed had opened more than 80 new shops during the first eight months of 2010."); "Understanding China's Growing Love For Luxury," *McKinsey & Company*, March 2011, p. 7 ("The world's priciest and most prestigious luxury brands are scrambling to erect massive retail shrines in urban China's toniest shopping districts. Louis Vuitton now has 36 stores in 29 cities across mainland China, compared to stores in just 10 cities in 2005. Gucci has expanded even faster, starting with just six stores in the beginning of 2006, ramping up to 39 stores today. Hermes quadrupled its stores from five in 2005 to 20 today.").

[54] "Chinese Luxury Brand Consumers: A Generational, Gender, and City-Tier Analysis," *Forvis Mazars*, May 2020, available at https://www.forvismazars.com/cn/en/content/download/1037099/file/1857266, p. 33 ("Chinese consumers have long had concerns about counterfeit products. Since the 1990s, China's manufacturing capacity has grown enormously. However, due to the lack of monitoring and regulation regarding intellectual property in the early phases, a large number of counterfeit luxury goods appeared in the market. … [Chinese consumers] still have a lingering fear about the once rampant fake luxury goods market.").

[55] "2022 Special 301 Report," *Office of the United States Trade Representative*, 2022, available at https://ustr.gov/sites/default/files/IssueAreas/IP/2022%20Special%20301%20Report.pdf, p. 17 ("According to an Organisation for Economic Co-operation and Development (OECD) and European Union Intellectual Property Office (EUIPO) study released in June 2021, titled *Global Trade in Fakes: A Worrying Threat*, … China continues to be the largest origin economy for counterfeit and pirated goods, accounting (together with Hong Kong) for more than 85% of global seizures of counterfeit goods from 2017 to 2019.").

[56] "Chinese counterfeit products: A mirror of growth, consumption, and global trade loopholes," *Daxue Consulting*, April 22, 2025, available at https://daxueconsulting.com/counterfeit-products-in-china ("Chinese counterfeit

result of the long-standing prevalence of counterfeits, Chinese consumers place significant emphasis on verifying product authenticity when making purchase decisions. For example, according to a 2019 survey, over 70 percent of Chinese respondents across generations chose "Certified product guarantee" as their main reason for selecting a purchase channel.[57]

> 3.    *China's Economic Growth Increased Consumer Purchasing Power and Demand for Luxury and Beauty Products*

42.    The liberalization of China's retail sector coincided with a period of sustained economic expansion that changed the country's consumer landscape and demand for luxury and beauty products. In the two decades leading up to the Proposed Class Period, growth in the number of middle- and high-income households expanded China's base of consumers able to purchase luxury products and contributed to the growth of such brands.[58]

43.    Over this period, China's middle class was among the fastest growing in the world, expanding from about 39 million people (approximately 3 percent of China's population) in 2000 to roughly 707 million (more than 50 percent of China's population) by 2018.[59] This

---

products dominate the global fakes industry. …Within China's borders, forgeries of luxury-brand products are more prevalent than in any other country in the world.").

[57] "Chinese Luxury Brand Consumers: A Generational, Gender, and City-Tier Analysis," *Forvis Mazars*, May 2020, available at https://www.forvismazars.com/cn/en/content/download/1037099/file/1857266, p. 33 ("As for the reason of choosing the purchase channel in the previous question, the vast majority of respondents choose the guarantee of product authenticity, which may relate to Chinese consumers' concerns about counterfeits.").

[58] Li, Hongbin, Lingsheng Meng, and Yunbin Zhang, "Exploring Trends in China's Rising Income Inequality between 1988 and 2018," *Stanford Center on China's Economy and Institutions*, May 15, 2024, available at https://fsi9-prod.s3.us-west-1.amazonaws.com/s3fs-public/2024-05/common_prosperity_5.15.24_2.pdf ("Individuals in the top 5% saw their average income grow at an annual rate of 8.9%, and those in the top 0.1% saw a staggering 12% annual growth in income, which equates to a 30-fold increase in their income between 1998 and 2018. … [B]oth the middle class and even the poor also experienced remarkably rapid income growth. For a median adult in the income distribution, the annual growth rate (7%) resulted in an income eight times larger over the 30 years.").

[59] "How Well-off is China's Middle Class?," *China Power*, April 26, 2017, updated September 30, 2021, available at https://chinapower.csis.org/china-middle-class/ ("Decades of economic development have fueled a massive increase in incomes in China. ... China's middle class has been among the fastest growing in the world, swelling from 39.1 million people (3.1 percent of the population) in 2000 to roughly 707 million (50.8% percent of the population) in 2018.").

growth, driven by China's economic development, translated into increased demand for luxury products, as Chinese consumers "trade up to buy more premium brands when they're looking to reward themselves."[60] This "trading-up" behavior reflects the general relationship between incomes and consumption: as disposable incomes increase, consumers prioritize high quality, expensive products.[61]

       *4.      Technological Factors Accelerated the Growth of Luxury and Beauty Products in China*

44.    These economic developments occurred alongside a period of rapid technological change that reshaped the structure of retail and consumer engagement. The proliferation of online platforms and e-commerce channels redefined how consumers discover, evaluate, and purchase luxury products, enabling brands to scale beyond traditional retail hubs.

45.    This digital proliferation has been particularly evident in the beauty industry. In the years leading up to the beginning of the Proposed Class Period, e-commerce became a dominant sales channel for beauty. In the luxury beauty industry, online sales accounted for 28 percent of sales in 2019 and 38 percent in 2020, reflecting the industry's accelerated digital

---

[60] Zipser, Daniel, Daniel Hui, Jia Zhou, and Cherie Zhang, "2023 McKinsey China Report," *McKinsey & Company*, December 2022, available at https://www.mckinsey.com/cn/~/media/mckinsey/locations/asia/greater%20china/our%20insights/2023%20mckinsey%20china%20consumer%20report%20a%20time%20of%20resilience/2023%20mckinsey%20china%20consumer%20report%20en.pdf.

[61] Zipser, Daniel, Daniel Hui, Jia Zhou, and Cherie Zhang, "2023 McKinsey China Report," *McKinsey & Company*, December 2022, available at https://www.mckinsey.com/cn/~/media/mckinsey/locations/asia/greater%20china/our%20insights/2023%20mckinsey%20china%20consumer%20report%20a%20time%20of%20resilience/2023%20mckinsey%20china%20consumer%20report%20en.pdf ("High-income respondents indicated that they are trading up to buy more expensive brands and products in categories that make them look good, such as skincare[.]").

adoption.[62] By 2022, e-commerce was responsible for the sale of roughly 45 percent of prestige beauty products in China.[63]

46.     Social commerce platforms further accelerated this shift. In 2020, a *McKinsey & Company* report noted that "[s]ocial commerce has seen triple-digit growth over the past five years in China."[64] Within social commerce, livestreaming "emerged as a pivotal sales platform for cosmetics … doubling its presence from 2019 to 2020, and as of 2022, contribut[ing] to approximately 10 percent of Chinese e-commerce."[65] Livestreaming combines entertainment and product demonstration in real time, allowing brands and influencers to engage audiences interactively and drive instant sales conversions.[66]

47.     In the years leading up to and during the Proposed Class Period, global luxury houses leveraged the growing influence of social commerce by launching brand-controlled flagship stores on digital marketplaces such as Tmall and JD.com, enabling them to reach

---

[62] "Stats: How fashion ecommerce has changed since Covid-19," *Econsultancy*, December 3, 2021, available at https://econsultancy.com/stats-how-fashion-ecommerce-has-changed-post-covid-19/ ("Ecommerce penetration … in luxury beauty far outstrips any other category (expected growth 28% in 2019 to 38% in 2020).").

[63] Helgans, Ashley, "Insight: A Deep Dive Into the China Beauty Market," *Jefferies,* September 17, 2023, p. 1 ("China's prestige beauty market grew ~71% from 2018 to 2022 (~15% CAGR) to ~$30B USD and ~45% of sales take place online - primarily Tmall.").

[64] Achille, Antonio, et al., "Understanding Chinese Consumers: Growth Engine of the World," *McKinsey & Company*, November 2020, available at https://www.mckinsey.com/~/media/mckinsey/featured%20insights/china/china%20still%20the%20worlds%20growth%20engine%20after%20covid%2019/mckinsey%20china%20consumer%20report%202021.pdf, p. 119.

[65] Interesse, Giulia, "China's Cosmetics and Personal Care Market: Key Trends and Business Outlook," *China Briefing*, July 20, 2023, available at https://web.archive.org/web/20231221122341/https://www.china-briefing.com/news/chinas-cosmetics-and-personal-care-market-key-trends-and-business-outlook/.

[66] Interesse, Giulia, "China's Cosmetics and Personal Care Market: Key Trends and Business Outlook," *China Briefing*, July 20, 2023, available at https://web.archive.org/web/20231221122341/https://www.china-briefing.com/news/chinas-cosmetics-and-personal-care-market-key-trends-and-business-outlook/ ("Beauty brands that succeed are increasingly integrating livestreams with KOL/KOC partnerships, short-video storytelling, in-stream commerce and rapid-fire conversion. For instance, brands use interactive product demonstrations and real-time Q&A during live sessions to deepen consumer engagement and accelerate purchase intent.").

younger and lower-tier-city consumers.[67] For example, sales of premium skincare brands on

Tmall grew at a compound annual rate of 52 percent between 2019 and 2021.[68]

> 5.    *Social and Cultural Factors Reinforced Trends in Luxury and Beauty Consumption in China*

48.    In the years leading up to the Proposed Class Period, social and cultural dynamics

played an important role in reinforcing the growth of China's luxury and prestige beauty

markets. These dynamics, spanning generational shifts and longstanding social and cultural

values, shaped how consumers perceive, purchase, and display luxury goods.

49.    During this period, generational changes in consumer preferences and behaviors

influenced the growth of luxury consumption in China, including for beauty products. Younger

generations, particularly Millennials and Gen Z, grew up during a period of sustained economic

expansion, with greater disposable incomes and optimism about the future. They tend to view

luxury purchases, including beauty products, as expressions of enjoyment and self-reward rather

than symbols of long-term financial security or markers of future status.[69]

---

[67] Liu, Doris, "JD Luxury Links with High-end Brands to Boost Digital Profile," *JingDong Corporate Blog*, July 28, 2022, available at https://jdcorporateblog.com/jd-luxury-links-with-high-end-brands-to-boost-digital-profile ("Other models are also open for brands with a wider selection of merchandise and scenarios, including JD's self-operation with brands' official authorization … which allows luxury brand to run the store with independent operation[.]"); "Alibaba's Tmall Luxury Pavilion transforms the way brands engage consumers," *CPP Luxury*, February 2, 2023, available at https://cpp-luxury.com/alibabas-tmall-luxury-pavilion-transforms-the-way-brands-engage-consumers ("Tmall Luxury Pavilion offers the technology, data intelligence and features that enable leading luxury brands to personalize and enrich the e-commerce experience.").

[68] Zipser, Daniel, Daniel Hui, Jia Zhou, and Cherie Zhang, "2023 McKinsey China Report," *McKinsey & Company*, December 2022, available at https://www.mckinsey.com/cn/~/media/mckinsey/locations/asia/greater%20china/our%20insights/2023%20mckinsey%20china%20consumer%20report%20a%20time%20of%20resilience/2023%20mckinsey%20china%20consumer%20report%20en.pdf ("[S]ales on Tmall of premium2 skincare brands enjoyed compound annual growth of 52 percent between 2019 and 2021. This implies it more than doubled, compared with just 16 percent for mass-market brands.").

[69] "Understanding China's Growing Love For Luxury," *McKinsey & Company*, March 2011, p. 12 ("Young children when China's economic reforms started to gather steam, these consumers have never lived through an economic recession, and they've seen household income and property values steadily rise throughout their adult lives. They are extremely optimistic about their future and about their prospects for becoming richer: 64% believe their incomes

50.    These younger consumers also generally differ from older cohorts in how they discover and purchase luxury goods. They frequently rely on social media and tend to buy through online channels such as e-commerce and livestreaming platforms.[70]

51.    In addition to these generational differences in purchasing behavior, longstanding social and cultural factors also influenced luxury consumption in China. The cultural concept of "face" (面子, miànzi, defined as the "sense of favorable social self-worth that a person wants others to have of him or her in social interactions") affects demand for luxury and beauty products. In this context, luxury consumption is often viewed as a status symbol in China, and those who own luxury goods are seen as individuals who "tend to enjoy a high quality of life, are successful, fashionable, and have good taste[.]"[71] As a result, Chinese middle-class consumers regard luxury brands as highly valuable possessions and often purchase them to align with social expectations.[72]

---

will continue to grow significantly over the next five years. Close to half of all luxury consumers say that they believe in enjoying life today rather than worrying about the future. As a result, the percentage of Chinese consumers who are buying luxury products for personal indulgence is growing rapidly, rising from a quarter in 2008 to 36% in 2010. More than half say they buy luxury goods to 'reward themselves for hard work and success.").

[70] "What's Powering China's Market for Luxury Goods?," *Bain & Company*, March 2019, available at https://www.bain.com/insights/whats-powering-chinas-market-for-luxury-goods/ ("Unlike older generations, millennials are more heavily influenced by what they consider to be cool than by brand names or product pricing. They value newness more than discounts. They rely on social media and freely share their opinions online. Like their counterparts in all age groups, millennial women buy more luxury goods than men do.").

[71] "Global Reach of China Luxury," *KPMG*, 2013, available at https://assets.kpmg.com/content/dam/kpmg/pdf/2013/01/Global-Reach-China-Luxury-201301.pdf, p. 30 ("Luxury consumption is still viewed as a status symbol in China. Respondents said their perception of people who own luxury goods are that they tend to enjoy a high quality of life, are successful, fashionable and have good taste, all positive attributes.").

[72] Zhan, Lingjing and Yanqun He, "Understanding luxury consumption in China: Consumer perceptions of best-known brands," *Journal of Business Research*, 2012, pp. 1452-1460, p. 1458 ("These findings suggest that Chinese middle-class consumers perceive luxury brands as highly valuable possessions, and they primarily pursue luxury goods to conform to the social expectations of important reference groups.").

52.      Another cultural dimension propelling the luxury beauty market in this period was the practice of gift-giving and the concept of guanxi (关系). In China, gifting plays a central role in both personal relationships and business etiquette. Guanxi, a guiding principle in Chinese society that concerns building personal relationships with people from whom one can expect mutual special favors and services,[73] places emphasis on the value and prestige of the gift. When combined with the notion of miànzi (face), it reinforces material expressions of respect and success: the wealth and status associated with luxury goods not only honor the recipient but also strengthen the giver's social network and standing.[74] The interplay between guanxi and miànzi can make the consumption of luxury and beauty products both a personal indulgence and a social expression of respect, influence, and success. Because miànzi and guanxi rely on authenticity and provenance, gifts lacking these qualities would undermine the social capital they are meant to convey.

53.      The combined effects of regulatory policies, rising household incomes, technological change, and longstanding cultural values transformed China into one of the world's most dynamic markets for luxury and prestige beauty products in the years leading up to the Proposed Class Period. The growth of the market for luxury products, including beauty products, created the conditions for alternative distribution and purchasing models to emerge. As demand for foreign prestige products outpaced domestic availability and as consumers sought

---

[73] "The Importance of Relationship Building in China," *Program on Negotiation at Harvard Law School*, October 14, 2025, available at https://www.pon.harvard.edu/daily/international-negotiation-daily/negotiation-in-china-the-importance-of-guanxi/ ("A guiding principle in Chinese society is *guanxi*: the cultivation of personal relationships with people who can be expected to exchange favors, loyalty, and support over time.").

[74] Antioco, Michael, "Luxury consumption in China: a story of dynamic transformation," *EDHEC Business School*, April 28, 2025, available at https://www.edhec.edu/en/research-and-faculty/edhec-vox/luxury-consumption-in-china-a-story-of-dynamic-transformation ("Face, or mianzi, continues to drive many purchases, as luxury goods confer social prestige. Guanxi, or social connections, similarly supports materialistic tendencies, as wealth and status enhance one's network and perceived value within it.").

more varieties of authentic goods they could trust, daigou developed as an informal channel connecting Chinese consumers with overseas luxury products.

### C.        History of Daigou's Development and Proliferation

54.        After emerging as an informal way for Chinese consumers to obtain foreign luxury and beauty products, daigou expanded over the two decades leading up to and during the Proposed Class Period, evolving from small, personal transactions among travelers and their friends and family to also include a professionalized, technology-driven resale channel. In this section, I discuss how daigou developed from its early origins to its modern, commercialized form and its continued presence in China's luxury and beauty markets today (i.e., after the Proposed Class Period).

55.        In comparison, Dr. Cain does not discuss in his expert report that the daigou phenomenon evolved over time. In deposition, he testified that his awareness of changes in daigou activity was based on the Complaint's discussion of "changes over time and the regulatory environment pertaining to daigou."[75] Dr. Cain also testified that the impact of COVID-19 on duty-free shopping was "not a question I've researched at this point in time."[76] He likewise testified that his understanding that daigou encompasses a wide range of practices— from individual sellers to more organized operations—reflects a "general understanding" derived

---

[75] Cain Deposition, 115:9-17 ("Q. So is it fair to say you are not aware that daigou has evolved substantially leading up to the class period and even throughout the class period? A. I recall the complaint talking about changes over time and the regulatory environment pertaining to daigou. So I do recall some discussion about that and interacting with Covid travel restrictions and things like that.").

[76] Cain Deposition, 166:22-167:5 ("Q. Do you know to what extent the Covid-19 pandemic impacted travelers' shopping in duty-free stores during the class period? A. I recall the complaint talking about Covid and potential impacts on consumer behavior, but beyond just pointing to things the complaint talks about, it's not a question I've researched at this point in time.")

only from his review of the Complaint and the Court's order on the Defendants' Motion to

Dismiss the Complaint.[77]

56.    The practice of daigou—purchasing goods abroad on behalf of others, as

discussed above—has a long history in China and is deeply ingrained in Chinese social and

cultural traditions, with evidence dating back more than 2,000 years. Archaeological findings

from the Han dynasty Xuanquanzhi site in Dunhuang include correspondence indicating that

travelers procured items for acquaintances, reflecting early forms of personal overseas

shopping.[78] This practice of purchasing goods for friends and family continues to be part of

Chinese culture today.

57.    In modern China, daigou began as a commercial phenomenon in the mid-2000s as

Chinese travelers began buying goods overseas for friends and family.[79] This development was

---

[77] Cain Deposition, 115:18-116:2 ("Q. Are you aware that daigou can encompass a wide range of practices ranging from a single individual seller bringing in items for resale to family and friends to book sellers and even syndicates? … A. That's consistent with the general understanding of daigou that I have based on my review of these documents.").

[78] "2000 年前也有代购！官员出差边疆「购物清单」出土" ["Daigou existed 2,000 years ago! Official's Business Trip to the Frontier: 'Shopping List' Unearthed"], 中時新聞網 [*China Times*], April 10, 2024, available at https://www.chinatimes.com/cn/hottopic/20240410002353-260812?chdtv ("大陆甘肃敦煌悬泉置遗址出土一封汉朝信件，内容是寄件人委托朋友帮忙的购物清单。(Translated from Chinese) "A letter unearthed at the Dunhuang Xuanquan Site in Gansu, mainland China, from the Han Dynasty contains a shopping list entrusted by the sender to a friend."); "许可：古丝绸之路上的'代购清单'" ["License: 'Daigou List' on the Ancient Silk Road"], 华东师范大学 [*East China Normal University (ECNU News)*], November 20, 2023, available at https://www.ecnu.edu.cn/info/1425/64997.htm ("1990 年，敦煌悬泉置遗址内出土一封叫作《元致子方书》的信件。这封信，由汉代一个叫"元"的人写给好友"子方"。他在信中拜托子方办几件事，包括代购一双鞋和五支上好的毛笔。… 与此私人代购不同，还有不少"代购任务"是由跨国贸易的商团承担的。其中最活跃的，就是粟特商团。… "代购"书信中的"元"，生活在敦煌悬泉置。" (Translated from Chinese) "In 1990, a letter called 'Letter from Yuan to Zi Fang' was unearthed from the Dunhuang Xuanquan site. This letter was written by a person named 'Yuan' from the Han Dynasty to his friend 'Zi Fang'. In the letter, Yuan asked Zi Fang to help with several tasks, including buying a pair of shoes and five fine brushes. … Apart from this private purchase[daigou], many 'daigou tasks' were handled by cross-border trade merchant groups. The most active of these groups were the Sogdian merchants. …The 'Yuan' in the 'daigou' letter lived in Dunhuang Xuanquan.").

[79] Johnson, Eric and Sunny Xu, "Daigou: What You Need to Know about China's Newest E-Commerce Opportunity," *FrontierView*, August 23, 2018, available at https://frontierview.com/insights/daigou-what-you-need-to-know-about-chinas-newest-e-commerce-opportunity/ ("While it may be a new concept to global executives, daigou has been around for more than 10 years. … The traditional characterization of daigous are students and other

driven in part by a surge in outbound tourism, as the number of Chinese travelers "increased at a compounded annual rate of 18.5% between 2000 and 2010, from roughly 10.5 million to 57.4 million," and because "[t]he outbound Chinese visitor enjoys shopping and will spend a considerable amount of money doing so."[80] In a 2019 article, *Bloomberg* similarly noted that "[d]aigou started around a decade ago when Chinese tourists began traveling abroad in significant numbers and noticed how much cheaper certain items were overseas."[81] Heightened awareness of product safety, variety, and authenticity concerns during this period further reinforced demand for daigou purchases.[82]

58.    During the 2010s, daigou practices expanded from informal personal shopping to include professionalized, platform-based commerce. While early daigou were typically students or tourists carrying duffel bags of goods for resale online,[83] as the practice scaled, it became increasingly organized through digital channels and logistics networks. For example, by 2013, the online shopping platform Taobao alone hosted thousands of registered daigou agencies

---

leisure travelers who are small-time buyers purchasing abroad, and bringing goods back into mainland China on behalf of a small network of friends and family.").

[80] "The 21st Century Game-Changer Up Close China Outbound Tourism," *HVS*, April 2011, available at https://www.hvs.com/content/3109.pdf, pp. 2, 8.

[81] "What's Daigou and What's It to Gucci and Beijing?," *Bloomberg*, January 28, 2019, available at https://www.bloomberg.com/news/articles/2019-01-28/what-s-daigou-and-what-s-it-to-gucci-and-beijing-quicktake.

[82] For example, following the 2008 melamine contamination incident in infant formula, Chinese consumers became increasingly cautious about the quality and authenticity of domestically produced goods, leading to broader reliance on trusted foreign retail and purchasing channels. Xiao, Bang and Sean Mantesso, "The daigou channel – how a handful of Chinese shoppers turned into a billion-dollar industry," *ABC News*, July 30, 2019, available at https://www.abc.net.au/news/2019-07-31/chinese-daigou-changing-influencing-australian-business/11221498 ("In 2008, China was rocked by a baby formula scandal that left as many as 300,000 infants sick and six dead — consumer confidence in locally-made products never fully recovered. … The crisis sparked a phenomenon here of personal shoppers in Australia sending products to China, which has often made headlines over the years with Australian parents furious about baby formula shortages and the daigou's ability to influence share prices by having a preferred brand.").

[83] Lavin, Frank, "China Retail: Can The Informal Channels Be Your Secret Weapon?," *Forbes*, March 21, 2019, available at https://www.forbes.com/sites/franklavin/2019/03/21/china-retail-can-a-daigou-be-your-secret-weapon/ ("In the early days of China e-commerce, a typical daigou was a student or a tourist who could bring back a duffle bag of products to sell online.").

specializing in luxury goods, including more than 500 agencies offering Estée Lauder products, over 430 for Chanel, and between 300 and 350 for Dior, Lancôme, and Prada.[84] In the same year, there were also more than 20 overseas daigou websites such as YMatou.com, roughly 50 express firms dedicated to daigou logistics, and multiple "fashion forums (e.g. MoGuJie, MeiLiShuo) to recommend 'DaiGou' platforms."[85]

59.    The proliferation of social media and payment platforms, particularly WeChat, further transformed daigou into a digital resale ecosystem. Agents used WeChat to display receipts verifying authenticity, advertise products, process transactions, and coordinate deliveries directly with consumers. Over time, social commerce channels such as Xiaohongshu, Taobao Live, and Douyin (TikTok China) became integral to daigou marketing, combining livestreaming, unboxing videos, and peer-to-peer interaction to enhance consumer trust and engagement.[86] For example, an April 2019 *Alizila* article (news from Alibaba) reported that China "is leading the world in using livestreaming to engage consumers on e-commerce platforms, where influencers leverage the medium to bring products to life" and that "China has the largest livestreaming market in the world … which reached $4.4 billion in 2018 on 32%

---

[84] "2013 China Luxury Market Study," *Bain & Company*, December 17, 2013, available at https://www.bain.com.cn/pdfs/202108271024562425.pdf, p. 21.

[85] Professional express firms offer shipping services from overseas for Chinese consumers. These firms offer local warehouse address and transfer the products back to China and consumers pay for express shipment fee. *See* "2013 China Luxury Market Study," *Bain & Company*, December 17, 2013, available at https://www.bain.com.cn/pdfs/202108271024562425.pdf, p. 22.

[86] *See, e.g.*, Piachaud, Thomas, Charlsy Zhang, and Max Perio, "The Daigou Index 2.0," *Re-Hub*, September 2023, p. 9 ("Social selling and livestream platforms such as Douyin and RED have also started their ecommerce operations and present another potential disruptor to the industry with a stronger focus on social commerce. We have already seen some Daigou starting to leverage the platforms to sell products.").

year-on-year growth [… and] the number of livestream viewers last year in China totaled 456 million."[87]

60.    By the late 2010s, daigou was increasingly integrated into China's e-commerce and social commerce infrastructure. Over the late 2010s, the "market has also seen the emergence of new daigou formats, such as Dewu, also known as Poizon [… , an] e-commerce platform enabl[ing] both individuals and brands to register and sell overseas luxury products to Chinese consumers."[88] Dewu also places a heavy emphasis on authentication of products and user experience, which are important factors for daigou shoppers.[89]

61.    While the COVID-19 pandemic disrupted the travel-dependent structure of daigou, it also accelerated daigou's digital and domestic transformation, catalyzed by enhanced duty-free policies in Hainan. In July 2020—several months into the COVID-19 pandemic—China expanded its offshore duty-free program in Hainan, tripling the annual per-person quota to RMB 100,000 (approximately $14,050) and broadening product eligibility, as I discuss in **Section VI.A**.[90]

---

[87] Wang, Jing, "Livestreaming's Transforming E-Commerce in China," *Alizila*, April 4, 2019, available at https://www.alizila.com/how-livestreaming-is-transforming-e-commerce-in-china/.

[88] Lannes, Bruno and Weiwei Xing, "A Year of Contrasts for China's Growing Personal Luxury Market," *Bain & Company*, January 2022, available at https://www.bain.com/globalassets/noindex/2022/bain_brief_a_year_of_contasts_for_chinas_growing_personal_luxury_market.pdf.

[89] Piachaud, Thomas, Charlsy Zhang, and Max Perio, "The Daigou Index 2.0," *Re-Hub*, September 2023, p. 8 ("DeWu is the case study for an integrated Daigou platform – focusing on offering a platform between Daigou and consumers. Heavy focus on building user experience and authentication has led to its success. … DeWu places a heavy emphasis on authentication of product and service, thereby adapting to the needs and pain points of current Daigou shoppers.").

[90] "关于海南离岛旅客免税购物政策的公告" ["Announcement on Duty-Free Shopping Policy for Departing Passengers from Hainan Island"], 中华人民共和国财政部, 海关总署, 税务总局 [*Ministry of Finance, General Administration of Customs, and State Taxation Administration of the People's Republic of China*], June 29, 2020, https://www.gov.cn/zhengce/zhengceku/2020-06/29/content_5522649.htm ("离岛旅客每年每人免税购物额度为 10 万元人民币，不限次数。免税商品种类及每次购买数量限制，按照本公告附件执行。" (Translated from Chinese) "Each departing passenger is granted an annual duty-free shopping quota of RMB 100,000, with no restrictions on the number of purchases. The categories of duty-free goods and purchase limits per transaction are specified in the

62.    Simultaneously, daigou networks adapted to border closures during the pandemic by shifting operations online and partnering with duty-free operators abroad. For example, a report from *KPMG* and *The Moodie Davitt Report* found that more than 95 percent of South Korea's duty-free sales in 2021 were made to foreign buyers, with most of that activity coming from daigou shoppers serving China.[91] Some estimates indicate that by 2023, the daigou market had increased to $81 billion (600 billion RMB), an increase of over 40 percent since 2019.[92]

63.    Daigou activity continues to be a part of luxury consumption in China after the end of the Proposed Class Period. For example, in April 2025, *Daxue Consulting*, a market research firm focusing on the Chinese market, noted that "[d]aigou remains a powerful force in China's luxury landscape, driving demand and access to both iconic and emerging brands."[93]

64.    In addition to its ongoing role in connecting Chinese consumers with foreign luxury and beauty products, daigou has diversified into new forms that extend beyond traditional outbound purchasing. Around early 2023, reports began describing a "reverse daigou" trend, in which resellers based in mainland China acquire popular domestic goods and deliver them to

---

annex to this announcement."); Moodie, Martin, "Global exclusive: July 1 breakthrough as Hainan extends offshore duty free categories from 38 to 45; liquor to be included; Allowance increased to RMB100,000," *The Moodie Davitt Report*, June 29, 2020, available at https://moodiedavittreport.com/global-exclusive-july-1-breakthrough-as-hainan-extends-offshore-duty-free-categories-from-38-to-45-liquor-to-be-included-allowance-increased-to-rmb100000/ ("The range of duty free categories is being expanded from 38 to 45, as part of a hugely ambitious Hainan Free Trade Port Overall Plan released by Hainan Provincial Bureau of International Economic Development.").

[91] *See, e.g.*, "2022 Hainan Travel Retail Market Whitepaper," *KPMG* and *The Moodie Davitt Report*, July 2022, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2022/07/hainan-travel-retail-market-whitepaper.pdf, p. 10 ("In 2021, the pandemic-ravaged Korean duty free channel was primarily by sales to foreign customers, who generated 95.4% of total revenue (up from 94% in 2020). Almost all of that activity was through reseller activity to China.").

[92] "Daigou," *Jing Daily*, available at https://jingdaily.com/trends/daigou ("According to Re-Hub's September 2023 report, 'The Daigou Index 2.0,' China's gray market size is an estimated $81 billion (600 billion RMB), having expanded by over 40% since 2019.").

[93] "Inside luxury's gray market: The evolving role of China's Daigou industry," *Daxue Consulting*, April 25, 2025, available at https://daxueconsulting.com/daigou-in-china.

consumers in nearby markets, such as Hong Kong.[94] Also, U.S. customers have recently begun traveling to China to purchase goods for personal use and resale due to high tariffs on Chinese imports.[95]

65.     Similar informal resale and proxy-purchasing systems exist globally. Examples include the "suitcase trade" that linked Istanbul with post-Soviet markets in the 1990s[96] and modern peer-to-peer delivery platforms such as Grabr and AirWayBill, which connect travelers with buyers seeking goods unavailable or more expensive in their home countries.[97]

---

[94] Peiyue, Wu, "Hong Kong's 'Daigou' Trade Is Back. But This Time, It Has Reversed," *Sixth Tone*, March 18, 2023, available at https://www.sixthtone.com/news/1012494 ("[M]any Chinese are starting to explore the 'reverse daigou' trade. … There are a huge variety of trendy snacks in mainland China … that are hard to find across the border in Hong Kong. Bubble tea from Yidiandian, Master Bao's pastries, and specialty products from Alibaba's Hema supermarkets or Walmart's Sam's Club stores are all reportedly popular choices for reverse daigou."); Xiaoyi, Lin and Huang Lanlan, "Increasing appeal of mainland products and lifestyle reverses flow of HK surrogate shopping, amid Bay area integration," *Global Times*, April 25, 2023, available at https://www.globaltimes.cn/page/202304/1289774.shtml ("Since the mainland-Hong Kong border fully reopened on February 6, there have been increasingly exchanges between the two cities. However, far from the professional shopper business in Hong Kong actively patronized by mainland shoppers in the past, now, some part-time or even professional shoppers in Shenzhen have started ferrying goods in the other direction. They began shuttling goods between the two cities, upon noticing people in Hong Kong had a keen curiosity for affordable and high-quality food and daily necessities from the mainland, conceiving the idea of not wanting to 'return empty-handed' after a trip.").

[95] *See, e.g.*, "'High tariffs need to stop': US consumers hurt by hefty duties on 'Made in China' products," *Global Times*, May 4, 2025, available at https://www.globaltimes.cn/page/202505/1333315.shtml ("As the US imposed hefty tariffs on China, American consumers who rely on 'Made in China' products have felt the adverse effect of the tariffs - some have dragged empty suitcases across the Pacific Ocean to go on shopping sprees in China; others have found that certain daily products in the US have become 'luxury' items they cannot afford.").

[96] "Istanbul's storied 'suitcase trade' with ex-USSR remains resilient despite downturn," *EurasiaNet*, August 9, 2018, available at https://eurasianet.org/istanbuls-storied-suitcase-trade-with-ex-ussr-remains-resilient-despite-downturn ("The suitcase trade gets its name from the early days after the collapse of the Soviet Union, when women from former Eastern Bloc countries would come to Istanbul by bus, fill their luggage to the brim with clothes and take them back home to sell. Today, though, the trade is a multi-billion-dollar business that has outgrown its humble moniker and attracts customers from all over the world.").

[97] Ellwood, Mark, "Your personal shopper … on the other side of the world," *Financial Times*, November 22, 2024, available at https://www.ft.com/content/81bf4448-2ccb-49dc-b0de-b4fca6b333e9 ("The ad hoc business evolved into start-up Grabr, launched in 2016 and billed as the best way to buy products that are unavailable or too expensive in the buyer's country. Goods are purchased by travellers who then deliver the requested item to the buyer. The traveller is then reimbursed and paid a commission. … AirWayBill has about 60,000 active users, and that its most common requests are San Francisco to New Delhi and London to Cairo. They are most often looking for gadgets, especially phones, but handbags and watches are also key items, as is baby food.").

**D.    Economic and Cultural Conditions in China Influence Daigou Activity in China**

66.    In my research on pricing strategy, international retail management, and market entry, I have studied how firms set prices and manage distribution across markets that differ in regulation, consumer preferences, and purchasing power, and how these differences shape both firm strategy and consumer behavior. Through my research and teaching, including interactions with executives from global companies in my classes and field visits to companies in China, including those in the luxury and beauty sectors, I have observed that differences in economic, regulatory, and cultural factors influence brand strategies for managing cross-border demand and shape Chinese consumers' pursuit of authentic, foreign products through both formal and informal channels. In this section, I explain that these dynamics often give rise to gray or parallel markets, such as daigou. Certain product categories, particularly luxury and beauty goods, are especially conducive to this activity, and the travel retail industry provides a setting where these factors converge through favorable pricing and reliable access to authentic products.

67.    While Plaintiffs' allegations concern the drivers of Estée Lauder's travel retail sales in Asia and the role of daigou activity in that channel, Plaintiffs' expert, Dr. Cain, testified that he does not have expertise in prestige beauty or travel retail in the Asia-Pacific region,[98] and did not "consider the opinion or views of any other expert in the travel retail industry."[99] In comparison, my analysis in this section draws on research and industry experience focused on these markets.

---

[98] Cain Deposition, 82:7-16 (Q. Do you have any experience on the personal side shopping in travel retail in the Asia-Pacific region? A. No, I don't believe so. Q. Would you agree that you are not an industry expert in travel resale? A. Yes. Q. And would you agree you are not an industry expert in Prestige Beauty? A. Yes.").

[99] Cain Deposition, 84:10-13 ("Q. Did you consider the opinion or views of any other expert in the travel retail industry? A. No.").

          *1.*     *Cross-Border Price and Access Disparities Create Conditions for Gray Markets*

68.      Gray or parallel markets can arise when independent intermediaries import branded products from abroad (or domestic duty-free locations) and resell them through channels not authorized by the brand owner.[100] Academic research has long examined the structural and economic conditions that give rise to such markets—informal resale systems that emerge when disparities in price, regulation, or product access exist across borders. These markets function as a form of arbitrage, arising when participants exploit the price and access differentials created by varying economic and regulatory conditions across borders.

69.      The most common driver of gray or parallel market activity is variation in prices across jurisdictions. As noted in the academic literature, disparities in prices create opportunities to "allow entrepreneurial importers to benefit from the arbitrage of international price differentials in the same product."[101] When the "price differential across markets is large relative to transaction costs," entrepreneurs in gray markets are able to take advantage of such price differences and create profits for themselves.[102] These price differentials arise from underlying differences in production costs and regulatory environments across jurisdictions. Variations in "raw material accessibility, labor costs, utility expenses, tax liabilities, efficiency of production facilities, government subsidies, and other numerous possible expenses" create structural pricing

---

[100] Chen, Hsiu-Li, "Gray Marketing: Does It Hurt the Manufacturers?," *Atlantic Economic Journal*, Vol. 37, 2009, pp. 23-35, p. 23 ("The so-called parallel importation or gray marketing arises when a marketer imports branded products from abroad, then diverts and sells them through unauthorized channels. Gray markets are not generally considered illegal … Rather, gray goods are genuine in terms of their manufacturer, but their distribution is unauthorized.").

[101] Andrade, Richard M., "The Parallel Importation of Unauthorized Genuine Goods: Analysis and Observations of the Gray Market," *Penn Carey Law: Legal Scholarship, Repository*, Vol. 14 (3), 2014, available at https://scholarship.law.upenn.edu/cgi/viewcontent.cgi?article=1532&context=jil, p. 412.

[102] Autrey, Romana L., Francesco Bova, and David Soberman, "When Gray is Good: Gray Markets and Market-Creating Investments," *Production and Operations Management*, 2014, p. 1.

differentials that support gray-market arbitrage.[103] In the context of luxury products, additional price variation arises from brand-specific pricing strategies that deliberately maintain higher retail prices in certain markets to reinforce exclusivity and brand positioning.[104]

70.    Macroeconomic factors can further widen these existing price gaps. When exchange rate movements or changes in import duties make goods cheaper abroad, gray market importers can exploit the resulting arbitrage by purchasing products in lower-priced markets and reselling them domestically at a profit.[105]

71.    Although gray markets typically arise from price arbitrage, similar resale channels can develop when products are unavailable, delayed, or otherwise difficult to obtain in a particular market. In such markets, consumers may turn to parallel importers as alternative supply channels. In these circumstances, access rather than price becomes the primary motivation for cross-border purchasing, and "the online gray market becomes its key sourcing channel."[106]

---

[103] Andrade, Richard M., "The Parallel Importation of Unauthorized Genuine Goods: Analysis and Observations of the Gray Market," *Penn Carey Law: Legal Scholarship, Repository*, Vol. 14 (3), 2014, available at https://scholarship.law.upenn.edu/cgi/viewcontent.cgi?article=1532&context=jil, p. 417.

[104] *See e.g.,* Booker, Avery, "Luxury Price Hikes in China: Strategic or Risky?," *Jing Daily*, July 12, 2024, available at https://jingdaily.com/posts/price-hikes-in-china-strategic-move-or-risky-gamble ("Over the past three years, high-end luxury handbags have experienced an average price increase of over 32%, far outpacing China's roughly 2% inflation rate. … [F]our main objectives underpin recent luxury price increases: [m]aintaining brand value and customer loyalty, stimulating demand, differentiating from mass-market brands, and maximizing profits.").

[105] Andrade, Richard M., "The Parallel Importation of Unauthorized Genuine Goods: Analysis and Observations of the Gray Market," *Penn Carey Law: Legal Scholarship, Repository*, Vol. 14 (3), 2014, available at https://scholarship.law.upenn.edu/cgi/viewcontent.cgi?article=1532&context=jil, p. 413 ("The least outcome determinative explanation for price differentials that permit the existence of gray markets is the fluctuation of currency exchanges. During periods when the dollar is strong compared to other currencies, gray markets will emerge in the United States. The exchange rate differentials create the necessary price disparities that allow gray marketeers to reap their profits.").

[106] Zhao, Kexin, Xia Zhao, and Jing Deng, "An Empirical Investigation of Online Gray Markets," *Journal of Retailing*, Vol. 92 (4), 2016, pp. 397-410, p. 407.

41

> 2.    *Economic, Regulatory, and Cultural Factors Gave Rise to Daigou Activity in China*

72.    Daigou activity in China emerged for the same reasons that underpin gray or parallel markets globally. Similar to other forms of cross-border arbitrage, daigou activity reflected (and continues to reflect) the intersection of international price disparities, regulatory restrictions on operations of foreign brands, use of technology, and limited access to foreign goods, including sourcing through overseas authorized retailers and duty-free channels. It developed in an environment where persistent pricing gaps made cross-border purchasing profitable, while barriers to direct access created opportunities for intermediaries to meet consumer demand.

73.    Price differences for luxury and prestige beauty products between China and overseas markets, driven by taxes and brand pricing strategies, created economic incentives for intermediaries to source goods abroad and resell them to Chinese consumers at lower prices. In 2015, *QZ.com*, a global business news website, reported that certain fashion products in China could be up to 20 to 40 percent more expensive than in Europe,[107] attributing "70% of the price difference" to taxes (including import duties, value-added tax, and consumption tax), and noting that the remaining "30% of the price markup in China" reflects that "luxury goods in China are priced at a premium."[108] Indeed, during my teaching trips to China, my students frequently

---

[107] Bain, Marc, "China wants its people to buy more Western goods – in China," *Quartz*, December 14, 2015, available at https://web.archive.org/web/20151215101323/http://qz.com/571916/china-wants-its-people-to-buy-more-western-goods-in-china/ ("On Dec. 9, Bomoda, a consumer intelligence firm, ran comparisons on the costs of different fashion products in China versus the US for Quartz. It found that, in China, a Tory Burch bag was 41% more expensive than in Europe. The same was true of a Roberto Cavalli dress (35%), a pair of Salvatore Ferragamo pumps (30%), and a Burberry scarf (20%).").

[108] Bain, Marc, "China wants its people to buy more Western goods – in China," *Quartz*, December 14, 2015, available at https://web.archive.org/web/20151215101323/http://qz.com/571916/china-wants-its-people-to-buy-more-western-goods-in-china/ ("Taxes account for 70% of the price difference, according to a 2013 report on the Chinese market for luxury goods by investment bank Exane BNP Paribas. But import duties themselves are just a

marveled at the fact that prices for most luxury goods, including beauty products, watches, and jewelry, were much lower in the U.S.

74.    China's taxes on foreign goods, which are "designed to encourage sales of Chinese-made products," widen the price gap between imported and domestic goods and, in turn, "create opportunities for gray-market traders and daigou."[109] In addition to tax policy, luxury brands often impose higher retail markups in China to reinforce their premium positioning, partially due to severe income disparities.[110] According to Bernstein data cited by the *Wall Street Journal*, on average, "a luxury good sold in China is 24 percent costlier than the same item sold in Europe."[111] Daigou shoppers are therefore able to purchase items in a "country where prices run relatively low, and resell them at a discount in higher-priced markets."[112] Daigou shoppers also purchase products in duty-free stores as the products are exempt from import duties, value-

---

portion of that—China also charges a value-added tax (VAT) and a consumption tax. The other 30% of the price markup in China, however, is beyond even Beijing's control. It's 'simply higher prices,' according to the report.").

[109] Quilty-Harper, Conrad, "What luxury needs to know about daigou: Part 2," *Jing Daily*, February 6, 2025, available at https://jingdaily.com/posts/how-china-s-daigou-and-gray-market-threaten-luxury-brands-part-2 ("Luxury goods are typically cheaper outside of China, which encourages shoppers to shop abroad. It's estimated that about two-thirds of all purchases of luxury goods by Chinese buyers occur outside of the country. These price differences stem partly from China's taxes on foreign goods, including import duties, VAT, and consumption tax, which are designed to encourage sales of Chinese-made products. This discrepancy drives Chinese shoppers abroad, from Japan to a Bicester Village outlet near London, and also creates opportunities for gray market traders and daigou.").

[110] *See e.g.*, "Intl brands' pricing strategy in China," *China Daily*, October 1, 2012, available at https://usa.chinadaily.com.cn/2012-10/01/content_15794915.htm ("Pricing products higher in China and attaching a premium to them is a common pricing strategy used by international companies to reach out to well-heeled customers."); "Luxury Marketing: A Deep Dive into High-End Branding," *Sotheby's Institute of Art*, May 22, 2023, available at https://sothebysinstitute.com/articles/how-to-series-luxury-marketing/ ("Sometimes pricing itself can be a marketing tactic. Luxury brands leverage their high prices to create a prestigious image. This appeals to customers, who are more inclined to pay a premium for the bragging rights that come with scarcity.").

[111] Sankary, Gary, "A Luxury Shopping Trend with a Geographic Wrinkle," *ESRI*, October 1, 2024, available at https://www.esri.com/about/newsroom/publications/wherenext/luxury-goods-daigou.

[112] Sankary, Gary, "A Luxury Shopping Trend with a Geographic Wrinkle," *ESRI*, October 1, 2024, available at https://www.esri.com/about/newsroom/publications/wherenext/luxury-goods-daigou.

added tax, and consumption tax, and typically retail at 20–30 percent below mainland China prices.[113]

75.     Exchange rate movements and other economic incentives also affect daigou activity. For example, in recent years, daigou have benefited from Japan's weak yen, tourist tax rebates, and inflation-driven price disparities, allowing them to purchase luxury goods in Japan at significantly lower prices than in China.[114]

76.     In addition, regulatory, technological, and cultural factors discussed in **Section IV.B** have supported the development and persistence of daigou in China's luxury and beauty markets. Regulatory restrictions on foreign retail operations and associated product unavailability have long limited Chinese consumers' access to certain international luxury and beauty products, creating gaps that daigou channels helped fill by sourcing "exclusive brands, limited-edition items, or even products that haven't launched domestically yet."[115] The rise of e-commerce and social media platforms such as Taobao, WeChat, and Xiaohongshu allowed daigou resellers to "offer seamless transactions […, and] allow consumers to communicate with the daigou agent, select and order products, and make payments conveniently."[116] In addition,

---

[113] Kim, Aimee, Alex Sawaya, and Michael Straub, "Hainan's $40 billion prize: The new battleground for global luxury," *McKinsey & Company*, July 2021, available at https://www.mckinsey.com/cn/~/media/mckinsey/locations/asia/greater%20china/our%20insights/hainans%2040%20billion%20prize%20the%20new%20battleground%20for%20global%20luxury/hainan%20luxury.pdf, p. 4 ("[S]ignificant price advantages compared with the domestic market of as much as 20-30 percent before additional discounts, will further stoke demand [for Hainan duty free products] and syphon off demand from domestic and overseas travel retail markets.").

[114] "Inside luxury's gray market: The evolving role of China's Daigou industry," *Daxue Consulting*, April 25, 2025, available at https://daxueconsulting.com/daigou-in-china/ ("In 2024, Daigou agents flocked to Japan to exploit the weaker Japanese Yen, which hit its lowest point against the Chinese Yuan in decades. Combined with Japan's rising inflation and generous tax rebates for tourists, the price gap for certain luxury goods reached up to 30% compared to domestic prices in China.").

[115] Piachaud, Thomas, Charlsy Zhang, and Max Perio, "The Daigou Index 2.0," *Re-Hub*, September 2023, p. 4.

[116] Piachaud, Thomas, Charlsy Zhang, and Max Perio, "The Daigou Index 2.0," *Re-Hub*, September 2023, p. 4.

44

daigou help address authenticity concerns and trust gaps by "providing authentic luxury products, building trust with their consumers in a market plagued by counterfeit product fears," often sourcing products from authorized retailers, including duty-free outlets.[117] These dynamics are further reinforced by cultural norms such as miànzi and guanxi, which shape luxury consumption patterns and support the continued role of daigou in China's beauty and luxury markets.[118]

77.    Within the broader daigou ecosystem, certain product categories such as luxury and prestige beauty in particular lend themselves to daigou trade using travel retail channels because of their high value-to-weight ratio. Prestige beauty is among the most active and popular segments of the daigou market because its products combine compact size, high margins, and frequent repeat purchases—which make them well suited for cross-border resale, including by daigou[119]—and also because safety and authenticity concerns typically are especially salient for beauty products applied directly to the skin, increasing demand for items sourced from overseas authorized retailers and duty-free outlets, as discussed above. According to *Think China*, "in 2018, the sales value of prestige beauty products by Chinese consumers outside China in APAC

---

[117] Piachaud, Thomas, Charlsy Zhang, and Max Perio, "The Daigou Index 2.0," *Re-Hub*, September 2023, p. 4 ("Another reason for the rising popularity of Daigou is their reputation for providing authentic luxury products, building trust with their consumers in a market plagued by counterfeit product fears. … Daigou typically have relationships with luxury brands and access to their genuine products. This availability reassures consumers that the goods they are purchasing through these agents are authentic, tackling a substantial worry about counterfeit items.").

[118] *See, e.g.*, Zhang, Xiaoyu, Aaron Tham, Yulin Liu, Wendy Spinks, and Liang Wang, "To market, to market: uncovering Daigou touristscapes within Chinese outbound tourism," *Journal of China Tourism Research*, Vol. 17 (4), 2021, pp. 549-569.

[119] *See e.g.*, "Chinese Daigou Traders in South Korea Adapt Fast to New E-commerce Law," *Jing Daily*, June 7, 2019, available at https://jingdaily.com/posts/chinese-daigou-south-korea ("Growing popularity in China for high-end luxury makeup and the need to buy smaller portable products increases demand for smaller makeup products in duty free stores."); Nan, Lisa "The Daigou Dilemma: LVMH Pushes Back Against China's 'Personal Shoppers,'" *Jing Daily*, February 21, 2023, available at https://jingdaily.com/posts/daigou-lvmh-china-personal-shoppers ("[T]he price of luxury beauty cosmetics in Hainan is 30-55 percent lower than the full retail price … [t]he impressive price gap resulted in a lucrative opportunity for these surrogate shoppers.").

[was] about 16 billion euros," with 7.5 billion of that total attributed to purchases made through daigou shoppers in Japan, Korea, Malaysia, Hong Kong and Australia.[120]

78.    Taken together, these economic, regulatory, technological, and cultural factors have created an environment in which daigou sales are deeply embedded in Chinese consumer behavior. The combination of structural price differentials, evolving retail and distribution systems, and cultural preferences for authenticity, prestige, and trust has made daigou a consistent feature of China's luxury and beauty markets, including the travel retail channel.

## E.    Daigou Activity Encompasses a Range of Permissible Practices

79.    As discussed above, Plaintiffs' allegations characterize daigou activity as prohibited, illicit, or otherwise improper.[121] However, as I discuss in this section, daigou has long encompassed a range of practices that are permissible, subject to regulatory frameworks that differ across jurisdictions and have evolved over time.

80.    In comparison, Dr. Cain does not independently assess whether daigou activity was prohibited or permissible during the Proposed Class Period. Instead, in his expert report, Dr. Cain's discussion of daigou is limited to summarizing the allegations in the Complaint, without independent analysis of applicable laws or regulatory frameworks. Dr. Cain also testified that beyond reviewing the legal filings, he did "not really attempt[] to assess the extent to which

---

[120] "Sun, Benjamin, Chinese Beauty Daigou in ASEAN Region," *Think China Quarterly*, June 4, 2021, available at https://www.thinkchina.com/insights/chinese-daigou-market-for-prestige-beauty-in-asean-region/. *See also*, Rozario, Kevin, "Beauty Dominates Hainan's High-Growth Duty-Free Market – But There's A Downside," *BeautyMatter*, February 2, 2022, available at https://beautymatter.com/articles/beauty-dominates-hainans-high-growth-duty-free-market-but-theres-a-downside ("Bain calculates that Hainan contributed about 5% to China's overall luxury goods market growth in 2021. Personal luxury makes up almost all (95%) of the island's sales. That high percentage will not last forever, though beauty's dominance should continue.").

[121] Complaint, ¶¶ 1, 10. *See also* "Opinion and Order Re: Motion to Dismiss," March 31, 2025, p. 1 ("Part of [Estée Lauder's] sales in China and South Korea occur through what are known as daigou, prohibited gray-market resellers that buy luxury goods at duty-free prices and sell them at a mark-up (though still below retail).").

[daigou was] consistent or inconsistent with various laws or regulations,"[122] and that the question of whether daigou activity was permissible or impermissible was "not a question that I've put any thought into at this point in time."[123]

81.    Although commonly described as a form of "gray market" activity, daigou activity encompasses a spectrum ranging from permissible to potentially illegal conduct. Permissible daigou refers to operations conducted within established legal and regulatory frameworks—for example, by purchasing gifts for friends and family, registering as a commercial import business, complying with regulatory requirements, paying applicable taxes, and/or operating through authorized cross-border e-commerce platforms with special requirements. By contrast, illegal daigou involves behavior that falls outside these limits, including, for example, underreporting the value or quantity of goods or reselling items brought into the country under the guise of personal consumption.

82.    Daigou activity encompassed permissible commercial arrangements both before and during the Proposed Class Period. Regulatory authorities in several jurisdictions established procedures that allowed intermediary or bulk purchasing to take place. In particular, South Korea and China implemented frameworks that formalized certain types of daigou-linked transactions within their respective trade and consumer policy objectives, while continuing to define the limits of permissible conduct.

---

[122] Cain Deposition, 116:9-17 ("Q. Did you consider the possibility that daigou is a practice consistent with applicable laws and regulations during the class period? … A. I've not really attempted to assess the extent to which it's consistent or inconsistent with various laws or regulations.").

[123] Cain Deposition, 79:18-80-6 ("Q. But you would agree that you are not qualified to reach a conclusion in the first instance as to whether gray market sales, or daigou sales, are or are not prohibited at any point during the alleged class period here …. is that fair to say? A. Again, what I said before is from a legal standpoint, I would agree that I am not qualified to render any sort of legal opinions. But beyond that, it's not a question that I've put any thought into at this point in time.").

83.     In South Korea, large scale and online purchases by individual foreign customers, including daigou shoppers, were permissible both before and during the Proposed Class Period within procedures administered by the Korean Customs Service ("KCS"). These procedures were periodically adjusted to support duty-free operators during periods of weaker passenger traffic, as discussed in detail in **Section V**. For example, in 2017, KCS allowed duty-free retailers to process freight cargo for downtown and airport duty-free purchases so that bulk orders could be exported through documented cargo channels rather than being limited to hand-carried goods.[124] Similarly, during the COVID-19 period, KCS further permitted duty-free operators to sell online to overseas customers without requiring a physical visit to Korea, and temporarily relaxed quantitative limits per traveler and per product category to offset reduced tourist numbers, a policy described by retailers as "transform[ing] the market into a full-fledged bulk purchase market."[125] These measures—bulk cargo export, online cross-border sales, and relaxed individual purchase limits—were allowed by KCS and widely treated in the industry as permissible extensions of the Korean duty-free framework.

84.     In China, duty-free sales to individual consumers and small-scale purchasers, including those engaged in daigou activity, also included transactions that occurred within frameworks that were permissible under regulations. When daigou activity occurred as a commercial online business and complied with these requirements, the sales were permissible.

---

[124] Moodie, Martin, "Big changes to daigou sector raise Korean duty free retailer concerns," *The Moodie Davitt Report*, February 5, 2024, available at https://moodiedavittreport.com/big-changes-to-daigou-sector-raise-korean-duty-free-retailer-concerns/ ("Before 2017 all the daigongs (surrogate purchasers) operated with a hand-carry business. From 2017, due to the political crisis and the resultant slump in Chinese tourism, KCS allowed freight cargo for downtown and airport duty free purchases.").

[125] Hong, Allen, "Guest editorial – The past, present and future of the South Korean duty-free industry," *The Moodie Davitt Report*, April 1, 2024, available at https://moodiedavittreport.com/guest-editorial-the-past-present-and-future-of-the-south-korean-duty-free-industry.

Consistent with this, brands and platform operators commented on their work with daigou operators. For example, a *Wall Street Journal* article in October 2018 discussed how companies like Unilever were increasingly marketing their products directly to daigou.[126] Similarly, in 2022, A2 Milk CEO David Bortolussi said:

> The daigou channel, through one-to-one word of mouth recommendation, is a really powerful form of new user recruitment and communicating our brand messaging through the market more generally. So, it's a really important and effective channel we want to support.[127]

85.    In sum, in both South Korea and China, daigou activity encompassed a range of practices that were permissible, subject to evolving regulatory frameworks, both before and during the Proposed Class Period.

### F.    Daigou Can Benefit Beauty Product Brands, and It Does Not Necessarily Harm Brand Equity

86.    As discussed above, daigou has long operated as a complementary mechanism within the global luxury and prestige-beauty ecosystem. Evaluating how daigou activity affects brands requires an understanding of luxury brand strategy, pricing dynamics, and brand equity, particularly in the context of luxury markets in China. Drawing on my research and teaching experience in pricing strategy, the consumption and marketing of luxury goods, and market entry, I find that parallel and cross-border channels such as daigou can entail both risks and benefits for brands. While brands may face risks such as disruption to their market-specific

---

[126] Cherney, Mike, "To Reach Chinese Consumers, Brands Market in Australia," *Wall Street Journal*, October 3, 2018, available at https://www.wsj.com/articles/how-to-reach-chinese-consumers-market-in-australia-1538559006 ("Now, companies like Unilever are increasingly marketing their products directly to daigou, a low-cost channel into the Chinese market that doesn't require warehouses or distribution networks in China itself.").

[127] Yun, Jessia, "'Turning a corner': A2 Milk retargets Chinese daigous amid $134m share buyback," *The Sydney Morning Herald*, August 29, 2022, available at https://www.smh.com.au/business/companies/turning-a-corner-a2-milk-retargets-chinese-daigous-amid-134m-share-buyback-20220829-p5bdh4.html.

49

pricing strategies, limited oversight of how products are sold or represented to consumers, or potential harm to brand equity if counterfeit or unauthorized goods enter the market through informal channels,[128] daigou activity can also benefit brands. As I discuss below, academic and industry research shows that daigou can expand brand visibility, reduce authenticity concerns, meet consumer demand in markets where official retail coverage is limited, and nurture and develop brand communities.

87.    In comparison, Plaintiffs' expert, Dr. Cain, does not conduct such an analysis. In deposition, he testified that he is not an expert in luxury brand strategy or luxury markets in China, and that he did not research luxury brand strategy, luxury markets in China, or related pricing theory in connection with his work in this matter.[129] He likewise testified that he did not consider whether changes to daigou activity could have positive effects on a company from a product pricing or brand-value perspective.[130]

88.    Academic studies of gray markets show that parallel channels, such as daigou, can enhance brand value and profits. A 2016 research paper finds that when gray markets exist alongside authorized channels, "the quality of the offered products and the manufacturer's and

---

[128] "5 Ways China's Daigou Market Does More Harm than Good for Luxury Brands," *Jing Daily*, March 6, 2016, available at https://jingdaily.com/posts/5-ways-chinas-daigou-market-harm-good-luxury-brands ("One of the major reasons daigou is incredibly harmful for brands is the fact that sellers are increasingly posting realistic-looking fakes (complete with fake ID cards and receipts), and selling them for the full price.").

[129] Cain Deposition, 111:11-112:4 ("Q. Is it fair to say you are not an expert in luxury brand strategy? A. Not separate and apart from general concepts of finance and economics. Q. Well, did you research luxury brand strategy in connection with your work on this matter? A. I have not researched that up to this point in time. Q. Are you an expert in luxury markets in China and related pricing theory? A. Again, not separate and apart from general concepts of finance and economics. Q. Is it fair to say you did not research luxury markets in China and related pricing theory in connection with your work in this matter? A. Not up to this point in time.").

[130] Cain Deposition, 163:9-17 ("Q. Did you consider whether this effect … a closure of the daigou sales channel … could be positive on the company from a product pricing and brand value perspective? … A. Again, those types of questions are well beyond the scope of my report at this point in time.").

50

retailers' profits can all increase regardless of the source of the gray market goods."[131] Similarly, a 2020 research article finds that "under certain circumstances, the manufacturer and the retailer can be more profitable in the presence of a gray marketer … because the diversion of the gray products mitigates the double marginalization effect[132] in the high-value market and thus increases the demand for authorized products in this market."[133] A 2023 study likewise notes that "Daigou can … boost[] demand for … cosmetics […  and] skincare … from other countries that desire to exploit the Chinese market."[134]

89.    Industry evidence demonstrates that daigou has historically supported brand growth and visibility, especially during market entry and expansion. For example, *Daxue Consulting*, a market research and strategy consulting firm focusing on the Chinese market, notes that daigou played a crucial role in making established brands accessible to consumers in China and helped niche brands like Christopher Kane achieve early traction before official market entry.[135] Similarly, *Vogue Business* states that "daigou can play the role of incubator or

---

[131] Liu, Xueying and Amit Pazgal, "The Impact of Gray Markets on Product Quality and Profitability," *Customer Needs and Solutions*, Vol. 7, 2020, pp. 62–73, p. 62.

[132] Double marginalization occurs when each firm in a vertical supply chain with market power independently applies its own markup, causing the final price to be higher and total channel profit to be lower than under joint (integrated) pricing. Because each firm optimizes only its own margin, the combined markup is inefficiently high, leading to reduced output and higher prices. *See* Gabrielsen, Tommy Staahl, Bjørn Olav Johansen, and Greg Shaffer, "When is Double Marginalization a Problem?," Working Papers in Economics 7/18, *University of Bergen, Department of Economics*, August 2018. ("Double marginalization refers to the distortion caused by the successive markups of independent firms in a distribution channel. The implication that this both reduces firm profits and harms consumers is known as the double-marginalization problem.").

[133] Huang, Hongfu, Yong He, and Jing Chen, "Cross-market selling channel strategies in an international luxury brand's supply chain with gray markets," *Transportation Research Part E: Logistics and Transportation Review*, Vol. 144, December 2020, p. 2.

[134] Glavas, Charmaine, Gary Mortimer, Han Ding, Louise Grimmer, Oscar Vorobjovas-Pinta, and Martin Grimmer, "How entrepreneurial behaviors manifest in non-traditional, heterodox contexts: Exploration of the Daigou phenomenon," *Journal of Business Venturing Insights*, Vol. 19, 2023, p. 3.

[135] "Inside luxury's gray market: The evolving role of China's Daigou industry," *Daxue Consulting*, April 25, 2025, available at https://daxueconsulting.com/daigou-in-china ("Daigou remains a powerful force in China's luxury landscape, driving demand and access to both iconic and emerging brands. … Daigou also plays a crucial role in introducing new and niche brands to the Chinese market, such as Christopher Kane, which benefits from increased revenues through Daigou sales. Additionally, Daigou helps meet the high demand for iconic Hermès bags in China,

influencer, introducing the brand to a wealth of new consumers" and "[s]elling through daigous can provide exceptional returns for startup brands."[136] For established luxury and beauty brands, daigou channels can extend reach beyond major metropolitan areas, connect with younger consumers; daigou can also contribute to increased sales for both smaller brands and large luxury brands.[137] By sharing unboxing videos, livestreamed purchases, and peer-to-peer recommendations on platforms such as WeChat, Xiaohongshu, and Douyin, daigous create organic marketing content that reinforces brand recognition and consumer engagement.[138]

90.    Moreover, daigou activity may also benefit brands by contributing to increased consumer demand through social and informational channels. The visibility of peers purchasing a brand through daigou channels may reinforce perceptions of strong consumer interest or brand momentum, which in turn may support demand, brand awareness, and perceived desirability, potentially contributing to demand beyond the daigou channel itself.[139]

---

where local supply is limited. They also meet the rising demand for luxury in lower-tier cities, offering international luxury products domestically and boosting sales for brands globally, while creating organic buzz on social media.").

[136] Hu, Denni, "How the daigou can help new brands," *Vogue Business*, August 23, 2021, available at https://www.voguebusiness.com/consumers/how-the-daigou-can-help-new-brands.

[137] "Daigou: the Multi-Billion Dollar Trade that Dominates the Luxury Market in China," *The Fashion Law*, March 13, 2019, available at https://www.thefashionlaw.com/daigou-the-multi-billion-dollar-trade-that-dominates-the-luxury-market-in-china ("'Luxury brands like Gucci, Hermès and Louis Vuitton have been clear winners' … 'Smaller labels like Christopher Kane that lack the resources to physically set up shop in China' have also benefitted from an influx in revenues thanks to daigou sales.").

[138] Piachaud, Thomas, Charlsy Zhang, and Max Perio, "The Daigou Index 2.0," *Re-Hub*, September 2023, p. 4 ("Daigou have benefits. They help shape market demand acting as an organic marketing channel. Products purchased will often find their way into social media posts of buyers, creating organic buzz and overall brand awareness. … By supplying goods of new and emerging brands, the demand for those goods is grown organically through the resulting buzz created around them.").

[139] Leibenstein, Harvey, "Bandwagon, Snob, and Veblen Effects in the Theory of Consumers' Demand," *Quarterly Journal of Economics*, Vol. 64 (2), May 1950, pp. 183-207, p. 189 ("By the bandwagon effect, we refer to the extent to which the demand for a commodity is increased due to the fact that others are also consuming the same commodity. It represents the desire of people to purchase a commodity in order to get into 'the swim of things'; in order to conform with the people they wish to be associated with; in order to be fashionable or stylish; or, in order to appear to be 'one of the boys.'"); Bhukya, Ramulu and Justin Paul, "Social influence research in consumer behavior: What we learned and what we need to learn? – A hybrid systematic literature review," *Journal of Business*

91.     From a consumer perspective, daigou activity can increase access to authentic products and reduce reliance on counterfeit markets. By sourcing primarily through authorized retailers of luxury goods abroad and through duty-free and travel-retail channels, daigou shoppers offer genuine goods at competitive prices and provide access to products that may not be available in local markets. In markets where counterfeit products remain a concern, daigou provides consumers with a trusted means of obtaining genuine goods from legitimate overseas retailers, increasing brand credibility. A 2023 study finds that the presence of authentic gray-market goods can "reduce the demand for counterfeit products and even drive counterfeit products out of the market[.]"[140] A 2020 research paper similarly finds that gray-market channels such as daigou "always increase the total consumer surplus."[141]

92.     Taken together, academic and industry evidence suggest that daigou is not inherently harmful to luxury and beauty brands. Instead, it functions as a complementary channel that can benefit brands by expanding brand visibility and sales, broadening consumer access to authentic products, and increasing consumer welfare.

### G.     Daigou Is a Widespread Phenomenon That Has Long Been Known in East Asia, Including China

93.     In the years leading up to, during, and after the Proposed Class Period, daigou has been widely recognized as an established feature of China's luxury and prestige beauty markets, including travel retail. Consistent with this widespread recognition, Janet Knopf, the lead Estée

---

*Research*, Vol. 162, July 2023 ("Social influence plays a significant role in shaping consumer behavior[.] … The interaction with the social environment greatly influences [consumers'] purchase and consumption behaviors.").

[140] Xu, Fengmei, Feifei Shan, Feng Yang, and Ting Chen, "The impacts of gray products and counterfeits in the luxury industry," *International Journal of Production Research*, Vol. 64 (14), 2023, pp. 5252–5268.

[141] Liu, Xueying and Amit Pazgal, "The Impact of Gray Markets on Product Quality and Profitability," *Customer Needs and Solutions*, Vol. 7, 2020, pp. 62-73.

Lauder analyst at Plaintiffs' investment manager, Edgewood Management LLC ("Edgewood"), also agreed in her deposition testimony that daigou was a known practice associated with doing business in China and Korea.[142] As I discuss below, daigou has been regularly covered in Chinese and international media, examined by consulting firms and trade publications, and analyzed in academic and industry research.

94.    In comparison, Plaintiffs' expert, Dr. Cain, did not independently analyze whether daigou was a "clandestine" practice, as alleged,[143] or known and widespread practice associated with doing business in China and Korea. In deposition, he testified that whether daigou was a known practice that "just came with doing business in China and Korea" was "not a consideration that I've formed one way or another."[144] In fact, Dr. Cain testified that he had not encountered the concept of daigou "prior to working on this case."[145] He likewise testified that he did not consider contemporaneous analyst reports, news coverage, or other market intelligence regarding the prevalence or size of the daigou market during the Proposed Class Period.[146]

---

[142] Deposition of Janet Lynn Knopf, *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, November 18, 2025 ("Knopf Deposition"), 169:15-18 ("Q. It was a known practice that came with doing business in China and Korea, correct? … A. Correct.").

[143] Complaint, ¶ 10.

[144] Cain Deposition, 122:10-16 ("Q. Did you consider that daigou was a known practice that just came with doing business in China and Korea during the class period? … A. It's not a consideration that I've formed one way or another.").

[145] Cain Deposition, 82:17-19 ("Q. Have you ever encountered the concept of daigou previously? A. Not prior to working on this case.").

[146] Cain Deposition, 120:18-121:25 ("Q. Do you know whether analysts or news outlets attributed as much as 80 percent of sales to Chinese consumers in the luxury market writ large to be through daigou sales? … A. I don't know. It's not a question I've attempted to answer for purposes of this report. Q. … Do you know whether analysts or news outlets estimated the size of daigou sales or the daigou market to be during the class period? … A. I don't know what those estimates are. Q. Were you aware before today that contemporaneous estimates by analysts and news outlets existed? … A. No, it's not a question I've attempted to research at this point of in time. Q. So then is it fair to say you did not consider any analyst reports or news reports or market intelligence regarding the size of the

54

95.    Daigou has been widely covered in Chinese and international media as part of luxury consumption in China and travel retail, including for prestige beauty products, before, during, and after the Proposed Class Period. For example, in April 2014, *Jing Daily* reported that "[d]aigou merchants are popping up everywhere to take advantage of China's e-commerce boom (and high tariffs)."[147] Similarly, an April 2021 Vogue Business article reported that according to one estimate, a majority of Chinese spending in the overseas luxury market in 2020 was associated with daigou activity.[148] Additional examples of such coverage from different periods surrounding the Proposed Class Period are summarized in **Exhibit 1A**.

96.    Consulting firms have also extensively analyzed and discussed daigou's role in luxury consumption and travel retail from the early 2010s through the Proposed Class Period and beyond. For example, *Bain & Company's* 2013 China Luxury Market Study discussed rapid growth in dedicated daigou websites and platforms,[149] and *Bain & Company's* subsequent reports in the years leading up to and during the Proposed Class Period continued to examine daigou's role in China and in travel retail channels. Bain's 2020 report noted that "[a]bout 90% of foreigners who purchase duty-free products in South Korea are daigou operators and mainly

---

daigou market as it existed throughout the class period? … A. I've not considered those types of substantive elements of the analyst reports[.]").

[147] Sim, Shuan, "China's Sketchy 'Daigou' Luxury Market Is A Hotbed For Fakes," *Jing Daily*, April 8, 2014, available at https://jingdaily.com/posts/chinas-sketchy-daigou-luxury-market-is-a-hotbed-for-fakes.

[148] Biondi, Annachiara, "China's daigou personal shoppers aren't going away," *Vogue Business*, April 7, 2021, available at https://www.voguebusiness.com/consumers/china-daigou-not-going-away ("[Veronique Yang, a managing director and partner at Boston Consulting Group in Shanghai,] estimates that of the RMB 230 billion ($35 billion) spent by Chinese consumers in the overseas luxury market in 2020, a remarkable 70 to 80 per cent was spent through daigou shoppers, or between $25 and $28 billion.").

[149] "2013 China Luxury Market Study," *Bain & Company*, December 17, 2013, available at https://www.bain.com.cn/pdfs/202108271024562425.pdf ("Professional 'DaiGou' platforms and websites are also growing quickly, a potential threat to traditional channels.").

55

for mainland China."[150] Similarly, a July 2022 *KPMG* and *The Moodie Davitt Report* stated that Korea's duty-free market was "almost entirely daigou-driven sales into China."[151] Additional examples of such analyses from before, during, and after the Proposed Class Period are summarized in **Exhibit 1B**.

97.    Leading trade and industry publications, such as *The Moodie Davitt Report* and *DFNI Frontier*, also regularly analyzed daigou's role in luxury consumption and travel retail throughout the 2010s and into the 2020s. For example, an April 2018 article in *The Moodie Davitt Report* noted that "South Korean duty free sales to foreigners surged +90.2% year-on-year in March [… and] the huge increase in sales, to US$1.26 billion, was driven by the daigou (shuttle trader) phenomenon,"[152] while *DFNI Frontier* in November 2018 stated that the "phenomenon of daigous is not going anywhere ..."[153] Later trade publication reports continued to discuss the daigou phenomenon, such as a March 2020 *DFNI Frontier* article stating that "[l]uxury and beauty products are normally the subject of daigou activity."[154] Additional examples of such trade coverage are summarized in **Exhibit 1C**.

---

[150] "China's Unstoppable 2020 Luxury Market," *Bain & Company*, December 2020, available at https://www.bain.com/globalassets/noindex/2020/bain_report_chinas_unstoppable_2020_luxury-market.pdf, p. 12.

[151] "2022 Hainan Travel Retail Market Whitepaper," *KPMG* and *The Moodie Davitt Report*, July 2022, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2022/07/hainan-travel-retail-market-whitepaper.pdf.

[152] Holland, Jason, "Daigou sales propel Korean duty free to new heights as Chinese tourism posts first growth in 13 months," *The Moodie Davitt Report*, April 30, 2018, available at https://moodiedavittreport.com/daigou-sales-propel-korean-duty-free-to-new-heights-as-chinese-tourism-posts-first-growth-in-13-months-2/.

[153] Farrington, Alison, "CDFG to focus on downtown channel and Asia Pacific expansion," *DFNI Frontier*, November 5, 2018, available at https://www.dfnionline.com/latest-news/cdfg-focus-downtown-concept-stores-exclusive-duty-free-products-trinity-forum-2018-05-11-2018/ ("The phenomenon of daigous is not going anywhere, but new Chinese tax laws in cross-border e-commerce should impact their activities[.]").

[154] Dimama, Elena, "Strong start to the year for Korean duty free sales as Covid-19 impact not yet fully blown," *DFNI Frontier*, March 9, 2020, available at https://www.dfnionline.com/latest-news/retail/strong-start-year-korean-duty-free-sales-covid-19-impact-not-yet-fully-blown-09-03-2020/.

98.     Daigou's presence was also widely acknowledged by consumers, brands, retailers, and regulators, underscoring that it was a visible and widespread feature of the luxury and prestige beauty markets in China and across East Asia. For example, in a 2015 survey of Chinese consumers, 35 percent respondents noted that they purchase goods via daigou.[155] Similarly, as discussed above, brands such as Unilever and A2 Milk marketed their products through daigou shoppers. Additional examples of daigou's discussion by brands and retailers from before, during, and after the Proposed Class Period are summarized in **Exhibit 1D**. Moreover, as discussed in greater detail in **Section V** and **Section VI**, regulators also recognized and discussed daigou activity before, during, and after the Proposed Class Period.

99.     Academic literature has also discussed the daigou phenomenon since at least 2016. For example, a 2016 *Journal of Retailing* article states: "On Taobao Marketplace, the sellers who purchase products for other consumers who are located in a different geographic region are often referred to as DaiGou," and "[t]hose sellers can easily access authentic products at lower prices in the origin country, and their location information helps to alleviate customers' potential concern regarding counterfeit products."[156] Similarly, a June 2023 research paper published in *Journal of Business Venturing Insights* notes that:

> Daigou are an important 'middleman', connecting Chinese customers with Western brands, and … [they] exploit free market networks and digital technologies (e.g., WeChat and Weibo) to engage in cross-border exporting. Despite the global pandemic restricting international travel, Daigou remain a vital and lucrative

---

[155] Solca, Luca, "Digital China Leaving Ostrich Brands Behind," *Business of Fashion*, April 16, 2015, available at https://web.archive.org/web/20150427111153/http://www.businessoffashion.com/articles/opinion/digital-china-leaving-ostrich-brands-behind ("According to a survey of 5500 consumers across 48 cities, conducted for Exane BNP Paribas, a mere 7 percent of Chinese luxury consumers purchase from luxury mono-brand websites. In contrast, 45 percent buy online through local e-tailers, 35 percent buy via daigou (professional agents who buy in the West and sell locally) and 13 percent buy from foreign websites.").

[156] Zhao, Kexin, Xia Zhao, and Jing Deng, "An Empirical Investigation of Online Gray Markets," *Journal of Retailing*, Vol. 92 (4), 2016, pp. 397-410, p. 404.

channel, with an estimated [size] of between US$40bn to US$100bn.[157]

Additional examples of such academic research are summarized in **Exhibit 1E.**

100.    Taken together, evidence across media, consulting, trade, industry, and academic sources demonstrates that daigou was a visible, well-known, and widespread practice. It was broadly recognized by consumers, market participants, and regulators as an established and enduring part of China's luxury and prestige-beauty ecosystem before and during the Proposed Class Period.

## V.    SOUTH KOREA'S MEASURES TO SUPPORT THE DUTY-FREE INDUSTRY EXPANDED PERMISSIBLE DAIGOU TRANSACTIONS

101.    In this section, I describe how South Korea, one of the largest travel retail markets in Asia and a key sourcing hub for Chinese daigou shoppers,[158] implemented policies before and during the Proposed Class Period that expanded the scope of purchases by individuals, including daigou, that were permissible under Korean duty-free regulations. During the early- to mid-2010s, Korean authorities focused on growing the domestic duty-free industry, coinciding with a surge in Chinese group tourism and the growth of daigou in the travel retail channel. Beginning in 2017 and continuing through 2022, Korean policymakers introduced a series of regulatory relaxations to support duty-free operators during periods of reduced tourism, establishing new, regulated and permissible avenues for large-volume duty-free sales to Chinese daigou shoppers.

---

[157] Glavas, Charmaine, Gary Mortimer, Han Ding, Louise Grimmer, Oscar Vorobjovas-Pinta, and Martin Grimmer, "How entrepreneurial behaviors manifest in non-traditional, heterodox contexts: Exploration of the Daigou phenomenon," *Journal of Business Venturing Insights*, Vol. 19, 2023.

[158] Linh, Khanh, "Chanel Is the Latest Luxury Brand Pulling Back From Korean Duty-Free Segment," *The Business of Fashion*, February 10, 2022, available at https://www.businessoffashion.com/news/global-markets/chanel-is-the-latest-luxury-brand-pulling-back-from-korean-duty-free-segment/ ("Daigou shoppers accounted for more than 90 percent of sales at Korean duty-free stores in the years prior to the pandemic, according to data from The Moodie Davitt Report.").

Beginning in late 2022, however, Korean regulators moved to normalize the duty-free market, including by not extending several of these measures, citing a recovery in tourism and declining profitability among Korean duty-free operators, and thereby contracting the scope of permissible large-volume daigou transactions that had previously been allowed. Ms. Knopf of Lead Plaintiffs' investment manager, Edgewood, also testified that Edgewood was aware of these policy changes, as Edgewood "knew [KCS] had eased their policy and at some point would take the policy closer back to a normal policy, which would affect the sort of level of support that the [South] Korean government was giving."[159] These policy changes, both the earlier relaxation and subsequent changes, were driven by domestic economic considerations rather than by efforts to regulate daigou activity itself, including any illegal conduct.

102.    In comparison, Dr. Cain does not independently analyze these South Korean regulatory measures or their implications. In deposition, he testified that he did not review the KCS measures implemented to support duty-free retailers "outside of any references within the complaint," and that he has "not researched or formed any opinions one way or another" as to whether those measures affected daigou or gray-market sales.[160] He further testified that he was unsure whether such measures were extended during the Proposed Class Period, or whether stakeholders understood them to permit domestic sales, wholesale transactions, or international shipment of unsold inventory, including to daigou channels.[161] In fact, Dr. Cain acknowledged

---

[159] Knopf Deposition, 164:17-165:1.

[160] Cain Deposition, 181:20-182:8 ("Q. Did you review the measures implemented by the Korea Customs Service in 2020 to support duty-free retailers in South Korea? … A. No, I did not review that outside of any references within the complaint. Q. Do you know whether the implementation of those measures to support duty-free retailers in South Korea had any impact on daigou or gray market sales? … A. I've not researched or formed any opinions one way or another on that question.").

[161] Cain Deposition, 182:9-183:23 ("Q. Do you know whether those measures were extended at any point during the class period? … A. Off the top of my head, I don't recall one way or another. Q. Do you know whether any analysts or market participants understood that these measures allowed duty-free retailers the option of direct sales of unsold inventory into local channels? … A. It's not a question I've researched or attempted to form an opinion on. … Q. Do

that he is not an expert in Korean regulations or their enforcement and did not conduct research into these matters.[162]

### A.    Korean Duty-Free Policy Initially Focused on Expanding the Sector Amid Surging Chinese Consumer Demand

103.    As I discuss below, during the early to mid-2010s, government policies related to Korea's duty-free sector focused on expanding retail infrastructure and access. These efforts coincided with, and benefited from, a surge in Chinese tourism, including the rise of daigou operating through organized tour channels.

104.    Well before the beginning of the Proposed Class Period, South Korea had become a leading duty-free hub, fueled by rapid growth in Chinese tourism.[163] An October 2014 *Reuters* article reported that the South Korean government "will issue more licenses for downtown duty-free shops, doubling down on a strategy that has helped it outstrip regional rivals seeking to reel in shopaholic Chinese tourists."[164] The Chinese visitor boom was particularly pronounced among

---

you know to what extent any analysts or market watchers considered these measures to allow duty-free retailers the option of international shipping of unsold inventory to outside Korea or yes, specifically to daigou channels? … A. Similarly that's not a question that I've attempted to research or form an opinion on at this point in time.").

[162] Cain Deposition, 112:10-113:2 ("Q. Is it fair to say you are not an expert in enforcement of trade regulations in China or Korea at any point in time? A. Yes. … Q. … Is it fair to say you did not conduct any research into enforcement of trade regulations in China or Korea in connection with your work on this matter to date? A. That's correct.").

[163] Lee, Joyce "South Korea Powers Up Downtown Duty-free Sales As China Tourism Magnet," *Reuters*, October 8, 2014, available at https://www.businessinsider.com/r-south-korea-powers-up-downtown-duty-free-sales-as-china-tourism-magnet--2014-10 ("Thanks to Chinese tourists' appetite for the luxury goods and, in particular, Korean items, South Korea overtook Britain in 2010 to become the world's largest duty-free market. In 2012, the last year for which full sales numbers are available globally, it raked in $5.86 billion in duty-free sales, or 11 percent of the global market, according to the Korea Customs Service. … South Korea is enjoying a wave of popularity with Chinese tourists, with visitor numbers on track to hit 6 million this year, up 39 percent from the 4.32 million arrivals in 2013, according to the Korea Tourism Organisation.").

[164] Lee, Joyce, "South Korea Powers Up Downtown Duty-free Sales As China Tourism Magnet," *Reuters*, October 8, 2014, available at https://www.reuters.com/article/idUSKCN0HX12020141008/.

large group tours,[165] which were often organized by travel agencies that "effectively acted as trade intermediaries by bundling daigou."[166] As a July 2017 *Korea Herald* article noted, the duty-free industry's growth in the early and mid-2010s "had been heavily reliant on large tourist groups from China which were brought to downtown duty-free outlets by travel agencies."[167]

105.    As the duty-free sector continued to grow, in July 2016, Korean authorities implemented purchase quantity limitations[168] that were relaxed during the COVID-19 pandemic, as I discuss in **Section V.B**.[169]

## B.    Korean Authorities Relaxed Duty-Free Regulations to Protect Domestic Retailers During Market Shocks

106.    Beginning in 2017, Korean policymakers introduced a series of regulatory relaxations intended to support duty-free operators during sharp declines in inbound tourism. These changes, including expanding cargo shipment channels, easing quantity restrictions, and permitting online sales, were designed to preserve revenues and prevent business failures among

---

[165] Hong, Allen, "Guest editorial – The past, present and future of the South Korean duty-free industry," *The Moodie Davitt Report*, April 1, 2024, available at https://moodiedavittreport.com/guest-editorial-the-past-present-and-future-of-the-south-korean-duty-free-industry/ ("Around 2008, a significant surge in Chinese outbound tourism began, accompanied by a sharp increase in demand by its people for high-quality luxury foreign goods. Group tourism to South Korea, symbolised by Chinese tourists brandishing their national flag, soared. This presented Korean duty-free shops with a new growth opportunity.").

[166] Hong, Allen, "Guest editorial – The past, present and future of the South Korean duty-free industry," *The Moodie Davitt Report*, April 1, 2024, available at https://moodiedavittreport.com/guest-editorial-the-past-present-and-future-of-the-south-korean-duty-free-industry/.

[167] Won, Ho-jung, "Duty-free sales to see first drop in 14 years," *The Korea Herald*, July 16, 2017, available at https://www.koreaherald.com/article/1386573.

[168] "South Korean purchase limits poised to dampen Chinese retail appetite," *People's Daily Online*, August 4, 2016, available at https://en.people.cn/n3/2016/0804/c98649-9095436.html; Hwang, You-mee, "Gov't limits duty-free shopping to stop hoarding," *The Korea Herald*, July 29, 2016, available at https://www.koreaherald.com/article/1037583.

[169] These purchase quantity limitations were subsequently reinstated in 2024, as discussed in **Section V.C**

Korean duty-free operators amid sustained external shocks. While these measures aligned with the interests of daigou, they were driven primarily by domestic industrial policy goals.

107.    In 2017, the South Korean duty-free industry faced a sharp downturn following a diplomatic dispute with China over the deployment of the U.S. THAAD missile defense system. In response, China banned Chinese travel agencies from selling group travel packages to South Korea, leading to an abrupt drop in Chinese tourist traffic and a steep decline in duty-free sales.[170] According to an article in *The Moodie Davitt Report*, "[d]owntown duty free shops in Seoul and Jeju suffered sharp sales declines of -25.32% and -40.01% respectively in March compared to the previous month" and "[t]otal sales of all duty free shops in Korea decreased -18.27% from February to March."[171]

108.    In response to the sharp decline in tourist arrivals and duty-free sales in 2017, Korean authorities expanded the range of transactions that were permissible under duty-free regulations to stabilize the sector. That year, the KCS "allowed cargo shipments via air and sea in 2017 [for business-to-consumer transactions], a method previously restricted to [business-to-business] transactions and returns … to protect newly invested operators and mitigate the impact of plummeting sales."[172] Industry commentary explained that "[b]efore 2017 all the [daigous] (surrogate purchasers) operated with a hand-carry business," and "[f]rom 2017, … KCS allowed

---

[170] Hinsdale, Mason, "Korean Duty-Free Shops Suffer $528 Million Loss After THAAD Deployment," *Jing Daily*, July 14, 2017, available at https://jingdaily.com/posts/korean-duty-free-lose-millions-thaad ("The THAAD missile system was deployed in March. … In retaliation to the deployment, Chinese state media has attacked both the South Korean government and Lotte. The China National Tourism Administration also banned all Chinese travel agencies from selling travel packages to South Korea on March 2nd.").

[171] Holland, Jason, "Down, down, down: THAAD impact results in -18.27% sales decline in Korean duty free from February to March," *The Moodie Davitt Report*, April 19, 2017, available at https://moodiedavittreport.com/down-down-down-thaad-impact-results-in-18-27-sales-decline-in-korean-duty-free-from-february-to-march/.

[172] Hong, Allen, "Guest editorial – The past, present and future of the South Korean duty-free industry," *The Moodie Davitt Report*, April 1, 2024, available at https://moodiedavittreport.com/guest-editorial-the-past-present-and-future-of-the-south-korean-duty-free-industry/.

freight cargo for downtown and airport duty free purchases."[173] This "shipment method quickly became common practice for bulk transactions, serving as a means to facilitate large-scale transactions in the South Korean duty-free industry," and enabled daigou to source high volumes permissibly under Korean regulations.[174] These bulk purchases by daigou also helped blunt the effects of China's 2019 E-Commerce Law, discussed in **Section VI.A**, as "large corporate resellers … increased their volumes to make up for the shortfall from having to pay taxes and duties."[175]

109.    During the COVID-19 pandemic, international tourism to South Korea collapsed, leading to a sharp contraction in sales for duty-free operators.[176] To mitigate the financial strain on the duty-free industry, Korean authorities adopted a series of temporary relief measures that significantly expanded the scope of transactions permissible under duty-free rules. In February 2020, the KCS lifted the 2016 quantity limits that had previously capped the number of items an individual could purchase, which according to one industry source, "coupled with the earlier

---

[173] Moodie, Martin, "Big changes to daigou sector raise Korean duty free retailer concerns," *The Moodie Davitt Report*, February 5, 2024, available at https://moodiedavittreport.com/big-changes-to-daigou-sector-raise-korean-duty-free-retailer-concerns/.

[174] Hong, Allen, "Guest editorial – The past, present and future of the South Korean duty-free industry," *The Moodie Davitt Report*, April 1, 2024, available at https://moodiedavittreport.com/guest-editorial-the-past-present-and-future-of-the-south-korean-duty-free-industry/. *See also*, "보릿고개 넘는 K-면세점, 위기진단과 제언" ["K-Duty Free Shops Overcome Barley Hill: Crisis Diagnosis and Recommendations"], *PWC*, February 2025, p. 9, available at https://www.pwc.com/kr/ko/insights/industry-focus/samilpwc_k-duty-free-shop.pdf ("[Between 2017 and 2019] daigou (small-scale personal service)] emerged as key customers." (Translated from Korean)).

[175] "Chinese Daigou Traders in South Korea Adapt Fast to New E-commerce Law," *Jing Daily*, June 7, 2019, available at https://jingdaily.com/posts/chinese-daigou-south-korea.

[176] "S. Korean duty-free operators grapple with pandemic-caused biz slump," *The Korea Herald*, May 27, 2020, available at https://www.koreaherald.com/article/2318344 ("South Korean duty-free shops are struggling to cope with an industry-wide slump as flight suspensions and a subsequent fall in the number of customers have severely dented their sales amid the new coronavirus pandemic. … Total sales of local duty-free shops shrank 9.2 percent on-month to 986.7 billion won last month. The tally halved compared with January, when the virus outbreak was first reported here."); *See also*, "보릿고개 넘는 K-면세점, 위기진단과 제언" ["K-Duty Free Shops Overcome Barley Hill: Crisis Diagnosis and Recommendations"], *PWC*, February 2025, p. 9, available at https://www.pwc.com/kr/ko/insights/industry-focus/samilpwc_k-duty-free-shop.pdf ("Since even small-scale daigou were not allowed to enter the country, customers were limited to corporate daigou. … At that time, duty-free businesses had no choice but to rely heavily on corporate daigou for their survival." (Translated from Korean)).

Case 1:23-cv-10669-AS    Document 105-2    Filed 01/23/26    Page 67 of 132

introduction of cargo shipments, transformed the market into a full-fledged bulk purchase market."[177] Beginning in April 2020, the KCS also allowed duty-free operators to sell "unsold inventory held by each [duty free] operator for more than six months" through both domestic retail channels and international exports.[178] These policy measures aimed at supporting domestic operators allowed individuals, including large-scale daigou shoppers, to purchase substantial quantities in a single transaction in a permissible manner under Korean duty-free rules.

110.    In January 2022, Korean authorities took an additional step by authorizing duty-free retailers to sell products online directly to overseas consumers without requiring those consumers to visit Korea.[179] The KCS at the time stated that this change was intended "to secure

---

[177] Hong, Allen, "Guest editorial – The past, present and future of the South Korean duty-free industry," *The Moodie Davitt Report*, April 1, 2024, available at https://moodiedavittreport.com/guest-editorial-the-past-present-and-future-of-the-south-korean-duty-free-industry/ ("Assuming the pandemic was a temporary crisis, Korea Customs Service lifted the category purchase quantity restrictions that had been in place since 2016. This decision, coupled with the earlier introduction of cargo shipments, transformed the market into a full-fledged bulk purchase market."). Yuk, Hae-Young, "'코로나 19'로 쌓인 재고 면세품, 국내 최초 아울렛 등 판매 허용 '숨통 트여'" ["'Breathing room' as accumulated duty-free goods stockpiled due to 'COVID-19' permitted for sale for first time at Korea's outlet stores, etc."], *Travel Retail & Duty Free,* April 29, 2020, available at https://m.trndf.com/news/newsview.php?ncode=1065575455426619 ("Since February, the Korea Customs Service has been prioritizing implementation of customs administrative measures, such as abolishing purchase quantity restrictions." (Translated from Korean)).

[178] Moon, Hee-Chul and Jae-Eun Kang, "Duty free stores struggle to sell mountains of inventory," *Korea JoongAng Daily*, May 24, 2020, available at https://koreajoongangdaily.joins.com/2020/05/24/industry/coronavirus-duty-free-store-duty-free-goods/20200524180100214.html ("The Korea Customs Service accepted a request from the duty-free industry on April 29 to sell some of the mountains of duty-free items left unsold due to the pandemic. … Under the temporary exemption, the government will allow 3 trillion won of duty-free goods that have been sitting in inventory for more than six months to go through customs and be sold in retail stores outside the airport such as department stores and outlets. This is to help duty-free retailers make some money, get rid of inventory and weather the coronavirus storm."); Jung, Min Yong, "Korea Customs Service permits travel retailers to sell off duty free inventory," *The Moodie Davitt Report*, May 1, 2020, available at https://moodiedavittreport.com/korea-customs-service-permits-travel-retailers-to-sell-off-duty-free-inventory ("The KCS measures allow duty free retailers the option of: a) direct sales of unsold inventory into local channels (department stores, home shopping, ecommerce and others); b) wholesale of unsold inventory to local third parties; and c) international shipping of unsold inventory to outside Korea (yes to daigou).").

[179] Moodie, Martin, "Overseas consumers now permitted to buy Korean items through online duty free without visiting the country," *The Moodie Davitt Report*, January 28, 2022, available at https://moodiedavittreport.com/overseas-consumers-now-permitted-to-buy-korean-items-through-online-duty-free-without-visiting-the-country/ ("In an important change to the structure of the country's travel retail sector, the government announced earlier this month that it will permit online sales of Korean domestic duty free products to overseas residents without them having to visit South Korea.").

64

new revenue streams for duty-free shops struggling due to the sharp decline in travelers caused by the COVID-19 pandemic."[180] This policy opened a new regulated and permissible e-commerce channel for international sales that allowed individuals overseas (including daigou) to purchase duty free goods from Korean stores remotely. While these policy shifts were motivated by domestic economic concerns, they had the effect of permitting high-volume purchases by daigou. For example, Bain & Company noted that from 2019 to 2022, "[t]ravel to South Korea contracted 90%, yet duty-free sales remained stable," a pattern that "suggests an abundance of cross-border exporting activities, such as daigou shopping."[181]

111.    As daigou activity became central to duty-free revenues, commission payments to daigou increased substantially.[182] The daigou trade surged after 2017, continuing through the COVID-19 pandemic, as duty-free stores used intermediary daigou agents to clear inventory—often offering 40–50 percent discounts (paid as fees/commissions to daigou shoppers) and other benefits (such as priority access to popular items, streamlined delivery, and point rewards).[183] A

[180] Kim, Jae-Young, "[단독] 국내 면세점, 3월 23일부터 온라인으로 해외판매 가능" ["[Exclusive] Domestic duty-free shops to be able to sell overseas products online starting March 23"], *Travel Retail & Duty Free*, March 24, 2022, available at https://www.trndf.com/news/newsview.php?ncode=1065593433139241 ("On January 14th, the Korea Customs Service (KCS) (Commissioner Jae-hyun Lim) announced at a meeting with duty-free shop representatives at the Seoul Customs Office that it had decided to 'allow downtown duty-free shops to sell domestic products to foreigners residing overseas who have not visited Korea' … The operational guidelines provided by the Korea Customs Service to local customs offices on the 23rd stated, 'This additional sales method allows sales to foreigners residing overseas through online platforms to secure new revenue streams for duty-free shops struggling due to the sharp decline in travelers caused by the COVID-19 pandemic.'" (Translated from Korean)).

[181] Lannes, Bruno, and Weiwei Xing, "Setting a New Pace for Personal Luxury Growth in China," *Bain & Company*, February 2023, available at https://www.bain.com/insights/setting-a-new-pace-for-personal-luxury-growth-in-china/.

[182] *See, e.g.*, Lee, Minji, "Duty-Free Industry 'Passenger Commission Fees Should Be Legislated'…Government Says 'Self-Regulation Efforts First' (Comprehensive)," *The Asia Business Daily*, August 30, 2023, available at https://www.asiae.co.kr/en/article/2023083016325213449 ("Reliance on daigou increased, and as competition among companies intensified, commissions paid to daigou and local travel agencies rose to as much as half of sales revenue. In fact, before COVID-19, the cash used to attract daigou was small, and commission fees accounted for only about 30% of group tour sales, but in 2022, this figure rose to 52%.").

[183] Park, Hong-ju and Minu Kim, "Lotte Duty Free ends deals with Chinese traders in bold move," *Pulse*, January 13, 2025, available at https://pulse.mk.co.kr/news/english/11216335 ("The daigou influence surged in 2017 when a diplomatic row over Korea's deployment of the U.S. Terminal High Altitude Area Defense (THAAD) system led

*ChosunBiz* article noted that "[t]he transaction fees, which were in the range of 10%, surged to 30-40% following the THAAD (Terminal High Altitude Area Defense) incident in 2017 and the COVID-19 pandemic in 2020."[184]

112.    In sum, between 2017 and early 2022, Korean authorities implemented a range of regulatory adjustments to support domestic duty-free operators during sustained downturns in tourism. These measures created new permissible pathways for large-scale purchasing by daigou shoppers and led to a marked increase in such transactions. As the market stabilized and travel resumed, however, regulators began reassessing the long-term sustainability of these arrangements in late 2022, as discussed in the next section.

## C.    Beginning in Late 2022, Korean Authorities Moved to "Normalize" the Duty-Free Market

113.    Beginning in late 2022, as international travel to South Korea began to recover from the COVID-19 pandemic, Korean authorities implemented policies to normalize the duty-free market, including not extending temporary regulatory relaxations that had been introduced to support duty-free operators during the collapse in tourism. While these adjustments affected

---

China to restrict group tourism to the country. Their role became even more dominant during the Covid-19 pandemic, which nearly halted international travel and led duty-free retailers, who are dependent on it, to clear excess inventory. … During this time, duty-free stores sold products to daigou at discounts of 40 to 50 percent off regular prices, effectively refunding the difference as fees.").

[184] Jeong, Jae-Hwon, "Korea's duty-free industry shifts from [daigou] reliance to focus on profitability," *ChosunBiz*, May 8, 2025, available at https://biz.chosun.com/en/en-retail/2025/05/08/EHYXMXAQAZFKXGT65LW2KIR7MM. *See also* "[초점] 면세점 송객수수료, 2022 년 7 조 원 넘게 퍼줘" ["[Focus] Duty-free shop commissions to exceed 7 trillion won by 2022"], *Travel Retail & Duty Free,* June 18, 2024, available at https://www.trndf.com/news/newsview.php?ncode=1065593487559527 ("[B]efore THAAD, the commission rate was around 20% for general group tourists visiting and purchasing as daigou, and between 2017 and 2019, after THAAD, B2B bulk buyers appeared in domestic duty-free shops. During this period, the commission fee for sending customers rose to approximately 30%, and after the coronavirus outbreak, it is said that the commission rate for sending customers will increase to over 40% due to the emergence of corporate B2B." (Translated from Korean)).

daigou activity, the underlying rationale was to address structural imbalances and profitability concerns in the domestic duty-free sector.

114.    A "temporary" policy was introduced in April 2020 to allow unsold duty-free inventory to be sold through domestic retail channels.[185] It was originally scheduled to expire in October of that year,[186] but was extended by the KCS in October 2020 "until further notice in order to support the duty-free industry."[187] In December 2022, the government announced that the measure would remain in place until the first half of 2023.[188]

115.    In addition to deciding to not extend pandemic-era relief measures, Korean regulators also revisited aspects of the duty-free framework that had evolved during the period of regulatory relaxation, as part of broader considerations about the profitability and competitiveness of the sector, including discussions of the merit of high intermediary

---

[185] Jung, Min Yong, "Korea Customs Service permits travel retailers to sell off duty free inventory," *The Moodie Davitt Report*, May 1, 2020, available at https://moodiedavittreport.com/korea-customs-service-permits-travel-retailers-to-sell-off-duty-free-inventory; Davitt, Dermot, "Korean retailers urge extension to scheme permitting sale of undepleted duty free goods," *The Moodie Davitt Report*, September 15, 2020, available at https://moodiedavittreport.com/korean-retailers-urge-extension-to-scheme-permitting-sale-of-undepleted-duty-free-goods/. ("Duty free retailers are urging Korea Customs Service (KCS) to extend the temporary scheme that allows them to offload unsold duty free stock (after paying import taxes) in domestic channels. The scheme is scheduled to end on 29 October.").

[186] Davitt, Dermot, "Korean retailers urge extension to scheme permitting sale of undepleted duty free goods," *The Moodie Davitt Report*, September 15, 2020, available at https://moodiedavittreport.com/korean-retailers-urge-extension-to-scheme-permitting-sale-of-undepleted-duty-free-goods/ ("Duty free retailers are urging Korea Customs Service (KCS) to extend the temporary scheme that allows them to offload unsold duty free stock (after paying import taxes) in domestic channels. The scheme is scheduled to end on 29 October.").

[187] Yang, Cheol-Min, "관세청, 재고 면세품 시중판매 허용기한 무기한 연장" ["The Korea Customs Service indefinitely extends the period for allowing the sale of duty-free goods in stock"], *Seoul Economic Daily*, October 27, 2020, available at https://www.sedaily.com/NewsView/1Z9ALJY1M6/. (Translated from Korean).

[188] "외국인투자 관련 관세정책 동향 (2022 년 하반기)" ["Trends in Tariff Policies Related to Foreign Investment (Second half of 2022)"], *Korea Trade-Investment Promotion Agency*, December 2022, available at https://www.investkorea.org/ik-kr/bbs/i-2966/down.do?bbs_id=05111509&ntt_sn=8&data_ty_cd=A&atfile_sn=1 ("To revitalize the duty-free industry, which has been stagnant due to the surge in unsold inventory following the outbreak of COVID-19, a temporary measure to allow domestic sales of duty-free goods in stock after customs clearance* (from April 2020 onwards) has been extended until the first half of 2023 (12/01/2022)." (Translated from Korean)).

commissions associated with bulk daigou transactions that were permissible under then-applicable Korean duty-free regulations. As discussed above, the period of regulatory relaxation coincided with increased daigou-related purchasing and greater use of commission-based arrangements with intermediaries by duty-free operators, with implications for sector profitability and competitiveness. In early 2023, the KCS took steps to address concerns over high intermediary commissions. In December 2022, KCS Commissioner Yoon Tae-Sik stated:

> While the domestic duty-free industry, which had global competitiveness and contributed greatly to the national economy, was struggling due to the COVID-19 crisis, **abnormal business practices such as the issue of excessive consignment [commission] fees were brought to light, and if these problems are not fundamentally resolved, it will be difficult for the domestic duty-free industry to secure global competitiveness even if overseas travel demand normalizes** … We will focus our efforts on normalizing the issue of excessive consignment [commission] fees from the beginning of the year.[189]

116.    Trade publications and news articles also suggested that intermediary commissions affected the profitability and competitiveness of the Korean duty-free sector. For example, a December 2022 *Travel Retail & Duty Free* article noted that "customer referral [commission] fees accounted for only 5% of the total domestic duty free industry sales in 2019, at 1.3 trillion won [approximately $1.1 billion]. However, this figure increased to 3.9 trillion won [approximately $3.3 billion], or 22%, in 2021, and is considered to be a major factor in weakening the competitiveness of the domestic duty free industry."[190] Similarly, an August 2023

---

[189] Kim, Jae-Young, "[단독] 서울 시내면세점, 기업형 B2B 거래 중단으로 매출액 급락" ["[Exclusive] Sales plummet at Seoul downtown duty-free shops due to suspension of corporate B2B transactions"], *Travel Retail & Duty Free*, January 9, 2023, available at https://m.trndf.com/news/newsview.php?ncode=1065592691512628. Emphasis added. (Translated from Korean).

[190] Kim, Jae-Young, "관세청, 면세산업 활성화 위해 '송객수수료' 정상화 칼 빼들어" ["Customs Service takes steps to normalize 'customer referral [commission] fees' to revitalize the duty-free industry"], *Travel Retail & Duty Free*, December 15, 2022, available at https://trndf.com/news/newsview.php?ncode=1065601403959639. (Translated from Korean). WON converted to USD using the average exchange rate of 1144.89 WON/USD in 2021

*Asia Business Daily* article noted that, "[i]n this process, the strength and status of domestic duty-free shops were significantly weakened. According to Statistics Korea, … Operating profit margins once reached 6%, but after recording -7% in 2020, they have remained negative to date."[191]

117.    To address these concerns about weakened profitability as a result of rising commissions, Korean authorities moved to reduce the use of previously permitted bulk transaction practices involving high intermediary fees. In January 2023, the KCS restricted bulk daigou transactions linked to elevated commission structures, citing market disruption and the deterioration of transaction practices.[192] One industry source noted that, as a result of this measure, "[d]uty free sales in January slumped by -30% year-on-year to KRW797.4 billion (US$603.6 million) in the wake of sharply reduced commission rates to travel agencies linked to bulk daigou reselling into China."[193]

---

and 1165.80 WON/USD in 2019. *See* "South Korean Won to U.S. Dollar Spot Exchange Rate (DEXKOUS)," *Federal Reserve Bank of St. Louis*, available at https://fred.stlouisfed.org/series/DEXKOUS.

[191] Lee, Minji, "Duty-Free Industry 'Passenger Commission Fees Should Be Legislated'…Government Says 'Self-Regulation Efforts First' (Comprehensive)," *The Asia Business Daily*, August 30, 2023, available at https://www.asiae.co.kr/en/article/2023083016325213449.

[192] Hong, Allen, "Guest editorial – The past, present and future of the South Korean duty-free industry," *The Moodie Davitt Report*, April 1, 2024, available at https://moodiedavittreport.com/guest-editorial-the-past-present-and-future-of-the-south-korean-duty-free-industry/ ("citing reasons such as market disruption and the deterioration of transaction structures due to the proliferation of bulk transactions, Korea Customs Service restricted SMG transactions based on high commission structures starting from January 2023."). *See also* Kim, Jae-Young, "[단독] 서울 시내면세점, 기업형 B2B 거래 중단으로 매출액 급락" ["[Exclusive] Sales plummet at Seoul downtown duty-free shops due to suspension of corporate B2B transactions"], *Travel Retail & Duty Free*, January 9, 2023, available at https://m.trndf.com/news/newsview.php?ncode=1065592691512628 ("It is also common knowledge in the field that, 'corporate B2B transactions based on consignment [commission] fees at domestic duty-free shops have been suspended since January 1st.' Another industry insider also predicted, 'Since January, MG and SMG transactions, which were the key means for duty-free shops to increase sales during the COVID-19 period, have all been suspended.' adding, 'In fact, the current sales figures may be the maximum realistic figures that can be achieved during the COVID-19 period.'" (Translated from Korean)).

[193] Moodie, Martin, "Korean duty free sales tumble -30% in January after daigou commission changes; Market falls -11.5% in 2022," *The Moodie Davitt Report*, February 27, 2023, available at https://moodiedavittreport.com/korean-duty-free-sales-tumble-30-in-january-after-daigou-commission-changes-market-falls-11-5-in-2022/.

118.    Even after the end of the Proposed Class Period, Korean authorities continued to implement policies aimed at normalizing the duty-free regulatory framework as travel conditions improved. In February 2024, the KCS reinstated per-person, per-item sales limits and restricted cargo shipments to B2B transactions only—an "abrupt reinstatement" that *The Moodie Davitt Report* described as "a complete return to the pre-THAAD regulatory constraints."[194] A report by *SBS News Korea* noted that "as the tourism market recently showed signs of recovery, the previous regulations were reinstated."[195] These regulatory reinstatements were driven by domestic considerations as a KCS official explained that "[n]ow that COVID-19 is over, we have normalized the standards."[196]

119.    Taken together, these developments indicate that the policies implemented by Korean authorities before and during the pandemic expanded the scope of transactions permissible under Korean duty-free rules, allowing individual large-volume and online purchases, including by daigou shoppers, that helped sustain the industry during periods of weak tourism. The post-pandemic tightening of Korea's duty-free regulations, by contrast, was intended to restore structural balance and profitability to the sector. Although these measures constrained bulk transactions and commission-driven sales, both Korean regulators and industry stakeholders framed these changes as responses to long-term economic and policy concerns—not as efforts to target daigou shoppers specifically, including any illegal daigou.

---

[194] Hong, Allen, "Guest editorial – The past, present and future of the South Korean duty-free industry," *The Moodie Davitt Report*, April 1, 2024, available at https://moodiedavittreport.com/guest-editorial-the-past-present-and-future-of-the-south-korean-duty-free-industry/.

[195] Kwon, Young-In, "면세점 특허수수료 '감면 연장'…보따리상 구매 수량은 다시 제한" ["Duty-free shop patent [license] fee 'reduction extended'… reimposing purchase limits on daigou"], *SBS News*, February 27, 2024, available at https://news.sbs.co.kr/amp/news.amp?news_id=N1007552480 (Translated from Korean).

[196] Kwon, Young-In, "면세점 특허수수료 '감면 연장'…보따리상 구매 수량은 다시 제한" ["Duty-free shop patent [license] fee 'reduction extended'… reimposing purchase limits on daigou"], *SBS News*, February 27, 2024, available at https://news.sbs.co.kr/amp/news.amp?news_id=N1007552480 (Translated from Korean).

### VI.    REGULATORY INTERVENTIONS THAT COULD AFFECT DAIGOU ACTIVITY IN CHINA HAVE LONG BEEN KNOWN RISKS WITH UNPREDICTABLE TIMING AND SEVERITY, BUT THEIR IMPACT ON OVERALL DAIGOU ACTIVITY WAS LIMITED UNTIL MAY 2023

120.    In this section, I discuss that while regulatory interventions that could affect daigou activity have long been recognized as potential risks, the timing, severity, and impact of specific enforcement actions were difficult to predict. This uncertainty reflects not only daigou-related rules, but also broader features of China's regulatory and administrative system.

121.    As a general matter, regulatory risk in China is characterized not only by the substance of formal laws and regulations, but also by significant uncertainty regarding their enforcement and severity. In China, administrative enforcement is largely carried out by local government agencies, and the legal framework permits substantial discretion by those authorities in determining how enforcement is implemented.[197] Chinese regulatory agencies often apply laws and regulations selectively, with enforcement intensity, frequency, and timing varying across firms, sectors, and regions rather than being uniformly applied.[198] Moreover, policy

---

[197] Han, Su Lin, "Administrative Enforcement in China," *Paul Tsai China Center at Yale Law School*, December 2017, available at https://law.yale.edu/china-center/resources/administrative-enforcement-china ("In China, administrative enforcement is largely carried out by local government agencies. … In practice, administrative agencies in China enjoy enormous and often unfettered enforcement powers outside of these legal parameters.").

[198] *See, e.g.*, van der Kamp, Denise Sienli, "Governance by Uncertainty: Changing Patterns in China's Environmental Enforcement," *Studies in Comparative International Development*, Vol. 59, 2024, pp. 409-432, p. 411 ("Moreover, environmental policy has been implemented in an ad hoc and extra-legal fashion in China for decades. Local officials turn a blind eye to rampant pollution, only to impose restrictions suddenly or shutter polluting companies out of the blue[.]"); Chen, Donghua, Dequan Jiang, Shangkun Liang, and Fangping Wang, "Selective enforcement of regulation," *China Journal of Accounting Research*, Vol. 4, 2011, pp. 9-27, p. 9 ("Regulatory agencies may, whether outside of set rules or within their discretion, depart from the original goals or principles set for enforcing the rules, which we term selective enforcement. Taking China, a country in transition, as an example, and using cases and large-sample tests, we present empirical evidence of selective enforcement. The results show that the China Securities Regulatory Commission (CSRC) takes into account whether companies violating the rules have a state-owned background and the strength of that background when investigating and punishing non-compliance."); Zhang, Jian D., "Variations in the enforcement of China's platform regulation," *Socio-Economic Review*, 2025, pp. 1-28, p. 10 ("This study argues that China's decisions regarding regulatory enforcement are influenced by the extent to which a platform firm oversteps a boundary and the sector in which it does so.").

changes in China have often been "tried out by means of experimentation points before they were rolled out to the entire country **(if at all)**."[199]

122.    Against this backdrop, in this section, I describe how Chinese authorities have long implemented regulatory measures with broader objectives related to consumer protection, tax collection, and domestic market development, pertaining to activities including online trade, cross-border e-commerce, and travel retail and thereby affecting daigou as a component thereof. As I describe in **Section VI.A**, while these measures imposed certain compliance requirements, they also allowed daigou-related transactions to occur within permissible regulatory frameworks where requirements such as business registration, customs declaration, and the payment of applicable duties and taxes were met.

123.    In **Section VI.B**, I discuss how Chinese authorities conducted multi-level coordination and planning efforts among provincial governments, agencies, and entities in Hainan in May 2023 targeted at curbing illegal daigou activity and smuggling. Commentary in the press illustrates that this intervention was not anticipated or knowable until it occurred, and its impact on illegal daigou operators (including in the luxury and prestige beauty sectors) was more immediate and pronounced than that of prior regulatory interventions.

124.    In comparison, Dr. Cain acknowledged in his deposition that he is not an expert in Chinese regulations or their enforcement and did not conduct research into these matters.[200] He further testified that enforcement activity related to daigou during the Proposed Class Period was

---

[199] Wang, Shaoda and David Y. Yang, "Policy Experimentation in China: The Political Economy of Policy Learning," *Journal of Political Economy*, Vol. 133 (7), July 2025, pp. 2180-2228, p. 2188. Emphasis added.

[200] Cain Deposition, 112:10-113:2 ("Q. Is it fair to say you are not an expert in enforcement of trade regulations in China or Korea at any point in time? A. Yes. … Q. … Is it fair to say you did not conduct any research into enforcement of trade regulations in China or Korea in connection with your work on this matter to date? A. That's correct.").

"not something that I've researched beyond the scope of the descriptions in the complaint."[201]

He also testified that he had not "attempted to research or answer" whether any enforcement actions, including the one that occurred in May 2023, were anticipated by stakeholders, or whether companies or competitors were caught off guard by enforcement activity.[202] Notably, Dr. Cain also did not "consider at all the Chinese government's method of enforcement that unfolded in mid May 2023."[203]

### A.    Daigou Activity Operated Within an Evolving Regulatory Framework in the Years Leading Up to and During the Proposed Class Period

125.    Daigou activity encompasses a range of practices, with its regulatory treatment depending on how it is conducted and the jurisdiction in which it occurs. For example, as discussed above, South Korea adopted policies aimed at supporting the domestic duty-free sector that were permissible under Korean duty-free regulations and, in practice, facilitated daigou-related transactions.

---

[201] Cain Deposition, 176:18-177:18 ("Q. Are you aware of any enforcement activity related to those regulations between January 21, 2022 and mid May 2023? A. I do see some references in the complaint that talk about China's crack downs on daigou taking effect after January 1, 2022, but I don't have -- it's not something that I've researched beyond the scope of the descriptions in the complaint. Q. So have you read any analyst or news articles regarding the probability of enforcement of those regulations between January 1, 2022 and mid May 2023? … A. No, I've not attempted to research or answer that question.").

[202] Cain Deposition, 178:10-179:10 ("Q. Do you know to what extent the market anticipated enforcement activity that occurred in mid May 2023? … A. No, that's not a question I've attempted to research or answer. Q. Do you know to what extent any of Estee Lauder's competitors were caught off guard by the enforcement activity that commenced in mid May? … A. No, I've not attempted to research that question. Q. And if the market could not see this enforcement shift coming, and Estee Lauder's competitors did not see the enforcement shift coming either, would you have expected Estee Lauder to predict and disclose a shift in enforcement prior to mid May 2023? … A. I've not attempted to form any opinions one way or another on that type of question.").

[203] Cain Deposition, 180:7-18 ("Q. Did you consider at all the Chinese government's method of enforcement that unfolded in mid May 2023? A. No, nothing outside of reviewing the complaint, as I've described previously, in forming the class period and the damages methodology. Q. And do you know in what manner the government enforced those regulations on Hainan Island in mid May 2023? A. Off the top of my head, I don't know.").

73

126.    Within China, in the years prior to and during the Proposed Class Period, authorities introduced laws, regulations, and administrative measures affecting cross-border commerce, e-commerce, customs oversight, and duty-free retail, which influenced how daigou activity could be conducted in practice.[204] These measures imposed conditions and compliance requirements on certain forms of daigou activity depending on where and how transactions were carried out and whether applicable requirements, such as business registration, customs declaration, and the payment of duties and taxes, were satisfied.

127.    One example of the regulatory measures affecting daigou-related activity in the years leading up to the Proposed Class Period is China's E-Commerce Law, adopted in late 2018 and effective in January 2019. The law defined "e-commerce" as "business activities of sale of goods or provision of services through the Internet or other information networks," encompassing individual daigou who conducted transactions via platforms such as WeChat and Taobao.[205] It required e-commerce operators to register with market regulatory authorities, pay business taxes, and face fines for violations.[206] Notably, the E-Commerce Law brought individual online sellers operating through informal channels—on which many daigou relied—

---

[204] I discuss examples in **Section VI.B**.

[205] "E-Commerce Law of the People's Republic of China," *IPKey*, August 31, 2018, available at https://ipkey.eu/sites/default/files/documents/resources/PRC_E-Commerce_Law.pdf; Fujino, Lauren Eiko, "China's New e-Commerce Law: Businesses Should Ready for Stronger Compliance Norms," *China Briefing*, September 25, 2018, available at https://www.china-briefing.com/news/china-new-e-commerce-law-businesses-ready-new-compliance-norms-2019/.

[206] *See, e.g.*, "E-Commerce Law of the People's Republic of China," *IPKey*, August 31, 2018, available at https://ipkey.eu/sites/default/files/documents/resources/PRC_E-Commerce_Law.pdf ("E-commerce operators shall go through market entity registration according to laws… perform their obligation to pay tax…"); Fujino, Lauren Eiko, "China's New e-Commerce Law: Businesses Should Ready for Stronger Compliance Norms," *China Briefing*, September 25, 2018, available at https://www.china-briefing.com/news/china-new-e-commerce-law-businesses-ready-new-compliance-norms-2019/.

within its scope by defining them as e-commerce operators and specifying the requirements under which such activity could be conducted within permissible frameworks.

128.    Contemporaneous industry commentary indicates that, following the law's implementation, some daigou operators adapted to the new requirements to conduct their business in compliance with the new regulatory regime by registering as a business and paying applicable import duties and business taxes. For example, a June 2019 article in *Jing Daily* noted that "[l]arge corporate resellers have increased their volumes to make up for the shortfall from having to pay taxes and duties" and "[s]ome of the smaller scale daigou are banding together to enhance purchasing power and pay for costs associated with registering their businesses."[207]

129.    In addition, platform-based and integrated models provided further avenues through which daigou activity could occur in a more formalized way under regulatory oversight. One example is Dewu (also known as Poizon), which is as an "integrated daigou platform" that provides an interface between daigou sellers and consumers[208] and operates under a customer-to-business-to-customer (C2B2C) model commonly referred to as "authentication before shipment," under which products are first sent to Dewu for authentication before being forwarded to the final buyer.[209] During the COVID-19 period, when international travel restrictions limited individual purchasing, news media noted that these restrictions "worked to boost the overall cross-border grey market trade, with wholesalers and platforms like Dewu taking over from

---

[207] "Chinese Daigou Traders in South Korea Adapt Fast to New E-commerce Law," *Jing Daily*, June 7, 2019, available at https://jingdaily.com/posts/chinese-daigou-south-korea.

[208] Piachaud, Thomas, Charlsy Zhang, and Max Perio, "The Daigou Index 2.0," *Re-Hub*, September 2023, p. 8.

[209] Piachaud, Thomas, Charlsy Zhang, and Max Peiro, "DeWu - the Crossroads of Chinese GenZ and Luxury Brands," *Re-Hub,* p. 2.

individuals."[210] During the Proposed Class Period, Dewu had approximately 150 million active users, and according to at least one estimate, accounted for the majority of China's luxury daigou trade.[211] In addition, Dewu had relationships with multiple luxury brands, including Versace, Ferragamo, and Calvin Klein through either direct-to-consumer retail or wholesale departments[212] and "[m]any well-known brands choose Dewu as their preferred platform to launch new products, including the likes of New Balance, Casio, Champion, Huawei, DJI, Dyson and Beats."[213] This suggests that daigou activity included transactions conducted in formalized forms.

130.    Multinational companies, which are subject to compliance obligations and regulatory oversight, acknowledged and engaged with daigou channels. For example, a *Wall Street Journal* article published in October 2018 reported that companies such as Unilever were "increasingly marketing their products directly to daigou."[214] Similarly, Bondi Goddess, an Australian skincare brand, sold its product in China through website DaigouSales.com, where

---

[210] Hall, Casey and Stella Qiu, "Focus: 'Daigou' goes corporate as retailers seek new ways to reach Chinese shoppers," *Reuters*, December 21, 2023, available at https://www.reuters.com/business/retail-consumer/daigou-goes-corporate-retailers-seek-new-ways-reach-chinese-shoppers-2023-12-21/.

[211] Hall, Casey and Stella Qiu, "Focus: 'Daigou' goes corporate as retailers seek new ways to reach Chinese shoppers," *Reuters*, December 21, 2023, available at https://www.reuters.com/business/retail-consumer/daigou-goes-corporate-retailers-seek-new-ways-reach-chinese-shoppers-2023-12-21/.

[212] Piachaud, Thomas, Charlsy Zhang, and Max Peiro, "DeWu - the Crossroads of Chinese GenZ and Luxury Brands," *Re-Hub,* p. 7.

[213] Riddell, Emily, "China's fake economy – e-commerce site Dewu pioneers authenticity service," *Dao Insights*, April 22, 2021, available at https://daoinsights.com/works/chinas-fake-economy-e-commerce-site-dewu-pioneers-authenticity-service/ ("Many well-known brands choose Dewu as their preferred platform to launch new products, including the likes of New Balance, Casio, Champion, Huawei, DJI, Dyson and Beats. Just last month, the Italian football club Juventus FC became the first European football club to launch on the platform in order to sell merchandise and sportswear to a Chinese audience. Several Chinese celebrities, such as William Chan, Zhang Yixing, Xue Zhiqian and Li Chen, have also cooperated with Dewu.").

[214] Cherney, Mike, "To Reach Chinese Consumers, Brands Market in Australia," *Wall Street Journal*, October 3, 2018, available at https://www.wsj.com/articles/how-to-reach-chinese-consumers-market-in-australia-1538559006 ("Now, companies like Unilever are increasingly marketing their products directly to daigou, a low-cost channel into the Chinese market that doesn't require warehouses or distribution networks in China itself.").

daigou "refers to Chinese Australians who live here [in Australia], who are buying products on behalf of people they know and trust in China."[215] The founder of DaigouSales.com, Matthew McDougall stated in a 2018 news article that established brands "are recognising daigou as a legitimate channel to test products prior to officially doing a massive, expensive launch in mainland China. We even have Unilever selling Continental Soup on our site."[216] These contemporaneous statements and commercial practices reflect how market participants understood the regulatory environment at the time: that daigou encompassed visible, commercially accepted forms of activity that could operate within compliant frameworks.

131.    Regulatory conditions also varied by location within China. As discussed in **Section IV.A**, beginning in 2011, Chinese authorities introduced an offshore duty-free shopping program in Hainan to encourage tourism, domestic consumption, and repatriate overseas spending by Chinese consumers, allowing travelers to purchase foreign goods domestically. Over time, Hainan developed into a major travel retail hub and an increasingly important travel retail channel for Chinese consumers, anchored by large-scale duty-free complexes operated by CDFG. As I discussed previously, CDFG, a state-owned enterprise and Estée Lauder's largest customer, is the dominant operator in Hainan's duty-free market and one of the largest duty-free retailers globally.[217] In practice, within the travel retail channel, brands sell their products

---

[215] Sullivan, Rebecca, "The rise of daigou: Why Aussie skincare brand Bondi Goddess is only available to Chinese women," *news.com.au*, July 28, 2018, available at https://www.news.com.au/lifestyle/beauty/face-body/the-rise-of-daigou-why-aussie-skincare-brand-bondi-goddess-is-only-available-to-chinese-women/news-story/cfabadb68967f8f82a7f170a46cab593.

[216] Sullivan, Rebecca, "The rise of daigou: Why Aussie skincare brand Bondi Goddess is only available to Chinese women," *news.com.au*, July 28, 2018, available at https://www.news.com.au/lifestyle/beauty/face-body/the-rise-of-daigou-why-aussie-skincare-brand-bondi-goddess-is-only-available-to-chinese-women/news-story/cfabadb68967f8f82a7f170a46cab593.

[217] *See, e.g.,* "Luke Chang, Executive Vice President, China Duty Free Group," *Business of Fashion*, available at https://www.businessoffashion.com/people/luke-chang/ ("China Duty Free Group (CDFG), one of the world's largest travel retailers and a major player in Hainan, [is] China's domestic duty-free hub. The country's southernmost province and a tropical island, Hainan enjoys one of the highest duty-free allowances in the world. …

wholesale to duty-free operators such as CDFG, which then sell those products to end consumers through duty-free retail outlets, including to travelers and daigou shoppers.

132.    Hainan's role in China's travel retail market expanded significantly during the COVID-19 period, when international travel restrictions sharply reduced Chinese consumers' ability to shop abroad, while domestic travel to Hainan remained possible.[218] As outbound tourism declined, demand for duty free goods shifted toward domestic travel retail channels, particularly Hainan's offshore duty-free market.[219] This shift was further supported by policy changes that expanded duty free quota and the range of eligible products.[220] On July 1, 2020, China's "Announcement on Duty-Free Shopping Policy for Departing Passengers from Hainan Island" raised the annual duty-free quota from RMB 30,000 (about $4,215) to RMB 100,000 (about $14,050) and expanded the scope of eligible goods.[221] In addition, Chinese authorities

---

By 2023, CDFG's portfolio in Hainan alone included CDF Haikou International Duty Free Shopping Complex, CDF Sanya International Duty Free Shopping Complex, CDF Sanya Phoenix Airport Duty Free Shop, CDF Haikou Duty Free Shop, CDF Haikou Meilan Airport Duty Free Shop and, CDF Boao Duty Free Shop. CDFG has numerous other holdings beyond Hainan.").

[218] Achille, Antonio, et al., "Understanding Chinese Consumers: Growth Engine of the World," *McKinsey & Company*, November 2020, p. 74, available at https://www.mckinsey.com/~/media/mckinsey/featured%20insights/china/china%20still%20the%20worlds%20growth%20engine%20after%20covid%2019/mckinsey%20china%20consumer%20report%202021.pdf ("Some types of travel, especially high-end travel, are booming. Borders remain closed for outbound travel, which means that domestic high-end leisure trips are booming. … Furthermore, leisure travel to destinations in Western China and Hainan Province—which boast beautiful scenery, outdoor activities, and beach resorts—have seen significant growth.").

[219] "China's Unstoppable 2020 Luxury Market," *Bain & Company*, December 2020, available at https://www.bain.com/insights/chinas-unstoppable-2020-luxury-market/ ("Hainan offshore duty-free shopping sales surged thanks to attractive policy changes and restrictions on international travel.").

[220] "China's booming duty-free market spurs luxury consumption," *China Daily*, August 22, 2020, available at https://www.chinadailyhk.com/hk/article/140923 ("Retail travel business has been under pressure since the COVID-19 outbreak due to the sharp fall in international travel. However, China's duty-free consumption is accelerating thanks to policy incentives.").

[221] "关于海南离岛旅客免税购物政策的公告" ["Announcement on Duty-Free Shopping Policy for Departing Passengers from Hainan Island"], 中华人民共和国财政部, 海关总署, 税务总局 [*Ministry of Finance, General Administration of Customs, and State Taxation Administration of the People's Republic of China*], June 29, 2020, available at https://www.gov.cn/zhengce/zhengceku/2020-06/29/content_5522649.htm ("离岛旅客每年每人免税购物额度为 10 万元人民币，不限次数。免税商品种类及每次购买数量限制，按照本公告附件执行。" (Translated from Chinese) "Each departing passenger is granted an annual duty-free shopping quota of RMB 100,000, with no

issued "licences to several newcomers in 2020, resulting in a proliferation of retailers in both the capital Haikou in the north and the shopping heartland of Sanya to the south."[222] These policy changes, together with constrained overseas travel, were key drivers of a surge in duty-free purchasing activity in Hainan during the COVID-19 pandemic period. As *KPMG* and *The Moodie Davitt Report* noted:

> [S]ales at Hainan FTP's offshore duty-free shops (including tax-paid items) rose by 127 percent year-on-year in 2020 to around RMB32.74 billion (USD5.05 billion). By remaining COVID-free from April, Hainan FTP grew in allure to mainlanders, an attraction underscored by the announcement in late June of a sweeping enhancement of the policy and other key stimulus measures.[223]

133.    Similarly, the Chinese government commentary also noted that "Hainan has increased its annual tax-free shopping quota from 30,000 yuan to 100,000 yuan … and … introduced more duty-free business entities, a move that has greatly boosted the booming duty-free shopping sector."[224]

134.    Duty-free purchases were subject to eligibility requirements, purchase quotas, and restrictions on resale activity. For example, the July 1, 2020 policy announcement also specified that "[p]urchased duty-free goods are intended solely for personal use as final consumer products

---

restrictions on the number of purchases. The categories of duty-free goods and purchase limits per transaction are specified in the annex to this announcement.").

[222] "Travel Retail Market in Hainan FTP – Towards a Golden Future," *KPMG* and *The Moodie Davitt Report*, May 2021, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf, p. 9.

[223] "Travel Retail Market in Hainan FTP – Towards a Golden Future," *KPMG* and *The Moodie Davitt Report*, May 2021, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf, p. 8.

[224] "Hainan Free Trade Port: Duty-Free industry booms with strengthening of supervision," *The State Council The People's Republic of China*, June 2, 2025, available at https://english.www.gov.cn/policies/policywatch/202506/02/content_WS683cebe3c6d0868f4e8f3072.html.

and must not be resold in the domestic market."[225] On July 10, 2020, the "Announcement on the Release of Regulatory Measures for Duty-Free Shopping by Departing Passengers from Hainan Island" further clarified that these regulations related to resale are for activities with "commercial gain."[226] Subsequently, Chinese authorities continued to codify and clarify rules affecting certain daigou practices and smuggling. In December 2021, authorities adopted the "Regulations on Punishments for Duty-Free Shopping Violations in Hainan Free Trade Port Published" (effective January 1, 2022) pertaining to violations of duty-free policies.[227]

135.    In reference to this regulation, while Plaintiffs claim that "on January 1, 2022, Chinese regulators implemented severe crackdowns on all daigou activity,"[228] their characterization is incorrect and inconsistent with the scope of the measures that took effect on that date. As an initial matter, the regulations effective January 1, 2022 did not explicitly mention "daigou."[229] Further, these regulations were directed at violations of Hainan's offshore duty-free

---

[225] "关于海南离岛旅客免税购物政策的公告" ["Announcement on Duty-Free Shopping Policy for Departing Passengers from Hainan Island"], 中华人民共和国财政部, 海关总署, 税务总局 [*Ministry of Finance, General Administration of Customs, and State Taxation Administration of the People's Republic of China*], June 29, 2020, available at https://www.gov.cn/zhengce/zhengceku/2020-06/29/content_5522649.htm. (Translated from Chinese).

[226] "关于发布海南离岛旅客免税购物监管办法的公告" ["Announcement on the Release of Regulatory Measures for Duty-Free Shopping by Departing Passengers from Hainan Island"], 中华人民共和国海关总署 [*General Administration of Customs of the People's Republic of China*], September 30, 2020, available at https://www.ndrc.gov.cn/xwdt/ztzl/hnqmshggkf/ghzc/202009/t20200930_1239950.html ("离岛旅客有下列情形之一的，由海关按照相关法律法规处理 […] 以牟利为目的为他人购买免税品或将所购免税品在国内市场再次销售的。" (Translated from Chinese) "Passengers engaging in any of the following acts shall be penalized by customs under relevant laws … Purchasing duty-free goods for resale in the domestic market or commercial gain[.]").

[227] These provisions stipulated that violations of duty-free policies may be designated as "serious dishonesty" and publicized for three years, depending on their severity. "《海南自由贸易港免税购物失信惩戒若干规定》公布" ["Regulations on Punishments for Duty-Free Shopping Violations in Hainan Free Trade Port Published"], 海南日报 [*Hainan Daily*], December 13, 2021, available at https://www.hi.chinanews.com.cn/hnnew/2021-12-13/616253.html.

[228] Complaint, ¶ 2.

[229] The Chinese character "代购" does not appear in the regulations. *See* "《海南自由贸易港免税购物失信惩戒若干规定》公布" ["Regulations on Punishments for Duty-Free Shopping Violations in Hainan Free Trade Port Published"], 海南日报 [*Hainan Daily*], December 13, 2021, available at https://www.hi.chinanews.com.cn/hnnew/2021-12-13/616253.html.

policies, not at *all* daigou activity as Plaintiffs characterize.[230] Importantly, Hainan's duty-free policies pertained to the purchase and resale of duty-free goods, particularly resale of duty-free goods undertaken for profit-making purposes. However, as discussed above, daigou activity— both historically and to the present day—encompasses a range of practices, including purchasing goods abroad or in travel retail locations on behalf of or as a gift for friends or family members. For example, as noted in an article by a research group at Hainan University School of Law, daigou includes transactions where "the person does not purchase for the purpose of resale, but for the benefit of a friend or family member, or to give them to a friend or family member as gifts. This is not illegal."[231]

136.    Moreover, Hainan's resale regulations did not affect other avenues through which goods acquired in Hainan could lawfully enter the mainland. For example, when a consumer pays the applicable duties and taxes on goods purchased in Hainan, those goods would no longer be subject to the duty-free regulation. Further, Chinese regulations allowed purchases "beyond

---

[230] "《海南自由贸易港免税购物失信惩戒若干规定》公布" ["Regulations on Punishments for Duty-Free Shopping Violations in Hainan Free Trade Port Published"], 海南日报 [*Hainan Daily*], December 13, 2021, available at https://www.hi.chinanews.com.cn/hnnew/2021-12-13/616253.html ("为了预防和惩戒海南自由贸易港免税购物严重失信行为…制定本规定。" (Translated from Chinese) "These Regulations are formulated to prevent and penalize serious duty-free shopping violations in Hainan Free Trade Port[.]").

[231] "案例研究｜一文读懂离岛免税'套代购'走私中的罪与罚" ["Case Study | Understanding the Crimes and Punishments in Offshore Duty-free 'Tao-Daigou' Smuggling from One Article"], 腾讯网 [*Tencent News*], September 27, 2022, available at https://news.qq.com/rain/a/20220927A04R8300?suid=&media_id ("代购可分为两种：第一种情形，本人不以转销牟利为目的，为亲朋好友代为购买，或者本人购买后送给亲朋好友。这种情形并不违法，如果超过免税购物额度，在免税店购买时补缴了关税及其他税费就可以正常离岛。" (Translated from Chinese) "There are two types of daigou: [i]n the first case, the person does not purchase for the purpose of resale, but for the benefit of a friend or family member, or to give them to a friend or family member as gifts. This is not illegal. If the duty-free purchase quota is exceeded, the person can leave the island after paying the duty and other taxes at the time of purchase."). *See also*, "海南自由贸易港法律法规及政策解读——离岛免税篇" ["Interpretation of Laws, Regulations and Policies of Hainan Free Trade Port — Offshore Duty-free"], 金杜律师事务所 [*King & Wood Mallesons*], November 28, 2023, available at https://www.kwm.com/cn/zh/insights/latest-thinking/hainan-ftp-offshore-duty-free.html ("不以牟利为目的，受托为亲朋好友代买离岛免税商品，或者购买离岛免税商品赠送亲朋好友，是正常消费行为。" (Translated from Chinese) ("One is not for profit, which is a normal consumption behavior of being entrusted to buy offshore duty-free goods for friends and relatives, or purchasing offshore duty-free goods to give away to friends and relatives.").

81

the duty-free limits" when the import duties are paid.[232] In those circumstances, such goods could lawfully enter the mainland under Hainan's duty-free regulations. According to a research group at Hainan University School of Law, "[i]f the duty-free purchase quota is exceeded, the person can leave the island after paying the duty and other taxes at the time of purchase."[233]

137.    This evidence suggests that the regulatory framework depended on how transactions were conducted and for what purpose, rather than imposing a blanket prohibition on all daigou activity connected to Hainan.

### B.    Regulatory Interventions That Could Affect Daigou Were Well-Known Risks Prior to the Proposed Class Period, But Their Impact on Overall Daigou Activity Was Limited Prior to May 2023

138.    In the years prior to and during the Proposed Class Period, Chinese authorities implemented numerous regulations towards multiple objectives that included developing regulated commerce channels such as Free Trade Zones ("FTZs"),[234] a Free Trade Port ("FTP")

---

[232] "关于海南离岛旅客免税购物政策的公告" ["Announcement on Duty-Free Shopping Policy for Departing Passengers from Hainan Island"], 中华人民共和国财政部, 海关总署, 税务总局 [*Ministry of Finance, General Administration of Customs, and State Taxation Administration of the People's Republic of China*], June 29, 2020, available at https://www.gov.cn/zhengce/zhengceku/2020-06/29/content_5522649.htm. (Translated from Chinese).

[233] "案例研究｜一文读懂离岛免税'套代购'走私中的罪与罚" ["Case Study | Understanding the Crimes and Punishments in Offshore Duty-free 'Tao-Daigou' Smuggling from One Article"], 腾讯网 [*Tencent News*], September 27, 2022, available at https://news.qq.com/rain/a/20220927A04R8300?suid=&media_id. (Translated from Chinese).

[234] The first FTZ opened in Shanghai in 2013 "to explore new ways to deepen China's reform and opening up," and by 2023, China had established 21 FTZs tailored to reflect regional strengths and strategic priorities. *See, e.g.*, "The Role of China's Pilot Free Trade Zones in Promoting Institutional Innovation, Industrial Transformation and South-South Cooperation," *United Nations Conference on Trade and Development*, 2023, available at https://unctad.org/system/files/official-document/gds2023d5_en.pdf, p. 1; Wong, Dorcas, "China's FTZ Count Rise to 21 After Beijing, Hunan and Anhui Are Newly Added," *China Briefing*, September 28, 2020, available at https://www.china-briefing.com/news/chinas-ftz-count-rise-to-21-after-beijing-hunan-and-anhui-are-newly-added/.

in Hainan,[235] and Cross-Border E-Commerce ("CBEC") pilot zones,[236] strengthening transaction

oversight and consumer protection,[237] improving tax collection,[238] and preventing violations of

duty-free policies and smuggling.[239] Although discussions in the press frequently included

---

[235] In April 2018, Chinese authorities announced the plan to support the transformation of Hainan Province into a Free Trade Pilot Zone and ultimately a Free Trade Port ("FTP") "in a step-by-step and phased" manner. On June 1, 2020, Chinese authorities issued a comprehensive Master Plan for the construction of the Hainan Free Trade Port, which featured zero-tariff treatment on certain goods, the streamlining of customs and administrative processes to encourage international trade and foreign investment, and the expansion of offshore duty-free shopping. *See, e.g.*, "习近平在庆祝海南建省办经济特区 30 周年大会上发表重要讲话" ["Xi Jinping delivered an important speech at the grand meeting celebrating the 30th anniversary of Hainan's provincial establishment and economic special zone construction"], 新华网 [*Xinhua Net*], April 13, 2018, available at http://www.xinhuanet.com/politics/2018-04/13/c_1122680106.htm ("党中央决定支持海南全岛建设自由贸易试验区，支持海南逐步探索、稳步推进中国特色自由贸易港建设，分步骤、分阶段建立自由贸易港政策和制度体系" (Translated from Chinese) "[T]he Party Central Committee decided to support Hainan in building a Free Trade Pilot Zone across the whole island, and to support Hainan in gradually exploring and steadily advancing the construction of a Free Trade Port with Chinese characteristics, establishing a step-by-step and phased policy and institutional system for the Free Trade Port."); "Hainan Free Trade Port—Business Opportunities with new Customs Regime," *KPMG*, July 2020, https://kpmg.com/cn/en/home/insights/2020/06/china-tax-alert-24.html; Chunsheng, Liu, "Hainan Free Trade Port sets sights on becoming a new global model," *CGTN*, September 9, 2025, available at https://news.cgtn.com/news/2025-09-09/Hainan-Free-Trade-Port-sets-sights-on-becoming-a-new-global-model-1GwyyTYpwoo/p.html.

[236] In 2015, China established its first CBEC pilot zone, and by 2022, the number of CBEC zones had expanded to 132. CBEC zones provided "a series of preferential policies in the field of customs clearance, tax, exchange settlement, commodity inspection, logistics, and financial service" to facilitate cross-border e-commerce between foreign companies and Chinese consumers. For example, CBECs offered "bonded warehouse" and "direct shipping" logistics models to enable foreign firms to bypass the complexities of local registration and full customs procedures. *See, e.g.*, "China's cross-border e-commerce pilot zones at a glance," *Invest in China*, February 21, 2022, available at https://investinchina.chinadaily.com.cn/s/202202/21/WS621342a8498e6a12c121f903/chinas-cross-border-e-commerce-pilot-zones-at-a-glance.html; "China CBEC: Bonded Warehouse vs Direct Shipping Models," *TMO Group*, October 4, 2024, available at https://www.tmogroup.asia/insights/cross-border-ecommerce-logistics-in-china-bonded-zone-or-direct-shipping/.

[237] For example, as I discussed in **Section VI.A**, China codified rules for online sellers under its first E-Commerce Law in 2019. *See, e.g.*, "E-Commerce Law of the People's Republic of China," *IPKey*, August 31, 2018, available at https://ipkey.eu/sites/default/files/documents/resources/PRC_E-Commerce_Law.pdf; Fujino, Lauren Eiko, "China's New e-Commerce Law: Businesses Should Ready for Stronger Compliance Norms," *China Briefing*, September 25, 2018, available at https://www.china-briefing.com/news/china-new-e-commerce-law-businesses-ready-new-compliance-norms-2019/.

[238] For example, in 2018, Chinese authorities issued the "Notice on Improving the Tax Policy for Cross-border E-commerce Retail Imports". *See* "关于完善跨境电子商务零售进口税收政策的通知" ["Notice on Improving the Tax Policy for Cross-Border E-Commerce Retail Imports"], 中华人民共和国财政部, 海关总署, 税务总局 [*Ministry of Finance, General Administration of Customs, and State Taxation Administration of the People's Republic of China*], November 29, 2018, https://www.gov.cn/zhengce/zhengceku/2018-12/31/content_5440499.htm.

[239] For example, in July 2020, the "Supervision Measures for Duty-Free Shopping by Outbound Travelers from Hainan Island" stated that duty-free goods may not be resold in the domestic market for profit making purposes, and organizing or using others' duty-free quotas for profit could constitute smuggling or a criminal offense, depending upon the scale or nature of the activity. *See* "关于发布海南离岛旅客免税购物监管办法的公告" ["Announcement on the Release of Regulatory Measures for Duty-Free Shopping by Departing Passengers from Hainan Island"], 中华人民共和国海关总署 [*General Administration of Customs of the People's Republic of China*], September 30, 2020,

commentary on the anticipated effects of these measures on daigou activity, the actual impact of measures implemented on overall daigou activity was limited prior to May 2023. While some daigou sellers were affected by policies that reduced their profits and penalized illegal transactions, others adapted and continued ongoing daigou activity.[240]

139. Although the possibility of regulatory interventions that could affect daigou had long been known based on this historical precedent, their timing, severity, and impact were difficult for brands and other stakeholders to predict.[241]

140. Beginning in May 2023, Chinese authorities began a series of efforts that had a more pronounced effect against illegal daigou activity. These began on May 5, 2023, when the "Everyone Fights Smuggling to Safeguard the Free Trade Port" anti-smuggling publicity month campaign was launched in Wanning, Hainan Province under the guidance of the Hainan Provincial Public Security Department and the Provincial Anti-Smuggling Office.[242]

---

available at https://www.ndrc.gov.cn/xwdt/ztzl/hnqmshggkf/ghzc/202009/t20200930_1239950.html. In addition, as discussed in **Section VI.A**, in December 2021, authorities adopted provisions (effective January 1, 2022) under which violations of duty-free policies may be designated as "serious dishonesty" and publicized for three years.

[240] *See, e.g.*, "2016 年 4 月 8 日海关新政解读：小代购们还能不能活了" ["April 8, 2016 Customs New Policy Interpretation: Can small-daigou still survive?"], 搜狐 [*Sohu*], March 25, 2016, available at https://www.sohu.com/a/65668200_159107 ("海关抓大放小。所以，小代购们依然可以活着 …" (Translated from Chinese) "Customs tends to focus on big targets while overlooking the smaller ones. So, small-daigou can still survive[.]"); "The Daigou Index," *Re-Hub*, November 2020 ("In January of 2019, the Chinese government introduced laws to better regulate the market, but this has just forced Daigou to merge and upgrade their business models[.]"); "Chinese Daigou Traders in South Korea Adapt Fast to New E-commerce Law," *Jing Daily*, June 7, 2019, available at https://jingdaily.com/posts/chinese-daigou-south-korea ( "Daigou resellers are adapting fast and creatively to the challenges posted by China's new e-commerce law … Chinese daigou have entered a new phase with larger corporate daigou growing in volume and small individual daigous losing out.").

[241] *See, e.g.*, Luo, Yifei, "Daigou sunset: To say or leave the market storm," *Newsworthy*, September 26, 2019, available at https://www.newsworthy.org.au/beginning-of-the-end-of-daigou-2640447021.html "The [2019 E-Commerce Law] is like Schrodinger's cat, we don't know what will happen without opening the box[.]"… "[T]he law as it relates to daigou remains murky and the messages from government mixed."); Tanner, Mark, "Making Sense of China's New Cross Border Commerce Tax and Daigou Tax," *China Skinny*, April 5, 2016, available at https://chinaskinny.com/blog/chinas-new-cross-border-commerce-daigou-tax ("Like everything in China, the specifics and implementation of these new taxes is likely to be constantly changing.").

[242] "海南省'人人反走私 护航自贸港'反走私主题宣传月活动在万宁启动" ["Hainan Province 'Everyone is fighting smuggling to protect the free trade port' Anti-smuggling Themed Publicity Month Activity Launched in Wanning"], 搜狐 [*Sohu*], May 5, 2023, available at https://www.sohu.com/a/673061496_121106994 ("在海南省公安厅、省打私

Approximately 400 representatives from government agencies, businesses, schools, and rural areas participated in the event to launch the campaign.[243]

141.    On the next day, May 6, 2023, provincial leaders and officials held a conference in Haikou, Hainan to implement the instructions and directives of Chinese General Secretary and President Xi Jinping on preventing and controlling smuggling through "tao-daigou" ("套代购")[244] in Hainan province.[245] According to a news article, "[t]he meeting said the Provincial Party Committee and the Provincial Government have devised a three-year programme to deal with the issues. … The first year will focus on 'curing the symptoms', the second year will strive to 'cure the root cause', and the third year will build resistance to risks. Special operations, early

---

办指导下，由万宁市打击走私综合治理领导小组、中共万宁市委政法委、万宁市公安局主办的 2023 年海南省'人人反走私 护航自贸港'反走私主题宣传月活动在万宁市王府井国际免税港启动〔。〕" (Translated from Chinese) "[U]nder the guidance of the Hainan Provincial Public Security Department and the Provincial Anti-smuggling Office, the 2023 'Everyone is fighting smuggling to protect the free trade port' Anti-smuggling Themed Publicity Month Activity was launched in Wanning, Hainan Province. The event was hosted by the Wanning City Anti-smuggling Comprehensive Governance Leadership Group, the Political and Legal Committee of the Wanning Municipal Party Committee, and the Wanning Municipal Public Security Bureau.").

[243] "海南省'人人反走私 护航自贸港'反走私主题宣传月活动在万宁启动" ["Hainan Province 'Everyone is fighting smuggling to protect the free trade port' Anti-smuggling Themed Publicity Month Activity Launched in Wanning"], 搜狐 [*Sohu*], May 5, 2023, available at https://www.sohu.com/a/673061496_121106994 ("来自万宁市打私综治领导小组成员单位、企业、学校、农村的各界代表及反走私网格员代表约 400 人参加活动。" (Translated from Chinese) "Around 400 representatives from various sectors of society, including the Wanning Anti-smuggling Comprehensive Governance Leadership Group member units, enterprises, schools, and rural areas, as well as anti-smuggling grid members, participated in the event.").

[244] "顺手'代购'？小心违法！揭秘离岛免税'套代购'走私陷阱" ["Casual 'daigou'? Be careful of breaking the law! Revealing the offshore duty-free 'tao-daigou' [] smuggling trap"], 央视新闻 [*CCTV News (China Central Television)*], September 24, 2025, available at https://news.cctv.com/2025/09/24/ARTI9MXhfmgPsjsszOpYjX3L250924.shtml ("'套代购'包括'套购'和'代购'。… '套购'是指组织利用他人购买离岛免税品的资格和额度购买免税品，并且在国内市场再次销售牟取非法利益的行为；'代购'是指利用自己购买离岛免税品的资格和额度为他人购买免税品，同时收取代购费的行为。" (Translated from Chinese) "It is understood that 'tao-daigou' includes 'taogou' and 'daigou'. 'Taogou' refers to the act of organizing others to purchase offshore duty-free items using their qualifications and quotas, and reselling them in the domestic market for illegal profits; '[d]aigou' refers to using one's own qualifications and quotas to buy offshore duty-free items for others, while charging a daigou fee.").

[245] "海南省打击走私工作会议强调 端正思想认识 扛起政治责任 打好治理离岛免税'套代购'走私攻坚战" ["Hainan Province Anti-Smuggling Work Meeting Emphasizes Correct Ideological Understanding Shoulder Political Responsibility Fight the Offshore Duty-Free 'Tao-daigou' Smuggling Battle"], 澎湃新闻 [*The Paper*], May 6, 2023, available at https://www.thepaper.cn/newsDetail_forward_22988886.

detection, quick crackdowns, and severe punishment will all form part of the combined attack on the problem, the conference concluded."[246]

142.    The meeting was relayed by video to participants in all cities and counties in the Hainan province,[247] and an article in the Chinese press describing the conference highlighted the multi-level coordination stipulated by the policy.[248] Around the same time, the Ministry of Public Security and the General Administration of Customs launched the joint special operation "Safeguard 2023" (护航 2023) to target smuggling tied to Hainan's offshore duty-free trade.[249]

143.    On May 15, 2023, authorities held a provincial special meeting dedicated to cracking down on tao-daigou and strengthening anti-smuggling capacity, coordinating the deployment of efforts across departments to intensify enforcement and tighten supervision.[250]

---

[246] Moodie, Martin, "Hainan authorities step up crackdown on daigou business to protect offshore duty free's 'Golden Brand,'" *The Moodie Davitt Report*, May 16, 2023, available at https://moodiedavittreport.com/hainan-authorities-step-up-crackdown-on-daigou-business-to-protect-offshore-duty-frees-golden-brand/.

[247] "海南省打击走私工作会议强调 端正思想认识 扛起政治责任 打好治理离岛免税'套代购'走私攻坚战" ["Hainan Province Anti-Smuggling Work Meeting Emphasizes Correct Ideological Understanding Shoulder Political Responsibility Fight the Offshore Duty-Free 'Tao-daigou' Smuggling Battle"], 澎湃新闻 [*The Paper*], May 6, 2023, available at https://www.thepaper.cn/newsDetail_forward_22988886 ("会议以视频方式开到各市县[。]" (Translated from Chinese) "The meeting was broadcast via video to cities and counties[.]").

[248] "海南省打击走私工作会议强调 端正思想认识 扛起政治责任 打好治理离岛免税'套代购'走私攻坚战" ["Hainan Province Anti-Smuggling Work Meeting Emphasizes Correct Ideological Understanding Shoulder Political Responsibility Fight the Offshore Duty-Free 'Tao-daigou' Smuggling Battle"], 澎湃新闻 [*The Paper*], May 6, 2023, available at https://www.thepaper.cn/newsDetail_forward_22988886 ("要深刻认识到严防走私风险的重要性、严峻性、紧迫性、长期性，深刻认识到严防走私风险是海南必须扛起的主体责任，是各市县、各部门、各单位必须共同落实的政治责任[。]" (Translated from Chinese) "It is necessary to deeply understand the importance, severity, urgency, and long-term nature of preventing smuggling risks, and recognize that preventing smuggling risks is a primary responsibility that Hainan must shoulder. It is a political responsibility that must be jointly implemented by cities, counties, departments, and units.").

[249] "严厉打击海南离岛免税'套代购'走私！缉私部门发布提醒" ["Strict Crackdown on Hainan Island Outbound Traveler's Duty-Free 'Daigou [tao-daigou]' Smuggling! Anti-Smuggling Department Releases Reminder"], 中国青年报 [*CYOL (China Youth On line)*], July 14, 2023, available at https://m.cyol.com/gb/articles/2023-07/14/content_GqJLZdhzxw.html ("今年 5 月，公安部、海关总署部署开展'护航 2023'联合专项行动，严厉打击海南离岛免税'套代购'走私。" (Translated from Chinese) "[I]n May this year, the Ministry of Public Security and the General Administration of Customs jointly launched the 'Safeguard 2023' special action to severely crack down on Hainan island outbound traveler's duty-free 'daigou [tao-daigou]' smuggling.").

[250] "省政府召开专题会议 研究打击治理'套代购'走私和反走私能力提升工作" ["Provincial Government Held Special Meeting to Study Crackdowns Against 'Tao-Daigou' Smuggling and Anti-smuggling Capacity Improvement Work"], 海南日报 [*Hainan Daily*], May 15, 2023, available at

Authorities held several follow-up special provincial meetings with the same theme on May 31[251] and June 19, 2023.[252]

144.    Multiple sources, including news media, trade publications, and luxury beauty brands, described the events beginning on May 5, 2023 as enforcement with consequences on illegal daigou activity, including:

a.    An article published in *The Moodie Davitt Report* on May 16 stated: "The Hainan authorities yesterday stepped up their efforts to crack down on smuggling of duty free goods by 'purchasing agents' (taogou and daigou traders) following a **seminal conference** on 6 May."[253]

b.    During an earnings call in July 2023, L'Oréal Chief Financial Officer Christophe Babule said: "In Hainan, however, there's been a clear deterioration between the first and the second quarter. As you know, **in**

---

https://m.thepaper.cn/baijiahao_23098295 ("建立融合协作机制，形成团结一致、相互支持、相互配合的大工作格局。要进一步发挥海关、打私办等部门作用，站在全局的角度统筹谋划、协调推进，切实压实企业管理责任，做到规范管理、堵塞漏洞。" (Translated from Chinese) "[E]stablish a unified and collaborative mechanism to form an overall unified, mutually supportive and cooperative work pattern. We must further play the role of customs and private [anti-smuggling] offices, plan and coordinate from the perspective of the whole, and make corporate management responsibilities fulfilled effectively, standardizing management and closing loopholes.").

[251] "海南：调度打击治理离岛免税'套代购'走私工作" ["Hainan: Dispatch and Strike Governance of Offshore Duty-Free 'Tao-daigou' Smuggling Operations"], 中国新闻网 [*Chinanews*], June 1, 2023, available at https://www.hi.chinanews.com.cn/hnnew/2023-06-01/681003.html ("5 月 31 日，省政府召开专题会议，调度打击治理离岛免税'套代购'走私工作，研究完善监管制度等事项。" (Translated from Chinese) "On May 31, the provincial government held a special meeting to dispatch and strike governance of offshore duty-free 'Tao-daigou' smuggling operations, and to discuss improving regulatory systems and other matters.").

[252] "海南研究部署打击治理离岛免税'套代购'走私工作" ["Hainan Studies to Deploy Crackdowns Against Offshore Duty-free 'Tao-Daigou' Smuggling"], 新华网 [*Xinhua Net*], June 21, 2023, available at http://www.hainan.xinhua.org/20230621/597b5e354e694bd78ee376c9e5036e4e/c.html ("6 月 19 日，省政府召开打击治理离岛免税'套代购'走私专题会议，总结相关工作落实情况，研究部署交通物流监管和数据归集等工作。" (Translated from Chinese) "On June 19, the provincial government held a special meeting on cracking down upon offshore duty-free 'tao-daigou' smuggling, during which a summary was made on the implementation of relevant work and the deployment of transport logistics regulation and data collection was studied.").

[253] Moodie, Martin, "Hainan authorities step up crackdown on daigou business to protext offshore duty free's 'Golden Brand'," *The Moodie Davitt Report*, May 16, 2023, available at https://moodiedavittreport.com/hainan-authorities-step-up-crackdown-on-daigou-business-to-protect-offshore-duty-frees-golden-brand/.

**mid-May the authorities started to exercise much tighter control over the daigou trade** to preserve what they call Hainan's golden brands and travel retail operators have consequently refocused on the individual traveller. This has had a severe impact on industry-wide sell-out. We're obviously not immune to this."[254] Similarly, a February 2024 article in *DFNI* online noted that "Following China's policy change for daigou resellers announced in May 2023, L'Oréal was forced to reduce its level of inventories in travel retail."[255]

c.    An article in *The Moodie Davitt Report* discussing the performance of China Tourism Group Duty Free Corporation in 2024 stated: "[T]he H1 year-on-year result was heavily affected by the unflattering comparison with the pre-daigou crackdown months of January-April 2023 (**the curb on reselling came from May/June that year**; see Goldman Sachs note below)." The referenced Goldman Sachs analyst report stated: "The base effect should become more favorable as **the daigou crackdown started sometime in late 2Q23**."[256]

---

[254] Bersola, Camille, "'A change of paradigm in travel retail' – L'Oréal notes impact of Hainan and Korean daigou changes amid strong first-half results," *The Moodie Davitt Report*, July 28, 2023, available at https://moodiedavittreport.com/a-change-of-paradigm-in-travel-retail-loreal-notes-impact-of-hainan-and-korean-daigou-changes-amid-strong-first-half-results/. Emphasis added.

[255] Ireland, Kapila, "L'Oréal CEO expects "positive" second half of 2024 for travel retail," *DFNI Frontier*, February 12, 2024, available at https://www.dfnionline.com/brand-news/loreal-ceo-expects-positive-second-half-2024-travel-retail-12-02-2024/.

[256] Moodie, Martin, "CTG Duty Free Corp posts H1 sales and profits declines due to unflattering Hainan year-on-year comparisons," *The Moodie Davitt Report*, July 14, 2024, available at https://moodiedavittreport.com/china-tourism-group-duty-free-corporation-posts-double-digit-h1-sales-and-profits-declines-amid-complex-and-severe-market-conditions/. Emphasis added.

d.    An article published in *Jiemian*, a Shanghai-based financial and business news media outlet, on August 6, 2023 quoted an industry insider as saying: "From what I know, **after the strict checks in May** and June, **many purchasing agents [daigou] in Hainan have disappeared**."[257]

e.    Shiseido did not highlight tightening regulation in its Q1 2023 results released on May 12, 2023[258] but did so in its H1 2023 results released on August 8, 2023, commenting that "Travel Retail sales decreased due to retailor inventory adjustment **associated with tighter regulations**."[259]

145.    Based on my experience with how the Chinese authorities operate, research into relevant laws, and the aforementioned commentary from industry observers, the specifics of these measures and their impact on a brand's sales could not have been anticipated in advance. Furthermore, based on my knowledge of governmental actions in China, the cross-agency coordination in May was difficult to achieve, and no outsiders could have predicted this kind of initiative in China unless they were very close to top decision makers.

146.    These regulatory interventions initiated in Hainan beginning in May 2023 followed a period of disruption to China's offshore duty-free sector associated with COVID-19 outbreaks and associated lockdowns that periodically restricted travel in China.[260] Moreover, the

---

[257] "最惨暴跌 87%！美妆巨头们业绩疲软怪 '代购'？" ["The Biggest Drop of 87%! Are the Poor Performance of Beauty Giants Due to 'Daigou'?"], 界面新闻 [*Jiemian*], August 7, 2023, available at https://www.jiemian.com/article/9879445.html. Emphasis added. (Translated from Chinese).

[258] "2023 First Quarter Results (January—March)," *Shiseido*, May 12, 2023, available at https://corp.shiseido.com/en/ir/pdf/ir20230512_953.pdf, pp. 3, 9.

[259] "2023 First Half Results (January—June)," *Shiseido*, August 8, 2023, available at https://corp.shiseido.com/en/ir/pdf/ir20230808_978.pdf, pp. 3, 9. Emphasis added.

[260] "2023 Hainan Travel Retail Market Whitepaper," *KPMG* and *The Moodie Davitt Report*, April 2023, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2023/04/2023-hainan-travel-retail-market-whitepaper.pdf, p. 12 ("In 2022, affected by the sporadic COVID-19 outbreaks on the Mainland – and at one point in Hainan – the offshore duty free sector was hit hard and did not complete the projected target."); "2023 China Luxury Goods

89

May 2023 intervention reflected coordinated activity across customs, public security, and other authorities as part of a broader shift in enforcement posture involving heightened policing and expanded inspections. From an economic and behavioral perspective, such measures introduce uncertainty regarding how travel retail purchases will be evaluated at points of inspection, including uncertainty around inspection intensity, enforcement discretion, and the practical consequences of being subject to review. Such uncertainty could (and based on my experience, likely did) influence consumer behavior by discouraging discretionary purchases or reducing participation in travel retail channels, even among travelers and purchasers who are otherwise compliant.

147.    Taken together, the examples in this section demonstrate that, although the risk of regulatory intervention was known given the historical practices of Chinese authorities, companies and other stakeholders had no superior knowledge about the timing, scope, or potential sales impact of daigou-related interventions, such as the regulatory pressure on illegal daigou activity in May 2023.

_____

Z. John Zhang

---

Market: A Year of Recovery and Transition," *Bain & Company*, March 2024, available at https://www.bain.com/insights/2023-china-luxury-goods-market/ ("Hainan duty-free sales declined by approximately 30% in 2022.").

## Exhibit 1A
## Examples of Daigou Coverage by Chinese and International Media

| Date | Media Outlet | Quote |
|---|---|---|
| 4/8/2014 | Jing Daily | "Daigou merchants are popping up everywhere to take advantage of China's e-commerce boom (and high tariffs)." |
| 12/13/2014 | The Economist | "[Daigou] [a]gents spirit the goods into China for a fee, usually without paying import duty. Some transactions are arranged through networks of friends but many take place online. Taobao, one of China's main e-commerce businesses, has a website dedicated to daigou, g.taobao.com. Up to 30% of luxury sales in China come through this channel[.]" |
| 12/31/2014 | China Daily | "Despite the popularity of cross-border e-commerce in China, agents who make purchases overseas on behalf of Chinese consumers still constitute a big, gray market. And although the practice of daigou is an informal, small-scale, person-to-person business, it still dominates China's haitao market." |
| 5/4/2015 | The Independent | "55 per cent of Chinese luxury purchases were made overseas; a further 15 per cent by 'daigou', a kind of proxy overseas purchase to avoid import tariff and counterfeiting." |
| 3/6/2016 | Jing Daily | "Although their numbers have decreased since 2014, daigou sales are estimated to be worth 43 billion RMB, or the value of about 38 percent of all luxury sales in mainland China[.]" |
| 11/29/2016 | Fashion Network | "New Zealand skincare company Trilogy is using Chinese shopping agents known as 'daigou' and e-commerce to avoid Chinese regulations requiring animal testing on foreign skincare products sold in the country[.]" |
| 3/15/2018 | BBC | "At a basic level, a daigou makes his or her money by charging a small fee to the people buying the products. But there are now those who have grown their businesses into mini empires." |
| 10/3/2018 | Wall Street Journal | "Now, companies like Unilever are increasingly marketing their products directly to daigou, a low-cost channel into the Chinese market that doesn't require warehouses or distribution networks in China itself." |
| 12/21/2018 | Sixth Tone | "Li is a so-called daigou — which literally translates to 'buying on behalf of someone else.' She's one of an estimated 1 million small-time business operators who shop overseas, then sell the goods over messaging app WeChat or Chinese e-commerce platforms. … Last year, an estimated $100 billion of foreign goods was slipped into the Chinese mainland, the world's largest e-commerce market." |
| 3/21/2019 | Forbes | "In the early days of China e-commerce, a typical daigou was a student or a tourist who could bring back a duffle bag of products to sell online." |
| 7/30/2019 | ABC News | "In 2008, China was rocked by a baby formula scandal that left as many as 300,000 infants sick and six dead — consumer confidence in locally-made products never fully recovered. … The crisis sparked a phenomenon here of personal shoppers in Australia sending products to China, which has often made headlines over the years with Australian parents furious about baby formula shortages and the daigou's ability to influence share prices by having a preferred brand." |
| 10/29/2019 | Vice | "Daigou … grew alongside a boom in China's middle class over the last decade." |
| 4/7/2021 | Vogue Business | "[Veronique Yang, a managing director and partner at Boston Consulting Group in Shanghai,] estimates that of the RMB 230 billion ($35 billion) spent by Chinese consumers in the overseas luxury market in 2020, a remarkable 70 to 80 per cent was spent through daigou shoppers, or between $25 and $28 billion." |
| 6/3/2021 | Think China | "There're around 43.5 million mainland tourists visiting Hong Kong in 2019, among which 63% are same-day return travellers. … We believe daigous in Hong Kong are primarily among this segment of frequent same-day return travellers." |
| 6/4/2021 | Think China | "As tracked and estimated by Think China, in 2018, the sales value of prestige beauty products by Chinese consumers outside China in APAC is about 16 billion euros which is twice of the sales from official channels in China. Among which, we estimated that 7.5 billion is purchase through daigou shoppers in 5 key APAC markets: Japan, Korea, Malaysia, Hong Kong and Australia." |
| 8/5/2021 | Sixth Tone | "[Hainan] has turned into a new duty-free shopping destination. However, the tax-free haven has also attracted people who snatch up products only to resell them to others. Known as daigou …" |
| 2/2/2022 | BeautyMatter | "Hainan's duty-free share of China's total personal luxury market has doubled from 6% in 2018 to an estimated 13% last year – with beauty holding a dominant position. … Such continued pricing disruptions, including the resilient daigou channel (where professional shoppers buy duty-free on behalf of several individuals) are taking beauty to a possible cliff edge." |

**Exhibit 1A**
**Examples of Daigou Coverage by Chinese and International Media**

| Date | Media Outlet | Quote |
|---|---|---|
| 3/18/2023 | Sixth Tone | "Before 2020, the daigou trade was a massive industry in China. Around 1 million Chinese were said to be employed as daigou, who primarily made money by bringing foreign products into China. … Chinese authorities passed a law to stymie this gray market in 2019, yet the daigou trade continued to grow. The daigou industry generated $40 billion that year, according to one estimate." |
| 10/17/2023 | Jing Daily | "China's gray market size is an estimated 81 billion (600 billion RMB), having expanded by over 40 percent since 2019." |
| 12/21/2023 | Reuters | "Dewu, also known by the English name Poizon, now has 150 million active users, and hosts what retail consultants Re-Hub estimate to be nearly three-quarters of China's luxury cross-border 'daigou' trade that was once largely plied by individual shoppers." |
| 9/27/2024 | Jing Daily | "The daigou market, once considered a loophole in luxury retail, has now evolved into a force to be reckoned with, particularly as China's luxury market shifts in 2024." |
| 2/5/2025 | Jing Daily | "Chinese shoppers and traders known as 'daigou,' or 'To buy on behalf of,' have long travelled abroad to buy luxury goods in Hong Kong, Macau, Tokyo and elsewhere in Europe and the US." |
| 2/6/2025 | Jing Daily | "Luxury goods are typically cheaper outside of China, which encourages shoppers to shop abroad. It's estimated that about two-thirds of all purchases of luxury goods by Chinese buyers occur outside of the country. These price differences stem partly from China's taxes on foreign goods, including import duties, VAT, and consumption tax, which are designed to encourage sales of Chinese-made products. This discrepancy drives Chinese shoppers abroad, from Japan to a Bicester Village outlet near London, and also creates opportunities for gray market traders and daigou." |

**Sources:**

[A] Sim, Shuan, "China's Sketchy 'Daigou' Luxury Market Is A Hotbed For Fakes," *Jing Daily*, April 8, 2014, available at https://jingdaily.com/posts/chinas-sketchy-daigou-luxury-market-is-a-hotbed-for-fakes.

[B] "Special Report: Luxury," *The Economist*, December 13, 2014, available at https://www.economist.com/sites/default/files/20141213_sr_luxury.pdf.

[C] Fangyu, Dong, "The popular but risky practice of Daigou," *China Daily*, December 31, 2014, available at https://global.chinadaily.com.cn/a/201412/31/WS5a2fc471a3108bc8c67299cd.html.

[D] Fury, Alexander, "China's influence on fashion: At the top of the game both creatively and commercially," *The Independent*, May 4, 2015, available at https://www.the-independent.com/life-style/fashion/features/china-s-influence-on-fashion-at-the-top-of-the-game-both-creatively-and-commercially-10222909.html.

[E] "5 Ways China's Daigou Market Does More Harm than Good for Luxury Brands," *Jing Daily*, March 6, 2016, available at https://jingdaily.com/posts/5-ways-chinas-daigou-market-harm-good-luxury-brands.

[F] "NZ's Trilogy turns to daigou to bypass Chinese animal testing rules," *Fashion Network*, November 29, 2016, available at https://sa.fashionnetwork.com/news/Nz-s-trilogy-turns-to-daigou-to-bypass-chinese-animal-testing-rules,758464.html.

[G] Parker, Pamela, "How to become a professional shopper," *BBC*, March 15, 2018, available at https://www.bbc.com/news/business-43259904.

[H] "To Reach Chinese Consumers, Brands Market in Australia," *Wall Street Journal*, October 3, 2018, available at https://www.wsj.com/articles/how-to-reach-chinese-consumers-market-in-australia-1538559006.

[I] Lianzhang, Wang, "What a New Law Could Mean for China's 'Daigou'," *Sixth Tone*, December 21, 2018, available at https://www.sixthtone.com/news/1003372.

[J] Lavin, Frank, "China Retail: Can The Informal Channels Be Your Secret Weapon?," *Forbes*, March 21, 2019, available at https://www.forbes.com/sites/franklavin/2019/03/21/china-retail-can-a-daigou-be-your-secret-weapon/.

[K] Xiao, Bang and Sean Mantesso, "The daigou channel – how a handful of Chinese shoppers turned into a billion-dollar industry," *ABC News*, July 30, 2019, available at https://www.abc.net.au/news/2019-07-31/chinese-daigou-changing-influencing-australian-business/11221498.

[L] Vernon, Hayden, "The 'Daigou' Sellers Making Thousands By Buying Luxury Goods in the UK," *Vice*, October 29, 2019, available at https://www.vice.com/en/article/daigou-china-luxury-goods-money-maker/.

[M] Biondi, Annachiara, "China's daigou personal shoppers aren't going away," *Vogue Business*, April 7, 2021, available at https://www.voguebusiness.com/consumers/china-daigou-not-going-away.

**Exhibit 1A**
**Examples of Daigou Coverage by Chinese and International Media**

**Sources (Continued):**

[N] Sun, Benjamin, "A Profile of Daigou Shoppers in Hong Kong Market," *Think China* , June 3, 2021, available at https://www.thinkchina.com/insights/a-profile-of-daigou-shoppers-in-hong-kong/.

[O] Sun, Benjamin, "Chinese Beauty Daigou in ASEAN Region," *Think China* , June 4, 2021, available at https://www.thinkchina.com/insights/chinese-daigou-market-for-prestige-beauty-in-asean-region/.

[P] Yaling, Jiang, "Hainan Duty Free Uses QR Codes on Items to Deter 'Daigou' Trade," *Sixth Tone* , August 5, 2021, available at https://www.sixthtone.com/news/1008184.

[Q] Rozario, Kevin, "Beauty Dominates Hainan's High-Growth Duty-Free Market – But There's a Downside," *BeautyMatter* , February 2, 2022, available at https://beautymatter.com/articles/beauty-dominates-hainans-high-growth-duty-free-market-but-theres-a-downside.

[R] Peiyue, Wu, "Hong Kong's 'Daigou' Trade Is Back. But This Time, It Has Reversed," *Sixth Tone* , March 18, 2023, available at https://www.sixthtone.com/news/1012494.

[S] "Is there a solution to China's $81B 'daigou' gray market?," *Jing Daily* , October 17, 2023, available at https://jingdaily.com/posts/is-there-a-solution-to-china-81-billion-daigou-gray-market.

[T] Hall, Casey and Stella Qiu, "Focus: 'Daigou' goes corporate as retailers seek new ways to reach Chinese shoppers," *Reuters* , December 21, 2023, https://www.reuters.com/business/retail-consumer/daigou-goes-corporate-retailers-seek-new-ways-reach-chinese-shoppers-2023-12-21.

[U] Nan, Lisa, "'Daigou' trade's threat to luxury brands in 2024," *Jing Daily* , September 27, 2024, available at https://jingdaily.com/posts/daigou-s-threat-to-luxury-brands-in-2024.

[V] Quilty-Harper, Conrad, "Gangs, tourists funnel luxury handbags into China: Part 1," *Jing Daily* , February 5, 2025, available at https://jingdaily.com/posts/china-s-luxury-smuggling-networks-exposed-part-1-the-tourist-mules.

[W] Quilty-Harper, Conrad, "What luxury needs to know about daigou: Part 2," *Jing Daily* , February 6, 2025, available at https://jingdaily.com/posts/how-china-s-daigou-and-gray-market-threaten-luxury-brands-part-2.

**Exhibit 1B**
**Examples of Daigou Coverage by Consulting Firms**

| Date | Firm | Quote |
|---|---|---|
| 12/17/2013 | Bain & Company | "Professional 'DaiGou' platforms and websites are also growing quickly, a potential threat to traditional channels[.]" |
| 1/20/2015 | Bain & Company | "70% of consumers have bought on Daigou, and their spend is increasing[.]" |
| March 2019 | Bain & Company | "The Chinese government is expected to maintain its adjustment of import duties to encourage domestic consumption, as well as to reduce the VAT rate. It is also likely to continue imposing strict control over passengers and parcels at customs, and to more carefully supervise the army of 'daigou agents' who purchase overseas for local consumers." |
| November 2020 | Re-Hub | "In January of 2019, the Chinese government introduced laws to better regulate the market, but this has just forced Daigou to merge and upgrade their business models[.]" |
| December 2020 | Bain & Company | "About 90% of foreigners who purchase duty-free products in South Korea are daigou operators and mainly for mainland China[.]" |
| May 2021 | KPMG | "We also consider Hainan FTP duty-free in the context of the world's biggest duty-free market, the Republic of Korea – a market almost entirely driven in 2020 by 'daigou' traders selling into China. … In 2020, 94 percent of the country's duty-free business was to foreigners, almost all daigou traders." |
| 11/9/2021 | Daxue Consulting | "China's daigou market has developed rapidly in recent years. It reached ¥260 billion in 2018. However, after 2018, the E-commerce Law came into effect, requiring e-commerce practitioners to become compliant and pay taxes. At the same time, with the emergence of various cross-border e-commerce and brand websites, Daigous' market share started to shrink." |
| January 2022 | Bain & Company | "The market has also seen the emergence of new daigou formats, such as Dewu, also known as Poizon. This budding e-commerce platform enables both individuals and brands to register and sell overseas luxury products to Chinese consumers. Monthly active users of Dewu grew from 12 million in 2019 to 35 million in 2021." |
| July 2022 | KPMG | "Also note the surge in sales by 'other shops' [principally downtown duty-free stores] compared with airport duty-free in 2020, with the former rising from 43.6 percent to 59.0 percent while the airport share fell from 50.9 percent to 37.6 percent. That startling change was driven principally by Hainan as well as the Korean downtown duty-free market (which became almost entirely daigou-driven sales into China)." |
| February 2023 | Bain & Company | "In 2022, visits to South Korea were over 90% lower than in 2019, but sales remained at ~70% of 2019 levels … [.] This suggests an abundance of cross-border exporting activities, such as daigou shopping." |
| April 2023 | KPMG | "The travel restrictions and global supply chain disruptions during the pandemic have hindered Chinese consumers from purchasing high-end products abroad of through daigou channels." |
| September 2023 | Re-Hub | "The Daigou market in China represents an estimated $81B USD problem. Since 2019 we estimate the market has grown over 40% and has seen an increase in the levels of professionalization, as well as more platforms emerging serving the growing market." |
| March 2024 | Bain & Company | "South Korea's duty-free market has historically been a significant source for Daigou, particularly in the luxury beauty sector." |
| January 2025 | Bain & Company | "For 2024, despite a significant recovery of 60% in international travelers, South Korean duty-free sales are projected to decline by 3% versus 2023, reaching approximately 60 billion yuan, with an average basket dropping by around 40% … [.] This decline can be attributed to ongoing government and brand actions against Daigou trading, as well as a shift in tourism flows toward Japan due to favorable exchange rates." |
| 4/25/2025 | Daxue Consulting | "The Daigou (代购) industry refers to individuals or agents who purchase and import goods from overseas for resale in the Chinese market. Tightened regulations and pandemic-related disruptions led to a significant reduction in the industry. While the industry is unlikely to recover to its pre-pandemic size, it experienced a rebound in 2024, with the daigou market growing by 5%." |

Page 1 of 2

**Exhibit 1B**
**Examples of Daigou Coverage by Consulting Firms**

**Sources:**

[A] "2013 China Luxury Market Study," *Bain & Company*, December 17, 2013, available at https://www.bain.com.cn/pdfs/202108271024562425.pdf.

[B] "2014 China Luxury Market Study," *Bain & Company*, January 20, 2015, available at https://www.bain.cn/pdfs/202108271025414751.pdf.

[C] Lannes, Bruno, "What's Powering China's Market for Luxury Goods?," *Bain & Company*, March 2019, available at https://www.bain.com/insights/whats-powering-chinas-market-for-luxury-goods/.

[D] "The Daigou Index," *Re-Hub*, November 2020.

[E] "China's Unstoppable 2020 Luxury Market," *Bain & Company*, December 2020, available at https://www.bain.com/globalassets/noindex/2020/bain_report_chinas_unstoppable_2020_luxury-market.pdf.

[F] "Travel Retail Market in Hainan FTP – Towards A Golden Future," *KPMG and The Moodie Davitt Report*, May 2021, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf.

[G] "China travel retail market report," *Daxue Consulting*, November 9, 2021, available at https://daxueconsulting.com/china-travel-retail-market-report/.

[H] Lannes, Bruno, Weiwei Xing, "A Year of Contrasts for China's Growing Personal Luxury Market," *Bain & Company*, January 2022, available at https://www.bain.com/globalassets/noindex/2022/bain_brief_a_year_of_contasts_for_chinas_growing_personal_luxury_market.pdf.

[I] "2022 Hainan Travel Retail Market Whitepaper," *KPMG and The Moodie Davitt Report*, July 2022, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2022/07/hainan-travel-retail-market-whitepaper.pdf.

[J] Lannes, Bruno, and Wewei Xing, "Setting a New Pace for Personal Luxury Growth in China," *Bain & Company*, February 2023, available at https://www.bain.com/insights/setting-a-new-pace-for-personal-luxury-growth-in-china/.

[K] "2023 Hainan Travel Retail Market Whitepaper," *KPMG and The Moodie Davitt Report*, April 2023, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2023/04/2023-hainan-travel-retail-market-whitepaper.pdf.

[L] Piachaud, Thomas, Charlsy Zhang, and Max Perio, "The Daigou Index 2.0," *Re-Hub*, September 2023.

[M] Lannes, Bruno and Weiwei Xing, "2023 China Luxury Goods Market: A Year of Recovery and Transition," *Bain & Company*, March 2024, available at https://www.bain.com/insights/2023-china-luxury-goods-market/.

[N] Lannes, Bruno, Weiwei Xing, and Emma Gu, "2024 China Luxury Goods Market: Navigating Turbulent Waters," *Bain & Company*, January 2025, available at https://www.bain.com/insights/2024-china-luxury-goods-market/.

[O] "Inside luxury's gray market: The evolving role of China's Daigou industry," *Daxue Consulting*, April 25, 2025, available at https://daxueconsulting.com/daigou-in-china/.

**Exhibit 1C**
**Examples of Daigou Coverage by Trade Publications**

| Date | Publication | Quote |
|---|---|---|
| 4/30/2018 | The Moodie Davitt Report | "South Korean duty free sales to foreigners surged +90.2% year-on-year in March[.] … The huge increase in sales, to US$1.26 billion, was driven by the daigou (shuttle trader) phenomenon." |
| 11/5/2018 | DFNI Frontier | "The phenomenon of daigous is not going anywhere, but new Chinese tax laws in cross-border e-commerce should impact their activities[.]" |
| 1/6/2019 | The Moodie Davitt Report | "Increased demand by daigou shoppers 'greatly influenced' sales said Lotte. The retailer noted that such travellers had compensated for the 'stagnation' of conventional Chinese tourism since the THAAD dispute erupted in March 2017." |
| 4/26/2019 | DFNI Frontier | "In the South Korean downtown duty free market, there had been concerns that new laws introduced in China to curtail daigou trading at the start of 2019 would have an impact on what Shilla has called 'one of the main customer groups' for South Korean duty free." |
| 11/28/2019 | The Moodie Davitt Report | "Duty free sales in South Korea grew +28.2% year-on-year to KRW2,187.3 billion (US$1,844 million) in October 2019, as sales to foreign shoppers continued to offset declining sales to Koreans[.]" |
| 1/10/2020 | The Moodie Davitt Report | "The Moodie Davitt Business Intelligence Unit estimates that 48% of Korean duty free's sales are from resellers who mostly bring their goods back into China to sell." |
| 3/9/2020 | DFNI Frontier | "Luxury and beauty products are normally the subject of daigou activity, but there has been massive ordering of medical-related products." |
| 8/31/2020 | The Moodie Davitt Report | "Large daigou groups drive spending" in Korea's duty-free market. |
| 10/13/2020 | DFNI Frontier | "Sales of downtown duty-free reached KRW1.180trn, with overseas spenders making up for a whopping 99.8%, as daigou shoppers come to the sector's rescue." |
| 5/18/2021 | The Moodie Davitt Report | "To answer those questions and others, Lotte Duty Free CEO Kap Lee spoke exclusively to The Moodie Davitt Report Founder & Chairman Martin Moodie in a fascinating and ultimately uplifting interview that maps out the road to recovery, and examines an enhanced ecommerce focus, the daigou versus FIT balance and the meaning of partnership today." |
| 2/5/2024 | The Moodie Davitt Report | "Before 2017 all the [daigou] (surrogate purchasers) operated with a hand-carry business. From 2017, due to the political crisis and the resultant slump in Chinese tourism, KCS allowed freight cargo for downtown and airport duty free purchases." |
| 4/9/2024 | DFNI Frontier | "China Tourism Group Duty Free Corporation Limited (CTG China Duty Free), parent company of China Duty Free Group, saw 2024 first-quarter revenue reach RMB18.8bn (US$2.6bn), representing a year-on-year decrease of -9.45%.  Preliminary net income for the period amounted to RMB2.31bn, a slight 0.33% rise on the previous year. Operating profit also slowed -7.72% to RMB291m. CTG stated that its inbound and outbound duty-free business further recovered in Q1 2024, with its offline business (physical stores) experiencing a steady rebound. The results also reflect the impact of the Chinese government's tightened policies for daigou resellers." |

**Sources:**

[A] Holland, Jason, "Daigou sales propel Korean duty free to new heights as Chinese tourism posts first growth in 13 months," *The Moodie Davitt Report* , April 30, 2018, available at https://moodiedavittreport.com/daigou-sales-propel-korean-duty-free-to-new-heights-as-chinese-tourism-posts-first-growth-in-13-months-2/.

[B] Farrington, Alison, "CDFG to focus on downtown channel and Asia Pacific expansion," *DFNI Frontier* , November 5, 2018, available at https://www.dfnionline.com/latest-news/cdfg-focus-downtown-concept-stores-exclusive-duty-free-products-trinity-forum-2018-05-11-2018/.

[C] Moodie, Martin, "Lotte Duty Free posts all-time sales high in 2018 as online and daigou business soars," *The Moodie Davitt Report* , January 6, 2019, available at https://moodiedavittreport.com/lotte-duty-free-posts-all-time-sales-high-in-2018-as-online-and-daigou-business-soars.

[D] Coleman, Liam, "Shilla posts double-digit Q1 revenue growth for airport and downtown," *DFNI Frontier* , April 26, 2019, available at https://www.dfnionline.com/lead-stories/shilla-posts-double-digit-q1-revenue-growth-for-airport-and-downtown-26-04-2019/.

[E] Jung, Min Yong, "Korean duty free sales rise +28% in October as resale market continues to soar," *The Moodie Davitt Report* , November 28, 2019, available at https://moodiedavittreport.com/korean-duty-free-sales-rise-28-in-october-as-resale-market-continues-to-soar/.

**Exhibit 1C**
**Examples of Daigou Coverage by Trade Publications**

**Sources (Continued):**

[F] Moodie, Martin, "Korean duty free rivalry heats up amid impending Incheon tender and focus on global expansion," *The Moodie Davitt Report*, January 10, 2020, available at https://moodiedavittreport.com/korean-duty-free-rivalry-heats-up-amid-impending-incheon-tender-and-focus-on-global-expansion/.

[G] Dimama, Elena, "Strong start to the year for Korean duty free sales as Covid-19 impact not yet fully blown," *DFNI Frontier*, March 9, 2020, available at https://www.dfnionline.com/latest-news/retail/strong-start-year-korean-duty-free-sales-covid-19-impact-not-yet-fully-blown-09-03-2020/.

[H] Jung, Min Yong, "The curious tale of Korean duty free – July sales tumble -39% but sales per foreign customer soar +1,575% to US $14,275," *The Moodie Davitt Report*, August 31, 2020, available at https://moodiedavittreport.com/the-curious-tale-of-korean-duty-free-july-sales-tumble-39-but-sales-per-foreign-customer-soar-1575-to-us14275/.

[I] Dimama, Elena, "Industry Outlook: Airport and downtown duty free state of play," *DFNI Frontier*, October 13, 2020, available at https://www.dfnionline.com/regions/global/industry-outlook-airport-downtown-duty-free-state-play-13-10-2020/.

[J] "Spring is not far away for the travel retail industry," *The Moodie Davitt Report*, May 18, 2021, available at https://ezine.moodiedavittreport.com/the-moodie-davitt-ezine-295/lotte-duty-free/.

[K] Moodie, Martin, "Big changes to daigou sector raise Korean duty free retailer concerns," *The Moodie Davitt Report*, February 5, 2024, available at https://moodiedavittreport.com/big-changes-to-daigou-sector-raise-korean-duty-free-retailer-concerns/.

[L] Ireland, Kapila, "China Duty Free Q1 2024 revenue slows -9.45% year-on-year," *DFNI Frontier*, April 9, 2024, available at https://www.dfnionline.com/latest-news/china-duty-free-q1-2024-revenue-slows-9-45-year-year-09-04-2024/.

**Exhibit 1D**
**Examples of Daigou Coverage by Retailers and Brands**

| Date | Retailer/Brand | Quote |
|---|---|---|
| 11/29/2016 | Trilogy (Angela Buglass, CEO) | "New Zealand skincare company Trilogy is using Chinese shopping agents known as 'daigou' and e-commerce to avoid Chinese regulations requiring animal testing on foreign skincare products sold in the country, CEO Angela Buglass said. … Most of its revenue comes from Australian and New Zealand sales, up to 30 percent of which end up in the hands of Chinese consumers via professional shoppers known as daigou, who post products to China[.]" |
| 4/26/2018 | Blackmores (Tim Scotcher, General Manager) | "Businesses like Blackmores have recognised this new opportunity for sales. 'I think a lot of our products have been carried in the suitcases literally out of country for some time now,' said Tim Scotcher, Blackmores' general manager medicinal foods." |
| 10/3/2018 | Unilever | "Now, companies like Unilever are increasingly marketing their products directly to daigou, a low-cost channel into the Chinese market that doesn't require warehouses or distribution networks in China itself." |
| 1/6/2019 | Lotte Duty Free | "Increased demand by *daigou* shoppers 'greatly influenced' sales said Lotte. The retailer noted that such travellers had compensated for the 'stagnation' of conventional Chinese tourism since the THAAD dispute erupted in March 2017." |
| 5/18/2021 | Lotte Duty Free (Kap Lee, CEO) | "One encouraging fact is that the demand for Korean duty free goods is still high in China, which we take from the fact that daigous are active in the Korean market, even with the borders closed due to the pandemic. Currently, the Korean duty free market environment revolves around the Chinese shuttle traders, peddlers who carry small goods to sell in their luggage." |
| 8/30/2022 | A2 Milk (David Bortolussi, Managing Director and CEO) | "We remain committed to the daigou channel and have increased our direct engagement and marketing support with more daigou supporting the brand." |
| 12/21/2023 | Blackmores (Alastair Symington, CEO) | "Daigou trade also accounted for one-third of annual retail sales for the Australian vitamins and dietary supplement sector, said Blackmores CEO Alastair Symington." |

**Sources:**

[A] "NZ's Trilogy turns to daigou to bypass Chinese animal testing rules," *Fashion Network*, November 29, 2016, available at https://sa.fashionnetwork.com/news/Nz-s-trilogy-turns-to-daigou-to-bypass-chinese-animal-testing-rules,758464.html.

[B] Vincent, Michael, "Australia's Chinese personal shoppers about more than baby formula – it's a $1 billion industry," *ABC*, April 26, 2018, available at https://www.abc.net.au/news/2018-04-26/daigou-chinese-personal-shopping-%241-billion-industry/9671012.

[C] Cherney, Mike, "To Reach Chinese Consumers, Brands Market in Australia," *Wall Street Journal*, October 3, 2018, available at https://www.wsj.com/articles/how-to-reach-chinese-consumers-market-in-australia-1538559006.

[D] Moodie, Martin, "Lotte Duty Free posts all-time sales high in 2018 as online and daigou business soars," *The Moodie Davitt Report*, January 6, 2019, available at https://moodiedavittreport.com/lotte-duty-free-posts-all-time-sales-high-in-2018-as-online-and-daigou-business-soars.

[E] "Spring is not far away for the travel retail industry," *The Moodie Davitt Report*, May 18, 2021, available at https://ezine.moodiedavittreport.com/the-moodie-davitt-ezine-295/lotte-duty-free/.

[F] Harrison, Tristan, "Are A2 Milk shares 'turning a corner' on the daigou debacle?," *The Motley Fool*, August 30, 2022, available at https://www.fool.com.au/2022/08/30/are-a2-milk-shares-turning-a-corner-on-the-daigou-debacle/.

[G] Hall, Casey and Stella Qiu, "Focus: 'Daigou' goes corporate as retailers seek new ways to reach Chinese shoppers," *Reuters*, December 21, 2023, https://www.reuters.com/business/retail-consumer/daigou-goes-corporate-retailers-seek-new-ways-reach-chinese-shoppers-2023-12-21.

## Exhibit 1E
## Examples of Daigou Coverage in Academic Literature

| Date | Journal | Quote |
|---|---|---|
| 2015 | Journal of Consumer Culture | "[A]n Internet-based luxury agent (daigou) [buys] branded Western luxury products overseas and then re-sells them via social media platforms to middle-class consumers in China." |
| December 2016 | Journal of Retailing | "On Taobao Marketplace, the sellers who purchase products for other consumers who are located in a different geographic region are often referred to as DaiGou. Those sellers can easily access authentic products at lower prices in the origin country, and their location information helps to alleviate customers' potential concern regarding counterfeit products." |
| 2017 | International Journal of Humanities and Social Sciences | "Third, selfies serve as advertisements posted on WeChat-Moments for commercial usage. *Daigou* (a word in Chinese meaning 'substitute shopping' or 'shopping on someone's behalf') and *Weishang* (a word in Chinese meaning 'retail seller on WeChat') post selfies with commodities on his/her personal non-commercial WeChat-Moments page. Some are photos taken in front of a mirror while shopping." |
| 2018 | International Journal of Communication | "In China, a type of cross-border shopping service—*daigou* (代购)—flourishes, which serves as a channel for purchasing global consumer goods in other countries or regions to crossmarket barriers and regional price gaps. *Daigou* practitioners profit from exchange-rate variation, or from taking advantage of differential tax policies. *Daigou* activities have gradually led to the formation of a niche consumer market of global commodities in China. *Daigou* services currently include consulting, livestreaming, off-line shopping trips, and the delivery of goods." |
| June 2018 | Transportation Research Part E: Logistics and Transportation Review | "For example, in China, there is a significant business phenomenon called 'Haitao' (overseas online shoppers) or 'Daigou (shopping agents).' It refers to the Chinese nationals who take advantage of their stay or travel overseas to buy goods for 'clients' in China." |
| October 2018 | Journal of Travel & Tourism Marketing | "Moreover, the emergence of alternative shopping channels further revised the market structure (e.g., daigou). … Furthermore, a certain group of customers genuinely pursues quality. On the one hand, such customers have low confidence in the quality of domestic brand items. On the other hand, their taste that seeks quality can only be fulfilled by internationally well-known brands." |
| 2019 | Omega | "In recent years, more and more parallel importers (also commonly called a "Daigou" in China) sell 'gray' products through IT-enabled marketplaces, such as *Taobao, AmazonGlobal, and WeChat*." |
| 2019 | Tourism Management | "Perhaps the only group of Chinese tourists continued to visit South Korea was Daigou (i.e., individuals located outside China purchase commodities for customers in China[.]" |
| 2021 | Creative and Innovation Management | "Typically comprising Chinese expatriates around the globe, daigou agents purchase a variety of consumer goods, such as cosmetics, infant formula and clothing, from local stores and re-sell them to online consumers via social media platforms[.]" |
| 8/24/2021 | Journal of China Tourism Research | "Daigou may be simply understood as purchasing on behalf of others. However, as an informal economy, Daigou trade between buyers and sellers is now a lucrative market and has emerged as a distinctive tourism segment. While Daigou occurs on the back of technological platforms that facilitate electronic commerce between customer to customer, academic literature on Daigou from a Chinese outbound tourism perspective remains scarce." |
| 2023 | Journal of Business Venturing Insights | "Daigou are an important 'middleman', connecting Chinese customers with Western brands, and … [they] exploit free market networks and digital technologies (e.g., WeChat and Weibo) to engage in cross-border exporting. Despite the global pandemic restricting international travel, Daigou remain a vital and lucrative channel, with an estimated [size] of between US$40bn to US$100bn." |

**Exhibit 1E**
**Examples of Daigou Coverage in Academic Literature**

**Sources:**

[A] Zhang, Lin, "Fashioning the feminine self in 'prosumer capitalism': Women's work and the transnational reselling of Western luxury online," *Journal of Consumer Culture*, 2015, pp. 1-21.

[B] Zhao, Kexin, Xia Zhao, and Jing Deng, "An Empirical Investigation of Online Gray Markets," *Journal of Retailing*, Vol. 92 (4), December 2016, pp. 397-410.

[C] Zhang, Wen, "Smartphone Photography in Urban China," *International Journal of Humanities and Social Sciences*, Vol. 11 (1), 2017, pp. 231-239.

[D] Xie, Zhuoxiao, "Im/materializing Cross-Border Mobility: A Study of Mainland China–Hong Kong Daigou (Cross-Border Shopping Services on Global Consumer Goods)," *International Journal of Communication*, Vol. 12, 2018, pp. 4052-4065.

[E] Li, Hai, Jing Shao, and Stuart Zhu, "Parallel importation in a supply Chain: The impact of gray market structure," *Transportation Research Part E: Logistics and Transportation Review*, Vol. 114, June 2018, pp. 220-241.

[F] Hung, Kam, Hanqin Qiu Zhang, Basak Denizci Guillet, and Liang Wang, "China Watching: Luxury Consumption and Its Implications," *Journal of Travel & Tourism Marketing*, Vol. 37 (5), 2020, pp. 577-592.

[G] Huang, Hongfu, Yong He, and Jing Chen, "Competitive strategies and quality to counter parallel importation in global market," *Omega*, Vol. 86, 2019, pp. 173-197.

[H] Jin, Xin, Mingya Qu, and Jigang Bao, "Impact of crisis events on Chinese outbound tourist flow: A framework for post-events growth," *Tourism Management*, Vol. 74, 2019, pp. 334-344.

[I] Park, Hyunkyu, Sojung Kim, Yujin Jeong, and Tim Minshall, "Customer entrepreneurship on digital platforms: Challenges and solutions for platform business models," *Creative and Innovation Management*, Vol. 30 (1), 2021, pp. 96-115.

[J] Zhang, Xiaoyu, Aaron Tham, Yulin Liu, Wendy Spinks, and Liang Wang, "To market, to market: uncovering Daigou touristscapes within Chinese outbound tourism," *Journal of China Tourism Research*, Vol. 17 (4), 2021, pp. 549-569.

[K] Glavas, Charmaine, Gary Mortimer, Han Ding, Louise Grimmer, Oscar Vorobjovas-Pinta, and Martin Grimmer, "How entrepreneurial behaviors manifest in non-traditional, heterodox contexts: Exploration of the Daigou phenomenon," *Journal of Business Venturing Insights*, Vol. 19, 2023.

Appendix A

# *ZHONG (JOHN) ZHANG*

The Wharton School (JMHH 754)
University of Pennsylvania
3730 Walnut Street, Philadelphia
PA 19104-6340, USA

zjzhang@wharton.upenn.edu
Phone: (215) 898–1989
Fax:(215) 898–2534

## EDUCATION

Ph.D., MA, Economics, University of Michigan, May, 1994, dissertation: *Trade Policy and Industrial Competitiveness*, co-chaired by Alan Deardorff and Hal Varian.

Ph.D., MA, History and Sociology of Science and Technology, University of Pennsylvania, December 1989, dissertation: *Transfer of Networks Technology from Western Countries to China: 1860s-1895*, co-chaired by Thomas P. Hughes and Nathan Sivin.

Honorary Master Degree, University of Pennsylvania, 2003.

BA, Engineering Automation and Philosophy of Science, Huazhong University of Science and Technology, Hubei, China, 1982.

## FELLOWSHIPS AND AWARDS

Dean's Fellowship, University of Pennsylvania, 1985.

Mellon Fellowship, University of Pennsylvania, 1986.

The Newcomen Award for Best Essay in History of Technology, 1987.

Pensfield Fellowship, University of Pennsylvania, 1987.

Maas Research Fellowship, University of Michigan, 1990.

Rackham Fellowship, University of Michigan, 1992.

Eugene Lang Research Fellowship, Columbia University, 1999.

Eugene Lang Research Fellowship, Columbia University, 2000.

John Little Award for the Best Paper in Marketing Science, 2001.

Frank Bass Award for the Best Dissertation Paper, 2001.

2003 Wharton EMBA Electives Teaching Award.

Finalist for the O'Dell Award for the Most Impactful JMR Paper Five Years Later, 2007.

Finalist for the 2011 Long Term Impact Award, the INFORMS Society for Marketing Science.

Wharton MBA Teaching Awards, 2022.

1

**Appendix A**

Wharton MBA Teaching Awards, 2023.

## ACADEMIC  POSITIONS

July 1994–July 1997, Assistant Professor of Marketing, The John M. Olin School of Business, Washington University in St. Louis.

July 1997–July 2000, Assistant Professor of Marketing, Columbia Business School, Columbia University.

July 2000–June 2002, Associate Professor of Marketing, Columbia Business School, Columbia University.

July 2002–June 2007, Associate Professor of Marketing (with tenure), The Wharton School, University of Pennsylvania.

July 2007–, Professor of Marketing, The Wharton School, University of Pennsylvania.

July 2008–June 2016, Murrel J. Ades Professor, The Wharton School, University of Pennsylvania.

July 2016–, Tsai Wan-Tsai Professor, The Wharton School, University of Pennsylvania.

July 2012–June 2023, Director of Penn Wharton China Center.

July 2016, Guest professor at Goethe-University, Germany.

July 1, 2023–June 30, 2025, Advisor to Dean's Office on Asia Strategy.

December, 2024–, Associate Editor for Management Science (second time to serve)

## PUBLICATIONS  IN  ENGLISH

1. "Price-Matching Policy and the Principle of Minimum Differentiation," *Journal of Industrial Economics*, Z. John Zhang, **43** (September 1995), pp. 287-299.

2. "Competitive Coupon Targeting," Greg Shaffer and Z. John Zhang, *Marketing Science*, **14** (No. 4, 1995), pp. 395-416.

3. "Accounting Profits versus Marketing Profits: A Relevant Metric for Category Management," Yuxin Chen, James D. Hess, Ronald T. Wilcox, and Z. John Zhang, *Marketing Science*, **18** (No. 3, 1999), pp. 208-229.

4. "Short or Long-Duration Coupons: The Effect of the Expiration Date on the Profitability of Coupon Promotions," Aradhna Krishna and Z. John Zhang, *Management Science*, 45 (August 1999), pp. 1041-1056.

5. "The Optimal Choice of Promotional Vehicles: Front-Loaded or Rear-Loaded Incentives?" Z. John Zhang, Aradhna Krishna, and Sanjay K. Dhar (reverse alphabetical order), *Management Science*, 46 (March 2000), pp. 348-362.

6. "Pay to Switch or Pay to Stay: Preference-Based Price Discrimination in Markets with

2

**Appendix A**

Switching Costs," Greg Shaffer and Z. John Zhang, *Journal of Economics and Management Strategy*, 9 (Fall, 2000), pp. 397-424.

7. "Market Entry Strategy Under Firm Heterogeneity and Asymmetric Payoffs," Chakravarthi Narasimhan and Z. John Zhang, *Marketing Science*, **19** (No. 4, 2000), pp. 313-327.

8. "Individual Marketing with Imperfect Targetability," Yuxin Chen, Chakravarthi Narasimhan and Z. John Zhang, *Marketing Science*, **20** (No. 1, 2001), pp. 23-41 (Winner for 2001 John C. Little Award and Frank Bass Award).

9. "Research Note: Consumer Heterogeneity and Competitive Price-Matching Guarantees," Yuxin Chen, Chakravarthi Narasimhan and Z. John Zhang, *Marketing Science*, **20** (No. 3, 2001), pp. 300-314.

10. "Do We Care What Others Get? A Behaviorist Approach to Targeted Promotions," Fred Feinberg, Aradhna Krishna and Z. John Zhang, *Journal of Marketing Research*, 39 (August 2002), pp. 277-291 (finalist for the 2007 O'Dell Award for the most impactful JMR paper 5 years later).

11. "Pricing Access Services," Skander Essegaier, Sunil Gupta and Z. John Zhang, *Marketing Science*, **21** (No. 2, 2002), pp. 160-177.

12. "Competitive One-to-One Promotions," Greg Shaffer and Z. John Zhang, *Management Science*, **48** (No. 9, 2002), pp. 1143-1160.

13. "Augmenting Conjoint Analysis to Estimate Consumer Reservation Price," Kamel Jedidi and Z. John Zhang, *Management Science*, **48** (No. 10, 2002), pp. 1350-1368.

14. "Dynamic Targeted Promotions: A Customer Retention and Acquisition Perspective," Gila E. Fruchter and Z. John Zhang, *Journal of Service Research*, 7 (No. 1, August 2004), pp. 3-19.

15. "Steam Power and Networks in China, 1860-1898: The Historical Issues," Nathan Sivin and Z. John Zhang, *History of Technology*, 25 (2004), pp. 203-210.

16. "Channel Coordination in the Presence of a Dominant Retailer," Jagmohan Raju and Z. John Zhang, *Marketing Science*, **24** (No. 2, 2005), pp. 254-262.

17. "Price Discrimination After the Purchase: A Note on Rebates As State-Dependent Discounts," Yuxin Chen, Sridhar Moorthy and Z. John Zhang, *Management Science*, 51 (July 2005), No. 7, pp. 1131-1140.

18. "Incorporating Behavioral Anomalies in Strategic Models, "with Chakravarthi Narasimhan, Chuan He, Eric Anderson, Lyle Brenner, Preyas Desai, Dmitri Kuksov, Paul Messinger, Sridhar Moorthy, Joseph Nunes, Yuval Rottenstreich, Rick Staelin, George Wu, and Z. John Zhang, (conference paper, chaired by Narasimhan and He), Marketing Letters, Volume 16 (2005), Numbers 3-4, pp. 361 - 373.

19. "Research Note: The Benefits of Personalized Pricing in a Channel," Yunchuan Liu and Z. John Zhang, Marketing Science, 25 (No. 1, January-February 2006), pp. 97-105.

# Appendix A

20. "Note on Self-Restraint as an Online Entry-Deterrence Strategy," Yunchuan Liu, Sunil Gupta, and Z. John Zhang, *Management Science*, 52 (No. 11, November 2006), pp. 1799-1809.

21. "Should Price Increases be Targeted?–Pricing Power and Selective versus Across-the-board Price Increases," with Fred Feinberg and Aradhna Krishna, *Management Science*, **53** (No. 9, 2007), pp. 1407-1422.

22. "From Storyline to Box Office: A New Approach for Green-Lighting Movie Scripts," with Jehoshua Eliashberg, and Kachuen Hui, *Management Science*, 53 (no. 6, 2007), pp. 881-893.

23. "Fairness and Channel Coordination," with Tony Cui and J. Raju, *Management Science*, 53 (no. 8, 2007), pp. 1303-1314.

24. "A Price-Discrimination Theory of Trade Promotions," with Tony Cui and J. Raju, Marketing Science, Vol. 27, No. 5, September-October 2008, pp. 779-795.

25. "Putting One-to-One Marketing to Work: Personalization, Customization, and Choice," with Neeraj Arora, Xavier Dreze, Anindya Ghose, James D. Hess, Raghuram Iyengar, Bing Jing, Yogesh Joshi, V. Kumar, Nicholas Lurie, Scott Neslin, S. Sajeesh, Meng Su, Niladri Syam, Jacquelyn Thomas, *Marketing Letters*, vol. 19 (2008), pp. 305-321.

26. "A Theory of Combative Advertising," with Yuxin Chen, Yogesh Joshi, and J. Raju, *Marketing Science*, 28 (no. 1, 2009), pp. 1-19.

27. "Competitive Targeted Pricing," chapter in *Handbook of Pricing Research in Marketing* (Elgar Original Reference), ed. by Vithala Rao (2009).

28. "Dynamic Targeted Pricing with Strategic Consumers," with Yuxin Chen, *International Journal of Industrial Organization*, 27 (2009), pp. 43-50.

29. "Optimal Entry Timing in Markets with Social Influence," with Yogesh Joshi and David Reibstein, *Management Science*, Vol. 55, (No. 6, 2009), pp. 926-939.

30. "Marketing Modeling Reality, And The Realities of Marketing Modeling," Anne T. Coughlan, S. Chan Choi, Wujin Chu, Charles A. Ingene, Sridhar Moorthy, V. Padman- abhan, Jagmohan S. Raju, David A. Soberman, Richard Staelin and Z. John Zhang, *Marketing Letters*, 21 (2010):317333.

31. "Store-within-a-store," with Kinshuk Jerath, *Journal of Marketing Research*, Vol. XLVII (August 2010), 748-763.

32. "The Art of Price War: A Perspective From China," with Dongsheng Zhou, *International Journal of China Marketing*, 1 (1, 2010): 17-30.

33. "How Should We Measure Consumers' Willingness to Pay? An Empirical Comparison of State-of-the-Art Approaches," with Klaus Matthias Miller, Reto Hofstetter, and Harley Krohmer, *Journal of Marketing Research*, Vol. XLVIII (February 2011), 172- 184.

**Appendix A**

34. "Product Reviews and Competition in Markets for Repeat Purchase Products," with  Xinxin Li, Lorin M. Hitt, *Journal of Management Information Systems*, 27 (No.  4, Spring 2011):  9-41 (lead article).

35. "Product Line Competition and Price Promotions," with Bing Jing, *Quantitative Marketing and Economics*, 9 (2011): 275-299.

36. "Measuring Consumers' Willingness to Pay:  Which Method Fits Best?"  with Klaus M. Miller, Reto Hofstetter, and Harley Krohmer, *GFK Marketing Intelligence Review*, 4 (no.  1, 2012), pp.  42-49.

37. "How Do Consumer Characteristics Affect the Bias in Measuring Willingness to Pay for Innovative Products?"  with Klaus Matthias Miller, Reto Hofstetter, and Harley Krohmer, *Journal of Product Innovation Management*, 30 (5, 2013): 1042-1053.

38. "Exclusive Handset Arrangements in the Wireless Industry:  A Competitive Analysis," with Upender Subramanian and Jagmohan Raju, *Marketing Science*, 32(No. 2, 2013): 246-270 (Finalist for 2014 John C. Little Award and Frank Bass Award).

39. "The Strategic Value of High-Cost Customers," with Upender Subramanium and J. Raju, *Management Science*, Vol. 60 (No. 2, February 2014), pp. 494–507.

40. "Assessing Box Office Performance Using Movie Scripts:  A Kernel-based Approach," with Josh Eliashberg and Sam Hui, *IEEE Transactions on Knowledge and Data Engineering*, Vol. 26, No. 11, November 2014, pp. 2639-2648.

41. "The Interrelationships between Brand and Channel Choice," with Scott A. Neslin, Kinshuk Jerath, Anand Bodapati, Eric T. Bradlow, John Deighton, Sonja Gensler, Leonard Lee, Elisa Montaguti, Rahul Telang, Raj Venkatesan, and Peter C. Verhoef, *Marketing Letters*, September 2014, Volume 25, Issue 3, pp 319-330.

42. "Agency Selling or Reselling?  Channel Structures in Electronic Retailing," with Vibhanshu Abhishek and Kinshuk Jerath, *Management Science*, 62 (No. 8, August 2016): 2259-2280.

43. "Turf Wars:  Product Line Strategies in Markets with Preference Based Segmentation," with Yogesh Joshi and David Reibstein, *Marketing Science*, 35(No.  1, 2016):128-141.

44. "A Model of Unorganized and Organized Retailing in Emerging Economies," with Kinshuk Jerath and S. Sajeesh, *Marketing Science*, 35 (No.  5, 2016):  756-778.

45. "Pay as You Wish Pricing: A Theoretical Investigation," with Yuxin Chen and Oded Koenigsberg, *Marketing Science*, 36 (No. 5, 2017):  780-791.

46. "The Hidden Pitfall of Innovation Prizes-Why winner-take-all prize structures increase churn among crowdsourcers," with Andreas Herrmann and Reto Hofstetter, *Harvard Business Review* (Digital), November 27, 2017.
Available at: https://hbr.org/2017/11/the- hidden-pitfall-of-innovation-prizes

**Appendix A**

47. "Successive Open Innovation Contests and Incentives: Winner-Take-All or Multiple Prizes?" with Andreas Herrmann and Reto Hofstetter, *Journal of Product Innovation Management*, 35(No. 4, 2018):492517.

48. "Platform Retailing: From Offline 'Stores Within a Store' to Online 'Marketplaces'," with Kinshuk Jerath, in *Handbook of Research on Distribution Channels*, eds by Charles A. Ingene, James R. Brown and Rajiv P. Dant, 2019, Pages:52-74

49. "Pricing Luxury Goods: More Art than Science," with Denise Dahlhoff, in *Research Handbook of Luxury Branding*, eds by Felicitas Morhart, Keith Wilcox, and Sandor Czellar, April 2020, Pages:138-149.

50. "The Role of Brand Prominence and Extravagance of Product Design in Luxury Brand Building: What Drives Consumers Preferences for Loud versus Quiet Luxury?" with Daria Greenberg, Elena Ehrensperger, Michael Schulte-Mecklenbeck, Wayne D. Hoyer, and Harley Krohmer, *Journal of Brand Management*, volume 27, 2020, pp. 195-210.

51. "A De-biased Direct Question Approach to Measuring Consumers' Willingness to Pay," with Reto Hofstetter, Klaus M. Miller, and Harley Krohmer, *International Journal of Research in Marketing*, Volume 38, Issue 1, March 2021, Pages 70-84.

52. "Succeeding in Competitive Arenas with Arena-Relevant Marketing Capabilities," with Ehrensperger, Elena, Greenberg, Daria, Krohmer, Harley, Nagel, Felix and Hoyer, Wayne, *European journal of marketing*. 56.2 (2022): 321–350.

53. "A Theory of Maximalist Luxury" with Jessie Liu and Pinar Yildirim, *Journal of Economics and Management Strategy*, 31 (2022): 284–323.

54. "Implications of Revenue Models and Technology for Content Moderation Strategies," with Yi Liu and Pinar Yildirim, *Marketing Science*, 41(2022):831-847.

55. "Crypto-Marketing: How Non-Fungible Tokens (NFTs) Challenge Traditional Marketing," with Reto Hofstetter, Emanuel de Bellis, Leif Brandes, Melanie Clegg, Cait Lamberton, David Reibstein, and Bernd Schmitt, *Marketing Letters*, 33 (2022), pages 705–711.

56. "Why 'blameflation' is not the answer to runaway pricing," Op-ed, The Hill, 07/05/22, https://thehill.com/opinion/finance/3546250-why-blameflation-is-not-the-answer-to-runaway-pricing/

57. "Cryptopricing: Whence Comes the Value for Cryptocurrencies and NFTs?" *International Journal of Research in Marketing*, 40 (2023) 22–29.

58. "Consumer preferences and firm technology choice," with Yi Liu and Pinar Yildirim, *International Journal of Research in Marketing*, 41 (March 2024): 41-55.

59. "Willingness to Pay Measurement Approaches," with Klaus M. Miller, in The Elgar Encyclopedia of Pricing, 2024, edited by Andreas Hinterhuber, pp. 349-353.

**Appendix A**

60. "Less is More: A Theory of Minimalist Luxury," with Jessie Liu and Pinar Yildirim, *Journal of Economics and Management Strategy*, 33 (2024): 78-110.

61. "Retail Buyer and Manufacturer Influence," with Upender Subramanian, *Management Science*, vol. 70 (No. 11, 2024), pp. 8044-8066.

62. "Competitive Targeted Pricing and Beyond: Perspectives from Theoretical Research," forthcoming in Handbook of Pricing Research in Marketing (Elgar Original Reference), ed. by Vithala Rao and K. Sudhir (2025).

63. "Dynamic Discounting: How to Do Dynamic Pricing Right," Knowledge at Wharton, a Business Journal from the Wharton School of the University of Pennsylvania, September 30, 2025.

64. "The finger arithmetic of free vs. fair trade," Op-Ed, November 28, 2025, https://fortune.com/2025/11/28/free-versus-fair-trade-tariffs-chinese-proverb-break-finger/

## PUBLICATIONS IN CHINESE

65. "The Rise of Power Retailers in China and Manufacturers' Counter Strategies," Z. John Zhang and Tony Cui (alphabetical order in Chinese), PKU Management Review (in Chinese), 20 (No. 4, 2006), pp. 96-99.

66. "A Primer on the Art of Price War," Z. John Zhang and Dongsheng Zhou, PKU Management Review (in Chinese), 31 (No. 2, 2007), pp. 69-73.

67. "The Winning Logic of 'China Price'," with Dongsheng Zhou, CEIBS Business Review (in Chinese), 1 (2009), pp. 106-111.

68. "Business Education in US and Training for Business Students," in Comparative Experiences in American and Chinese Higher Education -Interviews with Prominent Chinese American Scholars (2010, in Chinese), ed. by Zhang Haihui, Renmin University Publishing.

69. "Economics of Scripts: Movie Selections and Science," 21st CENTURY BUSINESS HERALD, in Chinese, September 29, 2010.

70. "Marketing to Chinese Nouveau Riche," Z. John Zhang and Tony Cui (alphabetical order in Chinese), PKU Management Review (in Chinese), April 2014 (117), pp. 132- 136.

## WORKING PAPERS

1. "Consumer Sensitivity to Price Increase Strategies: An Empirical Investigation," with David Blatter, Reto Hofstetter, and Harley Krohmer.

2. "In Pursuit of Retail Dominance: Market Dominance, Channel Dominance, or Both?" with Kinshuk Jerath and Stephen J. Hoch.

**Appendix A**

3.  "Can We All Get Along? Incentive Contracts to Bridge the Marketing and Operations Divide," with Kinshuk Jerath, and Serguei Netessine.

4.  "Competitive Store Brand Strategy in the Presence of One-Stop Shoppers," with Tansev Geylani and Kinshuk Jerath, under revision.

5.  "Rewarding Few or Many: Investigating the Impact of Rewards in Crowd-Sourcing Innovation Contests," with Pinar Yildirim and Reto Hofstetter.

6.  "Managing Customers as a Portfolio: A Competitive Perspective," with J. Raju and Upender Subramanian.

7.  "Can Haggling Facilitate Price Collusion?" with Paola Mallucci and Tony Haitao Cui.

8.  "Do Strategic Orientations Matter for a Really New Technology? The Case of Blockchain Projects," with Yasid Soufi and Florian Kraus.

9.  "The Exclusivity Paradox: Optimizing Online Strategies for Luxury Brands," with Thomas Li and Raghu Iyengar (2025).

10.  "Crossing the Chasm: It Takes a Country to Create Global Brands," with Jia Liu, and Eden Yin (2025)

## BOOKS

*Pricing Strategy*, ed., McGraw-Hill Custom Publishing (2005).

*Smart Pricing*, with J. Raju, published by The Pearson-Wharton Publishing (2010); Also translated into Chinese, Korean, Japanese, Spanish, and Portuguese. New version in Chinese published in December 2021 as 创新定价 （Innovative Pricing）.

## CONFERENCE  ACTIVITIES

"Winners and Losers in a Competitive Coupon Environment," presented at the Marketing Science Institute Conference on Pricing Decision Models, April 22–24, 1994, Boston.

"Competitive Coupon Targeting," presented at the ORSA/TIMS Joint National Meeting on Global Manufacturing in the 21st Century, October 26, 1994, Detroit. Also served as a section chair.

"Price Promotions and Consumer Price Sensitivity," with Jeongwen Chiang, presented at the Marketing Science Conference in Sydney, Australia, July, 1995.

"Competitive Coupon Targeting," presented at the Marketing Science Conference in Sydney, Australia, July, 1995.

"Redemption Pressure and Profitability of Coupon Promotions," presented at the

8

**Appendix A**

Marketing Science Conference in Gainesville, Florida, March 1996.

"Micromarketing in the Information Age: Optimal Pricing and Promotional Strategies," presented at the Marketing Science Conference in Gainesville, Florida, March 1996.

"Does Strategic Waiting Make Sense?" presented at the Marketing Science Conference in Gainesville, Florida, March, 1996.

"Push Promotion and Channel Coordination," Marketing Science Conference, 1997, Berkeley.

"Buy or Rent Contracts to Manage Retail Shelf Space," Marketing Science Conference, 1997, Berkeley.

"Accounting Profits versus Marketing Profits: a Relevant Metric for Category Management," Marketing Science Conference, 1998, INSEAD.

"Consumer Information Heterogeneity and Competitive Strategies under Price-Matching Guarantees," Marketing Science Conference, 1998, INSEAD.

"Dominant Retailer and Channel Coordination," Marketing Science Conference 1999, Syracuse.

"Managing Categories for Store Profitability," Marketing Science Conference 1999, Syracuse.

"Excess Capacity and Multi-Market Competition," Marketing Science Conference 1999, Syracuse.

"Do We Care What Others Get?" Marketing Science Conference 2000, Los Angeles.

"Consumer Heterogeneity and Competitive Strategies under Price-Matching Guarantees," Marketing Science Conference 2000, Los Angeles.

"A Non-Price-Discrimination Theory of Rebates," Marketing Science Conference 2001, Wiesbaden, Germany.

"Dynamic Targeted Promotions: A Customer Retention and Acquisition Perspective," Marketing Science Conference 2001, Wiesbaden, Germany.

"Competitive Targeted Pricing with Strategic Customers," Marketing Science Conference 2002, Edmonton, Canada.

"Competitive Implications of Demand Collection Systems," Marketing Science Conference 2002, Edmonton, Canada.

"Targeted Pricing and Channel Management," Marketing Science Conference 2002, Edmonton, Canada.

"Trade Promotions as a Mechanism of Price Discrimination," Marketing Science 2003,

**Appendix A**

Maryland.

"Fair Channel," Marketing Science Conference 2004, Rotterdam, Netherlands.

"Dynamic Targeted Promotions," Marketing Science Conference 2004, Rotterdam, Netherlands.

"A Theory of Combative Advertising," Marketing Science Conference 2005, Emory.

"In Pursuit of Retail Dominance: Market Dominance, Channel Dominance, or Both?" EMAC, Athens, 2006, and The Marketing Science Conference 2006 in Pittsburgh.

"Consumer Reviews and Competition," The Marketing Science Conference 2006 in Pittsburgh.

"Combative Advertising," The Marketing Science Conference 2007 in Singapore.

"Welfare Implications of Gift Cards," The Marketing Science Conference 2008 in Vancouver, UBC.

"Store-within-a-store," The Marketing Science Conference 2008 in Vancouver, UBC.

"Turf Wars," The Marketing Science Conference 2008 in Vancouver, UBC.

"Art of Price Wars from China," Yale India-China conference (April 2009).

"Pay As You Wish Pricing," Utah 2010 Winter Product and Service Innovation Conference.

"Pay As You Wish Pricing," 2010 UNC Marketing Modeling Camp.

"Pay As You Wish Pricing," The Marketing Research Camp (2010), HKUST.

"Pricing Research," Panelist at the 45th AMA Sheth Foundation Doctoral Consortium Program (2010), TCU.

"Green-lighting Movie Scripts: Revenue Forecasting and Risk Management," plenary speaker at the International Forum of Marketing Science and Applications, Tianjin, China (2010).

"My MBA Teaching Experience," invited speaker at the MBA Teachers Workshop, Tianjin University, China (2010).

"The Role of Theory in An Applied Research Field of Marketing," plenary speaker at the International Forum of Marketing Science and Applications, Hangzou, China (2011)

Measuring Consumers Willingness to Pay: Do Direct Approaches Really Work?, with Reto Hofstetter (U St. Galen), Klaus M. Miller (U Bern), and Harley Krohmer (U Bern), the 8th PSI Conference, Utah (2011).

**Appendix A**

"The Value of Unprofitable Customers: Why Traditional CLV Fails in a Competitive Context," Theory and Practice in Marketing Conference (May 2013), LBS.

"Rewarding the Few or the Many?" Pinar Yildirim and Z. John Zhang (Wharton), Reto Hofstetter (USI), The 2014 Product and Service Innovation Conference, Utah.

## INVITED PRESENTATIONS

Carnegie-Mellon University.

Columbia University.

Dartmouth University (Department of Economics).

Georgia Institute of Technology (Department of Economics).

Tufts University (Fletcher School of Diplomacy).

Rutgers University (Department of Economics).

University of Chicago (1996).

University of Toronto.

University of South California (Research Camp).

Washington University in St. Louis.

University of California at Los Angeles (UCLA).

Duke University.

Choice Symposium (University of California at Berkeley).

New York University.

MSI-Teradata CRM Conference at Duke (invited speaker).

University of Chicago (2002).

University of Texas at Dallas.

University of Florida at Gainesville (Research Retreat).

University of Maryland.

Cornell Pricing Conference.

Marketing Science Doctoral Consortium (2002-2006).

Cornell Marketing Department.

11

**Appendix A**

Choice Conference at University of Colorado (2004).

Summer Institute in Competitive Strategy, Berkeley (2004).

Summer Institute in Competitive Strategy (discussant), Berkeley (2005).

New York University (Marketing) (2005).

University of California at Davis (2005).

Yale University (2006).

Harvard Business School (2006).

Columbia Business School (Summer Camp 2006).

Guanghua School of Management, Peking University (2006).

2006 International Forum on Marketing Science (plenary speaker, Chengdu, China).

Huazhong University of Science and Technology (Wuhan, China, 2006).

Zhongnan University of Finance (Wuhan, China, 2006).

University of Houston (2006).

Invited Speaker at Marketing Science Doctoral Consortium (2007).

Plenary Speaker for Montreal Game Theory Conference (University of Montreal).

Seminar speaker at University of Colorado (2007).

Invited Speaker at the 2007 business conference organized by The Harvard Project for Asian and International Relations (HPAIR), Hong Kong.

Invited Speaker at the 6th International Conference on Management (Wuhan, China; 2007).

Seminar speaker at Huazhong University of Science and Technology (Wuhan, China, 2007).

2008 Sheth Marketing Camp, University of Pittsburg.

University of Minnesota (2008).

Invited Speaker at Marketing Science Doctoral Consortium (2008) at University of British Columbia.

Invited Speaker at the Marketing Retreat, University of Alberta (2009).

Seminar Speaker at University of British Columbia (2009).

12

**Appendix A**

Seminar Speaker at HKUST winter marketing camp (2010).

Seminar Speaker at UNC marketing camp (2010).

Seminar Speaker at Marketing Department, University of Toronto (2011).

Seminar Speaker at Marketing Department, CMU (2011).

Invited Speaker at Rice University Inaugural Marketing Camp (2012).

Invited Speaker at the KUMPEM Annual Retail Conference, Istanbul, Turkey (2012).

Invited speaker at Università della Svizzera italiana (Lugano, Switzerland).

Invited plenary speaker at 2013 International Forum of Marketing Science and Applications (IFMSA), Nanjing, China.

Invited plenary speaker at Marketing Leaders Summit in Shanghai, Dec. 6-7, 2013, organized by AMA and Fudan.

Seminar Speaker at Washington University in St. Louis, February 7, 2014.

Seminar Speaker at Temple University, April 11, 2014.

Seminar Speaker at Koc University, Istanbul, Turkey, May 28, 2014.

Invited Speaker at the 2014 Wharton Forum in Beijing, June 13, 2014.

Arizona State University, April 17, 2015.

Invited plenary speaker at 2015 International Forum of Marketing Science and Applications (IFMSA), Wuhan, China (July 3).

Invited speaker at 2016 Judge Business School's research camp, Cambridge, England (June 19th).

Invited speaker at Marketing Club Frankfurt Frderverein: "Smart Pricing in the Age of Big Data," July 4th, 2016.

Invited talk at Marketing department, Goethe University, Germany, July 2016.

Invited talk at Marketing Department, Chinese University of Hong Kong, June 2017.

Invited plenary speaker at 2017 International Forum of Marketing Science and Applications, Hunan, China.

Invited speaker at 2018 Marketing Research Camp, KUBS, South Korea.

Invited speaker at 2018 Marketing Research Camp, ESADE, Spain.

Invited plenary speaker at 2019 International Forum of Marketing Science and

13

**Appendix A**

Applications, Guangzhou, China.

Invited plenary speaker at 2024 China Marketing International Conference, ZhengZhou, China.

Invited seminar speaker at Carey Business school, JHU, November 2024.

Invited seminar speaker at LeBow College of Business, Drexel University, February 2025.

EMAC Pricing Webinar, March 2025.

## REFEREE ACTIVITY

*Journal of Marketing Research, Management Science, Marketing Science, International Journal of Industrial Organization, Journal of Industrial Economics, Journal of Retailing, Journal of Business and Economics, Rand Journal of Economics, Review of Economic Studies, Journal of Business, MIT Sloan Management Review, Manufacturing & Service Operations Management, European Economic Review.*

## TEACHING

MBA and Undergraduate Marketing Management.

EMBA Marketing Management.

MBA, EMBA, and Undergraduate Pricing Strategies.

Marketing Management and Pricing Strategies for executive education at Columbia University.

Pricing Strategies and Branding for executive education programs at Washington University in St. Louis.

Value Pricing for Johnson & Johnson Health Care Systems.

Value Pricing for International Paper (Customized Training Program).

Ph.D. Seminars on Channel Coordination, Economics of Imperfect Information, and Microeconomics.

Ph.D. Course on Mathematical Models in Marketing.

Co-Director for Wharton Ex-Ed Program on Pricing Strategies (2003-)

Wharton-ICSEAD Executive Program in Kitakyushu, Japan (2004)

Co-Director for Dazhong Exed Program (2005)

14

**Appendix A**

Academic Director for Wharton-LG Exed Program (2005-)

Director for GSE-Wharton Exed Program for Chinese Mutual Fund CEO's (2005)

Academic Director for Wharton-Cheil Exed Program (2007-)

Academic Director for Wharton-Nokia eVoyager Program (2009-)

Academic Director for Wharton-Nokia Voyager II Program (2008-)

CEIBS EMBA Elective on Pricing (in Chinese)

CEIBS EDP on Pricing (in Chinese)

Many custom programs

## DISSERTATION COMMITTEE

Co-Chair for Tony Cui (placed at University of Minnesota), Yogesh Joshi (placed at University of Maryland); Kinshuk Jerath (placed at Carnegie-Mellon University), Xiaojing Ma (graduate from Economics at Penn in 2007), Upender Subramanian (UT Dallas), and Yi Liu (University of Wisconsin)

Supervising Professor for Reto Hofstetter, Klaus M. Miller, and David Blatter (University of Bern)

Sponsor for Skander Essegaier (placed at NYU) and Yunchuan Liu (placed at University of California at Riverside)

A member of dissertation committee for Ron Wilcox (placed at The Darden School of Business), Carrie S. Sturts (currently at Washington University), Xinxin Li (placed at University of Connecticut), Liu Ying (placed at University of Hawaii), Vibhanshu Abishek, Joel Wooten, Uppal Abhinav, Sofiane Bahani (Koc) and Jessie Liu (John Hopkins)

## COMMITTEE & PROFESSIONAL SERVICE

Teaching Evaluations Committee (1995-1996) (WUSTL).

The BSBA Committee (Undergraduate Curriculum Committee, 1995-1996) (WUSTL).

The Marketing Recruiting Committee (1999-2001) (Columbia).

The Management Recruiting Committee (1999-2000) (Columbia).

Chair of Marketing Junior Recruiting Committee (2002-2003)

Marketing Conference and Seminar Organizer (2002-2003)

**Appendix A**

The Quinquennial Departmental Review Committee (Business and Public Policy Department at Wharton)

The Quinquennial Departmental Review Committee (Operations and Information Management Department at Wharton)

The Marketing PhD Committee (2004-2006, 2008)

The Marketing Curriculum Committee (2004-2005)

Advisory Committee for Chinese knowledge@wharton.

Organizing committee for the QME Annual Conference (2004–2006)

Co-Chair and Co-Organizer for The Wharton-ISMS Future of Channel Research Conference (2006)

Plenary speaker at the International Forum on Marketing Science in Chengdu, China (2006)

The Wharton Strategic Action Committee (2006–2007)

Global Initiatives Executive Committee (2008)

Advisory Committee on Global Initiatives (2008)

Wharton Personnel and Promotion Committee (2010–2012)

Wharton Advisory Committee for Executive Education (2011–2014; 2018-)

Provost's China Planning Group (2013–2015)

PHD Committee (2014–2016)

Undergraduate Advisor (2013–2015)

**Appendix B**
**List of Testimony in the Last Four Years**

- **Confidential Arbitration**
  *ADR Chambers (Canada)*
  Testified in an arbitration involving companies in the Chinese and Canadian pet food industry. (August 2024)

**Appendix C**
**Materials Relied Upon**

**Legal Documents**

Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, *In Re The Estée Lauder Co., Inc. Securities Litigation* , United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, March 22, 2024.

Opinion And Order Re: Motion to Dismiss, *In Re The Estée Lauder Co., Inc. Securities Litigation* , United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, March 31, 2025.

**Expert Report**

Expert Report of Matthew D. Cain, Ph.D., *In Re The Estée Lauder Co., Inc. Securities Litigation* , United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, July 25, 2025.

**Depositions**

Deposition of Janet Lynn Knopf, *In Re The Estée Lauder Co., Inc. Securities Litigation* , United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, November 18, 2025.

Deposition of Matthew D. Cain, Ph.D., *In Re The Estée Lauder Co., Inc. Securities Litigation* , United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, December 17, 2025.

**Academic Articles**

Andrade, Richard M., "The Parallel Importation of Unauthorized Genuine Goods: Analysis and Observations of the Gray Market," *Penn Carey Law: Legal Scholarship, Repository* , Vol. 14 (3), 2014, available at https://scholarship.law.upenn.edu/cgi/viewcontent.cgi?article=1532&context=jil.

Autrey, Romana L., Francesco Bova, and David Soberman, "When Gray is Good: Gray Markets and Market-Creating Investments," *Production and Operations Management* , 2014.

Bhukya, Ramulu and Justin Paul, "Social influence research in consumer behavior: What we learned and what we need to learn? – A hybrid systematic literature review," *Journal of Business Research* , Vol. 162, July 2023

Chen, Donghua, Dequan Jiang, Shangkun Liang, and Fangping Wang, "Selective enforcement of regulation," *China Journal of Accounting Research* , Vol. 4, 2011, pp. 9-27.

Chen, Hsiu-Li, "Gray Marketing: Does It Hurt the Manufacturers?," *Atlantic Economic Journal* , Vol. 37, 2009, pp. 23-35.

Gabrielsen, Tommy Staahl, Bjørn Olav Johansen, and Greg Shaffer, "When is Double Marginalization a Problem?," Working Papers in Economics 7/18, *University of Bergen, Department of Economics* , August 2018.

Glavas, Charmaine, Gary Mortimer, Han Ding, Louise Grimmer, Oscar Vorobjovas-Pinta, and Martin Grimmer, "How entrepreneurial behaviors manifest in non-traditional, heterodox contexts: Exploration of the Daigou phenomenon," *Journal of Business Venturing Insights* , Vol. 19, 2023.

Huang, Hongfu, Yong He, and Jing Chen, "Competitive strategies and quality to counter parallel importation in global market," *Omega* , Vol. 86, 2019, pp. 173-197.

Huang, Hongfu, Yong He, and Jing Chen, "Cross-market selling channel strategies in an international luxury brand's supply chain with gray markets," *Transportation Research Part E: Logistics and Transportation Review* , Vol. 144, December 2020.

Hung, Kam, Hanqin Qiu Zhang, Basak Denizci Guillet, and Liang Wang, "China Watching: Luxury Consumption and Its Implications," *Journal of Travel & Tourism Marketing* , Vol. 37 (5), 2020, pp. 577-592.

Jin, Xin, Mingya Qu, and Jigang Bao, "Impact of crisis events on Chinese outbound tourist flow: A framework for post-events growth," *Tourism Management* , Vol. 74, 2019, pp. 334-344.

Leibenstein, Harvey, "Bandwagon, Snob, and Veblen Effects in the Theory of Consumers' Demand," *Quarterly Journal of Economics* , Vol. 64 (2), May 1950, pp. 183-207.

Li, Hai, Jing Shao, and Stuart Zhu, "Parallel importation in a supply Chain: The impact of gray market structure," *Transportation Research Part E: Logistics and Transportation Review* , Vol. 114, June 2018, pp. 220-241.

Liu, Xueying and Amit Pazgal, "The Impact of Gray Markets on Product Quality and Profitability," *Customer Needs and Solutions* , Vol. 7, 2020, pp. 62-73.

**Appendix C**
**Materials Relied Upon**

**Academic Articles (Continued)**

Liu, Zhenqi, Pinar Yildirim, and John Zhang, "A Theory of Maximalist Luxury," *Journal of Economics and Management Strategy* , Vol. 31 (2), 2022, pp. 284-323.

Liu, Zhenqi, Pinar Yildirim, and John Zhang, "Less is More: A Theory of Minimalist Luxury," *Journal of Economics and Management Strategy* , Vol. 33 (1), 2022, pp. 78-110.

Park, Hyunkyu, Sojung Kim, Yujin Jeong, and Tim Minshall, "Customer entrepreneurship on digital platforms: Challenges and solutions for platform business models," *Creative and Innovation Management* , Vol. 30 (1), 2021, pp. 96-115.

Perry, Patsy, Liz Barnes, and Tiantian Ye, "The Evolution of the Chinese Luxury Fashion Consumer: An Interpretive Study of Luxury Value Perceptions," *Understanding Luxury Fashion: From Emotions to Brand Building* , Chapter 8, 2020, pp. 175-202.

van der Kamp, Denise Sienli, "Governance by Uncertainty: Changing Patterns in China's Environmental Enforcement," *Studies in Comparative International Development* , Vol. 59, 2024, pp. 409-432.

Wang, Shaoda and David Y. Yang, "Policy Experimentation in China: The Political Economy of Policy Learning," *Journal of Political Economy* , Vol. 133 (7), July 2025, pp. 2180-2228.

Xie, Zhuoxiao, "Im/materializing Cross-Border Mobility: A Study of Mainland China–Hong Kong Daigou (Cross-Border Shopping Services on Global Consumer Goods)," *International Journal of Communication* , Vol. 12, 2018, pp. 4052-4065.

Xu, Fengmei, Feifei Shan, Feng Yang, and Ting Chen, "The impacts of gray products and counterfeits in the luxury industry", *International Journal of Production Research* , Vol. 62 (14), 2023.

Zhan, Lingjing and Yanqun He, "Understanding luxury consumption in China: Consumer perceptions of best-known brands," *Journal of Business Research* , 2012, pp. 1452-1460.

Zhang, Jian D., "Variations in the enforcement of China's platform regulation," *Socio-Economic Review* , 2025, pp. 1-28.

Zhang, John and Denise Dahlhoff, "Pricing luxury goods: more art than science," *Research Handbook of Luxury Branding* , Chapter 8, April 2020, pp. 138-149.

Zhang, Lin, "Fashioning the feminine self in 'prosumer capitalism': Women's work and the transnational reselling of Western luxury online," *Journal of Consumer Culture* , 2015, pp. 1-21.

Zhang, Wen, "Smartphone Photography in Urban China," *International Journal of Humanities and Social Sciences* , Vol. 11 (1), 2017, pp. 231-239.

Zhang, Xiaoyu, Aaron Tham, Yulin Liu, Wendy Spinks, and Liang Wang, "To market, to market: uncovering Daigou touristscapes within Chinese outbound tourism," *Journal of China Tourism Research* , Vol. 17 (4), 2021, pp. 549-569.

Zhao, Kexin, Xia Zhao, and Jing Deng, "An Empirical Investigation of Online Gray Markets," *Journal of Retailing* , Vol. 92 (4), 2016, pp. 397-410.

**Financial Reports, Earnings Call Transcripts, and Press Releases**

"2023 First Half Results (January—June)," *Shiseido* , August 8, 2023, available at

"2023 First Quarter Results (January—March)," *Shiseido* , May 12, 2023, available at https://corp.shiseido.com/en/ir/pdf/ir20230512_953.pdf.

"The Estée Lauder Companies Reports Fiscal 2021 Third Quarter Results," *Estée Lauder* , May 3, 2021, available at https://www.elcompanies.com/en/news-and-media/newsroom/press-releases/2021/05-03-2021-114526531.

Estée Lauder Form 10K for FY 2016.

Estée Lauder Form 10K for FY 2018.

Estée Lauder Form 10K for FY 2020.

Estée Lauder Form 10K for FY 2021.

Estée Lauder Form 10K for FY 2024.

**Appendix C**
**Materials Relied Upon**

**Public Documents**

"2013 China Luxury Market Study," *Bain & Company* , December 17, 2013, available at https://www.bain.com.cn/pdfs/202108271024562425.pdf.

"2022 Hainan Travel Retail Market Whitepaper," *KPMG* and *The Moodie Davitt Report* , July 2022, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2022/07/hainan-travel-retail-market-whitepaper.pdf.

"2022 Special 301 Report," *Office of the United States Trade Representative* , 2022, available at https://ustr.gov/sites/default/files/IssueAreas/IP/2022%20Special%20301%20Report.pdf.

"2023 China Luxury Goods Market: A Year of Recovery and Transition," *Bain & Company* , March 2024, available at https://www.bain.com/insights/2023-china-luxury-goods-market/.

"2023 Hainan Travel Retail Market Whitepaper," *KPMG* and *The Moodie Davitt Report* , April 2023, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2023/04/2023-hainan-travel-retail-market-whitepaper.pdf.

"2024 China Luxury Goods Market: Navigating Turbulent Waters," *Bain & Company* , January 2025, available at https://www.bain.com/insights/2024-china-luxury-goods-market/.

"5 Ways China's Daigou Market Does More Harm than Good for Luxury Brands," *Jing Daily* , March 6, 2016, available at https://jingdaily.com/posts/5-ways-chinas-daigou-market-harm-good-luxury-brands.

Achille, Antonio, et al., "Understanding Chinese Consumers: Growth Engine of the World," *McKinsey & Company* , November 2020, available at https://www.mckinsey.com/~/media/mckinsey/featured%20insights/china/china%20still%20the%20worlds%20growth%20engine%20after%20covid%2019/mckinsey%20china%20consumer%20report%202021.pdf.

"Alibaba's Tmall Luxury Pavilion transforms the way brands engage consumers," *CPP Luxury* , February 2, 2023, available at https://cpp-luxury.com/alibabas-tmall-luxury-pavilion-transforms-the-way-brands-engage-consumers.

"An army of Chinese shoppers dictates the fate of Australian brands," *The Economist* , December 7, 2017, available at https://www.economist.com/asia/2017/12/07/an-army-of-chinese-shoppers-dictates-the-fate-of-australian-brands.

Antioco, Michael, "Luxury consumption in China: a story of dynamic transformation," *EDHEC Business School* , April 28, 2025, available at https://www.edhec.edu/en/research-and-faculty/edhec-vox/luxury-consumption-in-china-a-story-of-dynamic-transformation.

Bain, Marc, "China wants its people to buy more Western goods – in China," *Quartz* , December 14, 2015, available at https://web.archive.org/web/20151215101323/http://qz.com/571916/china-wants-its-people-to-buy-more-western-goods-in-china/.

Bersola, Camille, "'A change of paradigm in travel retail' – L'Oréal notes impact of Hainan and Korean daigou changes amid strong first-half results," *The Moodie Davitt Report* , July 28, 2023, available at https://moodiedavittreport.com/a-change-of-paradigm-in-travel-retail-loreal-notes-impact-of-hainan-and-korean-daigou-changes-amid-strong-first-half-results/.

Bersola, Camille, "'A journey to the heart of luxury skincare' – La Mer reveals new flagship boutique in Hainan," *The Moodie Davitt Report* , April 10, 2023, available at https://moodiedavittreport.com/a-journey-to-the-heart-of-luxury-skincare-la-mer-reveals-new-flagship-boutique-in-hainan/.

Biondi, Annachiara, "China's daigou personal shoppers aren't going away," *Vogue Business* , April 7, 2021, available at https://www.voguebusiness.com/consumers/china-daigou-not-going-away.

Booker, Avery, "Luxury Price Hikes in China: Strategic or Risky?," *Jing Daily* , July 12, 2024, available at https://jingdaily.com/posts/price-hikes-in-china-strategic-move-or-risky-gamble.

Brown, Bobbie, "How Estee Lauder adapted to China with strong e-commerce and R&D," *Daxue Consulting* , August 3, 2020, available at https://daxueconsulting.com/market-analysis-on-estee-lauder-in-china.

Cherney, Mike, "To Reach Chinese Consumers, Brands Market in Australia," *Wall Street Journal* , October 3, 2018, available at https://www.wsj.com/articles/how-to-reach-chinese-consumers-market-in-australia-1538559006.

"China CBEC: Bonded Warehouse vs Direct Shipping Models," *TMO Group* , October 4, 2024, available at https://www.tmogroup.asia/insights/cross-border-ecommerce-logistics-in-china-bonded-zone-or-direct-shipping/.

"China Luxury Report 2019," *McKinsey & Company* , April 2019, available at https://www.mckinsey.com/~/media/McKinsey/Featured%20Insights/China/How%20young%20Chinese%20consumers%20are%20reshaping%20global%20luxury/McKinsey-China-luxury-report-2019-How-young-Chinese-consumers-are-reshaping-global-luxury.ashx.

**Appendix C
Materials Relied Upon**

**Public Documents (Continued)**

"China travel retail market report," *Daxue Consulting* , November 9, 2021, available at https://daxueconsulting.com/china-travel-retail-marketreport/.

"China: Structural Reform in the Retail Services Sector," *Asia-Pacific Economic Cooperation Policy Support Unit* , May 2017, available at https://www.apec.org/docs/default-source/publications/2017/6/china-structural-reform-in-the-retail-services-sector/217_psu_china_retail_final.pdf?sfvrsn=2a1392ff.

"China's Unstoppable 2020 Luxury Market," *Bain & Company* , December 2020, available at https://www.bain.com/globalassets/noindex/2020/bain_report_chinas_unstoppable_2020_luxury-market.pdf.

"China's booming duty-free market spurs luxury consumption," China Daily, August 22, 2020, available at https://www.chinadailyhk.com/hk/article/140923.

"China's cross-border e-commerce pilot zones at a glance," Invest in China, February 21, 2022, available at https://investinchina.chinadaily.com.cn/s/202202/21/WS621342a8498e6a12c121f903/chinas-cross-border-e-commerce-pilot-zones-at-a-glance.html.

"Chinese counterfeit products: A mirror of growth, consumption, and global trade loopholes," *Daxue Consulting* , April 22, 2025, available at https://daxueconsulting.com/counterfeit-products-in-china.

"Chinese Daigou Traders in South Korea Adapt Fast to New E-commerce Law," *Jing Daily* , June 7, 2019, available at https://jingdaily.com/posts/chinese-daigou-south-korea.

"Chinese firm takes on global luxury market," *China Daily* , August 26, 2024, available at https://global.chinadaily.com.cn/a/202408/26/WS66cbdc36a31060630b924e40.html.

"Chinese Luxury Brand Consumers: A Generational, Gender, and City-Tier Analysis," *Forvis Mazars* , May 2020, available at https://www.forvismazars.com/cn/en/content/download/1037099/file/1857266.

Chunsheng, Liu, "Hainan Free Trade Port sets sights on becoming a new global model," *CGTN* , September 9, 2025, available at https://news.cgtn.com/news/2025-09-09/Hainan-Free-Trade-Port-sets-sights-on-becoming-a-new-global-model-1GwyyTYpwoo/p.html.

Coleman, Liam, "Shilla posts double-digit Q1 revenue growth for airport and downtown," *DFNI Frontier* , April 26, 2019, available at https://www.dfnionline.com/lead-stories/shilla-posts-double-digit-q1-revenue-growth-for-airport-and-downtown-26-04-2019/.

"Daigou," *Jing Daily* , available at https://jingdaily.com/trends/daigou.

"Daigou," *Oxford English Dictionary* , available at https://dictionary.cambridge.org/us/dictionary/english-chinese-traditional/daigou.

"Daigou: the Multi-Billion Dollar Trade that Dominates the Luxury Market in China," *The Fashion Law* , March 13, 2019, available at https://www.thefashionlaw.com/daigou-the-multi-billion-dollar-trade-that-dominates-the-luxury-market-in-china.

Davitt, Dermot, "Korean retailers urge extension to scheme permitting sale of undepleted duty free goods," *The Moodie Davitt Report* , September 15, 2020, available at https://moodiedavittreport.com/korean-retailers-urge-extension-to-scheme-permitting-sale-of-undepleted-duty-free-goods/.

Dimama, Elena, "Industry Outlook: Airport and downtown duty free state of play," *DFNI Frontier* , October 13, 2020, available at https://www.dfnionline.com/regions/global/industry-outlook-airport-downtown-duty-free-state-play-13-10-2020/.

Dimama, Elena, "Strong start to the year for Korean duty free sales as Covid-10 impact not yet fully blown," *DFNI Frontier* , March 9, 2020, available at https://www.dfnionline.com/latest-news/retail/strong-start-year-korean-duty-free-sales-covid-19-impact-not-yet-fully-blown-09-03-2020/.

"E-Commerce Law of the People's Republic of China," *IPKey* , August 31, 2018, available at https://ipkey.eu/sites/default/files/documents/resources/PRC_E-Commerce_Law.pdf.

Ellwood, Mark, "Your personal shopper…on the other side of the world," *Financial Times* , November 22, 2024, available at https://www.ft.com/content/81bf4448-2ccb-49dc-b0de-b4fca6b333e9.

"Estée Lauder opens its new Asia Innovation Centre in Shanghai," *Premium Beauty News* , June 6, 2011, available at https://www.premiumbeautynews.com/estee-lauder-opens-its-new-asia,3115.

Fangyu, Dong, "The popular but risky practice of Daigou," *China Daily* , December 31, 2014, available at https://global.chinadaily.com.cn/a/201412/31/WS5a2fc471a3108bc8c67299cd.html.

**Appendix C**
**Materials Relied Upon**

**Public Documents (Continued)**

Farrington, Alison, "CDFG to focus on downtown channel and Asia Pacific expansion," *DFNI Frontier*, November 5, 2018, available at https://www.dfnionline.com/latest-news/cdfg-focus-downtown-concept-stores-exclusive-duty-free-products-trinity-forum-2018-05-11-2018/.

Fury, Alexander, "China's influence on fashion: At the top of the game both creatively and commercially," *The Independent*, May 4, 2015, available at https://www.the-independent.com/life-style/fashion/features/china-s-influence-on-fashion-at-the-top-of-the-game-both-creativelyand-commercially-10222909.html.

Gan, Nectar and Brad Lendon, "Hainan island: Known as 'China's Hawaii,' the vacation hotspot is also a strategic military base," *CNN*, February 15, 2023, https://edition.cnn.com/2023/02/15/china/china-hainan-island-explainer-intl-hnk.

"Global Reach of China Luxury," *KPMG*, 2013, available at https://assets.kpmg.com/content/dam/kpmg/pdf/2013/01/Global-Reach-China-Luxury-201301.pdf.

"Hainan Free Trade Port: Duty-Free industry booms with strengthening of supervision," *The State Council The People's Republic of China*, June 2, 2025, available at https://english.www.gov.cn/policies/policywatch/202506/02/content_WS683cebe3c6d0868f4e8f3072.html.

"Hainan Free Trade Port—Business Opportunities with new Customs Regime," *KPMG*, July 2020, https://kpmg.com/cn/en/home/insights/2020/06/china-tax-alert-24.html.

Kim Aimee, Alex Sawaya, and Michael Straub, "Hainan's $40 billion prize: The new battleground for global luxury," *McKinsey & Company*, July 2021, available at https://www.mckinsey.com/cn/~/media/mckinsey/locations/asia/greater%20china/our%20insights/hainans%2040%20billion%20prize%20the%20new%20battleground%20for%20global%20luxury/hainan%20luxury.pdf.

Hall, Casey and Stella Qiu, "'Focus: Daigou' goes corporate as retailers seek new ways to reach Chinese shoppers," *Reuters*, December 21, 2023, available at https://www.reuters.com/business/retail-consumer/daigou-goes-corporate-retailers-seek-new-ways-reach-chinese-shoppers-2023-12-21/.

Han, Su Lin, "Administrative Enforcement in China," *Paul Tsai China Center at Yale Law School*, December 2017, available at https://law.yale.edu/china-center/resources/administrative-enforcement-china.

Moon, Hee-Chul and Jae-Eun Kang, "Duty free stores struggle to sell mountains of inventory," *Korea JoongAng Daily*, May 24, 2020, available at https://koreajoongangdaily.joins.com/2020/05/24/industry/coronavirus-duty-free-store-duty-free-goods/20200524180100214.html.

Helgans, Ashley, "Insight: A Deep Dive Into the China Beauty Market," *Jefferies,* September 17, 2023.

"'High tariffs need to stop': US consumers hurt by hefty duties on 'Made in China' products," *Global Times*, May 4, 2025, available at https://www.globaltimes.cn/page/202505/1333315.shtml.

Hinsdale, Mason, "Korean Duty-Free Shops Suffer $528 Million Loss After THAAD Deployment," *Jing Daily*, July 14, 2017, available at https://jingdaily.com/posts/korean-duty-free-lose-millions-thaad.

Ho-jung, Won, "Duty-free sales to see first drop in 14 years," *The Korea Herald*, July 16, 2017, available at https://www.koreaherald.com/article/1386573.

Holland, Jason, "Daigou sales propel Korean duty free to new heights as Chinese tourism posts first growth in 13 months," *The Moodie Davitt Report*, April 30, 2018, available at https://moodiedavittreport.com/daigou-sales-propel-korean-duty-free-to-new-heights-as-chinese-tourism-posts-first-growth-in-13-months-2/.

Holland, Jason, "Down, down, down: THAAD impact results in -18.27% sales decline in Korean duty free from February to March," *The Moodie Davitt Report*, April 19, 2017, available at https://moodiedavittreport.com/down-down-down-thaad-impact-results-in-18-27-sales-decline-in-korean-duty-free-from-february-to-march/.

Hong, Allen, "Guest editorial – The past, present and future of the South Korean duty-free industry," *The Moodie Davitt Report*, April 1, 2024, available at https://moodiedavittreport.com/guest-editorial-the-past-present-and-future-of-the-south-korean-duty-free-industry.

Park, Hong-ju and Minu Kim, "Lotte Duty Free ends deals with Chinese traders in bold move," *Pulse*, January 13, 2025, available at https://pulse.mk.co.kr/news/english/11216335.

"How Well-off is China's Middle Class?," *China Power*, April 26, 2017, updated September 30, 2021, available at https://chinapower.csis.org/china-middle-class/.

**Appendix C**
**Materials Relied Upon**

**Public Documents (Continued)**

Hu, Denni, "How the daigou can help new brands," *Vogue Business* , August 23, 2021, available at https://www.voguebusiness.com/consumers/how-the-daigou-can-help-new-brands.

"Inside luxury's gray market: The evolving role of China's Daigou industry," *Daxue Consulting* , April 25, 2025, available at https://daxueconsulting.com/daigou-in-china.

Interesse, Giulia, "China's Cosmetics and Personal Care Market: Key Trends and Business Outlook," *China Briefing* , July 20, 2023, available at https://web.archive.org/web/20231221122341/https://www.china-briefing.com/news/chinas-cosmetics-and-personal-care-market-key-trends-and-business-outlook/.

"International luxury brands abandoning China as economy slows," *Economic Times* , December 5, 2015, available at https://retail.economictimes.indiatimes.com/news/apparel-fashion/luxury/international-luxury-brands-abandoning-china-as-economy-slows/50055349.

"Intl brands' pricing strategy in China," *China Daily* , October 1, 2012, available at https://usa.chinadaily.com.cn/2012-10/01/content_15794915.htm.

Ireland, Kapila, "China Duty Free Q1 2024 revenue slows -9.45% year-on-year," *DFNI Frontier* , April 9, 2024, available at https://www.dfnionline.com/latest-news/china-duty-free-q1-2024-revenue-slows-9-45-year-year-09-04-2024/.

Ireland, Kapila, "L'Oréal CEO expects "positive" second half of 2024 for travel retail," *DFNI Frontier* , February 12, 2024, available at https://www.dfnionline.com/brand-news/loreal-ceo-expects-positive-second-half-2024-travel-retail-12-02-2024/.

"Is Hainan's Duty-Free Program A Good Bet?," *Jing Daily* , May 4, 2011, available at https://jingdaily.com/posts/is-hainans-duty-free-program-a-good-bet.

"Is there a solution to China's $81B 'daigou' gray market?," *Jing Daily* , October 17, 2023, available at https://jingdaily.com/posts/is-there-asolution-to-china-81-billion-daigou-gray-market.

"Istanbul's storied 'suitcase trade' with ex-USSR remains resilient despite downturn," *EurasiaNet* , August 9, 2018, available at https://eurasianet.org/istanbuls-storied-suitcase-trade-with-ex-ussr-remains-resilient-despite-downturn.

Jeong, Jae-Hwon, "Korea's duty-free industry shifts from daigong reliance to focus on profitability," *ChosunBiz* , May 8, 2025, available at https://biz.chosun.com/en/en-retail/2025/05/08/EHYXMXAQAZFKXGT65LW2KIR7MM/.

Johnson, Eric and Sunny Xu, "Daigou: What You Need to Know about China's Newest E-Commerce Opportunity," *FrontierView* , August 23, 2018, available at https://frontierview.com/insights/daigou-what-you-need-to-know-about-chinas-newest-e-commerce-opportunity/.

Jung, Min Yong, "Korea Customs Service permits travel retailers to sell off duty free inventory," *The Moodie Davitt Report* , May 1, 2020, available at https://moodiedavittreport.com/korea-customs-service-permits-travel-retailers-to-sell-off-duty-free-inventory/.

Jung, Min Yong, "Korean duty free sales rise +28% in October as resale market continues to soar," *The Moodie Davitt Report* , November 28, 2019, available at https://moodiedavittreport.com/korean-duty-free-sales-rise-28-in-october-as-resale-market-continues-to-soar/.

Jung, Min Yong, "The curious tale of Korean duty free – July sales tumble -39% but sales per foreign customer soar +1,575% to US $14,275," *The Moodie Davitt Report* , August 31, 2020, available at https://moodiedavittreport.com/the-curious-tale-of-korean-duty-free-july-salestumble-39-but-sales-per-foreign-customer-soar-1575-to-us14275/.

Lannes, Bruno and Weiwei Xing, "A Year of Contrasts for China's Growing Personal Luxury Market," *Bain & Company* , January 2022, available at https://www.bain.com/globalassets/noindex/2022/bain_brief_a_year_of_contasts_for_chinas_growing_personal_luxury_market.pdf.

Lannes, Bruno, and Weiwei Xing, "Setting a New Pace for Personal Luxury Growth in China," *Bain & Company* , February 2023, available at https://www.bain.com/insights/setting-a-new-pace-for-personal-luxury-growth-in-china/.

Lau, Yvonne, "China's luxury market is more resilient than you think," *Fortune* , September 15, 2021, available at https://fortune.com/2021/09/15/china-luxury-market-resilience-common-prosperity-demand/.

Fujino, Lauren Eiko, "China's New e-Commerce Law: Businesses Should Ready for Stronger Compliance Norms," *China Briefing* , September 25, 2018, available at https://www.china-briefing.com/news/china-new-e-commerce-law-businesses-ready-new-compliance-norms-2019/.

**Appendix C**
**Materials Relied Upon**

**Public Documents (Continued)**

Lavin, Frank, "China Retail: Can The Informal Channels Be Your Secret Weapon?," *Forbes*, March 21, 2019, available at https://www.forbes.com/sites/franklavin/2019/03/21/china-retail-can-a-daigou-be-your-secret-weapon/.

Lee, Joyce, "South Korea Powers Up Downtown Duty-free Sales As China Tourism Magnet," *Business Insider*, October 8, 2014, available at https://www.reuters.com/article/idUSKCN0HX12020141008/.

Lee, Minji, "Duty-Free Industry 'Passenger Commission Fees Should Be Legislated'…Government Says 'Self-Regulation Efforts First' (Comprehensive)," *The Asia Business Daily*, August 30, 2023, available at https://www.asiae.co.kr/en/article/2023083016325213449.

Li, Hongbin, Lingsheng Meng, and Yunbin Zhang, "Exploring Trends in China's Rising Income Inequality between 1988 and 2018," *Stanford Center on China's Economy and Institutions*, May 15, 2024, available at https://fsi9-prod.s3.us-west-1.amazonaws.com/s3fs-public/2024-05/common_prosperity_5.15.24_2.pdf.

Lianzhang, Wang, "What a New Law Could Mean for China's 'Daigou'," *Sixth Tone*, December 21, 2018, available at https://www.sixthtone.com/news/1003372.

Linh, Khanh, "Chanel Is the Latest Luxury Brand Pulling Back From Korean Duty-Free Segment," *The Business of Fashion*, February 10, 2022, available at https://www.businessoffashion.com/news/global-markets/chanel-is-the-latest-luxury-brand-pulling-back-from-korean-duty-free-segment/.

Liu, Doris, "JD Luxury Links with High-end Brands to Boost Digital Profile," *JingDong Corporate Blog*, July 28, 2022, available at https://jdcorporateblog.com/jd-luxury-links-with-high-end-brands-to-boost-digital-profile.

"Luke Chang, Executive Vice President, China Duty Free Group," *Business of Fashion*, available at https://www.businessoffashion.com/people/luke-chang/.

Luo, Yifei, "Daigou sunset: To say or leave the market storm," *Newsworthy*, September 26, 2019, available at https://www.newsworthy.org.au/beginning-of-the-end-of-daigou-2640447021.html.

"Luxury Marketing: A Deep Dive into High-End Branding," *Sotheby's Institute of Art*, May 22, 2023, available at https://sothebysinstitute.com/articles/how-to-series-luxury-marketing/.

Mann, Rebecca, "Estée Lauder hails success of Haitang Bay flagship store," *The Moodie Davitt Report*, February 3, 2015, available at https://moodiedavittreport.com/estee-lauder-hails-success-of-haitang-bay-flagship-store.

Milnes, Hilary, "How Estee Lauder grew sales 40 percent in China," *DigiDay*, August 21, 2017, available at https://digiday.com/marketing/estee-lauder-grew-sales-40-percent-china/.

Moodie, Martin, "Big changes to daigou sector raise Korean duty free retailer concerns," *The Moodie Davitt Report*, February 5, 2024, available at https://moodiedavittreport.com/big-changes-to-daigou-sector-raise-korean-duty-free-retailer-concerns/.

Moodie, Martin, "CTG Duty Free Corp posts H1 sales and profits declines due to unflattering Hainan year-on-year comparisons," *The Moodie Davitt Report*, July 14, 2024, available at https://moodiedavittreport.com/china-tourism-group-duty-free-corporation-posts-double-digit-h1-sales-and-profits-declines-amid-complex-and-severe-market-conditions/.

Moodie, Martin, "Global exclusive: July 1 breakthrough as Hainan extends offshore duty free categories from 38 to 45; liquor to be included; Allowance increased to RMB100,000," *The Moodie Davitt Report*, June 29, 2020, available at https://moodiedavittreport.com/global-exclusive-july-1-breakthrough-as-hainan-extends-offshore-duty-free-categories-from-38-to-45-liquor-to-be-included-allowance-increased-to-rmb100000/.

Moodie, Martin, "Hainan authorities step up crackdown on daigou business to protect offshore duty free's 'Golden Brand'," *The Moodie Davitt Report*, May 16, 2023, available at https://moodiedavittreport.com/hainan-authorities-step-up-crackdown-on-daigou-business-to-protect-offshore-duty-frees-golden-brand/.

Moodie, Martin, "Korean duty free rivalry heats up amid impending Incheon tender and focus on global expansion," *The Moodie Davitt Report*, January 10, 2020, available at https://moodiedavittreport.com/korean-duty-free-rivalry-heats-up-amid-impending-incheon-tender-and-focuson-global-expansion/.

Moodie, Martin, "Korean duty free sales tumble -30% in January after daigou commission changes; Market falls -11.5% in 2022," *The Moodie Davitt Report*, February 27, 2023, available at https://moodiedavittreport.com/korean-duty-free-sales-tumble-30-in-january-after-daigou-commission-changes-market-falls-11-5-in-2022/.

**Appendix C**
**Materials Relied Upon**

**Public Documents (Continued)**

Moodie, Martin, "Lotte Duty Free posts all-time sales high in 2018 as online and daigou business soars," *The Moodie Davitt Report* , January 6, 2019, available at https://moodiedavittreport.com/lotte-duty-free-posts-all-time-sales-high-in-2018-as-online-and-daigou-business-soars.

Moodie, Martin, "Overseas consumers now permitted to buy Korean items through online duty free without visiting the country," *The Moodie Davitt Report* , January 28, 2022, available at https://moodiedavittreport.com/overseas-consumers-now-permitted-to-buy-korean-items-through-online-duty-free-without-visiting-the-country/.

Nan, Lisa "The Daigou Dilemma: LVMH Pushes Back Against China's 'Personal Shoppers,'" *Jing Daily* , February 21, 2023, available at https://jingdaily.com/posts/daigou-lvmh-china-personal-shoppers.

Nan, Lisa, "'Daigou' trade's threat to luxury brands in 2024," *Jing Daily* , September 27, 2024, available at https://jingdaily.com/posts/daigou-s-threat-to-luxury-brands-in-2024.

Ng, Melody, "Estée Lauder opens new research & development centre in China," *The Moodie Davitt Report* , June 3, 2011, available at https://moodiedavittreport.com/estee-lauder-opens-new-research-development-centre-in-china/.

Noor, Hibah, "The Estée Lauder Companies returns to China International Consumer Products Expo," *Global Travel Retail Magazine* , April 16, 2025, available at https://www.gtrmag.com/blog/the-estee-lauder-companies-returns-to-china-international-consumer-products-expo.

"NZ's Trilogy turns to daigou to bypass Chinese animal testing rules," *Fashion Network* , November 29, 2016, available at https://sa.fashionnetwork.com/news/Nz-s-trilogy-turns-to-daigou-to-bypass-chinese-animal-testing-rules,758464.html.

Parker, Pamela, "How to become a professional shopper," *BBC* , March 15, 2018, available at https://www.bbc.com/news/business-43259904.

Peiyue, Wu, "Hong Kong's 'Daigou' Trade Is Back. But This Time, It Has Reversed," *Sixth Tone* , March 18, 2023, available at https://www.sixthtone.com/news/1012494.

Piachaud, Thomas, Charlsy Zhang, and Max Peiro, "DeWu - the Crossroads of Chinese GenZ and Luxury Brands," *Re-Hub* .

Piachaud, Thomas, Charlsy Zhang, and Max Perio, "The Daigou Index 2.0," *Re-Hub* , September 2023.

Quilty-Harper, Conrad "Gangs, tourists funnel luxury handbags into China: Part 1," *Jing Daily* , February 5, 2025, available at https://jingdaily.com/posts/china-s-luxury-smuggling-networks-exposed-part-1-the-tourist-mules.

Quilty-Harper, Conrad, "What luxury needs to know about daigou: Part 2," *Jing Daily* , February 6, 2025, available at https://jingdaily.com/posts/how-china-s-daigou-and-gray-market-threaten-luxury-brands-part-2.

Riddell, Emily, "China's fake economy – e-commerce site Dewu pioneers authenticity service," *Dao Insights* , April 22, 2021, available at https://daoinsights.com/works/chinas-fake-economy-e-commerce-site-dewu-pioneers-authenticity-service/.

Rozario, Kevin, "Beauty Dominates Hainan's High-Growth Duty-Free Market – But There's A Downside," *BeautyMatter* , February 2, 2022, available at https://beautymatter.com/articles/beauty-dominates-hainans-high-growth-duty-free-market-but-theres-a-downside.

Rozario, Kevin, "Estée Lauder's travel retail sales top $1bn for first time," *TR Business* , August 16, 2012, available at https://www.trbusiness.com/regional-news/international/estee-lauders-travel-retail-sales-top-1bn-for-first-time/67929.

Rozario, Kevin, "Travel Retail Is Bigger Than The Entire Americas for Estée Lauder," *BeautyMatter* , August 25, 2021, available at https://beautymatter.com/articles/travel-retail-is-bigger-than-the-entire-americas-for-estee-lauder.

"S. Korean duty-free operators grapple with pandemic-caused biz slump," *The Korea Herald* , May 27, 2020, available at https://www.koreaherald.com/article/2318344.

Sankary, Gary, "A Luxury Shopping Trend with a Geographic Wrinkle," *ESRI* , October 1, 2024, available at https://www.esri.com/about/newsroom/publications/wherenext/luxury-goods-daigou.

Sim, Shuan, "China's Sketchy 'Daigou' Luxury Market Is A Hotbed For Fakes," *Jing Daily* , April 8, 2014, available at https://jingdaily.com/posts/chinas-sketchy-daigou-luxury-market-is-a-hotbed-for-fakes.

Solca, Luca, "Digital China Leaving Ostrich Brands Behind," *Business of Fashion* , April 16, 2015, available at https://web.archive.org/web/20150427111153/http://www.businessoffashion.com/articles/opinion/digital-china-leaving-ostrich-brands-behind.

"South Korean purchase limits poised to dampen Chinese retail appetite," *People's Daily Online* , August 4, 2016, available at https://en.people.cn/n3/2016/0804/c98649-9095436.html.

**Appendix C**
**Materials Relied Upon**

**Public Documents (Continued)**

"South Korean Won to U.S. Dollar Spot Exchange Rate (DEXKOUS)," Federal Reserve Bank of St. Louis, available at https://fred.stlouisfed.org/series/DEXKOUS.

"Special Report: Luxury," *The Economist*, December 13, 2014, available at https://www.economist.com/sites/default/files/20141213_sr_luxury.pdf.

"Spring is not far away for the travel retail industry," *The Moodie Davitt Report*, May 18, 2021, available at https://ezine.moodiedavittreport.com/the-moodie-davitt-ezine-295/lotte-duty-free/.

"Stats: How fashion ecommerce has changed since Covid-19," *Econsultancy*, December 3, 2021, available at https://econsultancy.com/stats-how-fashion-ecommerce-has-changed-post-covid-19/.

Sullivan, Rebecca, "The rise of daigou: Why Aussie skincare brand Bondi Goddess is only available to Chinese women," *news.com.au*, July 28, 2018, available at https://www.news.com.au/lifestyle/beauty/face-body/the-rise-of-daigou-why-aussie-skincare-brand-bondi-goddess-is-only-available-to-chinese-women/news-story/cfabadb68967f8f82a7f170a46cab593.

Sun, Benjamin, "A Profile of Daigou Shoppers in Hong Kong Market," *Think China*, June 3, 2021, available at https://www.thinkchina.com/insights/a-profile-of-daigou-shoppers-in-hong-kong/.

Sun, Benjamin, "Chinese Beauty Daigou in ASEAN Region," *Think China Quarterly*, June 4, 2021, available at https://www.thinkchina.com/insights/chinese-daigou-market-for-prestige-beauty-in-asean-region/.

Swanson, Ana, "China's Growing Gray Market for All That's Foreign," *Foreign Policy*, August 20, 2014, available at https://foreignpolicy.com/2014/08/20/chinas-growing-gray-market-for-all-thats-foreign/.

Tan, Hannah, "On location: Estée Lauder unveils largest travel retail flagship in cdf Haikou," *The Moodie Davitt Report*, December 13, 2022, available at https://moodiedavittreport.com/on-location-estee-lauder-unveils-largest-travel-retail-flagship-in-cdf-haikou/.

Tanner, Mark, "Making Sense of China's New Cross Border Commerce Tax and Daigou Tax," *China Skinny*, April 5, 2016, available at https://chinaskinny.com/blog/chinas-new-cross-border-commerce-daigou-tax.

"The 1990s: A beautiful journey begins," *The Moodie Davitt Report*, October 2022, available at https://ezine.moodiedavittreport.com/este-lauder-travel-retail-30th-anniversary/1990s-a-beautiful-journey-begins.

"The 21st Century Game-Changer Up Close China Outbound Tourism," *HVS*, April 2011, available at https://www.hvs.com/content/3109.pdf.

"The Daigou Index," *Re-Hub*, November 2020.

"The Importance of Relationship Building in China," *Program on Negotiation at Harvard Law School*, October 14, 2025, available at https://www.pon.harvard.edu/daily/international-negotiation-daily/negotiation-in-china-the-importance-of-guanxi/.

"The Role of China's Pilot Free Trade Zones in Promoting Institutional Innovation, Industrial Transformation and South-South Cooperation," *United Nations Conference on Trade and Development*, 2023, available at https://unctad.org/system/files/official-document/gds2023d5_en.pdf.

"The State of Fashion: Beauty," *McKinsey & Company*, May 2023, available at https://www.mckinsey.com/~/media/mckinsey/industries/retail/our%20insights/the%20beauty%20market%20in%202023%20a%20special%20state%20of%20fashion%20report/the-beauty-market-in-2023-a-special-state-of-fashion-report.pdf.

"Travel Retail Market in Hainan FTP – Towards a Golden Future," *KPMG* and *The Moodie Davitt Report*, May 2021, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf.

"Understanding China's Growing Love For Luxury," *McKinsey & Company*, March 2011.

Vernon, Hayden, "The 'Daigou' Sellers Making Thousands By Buying Luxury Goods in the UK," *Vice*, October 29, 2019, available at https://www.vice.com/en/article/daigou-china-luxury-goods-money-maker/.

Wang, Jing, "Livestreaming's Transforming E-Commerce in China," *Alizila*, April 4, 2019, available at https://www.alizila.com/how-livestreaming-is-transforming-e-commerce-in-china/.

"What's Daigou and What's It to Gucci and Beijing?," *Bloomberg*, January 28, 2019, available at https://www.bloomberg.com/news/articles/2019-01-28/what-s-daigou-and-what-s-it-to-gucci-and-beijing-quicktake.

"What's Powering China's Market for Luxury Goods?" *Bain & Company*, March 2019, available at https://www.bain.com/insights/whats-powering-chinas-market-for-luxury-goods/.

# Appendix C
# Materials Relied Upon

**Public Documents (Continued)**

Wong, Dorcas, "China's FTZ Count Rise to 21 After Beijing, Hunan and Anhui Are Newly Added," *China Briefing*, September 28, 2020, available at https://www.china-briefing.com/news/chinas-ftz-count-rise-to-21-after-beijing-hunan-and-anhui-are-newly-added/.

Xiao, Bang and Sean Mantesso, "The daigou channel – how a handful of Chinese shoppers turned into a billion-dollar industry," *ABC News*, July 30, 2019, available at https://www.abc.net.au/news/2019-07-31/chinese-daigou-changing-influencing-australian-business/11221498.

Xiaoji, Qiang, "Hainan to adopt offshore duty-free policy," *China Daily*, March 22, 2011, available at https://www.chinadaily.com.cn/business/2011-03-22/content_15942179.htm.

Xiaoyi, Lin and Huang Lanlan, "Increasing appeal of mainland products and lifestyle reverses flow of HK surrogate shopping, amid Bay area integration," *Global Times*, April 25, 2023, available at https://www.globaltimes.cn/page/202304/1289774.shtml.

Yaling, Jiang, "Hainan Duty Free Uses QR Codes on Items to Deter 'Daigou' Trade," *Sixth Tone*, August 5, 2021, available at https://www.sixthtone.com/news/1008184?.

You-mee, Hwang, "Gov't limits duty-free shopping to stop hoarding," *The Korea Herald*, July 29, 2016, available at https://www.koreaherald.com/article/1037583.

Yun, Jessia, "'Turning a corner': A2 Milk retargets Chinese daigous amid $134m share buyback," *The Sydney Morning Herald*, August 29, 2022, available at https://www.smh.com.au/business/companies/turning-a-corner-a2-milk-retargets-chinese-daigous-amid-134m-share-buyback-20220829-p5bdh4.html.

Zipser, Daniel, Daniel Hui, Jia Zhou, and Cherie Zhang, "2023 McKinsey China Report," McKinsey & Company, December 2022, available at https://www.mckinsey.com/cn/~/media/mckinsey/locations/asia/greater%20china/our%20insights/2023%20mckinsey%20china%20consumer%20report%20a%20time%20of%20resilience/2023%20mckinsey%20china%20consumer%20report%20en.pdf.

Kim, Jae-Young, "[단독] 국내 면세점, 3월 23일부터 온라인으로 해외판매 가능" ["[Exclusive] Domestic duty-free shops to be able to sell overseas products online starting March 23"], *Travel Retail & Duty Free*, March 24, 2022, available at https://www.trndf.com/news/newsview.php?ncode=1065593433139241.

Kim, Jae-Young, "[단독] 서울 시내면세점, 기업형 B2B 거래 중단으로 매출액 급락" ["[Exclusive] Sales plummet at Seoul downtown duty-free shops due to suspension of corporate B2B transactions"], *Travel Retail & Duty Free*, January 9, 2023, available at https://m.trndf.com/news/newsview.php?ncode=1065592691512628.

Kim, Jae-Young, "관세청, 면세산업 활성화 위해 '송객수수료' 정상화 칼 빼들어" ["Customs Service takes steps to normalize 'customer referral [commission] fees' to revitalize the duty-free industry"], *Travel Retail & Duty Free*, December 15, 2022, available at https://trndf.com/news/newsview.php?ncode=1065601403959639.

Kwon, Young-In, "면세점 특허수수료 '감면 연장'…보따리상 구매 수량은 다시 제한" ["Duty-free shop patent [license] fee 'reduction extended'… reimposing purchase limits on daigou"], *SBS News*, February 27, 2024, available at https://news.sbs.co.kr/amp/news.amp?news_id=N1007552480.

Yang, Cheol-Min, "관세청, 재고 면세품 시중판매 허용기한 무기한 연장" ["The Korea Customs Service indefinitely extends the period for allowing the sale of duty-free goods in stock"], *Seoul Economic Daily*, October 27, 2020, available at https://www.sedaily.com/NewsView/1Z9ALJY1M6/.

"보릿고개 넘는 K-면세점, 위기진단과 제언" ["K-Duty Free Shops Overcome Barley Hill: Crisis Diagnosis and Recommendations"], *PWC*, February 2025, available at https://www.pwc.com/kr/ko/insights/industry-focus/samilpwc_k-duty-free-shop.pdf.

"외국인투자 관련 관세정책 동향 (2022년 하반기)" ["Trends in Tariff Policies Related to Foreign Investment (Second half of 2022)"], *Korea Trade-Investment Promotion Agency*, December 2022, available at https://www.investkorea.org/ik-kr/bbs/i-2966/down.do?bbs_id=05111509&ntt_sn=8&data_ty_cd=A&atfile_sn=1.

"[초점] 면세점 송객수수료, 2022년 7조 원 넘게 퍼줘" ["[Focus] Duty-free shop commissions to exceed 7 trillion won by 2022"], *Travel Retail & Duty Free,* June 18, 2024, available at https://www.trndf.com/news/newsview.php?ncode=1065593487559527.

Yuk, Hae-Young, "'코로나19'로 쌓인 재고 면세품, 국내 최초 아울렛 등 판매 허용 '숨통 트여'" ["'Breathing room' as accumulated duty-free goods stockpiled due to 'COVID-19' permitted for sale for first time at Korea's outlet stores, etc."], *Travel Retail & Duty Free*, April 29, 2020, available at https://m.trndf.com/news/newsview.php?ncode=1065575455426619.

## Appendix C
## Materials Relied Upon

**Public Documents (Continued)**

"2000年前也有代购！官员出差边疆「购物清单」出土" ["Daigou existed 2,000 years ago! Official's Business Trip to the Frontier: 'Shopping List' Unearthed"], 中時新聞網 [*China Times* ], April 10, 2024, available at https://www.chinatimes.com/cn/hottopic/20240410002353-260812?chdtv.

"2016年4月8日海关新政解读：小代购们还能不能活了" ["April 8, 2016 Customs New Policy Interpretation: Can small-daigou still survive?"], 搜狐 [*Sohu* ], March 25, 2016, available at https://www.sohu.com/a/65668200_159107.

"严厉打击海南离岛免税'套代购'走私！缉私部门发布提醒" ["Strict Crackdown on Hainan Island Outbound Traveler's Duty-Free 'Daigou [tao-daigou]' Smuggling! Anti-Smuggling Department Releases Reminder"], 中国青年报 [*CYOL (China Youth On line)* ], July 14, 2023, available at https://m.cyol.com/gb/articles/2023-07/14/content_GqJLZdhzxw.html.

"习近平在庆祝海南建省办经济特区30周年大会上发表重要讲话" ["Xi Jinping delivered an important speech at the grand meeting celebrating the 30th anniversary of Hainan's provincial establishment and economic special zone construction"], 新华网 [*Xinhua Net* ], April 13, 2018, available at http://www.xinhuanet.com/politics/2018-04/13/c_1122680106.htm.

"关于发布海南离岛旅客免税购物监管办法的公告" ["Announcement on the Release of Regulatory Measures for Duty-Free Shopping by Departing Passengers from Hainan Island"], 中华人民共和国海关总署 [*General Administration of Customs of the People's Republic of China* ], September 30, 2020, available at https://www.ndrc.gov.cn/xwdt/ztzl/hnqmshggkf/ghzc/202009/t20200930_1239950.html.

"关于完善跨境电子商务零售进口税收政策的通知" ["Notice on Improving the Tax Policy for Cross-Border E-Commerce Retail Imports"], 中华人民共和国财政部,海关总署,税务总局 [*Ministry of Finance, General Administration of Customs, and State Taxation Administration of the People's Republic of China* ], November 29, 2018, https://www.gov.cn/zhengce/zhengceku/2018-12/31/content_5440499.htm.

"关于海南离岛旅客免税购物政策的公告" ["Announcement on Duty-Free Shopping Policy for Departing Passengers from Hainan Island"], 中华人民共和国财政部,海关总署,税务总局 [*Ministry of Finance, General Administration of Customs, and State Taxation Administration of the People's Republic of China* ], June 29, 2020, available at https://www.gov.cn/zhengce/zhengceku/2020-06/29/content_5522649.htm.

"最惨暴跌87%！美妆巨头们业绩疲软怪'代购'？" ["The Biggest Drop of 87%! Are the Poor Performance of Beauty Giants Due to 'Daigou'?"], 界面新闻 [*Jiemian* ], August 7, 2023, available at https://www.jiemian.com/article/9879445.html.

"案例研究丨一文读懂离岛免税'套代购'走私中的罪与罚" ["Case Study | Understanding the Crimes and Punishments in Offshore Duty-free 'Tao-Daigou' Smuggling from One Article"], 腾讯网 [*Tencent News* ], September 27, 2022, available at https://news.qq.com/rain/a/20220927A04R8300?suid=&media_id.

"海南：调度打击治理离岛免税'套代购'走私工作" ["Hainan: Dispatch and Strike Governance of Offshore Duty-Free 'Tao-daigou' Smuggling Operations"], 中国新闻网 [*Chinanews* ], June 1, 2023, available at https://www.hi.chinanews.com.cn/hnnew/2023-06-01/681003.html.

"海南省'人人反走私 护航自贸港'反走私主题宣传月活动在万宁启动" ["Hainan Province 'Everyone is fighting smuggling to protect the free trade port' Anti-smuggling Themed Publicity Month Activity Launched in Wanning"], 搜狐 [*Sohu* ], May 5, 2023, available at https://www.sohu.com/a/673061496_121106994.

"海南省打击走私工作会议强调 端正思想认识 扛起政治责任 打好治理离岛免税'套代购'走私攻坚战" ["Hainan Province Anti-Smuggling Work Meeting Emphasizes Correct Ideological Understanding Shoulder Political Responsibility Fight the Offshore Duty-Free 'Tao-daigou' Smuggling Battle"], 澎湃新闻 [*The Paper* ], May 6, 2023, available at https://www.thepaper.cn/newsDetail_forward_22988886.

"海南研究部署打击治理离岛免税'套代购'走私工作" ["Hainan Studies to Deploy Crackdowns Against Offshore Duty-free 'Tao-Daigou' Smuggling"], 新华网 [*Xinhua Net* ], June 21, 2023, available at http://www.hainan.xinhua.org/20230621/597b5e354e694bd78ee376c9e5036e4e/c.html.

"《海南自由贸易港免税购物失信惩戒若干规定》公布" ["Regulations on Punishments for Duty-Free Shopping Violations in Hainan Free Trade Port Published"], 海南日报 [*Hainan Daily* ], December 13, 2021, available at https://www.hi.chinanews.com.cn/hnnew/2021-12-13/616253.html.

"海南自由贸易港法律法规及政策解读——离岛免税篇" ["Interpretation of Laws, Regulations, and Policies of Hainan Free Trade Port —Offshore Duty-free"], 金杜律师事务所 [*King & Wood Mallesons* ], November 28, 2023, available at https://www.kwm.com/cn/zh/insights/latest-thinking/hainan-ftp-offshore-duty-free.html.

**Appendix C
Materials Relied Upon**

**Public Documents (Continued)**

"省政府召开专题会议 研究打击治理 '套代购' 走私和反走私能力提升工作" ["Provincial Government Held Special Meeting to Study Crackdowns Against 'Tao-Daigou' Smuggling and Anti-smuggling Capacity Improvement Work"], 海南日报 [*Hainan Daily*], May 15, 2023, available at https://m.thepaper.cn/baijiahao_23098295.

"许可：古丝绸之路上的 '代购清单' " ["License: 'Daigou List' on the Ancient Silk Road"], 华东师范大学 [*East China Normal University (ECNU News)*], November 20, 2023, available at https://www.ecnu.edu.cn/info/1425/64997.htm.

"顺手'代购'？小心违法！揭秘离岛免税 '套代购' 走私陷阱" ["Casual 'daigou'? Be careful of breaking the law! Revealing the offshore duty-free 'tao-daigou' [] smuggling trap"], 央视新闻 [*CCTV News (China Central Television)*], September 24, 2025, available at https://news.cctv.com/2025/09/24/ARTI9MXhfmgPsjsszOpYjX3L250924.shtml.