# EXHIBIT C

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | No. 1:23-cv-10669-AS |

**EXPERT REPORT OF CLAIRE KENT**
**JANUARY 23, 2026**

**TABLE OF CONTENTS**

I.    INTRODUCTION ..................................................................................................1

    A.    Qualifications..............................................................................................1

    B.    Case Background ........................................................................................3

    C.    Assignment .................................................................................................7

II.   SUMMARY OF OPINIONS.................................................................................7

III.  INVESTORS UNDERSTOOD THE RISKS RELATING TO
      MACROECONOMIC CONDITIONS, COMPETITION, CHINA AND
      TRAVEL RETAIL EXPOSURE, AND REGULATORY
      DEVELOPMENTS BEFORE AND DURING THE PROPOSED
      CLASS PERIOD.....................................................................................................9

    A.    Risks Relating to Macroeconomic Conditions and Estée Lauder's
            Ability to Compete Were Disclosed by the Company and Known to
            Investors ...................................................................................................10

    B.    Estée Lauder's China-Focused Strategy and the Related Risks Were
            Disclosed by the Company and Known to Investors ....................................14

    C.    Risks Relating to the Significant Contribution of Travel Retail to Estée
            Lauder's Business Were Disclosed by the Company and Known to
            Investors ...................................................................................................25

    D.    The Risks of Potential Regulatory Changes Were Disclosed by the
            Company and Known to Investors.................................................................35

IV.   THE PREVALENCE OF DAIGOU IN ESTÉE LAUDER'S TRAVEL
      RETAIL BUSINESS AND RISK OF CHANGES IN DAIGOU-
      RELATED POLICIES OR ENFORCEMENT WERE WELL KNOWN
      TO INVESTORS ...................................................................................................36

    A.    Daigou Activity in Estée Lauder's Products Was Well Known to
            Investors Before and During the Proposed Class Period............................38

    B.    Risks Related to Potential Changes in Policies and Enforcement
            Actions Related to Daigou Were Well Known to Investors ........................56

V.    BASED ON MY EXPERIENCE IN THE LUXURY GOODS AND
      RETAIL INDUSTRY, I WOULD NOT EXPECT THAT THE
      ALLEGEDLY OMITTED INFORMATION WOULD HAVE
      IMPACTED INVESTORS' VALUATION OF ESTÉE LAUDER'S
      STOCK BECAUSE THIS INFORMATION WAS ALREADY
      KNOWN TO INVESTORS ..................................................................................66

    A.    Category 1: Alleged Misstatements Related to Historical Growth in
            Estée Lauder's Travel Retail Business .........................................................69

B.    Category 2: Alleged Misstatements Related to Future Growth in Estée Lauder's Travel Retail Business Made Before May 6, 2023 ......................................71

C.    Category 3: Alleged Misstatements Related to Future Growth in Estée Lauder's Travel Retail Business Made After May 6, 2023 .........................................75

VI.   **SEVERAL NEGATIVE DEVELOPMENTS, UNRELATED TO THE ALLEGED MISSTATEMENTS, TRANSPIRED FROM NOVEMBER 2022 TO NOVEMBER 2023 THAT NEGATIVELY AFFECTED INVESTORS' ASSESSMENT OF ESTÉE LAUDER'S OUTLOOK AND HENCE THE COMPANY'S SHARE PRICE .......................................78**

A.    Slower-Than-Expected Growth in China's Macroeconomy........................................80

B.    Slower-Than-Expected Growth in the Chinese Prestige Beauty Market....................85

C.    Worsening Macroeconomic Conditions in the U.S. ....................................................90

D.    Stronger U.S. Dollar ..................................................................................................92

E.    Disruptions from Global Geopolitical Events.............................................................95

VII.  **CONCLUSION ......................................................................................................97**

## I.    INTRODUCTION

### A.    Qualifications

1.    I have approximately forty years of experience in the global luxury goods and retail industry involving equity research and corporate finance. My areas of expertise include financial and strategic analysis, due diligence, valuation, and mergers and acquisitions. I currently serve as an Advisor to Prada S.A. I am also a Senior Advisor at a corporate finance firm, Smith Square Partners and founder of Claire Kent Consulting Ltd.

2.    Since founding Claire Kent Consulting in 2008, I have held multiple board seats, including non-executive director of Prada S.A. from 2016 to 2025; non-executive director of Georg Jensen from 2010 to 2017; and non-executive director of French Connection from 2008 to 2017.

3.    From 2010 to 2016, I was an Advisory Director to the Investcorp European Corporate Finance Team, where I conducted due diligence on a large range of luxury goods and retail companies.

4.    I also founded a high-end Men's running wear brand, Iffley Road, which was sold at leading retailers such as Barney's, Harrod's, Harvey Nichol's, Yoox Net-a-Porter and Matches from 2013 to 2022.

5.    Before my advisory and entrepreneurial roles, I also had an equity research career spanning over twenty years.

6.    From 1991 to 2008, I worked at Morgan Stanley, where I became a Managing Director in 2000. During my tenure, I served as the Head of Morgan Stanley's luxury goods

equity research, and was the lead analyst of several luxury IPOs, including Bulgari, Gucci and Burberry. During this time, I was ranked the number one European retailing/luxury goods equity analyst by Institutional Investor for nine consecutive years. Time Magazine cited me among the top 100 most influential people in the world of fashion.  My equity research coverage included European luxury giants, LVMH and Kering.

7.      Before joining Morgan Stanley, I served as a Vice President at Merrill Lynch and Head of European Retailing from 1989 to 1991, and an equity research analyst at Morgan Grenfell from 1988 to 1989 and Ark Securities from 1987 to 1988.

8.      In summary, over the course of my nearly 40-year career, I have worked closely with investors in the luxury goods and retail industry. As an equity analyst, I was directly responsible for conducting investment research that supported investors' investment decisions. In my subsequent advisory roles, I interacted directly with existing and potential investors. Through these experiences, I have developed insight into the decision-making process employed by investors in the luxury goods and retail industry, including: (i) the sources of information they use to inform their investment decisions; and (ii) the knowledge and analytical framework they apply in making those decisions.

9.      I hold a Master's of Arts degree in Modern Languages from Oxford University, where I studied from 1982 to 1986. A copy of my curriculum vitae is attached as **Appendix A**. I have not provided any expert testimony in the past four years.

10.     The analyses and opinions expressed in this report are my own.  A list of documents and data that I have considered in forming the opinions presented in this report is summarized in **Appendix B**. I am being compensated for my time and services in this matter at an hourly rate of $1,000. I am assisted in this matter by the staff of Analysis Group, Inc.

("Analysis Group"), who work under my direction.  Neither my compensation nor that of Analysis Group in this matter is contingent in any way or based on the content of my opinion or the outcome of this or any other matter.

### B.    Case Background

#### 1.    *Estée Lauder*

11.    The Estée Lauder Companies ("Estée Lauder" or "the Company"), founded in 1946, is "one of the world's leading manufacturers, marketers and sellers of quality skin care, makeup, fragrance and hair care products."[1] As of June 30, 2021, the Company's portfolio included approximately 30 iconic brand names in the prestige beauty market, including for example, Estée Lauder, Clinique, and La Mer.[2] **Figure 1** below shows several brands in the Company's portfolio as of June 30, 2021  and the various brands' positions in terms of price point (ranging from entry level to premium level) and style (ranging from classic to progressive).[3]

---

[1]    Estée Lauder Form 10-K for fiscal year 2021, p. 2. Estée Lauder's fiscal year ("FY") ends on June 30. For example, FY 2021 runs from July 1, 2020 to June 30, 2021.

[2]    Estée Lauder Form 10-K for FY 2021, pp. 4-8. The number of brands in Estée Lauder's portfolio decreased to 23 in 2023. Estée Lauder Form 10-K for FY 2023, pp.5-8.

[3]    According to the Estée Lauder Form 10-K for FY 2021, this chart shows "most of the brands that [Estée Lauder] sell[s]," which include brands Estée Lauder owned, had a majority investment in, or marketed through exclusive global license arrangements. Estée Lauder Form 10-K for FY 2021, p. 4.

**Figure 1.** Brands in Estée Lauder's Portfolio as of June 30, 2021



12.     As of June 30, 2021, Estée Lauder distributed its products across three different types of channels:

a.     Traditional retail channel, including Estée Lauder's owned stores and authorized third-party freestanding stores such as department stores,

b.     Online channel, including Estée Lauder's brand.com websites, authorized retailers' websites, and third-party online malls, and

c.     Travel retail channel, including stores in airports and duty-free locations.[4]

13.     In FY 2021, the traditional retail channel accounted for 43 percent of Estée Lauder's sales, and online and travel retail channels represented 28 percent and 29 percent of

---

[4]     Estée Lauder Form 10-K for FY 2021, p. 9.

Estée Lauder's sales, respectively.[5] In its 2021 10-K, Estée Lauder identified its online and travel retail channels as the focus of its brand expansion and characterized these channels as "higher growth channels in the long term."[6]

### 2.    *Summary of Plaintiffs' Allegations*

14.    Plaintiffs allege that Estée Lauder and certain of its officers (collectively, "Defendants") made certain materially false and misleading statements and omissions regarding the Company's sales practice in its travel retail segment, which allegedly caused Estée Lauder's stock price to be artificially inflated from February 3, 2022 until October 31, 2023, inclusive (the "Proposed Class Period").[7]

15.    Specifically, Plaintiffs allege that Estée Lauder "had been supplying and growing dependent on a pervasive, **prohibited gray market resale** industry in China and South Korea, called daigou, to drive sales within its Asia travel retail segment—an unsustainable practice that Defendants concealed from investors."[8] According to the Amended Complaint, "Daigou directly translates from its Chinese origin (代购) to English as 'buy on behalf of.' Daigou are resellers that purchase luxury goods at reduced, duty-free prices and resell them to end-consumers in mainland China at a price below retail but high enough to profit."[9]

---

[5]    FY 2021 Q4 Earnings Call Transcript, Estée Lauder, August 19, 2021, pp. 7-8 ("Sales of our products through all online channels continued to thrive as they rose 34% for the year and represented 28% of sales. Despite the continued curtailment of international travel, our business in the travel retail channel grew, ending fiscal 2021 at 29% of sales. Among brick-and-mortar retail, specialty multi and perfumeries grew, while department stores and freestanding stores experienced the greatest impact from the ongoing pandemic and declined for the year.")

[6]    Estée Lauder Form 10-K for FY 2021, p. 31.

[7]    Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, *No. 1:23-cv-10669-AS*, March 22, 2024 ("Amended Complaint"), p. 1, ¶ 1.

[8]    Amended Complaint, ¶ 1. Emphasis added.

[9]    Amended Complaint, footnote 3. I note that from my experience, daigou traders may also purchase goods from retail stores (at non-duty-free prices) outside mainland China and resell them to consumers in mainland China.

16.    The Amended Complaint alleges that:

a.    Estée Lauder's ability to rely on daigou "came to an abrupt end" after Estée Lauder's largest customer, China Duty Free Group, "pledged to eradicate all daigou activity" in Hainan on July 1, 2021 and Chinese authorities implemented new regulatory changes that affected daigou in Hainan which became effective January 1, 2022.[10]

b.    Defendants allegedly made a series of eight misstatements during the Proposed Class Period ("Alleged Misstatements," shown in **Exhibit 1**)[11] "designed to convey a misleading picture of continued travel retail growth and demand" and "unchanged" regulatory landscape in Hainan.[12]

c.    In making the Alleged Misstatements, Estée Lauder allegedly concealed the risk of "regulatory enforcement," failed to disclose its "inability to access the daigou gray market in the wake of China's 2022 regulatory crackdowns on the illicit resale practice,"[13] failed to "reveal the real reason for the poor results" (i.e., "material effects that China's crackdown on daigou had on Lauder's daigou-dependent travel retail business") and instead, "reassured investors of the temporary nature of disruptions to [Estée] Lauder's now flailing travel retail sales."[14]

17.    Plaintiffs claim that the alleged truth was partially revealed through four allegedly corrective disclosures made between November 2, 2022 and August 18, 2023, and was not fully corrected until the fifth allegedly corrective disclosure on November 1, 2023 (collectively, "Alleged Corrective Disclosures"), when Estée Lauder disclosed that the decline in its Asia travel retail business was "primarily due to … changes in government and retailer policies related to unstructured market activity."[15] Plaintiffs claim that these Alleged Corrective Disclosures led to

---

[10]    Amended Complaint, ¶¶ 2, 28, 30, 102.

[11]    Amended Complaint, ¶¶130, 143, 145, 159, 162, 164, 166, 169, 171. I understand that the alleged misstatement Estée Lauder made on February 3, 2022, stating that "Global travel retail sales increased double digits, reflecting continued growth from Asia/Pacific, despite ongoing travel re-strictions there during much of the second quarter of fiscal 2022," was dismissed by the court. *See In Re The Estée Lauder Co., Inc. Securities Litigation,* Opinion And Order, March 31, 2025 ("MTD Ruling"), pp. 2, 7. *See* **Exhibit 1** for a list of the Alleged Misstatements remaining in the case.

[12]    Amended Complaint, ¶¶ 2, 33-34.

[13]    MTD Ruling, p. 14. *See also* Amended Complaint, ¶ 34. Emphasis added.

[14]    Amended Complaint, ¶ 3.

[15]    Amended Complaint, ¶¶ 180, 181, 184, 192, 202, 213, 225.

6

significant declines in Estée Lauder's stock price, resulting in investor losses.[16]

### C.    Assignment

18.    I have been retained by counsel for Defendants to address the following, based on my years of experience in conducting investment analysis of luxury goods and retail companies and advising investors and/or owners of luxury companies:

a.    Provide an overview of investors' understanding of risks associated with investing in a prestige beauty company such as Estée Lauder before and during the Proposed Class Period;

b.    Provide an overview of investors' knowledge of daigou and the associated regulatory risks before and during the Proposed Class Period;

c.    Evaluate whether the allegedly omitted information in the Alleged Misstatements would have affected investors' assessment of Estée Lauder's outlook and hence its share price; and

d.    Evaluate whether any developments unrelated to the Alleged Misstatements that occurred during the period from November 2, 2022 to November 1, 2023 (the period during which the Alleged Corrective Disclosures were made, "Alleged Corrective Disclosures Period") affected investors' assessment of Estée Lauder's outlook and hence Estée Lauder's share price.

19.    I have also been asked to review the expert report of Matthew D. Cain, Ph.D., dated July 25, 2025 ("Cain Report")[17] and his deposition testimony,[18] and comment on his research and analysis (or lack thereof) relating to the topics I have been asked to address above.

## II.    SUMMARY OF OPINIONS

20.    Based on my review of the facts of this matter and my years of experience in

---

[16]    Amended Complaint, ¶¶ 173, 185, 196, 208, 218, 231.

[17]    Expert Report of Matthew D. Cain, Ph.D. *In Re: The Estée Lauder Co., Inc. Securities, No. 1:23-cv-10669-AS*, July 25, 2025 (the "Cain Report").

[18]    Deposition of Matthew D. Cain Ph.D. *In Re: The Estée Lauder Co., Inc. Securities Litigation, No. 1:23-cv-10669-AS*, December 17, 2025 (the "Cain Deposition").

conducting investment analysis of luxury goods and retail companies and advising investors and/or owners of luxury companies, it is my opinion that:

a.  Based on my experience and review of the trade press, consulting reports, and analyst reports, investors were aware that Estée Lauder's business could be affected by macroeconomic conditions, geopolitical events, currency movements, industry developments and competitor moves, and regulatory changes. These are factors that in my experience investors in prestige beauty companies (such as Estée Lauder) typically assess. In addition, investors were aware of the Company's heavy reliance on the China market and the travel retail segment, and the associated risks. In contrast to my research and analysis, Dr. Cain testified that he did not assess or consider any risks disclosed by Estée Lauder. (See **Section III**).

b.  Based on my experience and review of the trade press, consulting reports, industry reports and analyst reports, daigou activity in Estée Lauder's products and the associated potential regulatory risks related to daigou—including potential regulatory actions related to illegal daigou activities—were well known among investors and industry observers before and during the Proposed Class Period. In contrast to my research and analysis, Dr. Cain testified that he did not conduct any analysis to examine investors' knowledge of daigou or their awareness of the daigou-related regulatory risk before or during the Proposed Class Period. (See **Section IV**).

c.  Based on my experience in the luxury goods and retail industry as well as my review of trade press, consulting reports, industry reports and analyst reports, I would not expect the Alleged Misstatements made in the context of discussing the Company's travel retail sales to have been interpreted by investors as excluding daigou, and/or indicating that Estée Lauder would be immune to changes in daigou-related enforcement actions or regulations in China. Further, I have considered whether a disclosure that a portion of Estée Lauder's sales in Travel Retail goes through unregulated channels and may be subject to the risk of regulatory enforcement, but the precise amount is not known, would have impacted investors' assessment of the Company's outlook (and hence its share price). I would not expect that such a disclosure would have impacted investors' assessment of the Company's outlook (and hence its share price), because this information was already known to investors. In contrast to my research and analysis, Dr. Cain testified that his understanding of Plaintiffs' theory of liability was based solely on the Amended Complaint and that he did not conduct any independent analysis to determine whether the Alleged Misstatements would have any impact on investors' valuation of Estée Lauder's stock. (See **Section V**).

d.  Several developments unrelated to the Alleged Misstatements transpired during the Alleged Corrective Disclosures Period, *i.e.*, from November 2022 to November 2023, that negatively influenced investors' assessment of Estée Lauder's outlook and hence Estée Lauder's share price. In contrast to my research and analysis, Dr. Cain did not conduct any research into investing in the luxury

8

goods and retail industry and testified that he did not know the valuation drivers analysts focused on. Nor did he conduct any independent research or analysis to evaluate whether any factors unrelated to the Alleged Misstatements would have any impact on investors' assessment of Estée Lauder's outlook or share price during this time period.  (See **Section VI**).

## III.    INVESTORS UNDERSTOOD THE RISKS RELATING TO MACROECONOMIC CONDITIONS, COMPETITION, CHINA AND TRAVEL RETAIL EXPOSURE, AND REGULATORY DEVELOPMENTS BEFORE AND DURING THE PROPOSED CLASS PERIOD

21.    In its annual SEC filings filed before, during, and after the Proposed Class Period, Estée Lauder repeatedly disclosed risks associated with factors that, in my experience, investors of prestige beauty companies such as Estée Lauder typically consider. As I discuss in detail in this section, these risks include:

    a.    Factors related to macroeconomic conditions (such as economic downturns and the resulting reduction in consumer spending, disruptions caused by the COVID-19 pandemic, foreign currency movements, and geopolitical events) and Estée Lauder's ability to compete effectively (*see* **Section III.A**);

    b.    Estée Lauder's China-focused strategy and the associated risks (*see* **Section III.B**);

    c.    The travel retail channel (which was a significant contributor to Estée Lauder's business) and the associated risks (*see* **Section III.C**); and

    d.    Potential regulatory and policy changes that may adversely affect Estée Lauder's business (*see* **Section III.D**).

22.    As I discuss in the respective sections, trade press, consulting reports, and analyst reports demonstrate that these risk factors were understood by investors before and during the Proposed Class Period.

23.    In contrast to my research and analysis as discussed below, Dr. Cain testified that he did not "assess or consider any of the company's disclosed risks" beyond "reviewing the

9

complaint and the allegations of the complaint."[19]

      **A.**      **Risks Relating to Macroeconomic Conditions and Estée Lauder's Ability to Compete Were Disclosed by the Company and Known to Investors**

24.      Estée Lauder disclosed before, during, and after the Proposed Class Period that an economic downturn and the related changes in consumer spending levels could adversely affect its business. For example, Estée Lauder disclosed in its FY 2022 Form 10-K that:

> A general economic **downturn, or sudden disruption in business** conditions **may affect** consumer **purchases of discretionary items** and/or the financial strength of our customers that are retailers, which could adversely affect our financial results.[20]

> The general level of consumer spending is affected by a number of factors, including general economic conditions, inflation, interest rates, energy costs, and consumer confidence generally, all of which are beyond our control. Consumer purchases of discretionary items tend to decline during recessionary periods, when disposable income is lower, and may impact sales of our products… A downturn in the economies of, or continuing recessions in, the countries where we sell our products or a sudden disruption of business conditions in those countries could adversely affect consumer confidence, the financial strength of our retailers and our sales and profitability. We are also cautious of foreign currency movements, including their impact on tourism.[21]

25.      As shown in **Appendix C,** the above risk disclosures about economic downturns were made in each Form 10-K Estée Lauder filed between FY 2019 and FY 2024.

26.      Estée Lauder also disclosed that the disruption and the uncertainty introduced by the COVID-19 pandemic could adversely affect its business. For example, Estée Lauder disclosed in its FY 2022 Form 10-K that:

> **The outbreak and global spread of the COVID-19 pandemic has continued to** significantly **disrupt our operating environment**, including

---

[19]    Cain Deposition, 195:14-18.

[20]    Estée Lauder Form 10-K for FY 2022, p. 20. Emphasis added.

[21]    Estée Lauder Form 10-K for FY 2022, p. 20.

**retail** stores, travel retail, and the ability of some of our customers to operate. We have also seen shifts in consumer preferences and practices.

**Considerable uncertainty remains regarding this pandemic**, including responsive measures being taken by various authorities and others. As we continue to monitor COVID-19 developments, including the impacts on our consumers, customers and suppliers, we have taken and will continue to take further measures. Some of the actions we take could adversely impact our business, and there is no certainty that our actions will be sufficient to mitigate the risks and the impacts of COVID-19.

**The degree to which COVID-19 continues to impact our business will depend on future developments that are highly uncertain and cannot be predicted**, many of which are outside our control, including the extent to which there are sustainable improvements in the retail environment and general economic conditions.[22]

As shown in **Appendix C,** the above risk disclosure about the COVID-19 pandemic were made in each Form 10-K Estée Lauder filed between FY 2020 and FY 2022.

27.    Moreover, Estée Lauder disclosed that foreign currency movements could adversely impact its operational results, asset value, pricing, and costs. For example, Estée Lauder disclosed in its FY 2022 Form 10-K that:

Our global operations are subject to many risks and uncertainties, including: (i) fluctuations in foreign currency exchange rates and the relative costs of operating in different places, which can affect our results of operations, the value of our foreign assets, the relative prices at which we and competitors sell products in the same markets, the cost of certain inventory and non-inventory items required in our operations, and the relative prices at which we sell our products in different markets.[23]

28.    As shown in **Appendix C,** the above risk disclosures about foreign currency movements were made in each Form 10-K Estée Lauder filed between FY 2019 and FY 2024.

29.    Additionally, Estée Lauder disclosed the risks associated with unpredictable

---

[22]    Estée Lauder Form 10-K for FY 2022, p. 18. Emphasis added.

[23]    Estée Lauder Form 10-K for FY 2022, p. 21.

11

geopolitical events such as terrorist attack and war, which could adversely affect its business. For example, Estée Lauder disclosed in its FY 2022 Form 10-K that:

> Our global operations are subject to many risks and uncertainties, including:… social, economic and geopolitical conditions, such as a pandemic, terrorist attack, war or other military action.[24]

30. As shown in **Appendix C,** the above risk disclosures about geopolitical events were made in each Form 10-K Estée Lauder filed between FY 2020 and FY 2024.

31. Estée Lauder also disclosed that the beauty business was highly competitive and an inability to compete effectively could adversely affect its business. For example, Estée Lauder disclosed in its FY 2022 Form 10-K that:

> ***The beauty business is highly competitive, and if we are unable to compete effectively our results will suffer.*** We face vigorous competition from companies throughout the world, including multinational consumer product companies. Some competitors have greater resources than we do, others are newer companies (some backed by private-equity investors), and some are competing in distribution channels where we are less represented. **In some cases, we may not be able to respond to changing business and economic conditions as quickly as our competitors**.[25]

32. As shown in **Appendix C,** the above risk disclosures about competition were made in each Form 10-K Estée Lauder filed between FY 2019 and FY 2024.

33. The above-mentioned risks related to potential changes in macroeconomic conditions and the Company's ability to compete effectively were acknowledged by analysts following Estée Lauder before and during the Proposed Class Period. For example, in a report dated November 3, 2021, Morgan Stanley analysts identified "Prolonged COVID-19 impacts," "macro conditions worsen," "market share losses," "competitive pricing" and "unfavorable FX"

---

[24]    Estée Lauder Form 10-K for FY 2022, p. 21.

[25]    Estée Lauder Form 10-K for FY 2022, p. 18. Emphasis added.

12

as key "risks to downside" for Estée Lauder.[26]

34.     Similarly, in a report dated January 4, 2022, Oppenheimer analysts commented that key risks for Estée Lauder include "adverse impact related to the coronavirus," "deterioration in the macro environment, lower levels of consumer confidence," "changes in consumer tastes/preferences," and "increased competition" among other things.[27] Later in a report dated March 16, 2022, Oppenheimer also listed "[g]eopolitical risks related to Ukraine/Russia" as a downside scenario.[28]

35.     Estée Lauder's investors also acknowledged macroeconomic-related risks. For example, Ms. Knopf, the head research analyst covering Estée Lauder at Edgewood Management LLC ("Edgewood"), an investment manager that invested in Estée Lauder on behalf of each Lead Plaintiff,[29] testified that a "major macroeconomic event" was a typical risk factor "associated with any investment."[30] Ms. Knopf  further testified that "a change in the industry," including for example "a new competitor" was one of the triggers that would lead Edgewood to reevaluate its

---

[26]    Mohsenian, Dara, "Q1 Follow-Up: OW with Solid Momentum Ahead of the Peak Season," *Morgan Stanley*, November 3, 2021, p. 4.

[27]    Parikh, Rupesh, "EL Well Positioned to Continue Navigating a Dynamic Beauty Backdrop; Maintain as a Top Pick," *Oppenheimer*, January 4, 2022, p. 2.

[28]    Parikh, Rupesh, "A Growing List of Headwinds Near Term for the EL Bull Case," *Oppenheimer*, March 16, 2022, p. 2.

[29]    Deposition of Janet Lynn Knopf *In Re: The Estée Lauder Co., Inc. Securities Litigation, No. 1:23-cv-10669-AS*, November 18, 2025 (the "Knopf Deposition"), 51: 23-53:11 ("Q. And are you aware that this was in the possession of Wayne County? A. It's posted on our website. Q. Does it get sent to your lead plaintiff clients? A. I believe it's sent to all of our clients quarterly."); 55:19-56:7 ("Q…So, where it says, The large cap growth composite is comprised of individual and institutional accounts, what do you understand that to mean? A. That is our funding that we use to make investments from two types of investors on their behalf. Q. The individuals and institutional investors? A. Yes. Q. And you make these investments on their behalf, correct? A. We recommend a model that they follow."); 57:16-25 ("Q. And so, these institutional and individual accounts, they don't invest in an Edgewood fund, correct? A. We have the mutual fund where they invest. And then we have separately managed accounts. Q. Understood. And are you aware if the Michigan funds were a separately managed account? A. That makes sense. … "); 103:5-8 (Q. And fair to say you were the lead research analyst with respect to the Estée Lauder investment, correct? A. Correct.)

[30]    Knopf Deposition, 236:13-19.

investment in Estée Lauder.[31]

## B.    Estée Lauder's China-Focused Strategy and the Related Risks Were Disclosed by the Company and Known to Investors

36.    Estée Lauder disclosed its strategic focus on the Chinese market before, during, and after the Proposed Class Period. The Company disclosed that a significant share of the Company's net sales was generated from China, discussed its ongoing expansion and investments in the region, and acknowledged the risks related to this China-focused strategy. My review of analyst commentary and the trade press indicates that Estée Lauder's strategic focus on China and related risks were well understood by investors. Despite the risks, Estée Lauder's China-focused strategy was similarly pursued by several other prestige beauty companies.

---

[31]    Knopf Deposition, 101:2-22 ("Q. So these are the three catalysts that, if they applied to Estée Lauder, would trigger the reevaluation of the Estée Lauder investment. Correct? … A. Yes. Q. Do you recall which of these three triggers, if any, applied to Estée Lauder? A. I'm fairly certain that 1 and 3 applied. … Q. How would you understand Number 3? A. A change in the industry would be a new technology, a new competitor, something like that.").

1.    *Estée Lauder Disclosed Its China-Focused Strategy and the Related Risks*

a.    Estée Lauder Disclosed the Concentration of Its Sales, Sales Growth, and Profitability in China and the Related Risks

37.    As shown in **Table 1** below, Estée Lauder disclosed that Mainland China (including travel retail sales)[32] accounted for 17-36 percent of its total net sales in FY 2019-2024. Notably, between FY 2019 and FY 2021, Estée Lauder's net sales in Mainland China more than doubled, growing from $2.5 billion in FY 2019 to $5.8 billion in FY 2021. In FY 2021 (the most recent FY before the start of the Proposed Class Period), net sales in Mainland China represented more than one-third of the Company's net sales (36 percent).

**Table 1: Estée Lauder's Net Sales to Mainland China**

| Fiscal Year[1] | Period Ending | Release Date | Total Net Sales[2] | Estée Lauder's Net Sales in Mainland China | | |
|---|---|---|---|---|---|---|
| | | | | % of Total | $ in millions | YoY % Change |
| | | | [A] | [B] | [C] = [A] * [B] | [D] = [C$^{cy}$] / [C$^{py}$] -1 |
| 2019 | Jun 30, 2019 | Aug 23, 2019 | $14,863 | 17% | $2,527 | N/A |
| 2020 | Jun 30, 2020 | Aug 28, 2020 | $14,294 | 24% | $3,431 | 35.77% |
| 2021 | Jun 30, 2021 | Aug 27, 2021 | $16,215 | 36% | $5,837 | 70.16% |
| 2022 | Jun 30, 2022 | Aug 24, 2022 | $17,737 | 34% | $6,031 | 3.31% |
| 2023 | Jun 30, 2023 | Aug 18, 2023 | $15,910 | 28% | $4,455 | -26.13% |
| 2024 | Jun 30, 2024 | Aug 19, 2024 | $15,608 | 26% | $4,058 | -8.91% |

**Notes:**
[1] Estée Lauder's fiscal year ends on June 30. For example, Fiscal Year 2019 runs from July 1, 2018 to June 30, 2019.
[2] Estée Lauder's Consolidated Net Sales are as reported in Estée Lauder's form 10-Ks. $ amounts are in millions.

**Sources:**
Estée Lauder Form 10-Ks for FYs 2019–2024.

38.    As shown in **Appendix C,** before, during, and after the Proposed Class Period,

---

[32]    *See*, *e.g.*, Estée Lauder Form 10-K for FY 2021, p. F-81 ("Net sales are predominantly attributed to a country within a geographic region based on the location of the customer. The Company is domiciled in the United States. Net sales in the United States, including net sales from travel retail locations, in fiscal 2021, 2020 and 2019 were $3,356 million, $3,449 million and $4,295 million, respectively. Net sales in mainland China, including net sales from travel retail locations, in fiscal 2021, 2020 and 2019 were approximately 36%, 24% and 17% of consolidated net sales, respectively, and no other country represented greater than 10% of the Company's consolidated net sales.").

Estée Lauder disclosed the risks that underperformance (*e.g.*, if the Company fails to compete effectively) in key markets can materially and adversely affect the business. As China's importance to Estée Lauder as one of the company's largest and fastest-growing end markets increased, it explicitly identified China as a key market, or a country with a concentration of the Company's sales, sales growth or profitability in its Form 10-K starting in FY 2022. For example, Estée Lauder disclosed in its FY 2022 Form 10-K that:

> Our inability to continue to compete effectively in key countries around the world (**e.g., China**) could have a material adverse effect on our business.[33]
>
> In addition, from time to time, **sales growth or profitability may be concentrated** in a relatively small number of our brands, channels **or countries** (**e.g., China**). If such a situation persists or one or more brands, channels or **countries fails to perform as expected**, there could be a material adverse effect on our business.[34]
>
> Our global operations are subject to many risks and uncertainties, including … **concentration of sales growth or profitability in one or more countries (e.g., China)** … [t]hese risks could have a material adverse effect on our business.[35]

> b. Estée Lauder Disclosed the Significant Investments It Made to Support Its Expansion and Growth Strategies in China, and the Related Risks

39.     In earnings calls and press releases published before and during the Proposed Class Period, Estée Lauder highlighted its commitment to the long-term growth and expansion strategy in China and discussed the significant investments made in China/Asia to support such a strategy. For example, at its Q4 FY 2022 earnings call on August 18, 2022, the Company stated that "[w]e are confident in the long-term growth opportunity in Mainland China, evidenced by our expansion into almost 100 new doors and 3 additional cities in fiscal year 2022 as well as our introduction

---

[33]    Estée Lauder Form 10-K for FY 2022, p. 18. Emphasis added.

[34]    Estée Lauder Form 10-K for FY 2022, p. 19. Emphasis added.

[35]    Estée Lauder Form 10-K for FY 2022, p. 21. Emphasis added.

16

of Aveda last month."[36] The management continued on to state that, "[f]iscal 2023 is set to be a monumental year for us as our Shanghai innovation lab opens, advancing our ambition to best create for the Chinese consumers."[37]

40.    As another example, Estée Lauder management discussed its investments in China's manufacturing and distribution capacity during its Q4 2023 Earnings Call on August 18, 2023, stating that "[w]e made significant long-term investment in the market across fiscal year 2023[,] [b]eyond the opening of the China Innovation Lab in Shanghai and a new distribution center in Guangzhou."[38] Fabrizio Freda, president and CEO of Estée Lauder stated that "[the company's] investment in the Estée Lauder Companies China Innovation Labs is a testament to our long-term commitment to inventing the future of beauty in China, for China and for the world" and that "the center will focus on innovation that is tailored for the needs and desires of Chinese consumers."[39]  Estée Lauder also announced in 2023 that it opened its first manufacturing plant and engineering innovation center in Japan to "manufacture products closer to our Asian consumers to further support and drive business in that region."[40]

---

[36]    FY 2022 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2022.

[37]    FY 2022 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2022.

[38]    FY 2023 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2023. *See also* "Built to Model Sustainability and Well-Being," *Estée Lauder Companies*, November 1, 2023, available at https://www.elcompanies.com/en/news-and-media/newsroom/company-features/2023/behind-the-scenes-of-elc-global-facilities ("In Shanghai, our new China Innovation Labs significantly expand our 18-year R&D presence in the country. It is the first ELC facility outside of the United States to have end-to-end innovation in one location, including research, ideation, insights, clinical, sensory and performance testing, formulation, packaging, and engineering.").

[39]    Qi, He, "Estée Lauder Companies to focus on Chinese consumers more," *China Daily*, December 17, 2022, available at https://investinchina.chinadaily.com.cn/s/202212/17/WS647fead3498ea274927bd97b/estee-lauder-companies-to-focus-on-chinese-consumers-more.html.

[40]    "Climate Transition Plan," *Estée Lauder Companies*, 2023, p. 19, available at https://media.elcompanies.com/files/e/estee-lauder-companies/global/our-commitments/2023-si-s-report/elc-climate-transition-plan-23.pdf ("In fiscal 2023, we opened our first Asia-Pacific-based manufacturing plant and engineering innovation center in Japan… this facility is strategically positioned to manufacture products closer to our Asian consumers to further support and drive business in that region.").

17

41.     As shown in **Appendix C,** Estée Lauder repeatedly disclosed before, during, and after the Proposed Class Period that to achieve its long-term strategy, the Company had to make investments in certain geographic markets. Further, the Company cautioned that a failure to realize the anticipated benefits of such investments may adversely affect its business. In particular, starting in FY 2022, Estée Lauder explicitly identified China as one such market that required investment in its Form 10-K. For example, Estée Lauder disclosed in its FY 2022 Form 10-K that:

> Achieving our long-term strategy will require investment in new capabilities, brands, categories, distribution channels, supply chain facilities, technologies and **emerging and more mature geographic markets (e.g., China)**. These investments may result in short-term costs without any current sales and, therefore, may be dilutive to our earnings. In addition, we may dispose of or discontinue select brands or streamline operations and incur costs or restructuring and other charges in doing so. Although we believe that our strategy will lead to long-term growth in sales and profitability, we may not realize the anticipated benefits. **The failure to realize benefits, which may be due to** our inability to execute plans**, global or local economic conditions**, competition, changes in the beauty industry and the other risks described herein, could have a material adverse effect on our business.[41]

> 2.     *Estée Lauder's China-Focused Strategy and Related Risks Were Well Understood by Investors Before and During the Proposed Class Period*

42.     Estée Lauder's investments in China were widely covered in the trade press, including investments in the Innovation Center in Shanghai [42] (an investment of over $35

---

[41]    Estée Lauder Form 10-K for FY 2022, p. 19. Emphasis added.

[42]    Qi, He, "Estée Lauder Companies to focus on Chinese consumers more," *China Daily*, December 17, 2022, available at https://investinchina.chinadaily.com.cn/s/202212/17/WS647fead3498ea274927bd97b/estee-lauder-companies-to-focus-on-chinese-consumers-more.html ("The Estée Lauder Companies Inc. unveiled its China Innovation Labs in Shanghai on Thursday, aiming to focus on the Chinese consumers more….As a state-of-the-art research and development facility, the 12,000-square-meter center will enable the Estée Lauder Companies to evaluate and prototype skincare, makeup, fragrance, hair care products and new trends.").

million[43]), the second distribution center in Guangzhou, China[44] and the new manufacturing facility and engineering innovation center in Japan (designed to better serve Asian consumers including from China).[45] In addition, news articles discussed that Estée Lauder expanded its offline footprint in several fast-growing cities in China.[46] As of November 2021, the Company had an offline presence in 145 Chinese cities.[47] Further, effective February 2022, Estée Lauder appointed a new President and CEO of China and changed reporting lines so that the new President and CEO of China reported directly to Estée Lauder's head of International, Peter Jueptner.[48] This change was viewed by market participants as reflecting China's "elevated"

[43]    "雅诗兰黛全球创新研发中心落户闵行: 总投资额超 3500 万美元 2022 年投入使用" ["Estée Lauder Establishes Global Innovation R&D Center in Minhang: Total Investment Exceeds $35 Million, Operational by 2022"], 新浪新闻 [*Sina News*], November 8, 2020, available at https://news.sina.cn/2020-11-08/detail-iiznctke0259613.d.html ("The Estée Lauder Global R&D Center, with a total investment exceeding $35 million, will soon commence construction and is expected to become operational in the first quarter of 2022. Upon completion, it will house more than 200 R&D professionals.").

[44]    Lim, Amanda, "Recovery Plan: Estée Lauder outlines six-month strategy to recoup market share loss in China," *Cosmetic Design Asia*, August 24, 2022, available at https://www.cosmeticsdesign-asia.com/Article/2022/08/24/estee-lauder-outlines-six-month-strategy-to-recoup-market-share-loss-in-china/ ("[T]o alleviate the risk of disruption to its distribution, [Estée Lauder] will be expanding its distribution locations. In August, it opened a new distribution centre in Guangzhou.").

[45]    "The Estee Lauder Companies moves to local production with Tokyo plant," *Global Cosmetics News*, December 15, 2020, available at https://www.globalcosmeticsnews.com/the-estee-lauder-companies-moves-to-local-production-with-tokyo-plant.

According to a 2025 Fortune report, Estée Lauder invested 1 billion dollars in this manufacturing facility in 2018. Wahba, Phil, "Estée Lauder has lost $100 billion in value in the past three years. How a big bet on China dragged down a luxury legend," *Fortune*, February 3, 2025, available at https://fortune.com/2025/02/03/estee-lauder-stock-losses-china-luxury-beauty-ceo-succession/ ("Estée Lauder invested $1 billion in 2018 to set up a manufacturing facility in Japan so it could more quickly serve Chinese consumers.").

[46]    Birch, Kate, "Estee Lauder deepens commitment to China, creates CEO role," *Business Chief*, November 21, 2021, available at https://businesschief.asia/videos/estee-lauder-deepens-commitment-china-creates-ceo-role.

[47]    Birch, Kate, "Estee Lauder deepens commitment to China, creates CEO role," *Business Chief*, November 21, 2021, available at https://businesschief.asia/videos/estee-lauder-deepens-commitment-china-creates-ceo-role ("[Estée Lauder] has also entered more cities with its offline offerings, reaching 145 to date.").

[48]    Tan, Hannah, "The Estée Lauder Companies makes key leadership appointments; underscores China focus," *The Moodie Davitt Report*, November 23, 2021, available at https://moodiedavittreport.com/the-estee-lauder-companies-makes-key-leadership-appointments-underscores-china-focus/ ("[Effective February 2022,] Joy Fan is promoted to President and CEO of China. Mainland China, one of the most dynamic markets in global prestige beauty, is elevated in importance to report directly to the International team….Fan reports directly to Peter Jueptner in his new role as President International and remains a member of ELC's Executive Leadership Team.").

19

importance.[49]

43.      Commentary by equity analysts following Estée Lauder indicates that analysts were aware of the Company's significant investments in China to drive growth. For example, Bank of America analysts commented in an October 5, 2021 report that "**EL's […] years of investment** in China, e-commerce, and Travel Retail, **positions the company to benefit [… .] China opportunity**."[50] Similarly, J.P. Morgan analysts, in an August 19, 2022 report, discussed Estée Lauder's investments in its new R&D center in Shanghai and new manufacturing facility near Tokyo[51] and commented on future expansion opportunities for Estée Lauder in China, including "reinforcing strong brands as seen with EL's recent entry into the growing Chinese haircare market through the launch of Aveda in China" and "plans to double down on Tmall" and "additional opportunity to deploy more brands in JD.com."[52]

44.      Importantly, the risks related to Estée Lauder's focus on China and a potential slowdown in China's growth were acknowledged by analysts. For example, in November 2021, Morgan Stanley analysts cautioned against "China results slow[ing] with tariff/boycott risk" as among the key "risks to downside."[53] Likewise, Oppenheimer analysts, in their January 2022

---

[49]    Tan, Hannah, "The Estée Lauder Companies makes key leadership appointments; underscores China focus," *The Moodie Davitt Report*, November 23, 2021, available at https://moodiedavittreport.com/the-estee-lauder-companies-makes-key-leadership-appointments-underscores-china-focus/.

[50]    Spillane, Bryan D., "Beauty is a Beast: Reinstating Estee Lauder (EL) with a Buy, $3456 PO," *BofA Securities*, October 5, 2021, pp. 1-2. Emphasis added.

[51]    Teixeira, Andrea, "Model Update Post Q4: Recovery Pushed back to H223 But Consumer Demand Remains Solid," *J.P. Morgan*, August 19, 2022, p. 4 ("Recall that EL is opening a R&D center in Shanghai in FY23 to be closer to the end market and also opened a new distribution center in Guangzhou last week to reduce risk of disruptions from its main DC in Shanghai, in addition to a new manufacturing facility near Tokyo to reduce freight costs and improve its speed in the route to market.").

[52]    Teixeira, Andrea, "Model Update Post Q4: Recovery Pushed back to H223 But Consumer Demand Remains Solid," *J.P. Morgan*, August 19, 2022, p. 4.

[53]    Mohsenian, Dara, "Q1 Follow-Up: OW with Solid Momentum Ahead of the Peak Season," *Morgan Stanley*, November 3, 2021, p. 4.

report, also noted "China growth slowdown" as a downside risk.[54]

45.    Consistent with equity analysts' acknowledgement, Ms. Knopf, the head research analyst covering Estée Lauder at Edgewood, Lead Plaintiffs' investment manager, explicitly identified China as a market central to Estée Lauder's growth trajectory in a 2018 investment strategy call, stating that "A key part of [ELC's] growth story has been taking place [] through geographic expansion in emerging markets, particularly in China, Southeast Asia and the Middle East."[55] Ms. Knopf also discussed that Edgewood noted that "if there are bumps in the road with China in the next couple of quarters, it could provide us an opportunity to more fully build out our position."[56]

   3.    *Estée Lauder's China-Focused Strategy Was Similarly Pursued by Other Prestige Beauty Companies*

46.    Despite the risks, China was widely recognized by market participants as a huge potential market for luxury companies because of the emergence of young, aspirational middle class consumers.[57] As noted in a *Bain & Company* report, China was projected to become the

---

[54]    Parikh, Rupesh, "EL Well Positioned to Continue Navigating a Dynamic Beauty Backdrop; Maintain as a Top Pick," *Oppenheimer*, January 4, 2022, p. 2.

[55]    Knopf Deposition, 242:24-243:15, 246:16-247:5.

[56]    Knopf Deposition, 248:6-15.

[57]    Luan, Lan, Aimee Kim, and Daniel Zipser, "How young Chinese consumers are reshaping global luxury," *McKinsey & Company*, April 25, 2019, available at https://www.mckinsey.com/featured-insights/china/how-young-chinese-consumers-are-reshaping-global-luxury ("Set to be the engine of global spending on high-end shoes, bags, fashion, jewelry, and watches, China's affluent upper-middle class presents an enticing prospect for the world's designer brands. In fact, Chinese luxury spending is expected to double to 1.2 trillion renminbi by 2025, delivering 65 percent of growth in the market globally…. in Hong Kong,…the luxury segment remains robust, amid a continuation of a trend in premiumization that has seen sales of premium cars and prestige cosmetics, outperform the wider market."); Lannes, Bruno and Weiwei Xing "A Year of Contrasts for China's Growing Personal Luxury Market," *Bain & Company*, January 2022, available at https://www.bain.com/insights/a-year-of-contrasts-for-chinas-growing-personal-luxury-market/ ("Bain 2021 Report"), p. 2 ("[In 2021, China's] [l]uxury beauty spending increased about 20%. These estimates include Hainan duty-free sales…. We anticipate this growth [of mainland China's share of the global luxury market] to continue, putting the country on track to become the world's largest luxury goods market by 2025.").

world's largest market for luxury goods by 2025, "regardless of future international travel patterns."[58]

47.     According to *Euromonitor* data, the Chinese prestige beauty market experienced rapid growth from 2008 to 2021 and reached $33 billion in 2021 (*see* **Figure 2** below). The annual growth rate of China's prestige beauty and personal care market averaged 17 percent during the 10-year period before COVID.[59] In the three years before COVID, the growth in China's prestige beauty and personal care market accelerated (reaching a CAGR of 25-30%) due to "increased online distribution (e.g. Tmall), premiumization from the rising middle class, and brand access to T3+ cities through online channels."[60]

---

[58]     Bain 2021 Report, p. 2 ("[In 2021, China's] [l]uxury beauty spending increased about 20%. …. We anticipate this growth [of mainland China's share of the global luxury market] to continue, putting the country on track to become the world's largest luxury goods market by 2025.").

[59]     Helgans, Ashley, "Insight: A Deep Dive Into the China Beauty Market," *Jefferies,* September 17, 2023, p. 6.

[60]     Helgans, Ashley, "Insight: A Deep Dive Into the China Beauty Market," *Jefferies,* September 17, 2023, p. 6.

**Figure 2. Historical Growth in China Prestige Beauty Market, 2008-2021[61]**



48.     As shown in **Figure 3** below, Estée Lauder brand's share of the U.S. prestige skincare market dropped by approximately 50 percent from 2013 to 2022.[62,63] In contrast, Estée Lauder brand's share in China's prestige skincare market increased by approximately 40 percent over the same period (from approximately 7 percent in 2013-2016 to approximately 10 percent in 2020-2022).

---

[61]    Helgans, Ashley, "Insight: A Deep Dive Into the China Beauty Market," *Jefferies,* September 17, 2023, p. 7. Data after 2021 are not shown in this figure.

[62]    Helgans, Ashley, "Insight: A Deep Dive Into the China Beauty Market," *Jefferies,* September 17, 2023, p. 13.

[63]    Estée Lauder explained that this was largely due to its high dependence on department stores (that are losing customers) and despite its increased expansion through specialty chains such as Sephora and Ulta. Estée Lauder Form 10-K for FY 2022, p. 19 ("In certain key markets, such as the United States, we have seen a longer-term decline in retail traffic in our department store customers and in our freestanding stores."); FY 2021 Q4 Earnings Call Transcript, Estée Lauder, August 19, 2021("The addition of new retail accounts for some of our brands should provide broader access to new consumers, notably through Sephora at Kohl's and Ulta at Target in North America…").

**Figure 3. Estée Lauder Market Share**



49.    Estée Lauder was believed to have significant growth opportunities in China as of 2021. According to the State of Fashion 2021 Report co-published by *Business of Fashion* and *McKinsey*, "China's beauty market growth is expected to significantly outpace that of the US, Japan and Western Europe."[64] For example, color cosmetics was identified as a segment with significant room for further growth in China. According to *Euromonitor*, in 2021, per capita spend on color cosmetics was USD 53 in the U.S., compared to only USD 7 in China.[65] For Estée Lauder, nearly all of its ~30 brands were sold in the U.S. but only 15 were launched in China as of 2022,[66] indicating a considerable potential for additional brand introduction and market

---

[64]    *See* The State of Fashion 2021 Report, *Business of Fashion and McKinsey & Company*, p. 107.

[65]    "The Color Cosmetics Market Ushers in 'Critical Period'" *China Beauty Expo*, available at https://www.chinabeautyexpo.com/the-color-cosmetics-market-ushers-in-critical-period ("According to Euromonitor's data, the per capita consumption of color cosmetics products in China in 2021 was RMB 46.5, while it is RMB 344 in the United States, RMB 242 in South Korea, RMB 178 in Japan and RMB 117 in France, indicating a considerable potential for improvement."). Converted using an average exchange rate of 6.45 RMB/USD in 2021, reported by the Federal Reserve Bank of St. Louis. "Chinese Yuan Renminbi to U.S. Dollar Spot Exchange Rate," *Federal Reserve Bank of St. Louis*, available at https://fred.stlouisfed.org/series/DEXCHUS.

[66]    Scheuneman, Rebecca, "While Estee Lauder Is Affected by China's COVID-19 Restrictions, Disruption Should Be Short-Lived," *Morningstar*, May 18, 2022 ("Estee also has significant opportunity to expand its brands geographically. We think this opportunity is particularly pronounced in the context of its brand reach, as nearly all of its 30 brands are sold in the U.S., but only 15 have launched in China, 10 in India, and nine in Brazil."). *See also* Investor Day Transcript, Estée Lauder, March 6, 2019, p. 41, available at

penetration in China.

50.     Estée Lauder's China-focused strategy was not unique.[67] Recognizing the vast growth potential from emerging luxury consumers in China, other leading prestige beauty companies such as Shiseido[68] and L'Oréal[69] also focused on expanding in the Chinese market.

## C.     Risks Relating to the Significant Contribution of Travel Retail to Estée Lauder's Business Were Disclosed by the Company and Known to Investors

51.     Estée Lauder disclosed that its travel retail channel, particularly in Asia, was a significant contributor to its business and the related risks before, during, and after the Proposed Class Period. My review of analyst commentary indicates that the importance of Estée Lauder's travel retail business, its expansion in Hainan's duty-free sector, and the related risks were well

---

https://media.elcompanies.com/files/e/estee-lauder-companies/global/investors/events-and-presentations/2019/elc-investor-day-march-2019-transcript.pdf ("Among the 30 aspirational brands globally, only 15 have been launched in China.").

[67]     Danziger, Pamela N., "Luxury Brands Are Betting Their Future On China, But It May Be A Risky Gamble," *Forbes*, April 18, 2021, available at https://www.forbes.com/sites/pamdanziger/2021/04/18/luxury-brands-are-betting-their-future-on-china-but-it-may-be-a-risky-gamble/.

[68]     "Shiseido Develops Medium-to-Long-Term Strategy 'WIN 2023 and Beyond'," Shiseido, February 2021, available at https://corp.shiseido.com/en/newsimg/3086_r6i08_en.pdf ("Key Strategies […] 3) Accelerate growth in Asia, especially China.").

Consistent with this strategy, the company opened its China Innovation Center in October 2021. Corporate Strategies and 2022 Results, Shiseido, available at https://corp.shiseido.com/report/en/2022/strategy/results/ ("At the same time, we made progress on strengthening our R&D activities. We built the Shiseido Global Innovation Center in Yokohama (opened in April 2019 and commonly referred to as S/PARK) and the Shiseido China Innovation Center (operating since October 2021) located in Shanghai Fengxian District in the Oriental Beauty Valley, a health and beauty industry-focused economic district.").

[69]     "2020 Annual Report," L'Oréal, 2020, available at https://www.loreal.com/-/media/project/loreal/brand-sites/corp/master/lcorp/documents-media/publications/annual-reports/loreal2020annualreport.pdf, p. 5 ("Against this backdrop, [Deputy CEO of Divisions, Nicolas Hieronimus's] three regional priorities will be: pursuing the Chinese momentum; boosting growth in the USA; and accelerating in emerging markets, where rapid digitalisation and the rise of e-commerce will give us easier access to this pool of consumers who are keen to obtain the best beauty products."); Franklin J. Chu, Azoya, "Prestige Beauty is China's Next Growth Engine," *Global Cosmetics Industry*, May 5, 2022, available at https://www.gcimagazine.com/consumers-markets/article/22197863/prestige-beauty-is-chinas-next-growth-engine (" [I]n L'Oréal's 2021 annual report, its luxe skin care division gained impressive success in China with premium skin care brands Lancôme Absolue and Helena Rubinstein. … The French cosmetics conglomerate attributes the surge in luxury perfume to rising appreciation among Chinese customers. L'Oréal Group predicts that this trend will continue to expand by double digits in the following years.")

understood by investors. Despite the risks, Estée Lauder's Hainan expansion strategy was similarly pursued by several other prestige beauty companies.

1.    *Estée Lauder Disclosed that Travel Retail Was a Significant Contributor to Its Business and Discussed the Related Risks*

52.    Before the start of the Proposed Class Period, Estée Lauder disclosed that its growth in travel retail business in 2021 was primarily driven by sales in Hainan and Korea. For example, in the Company's earnings release for Q4 and FY 2021 dated August 19, 2021, Estée Lauder disclosed that its global travel retail sales increased year-over-year because "growth in Asia/Pacific driven by China domestic travel, **especially in Hainan, and Korea**" more than offset the declines in other regions that experienced reduced travel during the pandemic.[70] A month later, at a September 10, 2021 investor call, Ms. Tracey Thomas Travis (then CFO & Executive VP of Estée Lauder) similarly commented that "[w]e've had terrific growth out of our China and Asia region, but in particular China, and **terrific growth in certain pockets of travel retail, China as well as in Korea**, and the rest of the regions have been quite challenged."[71]

53.    Further, as shown in **Table 2** below, Estée Lauder disclosed its net sales to its largest customer in FY 2019–2022, FY 2023 Q1–Q3 and FY 2024 Q3, which sells products primarily in China travel retail.[72] During the FYs or quarters in which Estée Lauder's net sales to this customer were reported, such sales accounted for 4 to 14 percent of Estée Lauder's total net

---

[70]    "The Estée Lauder Companies Reports Outstanding Fiscal 2021 Results," Estée Lauder, August 19, 2021, available at https://www.elcompanies.com/en-gb/news-and-media/newsroom/press-releases/2021/08-19-2021-114519346 ("**Net sales from the Company's global travel retail business increased year-over-year** despite the curtailment of international passenger traffic in Europe, the Middle East & Africa and The Americas. **This was more than offset by growth in Asia/Pacific driven by China domestic travel, especially in Hainan, and Korea).** Emphasis added.

[71]    "The Estée Lauder Companies, Inc. Barclays Global Consumer Staples Conference," Estée Lauder, September 10, 2021. Emphasis added.

[72]    According to the Amended Complaint, this largest customer was China Duty Free Group. Amended Complaint, ¶ 2.

sales in the respective FY or quarter.

**Table 2. Estée Lauder's Net Sales to Its Largest Customer (a Chinese Travel Retail Company)**

| Fiscal Year/Quarter[1] | Period Ending | Filing Date | Estée Lauder's Net Sales to Its Largest Customer in China Travel Retail[2] | |
|---|---|---|---|---|
| | | | % of Total [A] | $ in millions [B] |
| 2019 | June 30, 2019 | August 23, 2019 | 5% | $694 |
| 2020 | June 30, 2020 | August 28, 2020 | 7% | $1,031 |
| 2021 | June 30, 2021 | August 27, 2021 | 14% | $2,278 |
| 2022 | June 30, 2022 | August 24, 2022 | 13% | $2,232 |
| FY 2023 Q1 | September 30, 2022 | November 2, 2022 | 11% | $413 |
| FY 2023 Q2[3] | December 31, 2022 | February 2, 2023 | 7% | $309 |
| FY 2023 Q3[4] | March 31, 2023 | May 3, 2023 | 4% | $165 |
| FY 2024 Q3[5] | March 31, 2024 | May 1, 2024 | 10% | $395 |

**Notes:**
[1] Estée Lauder's fiscal year ends on June 30. For example, Fiscal Year 2019 runs from July 1, 2018 to June 30, 2019.
[2] In FY 2021 and FY 2022 Estée Lauder disclosed, "[o]ur largest customer ... sells products primarily in China travel retail." Estée Lauder's Net Sales to Its Largest Customer in China Travel Retail are as reported in Estée Lauder's form 10-K for FYs 2021 and 2022.
[3] Estée Lauder did not report the percentage of its net sales to its largest customer in China travel retail in its FY 2023 Form 10-K. However, they reported the percentage of net sales to its largest customer in China travel retail in its Forms 10-Q for FY 2023 Q1 and Q3. Consolidated Net Sales to the largest customer for FY 2023 Q2 is calculated by subtracting Estée Lauder's net sales to this customer in FY 2023 Q1 and Q3 and sales from Estée Lauder's net sales to this customer during the months from FY 2023 Q1-Q3: $309 = $887 (FY 2023 Cumulative Sales as of Q3 to Largest Customer) - $165 (FY 2023 Q3 Sales to Largest Customer) - $413 (FY 2023 Q1 Sales to Largest Customer). % of Total is calculated as the derived Net Sales divided by the reported FY 2023 Q2 Net Sales: 7% = $309/ $4,620 (FY 2023 Q2)). **Source:** Estée Lauder form 10-Q, FY 2024 Q3 at 7.
[4] FY 2023 Q3 values are as reported in Estée Lauder's form 10-Q for FY 2024 Q3. **Source:** Estée Lauder Form 10-Q, FY 2024 Q3 at 7.
[5] While Estée Lauder disclosed that its largest customer in FY 2024 was in China Travel Retail, it did not report the annual net sales or the percentage of its net sales attributable to this customer in its 2024 10-K.

**Sources:**
Estée Lauder Form 10-Ks for FYs 2019–2024; Estée Lauder Form 10-Qs, FY 2024.

54.     As shown in **Appendix C**, between FY 2019 and FY 2024, Estée Lauder repeatedly disclosed that its travel retail business was a "significant contributor to [its] overall results" and warned that this channel was sensitive to consumers' willingness or ability to travel. For example, Estée Lauder disclosed in its FY 2022 Form 10-K that:

> Events that impact consumers' willingness or ability to travel or purchase our products while traveling may impact our business, including travel

27

retail, a significant contributor to our overall results, and our strategy to market and sell products to international travelers at their destinations.[73]

55.    In addition, Estée Lauder cautioned that its dependence on certain channels and large customers could expose it to increased risks (*e.g.*, when such retailers/customers change their strategies). For example, Estée Lauder disclosed in its FY 2022 Form 10-K that:

> In addition, from time to time, **sales growth or profitability may be concentrated in a relatively small number of** our brands, **channels** or countries (e.g., China). If such a situation persists or one or more brands, channels or countries fails to perform as expected, there could be a material adverse effect on our business.[74]
>
> A severe, adverse impact on the business operations of our customers could have a corresponding material adverse effect on us. **If one or more of our largest customers change their strategies (including pricing or promotional activities), enter bankruptcy (or similar proceedings) or if our relationship with any large customer is changed or terminated for any reason, there could be a material adverse effect on our business.**[75]

56.    As shown in **Appendix C,** similar risk disclosures about Estée Lauder's dependence on certain channels and largest customers were made in each Form 10-K Estée Lauder filed between FY 2020 and FY 2024.

57.    In addition, in earnings calls and press releases published before and during the Proposed Class Period, Estée Lauder also highlighted travel retail's growth during COVID-19, its significant contribution to the company's business and the company's expanded investment in travel retail. For example, in its Q4 2021 earnings call on August 19, 2021, Estée Lauder discussed that:

---

[73]    Estée Lauder Form 10-K for FY 2021, p. 20; Estée Lauder Form 10-K for FY 2022, p. 20.

[74]    Estée Lauder Form 10-K for FY 2022, p. 19. Emphasis added.

[75]    Estée Lauder Form 10-K for FY 2022, p. 19. Emphasis added.

Despite the continued curtailment of international travel, our business in the travel retail channel grew, ending fiscal 2021 at 29% of sales.[76]

With international travel largely curtailed, we expanded our investment in the dynamic travel retail development of Hainan [island] to serve the Chinese consumers in the best possible way, given the island['s] tremendous traffic growth and higher duty-free purchase limits.[77]

58.     Similarly, in its June 7, 2022 press release, Estée Lauder discussed that:

Accounting for 28% of ELC's sales in fiscal year 2021, Travel Retail is uniquely positioned to win in this high growth environment with the company's recent investment to expand its distribution network to meet the demands of the traveling consumer population.[78]

>    2.     *The importance of Estée Lauder's Travel Retail Chanel, the Company's Expansion in Hainan, and the Related Risks Were Well Understood by Investors Before and During the Proposed Class Period*

59.     Commentary by analysts following Estée Lauder indicates that the importance of Estée Lauder's travel retail channel (in Asia in particular) was well understood. For example, in a June 29, 2020 report, Atlantic Equities analysts commented that "Estée Lauder has enjoyed elevated growth levels over the past few years following **the company's successful pivot to focus on providing prestige beauty products to Asian consumers, predominantly in the Travel Retail** and Online channels."[79] Equity analysts also discussed Estée Lauder's higher percentage

---

[76]    FY 2021 Q4 Earnings Call Transcript, Estée Lauder, August 19, 2021, p. 7. *See also* FY 2020 Q4 Earnings Call Transcript, August 20, 2020, p. 8 ("Travel Retail delivered a strong performance despite the sharp downturn in the second-half and grew high-single digits for the year, ending fiscal 2020 at 25% of sales."); FY 2022 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2022, pp. 6-7 ("Global travel retail, which is primarily reported in this region, declined in Asia due to the COVID restrictions in China … And **our business in travel retail also grew, ending fiscal 2022 at 27% of sales**."). Emphasis added.

[77]    FY 2021 Q4 Earnings Call Transcript, Estée Lauder, August 19, 2021, p. 4.

[78]    "The Estée Lauder Companies Strengthens Its Global Fulfillment Network with the Opening of a New, State-of-the-Art Galgenen Distribution Center Dedicated to the Travel Retail Channel," Estée Lauder, June 7, 2022, available at https://www.elcompanies.com/en/news-and-media/newsroom/press-releases/2022/06-07-2022-140048590.

[79]    Lewis, Edward, "Post COVID growth to support margin expansion," *Atlantic Equities*, June 29, 2020, p. 1. Emphasis added.

29

of its sales in travel retail relative to its peers. For example, a May 2023 Raymond James report discussed that Estee Lauder has "**travel retail accounting for 27% of the company's FY22 sales, significantly higher exposure vs peers**."[80] Moreover, commentary by analysts following Estée Lauder indicates that they were aware of risks related to Estée Lauder's travel business. For example, Societe Generale analysts commented on February 10, 2022 that "[a] slower than expected recovery in international passenger traffic following the COVID-19 pandemic, impacting the company's **key travel retail channel**" was one of the key downside risks for Estée Lauder.[81]

60.    Similarly, analysts following Estée Lauder discussed the importance of the Company's expansion in Hainan. For example, in a report dated February 9, 2022, Oppenheimer analysts commented that "we discussed many facets of the Chinese consumer, including the opportunities in local Mainland China markets, **the Hainan Corridor**, and the eventual return of international travel down the road. Meaningful opportunities remain to further grow the market, including category growth (makeup, skincare, fragrances), new distribution, brand additions, and **capitalizing on potentially significant growth in the Hainan Corridor**."[82]

61.    The potential risk of cannibalization associated with Estée Lauder's Hainan model (*i.e.*, the risk that expansion of sales in Hainan could be taking away the Company's existing revenue stream elsewhere, rather than generating incremental revenues) was also acknowledged by analysts following Estée Lauder. For example, Piper Sandler analysts commented that "given

---

[80]    Tong, Olivia, "A Step Back before Proceeding Forward," *Raymond James*, May 3, 2023. Emphasis added.

[81]    Nice, Victoria, "FY23e Sales Recovery Underestimated, But Future Cash Flow Less Valuable," *Societe Generale*, February 10, 2022, p. 11. Emphasis added.

[82]    Parikh, Rupesh, "Thoughts Following Dinner with EL Management," *Oppenheimer*, February 9, 2022, p. 3. Emphasis added.

the growing middle class and EL's ability to serve the Chinese consumer wherever they buy, and with still a pretty low percentage of Chinese consumers having a passport, we don't see a rebound of travel retail as a big cannibalization risk[.]"[83]

### 3. Estée Lauder's Expansion Strategy in Hainan Was Similarly Pursued by Other Prestige Beauty Companies

62.     Despite the risks, Estée Lauder's expansion strategy in Hainan's duty-free sector was similarly pursued by several other prestige beauty companies at the time.

63.     Historically, a large share of Chinese luxury spending occurred overseas. A 2019 *Bain* report notes that, in 2018, only 27 percent of Chinese luxury purchases were made in mainland China and the remaining 73 percent were made overseas.[84] With international travel suspended during the COVID-19 pandemic, Hainan's duty-free stores became a domestic substitute, fueling a surge in sales. According to *KPMG*, "[i]n light of ongoing travel restrictions due to the COVID-19 pandemic, many Chinese travelers and consumers are focusing on Hainan as their attention has shifted to the domestic market."[85]

64.     This shift was further catalyzed by Hainan's success in remaining COVID-free in the early stages of the pandemic[86] and by a wave of supportive government policies and stimulus

---

[83]     Wolfmeyer, Korinne, "Solid FQ2; Compelling Long-Term Outlook Makes This a Name to Own in Beauty," *Piper Sandler*, February 3, 2022, p. 2.

[84]     "What's Powering China's Market for Luxury Goods?" *Bain & Company*, 2019, p. 1, available at https://www.bain.com/insights/whats-powering-chinas-market-for-luxury-goods/.

[85]     "2022 Hainan Travel Retail Market Whitepaper," *KPMG and The Moodie Davitt Report*, July 2022, p. 1.

[86]     "Travel Retail Market in Hainan FTP – Towards a Golden Future," *KPMG and The Moodie Davitt Report*, May 2021, p. 8 ("By remaining COVID-free from April [2020], Hainan [Free Trade Port] grew in allure to mainlanders, an attraction underscored by the announcement in late June of a sweeping enhancement of the policy and other key stimulus measures."); "2023 Hainan Travel Retail Market Whitepaper," *KPMG and The Moodie Davitt Report*, April 2023 ("Despite a COVID-driven slowdown in late 2022, when stores in Sanya were closed for several weeks and those in Haikou were also affected, the market has rebounded strongly in early 2023 following the lifting of COVID-related travel constraints and central government's successful handling of the crisis.")

measures, which included the tripling of annual duty-free allowance from RMB 30K (approximately USD 4,215) to RMB 100K (approximately USD 14,050), and the expansion of duty-free shopping categories from 38 to 45 on July 1, 2020.[87] As a result, duty-free sales on the island grew by 33% year-over-year in 2019, 126% in 2020, [88] and 84% in 2021.[89]

65.     Estée Lauder's expansion in Hainan was not unique. Market participants recognized that Hainan provided a luxurious retail experience that attracted many first-time Chinese luxury consumers. In the meantime, it provided a cost-effective way for luxury brands (including prestige beauty brands) to acquire new customers—an important advantage given the typically high customer acquisition costs for beauty brands.[90]

---

[87]    Moodie, Martin, "Global exclusive: July 1 breakthrough as Hainan extends offshore duty free categories from 38 to 45; liquor to be included; Allowance increased to RMB100,000," *The Moodie Davitt Report*, June 29, 2020, available at https://moodiedavittreport.com/global-exclusive-july-1-breakthrough-as-hainan-extends-offshore-duty-free-categories-from-38-to-45-liquor-to-be-included-allowance-increased-to-rmb100000/ ("From 1 July, the annual offshore duty free allowance for shoppers visiting Hainan will be raised from RMB30,000 (US$4,215 at current exchange rate) to RMB100,000 (US$14,050) as part of sweeping government plans to stimulate consumption, tourism and pave the way for the creation of Hainan Free Trade Port. … The range of duty free categories is being expanded from 38 to 45[.]")

Later in February 2021, Hainan further enhanced the duty-free shopping policy by allowing travelers the option to have their duty-free purchases delivered directly to their residence, rather than requiring them to carry the goods themselves. "关于增加海南离岛旅客免税购物提货方式的公告" ["Announcement on Additional Duty-Free Shopping Pickup Options for Departing Hainan Passengers"], 财政部 海关总署 税务总局公告 2021 年第 2 号 [*Announcement No. 2 [2021] by the Ministry of Finance, General Administration of Customs, Ministry of Finance, and State Taxation Administration*], February 2, 2021, https://www.gov.cn/zhengce/zhengceku/2021-02/03/content_5584505.htm ("Departing passengers may present valid identification and departure information to purchase duty-free goods at designated stores (including approved online platforms). In addition to picking up goods at designated airports, railway stations, or port areas, they may opt for postal delivery.").

[88]    Yan, Jonathan and Laurent Doucet, "The Hainan Travel Retail Opportunity: How Can Brands Capitalize On Hainan's Travel Retail Boom?," *Roland Berger*, January 2022, p. 7, available at https://www.rolandberger.com/publications/publication_pdf/RB_PUB_Sanya_20220126.pdf. Emphasis added.

[89]    "2022 Hainan Travel Retail Market Whitepaper," *KPMG and The Moodie Davitt Report*, July 2022, pp. 1, 9.

[90]    Kim, Aimee, Alex Sawaya, and Michael Straub, "Hainan's $40 billion prize: The new battleground for global luxury," *McKinsey & Company*, July 2021, p. 5, available at https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury. This model has been successful at driving immense volumes through ultra-efficient sales aimed at price sensitive, high-volume buyers."); Yeung, Cherry, "Hainan's Free Trade Port: Duty-Free Supplier Opportunities," *Hong Kong Trade Development Council*, May 20, 2024, available at https://research.hktdc.com/en/article/MTY5NjE3MzU3Mg ("Riding on its rich tourism resources and huge duty-free market, Hainan provides a favourable environment for the comprehensive development of brands

66.    Market participants expected strong future growth in Hainan. According to a *Roland Berger* report published in January 2022, duty-free sales in Hainan were expected to continue to grow at a CAGR of 46% until 2025 and to reach RMB 200 billion in 2025 (approximately USD 31 billion[91]) (*see* **Figure 4** below).[92] According to a *McKinsey* report published in July 2021, Hainan was expected to play "an increasingly significant role in capturing Chinese luxury spending" even after international travel restrictions were lifted.[93]

---

from all over the world….[Companies can] display and sell products to tourists from different parts of China, thereby raising brand awareness and expanding domestic sales opportunities in Hainan and other Chinese regions.").

[91]    Converted using an average exchange rate of 6.36 RMB/USD in January 2022, reported by the Federal Reserve Bank of St. Louis. "Chinese Yuan Renminbi to U.S. Dollar Spot Exchange Rate," *Federal Reserve Bank of St. Louis*, available at https://fred.stlouisfed.org/series/DEXCHUS.

[92]    Yan, Jonathan and Laurent Doucet, "The Hainan Travel Retail Opportunity: How Can Brands Capitalize On Hainan's Travel Retail Boom?," *Roland Berger*, January 2022, p. 5, available at https://www.rolandberger.com/publications/publication_pdf/RB_PUB_Sanya_20220126.pdf.

[93]    Kim, Aimee, Alex Sawaya, and Michael Straub, "Hainan's $40 billion prize: The new battleground for global luxury," *McKinsey & Company*, July 2021, p. 3, available at https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury ("Even after Chinese borders start reopening to leisure travel, Hainan is likely to play an increasingly significant role in capturing Chinese luxury spending. In fact, in a McKinsey survey of 550 Hainan duty free shoppers conducted in June 2021, more than 60 percent of respondents indicated they would return to Hainan for duty free shopping even after international travel resumes. Moreover, an impressive 95 percent of recent travelers have taken advantage of the new rules allowing for online post-travel duty free purchases or are looking to do so in future. Of those planning to return to Hainan, more than 40 percent seek to increase their spend next time, compared with only 12 percent who are looking to spend less.").

**Figure 4. Growth in Hainan Duty Free Sales[94]**



67.    Numerous luxury brands opened stores in Hainan's duty-free shopping malls. According to a *Forbes* article, in October 2022, the state-owned[95] China Duty Free Group opened the largest duty-free mall in the world in Haikou, Hainan's capital, which attracted "[m]ore than 800 well-known international and domestic brands."[96] Beauty counters alone occupied "a huge 323,000 square feet of space on a single floor."[97] Inside this mega mall, L'Oréal opened 19 new

---

[94]  Yan, Jonathan and Laurent Doucet, "The Hainan Travel Retail Opportunity: How Can Brands Capitalize On Hainan's Travel Retail Boom?," *Roland Berger*, January 2022, p. 5, available at https://www.rolandberger.com/publications/publication_pdf/RB_PUB_Sanya_20220126.pdf.

[95]  "CTG Duty-Free Awarded Title of Model State-owned Enterprise in Corporate Governance by SASAC," *Strategic Investment and Enterprise Management Department, CTG Duty-Free*, February 23, 2022, available at https://www.ctg.cn/en/article/15987 ("Recently, the State-owned Assets Supervision and Administration Commission (SASAC) of the State Council released the list of Model State-Owned Enterprises in Corporate Governance, among which China Duty Free under the Group is listed."); "Partner profile, cdf," *The Moodie Davitt Report*, available at https://ezine.moodiedavittreport.com/trinity-forum-2022-workbook/partner-profile-china-duty-free-group ("China Duty Free Group Co. (CDFG) was established in 1984. It is a state-owned franchise company authorised by the State Council to carry out duty free business nationwide.").

[96]  Rozario, Kevin, "Hainan Has Another Duty-Free Mall—It Is The Biggest In The World," *Forbes*, October 29, 2022, available at https://www.forbes.com/sites/kevinrozario/2022/10/29/hainan-has-another-duty-free-mall-it-is-the-biggest-in-the-world/ ("More than 800 well-known international and domestic brands are showcased … and some tagged as exclusive to CDF. … Among the luxury line-up are: Alexander McQueen, Balenciaga, Bottega Veneta, Burberry, Moncler, Prada, and YSL. More niche international luxury names coming to cdf Haikou International include: Ami Paris, Christian Louboutin, Maison Margiela and Thom Browne.").

[97]  Rozario, Kevin, "Hainan Has Another Duty-Free Mall—It Is The Biggest In The World," *Forbes*, October 29, 2022, available at https://www.forbes.com/sites/kevinrozario/2022/10/29/hainan-has-another-duty-free-mall-it-is-the-biggest-in-the-world/ ("Beauty has been handed a huge 323,000 square feet of space on a single floor.").

boutiques for various brands within its portfolio;[98] Shiseido opened six new boutiques;[99] and Estée Lauder opened its largest travel retail flagship in partnership with China Duty Free Group.[100]

> **D.  The Risks of Potential Regulatory Changes Were Disclosed by the Company and Known to Investors**

68.  Estée Lauder repeatedly disclosed before, during, and after the Proposed Class Period that its business was subject to "numerous laws, regulations, and policies around the world." Estée Lauder disclosed that changes in these laws, regulations, and policies, including those related to "distribution," "customs matter," and "restrictions on trade" could adversely affect its business. For example, Estée Lauder disclosed in its FY 2022 Form 10-K that:

> **Our business is subject to numerous laws, regulations and policies around the world. Changes in these laws, regulations and policies, including the interpretation or enforcement thereof, that affect our business could adversely affect our financial results**. **These changes include** accounting standards, as well as laws and regulations relating to tax matters, trade (including sanctions), data privacy (e.g., General Data Protection Regulation (GDPR)), cybersecurity, anti-corruption, advertising, marketing, manufacturing**, distribution, customs matters**, product registration, ingredients, chemicals, packaging, selective distribution, and environmental or climate change matters.[101]

> As we operate in various locations around the world, our operations are subject to governmental scrutiny and may be adversely impacted by the results of such scrutiny. **The regulatory environment with regard to our business is evolving**, and officials often exercise broad discretion in deciding how to interpret and apply applicable regulations.[102]

---

[98]    Bartle, Faye, "L'Oréal Groupe opens 19 new boutiques at China's duty free mega mall," *TR Business,* December 14, 2022, available at https://www.trbusiness.com/regional-news/asia-pacific/loreal-groupe-launches-19-new-boutiques-at-chinas-duty-free-mega-mall/227661.

[99]    Hobson, Jane, "Shiseido Travel Retail opens series of boutiques with CDFG," *Global Travel Retail Magazine,* November 29, 2022, available at https://www.gtrmag.com/blog/shiseido-travel-retail-opens-series-of-boutiques-with-cdfg.

[100]    Tan, Hannah, "On location: Estée Lauder unveils largest travel retail flagship in cdf Haikou," *Moodie Davitt*, December 13, 2022, available at https://moodiedavittreport.com/on-location-estee-lauder-unveils-largest-travel-retail-flagship-in-cdf-haikou.

[101]    Estée Lauder Form 10-K for FY 2022, p. 22. Emphasis added.

[102]    Estée Lauder Form 10-K for FY 2022, p. 22. Emphasis added.

**Our global operations are subject to many risks and uncertainties, including**: (i) fluctuations in foreign currency exchange rates and the relative costs of operating in different places, which can affect our results of operations … and the relative prices at which we sell our products in different markets; (ii) **foreign or U.S. laws, regulations and policies, including restrictions on trade, immigration and travel**, operations, and investments; currency exchange controls; restrictions on imports and exports, including license requirements; tariffs; sanctions; and taxes **… [t]hese risks could have a material adverse effect on our business.**[103]

69.    Risks related to potential regulatory changes were acknowledged by analysts following Estée Lauder and Estée Lauder's investors. For example, UBS analysts identified "material changes in …[g]overnment regulation with respect to commerce and/or taxation in general" as one of the risks to its price target in a report dated May 2, 2022.[104] In addition, Ms. Knopf, the head research analyst covering Estée Lauder at Edgewood, Lead Plaintiffs' investment manager, testified that "[changes] in government regulations" was a typical risk factor "associated with any investment."[105]

## IV.    THE PREVALENCE OF DAIGOU IN ESTÉE LAUDER'S TRAVEL RETAIL BUSINESS AND RISK OF CHANGES IN DAIGOU-RELATED POLICIES OR ENFORCEMENT WERE WELL KNOWN TO INVESTORS

70.    In **Section IV.A**, I discuss that, based on my review of the trade press, consulting reports, industry reports, and analyst commentary, investors were well aware of daigou activities in travel retail, and understood the prevalence of sales to daigou operators in Estée Lauder's Asian

---

[103]    Estée Lauder Form 10-K for FY 2022, p. 21. Emphasis added.

[104]    Grom, Peter, "Scouting Report: What To Expect From EL's FQ3," *UBS*, May 2, 2022, p. 4. *See also* Ottenstein, Robert, "Q2 Sales In-Line. Impressive EPS Beat Moves Up F22 Consensus," *Evercore*, February 2, 2022, p. 4 ("[Risks include] … government regulation with respect to commerce or taxation.").

[105]    Knopf Deposition, 236:13-19, 238:6-14 ("Q. Right. And you were correct that there was a risk associated with any major macroeconomic event or industry slowdown, correct? A. Yes, that is typically a risk associated with any investment… Q. Within this risk you're talking about here—when you say, Risk associated with any major macroeconomic event or industry slowdown, when you're talking about an industry slowdown and prestige cosmetics that could include government - - changing in government regulations, correct? … A. Yes.").

travel retail business before and during the Proposed Class Period. In contrast to my research and analysis as discussed below, Dr. Cain did not conduct any analysis to examine investors' knowledge of daigou before or during the Proposed Class Period. He testified that whether daigou was a known practice that came with doing business in China and Korea was "not a consideration that [he had] formed one way or another."[106] He further testified that "[o]utside of the complaint, [he] did not review analyst reports to try to assess" whether analysts or other industry publications recognized the extent of daigou sales in the China luxury good market during the relevant period.[107] He also testified that he did not "attempt[] to research into" the size of the daigou market as discussed by analysts or news outlets.[108] In addition, while Dr. Cain identified a total of 556 analyst reports covering Estée Lauder published during the Proposed Class Period, he testified that he did not review a single one.  He explained that his use of analyst reports was limited to counting the number of analyst reports covering Estée Lauder and that he "did not review the substance or content of [the analyst] reports."[109]

71.    In **Section IV.B**, I discuss that, based on my review of the trade press, consulting reports, industry reports, and analyst commentary, investors understood that daigou-related policy and enforcement were subject to changes, and that such changes could impact Estée Lauder's travel retail business. Investors also understood that the timing, effectiveness, and impact of such changes were inherently uncertain and difficult to reliably predict, and that Estée Lauder and its management would not have better information to foresee them with greater accuracy than the market. In contrast to my research and analysis as discussed below, Dr. Cain did not conduct any

---

[106]    Cain Deposition, 122:10-16.

[107]    Cain Deposition, 119:3-14.

[108]    Cain Deposition, 121:2-122:4.

[109]    Cain Deposition, 85:13-16, 114:4-15.

analysis to examine investors' awareness of the daigou-related regulatory risk before or during the Proposed Class Period. He testified that he did not review any investor testimony regarding awareness of regulatory risk associated with daigou during the Proposed Class Period.[110]

### A. Daigou Activity in Estée Lauder's Products Was Well Known to Investors Before and During the Proposed Class Period

72.    Daigou was well known before and during the Proposed Class Period and was recognized as a significant and established channel for global prestige beauty companies.[111] In particular, after COVID, it was widely reported in the trade press and consulting reports that duty-free stores in South Korea and Hainan, which were disclosed by Estée Lauder to be significant contributors of its travel retail business, served as major hubs for daigou operations.[112]

### 1. It Was Widely Discussed in the Trade Press and Consulting Reports that A Significant Portion of South Korea's Duty Free Sales in 2020-2022 Were Made to Daigou Operators

73.    Duty-free stores in South Korea have historically been a key daigou hub for prestige beauty products.[113] It was widely discussed in the trade press that beauty products, especially luxury beauty products by brands like La Mer (owned by Estée Lauder), are popular subjects of

---

[110]    Cain Deposition, 143:25-144:7 ("Q. Have you reviewed any investor testimony to date regarding awareness of daigou or associated regulatory risk during the class period? A. No.").

[111]    Sun, Benjamin, "Chinese Beauty Daigou in ASEAN Region," *Think China*, June 4, 2021, available at https://www.thinkchina.com/insights/chinese-daigou-market-for-prestige-beauty-in-asean-region (according to one estimate, "in 2018, the sales value of prestige beauty products by Chinese consumers outside China in APAC is about 16 billion euros which is twice of the sales from official channels in China. Among which, we estimated that 7.5 billion is purchase through daigou shoppers in 5 key APAC markets: Japan, Korea, Malaysia, Hong Kong and Australia … [Daigou] definitely is a huge market that no brands should ignore.").

[112]    *See* **Appendix D** for a summary of quotes from the trade press and consulting reports published between November 1, 2019 and February 29, 2024 that contained at least one of the following terms: "daigou," "diagou," "grey market," "gray market," "resell," or "resale."

[113]    Lannes, Bruno and Weiwei Xing, "2023 China Luxury Goods Market: A Year of Recovery and Transition," *Bain & Company*, March 2024, p. 8, available at https://www.bain.com/insights/2023-china-luxury-goods-market/ ("South Korea's duty-free market has historically been a significant source for Daigou, particularly in the luxury beauty sector.").

daigou activity.[114] For example, according to the *Moodie Davitt Report*, "[d]aigou resellers (and in particular their purchase of **high-value luxury cosmetics**) are the main reason duty free sales [in South Korea] have continued to fare so strongly in recent years."[115]

74.      After the outbreak of the COVID-19 global pandemic, international travel effectively came to a halt and duty free retailers in South Korea saw a sharp decline in sales.[116] The trade press attributed this downturn primarily to the COVID-19 pandemic which had made it impossible for the major customers of these duty free retailers—Chinese daigou operators who resell primarily cosmetic products purchased in South Korea to consumers in China—to visit South Korea.[117] To help support the struggling travel retailers, Korea Custom Services ("KCS")

---

[114]    Jung, Min Yong, "Korean duty free sales grow + 14.3% in January, but COVID-19 to impact February and March performance," *The Moodie Davitt Report*, March 6, 2020, available at https://moodiedavittreport.com/korean-duty-free-sales-grow-14-3-in-january-but-covid-19-to-impact-february-and-march-performance/. *See also* Jung, Min Yong, "Korean duty free sales rise +28% in October as resale market continues to soar," *The Moodie Davitt Report*, November 28, 2019, available at https://moodiedavittreport.com/korean-duty-free-sales-rise-28-in-october-as-resale-market-continues-to-soar/ ("Foreign shoppers have been trading up to higher ASP products throughout the year as daigou resellers look to maximise the total value of products purchased in one journey from Korea to China. A bag full of **smaller-sized and higher ASP La Mer** or Dior Beauty, for example, is more lucrative versus, say, lower-priced Dr.Jart+."); Dimama, Elena, "Strong start to the year for Korean duty free sales as Covid-19 impact not yet fully blown," *DNFI*, March 9, 2020, available at https://www.dfnionline.com/latest-news/retail/strong-start-year-korean-duty-free-sales-covid-19-impact-not-yet-fully-blown-09-03-2020/ ("**Luxury and beauty products** are normally the subject of daigou activity[.]"). Emphasis added. As reported by *Business of Fashion*, in 2020, a 60ml jar of Crème de la Mer Moisturizer (a product of Estée Lauder's La Mer brand) retailed for RMB 2,680 (approximately USD 400) in China but was available through daigou sellers for RMB 1,600 (approximately USD 240), reflecting a 40 percent discount. Solca, Luca and Melinda Hu, "Luxury's Daigou Economy, Explained," *Business of Fashion*, October 15, 2020, available at https://www.businessoffashion.com/articles/luxury/luxury-daigou-shopping-fashion-economy-china-south-korea/. Prices in USD are converted using an average exchange rate of 6.73 RMB/USD in October 2020, reported by the Federal Reserve Bank of St. Louis. "Chinese Yuan Renminbi to U.S. Dollar Spot Exchange Rate," Federal Reserve Bank of St. Louis, available at https://fred.stlouisfed.org/series/DEXCHUS.

[115]    Jung, Min Yong, "Korean duty free sales grow + 14.3% in January, but COVID-19 to impact February and March performance," *The Moodie Davitt Report*, March 6, 2020, available at https://moodiedavittreport.com/korean-duty-free-sales-grow-14-3-in-january-but-covid-19-to-impact-february-and-march-performance/. Emphasis added.

[116] "Duty-free shops suffer sharp drop in sales amid coronavirus outbreak," *The Korea Times*, April 28, 2020, available at https://www.koreatimes.co.kr/economy/20200428/duty-free-shops-suffer-sharp-drop-in-sales-amid-coronavirus-outbreak ("South Korean duty-free stores saw their sales drop sharply in March due to the spread of the new coronavirus, industry data showed Tuesday.").

[117]    "Duty-free shops suffer sharp drop in sales amid coronavirus outbreak," *The Korea Times*, April 28, 2020, available at https://www.koreatimes.co.kr/economy/20200428/duty-free-shops-suffer-sharp-drop-in-sales-amid-

implemented a series of *temporary* measures in 2020.[118] For example, KCS permitted duty-free retailers to sell and ship "unsold imported foreign goods overseas."[119] Industry participants interpreted such temporary measures as encouraging daigou operators to purchase items from duty free retailers in South Korea.[120]

75.    In 2020, *Bain & Company* estimated that "[a]bout 90% of foreigners who purchase

coronavirus-outbreak ("Sales of duty-free shops have been hurt by the fast spread of COVID-19 since late January, which has made it impossible for small-scale Chinese vendors, their major customers, to visit South Korea. … Those Chinese vendors sell their duty-free purchases in large quantities, mostly cosmetic products, to consumers back home."); Moodie, Martin, "South Korean duty free market falls -38% in 2020; downtown sales hold up due to daigou trade," *The Moodie Davitt Report*, February 1, 2021, available at https://moodiedavittreport.com/south-korean-duty-free-market-falls-38-in-2020-downtown-sales-hold-up-due-to-daigou-trade/ ("The slump was driven by the COVID-19 pandemic which prompted a collapse in passenger traffic. … Foreigners – almost all Chinese daigou traders – accounted for 94% of sales, but 30% of customers, underlining the daigou effect. … *The Korea Herald* noted that the pandemic had made it impossible for small-scale Chinese vendors, traditionally Korea retailers' major customers, to visit the country.").

[118]   Jung, Min Yong, "Korea Customs Service permits travel retailers to sell off duty free inventory," *The Moodie Davitt Report*, May 1, 2020, available at https://moodiedavittreport.com/korea-customs-service-permits-travel-retailers-to-sell-off-duty-free-inventory/ ("Due to a collapse in duty free sales caused by the COVID-19 crisis, Korea Customs Service (KCS) has accepted the local duty free industry's request to offload unsold stock (after paying import taxes) through a range of channels. … As early as February, KCS had already implemented measures that aided the reseller trade. Due to COVID-19's impact, KCS accepted measures requested by the duty free industry to abolish purchase limit restrictions and deregulate constraints regarding departure gate pickup counters.").

[119]   Jung, Min Yong, "Korea Customs Service permits travel retailers to sell off duty free inventory," *The Moodie Davitt Report*, May 1, 2020, available at https://moodiedavittreport.com/korea-customs-service-permits-travel-retailers-to-sell-off-duty-free-inventory/ ("The KCS measures allow duty free retailers the option of: a) direct sales of unsold inventory into local channels (department stores, home shopping, ecommerce and others); b) wholesale of unsold inventory to local third parties; and c) international shipping of unsold inventory to outside Korea (yes to daigou)"); Hee-Chul, Moon and Kang Jae-Eun, "Duty free stores struggle to sell mountains of inventory," *Korea JoongAng Daily*, May 24, 2020, available at https://koreajoongangdaily.joins.com/2020/05/24/industry/coronavirus-duty-free-store-duty-free-goods/20200524180100214.html ("The Korea Customs Service accepted a request from the duty-free industry on April 29 to sell some of the mountains of duty-free items left unsold due to the pandemic. … Under the temporary exemption, the government will allow 3 trillion won [approximately USD 2.5 billion] of duty-free goods that have been sitting in inventory for more than six months to go through customs and be sold in retail stores outside the airport such as department stores and outlets. This is to help duty-free retailers make some money, get rid of inventory and weather the coronavirus storm."). The value of duty-free goods is converted using an average exchange rate of 1,180.6 KRW/USD in 2020, obtained from the Federal Reserve Bank of St. Louis. "South Korean Won to U.S. Dollar Spot Exchange Rate," *Federal Reserve Bank of St. Louis*, available at https://fred.stlouisfed.org/series/DEXKOUS.

[120]   "Travel retail," *Morgan Stanley*, April 29, 2020, p. 1 ("Korea Customs Service (KCS) has decided to allow temporarily: 1) distribution of duty-free product via general retail outlets in Korea, and 2) international shipping of duty-free products… International shipping is also to be allowed, and this could revamp daigou activity. No further details have been disclosed, but we think daigou could use a similar route and process cross-border e-commerce cases.").

40

duty-free products in South Korea are daigou operators and mainly for mainland China."[121] In 2021, the *Moodie Davitt Report* estimated that 95.4 percent of total duty-free sales in South Korea were generated from foreign customers and "[a]lmost all of that activity was through reseller activity" or daigous.[122] According to a white paper co-authored by *KPMG* and *the Moodie Davitt Report* in May 2021,[123] the duty free retailers in South Korea "continue[d] to rely on large-scale 'daigou' (or cross-border) purchasing to drive its duty-free trade."[124]

76.     According to the Bain 2021 Report, although the number of international travelers visiting South Korea fell sharply between 2020 and 2021 relative to 2019 levels, duty-free sales remained resilient at approximately 63-74 percent of 2019 levels (*see* **Figure 5** below).[125] *Bain & Company* commented that this discrepancy between declining visitor numbers and sustained

---

[121]    Lannes, Bruno, and Carrie Zhang, "China's Unstoppable 2020 Luxury Market," *Bain & Company*, December 2020 ("Bain 2020 Report"), p. 12, available at https://www.bain.com/insights/chinas-unstoppable-2020-luxury-market/. *See also* "Travel Retail Market in Hainan FTP – Towards A Golden Future," *KPMG* and *The Moodie Davitt Report*, May 2021, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf, p. 11 ("In 2020, 94 percent of the country's duty-free business was to foreigners, almost all daigou traders.").

[122]    Moodie, Martin, "Korean duty free sales rise +15% in 2021 to KRW17.8 trillion (US$14.7 billion)," *The Moodie Davitt Report*, January 31, 2022, available at https://moodiedavittreport.com/korean-duty-free-sales-rise-15-in-2021-to-krw17-8-trillion-us14-7-billion ("The pandemic-hit channel was once again driven by sales to foreign customers who generated 95.4% of total revenue (up from 94% in 2020). Almost all of that activity was through reseller activity.")

[123]    *The Moodie Davitt Report* is a leading publication that covers the travel retail and duty-free industry. *KPMG* partnered with *The Moodie Davitt Report* to publish annual white papers on Hainan's travel retail market. *See*, *e.g.*, "Travel Retail Market in Hainan FTP – Towards a Golden Future," *KPMG and The Moodie Davitt Report*, May 2021. Equity analysts following Estee Lauder also referenced Moodie Davitt in their reports. *See*, *e.g.*, Nicholson, Wendy, "Alert: We Still Like EL a Lot Long Term, but Near Term Is a Little Nerve Wracking, *Citi*, September 18, 2019; Ottenstein, Robert, "State of Global Beauty & Estee's Preview," *Evercore*, April 26, 2022; Anderson, Susan, "Beauty, Health & Wellness Post-Summer Pulse: Consumers still want to spend in BHW," *Canaccord Genuity*, September 14, 2023; Wallace, Ashley, "Year Ahead 2024: Beauty Is In The Eye of The Beholder," *Bank of America*, January 16, 2024.

[124]    "Travel Retail Market in Hainan FTP – Towards a Golden Future," *KPMG and The Moodie Davitt Report*, May 2021, p. 11 ("Korea continues to rely on large-scale 'daigou' (or cross-border) purchasing to drive its duty-free trade. In 2020, 94 percent of the country's duty-free business was to foreigners, almost all daigou traders. However, foreigners accounted for just 30 percent of total customer numbers, underlining the heavy nature of daigou spending.").

[125]    Bain 2021 Report, p. 9.

sales volumes suggests "more vigorous parallel import and daigou activity."[126]

**Figure 5. Daigou Activity in South Korea According to Bain 2021 Report[127]**



**Figure 8:** Discrepancy between declining visits to South Korea duty-free stores and increases in duty-free sales suggests stronger parallel with import activity

Note: About 90% of international travelers who purchase duty-free products in South Korea are daigou operators and mainly for mainland China
Source: Korea Duty Free Shops Association; Analyst reports; Lit research; Bain analysis

77.    A similar discrepancy was observed in 2022 (*see* **Figure 6** below).[128] *Bain & Company* again attributed this discrepancy to "an abundance of cross-border exporting activities, such as daigou shopping."[129]

---

[126]   Bain 2021 Report, p. 9.

[127]   Bain 2021 Report, p. 9.

[128]   Lannes, Bruno and Weiwei Xing "Setting a New Pace for Personal Luxury Growth in China," *Bain & Company*, February 2023 ("Bain 2022 Report"), p. 6.

[129]   Bain 2022 Report, p. 5.

**Figure 6. Daigou Activity in South Korea According to Bain 2022 Report[130]**



Note: About 90% of international travelers who purchase duty-free products in South Korea are daigou operators and mainly for mainland China; figures include all travel retail categories
Sources: Korea Duty Free Shops Association; analyst report; lit research; Bain analysis

> 2. *It Was Widely Discussed in the Trade Press, Consulting Reports and Industry Reports that A Portion of Hainan's Duty Free Sales in 2020-2022 Were Made to Daigou Operators*

78.    After China essentially banned international outbound travel during the COVID pandemic, Hainan emerged as Mainland China's preeminent domestic destination for travel and duty-free shopping.[131, 132] This demand shift coincided with a change in the island's offshore duty-

---

[130]    Bain 2022 Report, p. 6.

[131]    "Chinese shoppers spent $1.8 bln in Hainan duty-free stores in 4 months," *CGTN*, November 10, 2020, available at https://news.cgtn.com/news/2020-11-10/Chinese-shoppers-spent-1-8-bln-in-Hainan-duty-free-stores-in-4-months-VjjvpCmMPm/index.html ("The pandemic has forcibly grounded Chinese outbound tourists. However, Chinese consumers' enthusiasm for "buying global" has proven to be unfettered. They have diverted their attention to other channels, like cross-border shopping platforms and duty-free shops…. Nearly 1.8 million shoppers visited Hainan duty-free stores from July 1 to October 31, an increase of 59 percent compared to the same period last year, according to Haikou Customs.").

[132]    In 2011, the Chinese government launched a pilot offshore duty-free program in Hainan, allowing Chinese consumers visiting Hainan to shop at duty-free stores. *See* "Notice from Ministry of Finance on pilot duty-free policy in Hainan," *China Daily*, May 31, 2011, available at https://www.chinadaily.com.cn/m/hainan/dutyfree/2011-05-31/content_12613549.htm.

free shopping policy in July 2020, which tripled the duty-free annual allowance per person and expanded duty-free shopping categories.[133],[134] In addition, Hainan's "aggressive pricing" also contributed to its success.[135] Hainan's duty-free sales saw rapid growth, rising by 127 percent in 2020 followed by another 84 percent increase in 2021.[136]

79.    Most brands in Hainan operated under a Duty Free Operators ("DFO") wholesale model.[137] Under this model, brands sell inventory to DFOs that manage nearly all aspects of the retail operations, leaving brands with limited direct control over store management, pricing, and customer engagement.[138] Before and during the Proposed Class Period, it was acknowledged in the trade press and consulting reports published by consulting firms that this wholesale model

---

[133]  Moodie, Martin, "Global exclusive: July 1 breakthrough as Hainan extends offshore duty free categories from 38 to 45; liquor to be included; Allowance increased to RMB100,000," *The Moodie Davitt Report*, June 29, 2020, available at https://moodiedavittreport.com/global-exclusive-july-1-breakthrough-as-hainan-extends-offshore-duty-free-categories-from-38-to-45-liquor-to-be-included-allowance-increased-to-rmb100000/.

[134]  Starting in February 2021, Hainan also allowed direct shipping of duty-free purchases to consumers' home addresses, removing the need for same-trip collection at physical stores. "Hainan delivers over 1m duty-free parcels in one year," *China Daily*, March 7, 2022, available at https://govt.chinadaily.com.cn/s/202203/07/WS622568c2498e6a12c1221be5/hainan-delivers-over-1m-duty-free-parcels-in-one-year.html ("The General Administration of Customs and the State Administration of Taxation jointly issued an announcement on Feb 2, 2021 to increase the duty-free shopping and pick-up methods for Hainan outlying island passengers, with outlying island travelers able to choose to pick up the goods by mail when purchasing duty-free items.").

[135]  Bain 2021 Report, p. 5 ("The biggest promoter of Hainan success has been its aggressive pricing.").

[136]  "Travel Retail Market in Hainan FTP – Towards a Golden Future," *KPMG and The Moodie Davitt Report*, May 2021, p. 8, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf; "2022 Hainan Travel Retail Market Whitepaper," *KPMG and The Moodie Davitt Report*, July 2022, p. 1, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2022/07/hainan-travel-retail-market-whitepaper.pdf.

[137]  DFOs refer to Duty Free Operators, who are typically state-owned license holders such as China Duty Free Group. Yan, Jonathan and Laurent Doucet, "The Hainan Travel Retail Opportunity: How Can Brands Capitalize On Hainan's Travel Retail Boom?," *Roland Berger*, January 2022, p. 7, available at https://www.rolandberger.com/publications/publication_pdf/RB_PUB_Sanya_20220126.pdf.

[138]  Yan, Jonathan and Laurent Doucet, "The Hainan Travel Retail Opportunity: How Can Brands Capitalize On Hainan's Travel Retail Boom?," *Roland Berger*, January 2022, p. 7, available at https://www.rolandberger.com/publications/publication_pdf/RB_PUB_Sanya_20220126.pdf; Kim, Aimee, Alex Sawaya, and Michael Straub, "Hainan's $40 billion prize: The new battleground for global luxury," *McKinsey & Company*, July 2021, p. 5, available at https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury.

44

created opportunities for daigou agents.[139]

80.     As Hainan's duty-free retail expanded, it attracted daigou. In 2020-2021, Hainan's increasing importance and its potential to compete with South Korea as a daigou hub was widely discussed in the trade press and consulting reports. For example, according to the Bain 2021 Report, "daigou agents …played an increasing role in 2021" in Hainan.[140] Moreover, an article published by *Women's Wear Daily* (WWD) on April 19, 2021 noted that Hainan's stimulus measures had "sparked a rush into the island **to the detriment** of daigou hotspots like Jeju Island in South Korea."[141]

81.     As is in South Korea, beauty products are among the most popular subjects of daigou activity in Hainan. Daigou operators typically profit from the price gap between duty-free or overseas prices and higher domestic prices in mainland China.[142] According to *Bain &*

---

[139]   Bain 2020 Report, p. 10 ("Several brands have concerns about Hainan's wholesale model. They see risks to their brand image and opportunities for 'daigou agents' (who purchase overseas for local consumers), especially if duty-free operators add promotions on top of the duty exemption."); Suen, Zoe, "How 'Revenge Travel' Will Impact Luxury Sales," *Business of Fashion*, April 30, 2021, available at https://www.businessoffashion.com/articles/china/what-will-revenge-travel-look-like-for-luxury/ ("Working with duty free retailers expanding across the island isn't a quick fix; nor is it risk free, in providing a potential one-stop shop for daigou, or proxy shopping agents that run China's luxury grey market. But it's a risk many brands will have to take."). *See also* Lieberman, Lauren R., "On the Road in Hainan - Deep dive into a multi-year duty-free opportunity," *Barclays*, April 28, 2023, p. 9.

[140]   Bain 2021 Report, p. 6 ("Hainan is just one pricing disruptor that has affected shopping habits in China, especially the beauty market. As discussed in last year's report, daigou agents, fueled by other travel retail operators, played an increasing role in 2021."). *See also* Nan, Lisa, "Does Luxury Need Daigous Post-Pandemic?," *Jing Daily*, April 8, 2021, available at https://jingdaily.com/posts/daigou-market-china-post-pandemic ("By offering 10-25 percent lower prices on fashion and lifestyle goods than the Mainland, destinations like Hainan have enabled these professionals to keep operating.").

[141]   Ap, Tiffany, "A Year Into Pandemic, China Demand Drives Global Luxury," *WWD*, April 19, 2021, available at https://wwd.com/business-news/business-features/feature/one-year-in-china-1234766584/  ("In contrast, Hainan Island … has been showered with investment from Beijing and boomed as a duty-free spending hub. Last summer, it unveiled an extensive plan to develop the subtropical island into a key special economic zone with significant tax breaks, also increasing the per-person duty-free quota from 30,000 renminbi to 100,000 renminbi. The change sparked a rush into the island to the detriment of daigou hotspots like Jeju Island in South Korea. Total Hainan duty-free sales reached 21 billion renminbi by the end of October 2020 up 98 percent versus 2019.") Emphasis added.

[142]   Solca, Luca and Melinda Hu, "Luxury's Daigou Economy, Explained," *Business of Fashion*, October 15, 2020, available at https://www.businessoffashion.com/articles/luxury/luxury-daigou-shopping-fashion-economy-china-

*Company*'s research, this price differential was especially large for luxury beauty products in Hainan.[143] The 2021 Bain Report found that the unit prices for luxury beauty products in Hainan can be 30% to 55% lower than the brands' official listed prices.[144] As a result of these significant price gaps, the luxury beauty sales in Hainan's duty free sector alone was as large as a quarter of the total sales in China's official channels (which Bain & Company defined to include "official non-TR online and offline channels" and exclude daigou or "any other uncontrolled channels").[145] In addition, peer companies that also sell prestige beauty products in Hainan discussed the daigou presence in Hainan's duty-free sector. For example, in response to an analyst's question regarding its "typical" customers in Hainan, L'Oréal's management commented during an earnings call on October 21, 2021 that "[w]hat is clear today is that a lot of the Chinese consumers or **daigous** sometimes that were traveling outside China, whether to Hong Kong or to Korea or to other parts of the world to buy products at a more affordable price **are now all going to Hainan** because it's the only place where they want to go."[146] L'Oréal management indicated that "the proportion of

---

south-korea/ ("Over the past decade, agents known as *daigou* or 'surrogate shopper' have exploited significant price differences between luxury goods sold in Mainland China and the same products purchased overseas to fuel a grey market worth billions of dollars per year."); Ryan, Carol, "Luxury Brands' New Snag? Handbag Arbitrage," *The Wall Street Journal*, September 13, 2024, available at https://www.wsj.com/business/retail/luxury-brands-new-snag-handbag-arbitrage-575bb1b7 ("Daigou traders scour the world for the cheapest places to buy luxury goods. They then resell the goods back home at a discount to local prices and can juice their profits by claiming a VAT refund.").

[143]  Bain 2020 Report, p. 11 ("Price comparisons show that Hainan-listed duty-free prices for fashion and lifestyle goods can be 10% to 25% more competitive than official mainland-listed prices. For luxury beauty, those numbers jump to 25% to 40%.").

[144]  Bain 2021 Report, p. 5 ("For example, we conducted store checks across many beauty brands during the Christmas season. Our research shows that Hainan unit prices (RMB/ml) can be 30% to 55% lower than brands' official listed prices.)".

[145]  Bain 2021 Report, p. 5 ("Our research shows that Hainan unit prices (RMB/ml) can be 30% to 55% lower than brands' official listed prices (see Figure 5). As a result, Hainan luxury beauty sales represented almost 25% of the sales in China's official channels (both online and offline) in this category. This significant price gap also disrupted the luxury beauty market's price system, contributing to slow growth in other channels").

[146]  Sales/Trading Statement Call, L'Oréal, October 21, 2021, p. 11. Emphasis added.

46

daigous [in Hainan] is very hard to tell, and I have -- I would not be able to give you a number."[147]

82.    On July 1, 2021, the state-owned China Duty Free Group stated in a press release that it would take certain measures to curb illegal tao-daigou [148] (*e.g.*, enhancing customer education through posters and in-store television ads, and training its employees) in order to safeguard the healthy operation of the Hainan duty-free industry.[149] Later in December 2021, Chinese authorities announced new regulations to control violations of duty-free shopping policies in Hainan, which became effective on January 1, 2022.[150] However, the impact and

---

[147]    Sales/Trading Statement Call, L'Oréal, October 21, 2021, p. 11.

[148]    Tao-daigou, involves two practices: (1) taogou, which involves organizing or using another person's offshore duty-free eligibility and quota to purchase goods for resale in the domestic market for profit, and (2) daigou of duty-free goods for a service fee. "顺手'代购'？小心违法！揭秘离岛免税'套代购'走私陷阱" ["Casual 'daigou'? Be careful of breaking the law!  Revealing the offshore duty-free 'tao-daigou' [] smuggling trap"], 央视新闻 [*CCTV News (China Central Television)*], September 24, 2025, available at https://news.cctv.com/2025/09/24/ARTI9MXhfmgPsjsszOpYjX3L250924.shtml ("It is understood that 'tao-daigou' includes 'taogou' and 'daigou.' 'Taogou' refers to the act of organizing others to purchase offshore duty-free items using their qualifications and quotas, and reselling them in the domestic market for illegal profits; '[d]aigou' refers to using one's own qualifications and quotas to buy offshore duty-free items for others, while charging a daigou fee."); Moodie, Martin, "Hainan authorities step up crackdown on daigou business to protect offshore duty free's 'Golden Brand,'" *The Moodie Davitt Report*, May 16, 2023, available at https://moodiedavittreport.com/hainan-authorities-step-up-crackdown-on-daigou-business-to-protect-offshore-duty-frees-golden-brand/ ("The meeting said the Provincial Party Committee and the Provincial Government have devised a three-year programme to deal with the issues of smuggling by **taogou [using other people's identity information and allowances to purchase duty free goods and resell them for profits] and daigou [using one's own allowance to purchase duty free goods for others and receiving commission]**."). Emphasis added.

[149]    "中免集团致敬建党 100 周年 维护海南自贸港离岛免税健康生态" ["China Duty Free Group Honors CPC Centenary, Safeguards Duty-Free Market Health in Hainan FTP"], 中国旅游集团中免股份有限公司 [*China Tourism Group Duty Free Corporation Limited*], July 1, 2021, available at https://www.ctgdutyfree.com.cn/CompanyNews/943.html ("Externally, CDF has intensified consumer education across its 5 Hainan stores. Prominent policy awareness posters have been strategically placed at main entrances and displayed on in-store TV platforms. Official WeChat accounts like 'CDF Sanya International Duty-Free Shopping Complex' regularly publish explainer content to inform shoppers about duty-free regulations and legal consequences, fostering preventive awareness. Internally, CDF has conducted multiple training sessions for frontline staff in high-risk roles such as security and sales, clearly defining policy boundaries while strengthening compliance oversight through rigorous management practices."); Amended Complaint, ¶ 2.

[150]    "《海南自由贸易港免税购物失信惩戒若干规定》公布" ["Regulations on Punishments for Duty-Free Shopping Violations in Hainan Free Trade Port Published"], 海南日报 [*Hainan Daily*], December 13, 2021, available at https://www.hi.chinanews.com.cn/hnnew/2021-12-13/616253.html ("Article 3 Individuals, legal persons, and unincorporated organizations that violate duty-free shopping regulations for departing passengers or zero-tariff goods for island residents shall be listed as serious violators if they:

(1) Commit crimes punishable by law (including exempted cases);

effectiveness of this new regulation on daigou, let alone on illegal daigou, was difficult to reliably predict, and reports and consumer surveys indicated that daigou activities remained prevalent in Hainan after these developments. For example, a *Business of Fashion* article published on April 25, 2023 discussed that "[w]hile the government issued directives last year saying it would clamp down on daigou activity in Hainan, it has been hazy on how controls would be implemented" and that "Hainan represents an attractive option" for larger-scale daigou traders.[151]

83.    In addition, a UBS report on China's cosmetics sector found that, according to its survey, only 36 percent of respondents had *not* used any daigou services in the six months between May and November 2021.[152] Moreover, as of November 2021 (approximately five months after the state-owned China Duty Free Group announced measures to curb tao-daigou activities to maintain the health of Hainan's duty-free industry), 14 percent of respondents still indicated that

---

(2) Receive administrative penalties for serious violations or multiple (two or more than two) penalties;

(3) Violate duty-free regulations in other ways, warranting listing as serious violators under laws, regulations, or national policies. ").

[151]    Ap, Tiffany, "Luxury Braces for the Return of the 'Daigou,'" *Business of Fashion*, April 25, 2023, available at https://www.businessoffashion.com/briefings/china/luxury-braces-for-the-return-of-the-daigou/ ("It is unclear how a crackdown on daigou will be enforced in Hainan's rapidly-expanding duty-free market or in other mainland hubs in the pipeline. … While the government issued directives last year saying it would clamp down on daigou activity in Hainan, it has been hazy on how controls would be implemented. … Hainan's continued growth could further affect Hong Kong, Sun added, but it depends on the kind of reseller. For grassroots or mid-tier *daigou* who are very cost-conscious, the expense of traveling to Hainan won't make sense compared to the easy train, car and flight connections from Hong Kong. For larger-scale traders however, Hainan represents an attractive option.").

It was also discussed in the trade press that daigou continued to operate in Hainan in 2024. Nan, Lisa, "'Daigou' trade's threat to luxury brands in 2024," *Jing Daily*, September 27, 2024, available at https://jingdaily.com/posts/daigou-s-threat-to-luxury-brands-in-2024 ("...Hainan's role in the luxury ecosystem continues to grow. Though daigou activities are being monitored closely on the island, there remain opportunities for operators to leverage the deep discounts offered by duty-free shopping, allowing them to sell goods back in the mainland market."); "'Daigou' resurgence linked to Hainan's duty-free boom," *Jing Daily*, September 6, 2024, available at https://jingdaily.com/posts/daigou-resurgence-linked-to-hainan-s-duty-free-boom ("[W]hile Hainan's regulatory environment is tightening to curb daigou activity, the island's favorable pricing structures have made it an attractive hub for reselling luxury goods, despite the risks involved.").

[152]    Zhang, Ingrid, "China Cosmetics Sector Further premiumisation, divergent performance; UBS Evidence Lab inside," *UBS*, January 28, 2022, p. 21.

48

they "prefer daigou to buy beauty products at Hainan duty-free stores." [153] Notably, this percentage *increased* after China Duty Free Group made its statement, compared to the survey data as of April 2021 (8 percent). As illustrated in **Figure 7** below, UBS analysts concluded in their January 2022 report, which was published after the new regulations to control violations of duty-free shopping policies in Hainan became effective, that "Hainan duty-free is rising as an important channel for cosmetics products; a much higher percentage of respondents prefer daigou to make purchases at Hainan duty-free stores."[154]

**Figure 7. Survey Results from UBS Report Dated January 28, 2022[155]**



3.    *Investors Were Aware that Sales to Daigou Operators Were Prevalent Within Estée Lauder's Travel Retail Sales in South Korea and Hainan*

84.    To summarize, based on my review of Estée Lauder's disclosures (discussed in **Section III**) and my review of the daigou-related discussions in the trade press, consulting reports,

---

[153]  Zhang, Ingrid, "China Cosmetics Sector Further premiumisation, divergent performance; UBS Evidence Lab inside," *UBS*, January 28, 2022, p. 21.

[154]  Zhang, Ingrid, "China Cosmetics Sector Further premiumisation, divergent performance; UBS Evidence Lab inside," *UBS*, January 28, 2022, p. 21.

[155]  Zhang, Ingrid, "China Cosmetics Sector Further premiumisation, divergent performance; UBS Evidence Lab inside," *UBS*, January 28, 2022, p. 21.

and industry reports (discussed above):

    a.       It was publicly disclosed that travel retail in South Korea and Hainan were significant contributors to Estée Lauder's business;

    b.       It was publicly discussed that a significant portion of travel retail sales in South Korea and some portion of travel retail sales in Hainan were driven by daigou operators;

    c.       It was publicly discussed that luxury beauty products by brands such as La Mer (owned by Estée Lauder) were popular subjects of daigou activities.

85.      Given the information available in sources that investors typically review, it is my opinion that investors were aware, before and during the Proposed Class Period, that sales to daigou operators were prevalent within Estée Lauder's Asian travel retail business.

86.      My view is consistent with commentary by equity analysts following Estée Lauder and Estée Lauder's investors.[156] As early as 2019, analysts discussed that approximately 70-80 percent of Korea Travel Retail sales were driven by daigou operators reselling products purchased at South Korea's duty free stores in China. For example, Macquarie analysts commented in a report dated September 25, 2019 that "in Korea, of the $17bn in duty-free sales annually, +80% came from downtown DFS and **~70-80% were related to Daigou activities**." The analysts further noted that such daigou sales in Korean duty free stores were viewed as "a proxy for Chinese consumption."[157] Similar analyst commentary continued throughout the period of

---

[156] Counsel provided me a total of 878 analyst reports covering Estée Lauder" that were published between February 4, 2019 and March 1, 2024. I understand that these reports were obtained from CapIQ and LSEG Workspace, or provided by the Company.

For my review of daigou-related analyst commentary, keyword searches were conducted in these 878 analyst reports to identify reports that contain at least one of the following terms: "daigou," "diagou," "grey market," "gray market," "resell," or "resale." *See* **Appendix E.1** for daigou-related commentary from 7 analyst reports published between February 4, 2019 and November 1, 2022; *see* **Appendix E.2** for daigou-related commentary from 84 analyst reports published during the Alleged Corrective Disclosures Period and the subsequent two weeks, *i.e.*, between November 2, 2022 and November 15, 2023.

[157]   Levy, Caroline, "Downtown Duty Free in China = More Upside," *Macquarie Research*, September 25, 2019, p. 2 ("Currently, China's annual duty-free sales are ~Rmb40bn ($6bn) with the majority coming from CITS (reported

COVID-19. For example, an August 2021 Jefferies report noted that "Daigou contributes the bulk of travel retail business in South Korea."[158] In June 2022, UBS analysts estimated that more than "80% of South Korea's duty-free sales came from Chinese daigou in the past two years."[159] In addition, Barclays analysts stated on March 29, 2023 that "**[D]uring COVID nearly all of the sales at Korean duty-free operators came from Daigou shoppers** who did not even have to purchase product in a physical store, but rather were allowed to buy product online and without visiting the country."[160] Moreover, the head research analyst covering Estée Lauder at Edgewood, Lead Plaintiffs' investment manager, testified that daigou activity in the prestige beauty travel retail market in China and Korea during Edgewood's investment period was a "known practice."[161]

87.    In 2022 (after the state-owned China Duty Free Group signaled its commitment to curbing tao-daigou activities and after Hainan's new regulations to control violations of duty-free shopping policies in Hainan became effective), analysts discussed a potential shift of daigou activities from South Korea to Hainan. For instance, in November 2022, Evercore ISI analysts noted the opening of the largest duty-free store in Hainan, in which Estée Lauder opened its largest

---

duty-free sales of Rmb33bn in 2018). By comparison, in Korea, of the $17bn in duty-free sales annually, +80% came from downtown DFS and ~70-80% were related to Daigou activities (viewed as a proxy for Chinese consumption). These differences would imply substantial growth potential for China's own downtown DFS once regulation it is relaxed."). *See also*, Lieberman, Lauren R., "Seize the Moment," *Barclays*, May 31, 2023, p. 4 ("**Recall, even prior to the pandemic, Daigou was said to be ~80%+ of Korean Travel Retail sales**."). Emphasis added.

158    Ling, Anne, "Key Takeaways from China Duty-Free Expert Call," *Jefferies*, August 5, 2021, p. 2.

159    Chen, Xin, "China Duty Free Sector: Addressing major investor concerns," *UBS*, June 23, 2022, p. 17.

160    Lieberman, Lauren R., "Travel Retail: Takeaways from Expert Call," *Barclays*, March 29, 2023, p. 2. Emphasis added.

161    Knopf Deposition, 134:23-135:3 ("Q. So -- so keeping it on daigou, China and Korea, no secret that daigou was occurring in the prestige beauty travel retail market during the Edgewood investment period, right?... A. I would not say it was a secret."), 169:7-18 ("Q. So fair to say that daigou was a widespread practice that came with doing business in China and Korea for prestige beauty brands, correct?... A. I don't know how much you mean by 'widespread.' Q. It was a known practice that came with doing business in China and Korea, correct?... A. Correct.").

travel retail flagship in partnership with China Duty Free Group, would "likely redirect resellers (Daigou) from Korea to China."[162] (*See* **Figure 8** below). Evercore ISI analysts also discussed the ease of online duty-free shopping from Hainan in a report published on March 16, 2023, noting that "Travelers -and daigou operators- can buy 6 months ahead and 6 months after."[163]

**Figure 8. Hainan and South Korea duty free sales, November 2022 Evercore ISI Report[164]**





88.    In addition, analyst commentary reflects that analysts understood that daigou was effectively another sales channel in China. For example, on March 29, 2023, Barclays analysts

---

[162]    Ottenstein, Robert, "An air-pocket: Retail sales better, but retailers destock in the U.S., China," *Evercore ISI*, November 2, 2022, p. 17.

[163]    Ottenstein, Robert, "Sounding better. Recalibrating portfolio to fragrances, haircare?" *Evercore ISI*, March 16, 2023, p. 6. Emphasis added. *See also* Kim, Aimee, Alex Sawaya, and Michael Straub, "Hainan's $40 billion prize: The new battleground for global luxury," *McKinsey & Company*, July 2021, p. 2, available at https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury ("In June 2020, the Chinese government announced a plan to transform the island province of Hainan into the world's largest Free Trade Port. The scheme comprises policies … even allowing consumers to purchase duty free products online for six months after returning home.").

[164]    Ottenstein, Robert, "An air-pocket: Retail sales better, but retailers destock in the U.S., China," *Evercore ISI*, November 2, 2022, p. 17. Emphasis added.

discussed that in their view:

> The Chinese term *daigou* literally means "to buy on behalf of." While we've been educated to think Daigou is damaging to a brand equity, in prestige beauty this is not necessarily the case. The way we understand it, **the Daigou or gray market is effectively just another channel that leverages price gaps that exist between markets**. While in luxury/high-end fashion the shopping experience is just as important as the purchase itself (i.e., going to the store to pick out your Chanel handbag), **in beauty there is something to be said for simply trying to find your favorite hero product at the best price, and logically to us, this would not have an impact on brand equity or image. At the end of the day, what we think is most critical is that strong demand for the products themselves is ultimately what enables/causes Daigou to exist**.[165, 166]

89.    Further, analysts discussed that while brands may take a different approach towards daigou, it was an unavoidable phenomenon in China faced by several global luxury brands, especially those that had presence in Asia's travel retail business such as Estée Lauder. For example, Evercore ISI analysts discussed in a report dated March 16, 2023 that "Hainan is the **right –and unavoidable– bet** but competes with mainland China business. Daigou and online festivals **come with the territory**."[167] Evercore ISI analysts discussed in another report dated May 4, 2023 that "[t]he grey market or '*daigou*' **preexisted the pandemic**…**and is unlikely to go away completely**… L'Oréal and Beiersdorf are also rearranging their businesses in Asia, but

---

[165]    Lieberman, Lauren R., "Travel Retail: Takeaways from Expert Call," *Barclays*, March 29, 2023. Emphasis added.

[166]    Similarly, RBC analysts commented on October 27, 2023 that "[i]n many cases, [daigou] is a channel that allows companies to seed new consumers that live in Tier 3-4 cities that don't have access to other channels." Modi, Nik, "Nexus.One Through October 27th, 2023," RBC, October 27, 2023, p. 50. This commentary was made in an industry report published by RBC but in a section specific to Estée Lauder.

*See* **Appendix F** for additional industry reports that (1) were published between November 1, 2021 and November 15, 2023 (2) contained the following keywords: "daigou," "diagou," "grey market," "gray market," "resell," or "resale" (3) were present when a filter for "Estée Lauder" was used for the company filter on LSEG Workspace (Primary Company Only Option not used) (4) were not an "Independent Research Provider" or "Other Research Provider" (5) were classified by LSEG Workspace as an Industry Report and (6) were in English.

[167]    Ottenstein, Robert, "Sounding better. Recalibrating portfolio to fragrances, haircare?" *Evercore ISI*, March 16, 2023, p. 6. Emphasis added.

**Estee's exposure is much larger**."[168] As another example, Societe Generale analysts noted that:[169]

> A number of luxury brands have pulled out/are in the process of pulling out of the Korea downtown DF channel (including LVMH, Chanel and Rolex) to control, in our view, the effects of this [daigou] dynamic. **In contrast, we believe Estee Lauder, which remains agnostic about where Chinese consumers choose to make their purchases**, increased sales in Korea DF to satisfy increased demand for grey market product. We estimate that this effect saw EL Korea's DF sales increase from c.3-4% of group sales prior to COVID to up to as much as 8% at its peak.

90.     Analyst reports also acknowledged the prevalence of sales to daigou operators in both South Korea's and Hainan's duty-free sector. For example, an Evercore ISI analyst report included the same chart from the Bain 2022 report showing the discrepancy between sharply declining traveler numbers and stable duty free sales during the pandemic (*see* **Figure 6**) and commented that "Korea rely [*sic*] heavily on daigou trade (Chinese resellers)."[170]  In addition, a May 1, 2023 Oppenheimer report quoted the CFO of LVMH stating "the bulk of the Asian travel retail even today and particularly in Hainan, that you alluded to, remains daigou."[171]

91.     Altogether, at least 84 Estée Lauder analyst reports published during the Alleged Corrective Disclosures Period and the subsequent two weeks, *i.e.,* from November 2, 2022 to

---

[168]   Ottenstein, Robert, "Travel retail de-risked, attractive buying opportunity," *Evercore ISI*, May 4, 2023, p. 1. Emphasis added.

[169]   Nice, Victoria, "Recovery Dynamic Underestimated, Move Off Hold," *Societe Generale,* March 8, 2023, p. 13. Emphasis added.

[170]   Ottenstein, Robert, "On Asia Travel Retail, resellers or daigou," *Evercore ISI*, June 1, 2023, p. 12.

[171]   Parikh, Rupesh, "Q3 Preview: A Likely In-Line Quarter, But Risks Remain on the Top-Line Guide," *Oppenheimer*, May 1, 2023, p. 17. *See also*, "Sales/Trading Statement Call," LVMH Moët Hennessy, April 12, 2023, p. 12.

November 15, 2023, referenced daigou (or similar terms).[172] I summarize their daigou-related commentary in **Appendix E.2**. In my experience, had analysts been *unaware* that sales to daigou operators were prevalent within Estée Lauder's travel retail business and thus *unaware* that Estée Lauder's sales might be negatively affected by changes in policies and enforcement actions related to daigou, they would have explicitly stated that in their reports from November 2022 to November 2023 during which the alleged "truth" was revealed according to the Amended Complaint. I see no evidence of such commentary.

92.      Further, ten analysts in total downgraded their ratings for Estée Lauder's stock during the Proposed Class Period and the two-week period after the end of the Proposed Class Period.[173] In my experience, if these analysts believed that they had been misled by Estée Lauder about the prevalence of daigou in its travel retail sales and had consequently held more positive stock ratings for Estée Lauder than they otherwise would have, they would have explicitly stated so when they later downgraded the stock. In such instances, given my experience, analysts are keen to point to reasons, such as management concealing certain information, following a decision to downgrade a stock which they have been positive about to justify such a bold change of opinion. I see no evidence of "management blaming" in these reports or lack of awareness of

---

[172]   Specifically, 84 analyst reports published in the Alleged Corrective Disclosures Period and the subsequent two weeks, *i.e.*, from November 2, 2022 to November 15, 2023,  mentioned at least one of the following terms: "daigou," "diagou," "grey market," "gray market," "resell," or "resale." *See* **Appendix E.2.**

I note that while Dr. Cain reviewed Estée Lauder's analyst coverage during this period, he testified that he "did not review the substance or content of [the analyst] reports." Cain Deposition, 85:13-16; 114:4-15.

[173]   These analysts are: Argus (downgraded Estée Lauder's stock on May 12, 20-23, from "Buy" to "Hold"), Barclays (downgraded Estée Lauder's stock on July 20, 2023, from "Overweight" to "Equal Weight"), Jefferies (downgraded Estée Lauder's stock on July 26, 2023   from "Buy" to "Hold"), Oppenheimer (downgraded Estée Lauder's stock on June 5, 2023 from "Outperform" to "Perform"), Piper Sandler (downgraded Estée Lauder's stock on July 24, 2023, from "Overweight" to "Neutral"), Citi (downgraded Estée Lauder's stock on August 1, 2023 from "Buy" to "Neutral"), Berenberg (downgraded Estée Lauder's stock on November 2, 2023, from "Buy" to "Hold"), RBC (downgraded Estée Lauder's stock on November 2, 2023, from "Outperform" to "Perform"), TD Cowen (downgraded Estée Lauder's stock on November 8, 2023, from "Outperform" to "Perform") and Telsey (downgraded Estée Lauder's stock on November 2, 2023, from "Outperform" to "Perform").

Estée Lauder's reliance on daigous. **Table 3** below summarizes the key reasons for which analysts downgraded Estée Lauder's stock.

**Table 3. Key Reasons for Rating Downgrades of Estée Lauder's Stock[174]**

| Contributor | Key Reasons | | | |
|---|---|---|---|---|
| | China Slowdown | Slow Recovery in Travel Retail | Weakness in US or Rest of World | Cybersecurity Issues |
| Argus | X | X | | |
| Oppenheimer | X | X | X | |
| Barclays | X | X | X | X |
| Piper Sandler | X | X | X | |
| Jefferies | X | X | X | X |
| Citi | X | X | | X |
| Berenberg | X | X | | |
| RBC | X | X | | |
| Telsey | X | X | X | |
| TD Cowen | X | X | X | |

### B.    Risks Related to Potential Changes in Policies and Enforcement Actions Related to Daigou Were Well Known to Investors

1.  *Investors Understood that Changes in the Temporary COVID-Related Policies Implemented in South Korea May Affect Daigou Purchases from the Korean Duty-Free Retailers, and Hence Estée Lauder's Sales in its Travel Retail Business in South Korea*

93.    As discussed above, KCS implemented a series of *temporary* measures in 2020 which allowed daigou operators to purchase from Korean duty-free retailers without having to travel to South Korea during the COVID pandemic.[175] In my experience, investors would have understood that such policies were temporary in nature and were subject to future changes by the KCS. Further, in my experience, investors would have understood that the level of sales in South Korea's duty free sector in 2020–2022, driven by *temporary* daigou-friendly policies, might not

---

[174]    Sorted by downgrade date. *See* **Appendix G** for further details.

[175]    I understand that Professor Zhang will explain that Korean policymakers established regulated avenues for large-volume duty free sales to Chinese daigou operators from 2017–2022.

56

be sustained if such policies were to end and individual travelers/shoppers had not yet returned to South Korea.[176]

94.     Commentary in analyst reports was consistent with my view. For example, Bank of America analysts commented in 2021 that "it expected a slowdown in duty free sales in H1 2021 [in South Korea]" if the temporary COVID-related policies that had allowed daigou traders to buy directly without travelling to South Korea were to expire.[177] After KCS announced in December 2022 that the temporary daigou-friendly policies would expire after the first half of 2023,[178] equity analysts commented that such a change would "dry up" the demand from daigous

---

[176]   Relatedly, it was widely discussed in the trade press that daigou-related commission fees (fees paid by Korean duty free retailers to daigou operators to encourage their purchases) were at elevated, and "excessive" levels during the COVID period, which hurt Korean travel retailers' profitability. In my experience, investors would have understood that potential policy changes, including those affecting commission fees, could affect daigou operators' purchases and adversely impact the sales of travel retailers in South Korea. Moodie, Martin, "South Korean duty free market falls -38% in 2020; downtown sales hold up due to daigou trade," *The Moodie Davitt Report*, February 1, 2021, available at https://moodiedavittreport.com/south-korean-duty-free-market-falls-38-in-2020-downtown-sales-hold-up-due-to-daigou-trade/ ("Korean retailers usually enhance promotions, discounts and commission rates to ensure daigou price arbitrage but with daigou-related commissions at significantly heightened levels they were unable to repeat traditional practices to scale."); "2022 Hainan Travel Retail Market Whitepaper," *KPMG and The Moodie Davitt Report*, July 2022, p. 10, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2022/07/hainan-travel-retail-market-whitepaper.pdf ("In 2021…[w]hile sales through that unofficial channel [of Korean duty free] have risen, profitability has fallen due to excessive competition between retailers and soaring Daigou agent commission fees.").

[177]   Moodie, Martin, "The Shilla Duty Free posts big Q4 losses amid sustained COVID-19 troubles as Chinese daigou crackdown poses downside risk," *The Moodie Davitt Report*, February 1, 2021, available at https://moodiedavittreport.com/the-shilla-duty-free-posts-big-q4-losses-amid-sustained-covid-19-troubles-as-chinese-daigou-crackdown-poses-downside-risk/. ("In a note, BofA Global research said that it expected a slowdown in duty free sales in H1 2021 due to the 31 December expiry of a government policy that had allowed daigou traders to buy directly without travelling to South Korea.").

[178]   Previously in October 2020, KCS extended the COVID-related temporary measures indefinitely ("until further notice). But in December 2022, KCS specified that COVID-related measures will only be extended through the first half of 2023. "관세청, 재고 면세품 시중판매 허용기한 무기한 연장" ["The Korea Customs Service indefinitely extends the period for allowing the sale of duty-free goods in stock"], *SEDaily*, October 27, 2020, available at https://www.sedaily.com/NewsView/1Z9ALJY1M6/ ("The Korea Customs Service announced on the 27th that it will allow the import clearance of duty-free goods in stock until further notice in order to support the duty-free industry, which is facing a serious crisis due to the novel coronavirus infection (COVID-19)"); "외국인투자 관련 관세정책 동향 (2022년 하반기)" ["Trends in Tariff Policies Related to Foreign Investment (Second half of 2022)"], *Korea Trade-Investment Promotion Agency*, December 2022, available at https://www.investkorea.org/ik-kr/bbs/i-2966/down.do?bbs_id=05111509&ntt_sn=8&data_ty_cd=A&atfile_sn=1 ("To revitalize the duty-free industry, which has been stagnant due to the surge in unsold inventory following the outbreak of COVID-19, a

"almost overnight."[179] Additionally, Barclays analysts stated in March 2023 that "the anticipation of the change in government policy is likely resulting in destocking in the near term."[180] Moreover, in 2024, Bank of America analysts commented that "[i]n Korea, there was some anticipation from global beauty brands that Korea Customs Service would remove its support for Duty Free operators, **as it was always branded as temporary**."[181]

95.    Testimony from Estée Lauder's investors further corroborates my view. Ms. Knopf, the head research analyst covering Estée Lauder at Edgewood, Lead Plaintiffs' investment manager, testified that market participants were aware that the KCS's support for daigou-friendly duty-free policies was expected to end, stating:

> **We knew [the Korean government] had eased their policy and at some point would take the policy closer back to a normal policy**, which would affect the sort of level of support that the Korean government was giving.[182]

96.    However, it is important to note that while the inherent risks of such a policy change and the directional impact on sales in South Korea would have been generally known, investors would have understood that the exact timing, the magnitude of change, and the impact of such a

---

temporary measure to allow domestic sales of duty-free goods in stock after customs clearance* (from April 2020 onwards) has been extended until the first half of 2023 (12/01/2022).").

[179]    Nice, Victoria, "Breaking down the 'overload' in sales in F22," *Societe Generale*, May 12, 2023, p. 5 ("In December 2022, the Korean government announced plans to reverse the rules and put the focus back on physical travellers. This led demand from professional resellers to dry up almost overnight, and to a sales decline of over 70% in F23, we estimate.").

[180]    Lieberman, Lauren R., "Travel Retail: Takeaways from Expert Call," *Barclays*, March 29, 2023, p. 2.

[181]    Wallace, Ashley, "Year Ahead 2024: beauty is in the eye of the beholder," *Bank of America*, January 16, 2024, p. 18. Emphasis added. Exhibit 5 of this report refers to 2011-2022 as Korea travel retail's "daigou trade period" and shows that that at its peak, average spend per customer in Korean duty free was €30,000 (approximately USD $35,500). Average spend is converted using an average exchange rate of 1.18 USD/EUR in 2021, obtained from the Federal Reserve Bank of St. Louis. "U.S. Dollars to Euro Spot Exchange Rate," *Federal Reserve Bank of St. Louis*, available at https://fred.stlouisfed.org/series/DEXUSEU.

[182]    Knopf Deposition, 164:17-165:1. Emphasis added.

58

change in policy on Estée Lauder's sales and profits were uncertain and difficult to reliably predict based on my experience.

> 2. *Investors Understood that Daigou Purchases in Hainan May Be Subject to Regulatory Interventions and that Changes in the Daigou-Related Enforcement May Affect Daigou Purchases from the Hainan Duty-Free Retailers, and Hence Estée Lauder's Sales in its Travel Retail Business in Hainan*

97.    In the years leading up to the Proposed Class Period, the regulations in China evolved, which affected daigou activities. For example, China's E-Commerce Law, which came into effect on January 1, 2019, required individual online sellers who conduct business "through the Internet or other information networks" (including daigou resellers) to obtain a license and formally register as businesses, and thereby be subjected to tax and other compliance obligations.[183] Subsequently in 2020, Chinese authorities enacted new regulations pertaining to for-profit resale of duty-free goods purchased in Hainan.[184] In late 2021, as discussed above, the Chinese authorities announced additional measures to control violations of duty-free shopping policies in Hainan.[185]

---

[183]  "E-Commerce Law of the People's Republic of China," *IPKey*, available at https://ipkey.eu/sites/default/files/documents/resources/PRC_E-Commerce_Law.pdf; Fujino, Lauren Eiko, "China's New e-Commerce Law: Businesses Should Ready for Stronger Compliance Norms," *China Briefing*, September 25, 2018, available at https://www.china-briefing.com/news/china-new-e-commerce-law-businesses-ready-new-compliance-norms-2019/.

[184] "关于海南离岛旅客免税购物政策的公告" ["Announcement on Duty-Free Shopping Policy for Departing Passengers from Hainan Island"], 中华人民共和国财政部, 海关总署, 税务总局 [*Ministry of Finance, General Administration of Customs, and State Taxation Administration of the People's Republic of China*], June 29, 2020, available at https://www.gov.cn/zhengce/zhengceku/2020-06/29/content_5522649.htm; "关于发布海南离岛旅客免税购物监管办法的公告" ["Announcement on the Release of Regulatory Measures for Duty-Free Shopping by Departing Passengers from Hainan Island"], 中华人民共和国海关总署 [*General Administration of Customs of the People's Republic of China*], September 30, 2020, available at https://www.ndrc.gov.cn/xwdt/ztzl/hnqmshggkf/ghzc/202009/t20200930_1239950.html ("Passengers engaging in any of the following acts shall be penalized by customs under relevant laws … Purchasing duty-free goods for resale in the domestic market or commercial gain[.]").

[185]  "《海南自由贸易港免税购物失信惩戒若干规定》公布" ["Regulations on Punishments for Duty-Free Shopping Violations in Hainan Free Trade Port Published"], 海南日报 [*Hainan Daily*], December 13, 2021, available at https://www.hi.chinanews.com.cn/hnnew/2021-12-13/616253.html.

59

98.    Despite the introduction of the 2019 E-Commerce Law and the new regulations related to duty-free shopping in Hainan announced in 2020 and late 2021, market participants observed that the enforcement and effectiveness of these earlier regulations were limited.

99.    A Moodie Davitt article published on August 11, 2020 discussed that "despite the official warnings, controlling daigou spending in Hainan may be difficult, at least for smaller scale traders. 'It is difficult to tell whether a person buying items is a daigou reseller or just purchasing for friends and family.'"[186] Similarly, an article published by *WWD* on April 19, 2021 reported that "daigou — meaning shopping proxy in Chinese — continues to benefit greatly from the regional price difference, even as China's e-commerce laws have tightened the screws on the gray market."[187] After the implementation of China's new e-commerce law on January 1, 2019, daigou operators found ways to adapt and evolve. A *Jing Daily* article reported that many daigous "transform[ed] the way they do business," including shifting from purely purchasing goods on behalf of customers to acting as personal shoppers who provide styling advice, and creating invitation-only WeChat group chats to manage customer relationships and sales.[188]

100.    Between 2019-2021, market participants observed "periodic" enforcements that affected daigou (*e.g.*, some observed that the market was "heavily policed to stop the unofficial business in advance of the peak Chinese New Year") and raised the possibility of a "prolonged"

---

[186]    Moodie, Martin, "Oriental Travel Retail Observer issue two puts spotlight on Korean daigou trade into China," *The Moodie Davitt Report*, August 11, 2020, available at https://moodiedavittreport.com/oriental-travel-retail-observer-issue-two-puts-spotlight-on-korean-daigou-trade-into-china/.

[187]    Zhang, Tianwei, "Luxury Bag Price Increases in the Time of COVID-19 in China: A Ranking," *WWD*, April 19, 2021, available at https://wwd.com/accessories-news/handbags/luxury-bags-price-hikes-in-china-ranking-covid-19-chanel-louis-vuitton-dior-prada1234772125-1234772125/.

[188]    Luo, Jiaqi, "Keeping Up with the Daigous: an Industry in Flux," *Jing Daily*, April 30, 2019, available at https://jingdaily.com/posts/daigous-industry-flux.

60

enforcement in the future.[189]

101.    After the Chinese authorities announced new regulations to control violations of duty-free shopping policies in Hainan in late 2021,[190] an industry observer commented that he expected the new regulations to have "some impact" but noted that "daigous always find ways to operate."[191] Similarly, a *Business of Fashion* article dated February 8, 2022 commented that the effectiveness of the new regulations on daigou operators was unclear.[192]

102.    This uncertainty in how the new regulations would impact Estée Lauder's sales can be seen in Estée Lauder's reported sales data. For example, as shown in **Table 4** below, Estée Lauder's net sales to its largest customer (a Chinese travel retail company that the Amended Complaint states is the state-owned China Duty Free Group[193]) grew year over year in the two quarters after new regulations on violations of duty-free shopping policies in Hainan became effective on January 1, 2022. That is, net sales increased by 7% in Q3 FY 2022 and by 16% in

---

[189]    Moodie, Martin, "South Korean duty free market falls -38% in 2020; downtown sales hold up due to daigou trade," *The Moodie Davitt Report*, February 1, 2021, available at https://moodiedavittreport.com/south-korean-duty-free-market-falls-38-in-2020-downtown-sales-hold-up-due-to-daigou-trade/ ("As reported, informed observers are also deeply concerned about the potential for a prolonged crackdown by Chinese authorities on daigou imports to the Mainland through Shenzhen (ex-Hong Kong). While there have [sic] many periodic crackdowns in the past, the latest – a major swoop on Mingtong Digital City Market in Shenzhen's Futian district last month – has particularly alarmed Korean retailers and sector investors. Sources say the market is being heavily policed to stop the unofficial business in advance of the peak Chinese New Year period.").

[190]    " 《海南自由贸易港免税购物失信惩戒若干规定》公布" ["Regulations on Punishments for Duty-Free Shopping Violations in Hainan Free Trade Port Published"], 海南日报 [*Hainan Daily*], December 13, 2021, available at https://www.hi.chinanews.com.cn/hnnew/2021-12-13/616253.html.

[191]    Dimama, Elena, "Hainan tightens rules on illegal daigou trade," *DFNI*, December 7, 2021, available at https://www.dfnionline.com/latest-news/retail/hainan-tightens-rules-illegal-daigou-trade-07-12-2021/.

[192]    Suen, Zoe, "How to Tap Luxury's Hainan Opportunity," *Business of Fashion*, February 8, 2022, available at https://www.businessoffashion.com/briefings/china/how-to-tap-luxurys-hainan-opportunity/ ("[i]n a bid to help stem the trade, the Hainan government introduced new regulations last month to punish *daigou* operators and control 'seriously untrustworthy' duty free purchases on the island but it is too early to say how effective they will be.").

[193]    Amended Complaint, ¶ 2.

Q4 FY 2022.[194]

**Table 4. Estée Lauder's Quarterly Net Sales to Its Largest Customer (a Chinese Travel Retail Company)**

| Fiscal Quarter | Quarter Ending | Estée Lauder's Net Sales to Its Largest Customer in China Travel Retail | | |
| | | $ in millions | % of Total | YoY Change[1] |
| --- | --- | --- | --- | --- |
| FY 2021 Q1 | September 30, 2020 | $554 | 16% | – |
| FY 2021 Q2 | December 31, 2020 | $654 | 13% | – |
| FY 2021 Q3 | March 31, 2021 | $690 | 18% | – |
| FY 2021 Q4 [2] | June 30, 2021 | $380 | 10% | – |
| FY 2022 Q1 | September 30, 2021 | $456 | 10% | -18% |
| FY 2022 Q2 | December 31, 2021 | $596 | 11% | -9% |
| FY 2022 Q3 | March 31, 2022 | $740 | 17% | 7% |
| FY 2022 Q4 [3] | June 30, 2022 | $440 | 12% | 16% |

**Notes:**
[1] Year-over-year percent change is calculated by comparing each fiscal quarter's value to the corresponding fiscal quarter in the prior year. For example, FY 2024 Q3 is compared to FY 2023 Q3 using the formula: ((FY 2022 Q3 - FY 2021 Q3) / FY 2021 Q3) × 100. Year-over-year percent change is not calculated for FY 2021 as FY 2020 does not report data for their largest customer.
[2] Consolidated Net Sales for FY 2021 Q4 reflects the value calculated as total FY 2021 net sales attributed to the largest customer in China travel retail, minus the sum of FY 2021 Q1–Q3 net sales attributed to the largest customer in China travel retail: $380 = $2,278 (FY 2021 Annual Sales to Largest Customer) - $554 (FY 2021 Q1 Sales to Largest Customer) - $654 (FY 2021 Q2 Sales to Largest Customer) - $690 (FY 2021 Q3 Sales to Largest Customer). Percentage of Consolidated Net Sales is calculated as the derived quarterly net sales to the largest customer / the calculated quarterly net sales (total FY 2021 net sales minus the sum of Q1–Q3 net sales): 10% = $380 / ($16,215 (FY 2021 Annual Total) - $3,562 (FY 2021 Q1) - $4,853 (FY 2021 Q2) - $3,864 (FY 2021 Q3))
[3] Consolidated Net Sales for FY 2022 Q4 reflects the value calculated as total FY 2022 net sales attributed to the largest customer in China travel retail, minus the sum of FY 2022 Q1–Q3 net sales attributed to the largest customer in China travel retail: $440 = $2,232 (FY 2022 Annual Sales to Largest Customer) - $456 (FY 2022 Q1 Sales to Largest Customer) - $596 (FY 2022 Q2 Sales to Largest Customer) - $740 (FY 2022 Q3 Sales to Largest Customer). Percentage of Consolidated Net Sales is calculated as the derived quarterly net sales to the largest customer / the calculated quarterly net sales (total FY 2022 net sales minus the sum of Q1–Q3 net sales): 12% = $440 / ($17,737 (FY 2022 Annual Total) - $4,392 (FY 2022 Q1) - $5,539 (FY 2022 Q2) - $4,245 (FY 2022 Q3)).

**Sources:**
Estée Lauder Form 10-Ks for FYs 2020–2022; Estée Lauder Form 10-Qs for FYs 2020–2022.

103.    Given the past regulatory actions that affected daigou in China, in my view, investors would have understood the inherent risk that Chinese authorities might launch new enforcement actions or introduce new regulations, which may negatively affect daigou purchases from the Hainan duty-free retailers. However, given market participants' observations of the

---

[194]    Estée Lauder's net sales to its largest customer in China travel retail in Q3 FY 2022 (three months ending March 31, 2022) reached $740 million, 7% higher compared to Q3 FY 2021 ($690 million). In Q4 FY 2022, this number was $440 million, 16% higher compared to Q4 FY 2021 ($380 million). Estée Lauder Form 10-Qs for FY 2022; Estée Lauder Form 10-K for FY 2022, p. F-16.

limited effectiveness of past regulatory actions and enforcement on daigou, in my view, investors would have understood that the timing, effectiveness, and impact of evolving regulations and enforcement actions by the Chinese government on daigou, let alone on illegal daigou, were uncertain and difficult to reliably predict.

104.    Analyst commentary on prior regulatory actions corroborates my view. For example, in a report published on April 30, 2019, Macquarie analysts commented that a regulation affecting daigou in China was loosely enforced.[195] Similarly, in a report published on April 30, 2019, RBC analysts commented that "[m]anagement continues to highlight a potential slowdown in Chinese consumer spending as a risk due to higher tariffs and the limit on daigou activities. However, our early read-through work suggests none of these issues incrementally materialized during the quarter."[196]

105.    Further, in my experience, investors would have understood that Estée Lauder and its management would not have better information to foresee and gauge the risk of new regulations and/or the degree of regulatory enforcement by the Chinese government than the market/industry. Analyst commentary corroborates my view. For example, BofA analysts commented that Hainan's "tighter control on daigou (reseller) and taogou (people who use multiple identities in order to gain access to multiple duty-free allowance & thus purchase above the tax-free threshold)," which commenced in May 2023 (as discussed in greater detail below),

---

[195]    Levy, Caroline, "Expect solid 3Q result," *Macquarie Research*, April 30, 2019, p. 1 ("Moreover, Travel Retail may come in ahead of our +20% estimate, as China's enforcement of new anti-daigou rules has been lax. Korean duty-free revenue showed no slowdown in Jan/Feb, according to KDFA data. We estimate that ~20% of EL's Travel Retail sales are in affected countries (Korea, Japan and HK), and continue to watch for any change in enforcement/oversight by the Chinese government.").

[196]    Modi, Nik, "F3Q'19 Preview & Cheat Sheet," *RBC*, April 30, 2019, p. 1.

**"came as a surprise to all the beauty companies."**[197, 198]

106.    Moreover, in my experience, investors would have also understood that Estée Lauder and its management would not be able to reliably estimate the extent of daigou activities associated with its sales, or the portion of its sales that is subject to regulatory risks.[199] As discussed above, most brands in Hainan operated under the DFO wholesale model, under which brands have limited direct control over store management, pricing, and customer engagement.[200]

---

[197]    Wallace, Ashley, "Year Ahead 2024: beauty is in the eye of the beholder," *Bank of America*, January 16, 2024, p. 18.

[198]    The Bank of America analysts' commentary is consistent with statements by other analysts, prestige beauty companies and industry participants. For example, RBC analysts commented in a report dated October 27, 2023 that "Asia travel retail faced greater than expected headwinds in Hainan as government enforcement action on daigous was **suddenly stepped up**." Modi, Nik, "F1Q'24 Preview - The Trough Quarter?," *RBC*, October 27, 2023, p. 1. Emphasis added. L'Oréal stated at its earnings call on July 28, 2023 that "[i]n Hainan, however, there's been a **clear deterioration between the first and the second quarter**. As you know, in mid-May, the authorities started to exercise **much tighter control** over the daigou trade to preserve what they call Hainan's golden brands, and Travel Retail operators have consequently refocused on the individual traveler. This has had a severe impact on industry-wide sell-out." L'Oréal described this shift of focus to individual travelers as a "new paradigm in Hainan." L'Oréal, FH1 2023 Earnings Call Transcript, July 28, 2023, p. 8. Emphasis added. In addition, *the Moodie Davitt Report* described the May 6, 2023 conference where Hainan authorities discussed intensified enforcement against tao-daigou as a "seminal conference." Moodie, Martin, "Hainan authorities step up crackdown on daigou business to protect offshore duty free's 'Golden Brand'," *The Moodie Davitt Report*, May 16, 2023, available at https://moodiedavittreport.com/hainan-authorities-step-up-crackdown-on-daigou-business-to-protect-offshore-duty-frees-golden-brand/ ("The Hainan authorities yesterday stepped up their efforts to crack down on smuggling of duty free goods by 'purchasing agents' (taogou and daigou traders) following a seminal conference on 6 May.").

[199]    I note that some analysts interviewed experts who attempted to estimate the size of daigou sales in Hainan at particular points in time. However, due to the poor visibility that is inherent to daigou, these estimates of the percentage of sales in Hainan that were attributable to daigou lacked precision.

For example, Jefferies analysts reported two significantly different estimates of the share of Hainan's duty free sales attributable to daigou operators, based on conversations with different experts. In August 2021, Jefferies reported an estimate that daigou accounted for approximately 5 percent of Hainan's duty free sales, based on its discussion with a professor at Hainan University. Later in a report published just a few months later in February 2022, Jefferies reported an estimate of 60 percent based on a discussion with a daigou operator. *See* Ling, Anne, "Key Takeaways from China Duty-Free Expert Call," *Jefferies*, August 5, 2021, pp. 1-2 ("We hosted an expert call with a professor from Hainan University yesterday… Restrictions on Daigou however is not likely to have a big impact on duty-free sales as it is only ~ 5% of the total sales, according to our expert"); Wissink, Stephanie, "Beauty Secrets Buzzworthy Beauty Industry Insights," *Jefferies,* February 17, 2022, p. 4 ("During the pandemic, the expert's primary sourcing destination shifted from South Korea, to Hainan taking 20% of the value and becoming the 2nd-largest source. Based on his own observations, the expert estimates Daigou makes up 60% of Hainan DF sales.").

[200]    Yan, Jonathan and Laurent Doucet, "The Hainan Travel Retail Opportunity: How Can Brands Capitalize On Hainan's Travel Retail Boom?," *Roland Berger*, January 2022, p. 7, available at https://www.rolandberger.com/publications/publication_pdf/RB_PUB_Sanya_20220126.pdf; Kim, Aimee, Alex Sawaya, and Michael Straub, "Hainan's $40 billion prize: The new battleground for global luxury," *McKinsey &*

64

As discussed by *Roland Berger*, while "[t]his model has been in place for a long time and has been successful in generating sales volume and supporting brand expansion," there are several key risks associated, including, for example, supply chain misalignment (*i.e.*, lack of real-time inventory visibility causes overstock/understock) and "[**l]ack of visibility over end-consumer data**."[201] Consistent with *Roland Berger*'s explanation, Re-Hub's report titled "Daigou Index 2.0" commented that "brands are not always aware of the scale and dynamics that sit behind this side of the grey market in China."[202]

107.     Indeed, Estée Lauder's peer company L'Oréal stated in 2021 that it was "very hard to tell" what proportion of its sales in Hainan "[were] daigous"[203] and reiterated in 2023 that "[a]s far as the weight of daigou, frankly, it's very hard to know."[204]  Based on my review of prestige beauty companies' annual and quarterly reports, earnings releases, and earnings call transcripts, Estée Lauder's main publicly-traded competitors in the prestige beauty space, including L'Oréal, LVMH (beauty), Shiseido, Procter & Gamble, Amorepacific, LG H&H, and L'Occitane,[205] did not discuss the proportion of their travel retail sales that were made to daigou operators between 2019 and 2025.[206]

---

*Company*, July 2021, p. 5, available at https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury.

[201]  Yan, Jonathan and Laurent Doucet, "The Hainan Travel Retail Opportunity: How Can Brands Capitalize On Hainan's Travel Retail Boom?," *Roland Berger*, January 2022, p. 7, available at https://www.rolandberger.com/publications/publication_pdf/RB_PUB_Sanya_20220126.pdf. Emphasis added.

[202]  "The Daigou Index 2.0," *Re-Hub*, available at https://www.rehub.tech/reports-and-cases/the-daigou-index-2-0.

[203]  Sales/Trading Statement Call, L'Oréal, October 21, 2021, p. 11.

[204]  FY 2023 H1 Earnings Call Transcripts, L'Oréal, July 28, 2023, p. 18.

[205]  Based on *Euromonitor* data, these companies represented Estée Lauder's largest publicly traded competitors in China's Prestige Beauty & Personal Care market, as measured by their market shares between 2017 and 2022. Ottenstein, Robert, "On Asia Travel Retail, resellers or daigou," *Evercore ISI*, June 1, 2023, p. 18.

[206]  My review covered these companies' discussions regarding their exposure to daigou activities in their (i) annual and quarterly reports, (ii) earnings releases and (iii) earnings calls between January 1, 2019 and December 31, 2025,

65

108.    Given this limited visibility, investors would have understood that Estée Lauder's management would not be able to reliably estimate the extent of daigou activities associated with its sales at Hainan's duty free malls, let alone the extent of illegal daigou that may be subject to future regulatory intervention. Consistent with my view, Ms. Knopf, the head research analyst covering Estée Lauder at Edgewood, Lead Plaintiffs' investment manager, testified that she agreed with the statements in a 2021 *Vogue* article that "Luxury brands' relationships with daigous are not straightforward and their economic implications are difficult to quantify" and that "[b]rands themselves don't know for sure the volume or value of product bought by daigou shoppers."[207] Ms. Knopf further testified that it was "nearly impossible" for either Estée Lauder or analysts to quantity the excess inventory carried by daigou.[208]

## V.    BASED ON MY EXPERIENCE IN THE LUXURY GOODS AND RETAIL INDUSTRY, I WOULD NOT EXPECT THAT THE ALLEGEDLY OMITTED INFORMATION WOULD HAVE IMPACTED INVESTORS' VALUATION OF ESTÉE LAUDER'S STOCK BECAUSE THIS INFORMATION WAS ALREADY KNOWN TO INVESTORS

109.    Plaintiffs claim that Defendants made eight Alleged Misstatements related to Estée

---

searching for daigou-related key search terms, including "daigou," "diagou," "grey market," "gray market," "resell," or "resale."

I note that during Shiseido's earnings call on May 12, 2025, in response to an analyst's question, Shiseido made the following statement "regarding the daigou, for Travel Retail in particular, it posted negative growth in Q1 but I think the situation has improved significantly. First, in-store inventories and then our on-hand inventories are drastically decreasing. In particular, the turnover rate of inventories has been improving considerably. **The other is the sales ratio of daigou and regular tourists. We have also set targets, and our teams on retail front are working toward this goal**." (Emphasis added.) However, Shiseido did not discuss what was its target "ratio of daigou and regular tourists" in its customer base or explain how it planned to achieve this target. FY2025 Q1 Financial Results, Shiseido Company, May 12, 2025, p. 26.

[207]    Knopf Deposition, 150:12-151:4; Biondi, Annachiara, "China's Daigou Personal Shoppers Aren't Going Away," *Vogue*, April 7, 2021, available at https://www.vogue.com/article/china-daigou-not-going-away.

[208]    Knopf Deposition, 167:20-169:18.

Lauder's travel retail business during the Proposed Class Period.[209] As I discuss below, based on my experience in the luxury goods and retail industry as well as my review of trade press, consulting reports, industry reports and analyst reports, daigou was a well-known part of prestige beauty distribution, and investors understood that sales to daigou operators were prevalent in Estée Lauder's travel retail business. In addition, investors understood that the precise proportion of Estée Lauder's sales to daigou operators (and, in particular, the proportion of sales attributable to illegal daigou activity subject to the risk of regulatory enforcement) were difficult for Estée Lauder and its management to reliably quantify. Therefore, I would not expect the Alleged Misstatements made in the context of discussing the Company's travel retail sales to have been interpreted by investors as excluding daigou, and/or indicating that Estée Lauder would be immune to changes in daigou related enforcement actions or regulations in China.  Further, I would not expect that a disclosure that a portion of Estée Lauder's sales in Travel Retail goes through unregulated channels and may be subject to the risk of regulatory enforcement, but the precise amount is not known, would have impacted investors' valuation of Estée Lauder's stock during the Proposed Class Period because this information was already known to investors.

110.    In contrast to my research and analysis as discussed below, Dr. Cain stated that his understanding of Plaintiff's theory that Estée Lauder allegedly "concealed the fact that [its] sales growth in the Company's Asia travel retail segment was driven by the prohibited gray market resale industry … known as daigou" was solely based on his review of the Amended

---

[209]   I understand that the alleged misstatement Estée Lauder made on February 3, 2022, stating that "Global travel retail sales increased double digits, reflecting continued growth from Asia/Pacific, despite ongoing travel restrictions there during much of the second quarter of fiscal 2022," was dismissed by the court. *See* MTD Ruling, p. 7.

Complaint.[210] He testified that he did not independently conduct any analysis to determine whether the Alleged Misstatements would have impacted investors' valuation of Estée Lauder's stock in light of the known prevalence of daigou before and during the Proposed Class Period.[211]

111.    For purpose of analyzing the Alleged Misstatements, I group them into three categories:

a.    Category 1: Alleged Misstatements related to *historical* growth in Estée Lauder's travel retail business;[212]

b.    Category 2: Alleged Misstatements related to expectations of *future* growth or recovery in Estée Lauder's travel retail business, made *before* May 6, 2023 (when it was announced that Hainan authorities were to intensify the enforcement actions on smuggling activities known as tao-daigou[213]);[214] and

c.    Category 3: Alleged Misstatements related to expectations of *future* growth or recovery in Estée Lauder's travel retail business, made *after* May 6, 2023.[215]

---

[210]    Cain Report, ¶ 16, footnote 3 ("The following overview section summarizes the allegations in the Complaint as context for Plaintiffs' claims. I make no findings or opinions as to these allegations. . .").

[211]    Dr. Cain testified that to evaluate the value impact of the alleged misrepresentations, he would typically examine "the stock price movements around corrective disclosures" and consider "whether those corrective disclosures are actually corrective of the alleged misrepresentations." He further testified that he had not formed an opinion on whether any alleged corrective disclosures were, in fact, corrective of any alleged misrepresentation. Cain Deposition, 90:13-25, 188:14-189:2.

[212]    This category includes Alleged Misstatements that are described as allegedly material omissions in the MTD Ruling. *See* MTD Ruling, pp. 6-10.

[213]    "海南省打击走私工作会议强调 端正思想认识 扛起政治责任 打好治理离岛免税套代购 '走私攻坚战'" ["Hainan Province Anti-Smuggling Work Meeting Emphasizes Correct Ideological Understanding Shoulder Political Responsibility Fight the Offshore Duty-Free 'Tao-daigou' Smuggling Battle"], 澎湃新闻 [*The Paper*], May 6, 2023, available at https://www.thepaper.cn/newsDetail_forward_22988886 ("On May 6, the Hainan Province Anti-Smuggling Work Meeting was held in Haikou to implement General Secretary Xi Jinping's important instructions on preventing and controlling 'tao-daigou' smuggling, and to deploy key anti-smuggling tasks in the province.").

[214]    This category includes Alleged Misstatements that are described as "forward-looking statements [that] contain actionable present-day half-truths material omissions" or "actionable" opinions in the MTD Ruling and were made before May 6, 2023. *See* MTD Ruling, pp. 10-12.

[215]    This category includes one Alleged Misstatement that is described as a "forward-looking statement[] [that] contain[s] actionable present-day half-truths material omissions," made after May 6, 2023. *See* MTD Ruling, pp. 10-11.

A.     **Category 1**: Alleged Misstatements Related to Historical Growth in Estée Lauder's Travel Retail Business

112.    Category 1 includes two Alleged Misstatements related to the historical growth in Estée Lauder's travel retail business on February 3, 2022 and June 2, 2022, respectively ("Category 1 Alleged Misstatements"):[216]

   a.    February 3, 2022, Estée Lauder Form 10-Q: "***Net sales increased in our*** travel ***retail business in both periods, reflecting continued strength of our brands with the Chinese consumer***, the easing of travel restrictions, which drove increased traffic levels compared to the prior-year periods, and continued success of hero product franchises from La Mer, Origins, Clinique, Jo Malone London and Tom Ford Beauty."

   b.    June 2, 2022, Estée Lauder Investor Conference: Mr. Freda (CEO of Estée Lauder) "Then I believe that one of the most important opportunities globally in beauty is the development of the Hainan duty-free space, which we believe is just the beginning of the journey.

           …

           And that's explained—by the way, ***the incredible results in travel retail*** during the COVID Western lockdowns [were] ***because Hainan was more than*** substituting ***the amount of travelers in airports around the world*** just because it was domestic travel duty-free in China. So huge opportunity, this will continue."

113.    Regarding the Alleged Misstatements in Category 1, Plaintiffs claim that Defendants failed to disclose that the increase in Estée Lauder's travel retail business was due to daigou.[217] Plaintiffs allege that these omissions misled investors and "artificially inflated or artificially maintained" Estée Lauder's stock price during the Proposed Class Period.[218]

---

[216]   MTD Ruling, pp. 2-3. The allegedly misrepresented parts of the statements are bolded and italicized as they appear in the MTD Ruling.

[217]   Amended Complaint, ¶¶ 32, 108, 144, 161. *See also* MTD Ruling, pp. 6-7.

[218]   Amended Complaint, ¶ 32, 108, 129. I note that Plaintiffs do not specify which Alleged Misstatement "artificially inflated" Estée Lauder's stock price and which Alleged Misstatement "artificially maintained" Estée Lauder's stock price in the Amended Complaint.

69

114.      However, as discussed in **Section IV.A**, daigou was a well-known part of prestige beauty distribution, and investors understood that sales to daigou operators were prevalent, particularly for luxury brands such as Estée Lauder's La Mer. Further, Hainan and South Korea duty free stores were known by investors to be key daigou hubs for prestige beauty products such as those sold by Estée Lauder. In addition, in my experience, investors understood that the proportion of Estée Lauder's sales to daigou operators (and, in particular, the proportion of sales attributable to illegal daigou activity subject to the risk of regulatory enforcement) were difficult for Estée Lauder and its management to reliably quantify. Thus, based on my experience in the luxury goods and retail industry as well as my review of trade press, consulting reports, industry reports and analyst reports, I would not expect the Category 1 Alleged Misstatements made in the context of discussing the Company's travel retail sales to have been interpreted by investors as excluding daigou.[219] Indeed, Ms. Knopf, the head research analyst covering Estée Lauder at

---

[219]   I further note that in the February 3, 2022 Alleged Misstatement, Estée Lauder attributed the growth in its travel retail business to "continued strength" of its brands. In my experience, this statement would not have been viewed by investors as inconsistent with the prevalence of daigou, because daigou can be an implicit signal of brand strength. *See* Hall, Casey, "How Small Brands Cut Through Singles' Day Noise," *Business of Fashion*, November 12, 2020, available at https://www.businessoffashion.com/briefings/china/how-small-brands-cut-through-singles-day-noise/ ("'I just signed an affordable luxury fashion label that is extremely hot with daigou (grey market) sellers and Tmall are aggressively approaching us, jumping all over us to get the store up and going, to do Double 11. If you are in that range, if you are a fashion brand that is getting some heat, growing fast, interesting, a bit sexy, you will get tonnes of support from these platforms,' [Charles Kao, president of South Korean beauty firm Amorepacific Group's China division] added."); Zheng, Ruonan, "Will Daigou Help Brands Survive COVID-19?," *Jing Daily*, July 1, 2020, available at https://jingdaily.com/posts/will-daigou-help-brands-survive-covid-19 ("Daigou can also act as consultants, as they often have valuable information about popular products and price sensitivities. Like Chen's daigou, they can usually spot which products sell well and why, and they tailor each sale to suit the client's needs. Brands could surely use this information to prioritize sought-after, limited-edition products, or consider strategic offers that fall in line with daigou requests."); Vernon, Hayden, "The 'Daigou' Sellers Making Thousands By Buying Luxury Goods in the UK," *VICE*, October 29, 2019, available at https://www.vice.com/en/article/daigou-china-luxury-goods-money-maker/ ("Like a lot of daigou, [the interviewee] focused on the luxury market, with brands like Chanel, Hermes and Bulgari popular among her customers.").

Consistent with my view, Ms. Knopf, the head research analyst covering Estée Lauder at Edgewood, Lead Plaintiffs' investment manager, testified that the popularity of a brand "[d]rives daigou interest." *See* Knopf Deposition, 160:2-19 ("Q. Looking at the last sentence of that section, it says, Barclays writes at the end of the day we think is most critical is that strong demand for the products themselves is ultimately what enables/causes daigou to exist. Do you see that? A. Yes. Q. Do you agree with that statement? … A. I do. If it's not a popular brand then people wouldn't try to get it on sale. Q. So the -- the popularity of a brand is -- A. Drives daigou interest, which is what Ms. Lieberman is saying. Q. Understood. And you agree with that? A. I agree with that.").

70

Edgewood, Lead Plaintiffs' investment manager, testified that daigou activity in the prestige beauty travel retail market in China and Korea was a "known practice" during Edgewood's investment period.[220]

115.    Further, based on my experience in the luxury goods and retail industry as well as my review of trade press, consulting reports, industry reports and analyst reports (as discussed above), I would not expect a disclosure that a portion of Estée Lauder's sales in Travel Retail goes through unregulated channels and may be subject to the risk of regulatory enforcement, but the precise amount is not known, would have impacted investors' assessment of the Company's outlook (and hence its share price) because this information was already known to investors.

**B.    Category 2: Alleged Misstatements Related to Future Growth in Estée Lauder's Travel Retail Business Made Before May 6, 2023**

116.    Category 2 includes five Alleged Misstatements made on May 3, 2022, August 18, 2022, November 2, 2022, February 2, 2023, and May 3, 2023 ("Category 2 Alleged Misstatements"):[221]

a.    <u>May 3, 2022, Estée Lauder Earnings Call</u>: Mr. Freda (CEO of Estée Lauder) stated that "But also, we have seen historically, that also the bounce-back can be a very strong, because when these restriction finish, people travel domestically very fast and very happily. And ***so the confidence into Hainan future is unchanged actually increased given the incredible development of the place*** and the confidence in online is very strong."

b.    <u>August 18, 2022, Estée Lauder Investor Conference</u>: Mr. Freda (CEO of Estée Lauder) stated that "we do expect for the full year, China to go back growing

---

[220]    Knopf Deposition, 134:23-135:3 ("Q. So -- so keeping it on daigou, China and Korea, no secret that daigou was occurring in the prestige beauty travel retail market during the Edgewood investment period, right?... A. I would not say it was a secret."); 169:7-18 ("Q. So fair to say that daigou was a widespread practice that came with doing business in China and Korea for prestige beauty brands, correct?... A. I don't know how much you mean by "widespread." Q. It was a known practice that came with doing business in China and Korea, correct?... A. Correct.").

[221]    MTD Ruling, pp. 2-4. The allegedly misrepresented parts of the statements are bolded and italicized as they appear in the MTD Ruling.

double digit. We expect strong recovery in Hainan in the second part, in the second semester of the fiscal year, for sure, a gradual recovery before. That's our assumption, which obviously is going to give us also results in market share.

. . .

We believe the Hainan—despite the current lockdown, which is obviously painful in the short term, but is a super strong opportunity for the long term, *the power of Hainan in the future remain[s] intact, and we have strong presence and market share in this operation*."

c.  November 2, 2022, Estée Lauder Press Release: "For fiscal 2023, we are lowering our outlook primarily to reflect tighter inventory management in Asia travel retail, given reduced traffic as a result of COVID-19 restrictions, tightening of inventory by some retailers in the United States, and a greater negative impact from the far-stronger U.S. dollar. *We anticipate sequential acceleration to strong organic sales and adjusted EPS growth in the second half of our fiscal year as these pressures begin to abate,* momentum continues to build in other areas of our business, and our ongoing investments in innovation and advertising drive growth. Our optimism in the long-term growth opportunities for our brands and for prestige beauty remains intact. Reflecting our confidence, today we raised our quarterly dividend."

d.  February 2, 2023, Estée Lauder Earnings Call: Ms. Travis (CFO of Estée Lauder) stated that "We do expect that—we will—two things, *one is inventory levels are still coming down in Hainan*. They are almost at the level that we would expect sales to accelerate. *So yes, we should start to see an inventory build related to the shipments that we expect to see in Q4*.

In Korea, again, the pace is a little bit more uncertain given the transitory nature of what's going on right now. So we do anticipate, as I mentioned in the prepared remarks, that we will start to see resumption of travel in Korea. And depending on the pace of that resumption, that will depend on the amount of shipments that we have in the quarter. But we have taken obviously an assumption there. *We are sitting on a decent amount of inventory even in our own warehouses to supply the sales that we expect to see in the fourth quarter*."

e.  May 3, 2023, Estée Lauder Earnings Call: Mr. Freda (CEO of Estée Lauder) stated that "Our retail sales growth was even stronger than organic sales growth in many markets around the world, including China and the US. *Encouragingly, retail sales performance is significantly ahead of organic sales results in Global travel retail, which gives us confidence that the challenges in travel retail are abated with time*."

Ms. Travis (CFO of Estée Lauder) stated that "I think the thing that gives us more comfort now on a more continuous steady progression of recovery is the fact that the COVID restrictions have been lifted. And so *what we were experiencing before with our travel retail business is the volatility related to just some of the COVID restrictions and the flow of traffic in travel and people's comfort with travel, so that gives us more comfort that we're going to see a recovery*."

72

117.    Plaintiffs claim the above Alleged Misstatements to be materially false and misleading because Defendants allegedly knew that the new regulations that became effective on January 1, 2022 (and the state-owned China Duty Free Group's announced commitment to control tao-daigou in 2021) "significantly altered [the company's] ability to continue depending on gray market resale to drive its travel retail growth" but failed to disclose that.[222, 223] In addition, Plaintiffs allege that through these Alleged Misstatements, Defendants falsely "reassured" investors that the decline in sales would be "abated with time" and that the Company was "going to see a recovery."[224] Plaintiffs claim that these Alleged Misstatements misled investors and "artificially inflated or artificially maintained" Estée Lauder's stock price during the Proposed Class Period.[225]

118.    As discussed in **Section IV.A**, Hainan was known to investors as one of the key daigou hubs. Further, it was widely discussed in the trade press that daigous continued to operate after new regulations to control violations of duty-free shopping policies became effective on January 1, 2022.[226] As discussed in **Section IV.B**, investors would have understood the inherent

---

[222]    Amended Complaint, ¶¶ 146, 163, 165, 167, 170. *See also* MTD Ruling, pp. 11-12.

[223]    I note that at the time the February 2, 2023 and May 3, 2023 Alleged Misstatements were made, Estée Lauder discussed the negative impact from KCS ending the temporary daigou-friendly policies implemented during the pandemic. *See* FY 2023 Q2 Earnings Call Transcript, Estée Lauder, February 2, 2023, p. 3 ("[T]he recently announced potential rollback of COVID-related supportive measures in Korea duty free are creating a near-term transitory pressure to our business with our Korea duty free retailers."); FY 2023 Q3 Earnings Call Transcript, Estée Lauder, May 3, 2023, p. 9 ("Korea, we talked about in the last call in terms of what happened in Korea. We basically have a change in the rollback of COVID-19-related supportive measures with Korean duty-free operators, and that too was pretty sudden in the third quarter. The expectation is that we will see travelers come back to Korea and come back to duty-free shopping in Korea, but that has not happened yet.").

[224]    Amended Complaint, ¶¶ 165, 167, 170.

[225] Amended Complaint, ¶ 129, 146, 163, 165, 167, 170. I note that Plaintiffs do not specify which Alleged Misstatement "artificially inflated" Estée Lauder's stock price and which Alleged Misstatement "artificially maintained" Estée Lauder's stock price in the Amended Complaint.

[226]    *See* **Section IV.A.2** above.

73

risks that Chinese authorities might launch new enforcement actions or introduce new regulations to further curtail some daigou activities. In addition, investors understood that the proportion of Estée Lauder's sales to daigou operators (and, in particular, the proportion of sales attributable to illegal daigou activity subject to the risk of regulatory enforcement) were difficult for Estée Lauder and its management to reliably quantify. Thus, I would not expect the Category 2 Alleged Misstatements made in the context of discussing the Company's travel retail sales to have been interpreted by investors as excluding daigou, or indicating that Estée Lauder would be immune to changes in daigou related enforcement actions or regulations in China. Indeed, as discussed above, Ms. Knopf, the head research analyst covering Estée Lauder at Edgewood, Lead Plaintiffs' investment manager, testified that daigou activity was a "known practice" during Edgewood's investment period.[227] She also testified that daigou activity in Estée Lauder's business and the associated potential regulatory risks "was a hot topic in the spring of 2023,"[228] reflecting that investors were actively discussing, monitoring, and considering these issues during the Proposed Class Period.

119.    Further, as it relates to the Category 2 Alleged Misstatements, based on my experience in the luxury goods and retail industry as well as my review of trade press, consulting reports, industry reports and analyst reports (as discussed above), I would not expect a disclosure that a portion of Estée Lauder's sales in Travel Retail goes through unregulated channels and may

---

[227]    Knopf Deposition, 134:23-135:3 ("Q. So -- so keeping it on daigou, China and Korea, no secret that daigou was occurring in the prestige beauty travel retail market during the Edgewood investment period, right?... A. I would not say it was a secret."); 169:7-18 ("Q. So fair to say that daigou was a widespread practice that came with doing business in China and Korea for prestige beauty brands, correct?... A. I don't know how much you mean by "widespread." Q. It was a known practice that came with doing business in China and Korea, correct?... A. Correct.").

[228]    Knopf Deposition, 170:13-171:4 ("Q. So during -- during COVID, it's fair to say that daigou activity in Estée Lauder's products and the associated potential regulatory risks related to daigou was well known to sophisticated investors during COVID. Correct?... A. It was a hot topic in the spring of 2023. …Q. It was a hot topic industry-wide, correct? A. During this period, correct.").

be subject to the risk of regulatory enforcement, but the precise amount is not known, would have impacted investors' assessment of the Company's outlook (and hence its share price) because this information was already known to investors.

**C.**     **Category 3:** Alleged Misstatements Related to Future Growth in Estée Lauder's Travel Retail Business Made After May 6, 2023

120.    Category 3 includes one Alleged Misstatement made on August 18, 2023 ("Category 3 Alleged Misstatement"):[229]

> August 18, 2023, Estée Lauder Earnings Call: Ms. Travis (CFO of Estée Lauder) stated "[a]nd *we have no concerns whatsoever about travel retail growing with traveling consumers.* It's a timing issue for us right now. And so I just want to really underscore that. *It's a pretty—it's having a timing issue that's having a big short-term temporary impact for us.* But we are not concerned at all about what we have shared with you in the past in terms of our strategy to continue to grow travel retail globally and certainly in all of our markets in Asia."

121.    Plaintiffs allege the above misstatement to be materially false and misleading because Defendants continued to mislead investors that "China's severe government crackdowns on daigou activity as 'a timing issue' with a 'big short-term temporary impact'" and failed to disclose that the government's "enforcement actions" to control illegal daigou activity has put an end to Estée Lauder's historical growth in travel retail business through sales to daigou operators. [230] Plaintiffs claim that the above Alleged Misstatement misled investors and "artificially inflated or artificially maintained" Estée Lauder's stock price during the Proposed

---

[229]    MTD Ruling, pp. 4-5. The allegedly misrepresented parts of the statements are bolded and italicized as they appear in the MTD Ruling.

[230]    Amended Complaint, ¶ 172. *See* also MTD Ruling, p. 11.

Class Period.[231]

122.    As discussed in **Section IV.A**, Hainan was known to investors as one of the key daigou hubs. Further, it was widely discussed in the trade press that daigous continued to operate after new regulations to control violations of duty-free shopping policies became effective on January 1, 2022.[232] As discussed in **Section IV.B**, investors would have understood the inherent risks that Chinese authorities might launch new enforcement actions or introduce new regulations to further curtail some daigou activities. In addition, investors understood that the proportion of Estée Lauder's sales to daigou operators (and, in particular, the proportion of sales attributable to illegal daigou activity subject to the risk of regulatory enforcement) were difficult for Estée Lauder and its management to reliably quantify.

123.    In addition, by the time that the August 18, 2023 Alleged Misstatement was made, investors would have been well aware of the changes in Hainan government's enforcement on daigou announced on May 6, 2023.[233] Before the August 18, 2023 earnings call, analyst commentary discussed the related negative impact on Estée Lauder and their expectation of reduced daigou activity in Hainan in the future. For example, Evercore ISI analysts commented

---

[231]    Amended Complaint, ¶¶ 129, 172.  *See* also MTD Ruling, p. 11. I note that Plaintiffs do not specify whether the Category 3 Alleged Misstatement "artificially inflated" or "artificially maintained" Estée Lauder's stock price in the Amended Complaint.

[232]    *See* **Section IV.A.2** above.

[233]    On May 6, 2023, Hainan provincial leaders held a special meeting and discussed their plan to intensify the enforcement on tao-daigou smuggling activities in Hainan's duty-free sector.  "海南省打击走私工作会议强调 端正思想认识 扛起政治责任 打好治理离岛免税套代购 '走私攻坚战'" ["Hainan Province Anti-Smuggling Work Meeting Emphasizes Correct Ideological Understanding Shoulder Political Responsibility Fight the Offshore Duty-Free 'Tao-daigou' Smuggling Battle"], 澎湃新闻 [*The Paper*], May 6, 2023, available at https://www.thepaper.cn/newsDetail_forward_22988886; "海南：调度打击治理离岛免税 '套代购' 走私工作" ["Hainan: Dispatch and Strike Governance of Offshore Duty-Free 'Tao-daigou' Smuggling Operations"], 中国新闻网 [*Chinanews*], June 1, 2023, available at https://www.hi.chinanews.com.cn/hnnew/2023-06-01/681003.html ("On May 31, the provincial government held a special meeting to dispatch and strike governance of offshore duty-free 'Tao-daigou' smuggling operations, and to discuss improving regulatory systems and other matters.").

in a report published on August 3, 2023 that "China cracked down on Daigou in Hainan as well" and that "[w]e suspect Daigou is probably moving elsewhere."[234] Barclays analysts commented on August 7, 2023 that "Hainan will likely remain troubled near term," "daigou is unlikely to recover medium term," and noted that several prestige companies including L'Oréal and Beiersdorf, expressed caution on Hainan.[235] Moreover, on August 15, 2023, RBC analysts discussed the "restrictions on Hainan daigous," referencing "recent major development called out by Beiersdorf, Shiseido, and L'Oréal is the tightening of restrictions in Hainan on daigous by the Chinese government starting in the May/June timeframe."[236]

124.    Thus, I would not expect the Category 3 Alleged Misstatement made in the context of discussing the Company's travel retail sales to have been interpreted by investors as excluding daigou or indicating that Estée Lauder would be immune to changes in daigou related enforcement actions or regulations in China. Indeed, as discussed above, Ms. Knopf, the head research analyst covering Estée Lauder at Edgewood, Lead Plaintiffs' investment manager, testified that daigou activity in Estée Lauder's business and the associated potential regulatory risks "was a hot topic in the spring of 2023."[237]

125.    Further, as it relates to the Category 3 Alleged Misstatement, based on my

---

[234]    Ottenstein, Robert, "Beiersdorf: Asia to stabilize in December quarter," *Evercore ISI*, August 3, 2023 ("Daigou of beauty products is unlikely to go away. … We suspect Daigou is probably moving elsewhere, considering that La Prairie sales tripled in Hong Kong, Japan, Singapore and Thailand, and Beiersdorf spoke of strength in Australia, where Korean operator Lotte just opened a duty-free mall. … China cracked down on Daigou in Hainan as well[.]").

[235]    "On the Road to Hainan: Walking round an empty mega mall," *Barclays*, August 7, 2023, pp. 2, 6.

[236]    Modi, Nik, "F4Q'23 Preview – It's Bad...But How Bad?," *RBC*, August 15, 2023, p. 2. This report was published before Estée Lauder's August 19, 2023 earnings call where the Company first discussed the negative impact from Hainan's "enforcement actions to control Daigou activity." FY 2023 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2023, p. 3.

[237]    Knopf Deposition, 170:13-171:4 ("Q. So during -- during COVID, it's fair to say that daigou activity in Estée Lauder's products and the associated potential regulatory risks related to daigou was well known to sophisticated investors during COVID. Correct?... A. It was a hot topic in the spring of 2023. …Q. It was a hot topic industry-wide, correct? A. During this period, correct.").

experience in the luxury goods and retail industry as well as my review of trade press, consulting reports, industry reports and analyst reports (as discussed above), I would not expect a disclosure that a portion of Estée Lauder's sales in Travel Retail goes through unregulated channels and may be subject to the risk of regulatory enforcement, but the precise amount is not known, would have impacted investors' assessment of the Company's outlook (and hence its share price) because this information was already known to investors.

## VI.    SEVERAL NEGATIVE DEVELOPMENTS, UNRELATED TO THE ALLEGED MISSTATEMENTS, TRANSPIRED FROM NOVEMBER 2022 TO NOVEMBER 2023 THAT NEGATIVELY AFFECTED INVESTORS' ASSESSMENT OF ESTÉE LAUDER'S OUTLOOK AND HENCE THE COMPANY'S SHARE PRICE

126.    Plaintiffs claim that the alleged truths were "revealed to the market through a series of five (5) corrective disclosures and/or materializations of concealed risk from November 2, 2022 through November 1, 2023."[238] According to the Amended Complaint, Estée Lauder's stock price declined on these five days "as a direct and proximate result" of such alleged "corrective disclosures and/or materialization of foreseeable risks concealed."[239] However, as I discuss in this section, several negative developments *unrelated* to the Alleged Misstatements occurred during this period (between November 2022 and November 2023), including:

a.    Slower-than-expected growth in China's macroeconomy in general (*see* **Section VI.A**);

b.    Slower-than-expected growth in the Chinese prestige beauty market (*see* **Section VI.B**).

c.    Worsening macroeconomic conditions in the U.S. (*see* **Section VI.C**);

d.    Stronger U.S. Dollar (*see* **Section VI.D**);

e.    Disruption in Israel and the Middle East (*see* **Section VI.E**);

---

[238]    Amended Complaint, ¶ 180.

[239]    Amended Complaint, ¶¶ 185, 196, 208, 218, 231.

127. As discussed below, in my experience, all these developments relate to factors that are fundamental drivers of investment valuation in the prestige beauty industry. These factors shape investors' expectations of consumer demand for prestige beauty products. Therefore they have a direct impact on a company's sales and profitability, and investors' assessment of a company's value. In my opinion, these developments *unrelated* to the Alleged Misstatements negatively affected investors' assessment of Estée Lauder's outlook and hence the Company's share price. My view is consistent with analyst commentary at the time.

128. In contrast to my research and analysis as discussed below, Dr. Cain has not conducted any independent research or analysis to evaluate whether such information unrelated to the Alleged Misstatements would have impacted investors' assessment of Estée Lauder's outlook or share price. Specifically, he testified that he did not conduct any research into investing in the luxury goods and retail industry,[240] and that he did not know "what analysts were focusing on in their valuations."[241] Dr. Cain also stated that he did not conduct any research on the worsening macroeconomic conditions in the U.S., slower-than-expected growth in China's macroeconomy and China's prestige beauty market, fluctuations in exchange rates, or geopolitical conflicts during the Proposed Class Period, or their impact on Estée Lauder's share price during

---

[240] Cain Deposition, 113 :13-114:3 ("Q. Did you conduct any research into investing in the luxury goods and retail industry in connection with this matter to date? A. Not separate and apart from what I've articulated within the report here. Q. Have you ever worked as an analyst in the luxury goods sector? A. I have worked as an analyst before. I don't recall working on specific transactions within the luxury goods sector as part of my work as an analyst. Q. Have you worked as an analyst in the prestige beauty sectors? A. I don't believe that my work covered those sectors either.").

[241] Cain Deposition, 160 :10-16 ("Q. Do you know whether analysts focused instead on whether there is strong demand for Estée Lauder's products in the Chinese markets? A. At this point in time, I don't know what analysts were focusing on in their valuations.").

this period.[242]

### A.    Slower-Than-Expected Growth in China's Macroeconomy

129.    In my experience, the macroeconomic environment plays a critical role in shaping consumer demand for prestige beauty products and therefore macroeconomic conditions in major overseas markets are one of the key factors investors typically consider when assessing an investment in the prestige beauty sector.[243] As discussed in **Section III** above, in the years leading up to 2022, China was widely recognized as a market with significant growth potential, especially for luxury goods. However, this projected growth did not materialize as China's economy began to decelerate in 2022, driven by COVID outbreaks and the government's zero-COVID

---

[242]    Cain Deposition, 207:13-209:11 ("Q. So sitting here today, you don't know to what extent worsening macroeconomic conditions in the United States impacted Estée Lauder's stock price at any point in the class period? A. That's correct. I've not researched that question, right, at this point in time.…Q. So sitting here today, is it fair to say you do not know to what extent changes in China's macro economy during the class period impacted Estée Lauder's stock price? A. That's correct. I've not attempted to assess that question at this point…. Q. So is it fair to say that, sitting here today, you do not know to what extent projected growth or changes in that projected growth of China's prestige beauty market impacted Estée Lauder's stock price during the class period? A. That's correct. I do not know what ultimate price impact those things had during the class period."); 212:16-214:6 ("Q. Do you know whether fluctuations in exchange rates had any impact on the value of Estée Lauder's stock price through the class period, sitting here today? At this point in time, I don't know because I've not researched that question. Q. What about the conflict between Ukraine and Russia, do you know to what extent that conflict impacted the price of Estée Lauder's stock through the class period? A. No, I don't.... Q. What about the impact of the Israel/Gaza conflict on the price of Estée Lauder stock during the class period, have you considered that? A. Similarly, I've not researched that question.").

[243]    The related risks were repeatedly disclosed by Estée Lauder and acknowledged by equity analysts before and during the Proposed Class Period, as discussed in **Section III.A** above.

policy.[244],[245]

130.    *The World Bank* noted in a December 2022 report that COVID-19 outbreaks in China caused a downturn in China's economy in April and May of 2022.[246] China saw a brief recovery in Q3, before growth slowed again in Q4 "with rising COVID-related disruptions across many provinces."[247] *The World Bank* noted that these COVID-related measures continued to "weigh on consumer and investor confidence."[248] As shown in **Figure 9** below, dips in China's consumer confidence index from 2020-2022 coincided with major COVID outbreaks in the country and China's consumer confidence index fell to a record low in April 2022. *McKinsey* attributed the sharp drop in China's consumer confidence to a variety of factors including "[s]tock market sell-offs, declining property transactions, and mobility restrictions designed to slow the spread of COVID-19," which "clouded consumers' outlook."[249] According to a nationwide survey conducted by *McKinsey,* 58 percent of China's urban households "indicated their desire to 'put money away for a rainy day,'" which was a record high since 2014.[250]

---

[244]    From 2020 until late 2022, China implemented a zero-COVID policy which aimed to control all outbreaks through aggressive measures which involved mass lockdowns, routine testing, centralized quarantine, and digital movement tracking. In 2022, due to COVID outbreaks, several major cities were locked down for months. *See, e.g.,* "What is China's zero-COVID policy and how does it work?," *Reuters*, November 3, 2022, available at https://www.reuters.com/world/china/what-is-chinas-zero-covid-policy-how-does-it-work-2022-11-03/; "Shanghai city to lift lockdown restrictions on June 1," *Reuters*, May 31, 2022, https://www.euronews.com/2022/05/31/us-health-coronavirus-china-shanghai; "Chengdu locks down 21.2 million as Chinese cities battle COVID," *Reuters*, September 1, 2022, available at https://www.reuters.com/world/china/chinas-chengdu-conduct-mass-covid-testing-lockdowns-cases-climb-2022-09-01/.

[245]    Estée Lauder's China-focused strategy and the related risks were also repeatedly disclosed by Estée Lauder and acknowledged by equity analysts before and during the Proposed Class Period, as discussed in **Section III.B** above

[246]    "Navigating Uncertainty – China's Economy in 2023," *World Bank Group*, December 2022, p. 12.

[247]    "Navigating Uncertainty – China's Economy in 2023," *World Bank Group*, December 2022, p. 12.

[248]    "Navigating Uncertainty – China's Economy in 2023," *World Bank Group*, December 2022, p. 10.

[249]    Zipser, Daniel, Daniel Hui, Jia Zhou, and Cherie Zhange, "2023 McKinsey China Consumer Report," *McKinsey & Company*, p. 1. This report further noted that "[f]ollowing years of heady economic growth and rising consumer spending, recent macroeconomic pressures have sapped Chinese consumer sentiment."

[250]    Zipser, Daniel, Daniel Hui, Jia Zhou, and Cherie Zhange, "2023 McKinsey China Consumer Report," *McKinsey & Company*, p. 1.

81

**Figure 9. China Consumer Confidence Index 2018-2023[251]**



131.    Although there was a brief rebound in China's consumer confidence index from November 2022 until March 2023, it was still not "optimistic" and it fell again in April 2023 and remained at record low levels through the end of 2023. *The World Bank* attributed the temporary recovery in Q1 2023 to "the release of pent-up consumer demand, some improvement in housing sector activity, and policy support." However, it cautioned that "**drivers that could sustain the growth momentum**—further improvements in the labor market and household incomes, a recovery in business confidence and private investment, and a turnaround in the housing market— **are yet to gain traction**."[252] By December 2023, *the World Bank* described China's recovery from the pandemic as "fragile"[253] and remained cautious on the outlook, noting that China's macroeconomic condition was "clouded by continued weakness in the real estate sector and persistently tepid global demand in the short term, as well as structural constraints to growth,

---

[251] "Which Way Forward? Navigating China's Post Pandemic Growth Path," *World Bank Group*, December 2023, p. 10.

[252] "Sustaining Growth through the Recovery and Beyond," *World Bank Group*, June 2023, p. 1. Emphasis added.

[253] "Which Way Forward? Navigating China's Post Pandemic Growth Path," *World Bank Group*, December 2023, p. 10.

including high debt levels, population ageing, and slower productivity growth than in the past."[254]

132.     From November 2022 to November 2023, Estée Lauder discussed multiple times the negative impact of a prolonged economic slowdown in China. In my opinion, macroeconomic headwinds in China, a key market accounting for 36 percent of Estée Lauder's FY 2021 sales,[255] would have negatively affect investors' assessment of Estée Lauder's outlook and hence its share price. Analyst commentary is consistent with my view.

133.     On February 2, 2023, Estée Lauder lowered its guidance[256] and cautioned against a continued negative impact from COVID-related restrictions in China.[257] Analysts echoed the concern and commented on the negative impact on Estée Lauder. For example, Canaccord Genuity analysts commented on February 2, 2023 that:

> **China [is] likely to take longer to rebound**. 2Q (Dec-end) performance saw **China heavily impacted as the country faced a surge in Omicron cases leading to rolling shutdowns in major cities**. **Fears of government-related measures for catching COVID also heavily**

---

[254] "Sustained policy support and deeper structural reforms to revive China's growth momentum - World Bank Report," *World Bank Group*, December 14, 2023, available at https://www.worldbank.org/en/news/press-release/2023/12/14/sustained-policy-support-and-deeper-structural-reforms-to-revive-china-s-growth-momentum-world-bank-report.

[255] Estée Lauder Form 10-K for FY 2021, p. F-81.

[256] During the earnings call on February 2, 2023, Estée Lauder lowered its FY 2023 guidance for organic sales (from 0–2 percent of growth, to 8-10 percent of decline), for Diluted EPS (from $5.25–$5.40 per share, to $4.87–$5.02 per share), and for EPS in constant currency (from 19–21 percent of decline to 27–29 percent of decline). FY 2023 Q1 Earnings Call Transcript, Estée Lauder, November 2, 2022, p. 7; FY 2023 Q2 Earnings Call Transcript, Estée Lauder, February 2, 2023, pp. 7-8.

[257] Specifically, for the following quarter, Estée Lauder forecasted "[a] moderate return to net sales growth in mainland China, given the disruption from the COVID-related impacts in November and December that slowed expected brick-and-mortar retail traffic in the second quarter and is continuing to dampen traffic in the third quarter.") And for the full year, Estée Lauder stated that it expected the "remainder of the fiscal year to be volatile" due to "ongoing disruptions due to the evolving COVID-19 environment." *See* "The Estée Lauder Companies Reports Fiscal 2023 Second Quarter Results," Estée Lauder, February 2, 2023, available at https://www.elcompanies.com/en/news-and-media/newsroom/press-releases/2023/02-02-2023-114522448. *See also,* FY 2023 Q2 Earnings Call Transcript, Estée Lauder, February 2, 2023, pp. 8-9.

> **impacted store traffic and spending habits. This led to China coming in weaker than expected.**[258]

134.    On August 18, 2023, Estée Lauder again cautioned about "macroeconomic headwinds that have emerged in [the] Chinese economy."[259] Analysts discussed concerns of a weaker-than-expected post-COVID recovery and its negative impact on Estée Lauder. For example, an August 21, 2023 Piper Sandler report discussed a host of signs of weakness in China's economy, including "a weakening property sector (indicator of consumer confidence), Yuan reaching a new low, and economic activity starting to improve but as a result of government easing"[260] and "youth unemployment is no longer being reported."[261] Morgan Stanley analysts identified "a series of worse than expected" developments, including "China macro issues."[262] Raymond James analysts similarly commented that "macro deterioration in China" was a further concern."[263]

135.    The impact of China's slower-than-expected growth on Estée Lauder was expressly acknowledged by Estée Lauder's investors. For example, the head research analyst covering Estée Lauder at Edgewood, Lead Plaintiffs' investment manager, testified that her research showed that

---

[258] Anderson, Susan, "The rabbit did not catch the tortoise in China, and inventory destocking in NA drives lower guide; PT to $261," *Canaccord Genuity*, February 2, 2023, p. 1. Emphasis added.

[259] FY 2023 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2023, p. 8.

[260] In 2023, Chinese government "introduced several support and incentive measures targeting specific areas of the economy that have fallen behind, such as the private sector, small businesses, and foreign companies. … These measures seek to improve conditions for companies by tackling some of the major pain points and improving the overall business and investment environment, rather than providing direct stimulus." Huld, Arendse, "China's Economy in 2023 – A Year of Growth and Recovery," *China Briefing*, December 18, 2023, available at https://www.china-briefing.com/news/chinas-economy-in-2023-growth-recovery/.

[261] "EL Live Bull vs. Bear Interactive Debate 8/24," *Piper Sandler*, August 21, 2023, p. 8.

[262] Mohsenian, Dara, "Q4 Follow-Up: Lower FY24 EPS on Travel Retail Overhang, but Expect Inflecting EPS Beginning in FQ2," *Morgan Stanley*, August 21, 2023, p. 1.

[263] "Near-term Challenges; Investing to Drive Recovery," *Raymond James*, August 21, 2023, p. 1.

China's macroeconomic conditions had impacted Estée Lauder negatively,[264] stating that "China had a negative impact on Estée Lauder as an investment by Edgewood."[265] Moreover, Edgewood characterized "the China slowdown and non-rebound" as developments "that no one could expect nor foresee."[266]

### B.    Slower-Than-Expected Growth in the Chinese Prestige Beauty Market

136.    The slowdown in China's macroeconomy and consumer spending discussed above also negatively affected the beauty industry in China. As noted by *Business of Fashion*, China's beauty market was not "insulated" from the country's economic challenges stemming from COVID policies and "a deepening property market crisis."[267]

137.    As shown in **Figure 10** below, according to a Jefferies report dated September 17, 2023, the growth in China's prestige beauty market declined in 2022 for the first time since 2008. A *Business of Fashion* article dated August 15, 2023 commented that "[a]fter years of outsized growth in prestige cosmetics, consumers have pulled back on the typically recession-proof category." [268] Canaccord analysts noted that "[c]osmetic sales [in China] were down 2.4% YOY and only up  7.4% on a 3-year compare, indicating a major slowdown in demand for a region that

---

[264]    Knopf Deposition, 346:2-14 ("Q. Okay. And Mr. Breed writes, "China changed under your feet, and honestly, I don't see many companies doing a lot better." Do you see that? A. I see that. Q. And that's consistent with your research on the company, correct? A. That is consistent. Q. And when it says, "China changed under your feet," do you understand that to be a reference to a macroeconomic issue that negatively impacted the company? A. Yes.").

[265]    Knopf Deposition, 334:7-15, 335:11-15 ("Q. Okay. And then the Edgewood representative continues, 'Nobody could have thought they'd postpone the reopening and then have such a lackluster reopening. China has been a disappointment not just to you—you've been a victim in a way—but to lots of global companies.' Do you see that? A. I see that… Q. And China had a negative impact on Estée Lauder as an investment by Edgewood, correct? A. Correct.").

[266]    Knopf Deposition, 340:10-17.

[267]    "The State of Fashion: Beauty," *Business of Fashion and McKinsey & Company*, May 2023, p. 22.

[268]    AP, Tiffany, "Why the Bottom Fell Out of China's Luxury Beauty Market," *Business of Fashion,* August 15, 2023, available at https://www.businessoffashion.com/articles/china/why-the-bottom-fell-out-of-chinas-luxury-beauty-market/.

many brands and retailers hoped to win over a growing middle-class consumer." [269] As of November 2023, *McKinsey* similarly reported a slowdown in China's cosmetics retail sales and commented there were "few indications that China will see a fundamental reversal in this trend."[270]

**Figure 10. Historical Growth in China Prestige Beauty Market, 2008-2022[271]**



Source: Euromonitor; Jefferies Ests

138.    Multiple prestige beauty companies' sales in China declined in 2023. For example, in the first half of 2023, sales in LVMH's beauty division declined by 8 percent and Coty's sales

---

[269]    "Beauty, Health & Wellness Post-Summer Pulse: Consumers still want to spend in BHW," *Canaccord Genuity*, September 14, 2023, p. 8. Similarly, Bank of America analysts also found that the year-over-year growth in China's cosmetics retail sales was lower in 2023 compared to prior years. Wallace Ashley, "Year Ahead 2024: beauty is in the eye of the beholder," *Bank of America*, January 16, 2024, Exhibit 6.

[270]    "China Consumption: Start of a New Era," *McKinsey & Company*, November 2023, p. 1, available at https://www.mckinsey.com/cn/our-insights/our-insights/china-consumption-start-of-a-new-era.

[271]    Helgans, Ashley, "Insight: A Deep Dive Into the China Beauty Market," *Jefferies,* September 17, 2023, p. 7. Data after 2022 are not shown in this figure.

declined by 27 percent.[272] For the full year 2023, *Jing Daily* reported that:

> P&G's SK-II brand saw sales in Greater China plummet 34% YoY; La Prairie, owned by Beiersdorf, reported a 15.4% drop in revenue… and Shiseido's prestige brand Ipsa began closing physical stores, signaling deeper struggles… Even Helena Rubinstein, which managed to surpass 7.7 billion RMB ($1 billion) in sales last year, is under increasing pressure to maintain momentum.[273]

139.    The declines experienced by these multinational beauty brands were driven not only by overall macroeconomic downturn but also by intensifying competition from domestic Chinese brands. The beauty industry is regarded as a "crowded and competitive" market.[274] For example, the State of Fashion: Beauty 2023 Report discussed that the beauty market was "highly saturated with competition from all sides."[275] Legacy brands have often adopted tactics pioneered by newer entrants, including "updating product portfolios and marketing, with considerably more capital."[276] Meanwhile, indie brands continue to proliferate, launching at a rapid pace. To succeed in such an environment, brands must closely watch for industry trends and competitor moves. In my experience, investors therefore consider industry and competitor trends, and a prestige beauty company's positioning within the broader industry and competitive landscape, as key factors when evaluating an investment in the prestige beauty company.[277]

140.    This dynamic is especially evident in China. *Business of Fashion* published an

---

[272]  AP, Tiffany, "Why the Bottom Fell Out of China's Luxury Beauty Market," *Business of Fashion*, August 15, 2023, available at https://www.businessoffashion.com/articles/china/why-the-bottom-fell-out-of-chinas-luxury-beauty-market/.

[273]  Nan, Lisa, "High-end beauty's China challenge: Adapt or fade," *Jing Daily*, October 17, 2024, available at https://jingdaily.com/posts/high-end-beauty-faces-crisis-in-china.

[274]  "The State of Fashion: Beauty," *Business of Fashion and McKinsey & Company*, May 2023, p. 63.

[275]  "The State of Fashion: Beauty," *Business of Fashion and McKinsey & Company*, May 2023, p. 10.

[276]  "The State of Fashion: Beauty," *Business of Fashion and McKinsey & Company*, May 2023, p. 58.

[277]  The related risks were repeatedly disclosed by Estée Lauder and acknowledged by equity analysts before and during the Proposed Class Period (*see* **Section III.A**).

article on March 15, 2022, noting that China's beauty market, once dominated by foreign players such as L'Oréal and Estée Lauder, faced competitive pressure from home-grown brands.[278] A *Business of Fashion* article published on December 6, 2022 discussed that:

> As a broader nationalist sentiment has soared, along with the successes of homegrown Chinese beauty brands like Florsasis and Perfect Diary, **international companies are finding it harder to connect with consumers and compete with local challengers**. "It used to be that they competed on price, now it's on quality, it's on [being] closer to the consumer,' said Knight. 'For big beauty brands that is a major concern."[279]

*Euromonitor* found that the top five fastest-growing beauty and personal care companies selling through e-commerce in China between November 2022 and November 2023 were all home-grown, indicating "sustained popularity and growth of C-beauty (Chinese beauty) brands" and increased consumer confidence in domestic brands.[280]

141.    A Jefferies report on the beauty industry similarly observed that China's local beauty brands were "seeing increasing interest due to greater access, the rise in nationalism, and improved innovation capabilities," which "pose[d] a risk to large multinational brands."[281] *Jing Daily* attributed the success of domestic beauty brands to a "'digital first' mentality" that focused

---

[278]   Hall, Casey, "C-Beauty Brands Set Their Sights on Global Success," *Business of Fashion*, March 15, 2022, available at https://www.businessoffashion.com/briefings/china/c-beauty-brands-set-their-sights-on-global-success/ ("Only a few years ago, China's beauty market, which set to double from its 2019 valuation to reach $145 billion by 2025, according to Goldman Sachs, was dominated by foreign giants such as L'Oréal and Estée Lauder, as well as Japanese and Korean skin care brands… .Things changed very suddenly when, during 2018's Singles' Day Festival, Perfect Diary (a brand founded in Guangzhou in 2015) topped the cosmetics category on Tmall. Since then, Chinese brands have increasingly topped cosmetics and beauty sales rankings in the country. …On Chinese TikTok, Douyin's e-commerce arm, nine of the top 10 selling beauty brands were Chinese in 2021.").

[279]   Kennedy, Joan, "How Big Beauty Is Plotting a Recovery in China," *Business of Fashion*, December 6, 2022, available at https://www.businessoffashion.com/briefings/china/how-big-beauty-is-plotting-a-recovery-in-china/. Emphasis added.

[280]   Hoyler, Bob and Han Hu, "Online for the Holidays: November 2023 Beauty and Personal Care E-Commerce Performance in China and the US," *Euromonitor*, December 21, 2023, available at https://lp.euromonitor.com/article/online-for-the-holidays-november-2023-beauty-and-personal-care-e-commerce-performance-in-china-and-the-us.

[281]   Helgans, Ashley, "Insight: A Deep Dive Into the China Beauty Market," *Jefferies,* September 17, 2023, p. 1.

on driving sales through "online, live commerce using top influencers, including some virtual ones."[282] *Jing Daily* commented that to avoid losing market share, international brands needed to "think more carefully about how to engage Chinese consumers."[283]

142.    On November 1, 2023, Estée Lauder lowered its FY 2024 guidance citing "slower-than-expected growth in overall prestige beauty … in Mainland China" as one of the contributing factors.[284, 285]

143.    In my opinion, the slowdown in China's beauty market, which is unrelated to the Alleged Misstatements, would have negatively affected investors' assessment of Estée Lauder's outlook and, consequently, Estée Lauder's share price. Analyst commentary is consistent with my view. For example, Morgan Stanley analysts commented on November 2, 2023 that Estée Lauder's guidance revision reflected, among other things "weaker China beauty category demand/EL China share losses."[286] RBC analysts commented on November 2, 2023 that "[t]he rapidly changing operating environment is causing low visibility, and the slowdown of the expected growth rate of overall prestige beauty market in mainland China points to more than just seasonal/one-time business dynamics that are impacting performance."[287] Canaccord Genuity

---

[282]    Rozario, Kevin, "C-beauty doubles its market share in just five years," *Jing Daily*, July 6, 2023, available at https://jingdaily.com/posts/c-beauty-doubles-its-market-share-in-just-five-years.

[283]    Rozario, Kevin, "C-beauty doubles its market share in just five years," *Jing Daily*, July 6, 2023, available at https://jingdaily.com/posts/c-beauty-doubles-its-market-share-in-just-five-years.

[284]    FY 2024 Q1 Earnings Call Transcript, Estée Lauder, November 1, 2023, pp. 6, 7.

[285]    During the earnings call on November 1, 2023, Estée Lauder lowered its FY 2024 guidance for organic sales (from 6–8 percent of growth, to -1–2 percent of growth), for Diluted EPS (from $3.50–$3.75 per share, to $2.17–$2.42 per share), and for EPS in constant currency (from 4–12 percent of growth to 25–33 percent of decline). FY 2024 Q1 Earnings Call Transcript, Estée Lauder, November 1, 2023, p. 7; FY 2023 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2023, p. 9.

[286]    "Q1 Follow-Up: Another Large Negative FY Revision," *Morgan Stanley*, November 2, 2023, p. 1. Emphasis added.

[287]    Modi, Nik, "UNCLE…Downgrading to Sector Perform," *RBC Capital Markets*, November 2, 2023, p. 1

analysts commented that Estée Lauder's guidance reduction was not "company-specific" because several other multinational prestige beauty companies, including L'Oréal, Amorepacific, Beiersdorf, and LG, also discussed negative trends in China.[288]

### C.    Worsening Macroeconomic Conditions in the U.S.

144.    In my experience, macroeconomic conditions in a company's domestic market—provided it is a significant part of that company's sales—are one of the key factors investors typically consider when assessing an investment in the prestige beauty sector.[289] The US market represented 21 percent of Estée Lauder's total net sales in FY 2021.[290]

145.    Towards the end of 2022, declining retail sales in the U.S. raised concerns of a potential economic slowdown. For example, *Bloomberg* reported that "US retail sales fell in November [2022] by the most in nearly a year, reflecting softness in a range of categories that suggest some easing in Americans' demand for merchandise"[291] (*see* **Figure 11** below). The article also pointed to the near-record low household savings rates and rising credit card debt as signs of a financial strain on consumers.[292] *The Wall Street Journal* similarly reported weakened U.S. retail spending in December 2022 as "signs of a slowing economy as the Federal Reserve

---

[288]    Anderson, Susan, "Deja Vu: Management Lowers Expectations and Pushes Back Recovery Timeline Due to China/Travel, but Rest of Business Solid," *Canaccord Genuity*, November 1, 2023, p. 1.

[289]    The related risks were repeatedly disclosed by Estée Lauder and acknowledged by equity analysts before and during the Proposed Class Period, as discussed in **Section III.A** above.

[290]    Estée Lauder's total net sales in FY 2021 were $16,215 million, with the U.S. market accounting for $3,356 million of total net sales ((3,356 / 16,215) * 100 = 21%). Estée Lauder Form 10K for FY 2021, p. F-81.

[291]    Pickert, Reade, "US Retail Sales Drop Most in 11 Months, Missing Estimates," *Bloomberg*, December 15, 2022, available at https://www.bloomberg.com/news/articles/2022-12-15/us-retail-sales-post-biggest-decline-in-nearly-a-year.

[292]    Pickert, Reade, "US Retail Sales Drop Most in 11 Months, Missing Estimates," *Bloomberg*, December 15, 2022, available at https://www.bloomberg.com/news/articles/2022-12-15/us-retail-sales-post-biggest-decline-in-nearly-a-year ("Americans are beginning to feel the squeeze — the saving rate is near a record low and credit-card balances have surged.")

continues its battle against high inflation."[293]

**Figure 11. U.S. Retail Sales in 2022[294]**



146.    Market participants also observed that U.S. retailers had accumulated unusually high inventory levels by the end of 2022, and in response, began to destock. As a *Supply Chain Dive* article published in December 2022 explained, U.S. retailers "place[d] larger orders earlier [in 2022]" when they were concerned about out-of-stocks and shortages. However, due to "lower consumer demand and easing supply chain delays in the second half" of 2022, U.S. retailers were left "with a barrage of products and no easy way to clear the excess."[295] To address the overstock,

---

[293]   Torry, Harriet, "Retail Sales, Manufacturing Declines Point to Slowing Economy," *The Wall Street Journal*, December 15, 2022, available at https://www.wsj.com/business/retail/us-economy-retail-sales-november-2022-11671059629.

[294]   Pickert, Reade, "US Retail Sales Drop Most in 11 Months, Missing Estimates," *Bloomberg*, December 15, 2022, available at https://www.bloomberg.com/news/articles/2022-12-15/us-retail-sales-post-biggest-decline-in-nearly-a-year. Data before 2022 are not shown in this figure.

[295]   Zimmerman, Sarah, "A tidal wave of inventory walloped retailers in 2022," *Supply Chain Dive*, December 20, 2022, https://www.supplychaindive.com/news/inventory-shortages-glut-2022-year-in-review/639128/. *Supply Chain Dive* later reported in January 2024 that inventories across retail sectors grew 38.2% year over year in Q3 2022. Unglesbee, Ben, "Retailers have finally tamed their inventories: report," *Supply Chain Dive*, January 29, 2024, https://www.supplychaindive.com/news/retailers-inventory-sales-Q3-2023/705514/ ("Inventories across retail sectors were down 7.8% year over year in Q3 [2023] overall, compared to 38.2% growth in the same period the year prior.").

retailers began to adjust their inventory "to realign levels to shrinking demand" with many "still trying to **unload excess product at [2022]'s end and retooling their strategies in 2023 to hold less inventory going forward**."[296]

147.    In its November 2, 2022 earnings call, Estée Lauder cited inventory tightening by U.S. retailers amid recession concerns as one of the reasons for reducing its FY 2023 guidance.[297]

148.    In my opinion, worsening macroeconomic conditions in the U.S., which are unrelated to the Alleged Misstatements, would have negatively affected investors' assessment of Estée Lauder's outlook and hence its share price. My view is consistent with analyst commentary following Estée Lauder's earnings release/call on November 2, 2022. For example, Credit Suisse analysts commented on November 2, 2022 that "US Retailer Tightening Inventories was unexpected, which will continue into F2Q (we think this is concentrated at the US dept-store channel, largely Macy's)."[298] A November 3, 2022 Raymond James analyst report similarly noted that "U.S. sales [were] dragged down by inventory rebalancing at department stores."[299]

### D.    Stronger U.S. Dollar

149.    In my experience, currency movements are another key factor considered by investors of prestige beauty companies. Currency fluctuations impact the financials of multinational companies through both (1) translation effects when consolidating foreign

---

[296]    Unglesbee, Ben, "How retail's inventory reset in 2022 panned out," *Supply Chain Dive*, April 6, 2023, https://www.supplychaindive.com/news/retail-inventory-2022/646909/. Emphasis added.

[297]    FY 2023 Q1 Earnings Call Transcript, Estée Lauder, November 2, 2022, pp. 2–3. During the earnings call on November 2, 2022, Estée Lauder lowered its FY 2023 guidance for organic net sales (from 7–9 percent of growth, to 0–2 percent of growth) and for diluted EPS (from $7.39–$7.54 per share, to $5.25–$5.40 per share), and for EPS in constant currency (from 5–7 percent of growth, to 19–21 percent of decline). FY 2023 Q1 Earnings Call Transcript, Estée Lauder, November 2, 2022, p. 7; FY 2022 Q4 Earnings Call Transcript, Estée Lauder August 18, 2022, p. 9.

[298]    "Big China Exposure Cuts Both Ways," *Credit Suisse*, November 2, 2022, p. 2.

[299]    Tong, Olivia, "Can't Make Up for Lockdowns, but Near the Bottom," *Raymond James*, November 3, 2022, p. 1.

operations into a single reporting currency and (2) shifts in the cost structure for firms sourcing or producing in foreign currencies.[300]

150.    As shown in **Figure 12** below, the U.S. dollar appreciated in 2022.[301] It weakened in the first half of 2023 as the U.S. Federal Reserve slowed its pace of interest rate increases,[302] but regained strength beginning in July 2023 as the market recognized that the Federal Reserve was "unlikely to loosen monetary policy anytime soon."[303] *S&P Global* observed that "[s]ince mid-July [2023], the dollar has gained on all its G10 peers and the strength of the greenback could continue into early 2024."[304]

151.    Estée Lauder cited the stronger U.S. dollar as one of the reasons for reducing its full year guidance on both November 2, 2022 and November 1, 2023.[305]

---

[300]   The related risks were repeatedly disclosed by Estée Lauder and acknowledged by equity analysts before and during the Proposed Class Period, as discussed in **Section III.A** above.

[301]   "Top 10 economic predictions for 2023," *S&P Global*, January 4, 2023, available at https://www.spglobal.com/market-intelligence/en/news-insights/research/top-10-economic-predictions-for-2023. ("[s]upported by favorable interest rate spreads and investors' flight to safety, the US dollar appreciated sharply over the first ten months of 2022.").

[302]   "US dollar falls as biggest Fed rate hikes have likely passed," *S&P Global*, June 27, 2023, available at https://www.spglobal.com/market-intelligence/en/news-insights/articles/2023/6/us-dollar-falls-as-biggest-fed-rate-hikes-have-likely-passed-76311089.

[303]   "Dollar poised for further strength as Fed keeps monetary policy tight," *S&P Global*, September 12, 2023, available at https://www.spglobal.com/market-intelligence/en/news-insights/articles/2023/9/dollar-poised-for-further-strength-as-fed-keeps-monetary-policy-tight-77438130.

[304]   "Dollar poised for further strength as Fed keeps monetary policy tight," *S&P Global*, September 12, 2023, available at https://www.spglobal.com/market-intelligence/en/news-insights/articles/2023/9/dollar-poised-for-further-strength-as-fed-keeps-monetary-policy-tight-77438130.

[305]   FY 2023 Q1 Earnings Call Transcript, Estée Lauder, November 2, 2022, pp. 2–3; FY 2024 Q1 Earnings Call Transcript, Estée Lauder, November 1, 2023, p. 6.

During the earnings call on November 2, 2022, Estée Lauder lowered its FY 2023 guidance for organic net sales (from 7–9 percent of growth, to 0–2 percent of growth) and for diluted EPS (from $7.39–$7.54 per share, to $5.25–$5.40 per share), and for EPS in constant currency (from 5–7 percent of growth, to 19–21 percent of decline). FY 2023 Q1 Earnings Call Transcript, Estée Lauder, November 2, 2022, p. 7; FY 2022 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2022, p. 9.

During the earnings call on November 1, 2023, Estée Lauder lowered its FY 2024 guidance for organic sales (from 6–8 percent of growth, to -1–2 percent of growth), for Diluted EPS (from $3.50–$3.75 per share, to $2.17–$2.42 per

**Figure 12: Nominal Broad U.S. Dollar Index, February 1, 2022–October 31, 2023[306]**



152.    In my opinion, appreciation of the U.S. dollar, which is unrelated to the Alleged Misstatements, would have negatively affected investors' assessment of Estée Lauder's outlook and hence Estée Lauder's share price. My view is consistent with analyst commentary following Estée Lauder's earnings release/call on November 2, 2022 and November 1, 2023. For example, Oppenheimer analysts commented on November 2, 2022 that the lowered guidance for FY 2023 reflected "**a much larger FX** impact **(**translation and transaction)."[307] Similarly, on the same day, Telsey Advisory Group analysts commented that "With **… a strengthening US dollar, EL** took a more cautious approach to its FY23 (ended June) outlook."[308] Following the November 1, 2023

---

share), and for EPS in constant currency (from 4–12 percent of growth to 25–33 percent of decline). FY 2024 Q1 Earnings Call Transcript, Estée Lauder, November 1, 2023, p. 7; FY 2023 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2023, p. 9.

[306]    The Nominal Broad U.S. Dollar Index published by the Federal Reserve Board is a weighted average of the foreign exchange values of the U.S. dollar against the currencies of a large group of major U.S. trading partners. The weights are derived from U.S. export shares and from U.S. and foreign import shares. *See* Nominal Broad U.S. Dollar Index, *Federal Reserve Bank of St. Louis*, available at https://fred.stlouisfed.org/series/DTWEXBGS#; "Revisions to the Federal Reserve Dollar Indexes," *Federal Reserve Bank of St. Louis, January 15, 2019,* available at https://www.federalreserve.gov/econres/notes/feds-notes/revisions-to-the-federal-reserve-dollar-indexes-20190115.html. Text boxes added.

[307]    Parikh, Rupesh, "Quick Read: A Much Deeper Guide-Down than Expected," *Oppenheimer*, November 2, 2022, p. 1. Emphasis added.

[308]    Telsey, Dana, "EL 1QF23 First Take: EPS Beats but Outlook Moderated on Pressures in China, US Inventory Tightening, and FX," *Telsey Advisory Group*, November 2, 2022, p. 1. Emphasis added.

earnings call, Deutsche Bank commented that the revised FY 2024 outlook incorporated "**slightly more onerous FX headwinds**" alongside other macro- and geopolitical concerns.[309] My view is also corroborated by Estée Lauder's investors. The head research analyst covering Estée Lauder at Edgewood, Lead Plaintiffs' investment manager, testified that foreign exchange rates impacted Estée Lauder during the Edgewood investment period.[310]

### E.        Disruptions from Global Geopolitical Events

153.    In my experience, geopolitical events can significantly impact a prestige beauty company's performance by disrupting markets and supply chains and is therefore another key factor considered by investors of prestige beauty companies.[311]

154.    The Israel-Hamas conflict that began in October 2023 raised concerns about potential disruptions to U.S. companies. For example, an October 30, 2023 *World Bank* report warned that a prolonged conflict could trigger a "dual shock" to global commodity markets and drive up oil prices, compounding the effects of the ongoing Russia-Ukraine war.[312] In addition, a November 2023 *OECD* report identified the Middle East conflict as "a key near-term concern," noting that it "could result in significant disruptions to energy markets and major trade routes,

---

[309]    Powers, Steve, "What's your time horizon?" *Deutsche Bank*, November 1, 2023, p. 1 ("From here, the revised FY24 outlook now embeds: (i) slower growth expectations for prestige beauty in Asia TR and Mainland China (reflecting softness in 11/11 pre-sales), (ii) business disruption in Israel/Middle East, and (iii) **slightly more onerous FX headwinds**.").

[310]    Knopf Deposition, 268:7-11 ("Q. Other larger factors that impacted Estée Lauder during the Edgewood investment period included foreign exchange issues, correct? A. Correct.").

[311]    The related risks were repeatedly disclosed by Estée Lauder and acknowledged by equity analysts before and during the Proposed Class Period, as discussed in **Section III.A** above.

[312]    "Conflict in Middle East Could Bring 'Dual Shock' to Global Commodity Markets," *World Bank Group*, October 30, 2023, available at https://www.worldbank.org/en/news/press-release/2023/10/26/commodity-markets-outlook-october-2023-press-release.

and additional risk repricing in financial markets, that would slow growth and add to inflation."[313] Estée Lauder discussed the potential business impact on November 1, 2023, citing "the risks of potential business disruptions in Israel and other parts of the Middle East" as one of the contributing factors to its guidance reduction.[314]

155.    In my opinion, disruptions caused by geopolitical developments, which are unrelated to the Alleged Misstatements, would have negatively affected investors' assessment of Estée Lauder's outlook and, consequently, Estée Lauder's share price. Analyst commentary corroborates my view. For example, Canaccord Genuity analysts commented on November 1, 2023 that "[m]anagement lowered their FY24 guidance due to … potential risks in Israel and other parts of the Middle East."[315] TD Cowen analysts similarly commented on November 2, 2023 that "[b]usiness disruption in Israel and the Middle East are expected to have a dilutive impact to EPS of (22c),"[316] which accounted for approximately 17 percent of the  guidance revision to FY 2024 Diluted EPS ($1.33 per share).[317]

156.    Besides the Middle East Conflict in 2023, analysts and Estée Lauder's investors

---

[313]  "OECD Economic Outlook," *OECD*, November 2023, available at https://www.oecd.org/content/dam/oecd/en/publications/reports/2023/11/oecd-economic-outlook-volume-2023-issue-2_6c587ffd/7a5f73ce-en.pdf, p. 10.

[314]  FY 2024 Q1 Earnings Call Transcript, Estée Lauder, November 1, 2023, p. 6. During the earnings call on November 1, 2023, Estée Lauder lowered its FY 2024 guidance for organic sales (from 6–8 percent of growth, to -1–2 percent of growth), for Diluted EPS (from $3.50–$3.75 per share, to $2.17–$2.42 per share), and for EPS in constant currency (from 4–12 percent of growth to 25–33 percent of decline). FY 2023 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2023, pp. 8-9; FY 2024 Q1 Earnings Call Transcript, Estée Lauder, November 1, 2023, p. 7.

[315]  Anderson, Susan, "Déjà vu: management lowers expectations and pushes back recovery timeline due to China/travel, but rest of business solid," *Canaccord Genuity*, November 1, 2023, p. 3. Emphasis added.

[316]  "Correction: Painful Reset as Travel Retail & Mainland China Drive Price Cut," *TD Cowen*, November 2, 2023, p. 5.

[317]  Estée Lauder revised its guidance for FY 2024 Diluted EPS from $3.50 – $3.70 per share to $2.17 - $2.42 per share. FY 2023 Q4 Earnings Call Transcript, Estée Lauder, August 18, 2023, p. 9; FY 2024 Q1 Earnings Call Transcript, Estée Lauder, November 1, 2023, p. 7.

96

also acknowledged the Russia–Ukraine war, which triggered market exits by Estée Lauder[318] and several other brands,[319] as one factor that negatively affected Estée Lauder's business. For instance, on November 9, 2022, Argus analysts noted that the Russia–Ukraine war was among the reasons for lowering their FY 2023 and FY 2024 EPS estimates, alongside near-term weakness in China.[320] The head research analyst covering Estée Lauder from Lead Plaintiffs' investment manager, Edgewood, also testified that the war between Russia and Ukraine was a factor that negatively impacted Estée Lauder.[321]

## VII.      CONCLUSION

157.    Based on my experience and review of the trade press, consulting reports, and analyst reports, the prevalence of daigou activity in Estée Lauder's travel retail business and the associated potential regulatory risks related to daigou—including potential enforcement actions on illegal daigou activities—were well known to investors and industry observers before and during the Proposed Class Period. In addition, investors understood that the proportion of Estée Lauder's sales to daigou operators (and, in particular, the proportion of sales attributable to illegal daigou activity subject to the risk of regulatory enforcement) were difficult for Estée Lauder and

---

[318]    Estée Lauder Form 10-K for FY 2022, p. 31 ("As a result of the invasion of Ukraine, we suspended our business investments and initiatives and commercial activity in Russia and Ukraine in early March 2022. This included the temporary closure of our owned and authorized freestanding stores and our own brand sites.").

[319]    The Russia-Ukraine War in 2022 was reported to have led to "several major [beauty] brands and retailers [cutting] business ties with Russia," which at the time "accounted for 1.9% of the total estimated value of global cosmetics and toiletries." Culliney, Kacey, "'Drastic but necessary': Beauty majors cease business in Russia," *Cosmetics Design Europe*, March 22, 2022, available at https://www.cosmeticsdesign-europe.com/Article/2022/03/22/Russia-Ukraine-war-impact-on-beauty-industry-with-brand-ceasing-operations-online-and-in-store/.

[320]    Staszak, John, "Analyst's Notes," *Argus*, November 9, 2022, p. 1 ("[b]ased on prospects for near-term weakness in China and the impact of the **war in Ukraine**, partly offset by the company's history of above-consensus earnings, we are lowering our FY23 EPS estimate to $7.00 from $8.00 and our FY24 estimate to $8.00 from $9.00."). Emphasis added.

[321]    Knopf Deposition, 267:25-268:6.

its management to reliably quantify. Based on my experience in the luxury goods and retail industry and the aforementioned market knowledge related to daigou, I would not expect that the allegedly omitted information would have impacted investors' valuation of Estée Lauder's stock.

158.    It is also my opinion that several developments unrelated to the Alleged Misstatements transpired during the Alleged Corrective Disclosures Period, *i.e.*, from November 2022 to November 2023, that negatively affected investors' assessment of Estée Lauder's outlook and, consequently, the Company's share price.

_____

Claire Kent

**Exhibit 1: Summary of Alleged Misstatements**

| Number | Date | Setting | Alleged Misstatement |
|---|---|---|---|
| 1 | 2/3/2022 | Estée Lauder, FY 2022 Q2 10-Q filing | *Net sales increased in our travel retail business in both periods, reflecting continued strength of our brands with the Chinese consumer* , the easing of travel restrictions, which drove increased traffic levels compared to the prior-year periods, and continued success of hero product franchises from La Mer, Origins, Clinique, Jo Malone London and Tom Ford Beauty. |
| 2 | 5/3/2022 | Freda, FY 2022 Q3 earnings call | But also, we have seen historically, that also the bounce-back can be a very strong, because when this restriction finish, people travel domestically very fast and very happily. And *so the confidence into Hainan future is unchanged actually increased given the incredible development of the place* and the confidence in online is very strong. |
| 3 | 6/2/2022 | Freda, investor conference | Then I believe that one of the most important opportunities globally in beauty is the development of the Hainan duty-free space, which we believe is just the beginning of the journey.<br>…<br>And that's explained—by the way, *the incredible results in travel retail* during the COVID Western lockdowns [were] *because Hainan was more than substituting the amount of travelers in airports around the world* just because it was domestic travel duty-free in China. So huge opportunity, this will continue. |
| 4 | 8/18/2022 | Freda, FY 2022 Q4 earnings call | [W]e do expect for the full year, China to go back growing double digit. We expect strong recovery in Hainan in the second part, in the second semester of the fiscal year, for sure, a gradual recovery before. That's our assumption, which obviously is going to give us also results in market share.<br>...<br>We believe the Hainan—despite the current lockdown, which is obviously painful in the short term, but is a super strong opportunity for the long term, *the power of Hainan in the future remain[s] intact, and we have strong presence and market share in this operation* . |
| 5 | 11/2/2022 | Estée Lauder, FY 2023 Q1 press release | For fiscal 2023, we are lowering our outlook primarily to reflect tighter inventory management in Asia travel retail, given reduced traffic as a result of COVID-19 restrictions, tightening of inventory by some retailers in the United States, and a greater negative impact from the far-stronger U.S. dollar. *We anticipate sequential acceleration to strong organic sales and adjusted EPS growth in the second half of our fiscal year as these pressures begin to abate* , momentum continues to build in other areas of our business, and our ongoing investments in innovation and advertising drive growth. Our optimism in the long-term growth opportunities for our brands and for prestige beauty remains intact. Reflecting our confidence, today we raised our quarterly dividend. |

**Exhibit 1: Summary of Alleged Misstatements**

| Number | Date | Setting | Alleged Misstatement |
|---|---|---|---|
| 6 | 2/2/2023 | Travis, FY 2023 Q2 earnings call | We do expect that—we will—two things, one is *inventory levels are still coming down in Hainan*. They are almost at the level that we would expect sales to accelerate. *So yes, we should start to see an inventory build related to the shipments that we expect to see in Q4.*<br>In Korea, again, the pace is a little bit more uncertain given the transitory nature of what's going on right now. So we do anticipate, as I mentioned in the prepared remarks, that we will start to see resumption of travel in Korea. And depending on the pace of that resumption, that will depend on the amount of shipments that we have in the quarter. But we have taken obviously an assumption there. *We are sitting on a decent amount of inventory even in our own warehouses to supply the sales that we expect to see in the fourth quarter.* |
| 7 | 5/3/2023 | Freda and Travis, FY 2023 Q3 earnings call | (Freda) Our retail sales growth was even stronger than organic sales growth in many markets around the world, including China and the US. *Encouragingly, retail sales performance is significantly ahead of organic sales results in Global travel retail, which gives us confidence that the challenges in travel retail are abated with time*.<br>(Travis) I think the thing that gives us more comfort now on a more continuous steady progression of recovery is the fact that the COVID restrictions have been lifted. And so *what we were experiencing before with our travel retail business is the volatility related to just some of the COVID restrictions and the flow of traffic in travel and people's comfort with travel, so that gives us more comfort that we're going to see a recovery*. |
| 8 | 8/18/2023 | Travis, FY 2023 Q4 earnings call | *And we have no concerns whatsoever about travel retail growing with traveling consumers.* It's a timing issue for us right now. And so I just want to really underscore that. *It's a pretty—it's having a timing issue that's having a big short-term temporary impact for us.* But we are not concerned at all about what we have shared with you in the past in terms of our strategy to continue to grow travel retail globally and certainly in all of our markets in Asia. |

**Note:**

[1] This list of Alleged Misstatements does not include the alleged misstatement Estée Lauder made on February 3, 2022 in its FY 2022 Q2 press release, which I understand was dismissed by the Court.

**Sources:**

[A] Amended Complaint.
[B] MTD Ruling.

**Appendix A**

**CLAIRE A. KENT**

**CONTACT DETAILS**

10 Montague Road
Richmond
Surrey
TW10 6QW
United Kingdom
claire.a.kent@gmail.com
+44(0)7785520033

**CAREER SUMMARY**

**2025-**
**Advisor to Prada S.A.**

**2023 -**
**Senior Advisor of Smith Square Partners**

**2016-2024**
**Director of Prada S.A.**

**2008-**
**Independent Retail and Luxury Goods Consultant**

- IPO advisory work – Prada €9 billion (2011); Pandora €5 billion (2010); Perfect Moment (2024)
- M&A - Cath Kidston >£100 million (2010) and Original Additions £30 million (2011)
- Due diligence on behalf of private equity (Jimmy Choo, Belstaff)
- Brand research – Walter Albini (2023)

**Non-executive Directorships: French Connection, Georg Jensen**
**Advisory Director to Investcorp (Corporate Investment Team)**

**1991-2008**
**Morgan Stanley, Managing Director, Apparel, Retail & Luxury Goods analyst**

**Industry knowledge** - Ranked no. 1 in Luxury Goods and/or Continental European Retailing for 9 consecutive years. Cited among the top 100 most influential people in Fashion by Time Magazine. Frequently approached and engaged by companies in the Luxury sector for advice, IPOs and secondary offerings. I headed the research in and was instrumental in obtaining almost a dozen IPOs and secondary offerings including - Bulgari (1995), Burberry (2002); Debenhams (2006); Gucci, (1995); Head (2000); Inditex (2001); IT Holding (1997) and Vendex (1995) and am therefore highly skilled in communicating with investors.

**Strategic and financial analysis** - My understanding of both Apparel Retail & Luxury Goods has enabled me to produce insightful and thorough research. Key to the success of my research has been the understanding of what makes a Luxury brand successful as well as the operational challenges of a Luxury company. I am known for my independent viewpoint, frequently making non-consensus calls, which turn out to be correct. In 2005, I was the number one stock picker in the entire European Morgan Stanley Research department.

**Communication with Luxury companies and investors** - I have developed strong relationships at the highest level with Luxury Goods and Apparel Retail companies, many of whom have been investment

banking clients.  I have also cultivated a devoted following among many institutional clients, as witnessed by my number one rank in Institutional Investor for 9 years.

**Leadership** - I effectively fronted Morgan Stanley's European efforts in working with Apparel Retailers & Luxury Goods companies.  In addition, I have led a team of people, mentoring and growing junior team members.  Because of the nature of the industry, I have often managed the team through periods of significant change.

**Presentation and sales skills -** I have outstanding presentation skills, giving frequent presentations to the Morgan Stanley sales force and am now often invited to speak at industry conferences.  At a recent Equity Research conference, a leading City figure recently described me as "the best presenter in Equity Research at Morgan Stanley and one of the best presenters in the entire City."

**Integrity and resilience -** My independent, critical but accurate research led to a major luxury company suing Morgan Stanley in 2002.  This generated widespread praise from investors, industry leaders and even leading regulators for my principled, objective stance and refusal to be cowed by threat of litigation.  Despite the extensive time demands of the lawsuit, the quality and quantity of my work at Morgan Stanley never diminished and my professional standing has never been higher.  The content of Morgan Stanley's research was completely cleared on June 30, 2006.


## EARLY CAREER

**1989-1991**
Merrill Lynch, Vice President, European Retailing analyst

**1988-1989**
Morgan Grenfell, German analyst

**1987-1988**
Ark Securities - German analyst


## EDUCATION

Oxford University, Worcester College - MA in Modern Languages 1986


## INTERESTS

Running, Triathlon and Fashion

**PUBLICATIONS**

"Reimagining Affluence 2024"
"Why Luxury Companies Must Use Resale to Win Gen Z Customers"

**Appendix B: Materials Considered**

<u>**Legal Documents**</u>

[1] Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, March 22, 2024.

[2] Deposition of Janet Lynn Knopf *In Re: The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, November 18, 2025.

[3] Deposition of Matthew D. Cain Ph.D. *In Re: The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, December 17, 2025.

[4] Expert Report of Matthew D. Cain, Ph.D. *In Re: The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, July 25, 2025.

[5] Opinion And Order, *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, No. 1:23-cv-10669-AS, March 31, 2025.

<u>**Trade Press, Consulting Reports, and Other Publicly Available Sources**</u>

[1] "'Daigou' Goes Corporate as Retailers Seek New Ways to Reach Chinese Shoppers," *Business of Fashion*, December 21, 2023, available at https://www.businessoffashion.com/articles/retail/daigou-goes-corporate-as-retailers-seek-new-ways-to-reach-chinese-shoppers/.

[2] "'Daigou' resurgence linked to Hainan's duty-free boom," *Jing Daily*, September 6, 2024, available at https://jingdaily.com/posts/daigou-resurgence-linked-to-hainan-s-duty-free-boom.

[3] "'The industry is at a tipping point' – Martin Moodie addresses key Korean duty free seminar at the National Assembly," *The Moodie Davitt Report*, June 10, 2021, available at https://moodiedavittreport.com/the-industry-is-at-a-tipping-point-martin-moodie-addresses-key-korean-duty-free-seminar-at-the-national-assembly/.

[4] "《海南自由贸易港免税购物失信惩戒若干规定》公布" ["Regulations on Punishments for Duty-Free Shopping Violations in Hainan Free Trade Port Published"], 海南日报 [*Hainan Daily*], December 13, 2021, available at https://www.hi.chinanews.com.cn/hnnew/2021-12-13/616253.html.

[5] "2022 Hainan Travel Retail Market Whitepaper–A Powerhouse of the New Retail," *KPMG and The Moodie Davitt Report*, July 1, 2022, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2022/07/hainan-travel-retail-market-whitepaper.pdf.

[6] "2023 Hainan Travel Retail Market Whitepaper," *KPMG and The Moodie Davitt Report*, April 1, 2023, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2023/04/2023-hainan-travel-retail-market-whitepaper.pdf.

[7] "2024 Hainan Travel Retail Whitepaper," *Bain & Company*, April 1, 2024, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2024/04/2024-hainan-travel-retail-market-whitepaper.pdf.

[8] Achim, Adina-Laura, "LVMH, Prada, and Richemont Build a Blockchain," *Jing Daily*, April 21, 2021, available at https://jingdaily.com/posts/lvmh-prada-richemont-blockchain-counterfeit.

[9] Achim, Adina-Laura, "Predicting The Future Of Daigou Shopping," *Jing Daily*, August 6, 2021, available at https://jingdaily.com/posts/china-daigou-sellers-future-blockchains.

**Appendix B: Materials Considered**

[10] Ap, Tiffany, "A Year Into Pandemic, China Demand Drives Global Luxury," *WWD*, April 19, 2021, available at https://wwd.com/business-news/business-features/feature/one-year-in-china-1234766584/.

[11] Ap, Tiffany, "China Online Beauty Sales Surge in January," *Business of Fashion*, February 12, 2024, available at https://www.businessoffashion.com/news/china/china-online-beauty-sales-surge-in-january/.

[12] Ap, Tiffany, "Could Coronavirus Help Chinese Designers Shine?," *WWD*, May 1, 2020, available at https://wwd.com/business-news/business-features/could-coronavirus-help-chinese-designers-shine-1203621723/.

[13] Ap, Tiffany, "How Shein Wound Up in the Luxury Fashion Business," *Business of Fashion*, September 28, 2023, available at https://www.businessoffashion.com/articles/retail/shein-marketplace-designer-luxury-listings/.

[14] AP, Tiffany, "Luxury Braces for the Return of the 'Daigou,'" *Business of Fashion*, April 25, 2023.

[15] Ap, Tiffany, "Why the Bottom Fell Out of China's Luxury Beauty Market," *Business of Fashion*, August 15, 2023, available at https://www.businessoffashion.com/articles/china/why-the-bottom-fell-out-of-chinas-luxury-beauty-market/.

[16] Bartle, Faye, "L'Oréal Groupe opens 19 new boutiques at China's duty free mega mall," *TR Business*, December 14, 2022, available at https://www.trbusiness.com/regional-news/asia-pacific/loreal-groupe-launches-19-new-boutiques-at-chinas-duty-free-mega-mall/227661.

[17] Bates, Joe, "Jessica's Secret's Mirko Wang on post-pandemic Chinese travel trends," *DFNI*, July 28, 2023, available at https://www.dfnionline.com/latest-news/jessicas-secrets-mirko-wang-post-pandemic-chinese-travel-trends-28-07-2023/.

[18] "Beiersdorf Hikes Organic Sales Aim on Demand for Nivea, Sunscreen," *Business of Fashion*, August 3, 2023, available at https://www.businessoffashion.com/news/beauty/beiersdorf-hikes-organic-sales-aim-on-demand-for-nivea-sunscreen/.

[19] Bersola, Camille, "'A change of paradigm in travel retail' – L'Oréal notes impact of Hainan and Korean daigou changes amid strong first-half results," *The Moodie Davitt Report*, July 28, 2023, available at https://moodiedavittreport.com/a-change-of-paradigm-in-travel-retail-loreal-notes-impact-of-hainan-and-korean-daigou-changes-amid-strong-first-half-results/.

[20] Bersola, Camille, "L'Oréal overcomes 'reset' in Asia travel retail and slow Mainland China recovery to turn in double-digit Q3 growth," *The Moodie Davitt Report*, October 20, 2023, available at https://moodiedavittreport.com/loreal-overcomes-reset-in-asia-travel-retail-and-slow-mainland-china-recovery-to-turn-in-double-digit-q3-growth/.

[21] Biondi, Annachiara, "China's Daigou Personal Shoppers Aren't Going Away," *Vogue*, April 7, 2021, available at https://www.vogue.com/article/china-daigou-not-going-away.

[22] Birch, Kate, "Estee Lauder deepens commitment to China, creates CEO role," *Business Chief*, November 22, 2021, available at https://businesschief.asia/videos/estee-lauder-deepens-commitment-china-creates-ceo-role.

[23] Breuer, Sydnee, "The Impact of Economic Instability on Beauty," *BeautyMatter*, August 4, 2022, available at https://beautymatter.com/articles/the-impact-of-economic-instability-on-beauty.

[24] "Can K-Fashion Win Back The Hearts Of Chinese Consumers? We11done And Sequoia Capital China Are Betting On It," *Jing Daily*, November 3, 2022, available at https://jingdaily.com/posts/korean-fashion-sequoia-capital-china-we11done.

[25] "Chanel Duels South Korean Resellers Amid Luxury Boom," *Business of Fashion*, March 17, 2022, available at https://www.businessoffashion.com/news/luxury/chanel-duels-south-korean-resellers-amid-luxury-boom/.

**Appendix B: Materials Considered**

[26] "Chengdu locks down 21.2 million as Chinese cities battle COVID," *Reuters*, September 1, 2022, available at https://www.reuters.com/world/china/chinas-chengdu-conduct-mass-covid-testing-lockdowns-cases-climb-2022-09-01/.

[27] "China Consumption: Start of a New Era," *McKinsey & Company*, November 2023, available at https://www.mckinsey.com/cn/~/media/mckinsey/locations/asia/greater%20china/our%20insights/china%20consumption%20start%20of%20a%20new%20era/china-consumption-start-of-a-new-era.pdf.

[28] "China's Consumer Slump Claims Another Victim as Shiseido Profit Slides," *Business of Fashion*, February 9, 2024, available at https://www.businessoffashion.com/news/beauty/chinas-consumer-slump-claims-another-victim-as-shiseido-profit-slides/.

[29] "China's Cosmetic and Personal Care Ingredients Market Trends: An Analysis of the 2023 Annual Reports of Key Players," *ZMUni Compliance Centre*, May 20, 2024, available at https://www.zmuni.com/en/news/china-s-cosmetic-and-personal-care-ingredients-market.

[30] "China's Unstoppable 2020 Luxury Market," *Bain & Company*, December 2020, available at https://www.bain.com/globalassets/noindex/2020/bain_report_chinas_unstoppable_2020_luxury-market.pdf.

[31] "Chinese aesthetics influence beauty industry, boosting domestic cosmetics brands," *CGTN*, April 19, 2024, available at https://news.cgtn.com/news/2024-04-19/Chinese-aesthetics-influence-beauty-industry-boosting-domestic-brands-1sVdqcZYWzK/p.html.

[32] "Chinese shoppers spent $1.8 bln in Hainan duty-free stores in 4 months," *CGTN*, November 10, 2020, available at https://news.cgtn.com/news/2020-11-10/Chinese-shoppers-spent-1-8-bln-in-Hainan-duty-free-stores-in-4-months-VjjvpCmMPm/index.html.

[33] Clark, Evan, "Patrice Louvet Driving Ralph Lauren Forward Beyond Pandemic," *WWD*, May 20, 2021, available at https://wwd.com/business-news/financial/feature/ralph-lauren-fourth-quarter-patrice-louvet-brand-retail-1234827309/#:~:text=There's%20a%20new%20world%20to,from%20a%20position%20of%20strength.

[34] Clark, Evan, Kathryn, Hopkins, "Fashion's Currency Give and Take," *WWD*, September 8, 2022, available at https://wwd.com/business-news/financial/euro-dollar-parity-currency-fashion-retail-luxury-lmvh-1235293792/.

[35] "Conflict in Middle East Could Bring 'Dual Shock' to Global Commodity Markets," *World Bank Group*, October 30, 2023, available at https://www.worldbank.org/en/news/press-release/2023/10/26/commodity-markets-outlook-october-2023-press-release.

[36] Conti, Samantha, "Johann Rupert Has No Plans to Sell Richemont, Which Bounced Back in Q4," *WWD*, May 21, 2021, available at https://wwd.com/business-news/business-features/johann-rupert-no-plans-sell-richemont-which-bounced-back-q4-1234827940/.

[37] "CTG Duty-Free Awarded Title of Model State-owned Enterprise in Corporate Governance by SASAC," *Strategic Investment and Enterprise Management Department, CTG Duty-Free*, February 23, 2022, available at https://www.ctg.cn/en/article/15987.

[38] Culliney, Kacey, "'Drastic but necessary': Beauty majors cease business in Russia," *CosmeticsDesign Europe*, March 22, 2022, available at https://www.cosmeticsdesign-europe.com/Article/2022/03/22/Russia-Ukraine-war-impact-on-beauty-industry-with-brand-ceasing-operations-online-and-in-store/.

[39] Cyriac, Joseph, "McKinsey survey shows investors seek fundamentals and long-term vision," *McKinsey & Company*, August 25, 2025, available at https://www.mckinsey.com/capabilities/strategy-and-corporate-fi nance/our-insights/mckinsey-survey-shows-investors-seek-fundamentals-and-long-term-vision.

**Appendix B: Materials Considered**

[40] Danziger, Pamela N., "Luxury Brands Are Betting Their Future On China, But It May Be A Risky Gamble," *Forbes*, April 18, 2021, available at https://www.forbes.com/sites/pamdanziger/2021/04/18/luxury-brands-are-betting-their-future-on-china-but-it-may-be-a-risky-gamble/.

[41] Davitt, Dermot, "Asia travel retail inventory challenges hit The Estée Lauder Companies Q2 performance," *The Moodie Davitt Report*, February 5, 2024, available at https://moodiedavittreport.com/the-estee-lauder-companies-asia-travel-retail-inventory-challenges-hit-q2-performance/.

[42] Davitt, Dermot, "Daigou business dominates US$1.27 billion Korean duty free market in March," *The Moodie Davitt Report*, May 5, 2021, available at https://moodiedavittreport.com/daigou-business-dominates-us1-27-billion-korean-duty-free-market-in-march/.

[43] Davitt, Dermot, "Korean duty free sales fall by -45% in June but daigou bulk buys continue to surge," *The Moodie Davitt Report*, July 27, 2020, available at https://moodiedavittreport.com/korean-duty-free-sales-fall-by-45-in-june-but-daigou-bulk-buys-continue-to-surge/.

[44] Davitt, Dermot, "Korean retailers urge extension to scheme permitting sale of undepleted duty free goods," *The Moodie Davitt Report*, October 15, 2020, available at https://moodiedavittreport.com/korean-retailers-urge-extension-to-scheme-permitting-sale-of-undepleted-duty-free-goods/.

[45] Davitt, Dermot, "Shilla travel retail revenues fall by -64% in COVID-19-hit second quarter," *The Moodie Davitt Report*, July 31, 2020, available at https://moodiedavittreport.com/shilla-travel-retail-revenues-fall-by-64-in-covid-19-hit-second-quarter/.

[46] Davitt, Dermot, "South Korean duty free industry anticipates downtown, airport and ferry tenders," *The Moodie Davitt Report*, November 20, 2019, available at https://moodiedavittreport.com/south-korean-duty-free-industry-anticipates-downtown-airport-and-ferry-tenders/.

[47] Dimama, Elena, "Hainan tightens rules on illegal daigou trade," *DFNI*, December 7, 2021, available at https://www.dfnionline.com/latest-news/retail/hainan-tightens-rules-illegal-daigou-trade-07-12-2021/.

[48] Dimama, Elena, "Industry Outlook: Airport and downtown duty free state of play," *DFNI*, October 13, 2020, available at https://www.dfnionline.com/regions/global/industry-outlook-airport-downtown-duty-free-state-play-13-10-2020/.

[49] Dimama, Elena, "Strong start to the year for Korean duty free sales as Covid-19 impact not yet fully blown," *DFNI*, March 9, 2020, available at https://www.dfnionline.com/latest-news/retail/strong-start-year-korean-duty-free-sales-covid-19-impact-not-yet-fully-blown-09-03-2020/.

[50] Doffman, Adam, "Mastering social commerce: 4 tactics for beauty brands," *Jing Daily*, November 8, 2024, available at https://jingdaily.com/posts/mastering-china-s-social-commerce-four-tactics-beauty-brands-need-to-succeed.

[51] "Dollar poised for further strength as Fed keeps monetary policy tight," *S&P Global*, September 12, 2023, available at https://www.spglobal.com/market-intelligence/en/news-insights/articles/2023/9/dollar-poised-for-further-strength-as-fed-keeps-monetary-policy-tight-77438130.

[52] "Duty free price comparison app Jessica's Secret launches next-gen AI tracker," *The Moodie Davitt Report*, July 20, 2020, available at https://moodiedavittreport.com/duty-free-price-comparison-app-jessicas-secret-launches-next-gen-ai-tracker/.

[53] "Duty-free shops suffer sharp drop in sales amid coronavirus outbreak," *The Korea Times*, April 28, 2020, available at https://www.koreatimes.co.kr/economy/20200428/duty-free-shops-suffer-sharp-drop-in-sales-amid-coronavirus-outbreak.

[54] "E-Commerce Law of the People's Republic of China," *IPKey*, available at https://ipkey.eu/sites/default/files/documents/resources/PRC_E-Commerce_Law.pdf.

[55] Fernandez, Chantal, "What Luxury Can Do About the Tourism Crisis," *Business of Fashion*, July 20, 2020, available at https://www.businessoffashion.com/articles/luxury/travel-luxury-coronavirus-ecommerce-china-luxury-tourism-duty-free/.

**Appendix B: Materials Considered**

[56] Flora, Liz, "Inside Beauty's Uneven Travel Retail Rebound," *Business of Fashion*, December 21, 2023, available at https://www.businessoffashion.com/articles/beauty/beauty-travel-retails-uneven-rebound/.

[57] Franklin J. Chu, Azoya, "Prestige Beauty is China's Next Growth Engine," *Global Cosmetics Industry*, May 5, 2022, available at https://www.gcimagazine.com/consumers-markets/article/22197863/prestige-beauty-is-chinas-next-growth-engine.

[58] Fujino, Lauren Eiko, "China's New e-Commerce Law: Businesses Should Ready for Stronger Compliance Norms," *China Briefing*, September 25, 2018, available at https://www.china-briefing.com/news/china-new-e-commerce-law-businesses-ready-new-compliance-norms-2019/.

[59] Gleason-Allured, Jeb, "The State of Beauty: 2021 & Beyond," *Global Cosmetic Industry*, February 16, 2021, available at https://www.gcimagazine.com/brands-products/news/article/21849205/the-state-of-beauty-2021-beyond.

[60] Grzelak, Alyssa, "Top 10 economic predictions for 2023," *S&P Global*, January 4, 2023, available at https://www.spglobal.com/market-intelligence/en/news-insights/research/top-10-economic-predictions-for-2023.

[61] "Hainan delivers over 1m duty-free parcels in one year," *China Daily*, March 7, 2022, available at https://govt.chinadaily.com.cn/s/202203/07/WS622568c2498e6a12c1221be5/hainan-delivers-over-1m-duty-free-parcels-in-one-year.html.

[62] Hall, Casey, "China's Booming Luxury Market Won't Be Smooth Sailing Next Year," *Business of Fashion*, December 7, 2021, available at https://www.businessoffashion.com/briefings/china/chinas-booming-luxury-market-wont-be-smooth-sailing-next-year/.

[63] Hall, Casey, "C-Beauty Brands Set Their Sights on Global Success," *Business of Fashion*, March 15, 2022, available at https://www.businessoffashion.com/briefings/china/c-beauty-brands-set-their-sights-on-global-success/.

[64] Hall, Casey, "Daigou Handbag Sales Remain a Challenge for Luxury Brands," *Business of Fashion*, March 22, 2021, available at https://www.businessoffashion.com/news/china/daigou-handbag-sales-remain-a-challenge-for-luxury-brands/.

[65] Hall, Casey, "How Small Brands Cut Through Singles' Day Noise," *Business of Fashion*, November 12, 2020, available at https://www.businessoffashion.com/briefings/china/how-small-brands-cut-through-singles-day-noise/.

[66] Hall, Casey, "Is It Game Over for China's Grey Market Sellers?," *Business of Fashion*, September 17, 2020, available at https://www.businessoffashion.com/briefings/china/china-grey-market-sellers-daigou-agent-luxury-brands-covid-19/.

[67] Hall, Casey, "Luxury Brands Found a Solution for Their Inventory Glut. But Will It Backfire?," *Business of Fashion*, July 9, 2020, available at https://www.businessoffashion.com/briefings/china/luxury-brands-found-a-solution-for-their-inventory-glut-but-will-it-backfire/.

[68] Hall, Casey, "No Magic Bullet to Tapping China's 750 Million Digital Consumers," *Business of Fashion*, January 14, 2021, available at https://www.businessoffashion.com/briefings/china/what-platforms-dont-tell-you-about-cross-border-e-commerce/.

[69] Hall, Casey, "The Real Reason Louis Vuitton Is Launching Its Global Exhibition in Wuhan," *Business of Fashion*, October 29, 2020, available at https://www.businessoffashion.com/articles/china/the-real-reason-louis-vuitton-is-launching-its-global-exhibition-in-wuhan/.

[70] Hall, Casey, "The Rise and Stumble of a Grey Market Upstart," *Business of Fashion*, June 18, 2021, available at https://www.businessoffashion.com/articles/global-markets/the-rise-and-stumble-of-a-luxury-grey-market-upstart/.

[71] Hall, Casey, "The World's Third Largest Sportswear Company May Surprise You," *Business of Fashion*, March 25, 2021, available at https://www.businessoffashion.com/briefings/china/the-worlds-third-largest-sportswear-company-may-surprise-you/.

**Appendix B: Materials Considered**

[72] Hall, Casey, "Try Virtual Vouchers Instead of Deep Discounting," *Business of Fashion* , April 23, 2020, available at https://www.businessoffashion.com/briefings/china/try-virtual-vouchers-instead-of-deep-discounting/.

[73] Hall, Casey, "Will Luxury Resale Take Off in China? It's Complicated.," *Business of Fashion* , May 21, 2020, available at https://www.businessoffashion.com/briefings/china/will-luxury-resale-take-off-in-china-its-complicated/.

[74] Hall, Casey, Robert, Williams, "The Key to Chinese Luxury Sales in 2021," *Business of Fashion* , February 25, 2021, available at https://www.businessoffashion.com/briefings/china/chinese-luxury-shoppers-are-staying-home-again-this-year-how-can-brands-capture-this-demand/.

[75] Hee-Chul, Moon and Kang Jae-Eun, "Duty free stores struggle to sell mountains of inventory," *Korea JoongAng Daily* , May 24, 2020, available at https://koreajoongangdaily.joins.com/2020/05/24/industry/coronavirus-duty-free-store-duty-free-goods/20200524180100214.html.

[76] Hesketh, Ryan, "China Locks Down the Southern City of Shenzhen as COVID-19 Cases Jump," *Time* , March 13, 2022, available at https://time.com/6157175/covid-china-shenzhen/.

[77] Hobson, Jane, "Shiseido Travel Retail opens series of boutiques with CDFG," *Global Travel Retail Magazine,* November 29, 2022 available at https://www.gtrmag.com/blog/shiseido-travel-retail-opens-series-of-boutiques-with-cdfg.

[78] Hopkins, Kathryn, "Assessing the Issues Facing the Estée Lauder Cos.," *WWD* , December 15, 2023, available at https://wwd.com/beauty-industry-news/beauty-features/the-state-of-estee-lauder-1236049996/.

[79] "How Big Beauty Is Plotting a Recovery in China," *Business of Fashion* , December 6, 2022, available at https://www.businessoffashion.com/briefings/china/how-big-beauty-is-plotting-a-recovery-in-china/.

[80] Hoyler, Bob and Han Hu, "Online for the Holidays: November 2023 Beauty and Personal Care E-Commerce Performance in China and the US," *Euromonitor* , December 21, 2023, available at https://lp.euromonitor.com/article/online-for-the-holidays-november-2023-beauty-and-personal-care-e-commerce-performance-in-china-and-the-us.

[81] Hu, Denni, "Luxury, Beauty Brands Flock to Hainan as Tourist Boom Continues," *WWD* , April 14, 2023, available at https://wwd.com/business-news/government-trade/hainan-expo-2023-roundup-1235613330/.

[82] Hu, Denni, "Report: Chinese Luxury Market to See 'Solid Double-digit Rebound'," *WWD* , January 25, 2024, available at https://wwd.com/business-news/markets/bain-report-china-luxury-2024-outlook-1236153027/.

[83] Huld, Arendse, "China's Economy in 2023 – A Year of Growth and Recovery," *China Briefing* , December 18, 2023, https://www.china-briefing.com/news/chinas-economy-in-2023-growth-recovery/.

[84] Ireland, Kapila, "Interview: Avolta maps out ambitions, trends and developments in China," *DFNI* , February 19, 2024, available at https://www.dfnionline.com/latest-news/interview-avolta-maps-ambitions-trends-developments-china-19-02-2024/.

[85] Ireland, Kapila, "L'Oréal CEO expects "positive" second half of 2024 for travel retail," *DFNI* , February 12, 2024, available at https://www.dfnionline.com/brand-news/loreal-ceo-expects-positive-second-half-2024-travel-retail-12-02-2024/.

[86] "IRI and NPD Rebrand as Circana, the Leading Advisor on the Complexity of Consumer Behavior," *Circana* , March 3, 2023, available at https://www.circana.com/post/iri-and-npd-rebrand-as-circana-the-leading-advisor-on-the-complexity-of-consumer-behavior.

[87] Jensen, Emily, "Estée Lauder's sales slump shows why beauty brands aren't yet benefiting from increased Chinese tourism," *Jing Daily* , August 23, 2023, available at https://jingdaily.com/posts/estee-lauder-earnings-china-tourism.

**Appendix B: Materials Considered**

[88] Jung, Min Yong, "Flying in the face of reason: South Korean government permits two more downtown duty free stores," *The Moodie Davitt Report*, July 13, 2020, available at https://moodiedavittreport.com/flying-in-the-face-of-reason-south-korean-government-permits-two-more-downtown-duty-free-stores/.

[89] Jung, Min Yong, "Green shoots in Korean duty free as daigous drive online spike," *The Moodie Davitt Report*, March 17, 2020, available at https://moodiedavittreport.com/green-shoots-in-korean-duty-free-as-daigous-drive-online-spike/.

[90] Jung, Min Yong, "Korea Customs Service permits travel retailers to sell off duty free inventory," *The Moodie Davitt Report*, May 1, 2020, available at https://moodiedavittreport.com/korea-customs-service-permits-travel-retailers-to-sell-off-duty-free-inventory/.

[91] Jung, Min Yong, "Korea duty free market sets another monthly record as daigou sector flourishes," *The Moodie Davitt Report*, December 30, 2019, available at https://moodiedavittreport.com/korea-duty-free-market-sets-another-monthly-record-as-daigou-sector-flourishes/.

[92] Jung, Min Yong, "Korean duty free falls -34% in October; but daigou sector still buzzing and Chuseok sees big sales spike in Jeju," *The Moodie Davitt Report*, November 24, 2020, available at https://moodiedavittreport.com/korean-duty-free-falls-34-in-october-but-daigou-sector-still-buzzing-and-chuseok-sees-big-sales-spike-in-jeju/.

[93] Jung, Min Yong, "Korean duty free sales fall -33% in September but foreign customer spend continues to soar," *The Moodie Davitt Report*, October 28, 2020, available at https://moodiedavittreport.com/korean-duty-free-sales-fall-33-in-september-but-foreign-customer-spend-continues-to-soar/.

[94] Jung, Min Yong, "Korean duty free sales fall in August but foreign customer spend soars," *The Moodie Davitt Report*, September 29, 2020, available at https://moodiedavittreport.com/korean-duty-free-sales-fall-in-august-but-foreign-customer-spend-soars/.

[95] Jung, Min Yong, "Korean duty free sales for February slump but daigou spend per person rises," *The Moodie Davitt Report*, March 29, 2020, available at https://moodiedavittreport.com/korean-duty-free-sales-for-february-slump-but-daigou-spend-per-person-rises/.

[96] Jung, Min Yong, "Korean duty free sales grow + 14.3% in January, but COVID-19 to impact February and March performance," *The Moodie Davitt Report*, March 6, 2020, available at https://moodiedavittreport.com/korean-duty-free-sales-grow-14-3-in-january-but-covid-19-to-impact-february-and-march-performance/.

[97] Jung, Min Yong, "Korean duty free sales leap by +23.7% year-on-year in 2019," *The Moodie Davitt Report*, February 3, 2020, available at https://moodiedavittreport.com/korean-duty-free-sales-leap-by-23-7-year-on-year-in-2019/.

[98] Jung, Min Yong, "Korean duty free sales rise +28% in October as resale market continues to soar," *The Moodie Davitt Report*, November 28, 2019, available at https://moodiedavittreport.com/korean-duty-free-sales-rise-28-in-october-as-resale-market-continues-to-soar/.

[99] Jung, Min Yong, "Korean duty free stores go quiet as daigou stay away for Lunar New Year," *The Moodie Davitt Report*, January 29, 2020, available at https://moodiedavittreport.com/korean-duty-free-stores-go-quiet-as-daigou-stay-away-for-lunar-new-year/.

[100] Jung, Min Yong, "Lotte Duty Free sales fall sharply year-on-year in Q3 but strong quarterly improvement noted," *The Moodie Davitt Report*, November 17, 2020, available at https://moodiedavittreport.com/lotte-duty-free-sales-fall-sharply-year-on-year-in-q3-but-strong-quarterly-improvement-noted/.

[101] Jung, Min Yong, "Shinsegae Duty Free closes downtown stores for one day per month amid crisis," *The Moodie Davitt Report*, March 16, 2020, available at https://moodiedavittreport.com/shinsegae-duty-free-closes-downtown-stores-for-one-day-per-month-amid-crisis/.

**Appendix B: Materials Considered**

[102] Jung, Min Yong, "Shinsegae Duty Free revenue surges but operating margin tumbles in wake of daigou and airport concession costs," *The Moodie Davitt Report*, November 13, 2019, available at https://moodiedavittreport.com/shinsegae-duty-free-revenue-surges-but-operating-margin-tumbles-in-wake-of-daigou-and-airport-concession-costs/.

[103] Jung, Min Yong, "Shinsegae Duty Free sales slide -44% in Q3, but quarterly improv[e]ment noted and return to profit in Q4 predicted," *The Moodie Davitt Report*, November 12, 2020, available at https://moodiedavittreport.com/shinsegae-duty-free-sales-slide-44-in-q3-but-quarterly-improvment-noted-and-return-to-profit-in-q4-predicted/.

[104] Jung, Min Yong, "The curious tale of Korean duty free – July sales tumble -39% but sales per foreign customer soar +1,575% to US$14,275," *The Moodie Davitt Report*, August 31, 2020, available at https://moodiedavittreport.com/the-curious-tale-of-korean-duty-free-july-sales-tumble-39-but-sales-per-foreign-customer-soar-1575-to-us14275/.

[105] "Key Takeaways from the Webinar 'Decoding Daigou: China's New Social Commerce'," *Jing Daily*, June 1, 2020, available at https://jingdaily.com/posts/key-takeaways-from-the-webinar-decoding-daigou-chinas-new-social-commerce.

[106] Kim, Aimee, Alex Sawaya, and Michael Straub, "Hainan's $40 billion prize: The new battleground for global luxury," *McKinsey & Company*, July 2021, available at https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury.

[107] "L'Oréal Sales Up Despite Muted Recovery in China," *Business of Fashion*, October 19, 2023, available at https://www.businessoffashion.com/news/beauty/loreal-sales-up-despite-muted-recovery-in-china/.

[108] Lannes, Bruno, Carrie, Zhang, "China's Unstoppable 2020 Luxury Market," *Bain & Company*, December 1, 2020, available at https://www.bain.com/insights/chinas-unstoppable-2020-luxury-market/.

[109] Lannes, Bruno, Weiwei, Xing, "A Year of Contrasts for China's Growing Personal Luxury Market," *Bain & Company*, January 1, 2022, available at https://www.bain.com/insights/a-year-of-contrasts-for-chinas-growing-personal-luxury-market/.

[110] Lannes, Bruno, Weiwei, Xing, "China Luxury Goods Market: A Year of Recovery and Transition," Bain & Company, March 1, 2024, available at https://www.bain.com/insights/2023-china-luxury-goods-market/.

[111] Lannes, Bruno, Weiwei, Xing, "Setting a New Pace for Personal Luxury Growth in China," *Bain & Company*, February 1, 2023, available at https://www.bain.com/insights/setting-a-new-pace-for-personal-luxury-growth-in-china/.

[112] Lannes, Bruno, Weiwei, Xing, Emma, Gu, "2024 China Luxury Goods Market: Navigating Turbulent Waters," *Bain & Company*, January 1, 2025, available at https://www.bain.com/insights/2024-china-luxury-goods-market/.

[113] Lim, Amanda, "Recovery Plan: Estée Lauder outlines six-month strategy to recoup market share loss in China," *Cosmetic Design Asia*, August 24, 2022, available at https://www.cosmeticsdesign-asia.com/Article/2022/08/24/estee-lauder-outlines-six-month-strategy-to-recoup-market-share-loss-in-china/.

[114] Linh, Khanh, "Chanel Is the Latest Luxury Brand Pulling Back From Korean Duty-Free Segment," *Business of Fashion*, February 10, 2022, available at https://www.businessoffashion.com/news/global-markets/chanel-is-the-latest-luxury-brand-pulling-back-from-korean-duty-free-segment/.

[115] Lockwood, Lisa, "Haute Pursuit, Luxury Shopping Assistant That Finds Best Deals, Extends to Mobile," *WWD*, October 7, 2021, available at https://wwd.com/business-news/retail/haute-pursuit-luxury-shopping-assistant-finds-best-deals-extends-to-mobile-1234967510/.

**Appendix B: Materials Considered**

[116] Luan, Lan, Aimee Kim, and Daniel Zipser, "How young Chinese consumers are reshaping global luxury," *McKinsey & Company*, April 25, 2019, available at https://www.mckinsey.com/featured-insights/china/how-young-chinese-consumers-are-reshaping-global-luxury.

[117] Luo, Jiaqi, "Keeping Up with the Daigous: an Industry in Flux," *Jing Daily*, April 30, 2019, available at https://jingdaily.com/posts/daigous-industry-flux.

[118] "LVMH Bags $46.8B in H1 Revenue Despite Creeping 'Big Luxury' Fatigue," *The Fashion Law*, available at https://www.thefashionlaw.com/lvmh-bags-46-8b-in-h1-revenue-despite-creeping-big-luxury-fatigue/.

[119] Mallevays, Pierre, "Could China's President Be Good for Luxury?," *Business of Fashion*, October 9, 2021, available at https://www.businessoffashion.com/opinions/finance/could-chinas-president-be-good-for-luxury/.

[120] Mallevays, Pierre, "How to Tap China's Luxury Market As Recovery Falters," *Business of Fashion*, August 10, 2023, available at https://www.businessoffashion.com/articles/luxury/china-economic-recovery-luxury-consumers-retail-upgrades-travel-hubs/.

[121] Moodie, Martin and Ming, Jong Jung, "How Will the Coronavirus Crisis Affect the Daigou Business in South Korea?," *Jing Daily*, February 13, 2020, available at https://jingdaily.com/posts/how-will-the-coronavirus-crisis-affect-the-daigou-business-in-south-korea.

[122] *Moodie Davitt Report*, December 20, 2021, available at https://moodiedavittreport.com/electrifying-news-says-lotte-duty-free-as-south-korean-government-scraps-us5000-outbound-duty-free-value-limit/#:~:text=The%20government%20will%20offer%20a,some%20time%20in%20March%202022..

[123] Moodie, Martin, "Analysis: Weighing up the Incheon International Airport duty free tender," *The Moodie Davitt Report*, January 4, 2023, available at https://moodiedavittreport.com/analysis-weighing-up-the-incheon-international-airport-duty-free-tender/.

[124] Moodie, Martin, "Asia travel retail inventory issues and muted China recovery hit The Estée Lauder Companies in Q1," *The Moodie Davitt Report*, November 2, 2023, available at https://moodiedavittreport.com/asia-travel-retail-inventory-issues-and-muted-china-recovery-hit-the-estee-lauder-companies-in-q1/.

[125] Moodie, Martin, "Asia travel retail to return to growth in Q3 says The Estée Lauder Companies President & CEO Officer Fabrizio Freda," *The Moodie Davitt Report*, February 6, 2024, available at https://moodiedavittreport.com/asia-travel-retail-to-return-to-growth-in-q3-says-the-estee-lauder-companies-president-ceo-officer-fabrizio-freda/.

[126] Moodie, Martin, "Bernard Arnault slams duty free daigou trade and expresses optimism in Chinese travelling shopper rebound," *The Moodie Davitt Report*, January 27, 2023, available at https://moodiedavittreport.com/bernard-arnault-slams-duty-free-daigou-trade-and-expresses-optimism-in-chinese-travelling-shopper-rebound/.

[127] Moodie, Martin, "Big changes to daigou sector raise Korean duty free retailer concerns," *The Moodie Davitt Report*, February 5, 2024, available at https://moodiedavittreport.com/big-changes-to-daigou-sector-raise-korean-duty-free-retailer-concerns/.

[128] Moodie, Martin, "CDFG parent posts strong Q1 results despite March slowdown," *The Moodie Davitt Report*, April 8, 2024, available at https://moodiedavittreport.com/cdfg-parent-posts-strong-q1-results-despite-march-slowdown/.

[129] Moodie, Martin, "CGS-CIMB study: Daigou market likely to resurge in Korea; basket size set to improve," *The Moodie Davitt Report*, March 16, 2020, available at https://moodiedavittreport.com/cgs-cimb-study-daigou-market-likely-to-resurge-in-korea-basket-size-set-to-improve/.

**Appendix B: Materials Considered**

[130] Moodie, Martin, "China Tourism Group Duty Free posts near +30% rise in first-half sales," *The Moodie Davitt Report*, July 9, 2023, available at https://moodiedavittreport.com/china-tourism-group-duty-free-posts-near-30-rise-in-first-half-sales/.

[131] Moodie, Martin, "Coty CEO lauds "incredible momentum" in travel retail amid group's 12th consecutive strong quarter," *The Moodie Davitt Report*, August 29, 2023, available at https://moodiedavittreport.com/coty-ceo-lauds-incredible-momentum-in-travel-retail-amid-groups-12th-consecutive-strong-quarter/.

[132] Moodie, Martin, "Douyin bans online resale of duty free goods by non-licensed merchants," *The Moodie Davitt Report*, March 27, 2022, available at https://moodiedavittreport.com/douyin-bans-online-resale-of-duty-free-goods-by-non-licensed-merchants/.

[133] Moodie, Martin, "Global exclusive: July 1 breakthrough as Hainan extends offshore duty free categories from 38 to 45; liquor to be included; Allowance increased to RMB100,000," *The Moodie Davitt Report*, June 29, 2020, available at https://moodiedavittreport.com/global-exclusive-july-1-breakthrough-as-hainan-extends-offshore-duty-free-categories-from-38-to-45-liquor-to-be-included-allowance-increased-to-rmb100000/.

[134] Moodie, Martin, "Hainan authorities step up crackdown on daigou business to protect offshore duty free's 'Golden Brand'," *The Moodie Davitt Report*, May 16, 2023, available at https://moodiedavittreport.com/hainan-authorities-step-up-crackdown-on-daigou-business-to-protect-offshore-duty-frees-golden-brand/.

[135] Moodie, Martin, "Hainan cracks down on daigou traders to protect duty free trade," *The Moodie Davitt Report*, December 7, 2021, available at https://moodiedavittreport.com/hainan-cracks-down-on-daigou-traders-to-protect-duty-free-trade/.

[136] Moodie, Martin, "Hainan duty free sales hit US$4 billion in first seven months but daigou curbs soften recent revenues," *The Moodie Davitt Report*, August 10, 2023, available at https://moodiedavittreport.com/hainan-duty-free-sales-hit-us4-billion-in-first-seven-months-but-daigou-curbs-soften-recent-revenues/.

[137] Moodie, Martin, "Hainan offshore duty free sales rise +26.1% in first 11 months to over CNY40 billion (US$5.8 billion)," *The Moodie Davitt Report*, December 2, 2023, available at https://moodiedavittreport.com/hainan-offshore-duty-free-sales-rise-26-1-in-first-11-months-to-over-cny40-billion-us5-8-billion/.

[138] Moodie, Martin, "How will the coronavirus crisis affect the daigou business in South Korea?," *The Moodie Davitt Report*, February 4, 2020, available at https://moodiedavittreport.com/how-will-the-coronavirus-crisis-affect-the-daigou-business-in-south-korea/.

[139] Moodie, Martin, "Interview: Vincent Boinay looks back on an incredible journey," *The Moodie Davitt Report*, October 2, 2023, available at https://moodiedavittreport.com/interview-vincent-boinay-looks-back-on-an-incredible-journey/.

[140] Moodie, Martin, "Korean duty free rivalry heats up amid impending Incheon tender and focus on global expansion," *The Moodie Davitt Report*, January 10, 2020, available at https://moodiedavittreport.com/korean-duty-free-rivalry-heats-up-amid-impending-incheon-tender-and-focus-on-global-expansion/.

[141] Moodie, Martin, "Korean duty free sales rise +15% in 2021 to KRW17.8 trillion (US$14.7 billion)," *The Moodie Davitt Report*, January 31, 2022, available at https://moodiedavittreport.com/korean-duty-free-sales-rise-15-in-2021-to-krw17-8-trillion-us14-7-billion.

[142] Moodie, Martin, "Korean duty free sales rise +37% month-on-month in February as daigou business revives," *The Moodie Davitt Report*, March 28, 2023, available at https://moodiedavittreport.com/korean-duty-free-sales-rise-37-month-on-month-in-february-as-daigou-business-revives/.

**Appendix B: Materials Considered**

[143] Moodie, Martin, "Korean duty free sales slide -53% in May but daigou bulk buys surge +927%," *The Moodie Davitt Report*, June 27, 2020, available at https://moodiedavittreport.com/korean-duty-free-sales-slide-53-in-may-but-daigou-bulk-buys-surge-927/.

[144] Moodie, Martin, "Korean duty free sales tumble -30% in January after daigou commission changes; Market falls -11.5% in 2022," *The Moodie Davitt Report*, February 27, 2023, available at https://moodiedavittreport.com/korean-duty-free-sales-tumble-30-in-january-after-daigou-commission-changes-market-falls-11-5-in-2022/.

[145] Moodie, Martin, "L'Oréal CEO Nicolas Hieronimus lauds travel retail rebound; says YSL at no risk from Kering beauty play," *The Moodie Davitt Report*, February 12, 2023, available at https://moodiedavittreport.com/loreal-ceo-nicolas-hieronimus-lauds-travel-retail-rebound-says-ysl-at-no-risk-from-kering-beauty-play/.

[146] Moodie, Martin, "L'Oréal posts record results in third consecutive year of double-digit growth despite North Asia travel retail challenges," *The Moodie Davitt Report*, February 11, 2024, available at https://moodiedavittreport.com/loreal-posts-record-results-in-third-consecutive-year-of-double-digit-growth-despite-north-asia-travel-retail-challenges/.

[147] Moodie, Martin, "Large daigou group buyers drive huge spike in average spend per foreign shopper in Korean duty free," *The Moodie Davitt Report*, April 27, 2020, available at https://moodiedavittreport.com/large-daigou-group-buyers-drive-huge-spike-in-average-spend-per-foreign-shopper-in-korean-duty-free/.

[148] Moodie, Martin, "Newly named China Tourism Group Duty Free Corp stock soars on Hainan news; China's holiday island becomes the new epicentre of global travel retail," *The Moodie Davitt Report*, June 30, 2020, available at https://moodiedavittreport.com/newly-named-china-tourism-group-duty-free-corp-stock-soars-on-hainan-news-chinas-holiday-island-becomes-the-new-epicentre-of-global-travel-retail/.

[149] December 26, 2023, available at https://moodiedavittreport.com/november-duty-free-sales-to-foreigners-plunge-in-south-korea-as-daigou-constraints-hit-home/.

[150] Moodie, Martin, "Offshore duty free sales on Hainan island surge to unprecedented highs," *The Moodie Davitt Report*, October 5, 2020, available at https://moodiedavittreport.com/offshore-duty-free-sales-on-hainan-island-surge-to-unprecedented-highs/.

[151] Moodie, Martin, "Oriental Travel Retail Observer issue two puts spotlight on Korean daigou trade into China," *The Moodie Davitt Report*, August 11, 2020, available at https://moodiedavittreport.com/oriental-travel-retail-observer-issue-two-puts-spotlight-on-korean-daigou-trade-into-china/.

[152] Moodie, Martin, "Sales tumble, profits surge – Shinsegae and Hyundai duty free results mirror South Korean market transformation," *The Moodie Davitt Report*, August 28, 2023, available at https://moodiedavittreport.com/sales-tumble-profits-surge-shinsegae-and-hyundai-duty-free-results-mirror-south-korean-market-transformation/.

[153] Moodie, Martin, "Shinsegae Duty Free posts -51.4% fall in Q4 sales but profits rise," *The Moodie Davitt Report*, February 15, 2024, available at https://moodiedavittreport.com/shinsegae-posts-47-5-fall-in-q4-revenues-but-edges-into-profit-thanks-to-rent-cuts/.

[154] Moodie, Martin, "Shiseido Q3 travel retail revenues hit hard by North Asia inventory issues and Japanese nuclear waste controversy," *The Moodie Davitt Report*, November 15, 2023, available at https://moodiedavittreport.com/shiseido-q3-travel-retail-revenues-hit-hard-by-north-asia-inventory-issues-and-japanese-nuclear-waste-controversy/.

[155] Moodie, Martin, "Shiseido travel retail sales dented by Hainan and Korean structural pressures," *The Moodie Davitt Report*, August 14, 2023, available at https://moodiedavittreport.com/shiseido-travel-retail-sales-dented-by-hainan-and-korean-structural-pressures/.

**Appendix B: Materials Considered**

[156] Moodie, Martin, "South Korea offers -20% relief deal to large duty free retailers amid -90% pax slump; "Absolutely not enough," says one leading player," *The Moodie Davitt Report*, April 1, 2020, available at https://moodiedavittreport.com/south-korea-offers-20-relief-deal-to-large-duty-free-retailers-amid-90-pax-slump-absolutely-not-enough-says-one-leading-player/.

[157] Moodie, Martin, "South Korean and Hainan travel retail challenges hit The Estée Lauder Companies' full-year results," *The Moodie Davitt Report*, August 18, 2023, available at https://moodiedavittreport.com/south-korean-and-hainan-travel-retail-challenges-hit-the-estee-lauder-companies-full-year-results/.

[158] Moodie, Martin, "South Korean duty free market falls -38% in 2020; downtown sales hold up due to daigou trade," *The Moodie Davitt Report*, February 1, 2021, available at https://moodiedavittreport.com/south-korean-duty-free-market-falls-38-in-2020-downtown-sales-hold-up-due-to-daigou-trade/.

[159] Moodie, Martin, "South Korean duty free market flat in 2022 at KRW17.7 trillion; down -24% on 2019," *The Moodie Davitt Report*, March 28, 2023, available at https://moodiedavittreport.com/south-korean-duty-free-market-flat-in-2022-at-krw17-7-trillion-down-24-on-2019/.

[160] Moodie, Martin, "South Korean duty free market improves in August but yearly comparatives tell a different story," *The Moodie Davitt Report*, October 21, 2023, available at https://moodiedavittreport.com/south-korean-duty-free-market-improves-in-august-but-yearly-comparatives-tell-a-different-story/.

[161] Moodie, Martin, "South Korean duty free market slumps -23% in 2023 amid structural changes," *The Moodie Davitt Report*, January 30, 2024, available at https://moodiedavittreport.com/south-korean-duty-free-market-slumps-23-in-2023-amid-structural-changes/.

[162] Moodie, Martin, "The Shilla Duty Free posts big Q4 losses amid sustained COVID-19 troubles as Chinese daigou crackdown poses downside risk," *The Moodie Davitt Report*, February 1, 2021, available at https://moodiedavittreport.com/the-shilla-duty-free-posts-big-q4-losses-amid-sustained-covid-19-troubles-as-chinese-daigou-crackdown-poses-downside-risk/.

[163] Moodie, Martin, "The Shilla Duty Free profits soar in Q2 though downtown sales fall on daigou changes," *The Moodie Davitt Report*, August 1, 2023, available at https://moodiedavittreport.com/the-shilla-duty-free-profits-soar-in-q2-though-downtown-sales-fall-on-daigou-changes/.

[164] Moodie, Martin, "Travel retail sales down -34% due to Hainan and Korean headwinds but The Estée Lauder Companies remains upbeat about the channel," *The Moodie Davitt Report*, August 19, 2023, available at https://moodiedavittreport.com/travel-retail-sales-down-34-due-to-hainan-and-korean-headwinds-but-the-estee-lauder-companies-remains-upbeat-about-the-channel/.

[165] Moore, Lisa, "Opinion: China is making a play for domestic duty-free," *DFNI*, June 7, 2020, available at https://www.dfnionline.com/regions/asia-pacific/opinion-china-making-play-domestic-duty-free-07-07-2020/.

[166] Moore, Lisa, "Opinion: Get ready for the return of the daigous," DFNI, June 19, 2020, available at https://www.dfnionline.com/regions/asia-pacific/opinion-get-ready-return-daigous-19-06-2020/.

[167] Morgan, Colleen, "Moodie Davitt WeChat readership surges in China," *The Moodie Davitt Report*, December 20, 2021, available at https://moodiedavittreport.com/moodie-davitt-wechat-readership-surges-in-china/.

[168] Nan, Lisa, "Crackdown on 'daigou' dents La Prairie and L'Oréal's sales in North Asia," *Jing Daily*, August 9, 2023, available at https://jingdaily.com/posts/la-prairie-loreal-crackdown-daigou-hit-sales-north-asia.

**Appendix B: Materials Considered**

[169] Nan, Lisa, "Daigou' trade's threat to luxury brands in 2024," *Jing Daily*, September 27, 2024, available at https://jingdaily.com/posts/daigou-s-threat-to-luxury-brands-in-2024.

[170] Nan, Lisa, "Does Luxury Need Daigous Post-Pandemic?," *Jing Daily*, April 8, 2021, available at https://jingdaily.com/posts/daigou-market-china-post-pandemic.

[171] Nan, Lisa, "High-end beauty's China challenge: Adapt or fade," *Jing Daily*, October 17, 2024, available at https://jingdaily.com/posts/high-end-beauty-faces-crisis-in-china.

[172] Nan, Lisa, "Is there a solution to China's $81B 'daigou' gray market?," *Jing Daily*, October 17, 2023, available at https://jingdaily.com/posts/is-there-a-solution-to-china-81-billion-daigou-gray-market.

[173] Nan, Lisa, "The Daigou Dilemma: LVMH Pushes Back Against China's 'Personal Shoppers'," February 21, 2023, *Jing Daily*, https://jingdaily.com/posts/daigou-lvmh-china-personal-shoppers.

[174] Nan, Lisa, "The price of duty-free: Hainan grapples with 'daigou' dilemma," *Jing Daily*, July 15, 2024, available at https://jingdaily.com/posts/the-price-of-duty-free-hainan-grapples-daigou-dilemma.

[175] Nan, Lisa, Avery, Booker, "Is Hainan about to lose its duty-free sheen?," *Jing Daily*, November 25, 2024, available at https://jingdaily.com/posts/will-hainan-lose-its-duty-free-sheen-in-2025.

[176] "Navigating Uncertainty – China's Economy in 2023," *World Bank Group*, December 2022.

[177] "Notice from Ministry of Finance on pilot duty-free policy in Hainan," *China Daily*, May 31, 2011, available at https://www.chinadaily.com.cn/m/hainan/dutyfree/2011-05/31/content_12613549.htm.

[178] O'Connor, Tamison, "Explainer: How Russia's Wartime Fashion Market Works," *Business of Fashion*, August 8, 2023, available at https://www.businessoffashion.com/articles/global-markets/explainer-how-russias-wartime-fashion-market-works/.

[179] O'Connor, Tamison, "Why Luxury's Recovery in China Is Uneven," *Business of Fashion*, June 13, 2023, available at https://www.businessoffashion.com/briefings/china/why-luxurys-recovery-in-china-is-uneven/.

[180] "OECD Economic Outlook," *OECD*, November 2023, available at https://www.oecd.org/content/dam/oecd/en/publications/reports/2023/11/oecd-economic-outlook-volume-2023-issue-2_6c587ffd/7a5f73ce-en.pdf.

[181] "Partner profile, cdf," *The Moodie Davitt Report*, available at https://ezine.moodiedavittreport.com/trinity-forum-2022-workbook/partner-profile-china-duty-free-group.

[182] Peiro, Max, "Are Daigous Tanking China's Luxury E-Commerce?," *Jing Daily*, May 27, 2021, available at https://jingdaily.com/posts/daigous-hurt-china-luxury-ecommerce.

[183] Pickert, Reade, "US Retail Sales Drop Most in 11 Months, Missing Estimates," *Bloomberg*, December 15, 2022, available at https://www.bloomberg.com/news/articles/2022-12-15/us-retail-sales-post-biggest-decline-in-nearly-a-year.

[184] Qi, He, "Estée Lauder Companies to focus on Chinese consumers more," *China Daily*, December 17, 2022, available at https://investinchina.chinadaily.com.cn/s/202212/17/WS647fead3498ea274927bd97b/estee-lauder-companies-to-focus-on-chinese-consumers-more.html.

**Appendix B: Materials Considered**

[185] Rozario, Kevin, "C-beauty doubles its market share in just five years," *Jing Daily* , July 6, 2023, available at https://jingdaily.com/posts/c-beauty-doubles-its-market-share-in-just-five-years.

[186] Rozario, Kevin, "Hainan Has Another Duty-Free Mall—It Is The Biggest In The World," *Forbes* , October 29, 2022, available at https://www.forbes.com/sites/kevinrozario/2022/10/29/hainan-has-another-duty-free-mall-it-is-the-biggest-in-the-world/.

[187] Ryan, Carol, "Luxury Brands' New Snag? Handbag Arbitrage," *The Wall Street Journal* , September 13, 2024, available at https://www.wsj.com/business/retail/luxury-brands-new-snag-handbag-arbitrage-575bb1b7.

[188] "Sanya: Covid lockdown strands tourists on 'China's Hawaii'," *BBC* , August 7, 2022, available at https://www.bbc.co.uk/news/world-asia-china-62455908.

[189] Sayles, Jill, "Interview: Coty reveals strategic outlook for development," *DFNI* , November 16, 2023, available at https://www.dfnionline.com/brand-news/cosmetics/coty-reveals-strategic-outlook-development-16-11-2023/.

[190] Sergison, Darcey, "Worldview: China Loans Plunge to 14-Year Low, Adding to Deflation Risk," *Business of Fashion* , August 15, 2023, available at https://www.businessoffashion.com/articles/global-markets/worldview-china-loans-plunge-to-14-year-low-adding-to-deflation-risk/.

[191] "Shanghai city to lift lockdown restrictions on June 1," *Reuters* , May 31, 2022, https://www.euronews.com/2022/05/31/us-health-coronavirus-china-shanghai.

[192] Sherman, Lauren, "How Covid-19 Is Catalysing a New Era of Luxury," *Business of Fashion* , January 4, 2021, available at https://www.businessoffashion.com/articles/luxury/how-covid-19-is-catalysing-a-new-era-of-luxury/.

[193] Socha, Miles, "Aura Blockchain Consortium Appoints General Secretary," *WWD* , June 15, 2021, available at https://wwd.com/business-news/technology/aura-blockchain-consortium-appoints-general-secretary-1234843551/.

[194] Socha, Miles, "LVMH, Richemont and Prada Join Forces in Blockchain Consortium," *WWD* , April 20, 2021, available at https://wwd.com/business-news/technology/feature/lvmh-richemont-prada-blockchain-consortium-1234805276/.

[195] Socha, Miles, Denni, Hu, "EXCLUSIVE: Supreme Is Entering China Via Dover Street Market in Beijing," *WWD* , November 4, 2022, available at https://wwd.com/business-news/retail/supreme-china-dover-street-market-beijing-1235406874/.

[196] Solca, Luca, Melinda, Hu, "Luxury's Daigou Economy, Explained," *Business of Fashion* , October 15, 2020, available at https://www.businessoffashion.com/articles/luxury/luxury-daigou-shopping-fashion-economy-china-south-korea/.

[197] Solca, Luca, Melinda, Hu, "Solving Kering's Gucci Problem," *Business of Fashion* , March 3, 2021, available at https://www.businessoffashion.com/articles/luxury/solving-kerings-gucci-problem/.

[198] Spencer, Mimosa and Doyinsola Oladipo, "American tourists splurge in Paris boutiques as euro slides," *Reuters* , July 15, 2022, available at https://www.reuters.com/markets/currencies/american-tourists-splurge-paris-boutiques-euro-slides-2022-07-15/#:~:text=The%20weak%20euro%20is%20big,according%20to%20analysts%20from%20Barclays.

[199] Spencer, Mimosa, Valentina Za and Francesco Zecchini, "Focus: European cosmetics makers face supply crisis amid scarcity of Ukraine resources," *Reuters* , April 12, 2022, available at https://www.reuters.com/business/european-cosmetics-makers-face-supply-crisis-amid-scarcity-ukraine-resources-2022-04-12/.

**Appendix B: Materials Considered**

[200] Suen, Zoe, "Chinese New Year Sales Hang in the Balance," *Business of Fashion*, February 4, 2021, available at https://www.businessoffashion.com/articles/china/chinese-new-year-sales-hang-in-the-balance/.

[201] Suen, Zoe, "How 'Revenge Travel' Will Impact Luxury Sales," *Business of Fashion*, April 30, 2021, available at https://www.businessoffashion.com/articles/china/what-will-revenge-travel-look-like-for-luxury/.

[202] Suen, Zoe, "How 2020 Changed the World's Biggest Fashion Market," *Business of Fashion*, December 17, 2020, available at https://www.businessoffashion.com/briefings/china/this-year-in-china-2020/.

[203] Suen, Zoe, "How China's 'Revenge Travel' Will Boost Luxury," *Business of Fashion*, January 31, 2023, available at https://www.businessoffashion.com/briefings/china/how-chinas-revenge-travel-will-boost-luxury/.

[204] Suen, Zoe, "How to Tap Luxury's Hainan Opportunity," Business of Fashion, February 8, 2022, available at https://www.businessoffashion.com/briefings/china/how-to-tap-luxurys-hainan-opportunity/.

[205] Suen, Zoe, "Louis Vuitton Doubles Down on Korean Department Stores," *Business of Fashion*, June 24, 2021, available at https://www.businessoffashion.com/news/global-markets/louis-vuitton-doubles-down-on-korean-department-stores/.

[206] Suen, Zoe, "Luxury Resale Heats Up in China," *Business of Fashion*, March 22, 2022, available at https://www.businessoffashion.com/briefings/china/luxury-resale-heats-up-in-china/.

[207] Suen, Zoe, "This Decade in China: Part One," *Business of Fashion*, December 12, 2019, available at https://www.businessoffashion.com/articles/china/this-decade-in-china-part-one-alibaba-wechat-dolce-gabbana/.

[208] Suen, Zoe, "This Decade in China: Part Two," *Business of Fashion*, December 19, 2019, available at https://www.businessoffashion.com/articles/china/this-decade-in-china-part-two/.

[209] Sun, Benjamin, "Chinese Beauty Daigou in ASEAN Region," *Think China*, June 4, 2021, available at https://www.thinkchina.com/insights/chinese-daigou-market-for-prestige-beauty-in-asean-region.

[210] "Sustained policy support and deeper structural reforms to revive China's growth momentum - World Bank Report," *World Bank Group*, December 14, 2023, available at https://www.worldbank.org/en/news/press-release/2023/12/14/sustained-policy-support-and-deeper-structural-reforms-to-revive-china-s-growth-momentum-world-bank-report.

[211] "Sustaining Growth through the Recovery and Beyond," *World Bank Group*, June 2023.

[212] Tan, Hannah, "China and Asia travel retail pressures hit Amorepacific's Q3 revenues," *The Moodie Davitt Report*, November 9, 2023, available at https://moodiedavittreport.com/china-and-asia-travel-retail-pressures-hit-amorepacifics-q3-revenues/.

[213] Tan, Hannah, "Hainan narrows the gap with Korean duty free," *The Moodie Davitt Report*, March 11, 2022, available at https://moodiedavittreport.com/hainan-narrows-the-gap-with-korean-duty-free/.

[214] Tan, Hannah, "Interview: Eric Cauvin on the power of brand equity and the magic of Diptyque," *The Moodie Davitt Report*, January 16, 2024, available at https://moodiedavittreport.com/interview-eric-cauvin-on-the-power-of-brand-equity-and-the-magic-of-diptyque/.

[215] Tan, Hannah, "On location: Estée Lauder unveils largest travel retail flagship in cdf Haikou," *Moodie Davitt*, December 13, 2022, available at https://moodiedavittreport.com/on-location-estee-lauder-unveils-largest-travel-retail-flagship-in-cdf-haikou.

**Appendix B: Materials Considered**

[216] Tan, Hannah, "The Estée Lauder Companies makes key leadership appointments; underscores China focus," *The Moodie Davitt Report*, November 23, 2021, available at https://moodiedavittreport.com/the-estee-lauder-companies-makes-key-leadership-appointments-underscores-china-focus/.

[217] "The beauty boom and beyond: Can the industry maintain its growth?," *McKinsey & Company*, September 11, 2024, available at https://www.mckinsey.com/industries/consumer-packaged-goods/our-insights/the-beauty-boom-and-beyond-can-the-industry-maintain-its-growth.

[218] "The Color Cosmetics Market Ushers in 'Critical Period'" *China Beauty Expo*, available at https://www.chinabeautyexpo.com/the-color-cosmetics-market-ushers-in-critical-period.

[219] "The Daigou Index 2.0," *Re-Hub*, available at https://www.rehub.tech/reports-and-cases/the-daigou-index-2-0.

[220] "The Estee Lauder Companies moves to local production with Tokyo plant," *Global Cosmetics News*, December 15, 2020, available at https://www.globalcosmeticsnews.com/the-estee-lauder-companies-moves-to-local-production-with-tokyo-plant.

[221] "The NPD Group: U.S. Consumer Spend on Video Game Products," *The International Game Developers Association,* August 11, 2020, available at https://igda.org/news-archive/the-npd-group-u-s-consumer-spend-on-video-game-products/.

[222] "The rise of indie beauty," *NielsenIQ*, September 26, 2023, available at https://nielseniq.com/global/en/insights/report/2023/the-rise-of-indie-beauty-insights/.

[223] "The State of Fashion 2021 Report," *Business of Fashion and McKinsey & Company*, 2021.

[224] "The State of Fashion: Beauty," *Business of Fashion and McKinsey & Company*, May 2023.

[225] "The State of Fashion: Beauty," B*usiness of Fashion and McKinsey & Company*, Volume 2, June 2025.

[226] "The Year Ahead: Global Luxury Adapts to New Travel Trends," *Business of Fashion*, December 6, 2021, available at https://www.businessoffashion.com/articles/luxury/the-state-of-fashion-2022-bof-mckinsey-domestic-retail-international-travel-shopping/.

[227] "Top Travel Retailers: Lotte Duty Free," *The Moodie Davitt Report*, August 2, 2023, available at https://ezine.moodiedavittreport.com/ezine-325/top-travel-retailers-lotte-duty-free.

[228] "Top Travel Retailers: Lotte Duty Free," *The Moodie Davitt Report*, July 28, 2022, available at https://ezine.moodiedavittreport.com/the-moodie-davitt-ezine-313/top-travel-retailers-lotte-duty-free.

[229] Torry, Harriet, "Retail Sales, Manufacturing Declines Point to Slowing Economy," *The Wall Street Journal*, December 15, 2022, available at https://www.wsj.com/business/retail/us-economy-retail-sales-november-2022-11671059629.

[230] "Travel Retail Market in Hainan FTP – Towards A Golden Future," *KPMG and The Moodie Davitt Report*, May 1, 2021, available at https://assets.kpmg.com/content/dam/kpmg/cn/pdf/en/2021/05/travel-retail-market-in-hainan-ftp.pdf.

[231] Unglesbee, Ben, "How retail's inventory reset in 2022 panned out," *Supply Chain Dive*, April 6, 2023, https://www.supplychaindive.com/news/retail-inventory-2022/646909/.

[232] Unglesbee, Ben, "Retailers have finally tamed their inventories: report," *Supply Chain Dive*, January 29, 2024, https://www.supplychaindive.com/news/retailers-inventory-sales-Q3-2023/705514/.

[233] "US dollar falls as biggest Fed rate hikes have likely passed," *S&P Global*, June 27, 2023, available at https://www.spglobal.com/market-intelligence/en/news-insights/articles/2023/6/us-dollar-falls-as-biggest-fed-rate-hikes-have-likely-passed-76311089.

**Appendix B: Materials Considered**

[234] Vernon, Hayden, "The 'Daigou' Sellers Making Thousands By Buying Luxury Goods in the UK," *VICE*, October 29, 2019, available at https://www.vice.com/en/article/daigou-china-luxury-goods-money-maker/.

[235] Wahba, Phil, "Estée Lauder has lost $100 billion in value in the past three years. How a big bet on China dragged down a luxury legend," *Fortune*, February 3, 2025, available at https://fortune.com/2025/02/03/estee-lauder-stock-losses-china-luxury-beauty-ceo-succession/.

[236] Weil, Jennifer, "L'Oréal CEO Talks Beauty Market Dynamism," *WWD*, July 28, 2023, available at https://wwd.com/beauty-industry-news/beauty-features/loreal-ceo-talks-beauty-market-dynamism-1235755975/.

[237] Weil, Jennifer, "L'Oréal Chief Outlines Drivers for 2023 and 2024," *WWD*, February 9, 2024, available at https://wwd.com/beauty-industry-news/beauty-features/loreal-chief-outlines-drivers-2023-1236174051/.

[238] Weil, Jennifer, "L'Oréal Third-quarter Sales Grow in Line With Consensus," *WWD*, October 19, 2023, available at https://wwd.com/beauty-industry-news/beauty-features/loreal-sales-grow-4-5-percent-third-quarter-1235883049/.

[239] Weil, Jennifer, Ryma, Chikhoune, Tiffany, Ap, "How China's Beauty Market Might Morph," *WWD*, January 31, 2021, available at https://wwd.com/beauty-industry-news/beauty-features/how-chinas-beauty-market-might-morph-1234715912/.

[240] "Wellbeing: Diptyque - eZine 330," *The Moodie Davitt Report*, December 22, 2023, available at https://ezine.moodiedavittreport.com/ezine-330/wellbeing-diptyque.

[241] "What is China's zero-COVID policy and how does it work?," *Reuters*, November 3, 2022, available at https://www.reuters.com/world/china/what-is-chinas-zero-covid-policy-how-does-it-work-2022-11-03/;.

[242] "What's Powering China's Market for Luxury Goods?" *Bain & Company*, available at https://www.bain.com/contentassets/213c04063adc4497b8f329c1f17a7594/bain_report-chinas_market_for_luxury_goods_2019.pdf.

[243] "Which Way Forward? Navigating China's Post Pandemic Growth Path," *World Bank Group*, December 2023.

[244] Williams, Robert, "Can Kering Shake Off Gucci's Growth Hangover?," *Business of Fashion*, April 27, 2022, available at https://www.businessoffashion.com/articles/luxury/can-kering-shake-off-guccis-growth-hangover/.

[245] Williams, Robert, "Decoding LVMH's Mixed Results," *Business of Fashion*, January 26, 2021, available at https://www.businessoffashion.com/articles/luxury/decoding-lvmhs-dramatically-mixed-results/.

[246] Williams, Robert, "How Fashion Deals Helped L'Oréal Become Prestige Beauty's Biggest Player," *Business of Fashion*, February 13, 2024, available at https://www.businessoffashion.com/articles/beauty/loreal-luxury-beauty-prada-miu-miu-valentino/.

[247] Williams, Robert, "Kering Braces for Aspirational Luxury's Long Winter," *Business of Fashion*, February 8, 2024, available at https://www.businessoffashion.com/articles/luxury/kering-sales-dip-4-in-holiday-quarter/.

[248] Williams, Robert, "The Future of Luxury Discounting," *Business of Fashion*, April 21, 2022, available at https://www.businessoffashion.com/articles/luxury/duelling-visions-for-the-future-of-luxury-discounting/.

[249] Williams, Robert, "Weak Euro, Strong Dollar: What It Means for Fashion," *Business of Fashion*, May 27, 2022, available at https://www.businessoffashion.com/briefings/finance/weak-euro-strong-dollar-what-it-means-for-fashion/.

[250] Yan, Jonathan and Laurent Doucet, "The Hainan Travel Retail Opportunity: How Can Brands Capitalize On Hainan's Travel Retail Boom?," *Roland Berger*, January 2022, available at https://www.rolandberger.com/publications/publication_pdf/RB_PUB_Sanya_20220126.pdf.

**Appendix B: Materials Considered**

[251] Yang, Queennie, "Hainan's Duty-Free Retail Sales Surge 257% in H1," *Business of Fashion*, August 10, 2021, available at https://www.businessoffashion.com/news/china/hainans-duty-free-retail-sales-surge-257-in-h1/.

[252] Yeung, Cherry, "Hainan's Free Trade Port: Duty-Free Supplier Opportunities," *Hong Kong Trade Development Council*, May 20, 2024, available at https://research.hktdc.com/en/article/MTY5NjE3MzU3Mg.

[253] Zhang, Tianwei, "Bain Warns China Luxury Growth to Further Decelerate in 2022," *WWD*, January 20, 2022, available at https://wwd.com/business-news/business-features/bain-further-china-luxury-growth-slowdown-1235042334/.

[254] Zhang, Tianwei, "Chanel Métiers d'Art Drop Caused Long Queues Across London," *WWD*, June 9, 2021, available at https://wwd.com/fashion-news/fashion-scoops/feature/chanel-metiers-dart-drop-long-queues-london-1234839193/.

[255] Zhang, Tianwei, "Live-streamer Austin Li Is Louis Vuitton's New Weapon in China Rebound," *WWD*, May 14, 2020, available at https://wwd.com/business-news/marketing-promotion/feature/live-streamer-austin-li-louis-vuitton-new-weapon-in-china-1203633831/.

[256] Zhang, Tianwei, "Luxury Bag Price Increases in the Time of COVID-19 in China: A Ranking," *WWD*, April 19, 2021, available at https://wwd.com/accessories-news/handbags/luxury-bags-price-hikes-in-china-ranking-covid-19-chanel-louis-vuitton-dior-prada1234772125-1234772125/.

[257] Zhang, Tianwei, "Mentalities: What Are Chinese Male Influencers Buying?," *WWD*, November 15, 2021, available at https://wwd.com/menswear-news/mens-fashion/what-chinese-male-influencers-buying-1234993742/.

[258] Zheng, Ruonan, "Will Daigou Help Brands Survive COVID-19?," *Jing Daily*, July 1, 2020, available at https://jingdaily.com/posts/will-daigou-help-brands-survive-covid-19.

[259] Zimmerman, Sarah, "A tidal wave of inventory walloped retailers in 2022," *Supply Chain Dive*, December 20, 2022, https://www.supplychaindive.com/news/inventory-shortages-glut-2022-year-in-review/639128/.

[260] Zipser, Daniel, Daniel Hui, Jia Zhou, and Cherie Zhange,"2023 McKinsey China Consumer Report," *McKinsey & Company*, 2023.

[261] "관세청, 재고 면세품 시중판매 허용기한 무기한 연장," ["The Korea Customs Service indefinitely extends the period for allowing the sale of duty-free goods in stock,"] *SEDaily*, October 27, 2020, available at https://www.sedaily.com/NewsView/1Z9ALJY1M6/.

[262] "외국인투자 관련 관세정책 동향 (2022년 하반기)," ["Trends in Tariff Policies Related to Foreign Investment (Second half of 2022),"] *Korea Trade-Investment Promotion Agency*, December 2022, available at https://www.investkorea.org/ik-kr/bbs/i-2966/down.do?bbs_id=05111509&ntt_sn=8&data_ty_cd=A&atfile_sn=1.

[263] "中免集团致敬建党100周年 维护海南自贸港离岛免税健康生态" ["China Duty Free Group Honors CPC Centenary, Safeguards Duty-Free Market Health in Hainan FTP"], 中国旅游集团中免股份有限公司 [*China Tourism Group Duty Free Corporation Limited*], July 1, 2021, available at https://www.ctgdutyfree.com.cn/CompanyNews/943.html

[264] "关于发布海南离岛旅客免税购物监管办法的公告" ["Announcement on the Release of Regulatory Measures for Duty-Free Shopping by Departing Passengers from Hainan Island"], 中华人民共和国海关总署 [*General Administration of Customs of the People's Republic of China*], September 30, 2020, available at https://www.ndrc.gov.cn/xwdt/ztzl/hnqmshggkf/ghzc/202009/t20200930_1239950.html

**Appendix B: Materials Considered**

[265] "关于增加海南离岛旅客免税购物提货方式的公告" ["Announcement on Additional Duty-Free Shopping Pickup Options for Departing Hainan Passengers"], 财政部 海关总署 税务总局公告2021年第2号 [*Announcement No. 2 [2021] by the Ministry of Finance, General Administration of Customs, Ministry of Finance, and State Taxation Administration*], February 2, 2021, https://www.gov.cn/zhengce/zhengceku/2021-02/03/content_5584505.htm

[266] "关于海南离岛旅客免税购物政策的公告" ["Announcement on Duty-Free Shopping Policy for Departing Passengers from Hainan Island"], 中华人民共和国财政部,海关总署,税务总局 [*Ministry of Finance, General Administration of Customs, and State Taxation Administration of the People's Republic of China*], June 29, 2020, available at https://www.gov.cn/zhengce/zhengceku/2020-06/29/content_5522649.htm

[267] "海南：调度打击治理离岛免税'套代购'走私工作" ["Hainan: Dispatch and Strike Governance of Offshore Duty-Free 'Tao-daigou' Smuggling Operations"], 中国新闻网 [*Chinanews*], June 1, 2023, available at https://www.hi.chinanews.com.cn/hnnew/2023-06-01/681003.html

[268] "海南省打击走私工作会议强调 端正思想认识 扛起政治责任 打好治理离岛免税套代购'走私攻坚战'," ["Hainan Province Anti-Smuggling Work Meeting Emphasizes Correct Ideological Understanding Shoulder Political Responsibility Fight the Offshore Duty-Free 'Tao-daigou' Smuggling Battle,"] 澎湃新闻 [*The Paper*], May 6, 2023, available at https://www.thepaper.cn/newsDetail_forward_22988886。

[269] "雅诗兰黛全球创新研发中心落户闵行: 总投资额超3500万美元 2022年投入使用" ["Estée Lauder Establishes Global Innovation R&D Center in Minhang: Total Investment Exceeds $35 Million, Operational by 2022"], 新浪新闻 [*Sina News*], November 8, 2020, available at https://news.sina.cn/2020-11-08/detail-iiznctke0259613.d.html

[270] "顺手'代购'？小心违法！揭秘离岛免税'套代购'走私陷阱" ["Casual 'daigou'? Be careful of breaking the law! Revealing the offshore duty-free 'tao-daigou' [] smuggling trap"], 央视新闻 [*CCTV News (China Central Television)*], September 24, 2025, available at https://news.cctv.com/2025/09/24/ARTI9MXhfmgPsjsszOpYjX3L250924.shtml

**Financial Reports, Earnings Call Transcripts and Press Releases**

[1] Amorepacific Earnings Releases published between 2019 and 2025.

[2] "Built to Model Sustainability and Well-Being," Estée Lauder, November 1, 2023, available at https://www.elcompanies.com/en/news-and-media/newsroom/company-features/2023/behind-the-scenes-of-elc-global-facilities.

[3] "Climate Transition Plan," Estée Lauder, 2023, available at https://media.elcompanies.com/files/e/estee-lauder-companies/global/our-commitments/2023-si-s-report/elc-climate-transition-plan-23.pdf.

[4] Corporate Strategies and 2022 Results, Shiseido, available at https://corp.shiseido.com/report/en/2022/strategy/results/.

[5] Estée Lauder Form 10-Ks for FY 2019–2025.

[6] Estée Lauder Form 10-Qs for FY2020 Q1–FY 2025 Q3.

[7] FY 2020 Q4–FY 2024 Q1 Earnings Call Transcripts, Estée Lauder.

[8] FY 2021 Q2–FY 2024 Q1 Earnings Releases, Estée Lauder.

[9] Interim Report Announcement for the Six Months Ended June 30, 2023, *China Tourism Group Duty Free Corporation Limited*, August 24, 2023.

[10] Investor Day Transcript, Estée Lauder, March 6, 2019.

[11] LG H&H Annual Auditors' Reports published between 2019 and 2025.

**Appendix B: Materials Considered**

[12] LG H&H Quarterly Earnings Releases published between 2019 and 2023.

[13] L'Occitane Annual and Half-Year Earnings Releases published between 2019 and 2024.

[14] L'Occitane Annual and Half-Year Financial Reports published between 2019 and 2024.

[15] L'Occitane Earnings Call Transcripts (Annual in 2019, 2020, 2022 and 2024; Half-Year in 2020, 2021 and 2024).

[16] L'Oreal Annual and Half-year Financial Reports published between 2019 and 2025.

[17] L'Oreal Annual and Quarterly Earnings Call Transcripts published between 2019 and 2025.

[18] L'Oreal Annual and Quarterly Earnings Releases published between 2019 and 2025.

[19] LVMH Annual and Quarterly Earning Calls published between 2019 and 2025.

[20] LVMH Annual and Quarterly Earnings Releases published between 2019 and 2025.

[21] LVMH Half-Year Financial Reports and Annual Consolidated Financial Statements published between 2019 and 2025.

[22] Procter & Gamble Annual and Quarterly Earnings Call Transcripts published between 2019 and 2025.

[23] Procter & Gamble Annual and Quarterly Earnings Releases published between 2024 and 2025.

[24] Procter & Gamble Annual and Quarterly Financial Reports published between 2019 and 2025.

[25] Shiseido Annual Integrated Reports and Quarterly Consolidated Settlement of Accounts published between 2019 to 2025.

[26] "Shiseido Develops Medium-to-Long-Term Strategy 'WIN 2023 and Beyond'," Shiseido, February 2021, available at https://corp.shiseido.com/en/newsimg/3086_r6i08_en.pdf.

[27] Shiseido Quarterly Earning Call Transcripts published between 2019 and 2025 except for Q1 and Q3 in FY 2019.

[28] "The Estée Lauder Companies Strengthens Its Global Fulfillment Network with the Opening of a New, State-of-the-Art Galgenen Distribution Center Dedicated to the Travel Retail Channel," Estée Lauder, June 7, 2022, available at https://www.elcompanies.com/en/news-and-media/newsroom/press-releases/2022/06-07-2022-140048590.

[29] "The Estée Lauder Companies, Inc. Barclays Global Consumer Staples Conference," Estée Lauder, September 10, 2021.

**Data**

[1] "Chinese Yuan Renminbi to U.S. Dollar Spot Exchange Rate," *Federal Reserve Bank of St. Louis*, available at https://fred.stlouisfed.org/series/DEXCHUS.

[2] LSEG Workspace.

[3] Nominal Broad U.S. Dollar Index, *Federal Reserve Bank of St. Louis*, available at https://fred.stlouisfed.org/series/DTWEXBGS#.

[4] "Revisions to the Federal Reserve Dollar Indexes," *Federal Reserve Bank of St. Louis*, January 15, 2019, available at https://www.federalreserve.gov/econres/notes/feds-notes/revisions-to-the-federal-reserve-dollar-indexes-20190115.html.

[5] "South Korean Won to U.S. Dollar Spot Exchange Rate," *Federal Reserve Bank of St. Louis*, available at https://fred.stlouisfed.org/series/DEXKOUS.

[6] S&P Capital IQ.

[7] "U.S. Dollars to Euro Spot Exchange Rate," *Federal Reserve Bank of St. Louis*, available at https://fred.stlouisfed.org/series/DEXUSEU.

**Appendix B: Materials Considered**

### Analyst and Industry Reports

[1] "F2Q19 Earnings Prep," *Barclays*, February 4, 2019.

[2] "F2Q19 First Impressions," *Barclays*, February 5, 2019.

[3] "Estee Lauder's Skin Care Segment Continues to Shine in 2Q; Shares Fairly Valued," *Morningstar Equity Research*, February 5, 2019.

[4] "Estee Lauder's Skin Care Segment Continues to Shine in 2Q; Shares Fairly Valued," *Morningstar Equity Research*, February 5, 2019.

[5] "Not a One (or Two) Trick Pony," *Barclays*, February 6, 2019.

[6] "Follower to Leader: Investor Day Preview," *Barclays*, March 4, 2019.

[7] Investor Day Transcript, Estée Lauder, March 6, 2019.

[8] "A League of Their Own," *Barclays*, March 7, 2019.

[9] "Estee Lauder Under Review," *Morningstar Equity Research*, March 15, 2019.

[10] "Estee Lauder's Focus on Innovation Across Its Brand Set Should Bolster Its Top-Line Trajectory," *Morningstar Equity Research*, March 15, 2019.

[11] "Estee Lauder Poised for Sustained Top-Line Expansion as It Bolsters Innovation Across Its Portfolio," *Morningstar Equity Research*, March 15, 2019.

[12] "Estee Lauder's Investments Behind Its Brands Should Support Attractive Growth Trajectory," *Morningstar Equity Research*, March 18, 2019.

[13] "Estee Lauder's Solid Momentum Due to Innovation Focus," *Morningstar Equity Research*, March 18, 2019.

[14] "Estee Lauder's Investments Behind Its Brands Should Support Attractive Growth Trajectory," *Morningstar Equity Research*, March 18, 2019.

[15] "Embedded Expectations Analysis," *Valens Research*, April 1, 2019.

[16] "EL - International Air Travel Remains Robust Through February," *RBC Capital Markets*, April 4, 2019.

[17] "Our Recent Survey Boosts Our Confidence in the EL China Story," *Citi*, April 8, 2019.

[18] "International Air Passenger Traffic Data Analysis – Feb. 2019," *Citi*, April 8, 2019.

[19] "Deep Dive Shows Lauder, La Mer Brands, Asia/Pacific to Help Sustain Strong Sales Growth," *Stifel*, April 10, 2019.

[20] "LVMH Read on EL, OR," *Evercore ISI*, April 10, 2019.

[21] "Analyst's Notes," *Argus Research*, April 11, 2019.

[22] "LVMH Insights on China, U.S. beauty markets. Read on EL, OR," *Evercore ISI*, April 11, 2019.

[23] "Positive On LT Fundamentals Into FQ3 Earnings; Cognizant Of Current Valuation," *Piper Jaffray*, April 25, 2019.

[24] "Fiscal 3Q19 Earnings Preview," *Citi*, April 26, 2019.

[25] "What we are watching for next week," *Deutsche Bank*, April 26, 2019.

[26] "EL 3QF19 Earnings Preview," *Telsey Advisory Group*, April 26, 2019.

[27] "F3Q19 Earnings Prep," *Barclays*, April 30, 2019.

[28] "Expect solid 3Q result," *Macquarie Research*, April 30, 2019.

[29] "F3Q'19 Preview & Cheat Sheet," *RBC Capital Markets*, April 30, 2019.

[30] "F3Q19 First Impressions," *Barclays*, May 1, 2019.

[31] "Estee Lauder Posts Excellent 3Q Results as Momentum in Asia-Pacific Persists," *Morningstar Equity Research*, May 1, 2019.

**Appendix B: Materials Considered**

[32] "Estee Lauder Posts Excellent 3Q Results as Momentum in Asia-Pacific Persists," *Morningstar Equity Research*, May 1, 2019.

[33] "Leveraging Growth? Absolutely," *Barclays*, May 2, 2019.

[34] "International Air Passenger Traffic Data Analysis – April 2019," *Citi*, June 3, 2019.

[35] "Embedded Expectations Analysis," *Valens Research*, June 14, 2019.

[36] "Insight: Closer Look At China Beauty," *Jefferies*, June 18, 2019.

[37] "Estee Lauder's Focus on Innovation Across Its Brand Set Should Bolster Its Top-Line Trajectory," *Morningstar Equity Research*, June 18, 2019.

[38] "OUR EVALUATION OF EL," *Jefferson Research*, June 21, 2019.

[39] "Estee Lauder Under Review," *Morningstar Equity Research*, July 15, 2019.

[40] "Estee Lauder Under Review," *Morningstar Equity Research*, July 15, 2019.

[41] "Truing Up Estimates Ahead of 2020," *Barclays*, July 25, 2019.

[42] "F4Q19 Earnings Prep," *Barclays*, August 16, 2019.

[43] "F4Q19 First Impressions," *Barclays*, August 19, 2019.

[44] "Wide-Moat Estee Lauder Reports Continued Robust Revenue Growth Despite North American Softness," *Morningstar Equity Research*, August 19, 2019.

[45] "Wide-Moat Estee Lauder Reports Continued Robust Revenue Growth Despite North American Softness," *Morningstar Equity Research*, August 19, 2019.

[46] "Ain't No Stopping Them Now," *Barclays*, August 20, 2019.

[47] "Davidson Proprietary Data - 2Q19 Brand Sentiment Report," *DA Davidson*, September 6, 2019.

[48] "EL - International Air Travel Trends Decelerated Through July," *RBC Capital Markets*, September 6, 2019.

[49] "International Air Passenger Traffic Data Analysis – July 2019," *Citi*, September 10, 2019.

[50] "Alert: We Still Like EL a Lot Long Term, but Near Term Is a Little Nerve Wracking," *Citi*, September 18, 2019.

[51] "Minding Our Ks and Qs: Our Read of EL's FY19 10-K," *Citi*, September 19, 2019.

[52] "Management Meeting Takeaways, Why We See High Topline Visibility in FY20," *Morgan Stanley*, September 24, 2019.

[53] "There's hope for a rebound of U.S. makeup…," *Evercore ISI*, September 25, 2019.

[54] "Downtown Duty Free in China = More Upside," *Macquarie Research*, September 25, 2019.

[55] "The Estée Lauder Companies Inc. - EL:USA ($191.91, Mkt Cap $69.23bn)," *Valens Research*, September 26, 2019.

[56] "Wide-Moat Estee Lauder Poised for Continued Growth, but Shares Look Rich," *Morningstar Equity Research*, September 30, 2019.

[57] "The Elephant In the Room," *Barclays*, October 3, 2019.

[58] "Wide-Moat Estee Lauder Poised for Continued Growth, but Shares Look Rich," *Morningstar Equity Research*, October 8, 2019.

[59] "F1Q20 Earnings Prep," *Barclays*, October 30, 2019.

[60] "F1Q20 First Impressions," *Barclays*, October 31, 2019.

[61] "Robust Growth Continues for Wide-Moat Estee, but Currency Tempers Outlook; Shares Fairly Valued," *Morningstar Equity Research*, October 31, 2019.

**Appendix B: Materials Considered**

[62] "Groundhog Day," *Barclays* , November 1, 2019.

[63] "Doing the Right Thing," *Barclays* , November 18, 2019.

[64] "China beauty accelerates: PG!, EL and OR crush 11.11," *Evercore ISI* , December 3, 2019.

[65] "Johnson & Johnson: Top 10 takeaways from our investor bus trip to J&J Consumer," *Bernstein* , December 4, 2019.

[66] "EL - International Air Travel Trends Remain Lackluster," *RBC Capital Markets* , December 5, 2019.

[67] "What's happening in U.S. Beauty? Walmart, Macy's take. Ulta read on EL, OR, COTY," *Evercore ISI* , December 9, 2019.

[68] "Robust Growth Continues for Wide-Moat Estee, but Currency Tempers Outlook; Shares Fairly Valued," *Morningstar Equity Research* , December 10, 2019.

[69] "Robust Growth Continues for Wide-Moat Estee, but Currency Tempers Outlook; Shares Fairly Valued," *Morningstar Equity Research* , December 12, 2019.

[70] "Robust Sales Growth Continues for Wide-Moat Estee Lauder Despite U.S. Headwinds," Morningstar Equity Research, December 16, 2019.

[71] "Robust Sales Growth Continues for Wide-Moat Estee Lauder Despite U.S. Headwinds," *Morningstar Equity Research* , December 16, 2019.

[72] "Estimates Lower but Thesis Intact," *Barclays* , January 31, 2020.

[73] "F2Q20 Earnings Prep," *Barclays* , February 5, 2020.

[74] "F2Q20 First Impressions," *Barclays* , February 6, 2020.

[75] 2020.

[76] "Estee Lauder's Robust Q2 Results 'Makeup' for a Weak Second Half, but Shares Are Not a Bargain," *Morningstar Equity Research* , February 6,

[77] "Agility in Action," *Barclays* , February 7, 2020.

[78] "Wide-Moat Estee Lauder Reports a Strong First Half, but Coronavirus Poses a Second-Half Threat," *Morningstar Equity Research* , February 18, 2020.

[79] "Wide-Moat Estee Lauder Reports a Strong First Half, but Coronavirus Poses a Second-Half Threat," *Morningstar Equity Research* , February 19, 2020.

[80] "Wide-Moat Estee Lauder Reports a Strong First Half, but Coronavirus Poses a Second-Half Threat," *Morningstar Equity Research* , March 13, 2020.

[81] "A Solid Foundation," *Barclays* , March 20, 2020.

[82] "Putting L'Oreal's Pre-announcement in Context," *Barclays* , March 31, 2020.

[83] "Wide-Moat Estee Lauder Reports a Strong First Half, but Coronavirus Poses a Second-Half Threat," *Morningstar Equity Research* , April 1, 2020.

[84] "COVID-19 Presents a Near-Term Headwind for Wide-Moat Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research* , April 9, 2020.

[85] "COVID-19 a Near-Term Headwind for Estee Lauder, but Long Term Growth Intact; Shares Fairly Valued," *Morningstar Equity Research* , April 9, 2020.

[86] "COVID-19 a Near-Term Headwind for Estee Lauder, but Long-Term Growth Intact; Shares Fairly Valued," *Morningstar Equity Research* , April 9, 2020.

**Appendix B: Materials Considered**

[87] "COVID-19 a Near-Term Headwind for Estee Lauder, but Long-Term Growth Intact; Shares Fairly Valued," *Morningstar Equity Research*, April 17, 2020.

[88] "Travel retail," *Morgan Stanley*, April 29, 2020.

[89] "F3Q20 Earnings Prep," *Barclays*, April 30, 2020.

[90] "F3Q20 First Impressions," *Barclays*, May 1, 2020.

[91] "Wide-Moat Estee Lauder's Brands Endure Despite COVID-19 Disruption, but Shares Fairly Valued," *Morningstar Equity Research*, May 1, 2020.

[92] "Wide-Moat Estee Lauder's Brands Endure Despite COVID-19 Disruption, but Shares Fairly Valued," *Morningstar Equity Research*, May 1, 2020.

[93] "Back Where We Started?," *Barclays*, May 4, 2020.

[94] "Estee Lauder Maintains Brand Strength, Supporting Its Wide Moat Amid Coronavirus Slowdown," *Morningstar Equity Research*, May 22, 2020.

[95] "Estee Lauder Maintains Brand Strength, Supporting Its Wide Moat Amid Coronavirus Slowdown," *Morningstar Equity Research*, May 22, 2020.

[96] "EL vs. OR: A Tale of Two Beauties," *Barclays*, May 26, 2020.

[97] "Positive Reinforcement," *Barclays*, May 27, 2020.

[98] "Upgrading Shares To OW As Consumers' Skincare Habits Accelerate During CV-19," *Piper Sandler*, June 1, 2020.

[99] "EL/BF.B - International Air Travel Down 98.4% in April," *RBC Capital Markets*, June 3, 2020.

[100] "Estee Lauder Maintains Brand Strength, Supporting Its Wide Moat Amid Coronavirus Slowdown," *Morningstar Equity Research*, June 5, 2020.

[101] "International Air Passenger Traffic Data Analysis – April 2020," *Citi*, June 8, 2020.

[102] "Davidson Proprietary Data - Anemic Growth on Social Media," *DA Davidson*, June 8, 2020.

[103] "Asia E-commerce and Travel Retail Read-Through," *J.P. Morgan*, June 12, 2020.

[104] "Post COVID growth to support margin expansion," *Atlantic Equities*, June 29, 2020.

[105] "Estee Lauder Maintains Brand Strength, Supporting Its Wide Moat Amid Coronavirus Slowdown," *Morningstar Equity Research*, August 11, 2020.

[106] "F4Q20 Earnings Prep," *Barclays*, August 19, 2020.

[107] "F4Q20 First Impressions," *Barclays*, August 20, 2020.

[108] "After a Challenging Q4, Wide-Moat Estee Lauder Seeks to Reposition Itself for an Online World," *Morningstar Equity Research*, August 20, 2020.

[109] "After a Challenging Q4, Wide-Moat Estee Lauder Seeks to Reposition Itself for an Online World," *Morningstar Equity Research*, August 20, 2020.

[110] "Constructively Parsing Through the Noise," *Barclays*, August 21, 2020.

[111] "Wide-Moat Estee Lauder Accelerating Digital Transformation Amid Pandemic Disruption," *Morningstar Equity Research*, September 15, 2020.

[112] "Wide-Moat Estee Lauder Accelerating Digital Transformation Amid Pandemic Disruption," *Morningstar Equity Research*, September 15, 2020.

[113] "Quantifying Channel Shift...3 Years Later," *Barclays*, October 21, 2020.

[114] "F1Q21 Earnings Prep," *Barclays*, October 30, 2020.

[115] "F1Q21 First Impressions," *Barclays*, November 2, 2020.

[116] "Wide-Moat Estee Lauder's Digital Prowess Paves the Road to Pandemic Recovery, but Shares Look Rich," *Morningstar Equity Research*, November 2, 2020.

[117] "Conservative on Bottom Line; Less so on Top," *Barclays*, November 3, 2020.

## Appendix B: Materials Considered

[118] "Wide-Moat Estee Lauder's Digital Prowess Paves the Road to Pandemic Recovery, but Shares Look Rich," *Morningstar Equity Research*, December 17, 2020.

[119] "Wide-Moat Estee Lauder's Digital Prowess Paves the Road to Pandemic Recovery, but Shares Look Rich," *Morningstar Equity Research*, December 17, 2020.

[120] "Estee Lauder Returns to Sales Growth Despite Ongoing Pandemic Headwinds, but Valuation Not Pretty," *Morningstar Equity Research*, January 11, 2021.

[121] "Wide-Moat Estee Lauder's Digital Expertise Helping It to Competently Navigate the Pandemic," *Morningstar Equity Research*, January 11, 2021.

[122] "Wide-Moat Estee Lauder's Digital Expertise Helping It to Competently Navigate the Pandemic," *Morningstar Equity Research*, January 11, 2021.

[123] "F2Q21 Earnings Prep," *Barclays*, February 4, 2021.

[124] "F2Q21 First Impressions," *Barclays*, February 5, 2021.

[125] "Estee Lauder Returns to Sales Growth Despite Ongoing Pandemic Headwinds, but Valuation Not Pretty," *Morningstar Equity Research*, February 5, 2021.

[126] "Estee Lauder Returns to Sales Growth Despite Ongoing Pandemic Headwinds, but Valuation Not Pretty," *Morningstar Equity Research*, February 6, 2021.

[127] "Untold Stories," *Barclays*, February 8, 2021.

[128] "Management Meeting: A Conversation on Sustainability," *Barclays*, February 9, 2021.

[129] "Reiterate OW; Quantifying Topline Upside Potential by Channel/Region/Product Category," *Morgan Stanley*, March 30, 2021.

[130] "Another Round of Store Closures Is a Near-Term Setback for Estee Lauder, but Long-Term Trends Intact," *Morningstar Equity Research*, April 21, 2021.

[131] "Wide-Moat Estee Lauder Shifting Resources to Capitalize on E-Commerce/Omnichannel Growth," *Morningstar Equity Research*, April 21, 2021.

[132] "Wide-Moat Estee Lauder Is Well Positioned for Pandemic Recovery," *Morningstar Equity Research*, April 21, 2021.

[133] "Wide-Moat Estee Lauder Is Well Positioned for Pandemic Recovery," *Morningstar Equity Research*, April 21, 2021.

[134] "F3Q21 Earnings Prep," *Barclays*, April 30, 2021.

[135] "F3Q21 First Impressions," *Barclays*, May 3, 2021.

[136] "Quick Comment: FQ3 EPS Upside but Topline Miss," *Morgan Stanley*, May 3, 2021.

[137] "Wide-Moat Estee Lauder's Sales Proving Resilient During Pandemic but Already Reflected in Shares," *Morningstar Equity Research*, May 3, 2021.

[138] "Wide-Moat Estee Lauder's Sales Proving Resilient During Pandemic but Already Reflected in Shares," *Morningstar Equity Research*, May 3, 2021.

[139] "Vive La Renaissance," *Barclays*, May 4, 2021.

[140] "Reiterate OW with Outlook Still on Track Despite a FQ3 Blemish," *Morgan Stanley*, May 4, 2021.

[141] "Wide-Moat Estee Lauder's Sales Proving Resilient During Pandemic but Already Reflected in Shares," *Morningstar Equity Research*, May 4, 2021.

[142] "A Robust Recovery in China Beauty Continues Post-COVID, with a Favorable Forward Outlook," *Morgan Stanley*, June 23, 2021.

[143] "Estée Lauder (EL) – Reiterate OW: Favorable China Beauty Survey Results," *Morgan Stanley*, June 24, 2021.

[144] "Key Takeaways from China Duty-Free Expert Call," *Jefferies*, August 5, 2021.

**Appendix B: Materials Considered**

[145] "F4Q21 Earnings Prep," *Barclays*, August 18, 2021.

[146] "F4Q21 First Impressions," *Barclays*, August 19, 2021.

[147] "Another Round of Store Closures Is a Near-Term Setback for Estee Lauder, but Long-Term Trends Intact," *Morningstar Equity Research*, August 19, 2021.

[148] "Quick Comment: Big Q4 Beat; Above Consensus FY22 EPS Guidance Still Looks Conservative," *Morgan Stanley*, August 19, 2021.

[149] "Igniting Growth Engines," *Barclays*, August 20, 2021.

[150] "Q4 Follow-Up: Reiterate OW with Momentum Building," *Morgan Stanley*, August 20, 2021.

[151] "Reiterate OW After Positive CEO Meeting," *Morgan Stanley*, August 24, 2021.

[152] "EL: Positive Meeting With CEO," *Morgan Stanley*, September 7, 2021.

[153] "The Estée Lauder Companies, Inc. Barclays Global Consumer Staples Conference," Estée Lauder, September 10, 2021.

[154] "Another Round of Store Closures Is a Near-Term Setback for Estee Lauder, but Long-Term Trends Intact," *Morningstar Equity Research*, September 15, 2021.

[155] "Wide-Moat Estee Lauder Is Navigating the Pandemic Admirably, Prepared for Rebound in Makeup Demand," *Morningstar Equity Research*, September 20, 2021.

[156] "Wide-Moat Estee Lauder Is Navigating the Pandemic Admirably, Prepared for Rebound in Makeup Demand," *Morningstar Equity Research*, September 20, 2021.

[157] "Beauty is a Beast: Reinstating Estee Lauder (EL) with a Buy, $345 PO," *Bank of America*, October 5, 2021.

[158] "Company Analysis - Investment Rating," *Financiele Diensten Amsterdam*, October 28, 2021.

[159] "1Q22 Earnings Prep," *Barclays*, November 1, 2021.

[160] "Preview: Sept Is Transitory Qtr; Supply Chain, China & Holiday Outlook in Focus," *Jefferies*, November 1, 2021.

[161] "F1Q'21 Preview – European and Americas Rebound Should Make Up for Some APAC Softness," *RBC Capital Markets*, November 1, 2021.

[162] "EL 1Q22 quicktake: mixed results; FY22 guidance maintained," *Bank of America*, November 2, 2021.

[163] "F1Q22 First Impressions," *Barclays*, November 2, 2021.

[164] "Maintaining Annual EPS Estimates, But Raising PT to $439," *DA Davidson*, November 2, 2021.

[165] "Quick Comment: Large 1Q22 Beat, but Unchanged FY EPS Guidance," *Morgan Stanley*, November 2, 2021.

[166] "Wide-Moat Estee Lauder Is Competently Navigating Pandemic Disruption, but Valuation Is Not Pretty," *Morningstar Equity Research*, November 2, 2021.

[167] "Wide-Moat Estee Lauder Is Competently Navigating Pandemic Disruption, but Valuation Is Not Pretty," *Morningstar Equity Research*, November 2, 2021.

[168] "Strong F1Q; Reiterated FY EPS but FQ2 More Muted," *CGS-CIMB*, November 2, 2021.

[169] "Estee Lauder Inc (EL.N): Fiscal 1Q22 EPS & Sales Better Than Expected; FY22 Guidance Largely Maintained," *Citi*, November 2, 2021.

[170] "Estee Lauder Inc (EL.N): Updating Our Model; Raising Target Price & Maintaining Neutral," *Citi*, November 2, 2021.

[171] "Quick Read: COVID-19 Restrictions, Cost Pressures, and Unfavorable FX Limit a Guidance Raise," *Oppenheimer*, November 2, 2021.

## Appendix B: Materials Considered

[172] "Solid Foundation but Valuation Can't Be Fully Concealed," *Deutsche Bank*, November 2, 2021.

[173] "Quick Take - EL's 1Q22 Results," *Deutsche Bank*, November 2, 2021.

[174] "U.S. drives sales AND profit beat," *Evercore ISI*, November 2, 2021.

[175] "Q1 Beats, Guidance Unchanged; Global Recovery & Solid Execution Keep Us Bullish," *Piper Sandler*, November 2, 2021.

[176] "Solid Momentum Heading into FQ2 with Supply Ahead of Holidays; See Upside to FY22 Guidance," *J.P. Morgan*, November 2, 2021.

[177] "Strong FQ1 Beat; Softer Near-Term Outlook But Likely Embeds Conservatism," *J.P. Morgan*, November 2, 2021.

[178] "Model Update: 1H & FY Stays in Range; Ests Partially Derisked," *Jefferies*, November 2, 2021.

[179] "Initial Take: Solid FQ1; Guide Implies Slight Tempering vs. Prior Expectations," *Jefferies*, November 2, 2021.

[180] "Quick Take: Beat To Q1; FY22 Guide Reit. Despite Higher Logistics Costs," *Piper Sandler*, November 2, 2021.

[181] "EL - Quick Take on Earnings," *RBC Capital Markets*, November 2, 2021.

[182] "EL 1QF22 First Take: Strong Start to FY22; Annual Guide Maintained Despite Supply Chain Headwinds," *Telsey Advisory Group*, November 2, 2021.

[183] "Solid Q1 + Conservative Guide Pushes EL Higher; Valuation Keeps Us Sidelined," *UBS*, November 2, 2021.

[184] "EL Delivers Strong 1Q Beat With FY22 Guidance Unchanged," *UBS*, November 2, 2021.

[185] "EL: FQ122 First Take—ROW Offsets APAC Miss; FY22 Organic Sales and EPS Maintained," *Wells Fargo*, November 2, 2021.

[186] "Analyst's Notes," *Argus Research*, November 3, 2021.

[187] "USA Saved the Day," *Barclays*, November 3, 2021.

[188] "Above-average organic growth to persist," *Berenberg*, November 3, 2021.

[189] "Sitting Pretty at the Top. Raising Estimates and Price Target.," *CGS-CIMB*, November 3, 2021.

[190] "With Americas and EMEA Already Strong, China Getting Ready to Re-Join the Party," *Credit Suisse*, November 3, 2021.

[191] "Estee Lauder Results Implications," *Jefferies*, November 3, 2021.

[192] "Q1 Follow-Up: OW with Solid Momentum Ahead of the Peak Season," *Morgan Stanley*, November 3, 2021.

[193] "Shelf-Esteem: EL is ready for the holidays, pushing back on costs where it can," *Bank of America*, November 3, 2021.

[194] "EPS Aftermath - Western Markets Makeup for Lost Time," *RBC Capital Markets*, November 3, 2021.

[195] "EL 1QF22 Follow-Up: Diversified Growth Leads to Maintained Outlook Despite Headwinds; Maintain Outperform," *Telsey Advisory Group*, November 3, 2021.

[196] "EL: Multiple Engines of Growth Gets 'Multiple'," *Wells Fargo*, November 3, 2021.

[197] "Stayin' cool under the heat of earnings season; CLX, HBI, EL, SMG, REV & PBH," *J.P. Morgan*, November 5, 2021.

[198] "Sales growth mirrored L'Oréal's," *Societe Generale*, November 5, 2021.

[199] "EL: Tracking Dragons— Cosmetics Imports Re-Accelerate," *Wells Fargo*, November 8, 2021.

[200] "Remain Bullish On EL Following Management Meeting; EL Well-Positioned Into 2022," *Piper Sandler*, November 14, 2021.

[201] "Double 11 Shopping Festival: cosmetics sales up 35.5%, int'l brands remain dominant," *UBS*, November 16, 2021.

[202] "The Estée Lauder Companies Inc. (EL)," *Baptista Research*, November 22, 2021.

**Appendix B: Materials Considered**

[203] "Initiating Coverage of RENT with an Outperform Rating and $21 Price Target," *Telsey Advisory Group*, November 22, 2021.

[204] "Insight: Monthly Beauty Data Index; Oct -7%; All Categories -HSD%," *Jefferies*, November 23, 2021.

[205] "EL / BF.B - International Air Travel Saw a Sequential Improvement in October 2021 Ahead of Omicron Variant Potenti," *RBC Capital Markets*, December 2, 2021.

[206] "Estee Lauder Inc (EL.N): Takeaways from Fireside Chat with EL's CFO & ESG Team," *Citi*, December 3, 2021.

[207] "Positive Meeting with Estee's CEO," *Morgan Stanley*, December 6, 2021.

[208] "Hainan cracks down on daigou traders to protect duty free trade," *The Moodie Davitt Report*, December 7, 2021.

[209] "EL: Tracking Dragons — Staying on Track," *Wells Fargo*, December 7, 2021.

[210] "China Beauty: Robust, but has decelerated," *Evercore ISI*, December 8, 2021.

[211] "Carrying a nuanced view into 2022 amidst elevated uncertainty," *Deutsche Bank*, December 15, 2021.

[212] "Insight: Monthly Beauty Data Index; Nov -5%; All Categories -HSD% to Flat," *Jefferies*, December 15, 2021.

[213] "Analyst's Notes," *Argus Research*, January 4, 2022.

[214] "Global Consumer Staples: 22 for 2022," *Barclays*, January 4, 2022.

[215] "EL Well Positioned to Continue Navigating a Dynamic Beauty Backdrop; Maintain as a Top Pick," *Oppenheimer*, January 4, 2022.

[216] "Es-Stay Lauder: Downgrade to Neutral as full valuation balances growth drivers," *Bank of America*, January 5, 2022.

[217] "Estee Lauder Inc (EL.N): International Air Passenger Traffic Data Analysis – October 2021," *Citi*, January 10, 2022.

[218] "Global International Air Travel Recovery Continued in November, but Omicron Raises Concerns," *RBC Capital Markets*, January 12, 2022.

[219] "EL: Tracking Dragons—APAC Estimates Seem Reasonable," *Wells Fargo*, January 14, 2022.

[220] "Estee Lauder Inc (EL.N): International Air Passenger Traffic Data Analysis – November 2021," *Citi*, January 19, 2022.

[221] "Remove Buy Recommendation," *William O'Neil+Co*, January 19, 2022.

[222] "Japan Research Morning Notes," *CLSA*, January 20, 2022.

[223] "Insight: Monthly Beauty Digital Index; Dec -11%; All Categories -HSD to -LDD%," *Jefferies*, January 23, 2022.

[224] "Global Air Travel Recovery Slowed in December with Early Impacts from Omicron," *RBC Capital Markets*, January 25, 2022.

[225] "4Q EPS Previews: RL, VFC, TPR, GOOS, EL, HBI, UAA, CPRI," *Credit Suisse*, January 26, 2022.

[226] "Estee Lauder Inc (EL.N): International Air Passenger Traffic Data Analysis – December 2021," *Citi*, January 27, 2022.

[227] "LVMH Q4 Call Highlights & Views On Coverage (TPR, CPRI, EL, ULTA)," *Piper Sandler*, January 27, 2022.

[228] "What we're watching for in FY2Q22 results," *Deutsche Bank*, January 27, 2022.

[229] "LVMH Read on EL," *Evercore ISI*, January 27, 2022.

[230] "Preview: Beauty Rebalancing; Updated Views of Dec-Q & CY22 Dynamics," *Jefferies*, January 27, 2022.

[231] "EL 2QF22 Preview: Look for Continued Operating Momentum Despite Supply Chain Headwinds; Maintain Outperform," *Telsey Advisory Group*, January 27, 2022.

[232] "China Cosmetics Sector: Further premiumisation, divergent performance; UBS Evidence Lab inside," *UBS Equities*, January 28, 2022.

[233] "Q2 Preview: Now an Even More Attractive Entry Point for Longer-Term Players," *Oppenheimer*, January 31, 2022.

**Appendix B: Materials Considered**

[234] "F2Q'22 Preview - Reiteration of Guidance Should be Good Enough," *RBC Capital Markets* , January 31, 2022.

[235] "Scouting Report: What To Expect From EL's FQ2," *UBS* , February 1, 2022.

[236] "2Q22 Earnings Prep," *Barclays* , February 2, 2022.

[237] "Q2 sales in-line. Impressive EPS beat moves up F22 consensus," *Evercore ISI* , February 2, 2022.

[238] "First Reaction: Beat and Raised FY22 Guide Above JPMe and Consensus, Although FQ3 Outlook Missed," *J.P. Morgan* , February 3, 2022.

[239] "EL 2Q22 quicktake: slight organic sales beat on Americas despite weak Asiapac," *Bank of America* , February 3, 2022.

[240] "F2Q22 First Impressions," *Barclays* , February 3, 2022.

[241] "Estee Lauder Inc (EL.N): Fiscal 2Q22 Beat; FY22 Guidance Headed Higher, But Fiscal 3Q22 Looks Low," *Citi* , February 3, 2022.

[242] "Estee Lauder Posts Double-Digit Sales Growth Despite China Shutdowns, but Shares Modestly Overvalued," *Morningstar Equity Research* , February 3, 2022.

[243] "Another Blowout Quarter and Raised FY Outlook…and Another Muted Next Quarter Outlook," *CGS International* , February 3, 2022.

[244] "Estee Lauder Inc (EL.N): From Euphoria to Panic in the last 30 Days; Upgrade to Buy," *Citi* , February 3, 2022.

[245] "European Consumer Staples Navigating the decade ahead: little room for error," *Credit Suisse* , February 3, 2022.

[246] "Beauty Hidden in Plain Sight?," *Deutsche Bank* , February 3, 2022.

[247] "Quick Take - EL's 2Q22 Results," *Deutsche Bank* , February 3, 2022.

[248] "Quick Take: FQ2 Beats, FY'22 Guidance Raised Despite Ongoing Pandemic Pressures," *Piper Sandler* , February 3, 2022.

[249] "Model Update: Solid Sales Pace Balanced By Higher Costs & Tempered Profit Power," *Jefferies* , February 3, 2022.

[250] "Stronger Sales, OPEX Leverage, and Taxes Drive 2Q Upside; EL Raises FY22 Guidance," *UBS* , February 3, 2022.

[251] "EL Delivers Again in a Volatile Global Beauty Backdrop; Reiterate as a Top Pick," *Oppenheimer* , February 3, 2022.

[252] "EL: FQ222 First Take—Quarter Ahead, Outlook Coming Up; Cleared Some Hurdles," *Wells Fargo* , February 3, 2022.

[253] "Quick Comment: Large 2Q22 EPS Beat, Partial Flow Through to Higher FY22 EPS Guidance," *Morgan Stanley* , February 3, 2022.

[254] "Solid FQ2; Compelling Long-Term Outlook Makes This a Name to Own in Beauty," *Piper Sandler* , February 3, 2022.

[255] "Initial Take: Q2 Solid, Profit Boost on Cost Tightening; Guide Rebal 2H Macro," *Jefferies* , February 3, 2022.

[256] "EL & HSY - Quick Takes on Earnings ," *RBC Capital Markets* , February 3, 2022.

[257] "EL 2QF22 First Take: Broad-Based Topline Strength Delivers Beat and Raise Despite Lingering Headwinds," *Telsey Advisory Group* , February 3, 2022.

[258] "EL: Two 'Multiples' Should Make It Right...Right?," *Wells Fargo* , February 3, 2022.

[259] "Solid 2Q beat; offset by high bar for guidance," *Bank of America* , February 4, 2022.

[260] "Growth for Sale," *Barclays* , February 4, 2022.

[261] "Faster growth that is here to stay," *Berenberg* , February 4, 2022.

[262] "Estee Lauder Posts Double-Digit Sales Growth Despite China Shutdowns, but Shares Modestly Overvalued," *Morningstar Equity Research* , February 4, 2022.

[263] "Are You Not Entertained? Share Slide Presents Buying Opportunity," *CGS-CIMB* , February 4, 2022.

**Appendix B: Materials Considered**

[264] "On Track for Above Algo Year but Magnitude of Beats Will Narrow," *Credit Suisse* , February 4, 2022.

[265] "Raising Estimates and Maintaining Our $439 PT; BUY," *DA Davidson* , February 4, 2022.

[266] "U.S. to drive Estee's 2nd hal," *Evercore ISI* , February 4, 2022.

[267] "Model Update: Reinvestment in Marketing Brings Short Term Volatility But Right Decision Long Term," *J.P. Morgan* , February 4, 2022.

[268] "Q2 Follow-Up: Glass Half Full; Solid Organic Sales, Raising EPS on Margin Driven Q2 EPS Upside," *Morgan Stanley* , February 4, 2022.

[269] "EPS Aftermath - Eye of the Tiger; Buy the Pullback," *RBC Capital Markets* , February 4, 2022.

[270] "EL 2QF22 Follow-Up: Increased 3Q Costs Support Product Launches and Topline Growth; Maintain Outperform," *Telsey Advisory Group* , February 4, 2022.

[271] "TPR 2QF22 EPS Preview: Look For Continued Momentum Through the Holidays Despite Supply Chain Pressures," *Telsey Advisory Group* , February 4, 2022.

[272] "A Solid Print All Things Considered; Valuation Keeps Us Sidelined," *UBS* , February 4, 2022.

[273] "Analyst's Notes," *Argus Research* , February 7, 2022.

[274] "Thoughts Following Dinner with EL Management," *Oppenheimer* , February 9, 2022.

[275] "FY23e sales recovery underestimated, but future cash flow less valuable," *Societe Generale* , February 10, 2022.

[276] "Positive data points: Increased confidence in OLPX, EL, COTY & OR," *Evercore ISI* , February 11, 2022.

[277] "Beauty Secrets: Buzzworthy Beauty Industry Insights – Vol. 21," *Jefferies* , February 17, 2022.

[278] "Estee Lauder's Strong Brands and Digital Acumen Result in Resiliency Despite Supply Chain Disruption," *Morningstar Equity Research* , February 18, 2022.

[279] "Estee Lauder's Strong Brands and Digital Acumen Result in Resiliency Despite Supply Chain Disruption," *Morningstar Equity Research* , February 18, 2022.

[280] "Insight: Monthly Beauty Digital Index; Jan -8%; All Categories -MSD% to -LDD%," *Jefferies* , February 24, 2022.

[281] "Management meeting takeaways: keeping an eye on FY23," *Bank of America* , February 25, 2022.

[282] "Estee Lauder Inc (EL.N): John Demsey Is Gone, But EL Is Still in Very Capable Hands," *Citi* , February 28, 2022.

[283] "Out on the Town - March 2022; EL Continues Dominance in Beauty Store Checks," *Piper Sandler* , March 7, 2022.

[284] "The Estée Lauder Companies Inc. (EL)," *Baptista Research* , March 8, 2022.

[285] "January IATA Data Shows Global Air Travel Recovery Was Impacted by Omicron," *RBC Capital Markets* , March 10, 2022.

[286] "EL: Tracking Dragons—China Imports Eke Out Growth QTD Against Tough Comps," *Wells Fargo* , March 10, 2022.

[287] "It's Getting (Brand) Hot In Here," *Jefferies* , March 15, 2022.

[288] "A Growing List of Headwinds Near Term for the EL Bull Case," *Oppenheimer* , March 16, 2022.

[289] "Key Takeaways From Management Meetings," *UBS* , March 16, 2022.

[290] "6 Reasons to reassess EL outlook," *Evercore ISI* , March 21, 2022.

[291] "Insight: Monthly Beauty Digital Index; Feb -3%; All Categories -LSD% to -MSD%," *Jefferies* , March 22, 2022.

[292] "Family control not a current risk, plastics target leader," *Societe Generale* , April 6, 2022.

**Appendix B: Materials Considered**

[293] "LVMH Q1 Call Highlights & Views On Coverage (EL, ELF, ULTA)," *Piper Sandler*, April 12, 2022.

[294] "LVMH Read on EL," *Evercore ISI*, April 12, 2022.

[295] "Estee Lauder Inc (EL.N): An Updated China Survey: Data Appears Mixed With Sales Trends Looking More Challenged, But Traffic & Baskets Looking Better," *Citi*, April 13, 2022.

[296] "EL: Tracking Dragons—Tough March Adds Risk to APAC Estimates," *Wells Fargo*, April 14, 2022.

[297] "American Beauty," *Barclays*, April 19, 2022.

[298] "Positive Read-Through from Peer L'Oreal Sales Print," *J.P. Morgan*, April 19, 2022.

[299] "Insight: Beauty's Biggest Themes We're Tracking Looking Out 3+ Years," *Jefferies*, April 19, 2022.

[300] "EL: Read-Throughs from EL Peers Say...?," *Wells Fargo*, April 22, 2022.

[301] "Insight: Monthly Beauty Digital Index; Mar -3%; All Categories -LSD%," *Jefferies*, April 25, 2022.

[302] "Q3 Preview: A Much Better than Expected Delivery in the Offing, But an Updated Conservative Guide?," *Oppenheimer*, April 26, 2022.

[303] "What we're watching for in FY3Q22 results," *Deutsche Bank*, April 26, 2022.

[304] "State of Global Beauty & Estee's preview," *Evercore ISI*, April 26, 2022.

[305] "EL 3QF22 EPS Preview: Look For Continued Makeup And Retail Recovery Amid Headwinds," *Telsey Advisory Group*, April 27, 2022.

[306] "Latest Thoughts Heading into F3Q'22," *RBC Capital Markets*, April 29, 2022.

[307] "3Q22 Earnings Prep," *Barclays*, May 2, 2022.

[308] "Scouting Report: What To Expect From EL's FQ3," *UBS*, May 2, 2022.

[309] "Fundamentally better than Q3 suggests, and pre-Covid days," *Evercore ISI*, May 3, 2022.

[310] "EL 3Q22 quicktake: sales a touch light; China/Ukraine flow to guidance cut," *Bank of America*, May 3, 2022.

[311] "F3Q22 First Impressions," *Barclays*, May 3, 2022.

[312] "Model Update: Ex-China Burden, Biz Pacing Well Enough For Algo To Hold," *Jefferies*, May 3, 2022.

[313] "EL Delivers 3Q Beat, But FY22 Guidance Worse Than Feared," *UBS*, May 3, 2022.

[314] "Guidance Disappointing, But Long Term Thesis Remains Intact; Reiterate OW," *Piper Sandler*, May 3, 2022.

[315] "Estee Lauder Inc (EL.N): Maintaining Buy Rating, but Lowering Target Price," *Citi*, May 3, 2022.

[316] "China Exposure Weighs on Quarter and Outlook," *CGS International*, May 3, 2022.

[317] "Estee Lauder Inc (EL.N): Big EPS Beat in 3Q22; But FY22 Guidance Comes Down Sharply," *Citi*, May 3, 2022.

[318] "Stock Pullback Solely Due to Transitory Pressures; We Reiterate Outperform," *Credit Suisse*, May 3, 2022.

[319] "BUY the Dip As Issues in China Are Transitory," *DA Davidson*, May 3, 2022.

[320] "Quick Take - EL's 3Q22 Results," *Deutsche Bank*, May 3, 2022.

[321] "Q3 sales in-line, EPS $0.33 beat. China to hurt Q4 more," *Evercore ISI*, May 3, 2022.

[322] "Quick Take: FQ3 Mixed, Guidance Lowered as Macro Pressures Continue," *Piper Sandler*, May 3, 2022.

[323] "EL: FQ322 First Take—EPS Beat but APAC Missed and FY Guided Down, Implying Pressure Builds in FQ4," *Wells Fargo*, May 3, 2022.

[324] "Beat F3Q But FQ4 Outlook Misses by Wide Margin on China Lockdowns and Impact of Russia/Ukraine," *J.P. Morgan*, May 3, 2022.

**Appendix B: Materials Considered**

[325] "Initial Take: Q3 Sales Miss; Necessary Reset Given China Exposure," *Jefferies*, May 3, 2022.

[326] "First View: Negative Readthrough on EL's Q3 Results," *Jefferies*, May 3, 2022.

[327] "Quick Comment: Much Lower FY22 Topline/EPS Guidance Despite a Q3 EPS Beat," *Morgan Stanley*, May 3, 2022.

[328] "Lowered Guidance Provides Favorable Price to Buy Estee Lauder as Headwinds Should Be Transitory," *Morningstar Equity Research*, May 3, 2022.

[329] "A Bigger than Expected Guide Down; Buy the Dip in the Mid-$230s," *Oppenheimer*, May 3, 2022.

[330] "Quick Take on Earnings," *RBC Capital Markets*, May 3, 2022.

[331] "EL 3QF22 First Take: EPS Beats But Annual Outlook Moderated on China Lockdowns," *Telsey Advisory Group*, May 3, 2022.

[332] "Upside Near-Term Depends on COVID-Reopening; Stay Neutral," *UBS*, May 3, 2022.

[333] "EL: Back to 'Recovery'...that Might Be Ok for the Stock (Eventually)," *Wells Fargo*, May 3, 2022.

[334] "Volatility Priced In," *Barclays*, May 4, 2022.

[335] "Thesis intact despite recent lockdowns," *Berenberg*, May 4, 2022.

[336] "Lockdowns Hit Hard but LT Fundamentals Intact; Lower Estimates and PT but Maintain Strong Buy," *CGS-CIMB*, May 4, 2022.

[337] "Locked Down For Now," *Deutsche Bank*, May 4, 2022.

[338] "Model Update Post-F3Q: Deep Cut but LT Remains Healthy; Buying Opportunity," *J.P. Morgan*, May 4, 2022.

[339] "Q3 Follow-Up: Negative FY EPS Revision Due to More Transitory Issues," *Morgan Stanley*, May 4, 2022.

[340] "EPS Aftermath - Just a Wrinkle in the Bull Case; Buy the Pullback," *RBC Capital Markets*, May 4, 2022.

[341] "EL 3QF22 Follow-Up: Despite Transitory China Impact, Secular Growth Story Remains; Maintain Outperform," *Telsey Advisory Group*, May 4, 2022.

[342] "EL 3Q22: Shanghai supply is still awry, should be fine before July," *Bank of America*, May 4, 2022.

[343] "Lowered Guidance Provides Favorable Price to Buy Estee Lauder as Headwinds Should Be Transitory," *Morningstar Equity Research*, May 6, 2022.

[344] "EL: Tracking Dragons—Cosmetics Imports Decline in April, but Show Resiliency," *Wells Fargo*, May 9, 2022.

[345] "Key points following Estee Lauder's Q3 results," *UBS*, May 9, 2022.

[346] "Analyst's Notes," *Argus Research*, May 11, 2022.

[347] "Weekly read-thrus for Consumer Staples," *RBC Capital Markets*, May 13, 2022.

[348] "China lockdowns more impactful near term; shares fairly reflect outlook changes," *Societe Generale*, May 13, 2022.

[349] "While Estee Lauder Is Affected by China's COVID-19 Restrictions, Disruption Should Be Short-Lived," *Morningstar Equity Research*, May 18, 2022.

[350] "Insight: Monthly Beauty Digital Index; Apr -4%; All Categories -L/MSD%," *Jefferies*, May 18, 2022.

[351] "Taking a WACC at valuation: EL share price following CAPM model," *Bank of America*, May 19, 2022.

[352] "Bubble & Beauty: Notes from the BofA Beauty Field Trip," *BofA Global Research*, May 19, 2022.

[353] "The Estée Lauder Companies Inc. (EL)," *Baptista Research*, May 21, 2022.

[354] "Re-imagining the CPG Company of the Future: What are the key themes that will define the future of CPG companies?," *RBC Capital Markets*, May 26, 2022.

**Appendix B: Materials Considered**

[355] "Adding EL Back to Top Pick Status," *Oppenheimer*, May 31, 2022.

[356] "Positive Reinforcement," *Barclays*, June 2, 2022.

[357] "China is ready for 6.18 online festival," *Evercore ISI*, June 2, 2022.

[358] "Estee Lauder Inc (EL.N): China Consumer Survey – Beauty Brands & Products," *Citi*, June 6, 2022.

[359] "EL: China 'Better than Feared' in Play—Cosmetics Imports Lower Y/Y in May, but Still Better than Expected," *Wells Fargo*, June 9, 2022.

[360] "Feedback from Meetings with CEO and EVP of Marketing and Chief Data Officer," *J.P. Morgan*, June 10, 2022.

[361] "While Estee Lauder Is Affected by China's COVID-19 Restrictions, Disruption Should Be Short-Lived," *Morningstar Equity Research*, June 13, 2022.

[362] "Insight: Monthly Beauty Digital Index; May -3%; Sales Wtd +10%," *Jefferies*, June 17, 2022.

[363] "Marginal relaxation continues," *CLSA*, June 20, 2022.

[364] "What's inside," *CLSA*, June 21, 2022.

[365] "Estee's Shark Tank v. Unilever's ambition," *Evercore ISI*, June 23, 2022.

[366] "China Duty Free Sector: Addressing major investor concerns," *UBS Equities*, June 23, 2022.

[367] "While Estee Lauder Is Affected by China's COVID-19 Restrictions, Disruption Should Be Short-Lived," *Morningstar Equity Research*, June 24, 2022.

[368] "Model Update: Reframing Pace of China Rebound; Estimates & Mult. Trimmed," *Jefferies*, June 26, 2022.

[369] "Beauty Secrets: Buzzworthy Beauty Industry Insights – Vol. 39," *Jefferies*, June 26, 2022.

[370] "China and Travel Retail better. EL positives," *Evercore ISI*, June 27, 2022.

[371] "6/18 Shopping Festival: growth recovery, divergent performance, resilient skincare demand," *UBS*, June 28, 2022.

[372] "High Grade Coverage Report," *J.P. Morgan*, June 29, 2022.

[373] "8K Reaffirms Viewpoint of EL as a Leader in Beauty; Updating Model Slightly," *Piper Sandler*, June 29, 2022.

[374] "China Beauty: Not a V but W. Expert webinar," *Evercore ISI*, July 6, 2022.

[375] "Moats Should Help Beauty Firms Capture Accelerating Market Growth and Manage ESG Challenge," *Morningstar Equity Research*, July 11, 2022.

[376] "EL: China Cosmetics Imports—Overall Better than Expected for the June Quarter," *Wells Fargo*, July 13, 2022.

[377] "Insight: Monthly Beauty Digital Index; June -2%; Sales Wtd +2%," *Jefferies*, July 20, 2022.

[378] "UBS Evidence Lab inside: Are consumers trading down?," *UBS*, July 22, 2022.

[379] "LVMH Read on EL," *Evercore ISI*, July 26, 2022.

[380] "Moats Should Help Beauty Firms Capture Accelerating Market Growth and Manage ESG Challenges," *Morningstar Equity Research*, July 27, 2022.

[381] "L'Oreal reads on EL, COTY, OLPX," *Evercore ISI*, July 28, 2022.

[382] "Prepare for Takeoff... In a Bit; Global Travel Trends Give Us Near Term Caution," *Piper Sandler*, July 28, 2022.

[383] "Going Beyond Beauty with Tom Ford Acquisition Makes Sense, but We're Skeptical," *Piper Sandler*, August 1, 2022.

[384] "Tom Ford offer? Could potentially pay over $4bn on unique value," *Societe Generale*, August 2, 2022.

[385] "Expect Q4 beat, but more conservative guide than usual," *Evercore ISI*, August 3, 2022.

## Appendix B: Materials Considered

[386] "Key new industry data points relevant for EL, COTY and OLPX," *Evercore ISI*, August 4, 2022.

[387] "U.S. prestige beauty market up mid teens," *Evercore ISI*, August 5, 2022.

[388] "China travel retail disrupted," *Evercore ISI*, August 8, 2022.

[389] "Q4 Preview: A Below-Consensus FY23 Guide Likely from EL," *Oppenheimer*, August 8, 2022.

[390] "What we're watching for in FY4Q22 results," *Deutsche Bank*, August 9, 2022.

[391] "China sideways in July," *Evercore ISI*, August 10, 2022.

[392] "EL 4QF22 EPS Preview: FY23 Outlook And China Likely Key Focus Of Call; Maintain $377 Price Target," *Telsey Advisory Group*, August 11, 2022.

[393] "Wells Express: Morning Research Highlights—August 15, 2022," *Wells Fargo*, August 15, 2022.

[394] "EL: Digging into FQ422 and FY23 Setup," *Wells Fargo*, August 15, 2022.

[395] "Insight: Monthly Beauty Digital Index; July -3%; Sales Wtd -3%," *Jefferies*, August 16, 2022.

[396] "Q4 EPS Preview; Lower EPS on FX," *Morgan Stanley*, August 16, 2022.

[397] "Latest Thoughts Headed Into F4Q'22 Earnings," *RBC Capital Markets*, August 16, 2022.

[398] "Scouting Report: What To Expect From EL's FQ4," *UBS*, August 16, 2022.

[399] "F4Q22 Earnings Prep," *Barclays*, August 17, 2022.

[400] "4Q22 Quick Take: 4Q beat; FY23 reflects macro headwinds," *Bank of America*, August 18, 2022.

[401] "F4Q22 First Impressions," *Barclays*, August 18, 2022.

[402] "EL Delivers 4Q Beat, But FY23 Guidance Falls Short of Street Expectations," *UBS*, August 18, 2022.

[403] "Quick Take: Good FQ4, but Guidance Falls Short as Macro Pressures Persist," *Piper Sandler*, August 18, 2022.

[404] "Weak FY'23 Guide, but Travel Tracker Update Shows Some Improvement; Reiterate OW," *Piper Sandler*, August 18, 2022.

[405] "FY23 Guidance Seems More Than Achievable, But Valuation Keeps Us Sidelined ," *UBS*, August 18, 2022.

[406] "Details Showcase a Very Powerful Growth Outlook (After a Tough F1Q23)," *Credit Suisse*, August 18, 2022.

[407] "Sleeping Beauty," *Deutsche Bank*, August 18, 2022.

[408] "Quick Take - EL's 4Q22 Results," *Deutsche Bank*, August 18, 2022.

[409] "Emerging stronger, diversified post-Covid," *Evercore ISI*, August 18, 2022.

[410] "4Q Beats, FY Outlook Reflects Solid Sales, 1Q Guide Reflects Uncertainty," *CGS-CIMB*, August 18, 2022.

[411] "Initial Take: Mixed Report; Q4 Beat, FY23 Guide Below & 2H Wtd, As Expected," *Jefferies*, August 18, 2022.

[412] "Beat FQ422 by Wide Margin But FQ123 and FY23 Guidance Came in Well Bellow JPMe and Consensus," *J.P. Morgan*, August 18, 2022.

[413] "Model Update: FY23 Growth Hinges on China & Travel; Taking Ests to Mid-Guide," *Jefferies*, August 18, 2022.

[414] "Model Update and Post Call Thoughts," *Oppenheimer*, August 18, 2022.

[415] "Quick Comment: Q4 Beat, Q1/FY23 Guidance Below Consensus," *Morgan Stanley*, August 18, 2022.

[416] "Quick Take on Earnings," *RBC Capital Markets*, August 18, 2022.

[417] "Q4 beat; F23 guide conservative, reflects Hainan," *Evercore ISI*, August 18, 2022.

**Appendix B: Materials Considered**

[418] "EL 4QF22 First Take: Solid Top and Bottom Line Beat in Q4; FY23 Outlook Conservative As Expected," *Telsey Advisory Group*, August 18, 2022.

[419] "EL: Feels More Front-Half Weighted...So to Speak," *Wells Fargo*, August 18, 2022.

[420] "Despite Near-Term Headwinds, Wide-Moat Estee Lauder Has Beautiful Long-Term Growth Prospects," *Morningstar Equity Research*, August 18, 2022.

[421] "EL: FQ422 First Take—Quarter Ahead, with Caveats; FY23 Guidance Resets Street EPS," *Wells Fargo*, August 18, 2022.

[422] "Analyst's Note," *Argus Research*, August 19, 2022.

[423] "EL 4Q22: a decent quarter with rebased expectations for a 2H-weighted FY23," *Bank of America*, August 19, 2022.

[424] "No More Drama," *Barclays*, August 19, 2022.

[425] "Long-term growth prospects remain intact," *Berenberg*, August 19, 2022.

[426] "Fundamentals Resilient, China Recovery Through FY23; Reiterate Strong Buy," *CGS International*, August 19, 2022.

[427] "Model Update Post Q4: Recovery Pushed Back to H223 But Consumer Demand Remains Solid," *J.P. Morgan*, August 19, 2022.

[428] "Q4 Follow-Up: OW; Glass Half Full," *Morgan Stanley*, August 19, 2022.

[429] "EPS Aftermath – Summer (Makeup) Renaissance," *RBC Capital Markets*, August 19, 2022.

[430] "EL 4QF22 Follow-Up: Looking to 2HF23 for Growth As China Recovers from Shutdowns," *Telsey Advisory Group*, August 19, 2022.

[431] "Despite Near-Term Headwinds, Wide-Moat Estee Lauder Has Beautiful Long-Term Growth Prospects," *Morningstar Equity Research*, August 19, 2022.

[432] "Catching up with Estee Lauder," *Bank of America*, August 22, 2022.

[433] "Organic Sales Growth of 7%-9% Expected in FY23; BUY," *DA Davidson*, August 22, 2022.

[434] "Greater visibility on Hainan disruption," *Societe Generale*, August 26, 2022.

[435] "EL: Meeting with EL's CFO Travis and EVP Global Supply Chain Canevari," *Wells Fargo*, August 26, 2022.

[436] "The Estée Lauder Companies Inc. (EL)," *Baptista Research*, August 27, 2022.

[437] "Despite Near-Term Headwinds, Wide-Moat Estee Lauder Faces a Bright Future," *Morningstar Equity Research*, August 30, 2022.

[438] "Press Reports of Potential Beauty Deal with Balmain? Now This Makes Sense," *Piper Sandler*, August 31, 2022.

[439] "UBS Japan in Focus: Estée Lauder meeting discussion points," *UBS*, September 1, 2022.

[440] "Key Takeaways From Management Meeting," *UBS*, September 6, 2022.

[441] "EL: China Cosmetics Imports—Local Disruptions Continue, but Estimates Still Look on Track," *Wells Fargo*, September 7, 2022.

[442] "Consumer Staples Recession Playbook: How to Drive Growth Through a Macro Downturn," *RBC Capital Markets*, September 15, 2022.

[443] "Despite Near-Term Headwinds, Wide-Moat Estee Lauder Faces a Bright Future," *Morningstar Equity Research*, September 16, 2022.

[444] "Insight: Monthly Beauty Digital Index; Aug. Median & Sales Wtd Converge to Flat," *Jefferies*, September 20, 2022.

[445] "EL Wins Balmain License Despite Connection to Coty's Kylie," *DA Davidson*, September 26, 2022.

[446] "More than just filling gaps," *Evercore ISI*, September 26, 2022.

[447] "Balmain Deal Becomes Official; A Nice Add to the EL Luxury Portfolio," *Piper Sandler*, September 26, 2022.

[448] "Another Updated Look at Consumer Staples Stocks and Rising Interest Rates," *Oppenheimer*, September 27, 2022.

**Appendix B: Materials Considered**

[449] "Call with E-commerce Service Provider," *Morgan Stanley*, October 4, 2022.

[450] "LVMH Read on EL," *Evercore ISI*, October 11, 2022.

[451] "LVMH Q3 Highlights and Views on Coverage; Most Positive for EL, IPAR, COTY," *Piper Sandler*, October 11, 2022.

[452] "Davidson From the Frontlines–Thoughts on Curr. Weakness in E-Com," *DA Davidson*, October 18, 2022.

[453] "Expecting a Mixed Bag in EL's F1Q," *Credit Suisse*, October 20, 2022.

[454] "Quick math/ read from L'Oreal Luxe results," *Evercore ISI*, October 20, 2022.

[455] "Beauty Preview: Coverage Transfer & Trimming Ests as Consumer Behavior Shifts," *Jefferies*, October 20, 2022.

[456] "What we're watching for in FY1Q23 results," *Deutsche Bank*, October 21, 2022.

[457] "Davidson Proprietary Data - Social Media Standout Tom Ford," *DA Davidson*, October 25, 2022.

[458] "A Difficult Setup Remains for Our Consumer Staples Coverage," *Oppenheimer*, October 26, 2022.

[459] "EL 1QF23 Earnings Preview: Anticipate Pressure in 1QF23 with Sequential Improvement Throughout FY23," *Telsey Advisory Group*, October 26, 2022.

[460] "F1Q23 Earnings Prep," *Barclays*, November 1, 2022.

[461] "F1Q23 First Impressions," *Barclays*, November 2, 2022.

[462] "Quick Comment: Q1 Beat, But Far Below Consensus FY23 Guide-Down," *Morgan Stanley*, November 2, 2022.

[463] "1Q In-Line, But FX and Restrictions Drag FY23 Guide Lower," *UBS*, November 2, 2022.

[464] "EL: FQ123 First Take—Quarter In Line, but It's All About This Reset," *Wells Fargo*, November 2, 2022.

[465] "An air-pocket: Retail sales better, but retailers destock in the U.S., China," *Evercore ISI*, November 2, 2022.

[466] "FQ1: Outlook Falls Short Again, but We're Keeping our Focus Beyond Near Term," *Piper Sandler*, November 2, 2022.

[467] "Guidance Cut Sharper Than Expected; China Shatters," *CGS International*, November 2, 2022.

[468] "Read-X: Estee Lauder's Q123 results," *Credit Suisse*, November 2, 2022.

[469] "Big China Exposure Cuts Both Way," *Credit Suisse*, November 2, 2022.

[470] "Quick Take - EL's 1Q23 Results," *Deutsche Bank*, November 2, 2022.

[471] "Destocking in Hainan to weigh on 2Q too. Clearing event?," *Evercore ISI*, November 2, 2022.

[472] "Beat FQ123 but Deeply Cut FY23 Guidance and Introduced a Weak F2Q," *J.P. Morgan*, November 2, 2022.

[473] "Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $230," *Jefferies*, November 2, 2022.

[474] "Initial Take: FY Guidance Slashed for Cont. Disruption in China and TR," *Jefferies*, November 2, 2022.

[475] "Share Weakness Presents Buying Opportunity for Wide-Moat Estee Lauder as Long-Term Trends Intact," *Morningstar Equity Research*, November 2, 2022.

[476] "Share Weakness Presents Buying Opportunity for Wide-Moat Estee Lauder as Long-Term Trends Intact," *Morningstar Equity Research*, November 2, 2022.

[477] "Quick Read: A Much Deeper Guide-Down than Expected," *Oppenheimer*, November 2, 2022.

[478] "Quick Take on Earnings," *RBC Capital Markets*, November 2, 2022.

## Appendix B: Materials Considered

[479] "EL 1QF23 First Take: EPS Beats but Outlook Moderated on Pressures in China, US Inventory Tightening, and FX," *Telsey Advisory Group* , November 2, 2022.

[480] "Immobilized in China," *Bank of America* , November 3, 2022.

[481] "Perfect Storm," *Barclays* , November 3, 2022.

[482] "Can't Make Up for Lockdowns, but Near the Bottom," *CGS International* , November 3, 2022.

[483] "EL 1QF23 Follow-Up: China COVID Restrictions Take a Bite out of Earnings, But we Still See Secular Growth," *Telsey Advisory Group* , November 3, 2022.

[484] "Guidance Cut Due to Channel Inventory Reductions and FX," *DA Davidson* , November 3, 2022.

[485] "Beauty and the Beast," *Deutsche Bank* , November 3, 2022.

[486] "Bull Case Requires Investor Patience but EL Deserves the Benefit of the Doubt, In Our View," *J.P. Morgan* , November 3, 2022.

[487] "Q1 Follow-Up: FY23 Challenges; FY24 Recovery," *Morgan Stanley* , November 3, 2022.

[488] "EPS Aftermath - Zero-COVID a Fly in the Ointment," *RBC Capital Markets* , November 3, 2022.

[489] "EL: Calling Estée, Seeking Normal," *Wells Fargo* , November 3, 2022.

[490] "FX And Lockdowns Take Their Toll With Visibility On Earnings Recovery Limited; Stay Neutral," *UBS* , November 3, 2022.

[491] "Insufficient visibility; down to Hold ," *Berenberg* , November 4, 2022.

[492] "China's COVID-19 Policy Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research* , November 4, 2022.

[493] "China's COVID-19 Policy Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research* , November 4, 2022.

[494] "Quick Thoughts on China COVID-Zero in 2023," *RBC Capital Markets* , November 4, 2022.

[495] "Fine China: hints at reopening lift sentiment," *Bank of America* , November 7, 2022.

[496] "Notes from the Road: Key Takes from Our Meetings with Estee Lauder's CEO," *Credit Suisse* , November 7, 2022.

[497] "EL: China Cosmetics Imports—Sequential Improvement in October," *Wells Fargo* , November 8, 2022.

[498] "Analyst's Notes," *Argus Research* , November 10, 2022.

[499] "CFO Meeting Takeaways," *Deutsche Bank* , November 10, 2022.

[500] "The Estée Lauder Companies Inc. (EL)," *Baptista Research* , November 11, 2022.

[501] "Smells Like Tom Ford's Teen Spirit: Our Thoughts on Potential M&A ," *J.P. Morgan* , November 11, 2022.

[502] "Tom Ford, and the Bull in the China Shop," *CGS International* , November 14, 2022.

[503] "Kering reportedly no longer in talks to acquire Tom Ford; Estee Lauder to be main contender," *Barclays* , November 14, 2022.

[504] "Our Thoughts on Tom Ford," *Barclays* , November 14, 2022.

[505] "Tom Ford Would Be a Complex Acquisition, but Right at the Heart of EL's Strategic Priorities," *Credit Suisse* , November 14, 2022.

[506] "Tom Ford Would Be a Complex Acquisition, but ," *CGS International* , November 15, 2022.

[507] "Ford-ifying the Portfolio," *Deutsche Bank* , November 15, 2022.

**Appendix B: Materials Considered**

[508] "As Speculated, EL to Acquire Tom Ford: Our Thoughts (COTY, IPAR)," *DA Davidson* , November 15, 2022.

[509] "EL Acquires TF; Full Profit Realization + Oppty to Expand into New Categories," *Jefferies* , November 15, 2022.

[510] "More Attractive M&A from EL; Maintain as a Top Pick," *Oppenheimer* , November 15, 2022.

[511] "Officially Official. Tom Ford Deal to Elevate EL's Position in Luxury," *Piper Sandler* , November 15, 2022.

[512] "EL remains a formidable iconic player in the face of beauty, and now the face of luxury," *Canaccord Genuity* , November 16, 2022.

[513] "Estee Lauder's Acquisition of Tom Ford Appears Prudent, As Estee Remains a Pure Play in Beauty," *Morningstar Equity Research* , November 16, 2022.

[514] "'Fording' to propel Luxury Beauty momentum," *Bank of America* , November 16, 2022.

[515] "Tom Ford – Getting it Done," *Barclays* , November 16, 2022.

[516] "Tom Ford Is Well "Suited" for EL; Deal Broadly In Line with Our Expectations," *J.P. Morgan* , November 16, 2022.

[517] "EL to Acquire Tom Ford," *Morgan Stanley* , November 16, 2022.

[518] "EL Announces $2.8B Acquisition of Tom Ford Brand," *Telsey Advisory Group* , November 16, 2022.

[519] "EL: Don't...Go...Chasing...Other Companies, Tom," *Wells Fargo* , November 16, 2022.

[520] "11/11 Shopping Festival: sales momentum weaker than expected," *UBS* , November 16, 2022.

[521] "Management Meeting: Spotlight on Social Impact & Sustainability," *Barclays* , November 17, 2022.

[522] "Estee Lauder's Acquisition of Tom Ford Appears Prudent, As Estee Remains a Pure Play in Beauty," *Morningstar Equity Research* , November 18, 2022.

[523] "End of earnings season not so energizing (ENR & SPB mixed); M&A keeps IG exciting EL + PM + PG commentary," *J.P. Morgan* , November 18, 2022.

[524] "Baby Atelier 110: The One About Bag Prices, Tom Ford & Zegna and 1st LV Hotel," *Jefferies* , November 18, 2022.

[525] "Future of the modern, digitally native consumer," *Canaccord Genuity* , November 22, 2022.

[526] "Baby Atelier 111: The One About Rents, BC Eyewear, Raf Simons Brand and Rolex," *Jefferies* , November 25, 2022.

[527] "Updating for sustained China disruption and Tom Ford," *Societe Generale* , November 29, 2022.

[528] "EL: China Cosmetics Imports—Big Step Back in November," *Wells Fargo* , December 7, 2022.

[529] "Insight: Second Look at Tom Ford Deal & Upside From Relaxed China Policies," *Jefferies* , December 8, 2022.

[530] "From Saks to Hainan," *Redburn* , December 15, 2022.

[531] "Growth to re-accelerate as China restrictions ease," *Atlantic Equities* , December 16, 2022.

[532] "Week in Review: Macro Drivers & Valuation," *Evercore ISI* , December 16, 2022.

[533] "2022 - Focus on Value and Brand Strength," *Telsey Advisory Group* , December 22, 2022.

[534] "China's COVID-19 Policy Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research* , January 4, 2023.

[535] "Getting Granular," *Barclays* , January 9, 2023.

[536] "Insight: 2023 Beauty Outlook; ULTA, EL, COTY Top Picks; Downgrade ELF to Hold," *Jefferies* , January 9, 2023.

**Appendix B: Materials Considered**

[537] "Changes since the last Coverage Report," *J.P. Morgan* , January 13, 2023.

[538] "A Powerful Sales and EPS Recovery Soon in the Offing? Maintain as a Top Pick," *Oppenheimer* , January 17, 2023.

[539] "EL: China Cosmetics Imports—December Weak," *Wells Fargo* , January 17, 2023.

[540] "Baby Atelier 118: The One About China EMV Data, VAT Refund, K-Pop," *Jefferies* , January 20, 2023.

[541] "What we're watching for in FY2Q23 results," *Deutsche Bank* , January 22, 2023.

[542] "Insight: Monthly Beauty Digital Index; Dec. Flat; Sales Wtd +2%," *Jefferies* , January 23, 2023.

[543] "China Beauty -- Figures thru December," *Evercore ISI* , January 24, 2023.

[544] "China, Travel, Hainan, Oh My! We See Notable Upside Potential, Reit. A Top Idea," *Piper Sandler* , January 25, 2023.

[545] "LMVH: Positive Read on EL," *Evercore ISI* , January 26, 2023.

[546] "Mixed Read-Through From LVMH Results: Soft Q422 for P&C but Exit Rate in China and Sephora US Were Encouraging," *J.P. Morgan* , January 26, 2023.

[547] "Scouting Report: What To Expect From EL's F2Q," *UBS* , January 26, 2023.

[548] "EL 2QF23 EPS Preview: Continued Pressure in China Likely to Weigh on Overall Beauty's Strength Near-Term," *Telsey Advisory Group* , January 27, 2023.

[549] "EL: Deep Dive OW Thesis ," *Morgan Stanley* , January 30, 2023.

[550] "Thoughts on EL and HSY Ahead of EPS," *RBC Capital Markets* , January 31, 2023.

[551] "F2Q23 Earnings Prep," *Barclays* , February 1, 2023.

[552] 2023.

[553] "F2Q23 First Impressions," *Barclays* , February 2, 2023.

[554] "Quick Comment: Lower FY Guidance with Q3 Much Weaker Than Expected, but a Sharp Above-Consensus Recovery Implied in Q4," *Morgan Stanley* , February 2, 2023.

[555] "Q2 Follow-Up: Lower FY Guidance with Q3 Much Weaker Than Expected, but a Sharp Above-Consensus Recovery Implied in Q4," *Morgan Stanley* , February 2, 2023.

[556] "EL Delivers 2Q Beat, But FY23 Guide Moves Lower On Reopening Volatility," *UBS* , February 2, 2023.

[557] "Initial Take: Q2 EPS Beat; FY23 Guide Lowered, But Q4 Higher for China Recovery," *Jefferies* , February 2, 2023.

[558] "China Reopening Delay Driving Lowered Outlook; LT Intact," *CGS International* , February 2, 2023.

[559] "F2Q EPS Beat but Guidance Lowered; China recovery shifts out," *Credit Suisse* , February 2, 2023.

[560] "Read-X: Estee Lauder's (EL) Q223 results (cal. Q422)," *Credit Suisse* , February 2, 2023.

[561] "Quick Take - EL's FY2Q23 Results," *Deutsche Bank* , February 2, 2023.

[562] "4Q+ More Important Than 2Q/3Q," *Deutsche Bank* , February 2, 2023.

[563] "A call on China. Share gains encouraging," *Evercore ISI* , February 2, 2023.

[564] "Beat F2Q But Lowered 2H Guidance with Slow Travel Retail Recovery. Sales Inflection Moved to FQ4," *J.P. Morgan* , February 2, 2023.

[565] "Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311," *Jefferies* , February 2, 2023.

**Appendix B: Materials Considered**

[566] "Estee Lauder Continues to Feel the Impact of Slow Travel Retail Recovery; Shares Fully Valued," *Morningstar Equity Research* , February 2, 2023.

[567] "Model Update: An Even Steeper Earnings Recovery Needed for the Bull Case from Here," *Oppenheimer* , February 2, 2023.

[568] "EPS upside, sales in-line. China reopening delayed to 4Q. Weak U.S. is a concern," *Evercore ISI* , February 2, 2023.

[569] "EL 2QF23 First Take: Q2 Top and Bottom Line Beat; FY23 Guide Lowered on Near-Term COVID Pressure in Asia," *Telsey Advisory Group* , February 2, 2023.

[570] "Like COVID, the Road to Recovery for EL Is Far From the Ordinary," *Raymond James* , February 2, 2023.

[571] "EL: Stormy...Same North Star," *Wells Fargo* , February 2, 2023.

[572] "EL: F2Q23 First Take—F2Q23 EPS Ahead but FY23 EPS Coming Down; Big Debate Will Be FQ4 Implied Ramp," Wells Fargo, February 2, 2023.

[573] "Analyst's Notes," *Argus Research* , February 3, 2023.

[574] "Items in overhead bin have shifted in flight: recovery pushed to FY4Q23," *Bank of America* , February 3, 2023.

[575] "Moving Parts," *Barclays* , February 3, 2023.

[576] "All eyes now on the FY 2024 recovery," *Berenberg* , February 3, 2023.

[577] "A Few More Weeks Of Winter, But Light On The Other Side," *UBS* , February 3, 2023.

[578] "Growth Recovery Pushed Out One Quarter; Raising PT to $308," *DA Davidson* , February 3, 2023.

[579] "Short Term Remains Challenging But Inflection is Near; Model Update Post F2Q23," *J.P. Morgan* , February 3, 2023.

[580] "OUR EVALUATION OF EL," *Jefferson Research* , February 3, 2023.

[581] "EPS Aftermath – China Recovery Delay Just a Wrinkle; Outperform," *RBC Capital Markets* , February 3, 2023.

[582] "EL 2QF23 Follow-Up: Return of Chinese Consumer Looks to Be an Opportunity Once Transition Headwinds Pass," *Telsey Advisory Group* , February 3, 2023.

[583] "Pushed-Out Recovery but F4Q Guidance Showcases Powerful China Re-Open Math," *Credit Suisse* , February 6, 2023.

[584] "Management Meeting Tidbits," *Barclays* , February 9, 2023.

[585] "Better-managed Unilever, on reinvestment and pricing. Color on CL, PG, EL," *Evercore ISI* , February 9, 2023.

[586] "Baby Atelier 121: The One About VAT Refund, MetaBirkins & Fendi Flagships," *Jefferies* , February 10, 2023.

[587] "Thoughts and Updated Estimates Following FQ2; PT to $298," *Piper Sandler* , February 10, 2023.

[588] "Post-Earnings Deep-Dive Into Five Topics; BUY," *DA Davidson* , February 13, 2023.

[589] "Estee Lauder Inc (EL.N): Engines of Growth Are Gearing Up; Initiate at Buy," *Citi* , February 16, 2023.

[590] "The Estée Lauder Companies Inc. (EL)," *Baptista Research* , February 17, 2023.

[591] "JPM Exclusive C-Level Meetings in Japan and APAC Takeaways," *J.P. Morgan* , February 17, 2023.

[592] "Slow Asia Travel Recovery Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research* , February 22, 2023.

[593] "Slow Asia Travel Recovery Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research* , February 22, 2023.

[594] "Recovery dynamic underestimated, move off Hold," *Societe Generale* , March 8, 2023.

**Appendix B: Materials Considered**

[595] "China Reopening Industry Expert Call Takeaways," *Citi* , March 9, 2023.

[596] "EL: China Cosmetics/Duty-Free Data Is Intriguing," *Wells Fargo* , March 10, 2023.

[597] "INITIATE OUTPERFORM: A RESILIENT ICON POISED FOR REINVENTION," *TD Cowen* , March 14, 2023.

[598] "Gen Z in Focus," *Barclays* , March 16, 2023.

[599] "Sounding better. Recalibrating portfolio to fragrances, haircare?," *Evercore ISI* , March 16, 2023.

[600] "Framing The Bull/Bear Debate," *Citi* , March 23, 2023.

[601] "Travel Retail: Takeaways from Expert Call," *Barclays* , March 29, 2023.

[602] "IS AN INFLECTION REALISTIC & CAN EL GET MORE YOUTHFUL?," *TD Cowen* , April 4, 2023.

[603] "LVMH read on EL," *Evercore ISI* , April 12, 2023.

[604] "EL: Has the China Inflection Arrived? Cosmetics Imports Return to Growth in March," *Wells Fargo* , April 14, 2023.

[605] "Slow Asia Travel Recovery Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research* , April 15, 2023.

[606] "China Beauty: Sideways? March slows," *Evercore ISI* , April 17, 2023.

[607] "Estee Lauder read across from L'Oreal," *Barclays* , April 19, 2023.

[608] "Morning Meeting Notes," *Hyundai Motor Securities* , April 21, 2023.

[609] "Slow makeup keeps Estee reliant on China," *Evercore ISI* , April 24, 2023.

[610] "Beiersdorf on China luxury skincare, travel retail," *Evercore ISI* , April 26, 2023.

[611] "Scouting Report: What To Expect From EL's F3Q," *UBS* , April 26, 2023.

[612] "EL 3QF23 EPS Preview: Look For Improving Regional Trends In FQ3 Despite Near-Term Headwinds, Growth In FQ4," *Telsey Advisory Group* , April 27, 2023.

[613] "European Luxury Goods / European and US HPC: On the Road in Hainan - Deep dive into a multi-year duty-free opportunity," *Barclays* , April 28, 2023.

[614] "Weekly earnings preview: Expect EL to start to see improvement in China; PBH benefitting from pricing and restocking," *Canaccord Genuity* , April 30, 2023.

[615] "Q3 Preview: A Likely In-Line Quarter, But Risks Remain on the Top-Line Guide," *Oppenheimer* , May 1, 2023.

[616] "FQ3'23 Preview – EL Should Clear the Consensus Bar...China Recovery in Process; Outperform," *RBC Capital Markets* , May 1, 2023.

[617] "F3Q23 Earnings Prep," *Barclays* , May 2, 2023.

[618] "Crowded Stocks: What the Quant Data Says About Consumer Staples, Vol. 5," *UBS* , May 2, 2023.

[619] "3Q23 Quick Take: Outlook cut - Asia travel retail; slow to rebound," *Bank of America* , May 3, 2023.

[620] "F3Q23 First Impressions," *Barclays* , May 3, 2023.

[621] "EL: F3Q23 First Take—Miss, Big Cut to FY23 Guide—Is This the Final Estimate Washout?," *Wells Fargo* , May 3, 2023.

[622] "In-Line Results, But Deep Cut in F4Q Guidance on Slow Travel Retail Recovery in Hainan and Korea," *JP Morgan* , May 3, 2023.

[623] "FQ3: Guidance Disappointing Again, but We're Looking Opportunistically," *Piper Sandler* , May 3, 2023.

**Appendix B: Materials Considered**

[624] "It's up in the air; travel retail still weak with blurred timeline to recovery," *Canaccord Genuity* , May 3, 2023.

[625] "A Step Back before Proceeding Forward," *CGS International* , May 3, 2023.

[626] "Estee Lauder Inc (EL.N): F3Q'23 Miss; Large FY'23 Guidance Reduction," *Citi* , May 3, 2023.

[627] "NEAR-TERM PROBLEMS, CONTROLLABLE SOLUTIONS, YET LONG-TERM DESIRABILITY," *TD Cowen* , May 3, 2023.

[628] "Quick Take - EL's FY3Q23 Results," *Deutsche Bank* , May 3, 2023.

[629] "EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail," *Telsey Advisory Group* , May 3, 2023.

[630] "Hard to "Makeup" Excess Inventory in Asia; Yet Underlying Demand is Reaccelerating," *J.P. Morgan* , May 3, 2023.

[631] "Initial Take: Q3 In Line; FY23 Reduced Again on Prolonged Asia TR Recovery," *Jefferies* , May 3, 2023.

[632] "Model Update: China & TR Recovery Weigh on Sentiment; Risk-Reward Favors Upside," *Jefferies* , May 3, 2023.

[633] "Rug Pulled Out From Under Feet... Now, Let's Sweep it Under the Carpet," *Deutsche Bank* , May 3, 2023.

[634] "Lowered guide. TR, Makeup offset better China," *Evercore ISI* , May 3, 2023.

[635] "LexisNexis," *MarketWatch* , May 3, 2023.

[636] "Quick Comment: Much Lower FY Guidance and Implied Q4 with a Weaker Hainan/Korea/China Recovery," *Morgan Stanley* , May 3, 2023.

[637] "Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive," *Morningstar Equity Research* , May 3, 2023.

[638] "Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive," *Morningstar Equity Research* , May 3, 2023.

[639] "Read-X: Estee Lauder's (EL, Not Covered) Q323 results.," *Credit Suisse* , May 3, 2023.

[640] "Our Updated EL Modeling Thoughts," *Oppenheimer* , May 3, 2023.

[641] "Quick Take: Travel Delayed, Pushing Out Recovery," *CGS International* , May 3, 2023.

[642] "Quick Take on Earnings," *RBC Capital Markets* , May 3, 2023.

[643] "PRIOR GUIDANCE TOO OPTIMISTIC AS ASIA RECOVERY IS NOW EXPECTED TO BE GRADUAL," *TD Cowen* , May 3, 2023.

[644] "EL Lowers FY23 Guidance Again As Travel Retail Slow To Recover," *UBS* , May 3, 2023.

[645] "EL Follow-Up: Despite Gains in Key Markets, Asia Travel Retail Weighed in 3QF23; FY23 Outlook Moderated," *Telsey Advisory Group* , May 4, 2023.

[646] "Travel retail de-risked, attractive buying opportunity," *Evercore ISI* , May 4, 2023.

[647] "Travel delays: transition out of lockdowns extends into FY24," *Bank of America* , May 4, 2023.

[648] "Framing Our Assumptions," *Barclays* , May 4, 2023.

[649] "Requires a bit more patience; Hold," *Berenberg* , May 4, 2023.

[650] "Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, But Strong US/European Results Highlight Post COVID Potential," *Morgan Stanley* , May 4, 2023.

[651] "Estee Lauder Inc (EL.N): Travel Retail Drives Large Downside; Stay Buy-Rated but with Much Lower Visibility," *Citi* , May 4, 2023.

[652] "Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive," *Morningstar Equity Research* , May 4, 2023.

[653] "EPS Aftermath - Fight or Flight? Sticking with our Outperform Rating," *RBC Capital Markets* , May 4, 2023.

## Appendix B: Materials Considered

[654] "Visibility On '24 EPS Power Limited; Stay Neutral," *UBS*, May 4, 2023.

[655] "EL: Broken or Not?," *Wells Fargo*, May 4, 2023.

[656] "EL Management Meeting Notes," *CGS International*, May 7, 2023.

[657] "Estee Lauder Financial Results Implications," *Jefferies*, May 7, 2023.

[658] "Wide-Moat Estee Lauder Has Been Hit Hard by Slow Travel Retail, but Long-Term Growth Intact," *Morningstar Equity Research*, May 8, 2023.

[659] "Reports of Estee Lauder activist campaign; unlikely to bring board changes but could spark operating changes," *Canaccord Genuity*, May 8, 2023.

[660] "Asia Travel Retail Recovery Pushed Out; Reducing Estimates," *DA Davidson*, May 8, 2023.

[661] "Active Situation In Any Scenario," *Deutsche Bank*, May 8, 2023.

[662] "Highlights From Meetings With EL Management," *Telsey Advisory Group*, May 8, 2023.

[663] "EL: Activist at Lauder?," *Wells Fargo Securities*, May 8, 2023.

[664] "Estee Lauder Inc (EL.N): Takeaways from Our Meeting with EL's CFO & Tom Ford's CEO," *Citi*, May 11, 2023.

[665] "Analyst's Notes," *Argus Research*, May 12, 2023.

[666] "Ratings (CL & MAT) New Issue (EL) and News (MO) + Ending Earnings Season (COTY, EPC, ENR, SPB, TPX, WWW)," *J.P. Morgan*, May 12, 2023.

[667] "Hainan Traffic Data, Shiseido & Other Peers Read Through," *J.P. Morgan*, May 12, 2023.

[668] "Breaking down the 'overload' in sales in F22," *Societe Generale*, May 12, 2023.

[669] "EL: China Import Data: Opposite Day?," *Wells Fargo*, May 12, 2023.

[670] "Will Revenge Travel clear inventory faster?," *Evercore ISI*, May 15, 2023.

[671] "Prep Pack with Management Questions Post Q1 EPS," *Morgan Stanley*, May 15, 2023.

[672] "Mid Earnings Beauty Update: Opportunity Post Sizable Moves," *Jefferies*, May 16, 2023.

[673] "TD COWEN'S MEETING WITH EL MANAGEMENT: A ROAD TO MORE BEAUTIFUL MARGINS," *TD Cowen*, May 19, 2023.

[674] "The Estée Lauder Companies Inc. (EL)," *Baptista Research*, May 23, 2023.

[675] "EL: Taking Inventory of Lauder...Before the (China Travel Retail) Inventory is All Gone—Deep Dive," *Wells Fargo*, May 30, 2023.

[676] "Seize the Moment," *Barclays*, May 31, 2023.

[677] "On Asia Travel Retail, resellers or daigou," *Evercore ISI*, June 1, 2023.

[678] "Nexus.One," RBC *Capital Markets*, June 2, 2023.

[679] "Week in Review: Booze & Beauty," *Evercore ISI*, June 4, 2023.

[680] "China Beauty: 6.18 online festival off to a solid start; beginning of a recovery?," *Evercore ISI*, June 5, 2023.

[681] "Upside Case Now Less Compelling; Moving to the Sidelines," *Oppenheimer*, June 5, 2023.

[682] "Hainan, digitalization structurally changing Travel Retail," *Evercore ISI*, June 7, 2023.

[683] "EL: China Import Data—Cosmetics Imports Stay Weak, Just as Travel Retail Surges," *Wells Fargo*, June 12, 2023.

[684] "Score Report," *Trust Investment SAS*, June 19, 2023.

[685] "Just Asking: China recovery, how long; how high?," *Bank of America*, June 20, 2023.

**Appendix B: Materials Considered**

[686] "F4Q/FY23 preview: SGe 1.1% OSG vs 1.6% consensus," *Societe Generale* , June 23, 2023.

[687] "Options Strategies into a Likely Soft FY24 Guide Ahead; Fundamental Debates Ahead of Earnings," *J.P. Morgan* , July 5, 2023.

[688] "OUTLINING RISKS & IMPACT FROM STUDENT LOANS, SHRINK, HAINAN, & MORE," *TD Cowen* , July 5, 2023.

[689] "Bumpy Downhill," *Morgan Stanley* , July 6, 2023.

[690] "China – Beauty Products: Bumpy Downhill," *Morgan Stanley* , July 6, 2023.

[691] "Investor Presentation: China – Beauty Products: Bumpy Downhill," *Morgan Stanley* , July 6, 2023.

[692] "Estee Lauder Inc (EL.N): Opening Downside 90-Day Catalyst Watch," *Citi* , July 10, 2023.

[693] "Estee Lauder: Premium Brands and Omnichannel Investments to Fuel Growth; Shares Attractive," *Morningstar Equity Research* , July 13, 2023.

[694] "Estee Lauder: Premium Brands and Omnichannel Investments to Fuel Growth; Shares Attractive," *Morningstar Equity Research* , July 13, 2023.

[695] "Estee Lauder: Premium Brands and Omnichannel Investmentsto Fuel Growth; Shares Attractive," *Morningstar Equity Research* , July 13, 2023.

[696] "What's in June Q and F24 consensus?," *Evercore ISI* , July 17, 2023.

[697] "Cyber incident – History suggests impact could be up to -2pp on quarterly sales," *Societe Generale* , July 19, 2023.

[698] "EL: China Import Data—Pressure Continues," *Wells Fargo* , July 19, 2023.

[699] "Downgrade to Equal Weight," *Barclays* , July 20, 2023.

[700] "LOWERING EPS BELOW STREET ON CAUTIONARY TRENDS," *TD Cowen* , July 21, 2023.

[701] "Downgrading to Neutral; Pressures Persisting, Full Valuation, Limited Upside," *Piper Sandler* , July 24, 2023.

[702] "First Look: LVMH read on EL," *Evercore ISI* , July 25, 2023.

[703] "Concerns Around Prolonged Recovery in China, Skincare Shift; D/G to Hold," *Jefferies* , July 26, 2023.

[704] "Week in Review: Broad EPS beats, but signs of low income tightening," *Evercore ISI* , July 30, 2023.

[705] "Estee Lauder: Wide-Moat Beauty Leader at Compelling Discount; We Suggest Investors to Stock Up," *Morningstar Equity Research* , July 31, 2023.

[706] "Estee Lauder Inc (EL.N): Recovery Path More Uncertain; Downgrading to Neutral," *Citi* , August 1, 2023.

[707] "Equity Best Ideas," *Morningstar Equity Research* , August 1, 2023.

[708] "Davidson Proprietary Data: Maintaining BUY on Strong Brand Health," *DA Davidson* , August 2, 2023.

[709] "Beiersdorf: Asia to stabilize in December quarter," *Evercore ISI* , August 3, 2023.

[710] "Nexus.One," *RBC Capital Markets* , August 4, 2023.

[711] "Estee Lauder: Wide-Moat Beauty Leader at Compelling Discount; We Suggest Investors to Stock Up," *Morningstar Equity Research* , August 5, 2023.

[712] "Week in Review: Strong results continue," *Evercore ISI* , August 6, 2023.

[713] "European Consumer Staples: On the Road to Hainan: Walking round an empty mega mall," *Barclays* , August 7, 2023.

[714] "What we're watching for in FY4Q23 results," *Deutsche Bank* , August 7, 2023.

[715] "Digitalization & AI: Colgate, Coty, Estee's steps," *Evercore ISI* , August 9, 2023.

[716] "Updated Thoughts into the Print; Best to Stay Sidelined," *Oppenheimer* , August 9, 2023.

[717] "BEAUTY PREVIEW: SET UP AND VALUATION GLOW AT ULTA; LOWER GUIDANCE LIKELY AT EL," *TD Cowen* , August 9, 2023.

**Appendix B: Materials Considered**

[718] "Estee Lauder Inc (EL.N): Closing Downside 90-Day Catalyst Watch," *Citi*, August 10, 2023.

[719] "China destocking in July. Ban on tours to Korea lifted today," *Evercore ISI*, August 10, 2023.

[720] "Week in Review: China travel ban lifted; CELH stuns, Red Bull price increase?," *Evercore ISI*, August 13, 2023.

[721] "Brands, long-term look fine into results. Channel shift makes timing tricky," *Evercore ISI*, August 14, 2023.

[722] "EL 4QF23 Preview: Expect Asia Travel Retail To Pressure The Near Term Before Improving; Maintain Outperform," *Telsey Advisory Group*, August 14, 2023.

[723] "F4Q'23 Preview - It's Bad...But How Bad?," *RBC Capital Markets*, August 15, 2023.

[724] "Scouting Report: What To Expect From EL's F4Q," *UBS*, August 15, 2023.

[725] "Refine China: lowering estimates and PO," *Bank of America*, August 16, 2023.

[726] "Expect healthy demand for beauty benefitting Ulta but travel retail woes continue for EL," *Canaccord Genuity*, August 16, 2023.

[727] "A Deep Dive Into Trends Driving Robust Beauty Industry Growth," *DA Davidson*, August 16, 2023.

[728] "EL: Lauder Truths," *Wells Fargo*, August 16, 2023.

[729] "F4Q23 Earnings Prep," *Barclays*, August 17, 2023.

[730] "Analyst's Notes," *Argus Research*, August 18, 2023.

[731] "LOWERED GUIDANCE AS EXPECTED, ASIA TRAVEL RETAIL WEIGHS ON RESULTS," *TD Cowen*, August 18, 2023.

[732] "4Q23: Light guide; slope of medium-term earnings recovery a key question," *Bank of America*, August 18, 2023.

[733] "F4Q23 First Impressions," *Barclays*, August 18, 2023.

[734] "Estee Lauder Inc (EL.N): F4Q'23 Beat, But FY'24 Guidance Well Below Expectations," *Citi*, August 18, 2023.

[735] "FQ4: Cautiousness Affirmed. Some Green Shoots, but Road Remains Bumpy. Reit. N," *Piper Sandler*, August 18, 2023.

[736] "4Q Not as Bad but FY Outlook Reflects Material 1Q Guide Down," *CGS International*, August 18, 2023.

[737] "It Could Have Been Worse; Lowering Estimates and PT to $185," *DA Davidson*, August 18, 2023.

[738] "Quick Take - EL's FY4Q23 Results," *Deutsche Bank*, August 18, 2023.

[739] "Strong Asia suggests eventual recapture of Travel Retail. Controversy over F24 guide," *Evercore ISI*, August 18, 2023.

[740] "Initial Take: Q4 In Range, FY Guide Below; Now a Multi-Yr Margin Rebuild Story," *Jefferies*, August 18, 2023.

[741] "Beat 4QF23 but Missed FY24 and 1QF24 on Retail Destocking Despite Progress in Asia," *J.P. Morgan*, August 18, 2023.

[742] "Model Update: Reframing Pace of Recovery; Estimates & Price Cut," *Jefferies*, August 18, 2023.

[743] "OUR EVALUATION OF EL," *Jefferson Research*, August 18, 2023.

[744] "Estee Lauder Earnings: Weak 2023 on Travel Retail Woes; Branding and Innovation To Fuel Recovery," *Morningstar Equity Research*, August 18, 2023.

[745] "Why Estee Lauder Stock Was Sinking on Friday," *Motley Fool*, August 18, 2023.

[746] "Model Update," *Oppenheimer*, August 18, 2023.

[747] "Quick Take on Earnings," *RBC Capital Markets*, August 18, 2023.

## Appendix B: Materials Considered

[748] "EL 4QF23 First Take: Q4 Sales and EPS Beat; Conservative FY24 Guide Reflects Asia Travel Retail Headwinds," *Telsey Advisory Group* , August 18, 2023.

[749] "Initial FY24 Guidance Falls Short Of Expectations," *UBS* , August 18, 2023.

[750] "Quick Comment: Slight Q4 EPS Beat, Well Below Consensus Q1/FY24 Guidance," *Morgan Stanley* , August 18, 2023.

[751] "EL: F4Q23 First Take—There It Was...and Where to Go," *Wells Fargo* , August 18, 2023.

[752] "Lowered expectations for FY24, aiming for FY25 recovery; PT to $146, reiterate HOLD," *Canaccord Genuity* , August 20, 2023.

[753] "Estee Lauder Inc (EL.N): Still A Long Road Ahead to Recover Topline/EPS; Stay Neutral," *Citi* , August 20, 2023.

[754] "Inflection Debate," *Deutsche Bank* , August 20, 2023.

[755] "Week in Review: Beauty and Alcohol," *Evercore ISI* , August 20, 2023.

[756] "EL: The Ramp...China Ecosystem...and Potential for EL," *Wells Fargo* , August 20, 2023.

[757] "Management sees a path back to peak margins; timing not clear," *Bank of America* , August 21, 2023.

[758] "Longer Path to Recovery," *Barclays* , August 21, 2023.

[759] "Q4 Follow-Up: Lower FY24 EPS on Travel Retail Overhang, but Expect Inflecting EPS Beginning in FQ2," *Morgan Stanley* , August 21, 2023.

[760] "Near-term Challenges; Investing to Drive Recovery," *CGS International* , August 21, 2023.

[761] "Assertively pivoting to mainland China," *Evercore ISI* , August 21, 2023.

[762] "Reaccelerated Sales to "Makeup" and Inflect Sales and Margins Post Rebase in FQ1; Model Update Post F4Q," *J.P. Morgan* , August 21, 2023.

[763] "EL Live Bull vs. Bear Interactive Debate 8/24," *Piper Sandler* , August 21, 2023.

[764] "EPS Aftermath – Earnings Reset Complete; Outperform," *RBC Capital Markets* , August 21, 2023.

[765] "IS GUIDANCE REALISTIC GIVEN HAINAN ISSUES? TD COWEN ON 4Q23," *TD Cowen* , August 21, 2023.

[766] "EL 4QF23 Follow Up: Prolonged Recovery Expected for Asia Travel Retail and More Mature US Business in FY24," *Telsey Advisory Group* , August 21, 2023.

[767] "What's Happening Today," *Telsey Advisory Group* , August 21, 2023.

[768] "The Road To Recovery Is Still Bumpy; Stay Neutral," *UBS* , August 21, 2023.

[769] "Temporary Travel Retail Woes Should Not Derail Estee Lauder's Long-Term Beauty Prospects," *Morningstar Equity Research* , August 22, 2023.

[770] "Temporary Travel Retail Woes Should Not Derail Estee Lauder ' s Long-Term Beauty Prospects," *Morningstar Equity Research* , August 22, 2023.

[771] "Morning Call," *TD Cowen* , August 22, 2023.

[772] "Should Clinique be launched on Amazon?," *Evercore ISI* , August 28, 2023.

[773] "Prep Pack with Management Questions Post Q2 EPS," *Morgan Stanley* , August 28, 2023.

[774] "Back to Business – Updated Thoughts on Consumer Staples," *RBC Capital Markets* , August 29, 2023.

[775] "Updates on SEC Investigative Activity for 125 US-Listed Companies," *Disclosure Insight* , August 30, 2023.

[776] "Updating for greater sales 'overload' impact," *Societe Generale* , August 30, 2023.

[777] "Equity Best Ideas," *Morningstar Equity Research* , September 1, 2023.

[778] "Guide: HPC Themes. Management questions," *EVERCORE ISI* , September 3, 2023.

**Appendix B: Materials Considered**

[779] "The Estée Lauder Companies Inc. (EL)," *Baptista Research* , September 4, 2023.

[780] "Conference Takeaways," *Barclays* , September 6, 2023.

[781] "Let's get clinical; reiterate Buy ," *Berenberg* , September 6, 2023.

[782] "What gives CEO Freda conviction in the brands and the strategy?," *Evercore ISI* , September 6, 2023.

[783] "Travel Retail Channel Data Checks," *Citi* , September 7, 2023.

[784] "Catching up with Estee Lauder," *Bank of America* , September 12, 2023.

[785] "EL: China Import Data—Not Helping the China Debate, Even if Noise in Data vs Delivery," *Wells Fargo* , September 12, 2023.

[786] "Model Update," *Oppenheimer* , September 12, 2023.

[787] "Beauty, Health & Wellness Post-Summer Pulse: Consumers still want to spend in BHW," *Canaccord Genuity* , September 14, 2023.

[788] "Nexus.One," *RBC Capital Markets* , September 15, 2023.

[789] "From Hainan to Saks," *Redburn Atlantic* , September 15, 2023.

[790] "Insight: A Deep Dive Into the China Beauty Market," *Jefferies* , September 17, 2023.

[791] "MODEL ADJUSTMENTS FOR Q3 PREVIEW," *Consumer Edge Research* , September 26, 2023.

[792] "Equity Best Ideas," *Morningstar Equity Research* , October 1, 2023.

[793] "L'Oreal smells better. Why has Estee underperformed," *Evercore ISI* , October 4, 2023.

[794] "Hugo Boss: No Premium, Not A Luxury," *Jefferies* , October 6, 2023.

[795] "Hainan improved in early October," *Evercore ISI* , October 9, 2023.

[796] "BHW Highlights September 2023: Promos continue to trend higher YOY, expect all eyes on September retail sales report," *Canaccord Genuity* , October 9, 2023.

[797] "LVMH Read on Estee," *Evercore ISI* , October 10, 2023.

[798] "China imports weak through September," *Evercore ISI* , October 16, 2023.

[799] "Nexus.One," *RBC Capital Markets* , October 20, 2023.

[800] "What we're watching for in FY1Q24 results," *Deutsche Bank* , October 22, 2023.

[801] "Upside potential for 1Q F24, with a possible clean slate in C2024?," *Evercore ISI* , October 23, 2023.

[802] "Q1 Preview: A Difficult Setup Remains for the EL Bull Case," *Oppenheimer* , October 24, 2023.

[803] "Beiersdorf still expects Asia luxury skincare to stabilize in Dec. quarter," *Evercore ISI* , October 25, 2023.

[804] "EL 1QF24 Preview: We Look For Fragrance And Asia/Pacific To Outperform As FQ1 To Be Most Pressured In FY24," *Telsey Advisory Group* , October 26, 2023.

[805] "F1Q'24 Preview - The Trough Quarter?," *RBC Capital Markets* , October 27, 2023.

[806] "Nexus.One," *RBC Capital Markets* , October 27, 2023.

[807] "Week of 10/30 earnings preview: EL likely struggles due to China; ELF gets more shelf; PBH sees healthy consumption," *Canaccord Genuity* , October 29, 2023.

[808] "Scouting Report: What To Expect From EL's F1Q," *UBS* , October 29, 2023.

## Appendix B: Materials Considered

[809] "F1Q24 Earnings Prep," *Barclays*, October 31, 2023.

[810] "1Q24 First Impressions," *Barclays*, November 1, 2023.

[811] "Protecting P&L, but China drives another guide down," *Evercore ISI*, November 1, 2023.

[812] "Deja vu: management lowers expectations and pushes back recovery timeline due to China/travel, but rest of business solid," *Canaccord Genuity*, November 1, 2023.

[813] "Quick Take: Travel/Asia Recovery Delayed; F1Q Beats but F2Q/FY Outlook Cut," *CGS International*, November 1, 2023.

[814] "Estee Lauder Inc (EL.N): F1Q'24 Topline Miss & EPS Beat; Large FY'24 Guidance Cut," *Citi*, November 1, 2023.

[815] "What's your time horizon?," *Deutsche Bank*, November 1, 2023.

[816] "Quick Take - EL's FY1Q24 Results," *Deutsche Bank*, November 1, 2023.

[817] "Beat 1QF24 But Deeply Cut FY24; Announced Profit Recovery Plan of About $1.80 in EPS," *J.P. Morgan*, November 1, 2023.

[818] "Initial Take: Recovery Timeline Pushed; FQ2 Below & FY24 Guide Cut," *Jefferies*, November 1, 2023.

[819] "Model Update: TR & China Recovery Pushed Out Again; Ests & PT Move Lower," *Jefferies*, November 1, 2023.

[820] "Equity Best Ideas," *Morningstar Equity Research*, November 1, 2023.

[821] "Model Update; Best to Stay Sidelined," *Oppenheimer*, November 1, 2023.

[822] "FQ1: Issues Getting "Lauder", Path to Recovery Lengthening. Reit. Neutral," *Piper Sandler*, November 1, 2023.

[823] "3 Big Learnings from 3 Beauty Behemoths," *Piper Sandler Companies*, November 1, 2023.

[824] "Quick Comment: Significant FY24 EPS Guide-Down Despite Q1 Beat, Profit Recovery Program for FY25/26," *Morgan Stanley*, November 1, 2023.

[825] "Quick Take on Earnings," *RBC Capital Markets*, November 1, 2023.

[826] "EL 1QF24 First Take: Solid Q1 Results Tempered by More Cautious FY24 Guide as China Prestige Beauty Slows," *Telsey Advisory Group*, November 1, 2023.

[827] "Another Guidance Cut; EL Announces FY25/FY26 Profit Recovery Plan," *UBS*, November 1, 2023.

[828] "EL: Peak Exasperation...and a Debate on Trough (China) Fundamentals," *Wells Fargo*, November 1, 2023.

[829] "EL: F1Q24 First Take—Another Guide Down," *Wells Fargo*, November 1, 2023.

[830] "Construction Ahead: EL deploys Profit Recovery Plan to offset reset China growth," *Bank of America*, November 2, 2023.

[831] "Another Reset," *Barclays*, November 2, 2023.

[832] "Recovery timing and scale less clear; Hold," *Berenberg*, November 2, 2023.

[833] "Estee Lauder Inc (EL.N): Another Large Guidance Cut with Limited Visibility; Stay Neutral," *Citi*, November 2, 2023.

[834] "Lowering Estimates and PT to $146; BUY," *DA Davidson*, November 2, 2023.

[835] "What's Estee earnings power?," *Evercore ISI*, November 2, 2023.

[836] "Lack of Confidence in China Outlook Overshadows a Beautiful Business," *J.P. Morgan*, November 2, 2023.

[837] "Q1 Follow-Up: Another Large Negative FY Revision," *Morgan Stanley*, November 2, 2023.

[838] "Estee Lauder Earnings: Sales Recovery Delayed on Weak Skincare Spending but Brand Standing Intact," *Morningstar Equity Research*, November 2, 2023.

**Appendix B: Materials Considered**

[839] "Estee Lauder Earnings: Sales Recovery Delayed on Weak Skincare Spending but Brand Standing Intact," *Morningstar Equity Research* , November 2, 2023.

[840] "UNCLE...Downgrading to Sector Perform," *RBC Capital Markets* , November 2, 2023.

[841] "CORRECTION: PAINFUL RESET AS TRAVEL RETAIL & MAINLAND CHINA DRIVE GUIDANCE CUT," *TD Cowen* , November 2, 2023.

[842] "EL 1QF24 Follow-Up: Downgrading to Market Perform on Challenges to Travel Retail and Slowing China Growth," *Telsey Advisory Group* , November 2, 2023.

[843] "What's Happening Today," *Telsey Advisory Group* , November 2, 2023.

[844] "Estee Lauder shares plunge over Middle East and China concerns," *The Daily Telegraph* , November 2, 2023.

[845] "Big Reset, Though Materially Factored in Now; LT Still Compelling," *Raymond James* , November 2, 2023.

[846] "FY25 Earnings Power Continues To Move Lower; Stay Neutral," *UBS* , November 2, 2023.

[847] "BHW Highlights October 2023: Demand remains for beauty/pers care but incentives needed, China remains weak," *Canaccord Genuity* , November 6, 2023.

[848] "Downgrading to Neutral from Overweight on the smudge that may take time to clear," *J.P. Morgan* , November 6, 2023.

[849] "EL: Fabrizio...and Estee Lauder," *Wells Fargo* , November 6, 2023.

[850] "DOWNGRADE: NEAR-TERM RISKS, LONG-TERM NEED FOR SPEED & A 10-POINT WISH LIST," *TD Cowen* , November 8, 2023.

[851] "Analyst's Notes," *Argus Research* , November 13, 2023.

[852] "Shiseido on China, Travel Asia challenges," *Evercore ISI* , November 13, 2023.

[853] "Key Takeaways from ESG Meeting," *Deutsche Bank* , November 17, 2023.

[854] "The Estée Lauder Companies Inc. (EL)," *Baptista Research* , November 21, 2023.

[855] "Black Friday 2023: More In-Person Shopping and Discounts Not as Bad as Feared," *Telsey Advisory Group* , November 27, 2023.

[856] "Prep Pack with Management Questions Post Q3 EPS and Ahead of MS Consumer & Retail Conference," *Morgan Stanley* , November 28, 2023.

[857] "Elevating to Best-of-Breed Status and Raising PT to $163; BUY," *DA Davidson* , November 29, 2023.

[858] "Highlights From Meeting With Management," *CGS International* , November 30, 2023.

[859] "The Glaring Holdout Against Amazon Premium Beauty," *DA Davidson* , December 1, 2023.

[860] "Key Takeaways from CFO Meeting," *Deutsche Bank* , December 3, 2023.

[861] "Event Recap: Euromonitor China Beauty; Tradedown, Flattening Growth, & More," *Jefferies* , December 8, 2023.

[862] "Beauty stocks: Street expectations now v. 2019," *Evercore ISI* , December 19, 2023.

[863] "Presents picked as parking packed: Super Saturday was a final push in holiday spending," *Canaccord Genuity* , December 28, 2023.

[864] "Hainan duty-frees decelerate: A March v. January clearing of Beauty inventories?," *Evercore ISI* , January 3, 2024.

[865] "THE CONSUMER TUG-OF-WAR: NEEDS VS. WANTS AND UNITS VS. PRICING," *TD Cowen* , January 4, 2024.

[866] "Just Asking: What are sales and margin for Travel Retail and Hainan?," *Bank of America* , January 8, 2024.

[867] "Wells Express: Morning Research Highlights—January 10, 2024," *Wells Fargo* , January 10, 2024.

[868] "Year Ahead 2024: beauty is in the eye of the beholder," *Bank of America* , January 16, 2024.

**Appendix B: Materials Considered**

[869] "China destocking worsened in December," *Evercore ISI*, January 16, 2024.

[870] "Hainan Travel Retail Softens After Three Months of Robust Growth," *DA Davidson*, January 17, 2024.

[871] "Temporary Travel Retail Woes Should Not Derail Estee Lauder's Long-Term Beauty Prospects," *Morningstar Equity Research*, January 17, 2024.

[872] "Inventory: Continued Inventory Declines Through Q3 Are Encouraging; Many Retailers Hoping To End FY23 With Clean Inventories," *Telsey Advisory Group*, January 17, 2024.

[873] "2024 Household, Personal Care & Beauty Primer," *Bank of America*, January 19, 2024.

[874] "Hainan Travel Retail +17% Y/Y in December, But Cosmetics -11%," *DA Davidson*, January 22, 2024.

[875] "What we're watching for in FY2Q24 results," *Deutsche Bank*, January 23, 2024.

[876] "Buy: The good, the bad, the ugly: what to expect on 5 February," *HSBC*, January 24, 2024.

[877] "LVMH read on EL and L'Oreal Luxe," *Evercore ISI*, January 25, 2024.

[878] "Q4 Beauty Preview: Top Pick = ULTA & ELF; Lowering EL Estimates," *Jefferies*, January 25, 2024.

[879] "EL 2QF24 Preview: Expect Continued Pressure In Asia Travel Retail, Mainland China; Maintain Market Perform," *Telsey Advisory Group*, January 29, 2024.

[880] "TAG's Monthly Economic Pulse," *Telsey Advisory Group*, January 29, 2024.

[881] "Visibility low, expectations even lower," *Evercore ISI*, January 31, 2024.

[882] "4Q BEAUTY PREVIEW: HIGHER FULL PRICE SELLING FOR BEAUTY; PREFER ULTA & COTY," *TD Cowen*, January 31, 2024.

[883] "Scouting Report: What To Expect From EL's F1Q," *UBS*, January 31, 2024.

[884] "Just Asking: Where are investors focused into the print," *Bank of America*, February 1, 2024.

[885] "Week of 2/5 earnings preview: EL, ELF, EPC, KVUE, PBH; raising ELF price target to $191," *Canaccord Genuity*, February 1, 2024.

[886] "Equity Best Ideas," *Morningstar Equity Research*, February 1, 2024.

[887] "F2Q24 Earnings Prep," *Barclays*, February 2, 2024.

[888] "The Estee Lauder Companies Inc.: F2Q'24 Preview - Extending the Discussion Past China and Inventory," *RBC Capital Markets*, February 2, 2024.

[889] "2Q24 EPS: MODERNIZATION EFFORTS APPARENT, 2H INFLECTION EXPECTED," *TD Cowen*, February 5, 2024.

[890] "2Q24: Sales and EPS beat; new restructuring plan added," *Bank of America*, February 5, 2024.

[891] "2Q24 First Impressions," *Barclays*, February 5, 2024.

[892] "The margin recovery has begun," *Berenberg*, February 5, 2024.

[893] "EL: F2Q24 First Take—Not Laudable (in the Absolute), but a Feeling of Bottoming Is Important," *Wells Fargo*, February 5, 2024.

[894] "Beat F2Q, But Cut FY24 EPS Guide on Higher Taxes. Increased EBIT Recovery to $1.1-1.4bn/Yr by FY26 or $2.5/share," *J.P. Morgan*, February 5, 2024.

[895] "Travel retail/China expected to improve in 3Q but remain on sidelines until we see sustained growth," *Canaccord Genuity*, February 5, 2024.

[896] "Estee Lauder Inc (EL.N): F2Q'24 EPS Beat; FY'24 Guidance Cut Again and New Restructuring Plan Announced," *Citi*, February 5, 2024.

[897] "Estee Lauder Inc (EL.N): Moving in the Right Direction but It Will Take Time; Stay Neutral," *Citi*, February 5, 2024.

[898] "Organic Sales Growth Within Sight; Raising Operating Profit 4%," *DA Davidson*, February 5, 2024.

**Appendix B: Materials Considered**

[899] "Quick Take - EL's FY2Q24 Results," *Deutsche Bank* , February 5, 2024.

[900] "CORRECTON: Quick Take - EL's FY2Q24 Results," *Deutsche Bank* , February 5, 2024.

[901] "Inflection Point?," *Deutsche Bank* , February 5, 2024.

[902] "Momentum now on EL side. Travel reset + savings derisk path forward," *Evercore ISI* , February 5, 2024.

[903] "Quick Comment: The Last Cut? Q2 Profit Upside, FY Lower on Taxes but Better Than Feared (Q3 Below), Raised Profit Recovery Savings with New Restructuring Program," *Morgan Stanley* , February 5, 2024.

[904] "EL 2QF24 First Take: Stronger Q2 Results Across the Board, FY24 Operating Margin Guide Maintained," *Telsey Advisory Group* , February 5, 2024.

[905] "Buy: a bigger reset ahead," *HSBC* , February 5, 2024.

[906] "Advanced "Day" Repair with Inflection Likely Ahead with Positive Tone & High Teens EBIT Margin," *J.P. Morgan* , February 5, 2024.

[907] "Initial Take: Q2 Beat Easy Guide; On Sidelines Until Improvement in China & TR," *Jefferies* , February 5, 2024.

[908] "Model Update: Less Bad = Good; Cost Saves to Offset Declines in High Margin TR," *Jefferies* , February 5, 2024.

[909] "NVIDIA e Este Lauder entre os ânimos nova-iorquinos," *Millennium* , February 5, 2024.

[910] "2Q24 EPS: BETTER VS. FEARED AS MARGINS & TOPLINE HOLD, MIXED PICTURE," *TD Cowen* , February 5, 2024.

[911] "Estee Lauder Earnings: Sharper Focus on Active Derma and Digital Marketing to Fuel Sales Recovery," *Morningstar Equity Research* , February 5, 2024.

[912] "Estee Lauder Earnings: Sharper Focus on Active Derma and Digital Marketing to Fuel Sales Recovery," *Morningstar Equity Research* , February 5, 2024.

[913] "Beat. Relief, no guide down. TR stabilizing?," *Evercore ISI* , February 5, 2024.

[914] "Quick Read: A More Aggressive Cost-Savings Plan from EL," *Oppenheimer* , February 5, 2024.

[915] "FQ2: Shares Rising on Clean Print/Weak Sentiment; Risk/Reward Still Balanced," *Piper Sandler* , February 5, 2024.

[916] "The Estee Lauder Companies Inc.: Quick Take on Earnings," *RBC Capital Markets* , February 5, 2024.

[917] "F2Q24 Quick Take; Big 2Q Beat, Reiterates 2H Improvemen," *CGS International* , February 5, 2024.

[918] "EL: (Potentially) Beautiful Math — Raising Estimates, Target," *Wells Fargo* , February 5, 2024.

[919] "Quarter + Fundamental Guide Better Than Feared," *UBS* , February 5, 2024.

[920] "Analyst's Notes," *Argus Research* , February 6, 2024.

[921] "Is this it?," *Bank of America* , February 6, 2024.

[922] "Near-Term Stabilization vs. Long Term Run- Rate," *Barclays* , February 6, 2024.

**Appendix B: Materials Considered**

[923] "Worst In Rearview, But Still A Long Road Ahead," *UBS*, February 6, 2024.

[924] "EPS Aftermath - Strong Quarter, but The Larger Story Remains Unchanged," *RBC Capital Markets*, February 6, 2024.

[925] "2Q a Few Shades Better than Past 2 Quarters, but We Stay Neutral," *J.P. Morgan*, February 6, 2024.

[926] "2Q24 Results: Implementing Advanced Repair to Return to the Ordinary," *CGS-CIMB*, February 6, 2024.

[927] "EL 2QF24 Follow Up: Making Progress Across Geographies, Looking for Innovation in Back Half; PT to $155," *Telsey Advisory Group*, February 6, 2024.

[928] "Q2 Follow-Up: Q2 Profit Upside, Unchanged FY Profit Guidance, and Cost-Cutting Provides More Visibility," *Morgan Stanley*, February 6, 2024.

[929] "Temporary Travel Retail Woes Should Not Derail Estee Lauder's Long-Term Beauty Prospects," *Morningstar Equity Research*, February 7, 2024.

[930] "Sales momentum inflection point confirmed," *Societe Generale*, February 8, 2024.

[931] "Buy: It's a beautiful day, don't let it slip away," *HSBC*, February 9, 2024.

[932] "Read-Throughs on China and Travel Retail from L'Oreal's Report," *DA Davidson*, February 12, 2024.

[933] "TD COWEN'S BEAUTY ELIXIR: SECRETS, PREDICTIONS, AND INDUSTRY PRIMER," *TD Cowen*, February 12, 2024.

[934] "EL: Estee Lauder...L'Oreal...and the Beauty Complex," *Wells Fargo*, February 12, 2024.

[935] "European 2024 Insights: Macro Outlook & Best Stock Ideas," *Bank of America*, February 15, 2024.

[936] "The Estée Lauder Companies Inc. (EL)," *Baptista Research*, February 15, 2024.

[937] "CAGNY Beauties, Estee and the inventory. 10 points," *Evercore ISI*, February 15, 2024.

[938] "Enter the Dragon: China pulse makes us cautiously optimistic for beauty during the Year of the Dragon," *Canaccord Genuity*, February 20, 2024.

[939] "What's Inside," *CLSA*, February 22, 2024.

[940] "CNY consumption update vol.3," *CLSA*, February 22, 2024.

[941] "Morning Notes: China/Hong Kong," *CLSA*, February 22, 2024.

[942] "CAGNY 2024, Day 4," *Wells Fargo*, February 23, 2024.

[943] "HG & HY Consumer Checkup," *J.P. Morgan*, February 23, 2024.

[944] "Wells Express: Morning Research Highlights—February 26, 2024," *Wells Fargo*, February 26, 2024.

[945] "Hainan Travel Retail -44% Y/Y in January Against a Hard Comp; BUY," *DA Davidson*, February 27, 2024.

[946] "Equity Best Ideas," *Morningstar Equity Research*, March 1, 2024.

[947] L'Occitane Annual Earnings Call Transcripts published in 2019, 2020, 2021, 2022 and 2024, and for FY 2020 Q2.

[948] "Prep Pack with Management Questions Post Q4 EPS," *Morgan Stanley*, Feburary 15, 2024.

[949] "Estee Lauder Continues to Feel the Impact of Slow Travel Retail Recovery; Shares Fully Valued," *Morningstar Equity Research*, Feburary 2, 2023.

[950] "Baby Atelier 123: The One About China EMV, Q4 Recap, BC Multibrand Event," Jefferies, Feburary 24, 2023.

[951] "CAGNY themes: Beauty," *Evercore ISI*, Feburary 26, 2024.

[952] "Baby Atelier 120: The One About Insta Followers, TIFFxNike & Audemars Pre Owned," *Jefferies*, Feburary 3, 2023.

[953] "BH&W Highlights January 2024: Beauty demand still strong in the US but struggles in China; M&A heating up within beauty," *Canaccord Genuity*, Feburary 5, 2024.

**Appendix C: Select Risk Disclosures in Estée Lauder's Form 10-K Filings**
*Fiscal Years 2019 – 2024*

| Quotes of Risk Factors | Disclosed in Form 10-K | | | | | |
|---|---|---|---|---|---|---|
| | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** |
| **Risks Related to Macroeconomic Conditions and Estée Lauder's Ability to Compete** | | | | | | |
| **A general economic downturn, or sudden disruption in business conditions may affect consumer purchases of discretionary items** and/or the financial strength of our customers that are retailers, which could adversely affect our financial results. (Emphasis added.) | X | X | X | X | X | X |
| **The general level of consumer spending is affected by a number of factors, including general economic conditions, inflation, interest rates, energy costs, and consumer confidence generally, all of which are beyond our control.** Consumer purchases of discretionary items tend to decline during recessionary periods, when disposable income is lower, and may impact sales of our products… **A downturn in the economies of, or continuing recessions in, the countries where we sell our products or a sudden disruption of business conditions in those countries could adversely affect consumer confidence**, the financial strength of our retailers and our sales and profitability. We are also cautious of foreign currency movements, including their impact on tourism. (Emphasis added.) | X | X | X | X | X | X |
| **The outbreak and global spread of the COVID-19 pandemic has continued to significantly disrupt our operating environment**, including **retail** stores, travel retail, and the ability of some of our customers to operate. We have also seen shifts in consumer preferences and practices. (Emphasis added.) | | X | X | X | | |
| **Considerable uncertainty remains regarding this pandemic**, including responsive measures being taken by various authorities and others. As we continue to monitor COVID-19 developments, including the impacts on our consumers, customers and suppliers, we have taken and will continue to take further measures. Some of the actions we take could adversely impact our business, and there is no certainty that our actions will be sufficient to mitigate the risks and the impacts of COVID-19. (Emphasis added.) | | X | X | X | | |
| **The degree to which COVID-19 continues to impact our business will depend on future developments that are highly uncertain and cannot be predicted**, many of which are outside our control, including the extent to which there are sustainable improvements in the retail environment and general economic conditions. (Emphasis added.) | | X | X | X | | |

### Appendix C: Select Risk Disclosures in Estée Lauder's Form 10-K Filings
*Fiscal Years 2019 – 2024*

| Quotes of Risk Factors | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|:---:|:---:|:---:|:---:|:---:|:---:|
| **Disclosed in Form 10-K** | | | | | | |
| **Risks Related to Macroeconomic Conditions and Estée Lauder's Ability to Compete (Continued)** | | | | | | |
| **Our global operations are subject to many risks and uncertainties, including: (i) fluctuations in foreign currency exchange rates and the relative costs of operating in different places**, which can affect our results of operations, the value of our foreign assets, the relative prices at which we and competitors sell products in the same markets, the cost of certain inventory and non-inventory items required in our operations, and the relative prices at which we sell our products in different markets. (Emphasis added.) | X | X | X | X | X | X |
| **Our global operations are subject to many risks and uncertainties, including: […] social, economic and geopolitical conditions, such as a pandemic**, terrorist attack, war or other military action. (Emphasis added). | | X | X | X | X | X |
| *The beauty business is highly competitive, and if we are unable to compete effectively our results will suffer.* We face vigorous competition from companies throughout the world, including multinational consumer product companies. Some competitors have greater resources than we do, others are newer companies (some backed by private-equity investors), and some are competing in distribution channels where we are less represented. **In some cases, we may not be able to respond to changing business and economic conditions as quickly as our competitors.** (First emphasis included in original; second emphasis added.) | X | X | X | X | X | X |
| **Risks Related to Estée Lauder's China-Focused Strategy** | | | | | | |
| Our inability to continue to compete effectively in key countries around the world **(e.g., China)** could have a material adverse effect on our business. (Emphasis added.) | | | | X | X | X |
| Our inability to continue to compete effectively in **key countries around the world** could have a material adverse effect on our business. (Emphasis added.) | X | X | X | | | |
| In addition, from time to time, **sales growth or profitability may be concentrated** in a relatively small number of our brands, channels **or countries (e.g., China)**. If such a situation persists or one or more brands, channels or **countries fails to perform as expected**, there could be a material adverse effect on our business. (Emphasis added.) | | | | X | X | X |

**Appendix C:  Select Risk Disclosures in Estée Lauder's Form 10-K Filings**

*Fiscal Years 2019 – 2024*

| Quotes of Risk Factors | Disclosed in Form 10-K | | | | | |
|---|---|---|---|---|---|---|
| | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** |
| **Risks Related to Estée Lauder's China-Focused Strategy (Continued)** | | | | | | |
| In addition, from time to time, **sales growth or profitability may be concentrated in a relatively small number of** our brands, channels or **countries.** If such a situation persists or a number of brands, channels or **countries fails to perform as expected**, there could be a material adverse effect on our business. (Emphasis added.) | X | X | X | | | |
| Our global operations are subject to many risks and uncertainties, including … **concentration of sales growth or profitability in one or more countries (e.g., China)** … [t]hese risks could have a material adverse effect on our business. (Emphasis added). | | | | X | X | X |
| Achieving our long-term strategy will require investment in new capabilities, brands, categories, distribution channels, supply chain facilities, technologies and **emerging and more mature geographic markets (e.g., China)**. These investments may result in short-term costs without any current sales and, therefore, may be dilutive to our earnings. In addition, we may dispose of or discontinue select brands or streamline operations and incur costs or restructuring and other charges in doing so. Although we believe that our strategy will lead to long-term growth in sales and profitability, we may not realize the anticipated benefits. **The failure to realize benefits, which may be due to** our inability to execute plans, **global or local economic conditions**, competition, changes in the beauty industry and the other risks described herein, could have a material adverse effect on our business. (Emphasis added.) | | | | X | X | X |
| Achieving our long-term strategy will require investment in new capabilities, brands, categories, distribution channels, supply chain facilities, technologies and **emerging and more mature geographic markets**. These investments may result in short-term costs without any current sales and, therefore, may be dilutive to our earnings. In addition, we may dispose of or discontinue select brands or streamline operations and incur costs or restructuring and other charges in doing so. Although we believe that our strategy will lead to long-term growth in sales and profitability, we may not realize the anticipated benefits. **The failure to realize benefits, which may be due to** our inability to execute plans, **global or local economic conditions,** competition, changes in the beauty industry and the other risks described herein, could have a material adverse effect on our business. (Emphasis added.) | X | X | X | | | |

**Appendix C: Select Risk Disclosures in Estée Lauder's Form 10-K Filings**

*Fiscal Years 2019 – 2024*

| Quotes of Risk Factors | Disclosed in Form 10-K | | | | | |
|---|---|---|---|---|---|---|
| | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** |
| **Risks Relating to the Significant Contribution of Travel Retail to Estée Lauder's Business** | | | | | | |
| **Events that impact consumers' willingness or ability to travel** or purchase our products while traveling may impact our business, including **travel retail, a significant contributor to our overall results, and our strategy to market and sell products to international travelers at their destinations.** (Emphasis added.) | X | X | X | X | X | X |
| In addition, from time to time, **sales growth or profitability may be concentrated in a relatively small number of** our brands, **channels** or countries (e.g., China). If such a situation persists or one or more brands, channels or countries fails to perform as expected, there could be a material adverse effect on our business. (Emphasis added.) | | | | X | X | X |
| In addition, from time to time, **sales growth or profitability may be concentrated in a relatively small number of** our brands, **channels** or countries. If such a situation persists or a number of brands, channels or countries fails to perform as expected, there could be a material adverse effect on our business. (Emphasis added.) | X | X | X | | | |
| A severe, adverse impact on the business operations of our customers could have a corresponding material adverse effect on us. **If one or more of our largest customers change their strategies (including pricing or promotional activities), enter bankruptcy (or similar proceedings) or if our relationship with any large customer is changed or terminated for any reason, there could be a material adverse effect on our business.** (Emphasis added.) | | X | X | X | X | X |
| **Risks Related to Potential Regulatory Changes** | | | | | | |
| **Our business is subject to numerous laws, regulations and policies around the world. Changes in these laws, regulations and policies, including the interpretation or enforcement thereof, that affect our business could adversely affect our financial results. These changes include** accounting standards, as well as **laws and regulations relating to** tax matters, trade (including sanctions), data privacy (e.g., General Data Protection Regulation (GDPR)), cybersecurity, anti-corruption, advertising, marketing, manufacturing, **distribution, customs matters**, product registration, ingredients, chemicals, packaging, selective distribution, and environmental or climate change matters. (Emphasis added.) | X | X | X | X | X | X |

**Appendix C： Select Risk Disclosures in Estée Lauder's Form 10-K Filings**

*Fiscal Years 2019 – 2024*

| Quotes of Risk Factors | Disclosed in Form 10-K | | | | | |
|---|---|---|---|---|---|---|
| | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** |
| **Risks Related to Potential Regulatory Changes (Continued)** | | | | | | |
| As we operate in various locations around the world, our operations are subject to governmental scrutiny and may be adversely impacted by the results of such scrutiny. **The regulatory environment with regard to our business is evolving**, and officials often exercise broad discretion in deciding how to interpret and apply applicable regulations.(Emphasis added.) | X | X | X | X | X | X |
| **Our global operations are subject to many risks and uncertainties, including:** (i) fluctuations in foreign currency exchange rates and the relative costs of operating in different places, which can affect our results of operations … and the relative prices at which we sell our products in different markets; (ii) **foreign or U.S. laws, regulations and policies, including restrictions on trade, immigration and travel**, operations, and investments; currency exchange controls; restrictions on imports and exports, including license requirements; tariffs; sanctions; and taxes … **[t]hese risks could have a material adverse effect on our business.** (Emphasis added.) | X | X | X | X | X | X |

Note:

[1] Risk disclosure language is included as written in Estée Lauder's FY 2022 Form 10-K when included in that filing, and otherwise from the Company's FY 2019 Form 10-K. An "X" indicates that the same or similar language appears in the corresponding fiscal year's Form 10-K.

Source:

[A] Estée Lauder Form 10-Ks for FYs 2019–2024.

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 1 | 11/13/2019 | Moodie Davitt | Shinsegae Duty Free revenue surges but operating margin tumbles in wake of daigou and airport concession costs | Operating profits for Shinsegae's duty free business are **being hurt by the growing scale of large-scale daigou resellers groups,** which are increasing their bargaining power and demanding higher commissions from retailers. |
| 2 | 11/20/2019 | Moodie Davitt | South Korean duty free industry anticipates downtown, airport and ferry tenders | **Resellers make up a significant portion of duty free sales at Incheon Ferry Terminal, with sales to this channel estimated at around 80% of the business. Resellers often use duty free concessions** (currently operated by Entas Duty Free and City Plus) as the last stop to purchase liquor and tobacco products before returning home; these categories account for 80% of sales. |
| 3 | 11/28/2019 | Moodie Davitt | Korean duty free sales rise +28% in October as resale market continues to soar | Korea's duty free market has **witnessed an unprecedented consolidation of daigou traders,** which has resulted in sales to foreigners growing +21.8% year-on-year in the first ten months of 2019. There are very few signs to **suggest sales to foreigners in general and daigou in particular will slow,** but industry participants remain wary of the possible strengthening of regulations by Chinese authorities. The Moodie Davitt Business Intelligence Unit **estimates around 48% of the Korea duty free market is dependent on resellers.** Foreign shoppers have been trading up to higher ASP products throughout the year **as daigou resellers look to maximise the total value of products** purchased in one journey from Korea to China. A bag full of smaller-sized and higher ASP **La Mer** or Dior Beauty, for example, is more lucrative versus, say, lower-priced Dr.Jart+. Korean brands are becoming faster at launching new stores and products in the China local market, providing daigou with less incentive to purchase at Korean duty free. Dr.Jart+'s sales during China Singles Day (11 November) increased +295% year-on-year, according to Alibaba, **making the brand less relevant to daigou, who look to purchase products that are difficult to buy in China.** |
| 4 | 12/12/2019 | BoF | This Decade in China: Part One | Going forward, **brands should pay attention to store location, catering to daigou** (cross border personal shoppers) and keeping up with shifting travel trends. |
| 5 | 12/19/2019 | BoF | This Decade in China: Part Two | Xi's election was followed by the launch of far-reaching anti-graft campaigns, which indicted over 100,000 people for corruption-related offences including the gifting of luxury goods. Years later, China's slowing economic growth and mounting debt spurred attempts to boost consumption: rounds of trillion-yuan tax cuts did away with substantial mark-ups for luxury goods, **whereas a crackdown on grey market ("daigou") practices encouraged shoppers to spend closer to home.** |
| 6 | 12/30/2019 | Moodie Davitt | Korea duty free market sets another monthly record as daigou sector flourishes | Duty free sales grew +34.3% year-on-year in November to US$1,960.5 million (KRW2,288.2 billion), as **booming sales to Chinese resellers drove the world's biggest travel retail market to an all-time monthly high**[.] Despite widespread market rumors of a Korean government i**nvestigation of tax evasion by certain large-scale daigou (the large daigou are registered corporate entities in Korea), resellers remain the driving force in Korea's duty free market.** Foreigners generated 85.8% of sales in November, up from 80.4% in the same month last year. **Most of that business was to resellers.** The year and the decade are likely to close on a strong note with December seeing **sustained strong momentum in the reseller market.** Korean travel retailers are yearning for the return of package tourists who will spur more conventional growth in a **duty free market far too dependent on resellers.** |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 7 | 01/10/2020 | Moodie Davitt | Korean duty free rivalry heats up amid impending Incheon tender and focus on global expansion | Both companies are still overwhelmingly reliant on the Korean duty free market, **which in turn is heavily (many would say overly) dependent on one sector – daigou resellers.** The Moodie Davitt Business Intelligence Unit **estimates that 48% of Korean duty free's sales are from resellers who mostly bring their goods back into China** to sell. The total size of the Korean duty free reseller sector is larger than the 2018 China duty free market. |
| 8 | 01/29/2020 | Moodie Davitt | Korean duty free stores go quiet as daigou stay away for Lunar New Year | The Lunar New Year festive period typically results in a -20% week-on-week **decline in sales in South Korea's duty free market with resellers back in China to enjoy time off with family and relatives.**<br><br>As the **travel retail industry anxiously awaits the return of resellers**, China's decision to extend the Lunar New Year Holiday to 2 February (which was originally set to run from 24-30 January) is expected to result in a negative impact to the Korean duty free industry. |
| 9 | 02/03/2020 | Moodie Davitt | Korean duty free sales leap by +23.7% year-on-year in 2019 | The **market was buoyed by daigou resellers purchasing in Korea** and selling into the Chinese market, **mainly in cosmetics**.<br><br>The big question that retailers, brands and analysts are asking is **how much the daigou market** – not bound by traditional tourism sentiment rules – will be affected by the coronavirus crisis.<br><br>Analysts covering the market expect around +25% year-on-year growth in January, led by large downtown duty free stores, which are **heavily dependent on resellers.** |
| 10 | 02/04/2020 | Moodie Davitt | How will the coronavirus crisis affect the daigou business in South Korea? | Consequently, **it is the daigou business that underpins the record numbers we reported yesterday.** Sales to foreigners (principally Chinese and principally Daigou) increased by +30.9% year-on-year to US$17.84 billion (KRW20.81 trillion), which more than compensated for a decline in spend among Koreans (-3.5% to US$3.49 billion/KRW4.05 trillion).<br><br>Jung continued: "The daigou are not easily phased and people don't doubt if they will return but question when. **Since 2016, duty free sales in Korea have also structurally changed with large-scale resellers accounting for the majority of the market in 2019**. This should help to expedite **a sales recovery as corporate resellers are incentivised to return to Korean duty free as long as the arbitrage trade opportunity is still there.** |
| 11 | 02/13/2020 | Jing Daily | How Will the Coronavirus Crisis Affect the Daigou Business in South Korea? | The reason was simple. A **flourishing daigou or shuttle trader business**. There may not have been traditional tourist demand (or supply) from the Mainland but – driven by the huge price disparity between Korean duty-free and China local market – there was immense product demand across the vast Chinese nation.<br><br>Consequently**, it is the daigou business that underpins the record numbers** we reported yesterday. S**ales to foreigners (principally Chinese and principally Daigou) increased by +30.9%** year-on-year to US$17.84 billion (KRW20.81 trillion), which more than compensated for a decline in spending among Koreans (-3.5% to US$3.49 billion/KRW4.05 trillion).<br><br>The Moodie Davitt Report Senior Retail and Commercial Analyst Min Yong Jung is a Korean national who has **covered the daigou sector closely as part of his analysis** of the country's beauty and travel retail channels. **"The resellers don't appear to be phased,"** he commented. "For now, they look to have moved a bulk of their purchases from cosmetics to mask packs.<br><br>**"Resellers are not scared off easily and they will be back**. The duty-free stores will, however, see a short-term impact. With the MERS (Middle East Respiratory Syndrome), which hit Korea badly from May to July 2015, sales recovered in just three months following the end of the outbreak."<br><br>Jung continued: "**The daigou are not easily phased and people don't doubt if they will return but question when.** Since 2016, duty-free sales in Korea have also structurally changed with large-scale resellers accounting for the majority of the market in 2019. **This should help to expedite a sales recovery as corporate resellers are incentivized to return to Korean duty-free as long as the arbitrage** trade opportunity is still there. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 12 | 03/06/2020 | Moodie Davitt | Korean duty free sales grow +14.3% in January, but COVID-19 to impact February and March performance | **Daigou resellers (and in particular their purchase of high-value luxury cosmetics) are the main reason duty free sales have continued to fare so strongly in recent years.** Senior sources in the beauty sector spoken to by The Moodie Davitt Report believe that **the daigou sector will be a rare – and vital – ray of light in the stricken Asian travel retail sector over coming months.**<br><br>"The demand in China for product hasn't gone down because of the crisis, in fact it's gone up," said one leading travel retail executive. "The problem is that **the daigou have been too scared to go to China because of the COVID-19 outbreak**." South Korea has an excellent health system and if the outbreak can be brought under control, **then the daigou business will quickly bounce back**, he added. |
| 13 | 03/09/2020 | DFNI | Strong start to the year for Korean duty free sales as Covid-19 impact not yet fully blown | [Marketing consultancy Emerging Communications Senior Client Services Manager Marie Tulloch:] **"Luxury and beauty products are normally the subject of daigou activity,** but there has been massive ordering of medical-related products. There has also been a big increase in online cross border sales. Quite how big this actually is we do not yet know, but it is significant, and it is likely to be habit forming." |
| 14 | 03/16/2020 | Moodie Davitt | Shinsegae Duty Free closes downtown stores for one day per month amid crisis | **Korean duty free market sales fell by around -40% year-on-year in February… Resellers are slow[l]y returning to the market, according to Moodie Davitt Report sources.** |
| 15 | 03/16/2020 | Moodie Davitt | CGS-CIMB study: Daigou market likely to resurge in Korea; basket size set to improve | **Daigous have always been considered the entities that are hidden behind the veil. The value chain of the daigou industry is known to be in the shadows, with some activities bordering on being or actually illegal.**<br><br>**The biggest challenges to the daigous' business activities are regulatory** – tariffs (20% of respondents), ecommerce regulations (18%), and customs procedures (15%). This is obvious as complying with 1) required tariffs, 2) stipulations under ecommerce laws, and 3) customs declarations directly squeezes a daigou's margins, and may jeopardise the survival of their business, unless still supported by the appropriate guanxi – the invisible hand of influence |
| 16 | 03/17/2020 | Moodie Davitt | Green shoots in Korean duty free as daigous drive online spike | **"We are seeing positive growth in downtown duty free store sales this week and the improvements are from daigou and online."** The words from one of South Korea's leading travel retailers will hearten everyone…<br><br>In particular **the market has been buoyed by signs of resellers returning to the scen**e, prompting a sharp and encouraging month-on-month uplift in week three of March with one retailer.<br><br>Observers are watching intently to **see if the spike was driven by a large order from a major group reseller** or indicative of a longer-term trend.<br><br>Still constrained by travel and quarantine restrictions, **daigou resellers are turning increasingly to online purchasing.**<br><br>Investors have welcomed **the hint of a daigou renaissance by buying duty free-related stocks in Korea.** |
| 17 | 03/29/2020 | Moodie Davitt | Korean duty free sales for February slump but daigou spend per person rises | Downtown duty free stores fared better than airports, **buoyed by both resellers and online sales.**<br><br>In the second week of March, **sporadic orders by large-scale daigous drove improved sales.** |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 18 | 04/01/2020 | Moodie Davitt | South Korea offers -20% relief deal to large duty free retailers amid -90% pax slump; "Absolutely not enough," says one leading player | While total Korean duty free sales fell by -40.5% in February, the average spend per person (ASP) by foreigners actually rose, **suggesting heavy spending by certain daigou groups.**<br><br>Airport sales declined by more than -90% and downtown duty free by about -50% depending on location. **Several large operators have reported improving conditions at select downtown duty free stores by major daigou operators** but the positive sentiment is not shared industry-wide.<br><br>**Downtown duty free stores fared better than airports, buoyed by both resellers and online sales.** |
| 19 | 04/23/2020 | BoF | Try Virtual Vouchers Instead of Deep Discounting | The Bulgarian accessories brand with a 90s-style aesthetic beloved of Gen-Z influencers worldwide recently opened a flagship Chinese e-commerce store on JD.com that saw styles sell out in minutes. The brand's fashion blogger hype, combined with its limited exposure to the **China market has meant that hungry Chinese fans have traditionally purchased its products while travelling, or via daigou agents.** |
| 20 | 04/27/2020 | Moodie Davitt | Large daigou group buyers drive huge spike in average spend per foreign shopper in Korean duty free | **"The only people buying in duty free are resellers."**<br><br>**Sales to large corporate resellers as a proportion of total sales to foreigners have increased from 40% last year to well over 90% at Korea's leading duty free retailers.** Total sales per customer shot up from US$464.80 in March 2019 to US$1,517.70 in March 2020 – **led by resellers who pushed up the sales per foreign customer to US$3,323 per person.**<br><br>**Sales to foreigners (mostly daigou) fell -46.4% year-on-year to US$871.1 million,** the sector proving reasonably resilient despite travel constraints between Korean and China and the global spread of the coronavirus.<br><br>Sales to foreigners overall increased by +6.9% month-on-month, **aided by Korean retailers working hard to assist daigou traders by providing enhanced logistics and greater rebates.**<br><br>**Not only are Korean retailers facilitating the daigou trade,** the combined weakness of the Korean Won – proxy for global and regional risk – **and the stable Chinese Yuan has created a favourable condition for resellers to stock up on their wares.**<br><br>**Duty free sales to Koreans have declined severely – increasing the importance of daigou to Korean retailers.** |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 21 | 05/01/2020 | Moodie Davitt | Korea Customs Service permits travel retailers to sell off duty free inventory | **The []KCS measures allow duty free retailers the option of: ... c) international shipping of unsold inventory to outside Korea (yes to daigou). ...** Another key area that will be affected by this week's announcement is sales to **daigou, the anchor of Korean duty free.** <br><br> **As early as February, KCS had already implemented measures that aided the reseller trade.** Due to COVID-19's impact, KCS accepted measures requested by the duty free industry to abolish purchase limit restrictions and deregulate constraints regarding departure gate pickup counters....**The latter allowed duty free retailers to ship any purchases from daigou operators via air cargo ...to their required destination... This meant that daigou operators and agencies were no longer required to carry their purchases back in luggage** but could receive their items via logistics solutions supplied by each retailer. <br><br> At present, **daigou operators are stocking up for the major shopping event 6.18** ... and so cosmetics purchases are of course taking place. .... **In order to convince daigou traders to buy other unsold cosmetics inventory each retailer would have to offers heavy discounts and promotions.** <br><br> **Deregulation in February which allowed the use of departure gate pickup has allowed daigou to ship goods directly to Hong Kong from Korea's airports without having to actually travel – making it possible for daigou to purchase goods from Korea with relative ease.** This was the predominant reason that Korea's downtown duty free sales to foreigners stabilised in March, and in fact increased 11% month-on-month. <br><br> **Large corporate daigou represented around 20% of Korean duty free sales before the implementation of China's revamped ecommerce law on 1 January 2019** but this leapt to around 40% last year as big reseller groups scaled their orders to pay for taxes and added costs. <br><br> **The share represented by these large groups has soared during the COVID-19 crisis to some 90%, with one leading retailer stating that only daigou are buying right now in Korean duty free.** <br><br> **Sales to daigou operators who are not restricted by purchase volume limits are "going through the roof", according to one well-placed source. However, profits to large corporate daigou are much lowe**r for Korean travel retailers with rebates for some brands and SKUs **as high as 50%. Rebates to smaller daigou, classified as 'small guests' by the Korean market, range from 10-15%.** |
| 22 | 05/01/2020 | WWD | Could Coronavirus Help Chinese Designers Shine? | Blocked from all but the most essential of international travel, China's consumers are an audience more captive than they have been in years. **Daigou traders may still have the ability to send items via the mail but suitcase stuffing, their other main channel of moving product into the country, has been put on hold for now.** This seems to play to domestic designers' advantage, said Xie, who noticed at Ontime a greater share of budget from Chinese buyers reserved for local brands recently. |
| 23 | 05/14/2020 | WWD | Live-streamer Austin Li Is Louis Vuitton's New Weapon in China Rebound | Every day, around 14 million people tune in to watch his candid live reviews on fragrances, skin-care and cosmetic products on Taobao. His disapproval is known to dent sales in the world's largest luxury market. For example, last month his public disdain for Hermès new lipstick line during one **live-streaming session sent chills across the daigou world in Europe and North America**, as they saw demand for the lipstick, which is not yet released in China, briefly plummet. |
| 24 | 05/21/2020 | BoF | Will Luxury Resale Take Off in China? It's Complicated. | Firstly, it's almost impossible to import secondhand clothing into China. **There are smaller players who bring secondhand products in via daigou agents**, and other platforms that facilitate transactions, rather than holding product themselves, both of which would be unsuitable for The RealReal's business model. To do business in China, they would almost certainly have to set up a local legal entity and then source product from within the country to sell to Chinese consumers, which would take a significant investment and may also have the drawback of not being as appealing to Chinese consumers as product sourced from elsewhere. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 25 | 06/01/2020 | Jing Daily | Key Takeaways from the Webinar 'Decoding Daigou: China's New Social Commerce' | The worldwide **COVID-19 pandemic has impacted the daigou business** since January with travel restrictions, delayed shipping/delivery processes, negative customer sentiments, and more. According to **CLA's survey on the current daigou climate, over half of respondents said that business is down a minimum of 15 percent from before the COVID-19 outbreak**. Among the factors most challenging to their business, longer shipping times were the top concern, just above a decrease in customer demand. Given this**, the daigou market is expected to resume so long as the shipping and delivery services get back on track.**<br><br>And as **China set out on its road to recovery, demand has grown for daigou services,** starting in April. According to the survey, **32% of respondents expected more spending on daigou** and cross border e-commerce through international retailers and brands. |
| 26 | 06/07/2020 | DFNI | Opinion: China is making a play for domestic duty-free | A key element of travelling abroad is the opportunity to obtain impossible and limited editions that are not available or often out of stock in China. This behaviour is not only driven by personal preference, but more often driven by social media, when a certain product goes viral the ability to obtain and showcase the product provides consumers with strong social currency and **also great grey market reselling opportunities**. This behaviour forms part of a millennial and Generation Z product and brand one-upmanship that shows no sign of abating. The more difficult to find the product the better, but this only applies to premium buying. |
| 27 | 06/19/2020 | DFNI | Opinion: Get ready for the return of the daigous | Coronavirus **has had obvious effects on the daigou market**, but there have also been unexpected consequences, some of which are likely to be permanent.<br><br>Clearly restrictions on flights in and out of China **have had a major impact on daigou activity,** and the effects are keenly felt in APAC countries. In some cases, sales have all but disappeared.<br><br>In Europe, restricted movement has had an impact, but the situation has not been so severe. The number of ads asking for **Chinese travellers to carry daigou orders to China has dropped to the point of almost non-existence.** Instead in the UK, and to some degree other European countries, we have seen an increase in drop-ship services. **Daigous simply package orders up and send them via carrier.**<br><br>There has also been a big increase in online cross border sales. Quite how big this actually is, we do not yet know, but it is significant, and it is likely to be habit-forming. Long term sales may be big, **but the desire for products from outside China is so strong that it is unlikely to seriously dent demand for daigou services.**<br><br>When travel restrictions are lifted we will not only see **a return to more regular daigou buying behaviour, we** are also very likely to see a large surge in duty free sales across the board as everyone in China that put their New Year holiday travel and other holiday plans on hold, take the opportunity to get away.<br><br>Once travel restrictions are lifted, Chinese students studying in the West – **many of whom act as part-time daigous**, will be allowed to return to universities. It means duty-free retailers should be prepared for a sudden increase in shoppers from China, **whether they are daigous or regular travellers.**<br><br>The latest development in **daigou behaviour is the supply of virus related protective supplies moving from the East to the West.** In particular, with shortages of high quality facial masks in Europe, daigous have reversed the normal flow of supply, and it is likely to continue for several months. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 28 | 06/27/2020 | Moodie Davitt | Korean duty free sales slide -53% in May but daigou bulk buys surge +927% | **All the action is coming from foreign shoppers, almost all of it daigou-driven.**<br><br>**Foreigners – mostly daigou traders – are driving a comparative resilience of international spend…**<br><br>**...**best-selling SKUs from in-demand brands are selling out within minutes of inventory being made available – **reflecting the strong appetite for luxury cosmetics among daigou resellers.**<br><br>In turn, though[], **the reduction in conventional travelling shoppers has accentuated the importance and spending power of daigous.**<br><br>**Daigou purchases have also helped clear some excess inventory.** That spells good news but heavy discounting among Korean duty free retailers means **profit margins involving daigou have fallen and the business is ever more competitive as all retailers vie for the reseller business.**<br><br>May results suggest that the Korean duty free retail industry is likely to show a U-curved recovery **as the sector waits anxiously for travel to pick up and large daigou sales to accelerate.** |
| 29 | 06/30/2020 | Moodie Davitt | Newly named China Tourism Group Duty Free Corp stock soars on Hainan news; China's holiday island becomes the new epicentre of global travel retail | Compared with previous policies, the latest announcement's main adjustments are as follows: ….Intensified supervision will be conducted during and after business activities. **Legal responsibilities of individuals, enterprises and offshore tax free shops who participate in reselling and smuggling will be defined clearly.** |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 30 | 07/01/2020 | Jing Daily | Will Daigou Help Brands Survive COVID-19? | Brands' headquarters have a**voided working directly with daigou for a long time because of legitimate long-term concerns.** One is sales accountability, as daigou tend to take sales from staff or local third parties, making it harder for a brand to track sales and formulate regional strategies. Another is the brand image since the pictures and videos Daigou send to their clients aren't as professional and could hurt a brand's optics over the long-term.<br><br>But with mounting pressure to perform due to COVID-19, **brands have slowly warmed up to working side by side with daigou.**<br><br>According to Griffiths**, daigou can be an effective way for smaller brands to test the market**. While it would take at least six months to see results after launching on Tmall, daigou know more precisely where they can place products. **"Daigou are very good at finding what products work** for what region or market, even demographics," Griffiths said.<br><br>**Daigou can also act as consultants**, as they often have valuable information about popular products and price sensitivities. Like Chen's daigou, they can usually spot which products sell well and why, and they tailor each sale to suit the client's needs.<br><br>If **daigou scale up enough, they can become a brand's wholesale partner**, which allows them to receive 30-percent off the retail price. But regardless, brands should always expect to offer some type of discount to daigou. **Several experts we spoke with suggested that brands should treat daigou like VIPs, offering them exclusive discounts.**<br><br>Griffiths suggested that a brand **should work with daigou that will maintain the brand's integrity** as much as possible. That is particularly important for new brands, as their first impressions on consumers could come from daigou.<br><br>The **Chinese government has been cracking down on daigou since 2018 by enforcing them to obtain licenses and register as businesses**. Though it didn't end daigou activities, it did signal that the Chinese government is trying to regulate the practice. |
| 31 | 07/09/2020 | BoF | Luxury Brands Found a Solution for Their Inventory Glut. But Will It Backfire? | China's Ministry of Finance, General Administration of Customs and the State Taxation Administration announced that, as of July 1, the island of Hainan would see duty-free shopping quotas loosened from 30,000 to 100,000 yuan per year per person. Also this week, **Hainan custom control released their latest regulation discouraging illegal daigou (cross-border shopping agent) behaviour.** Those caught violating the regulation will forfeit their right to tax-free shopping in Hainan for three years. |
| 32 | 07/13/2020 | Moodie Davitt | Flying in the face of reason: South Korean government permits two more downtown duty free stores | Despite the government's stated goal of decreasing barriers to entry, any such legal constraints are not behind a dramatic decline in applicants for new permits. New firms are simply unable to compete with giant enterprises such as Lotte, Shilla and Shinsegae, which have economies of scale, great purchasing power, and retailer and brand equity **which attracts the daigou resellers, now so key to Korean duty free.** |
| 33 | 07/20/2020 | Moodie Davitt | Duty free price comparison app Jessica's Secret launches next-gen AI tracker | Jessica's Secret says it uses every effort to collect promotional information from global travel retailers to estimate the actual purchasing price that consumers pay – including coupons. **This also includes actual prices paid by daigou shoppers.** |
| 34 | 07/20/2020 | BoF | What Luxury Can Do About the Tourism Crisis | Analysts predict that, even after international travel returns, a larger percentage of Chinese shopping will take place in China, part of a "repatriation" trend — already in effect before the pandemic — that grounded high-spending travellers in 2020. Domestic luxury spending in **China is growing for a multitude of reasons, including government encouragement in the form of crackdowns on "daigou," or international personal shopping services**, as well as tax incentives for consumers and brands, allowing major names like Louis Vuitton and Chanel to lower prices and begin to equalise global pricing. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 35 | 07/27/2020 | Moodie Davitt | Korean duty free sales fall by -45% in June but daigou bulk buys continue to surge | Foreigners – **mostly major corporate resellers** – continued to drive the market. Sales to foreigners increased +11% month-on-month to reach US$882.7 million.<br><br>**Buoyed by the daigou trade**, sales per person to foreigners surged by +1,371% year-on-year in June to US$11,971.<br><br>The June results reinforce that view, although **demand is driven by a limited number of brands that are purchased by daigou** and which are outperforming the market.<br><br>Due to the strong appetite **for luxury cosmetics among corporate resellers, this category** is performing well, and in line with the popularity of **cosmetics** in China.<br><br>Heavy discounting among Korean **duty free retailers means profit margins involving daigou have fallen** however, and the business is ever more competitive **as all retailers vie for the lucrative reseller business.** |
| 36 | 07/31/2020 | Moodie Davitt | Shilla travel retail revenues fall by -64% in COVID-19-hit second quarter | In downtown duty free, **most of the business continues to be from large corporate daigou traders**, but sales to such large reseller groups are much less profitable than to other customer sectors. |
| 37 | 08/11/2020 | Moodie Davitt | Oriental Travel Retail Observer issue two puts spotlight on Korean daigou trade into China | The second edition focuses on the enhanced offshore duty free shopping policy introduced on 1 July; tracks passenger traffic and spending in Hainan; analyses consumer trends and travel retail pricing inside and outside China; **interviews Korean purchasing agents (daigou); and examines foreign investment in cross-border ecommerce.**<br><br>The most fascinating section is the **interviews with two Korean daigou traders**, both anonymous. Their views underline why Korean duty free remains highly attractive for daigou traders. But they also raise the question of whether the Chinese authorities will continue to turn such a blind eye in future to huge ex-Korea reseller volumes – **especially considering the close scrutiny in place to limit daigou activity out of Hainan.**<br><br>Moodie Davitt comment: Opinions vary in the travel retail, beauty and luxury sectors as to whether, when, and to what extent the **Chinese authorities might crack down on the daigou business out of South Korea.**<br><br>As one senior source notes, it is interesting to see China currently putting such **efforts into controlling daigou business out of Hainan (the announcement of the enhanced offshore duty free shopping policy contained stern warnings about organised reselling activity)** and not yet from South Korea. The source believes that is more to do with ridding Hainan of its historic tag (now outdated as the province moves towards Free Trade Port status) of being a **conduit to large-scale smuggling than any acceptance of the Korean daigou trade.**<br><br>"I am convinced that China will at some point crack down on the Korean duty free situation," he said. "There will be a trigger to it, there always is… but it will come.  There is also the issue that China needs the domestic consumption to drive GDP. **I cannot imagine that they will allow hundreds of millions in [Korean] daigou which effectively comes from their domestic consumption."**<br><br>Ker Zheng & Queenie Yao, writing for the Azoya Group blog (full report coming soon), said that despite the official warnings, **controlling daigou spending in Hainan may be difficult, at least for smaller scale traders. "It is difficult to tell whether a person buying items is a daigou reseller or just purchasing for friends and family,"** they noted.<br><br>Whether that's the case or not, **Seoul seems sure to remain the hotspot of Asian daigou activity for now**. But given the power of the Chinese authorities to turn off the tap at any point, that is a precarious base on which to rest the future of the world's largest duty free market. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 38 | 08/31/2020 | Moodie Davitt | The curious tale of Korean duty free – July sales tumble -39% but sales per foreign customer soar +1,575% to US$14,275 | While total sales to foreign visitors alone tumbled -29.2% year-on-year, the surge in the average transaction to these shoppers – **driven entirely by the daigou channel** – kept the market in reasonable shape given the grave impact of the COVID-19 crisis.<br><br>**Large daigou groups drive spending:** Foreigners – **mostly major corporate resellers – remain the lifeblood of Korea's duty free market**. Sales to foreign nationals in July increased +14% month-on-month to US$1,002.7 million.<br><br>We believe that brand managers faced with the choice of allocating best-selling products between Korea and China have largely allocated more products to China – **where daigou activity, though prevalent, is more balanced with non-daigou trade.** |
| 39 | 09/17/2020 | BoF | Is It Game Over for China's Grey Market Sellers? | The pandemic has been a disaster for many daigou agents. More than 80 percent of surrogate shoppers (largely based in the US) said in April that Covid-19 and its related travel restrictions, store closures and broader economic impacts had a negative effect on their business, according to a survey conducted as part of a joint research project between China Luxury Advisors (CLA) and YouWorld. For professional shoppers based overseas, longer postage times combined with lower consumer demand from China were cited as causing the biggest business headaches.<br><br>**For many brands, Daigou represent a potentially important, though uneasy, sales channel.** But regardless of whether brands embrace or disdain them, they can't ignore how the sector is shaping up.<br><br>For luxury brands in particular, **the grey market represented by daigou can help to boost sales**.<br><br>Then in 2018, the **government announced a crackdown on daigou agents bringing back more than the individual allowance of 5,000 yuan** ($278) worth of duty free goods into China, jailing some who flouted customs regulations to show their seriousness. In January last year, a **new e-commerce law came into effect that meant daigou would have to declare and pay tax on their grey market income**, further complicating their previously smooth stream of extra cash. |
| 40 | 09/29/2020 | Moodie Davitt | Korean duty free sales fall in August but foreign customer spend soars | **Foreigners – mostly major corporate resellers – continue to drive the duty free market**, contributing 96% of sales. Sales to foreigners increased +16% month-on-month to US$1,166 million.<br><br>The increased share of downtown duty free sales (94% of all duty free sales in August 2020 versus 84% in January 2020) **was expected with daigou resellers doing most of their business in the downtown stores** where the product range is diverse and quantities are abundant. |
| 41 | 10/05/2020 | Moodie Davitt | Offshore duty free sales on Hainan island surge to unprecedented highs | The agency [Sanya Customs] is using big data analysis to **establish a database of 'high-risk' customers deemed to be making excessive purchases for resale**. A warning and ultimate punishment system is being stepped up to curb any such activity. |
| 42 | 10/13/2020 | DFNI | Industry Outlook: Airport and downtown duty free state of play | In South Korea, duty-free sales overall were down 37.8% year-on-year in July 2020, with their lowest point so far this year having been in April, when sales hit KRW986.7bn, according to the Korea Duty Free Association. **Sales of downtown duty-free reached KRW1.180trn, with overseas spenders making up for a whopping 99.8%, as daigou shoppers come to the sector's rescue.** |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 43 | 10/15/2020 | Moodie Davitt | Korean retailers urge extension to scheme permitting sale of undepleted duty free goods | Another **key area affected was sales to daigou**, the anchor of Korean duty free. As early as February, **KCS had already implemented measures that aided the reseller trade**.  Due to the impact of COVID-19, KCS accepted measures requested by the duty free industry to abolish purchase limit restrictions and deregulate constraints regarding departure gate pickup counters.<br><br>The latter allowed duty free retailers t**o ship any purchases from daigou operators via air cargo to their required destination** (usually Hong Kong for onward movement to the Chinese Mainland). This meant that **daigou operators and agencies were no longer required to carry their purchases** back in luggage but could receive their items via logistics solutions supplied by each retailer.<br><br>This measure **allowed daigou sales to continue** and as a result sales per foreign customer soared +1,575% year-on-year in July – with foreign shoppers on average buying US\$14,275 worth of goods.<br><br>Despite concerns that this practice would come to an end on 29 October, KCS confirmed to The Moodie Davitt Report that deregulated use of export pickup counters will continue until otherwise notified. **The message is clear: travel retailers will continue to rely on daigou sales** until normalisation of international travel occurs. |
| 44 | 10/15/2020 | BoF | Luxury's Daigou Economy, Explained | Once dominated by individual operators, the daigou business has given rise to small empires using large online platforms. Sales grew rapidly between 2008 and 2013 with a CAGR at about 100 percent. But in 2013, when daigou sales hit about RMB ~75 billion, they started to shrink, falling to RMB ~40 billion by 2015, according to the China Electronic Commerce Research Center. The **decline was largely due to regulation and the lowering of import tariffs and consumption taxes, reducing price differences** between Mainland China and overseas markets.<br><br>**South Korean duty-free shops have long been the most prevalent source of daigou supply.** This is due to a few drivers. First, there is the country's physical proximity to China. Then there are favourable pricing factors. **The South Korean government has issued 26 duty free licenses to in-city retailers, creating fierce competition and, along with it, price wars, VIP incentives and bulk discounts to attract high-volume daigou operations, which account for significant sales.**<br><br>Today, **more than 60 percent of South Korea's duty-free revenue is driven by daigou**, with **cosmetics being by far the largest daigou** category.<br><br>**On average, the sales rebate offered by leading duty-free operators is about 20 percent (25 to 30 percent for local Korea brands and 15 to 20 percent for international brands). Travel agencies usually take a 1 to 2 percent commission on these sales and leave the rest to individual daigou**.<br><br>**Covid-19 has disrupted the daigou business, though daigou companies that negotiate directly with duty-free shops and typically ship their goods have fared better than individual operators.**<br><br>Duty-free and travel retail sales in Korea still fell by as much as 80.7 percent in the first half of 2020, according to Center 4 Duty Free, but **sales of cosmetics fell the least, dropping by only 17.5 percent due to sustained demand from daigou.**<br><br>In recent years, Chinese duty-free shops and department stores have grown their offering. Meanwhile, **regulators have lowered import tariffs and consumption taxes, narrowing the price differentials** that are crucial to the daigou business model. A **law implemented in early 2019 forced daigou to formally register as SMEs** with negative tax implications, squeezing margins. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 45 | 10/28/2020 | Moodie Davitt | Korean duty free sales fall -33% in September but foreign customer spend continues to soar | But average sales to foreigners continued to surge, **recording a leap of +1890% year-on-year to US$18,511, driven by the corporate reseller market.**<br><br>The decline in customer traffic ahead of Korea's Chuseok festival (30 September to 2 October) and China's Golden Week (1-7 October) meant fewer travellers and **not as many people available for daigou operators to hire to source their products**.<br><br>Foreigners – **mostly major corporate resellers** – remain the lifeblood of Korea's duty free market. |
| 46 | 10/29/2020 | BoF | The Real Reason Louis Vuitton Is Launching Its Global Exhibition in Wuhan | Another obvious beneficiary of domestic travel retail, the duty-free island of Hainan, is a priority target for luxury expansion. "I think some of the bigger brands are just wondering what they should be doing in terms of Hainan Island," said Lannes, with the **potential for a resurgence of daigou grey market sales if brands have price differentials between their duty-free stores on the island and duty-paid stores on the mainland.** |
| 47 | 11/12/2020 | Moodie Davitt | Shinsegae Duty Free sales slide -44% in Q3, but quarterly improv[e]ment noted and return to profit in Q4 predicted | Downtown duty free grew +17% compared to the previous quarter, **driven by increases in purchasing by resellers**, third party exports (monthly average sales of KRW14 billion) and domestic duty paid business. Airport duty free sales grew +43% compared to Q2. |
| 48 | 11/12/2020 | BoF | How Small Brands Cut Through Singles' Day Noise | "I just signed an **affordable luxury fashion label that is extremely hot with daigou (grey market) sellers and Tmall are aggressively approaching us**, jumping all over us to get the store up and going, to do Double 11. If you are in that range, if you are a fashion brand that is getting some heat, growing fast, interesting, a bit sexy, you will get tonnes of support from these platforms," [Charles Kao, president of South Korean beauty firm Amorepacific Group's China division] added. |
| 49 | 11/17/2020 | Moodie Davitt | Lotte Duty Free sales fall sharply year-on-year in Q3 but strong quarterly improvement noted | **Korean travel retail sales to resellers is led by the cosmetics business** so it is an encouraging sign for the channel that China-wide cosmetics retail sales grew by +18.3% year-on-year in October. |
| 50 | 11/24/2020 | Moodie Davitt | Korean duty free falls -34% in October; but daigou sector still buzzing and Chuseok sees big sales spike in Jeju | Duty free market sales declined by -4% month-on-month, putting an end to a positive run of monthly growth (June +11%, July +13%, August +17%, September +3.5%). The decline in October was due to the timing difference of Korea's Chuseok holiday, which last year fell in September and this year from 30 September to 2 October. **Sales during the holiday are usually slow with resellers often stocking up on supplies leading up to the event.** |
| 51 | 12/2020 | Bain | China's Unstoppable 2020 Luxury Market | **Several brands have concerns about Hainan's wholesale model. They see risks to their brand image and opportunities for "daigou agents"** (who purchase overseas for local consumers), especially if duty-free operators add promotions on top of the duty exemption. (Price comparisons show that Hainan-listed duty-free prices for fashion and lifestyle goods can be 10% to 25% more competitive than official mainland-listed prices. For luxury beauty, those numbers jump to 25% to 40%.<br><br>About **90% of foreigners who purchase duty-free products in South Korea are daigou operators** and mainly for mainland China (Note, Figure 10, Page 12)<br><br>China's luxury market has experienced increasing repatriation since 2015, thanks to a reduction in import duties, **stricter controls over gray markets** and brands' price harmonization. |
| 52 | 12/17/2020 | BoF | How 2020 Changed the World's Biggest Fashion Market | **One of the few things that hasn't recovered, to the chagrin of global duty-free companies and daigou agents**, is international travel. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 53 | 01/04/2021 | BoF | How Covid-19 Is Catalysing a New Era of Luxury | Luxury brands have long relied on Chinese consumers to spend money abroad. **But in recent years, as government officials put more restrictions on daigou sellers of grey-market goods and brands worked to harmonise their prices globally**, it has become more important to win the local customer by offering site-specific exclusives and entry-price products that appeal to the country's still-rapidly growing middle class. |
| 54 | 01/14/2021 | BoF | No Magic Bullet to Tapping China's 750 Million Digital Consumers | Cross-border e-commerce has been propelled forward in recent years by the same trends that led to the emergence of the multi-billion-dollar grey market **daigou trade — including price differentials and an explosion of social media use — meaning consumers in China are exposed to more international brands and products, even those not available for sale on the Mainland.**<br><br>One of the main reasons Jeff Unze believes international brands would be smart to consider using a combination of cross-border and in-country for the Chinese market, **is that doing so could help eliminate or at least diminish the daigou trade for their brand.** |
| 55 | 01/26/2021 | BoF | Decoding LVMH's Mixed Results | [LVMH's chief financial officer Jean-Jacques Guiony] offered more information on those channels Tuesday, telling analysts that **rival luxury beauty brands had been dumping products on duty-free outlets in Korea, f**rom which "daigou" resellers have been smuggling them into China to sell at a discount. LVMH and Chanel were alone among major beauty companies to resist the temptation, Guiony claimed, citing concerns about the long-term impact on the perception of their brands. |
| 56 | 01/31/2021 | WWD | How China's Beauty Market Might Morph | And when there are no travel restrictions, **the daigou cross-border channel and travel retail are other popular ways for the Chinese to purchase foreign beauty brands.** |
| 57 | 02/01/2021 | Moodie Davitt | South Korean duty free market falls -38% in 2020; downtown sales hold up due to daigou trade | **Foreigners – almost all Chinese daigou traders – accounted for 94% of sales, but 30% of customers, underlining the daigou effect.** The Korea Herald noted that the pandemic had made it impossible for small-scale Chinese vendors, traditionally Korea retailers' major customers, to visit the country. Instead, large-scale buying groups dominated the market.<br><br>As seen in the Hotel Shilla results published today, **the market's large-scale daigou trade** has helped shore up what would otherwise have been a wretched 2021.<br><br>According to various stakeholders in the travel retail industry, Korea's sales decline in December was because of 1) key brands scaling back best-selling product allocation and moving it to other locations, **2) the rapid increase in the value of the Korean Won hit purchasing power among daigou** and 3) a new record wave of COVID-19 infections in Korea.<br><br>The Korean Won strengthened against the US Dollar throughout Q4 2020 (breaking the US$1/KRW1,100 barrier for the first time since June 2018) and **hurt the purchasing power of daigou merchants.** While the Chinese Yuan also gained against the dollar, the Korean Won has **outperformed this to squeeze daigou purchases.**<br><br>Korean retailers usually enhance promotions, discounts and commission rates **to ensure daigou price arbitrage but with daigou-related commissions at significantly heightened levels** they were unable to repeat traditional practices to scale.<br><br>As reported, informed observers are also deeply concerned about the **potential for a prolonged crackdown by Chinese authorities on daigou imports** to the Mainland through Shenzhen (ex-Hong Kong). ... Despite the crackdown, leading retailers that The Moodie Davitt Report has spoken to suggests **there was little change in sales and daigou orders in January.**<br><br>Retailer A: "Duty free sales in January are like December. We are hoping for a slight uptick to sales in February. **The Ming Tong Digital City Market crackdown was more about enforcement against daigou resellers that were unregistered and not paying taxes. We do not have any reason to believe it was a comprehensive crackdown against daigou generally.** Ming Tong is just one route into China among many others and this is much like the beginning of 2019 **when customs enforcement resulted in daigou increasing their reach in all parts of China. The larger corporate daigou merchants that make up the main customer base in Korea** have enough operating leverage to register, pay taxes and keep a healthy profit." |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 58 | 02/04/2021 | BoF | Chinese New Year Sales Hang in the Balance | Fabre notes that for brands looking to **clamp down on daigou sellers**, travel retail is one way of forging a more direct channel to customers seeking prices one would find overseas without unlicensed intermediaries, while tapping into the experiential value of a trip. |
| 59 | 02/25/2021 | BoF | The Key to Chinese Luxury Sales in 2021 | According to a Re-Hub survey of **daigou goods and transactions on Chinese marketplaces conducted in 2020, the biggest luxury brands dominated**, with Louis Vuitton, Chanel, and Gucci accounting for 44 percent of the luxury handbag market on Taobao. Louis Vuitton bags alone represent 24 percent of the daigou market for luxury bags, the study said. |
| 60 | 03/03/2021 | BoF | Solving Kering's Gucci Problem | **Interviews with daigou reveal low resale prices** (for unworn inventory) on the back of material "friends and family" special sales. |
| 61 | 03/22/2021 | BoF | Daigou Handbag Sales Remain a Challenge for Luxury Brands | It is estimated that **daigou (as grey market substitute shoppers or parallel importers are known in China) sold more than 28 million yuan ($4.3 million) worth of luxury handbags** ...<br><br>It found that 77 percent of identified daigou listings were for products shipped from overseas, rather than from within China. |
| 62 | 03/25/2021 | BoF | The World's Third Largest Sportswear Company May Surprise You | It is estimated that **daigou (as grey market substitute shoppers or parallel importers are known in China) sold more than 28 million yuan ($4.3 million) worth of luxury handbags**, from Gucci's Marmont to Celine's Box, Loewe's Puzzle, Balenciaga's Hourglass and Prada's Hobo last month. The latest Daigou Index Report from Re-Hub, conducted in February, over the major annual shopping occasions Chinese New Year and Valentine's Day, used AI to track the 28,000 daigou listings and sales of these five iconic handbag styles on sale via Alibaba's Taobao platform. It found that 77 percent of identified daigou listings were for products shipped from overseas, rather than from within China. |
| 63 | 04/08/2021 | Jing Daily | Does Luxury Need Daigous Post-Pandemic? | By circumventing taxes, **Daigous open up a world of cross-border shopping and often offer a more enticing price point on luxury goods** like Rolex watches, Gucci shoes, and Chanel handbags.<br><br>This **grey market has grown exponentially in recent years, and in 2019, it was worth an estimated 52 billion.** Yet, **brands have been skeptical about collaborating with Daigous**, as they have less control over their image, retail price points, and counterfeits.<br><br>Before COVID-19, in-store domestic purchases only accounted for 32 percent of total Chinese luxury expenditure. As such, **most brands relied on international tourism and overseas buyers, which gave the Daigou business an advantage.**<br><br>Post-pandemic, domestic spending has reached around 75 percent of China's total spending, and some top-tier brands even experienced double or triple-digit growth on the Mainland. This market shift was primarily due to a price harmonization from high-end brands for several reasons, **chiefly lower import duties on luxury goods and consumer spending repatriation built on stricter control of the grey market, beginning in 2018.**<br><br>Interestingly, the current scenario can present **several advantages for direct retailers to make Daigous important vehicles for luxury brands**. Overseas shoppers hold long-standing and unique relationships with high-spending power consumers and have continued to give them work despite the challenges from COVID-19.<br><br>By offering 10-25 percent lower prices on fashion and lifestyle goods than the Mainland, destinations like Hainan have enabled these professionals to keep operating. And in the luxury beauty sector, this price difference jumped to 40 percent. **In 2020, the island's total sales of duty-free goods reached 4.26 billion. Data from South Korean tax-free retailers indicates that Chinese Daigous may have accounted for over half of those sales.**<br><br>**By accumulating many transactions after shopping for others, Daigous often hold VVIC status** (very, very important customers). As such, they have priority access to new products upon arrival and can skip any waiting list. They may not have discounts, but these ultra-luxury customers are less worried about paying extra fees, as the prices of these bags on second-hand platforms are often double or triple the retail price. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 64 | 04/19/2021 | WWD | A Year Into Pandemic, China Demand Drives Global Luxury | In contrast, Hainan Island, a province near Vietnam, has been showered with investment from Beijing and boomed as a duty-free spending hub. Last summer, it unveiled an extensive plan to develop the subtropical island into a key special economic zone with significant tax breaks, also increasing the per-person duty-free quota from 30,000 renminbi to 100,000 renminbi. The change sparked **a rush into the island to the detriment of daigou hotspots like Jeju Island in South Korea.** Total Hainan duty-free sales reached 21 billion renminbi by the end of October 2020 up 98 percent versus 2019. |
| 65 | 04/19/2021 | WWD | Luxury Bag Price Increases in the Time of COVID-19 in China: A Ranking | At the same time, **daigou — meaning shopping proxy in Chinese — continues to benefit greatly from the regional price difference**, even as China's e-commerce laws have tightened the screws on the gray market. |
| 66 | 04/20/2021 | WWD | LVMH, Richemont and Prada Join Forces in Blockchain Consortium | **For brand marketers, the blockchain also offers a weapon against counterfeiters and gray-market distribution, he added.**<br><br>The emergence of secure digital identities for luxury goods comes at a time when the commerce of online counterfeit and knockoff products is accelerating along with online fraud and the sale of stolen luxury goods. A blockchain provides clarity on where an item was **originally purchased and when it is offered for resale**, **which will cast a spotlight on gray-market trading, such as China's thriving daigou networks.**<br><br>Resale site The RealReal applauded the Aura development: "We believe that commitment to authenticity is fundamental to expanding the luxury resale market. We welcome and support the efforts of all brands to develop and implement tools to ensure authenticity in the secondary market and extend the life cycle of luxury goods." |
| 67 | 04/21/2021 | Jing Daily | LVMH, Prada, and Richemont Build a Blockchain | This is a ground-breaking partnership that signals the beginning of a collaborative era in which hostile rivals can finally work together. **It could also be the end of China's daigou shopping model and perhaps the annihilation of the "counterfeit goods" world.** |
| 68 | 04/30/2021 | BoF | How 'Revenge Travel' Will Impact Luxury Sales | Working with duty free retailers expanding across [Hainan] isn't a quick fix; nor is it risk free, **in providing a potential one-stop shop for daigou,** or proxy shopping agents that run China's luxury grey market. But it's a risk many brands will have to take.<br><br>Hainan's impressive ascent makes it hard to ignore, but brands can't go in blind. "Plan carefully when expanding your retail footprint in order to not create repercussions on brand positioning due to the grey market," said Ortelli, r**eferring to the risk of rise of daigou sellers in Hainan.** |
| 69 | 05/2021 | KPMG and Moodie Davitt | Travel Retail Market in Hainan FTP – Towards A Golden Future | **Korea continues to rely on large-scale 'daigou' (or cross-border) purchasing to drive its duty-free trade.**<br>In 2020, **94 percent of the country's duty-free business was to foreigners, almost all daigou traders**.<br>However, foreigners accounted for just 30 percent of total customer numbers, **underlining the heavy nature of daigou spending.** |
| 70 | 05/05/2021 | Moodie Davitt | Daigou business dominates US$1.27 billion Korean duty free market in March | **Sales to foreigners, mostly daigou resellers**, accounted for 95.3% of total sales in the Korean duty free market last month.<br><br>**Sales to foreigners, dominated by resellers,** reached US$1.21 billion (from just 51,282 customers).<br><br>The figures were up by more than +40% over those for March 2020, a month in which South Korea was blasted by the early impact of the pandemic – in that month sales reached US$892 million. **It took until July 2020 for duty free sales to exceed US$1 billion again, aided by high average spends from foreign buyers (mostly daigou traders).** |
| 71 | 05/20/2021 | WWD | Patrice Louvet Driving Ralph Lauren Forward Beyond Pandemic | Ralph Lauren moved Chaps to a fully licensed model, inked a deal to sell Club Monaco next month, exited more than 200 U.S. department stores, **cut its off-price business and moved to reduce daigou sales on ralphlauren.com.**<br><br>All together that is expected to cut just over $700 million in sales out of this year compared with last year — setting up sales that are roughly flat to prepandemic levels on an underlying level. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 72 | 05/21/2021 | WWD | Johann Rupert Has No Plans to Sell Richemont, Which Bounced Back in Q4 | Some 73 percent of sales are now through internal, or franchise stores, with sales to local clientele growing in the "double-digits," and partly mitigating the contraction in inbound tourism due to the decline in international travel from the pandemic.<br><br>He said that for the past four years, **"sell-in has been less than sell-out, which stops the gray market and discounting."** The division's recovery, he said, "has been constantly accelerating" from the third quarter of the fiscal year, with the first four months of the calendar year trading above 2019 levels. |
| 73 | 05/27/2021 | Jing Daily | Are Daigous Tanking China's Luxury E-Commerce? | It is **common for daigous to sell the same product up to 30-percent cheaper than official brand prices.** Even worse, **many merchants based in China masquerade as daigous but sell items at prices so low that they could only be counterfeit versions.**<br><br>**For China teams, daigou sales make a significant dent in their revenues**. In just a single month, daigou merchants sold more than 4.3 million (¥28 million) worth of five iconic handbags (Celine's Box, Loewe's Puzzle, Prada's Hobo, Gucci's Marmont, and Balenciaga's Hourglass) — 4,000 bags in total.<br><br>Re-Hub's data indicates that niche, **limited-edition items account for around 30 percent of all daigou transactions, and many of them are priced higher than official retail prices in China**. Merchandising departments should utilize **daigou data to refine stock allocations for coming collections.** There is even an opportunity to optimize assortments by assessing unmet demands that daigous are satisfying. |
| 74 | 06/09/2021 | WWD | Chanel Métiers d'Art Drop Caused Long Queues Across London | In China, pent-up demand has caused long queues outside luxury brands since April 2020. Even with rounds of price hikes throughout the pandemic, Chanel bags have become so desirable amongst **Chinese shoppers that many are resorting to overseas daigou**, meaning shopping agents in Chinese, to source new season styles for them.<br><br>**One daigou told WWD that many in the queue are not really buying bags for themselves. They are looking to make a profit in the Chinese resell market.** |
| 75 | 06/10/2021 | Moodie Davitt | "The industry is at a tipping point" – Martin Moodie addresses key Korean duty free seminar at the National Assembly | The Moodie Davitt Report Founder & Chairman Martin Moodie delivered a video address today to a top-level duty free seminar held at the National Assembly in Seoul. **Moodie said that while the local industry needed more government support if it was to maintain its global leadership, it also had to lessen its reliance on daigou traders reselling into China.**<br><br>"In my view, Korean Duty Free needs to draw on its heritage – the history of one of the great travel retail industry pioneers. In recent years you have been able to **rely on passenger traffic momentum; rising Chinese spend; disparity between China domestic pricing and Korean duty free; and of course a huge and thriving daigou business.** |
| 76 | 06/15/2021 | WWD | Aura Blockchain Consortium Appoints General Secretary | The emergence of secure digital identities for luxury goods comes at a time when the commerce of online counterfeit and knockoff products is accelerating along with online fraud and the sale of stolen luxury goods. A blockchain provides clarity on where an item was originally purchased and when it is **offered for resale, which will cast a spotlight on gray-market trading, such as China's thriving daigou networks.** |
| 77 | 06/18/2021 | BoF | The Rise and Stumble of a Grey Market Upstart | **It's this price differential that has long driven the parallel import daigou market in China.** Although brands have worked to harmonise some prices across geographies, there remain some differences that are exploited by grey market resellers. |
| 78 | 06/24/2021 | BoF | Louis Vuitton Doubles Down on Korean Department Stores | The move not only highlights the luxury giant's desire to tap Korea's fast-growing menswear market, which has gained momentum from more relaxed office dress codes post-pandemic, **but also reflects longer term efforts to cut off grey market proxy shoppers, or "daigou," that have been known to buy from downtown duty free stores for Chinese clients.** |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 79 | 08/01/2021 | Moodie Davitt | Hainan authorities introduce key duty free product tracing measures to curb reselling | **This report draws on the Hainan Hinews coverage, that of the Hainan Free Trade Port Official Account, as well as our own knowledge of the reselling and smuggling issues.**<br><br>**The label includes an anti-counterfeiting code, a Hainan duty free logo and the warning, 'Duty unpaid, reselling prohibited'.**<br><br>Haikou Customs Deputy Commissioner Chen Zhen told reporters: **"The offshore duty free products that have been purchased are for consumers' personal use and are not allowed to enter the domestic market for resale.** Passengers should enjoy offshore duty free shopping compliance in accordance with the regulations. The policy is **not to participate in illegal activities such as reselling** and smuggling." |
| 80 | 08/06/2021 | Jing Daily | Predicting The Future Of Daigou Shopping | **Daigou industry revenues ballooned to 40 billion in 2019**, according to estimates by the consultancy Proresearch in Beijing. But now that China has shut off international travel, trying to keep the virus at bay, the future of daigou shoppers has been halted and is under review.<br><br>Jerome Fu, director of the Sydney-based marketing provider Honeyroo, said that **about 30 percent of daigou specialty stores have shut down either temporarily or permanently in Australia.**<br><br>As the repatriation of spending becomes the norm and COVID-19 continues to wreak havoc on the daigou industry, **professional shoppers and daigou agencies must incorporate disruptive technologies like blockchain and cryptocurrencies to keep their businesses afloat.**<br><br>"Brands can counter daigou influence in many different ways," says Vogue Business, also stating **that luxury labels "might consider formalized relationships with the most established daigou shoppers,** who can play the role of personal shoppers and influencers among their hyper-loyal clientele."<br><br>**Identifying the need for collaborative partnering is the first step in the right direction for daigous.** But instead of integrating these sellers into a brand's influencer marketing strategy and transforming them into brand ambassadors, luxury labels should incorporate them into the supply chain. The assimilation of the daigou into a blockchain-enabled framework transforms the seller into a brand custodian forced to accept — without objections — the regulations imposed by the luxury brand. This practice mitigates the risks that come with transforming professional sellers into "influencers." |
| 81 | 08/10/2021 | BoF | Hainan's Duty-Free Retail Sales Surge 257% in H1 | Since expanding its duty free policies and seeing China's population largely stuck at home as the pandemic raged elsewhere, Hainan has become the most populartravel retail destination for domestic consumers.<br><br>In a bid to **crackdown on grey market sales emanating from the island**, Hainan last week instituted a new policy that will add traceable QR codes to perfume, cosmetics, liquor and cell phones.<br><br>But parallel, **daigou sales might be not be the most serious issue facing Hainan's duty free sales**, at least in the short term. |
| 82 | 10/07/2021 | WWD | Haute Pursuit, Luxury Shopping Assistant That Finds Best Deals, Extends to Mobile | Corwick said Chanel is not online at all so they're not involved, and Hermès is only sold at Hermès, so that's completely out of the question, but "Fendi is a lot less expensive in Europe. There are lot of brands you'll find on sale and marked down outside the U.S., and the markdown schedule is much different than here. There's ability to take advantage of things like that," she said. As far as duties, she said the user is buying directly from the retailer, and in a lot of countries, merchandise under $800 is tax-free. Most stores include duties in their prices. **She said she works with authorized boutiques around the world, and there's no gray market merchandise.** |
| 83 | 10/09/2021 | BoF | Could China's President Be Good for Luxury? | In 2016, the Chinese government launched a stealth attack on imports of luxury goods … **Daigou were also targeted in 2019 with an obligation to formally register as businesses, obtaining licenses and paying taxes.** |
| 84 | 11/15/2021 | WWD | Mentalities: What Are Chinese Male Influencers Buying? | "Now that we can't travel overseas, **the daigou [a process where exporters outside of China purchase items for those living in China] business has concentrated** and been systematically organized into this platform, and they cover new to old seasons and sometimes even more stuff than Farfetch at pretty competitive prices. It's quickly taken over my shopping habits," he added. (Brackets are in the underlying source.) |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 85 | 12/06/2021 | BoF | The Year Ahead: Global Luxury Adapts to New Travel Trends | In China, Louis Vuitton and Prada have shifted some of their attention away from tourism hotspots and first-tier locations to new stores in cities such as Wuhan. **Meanwhile, the activities of China's daigou (grey-market surrogate shoppers who buy goods overseas to sell on the mainland) have shifted, with supply chain bottlenecks and closed stores and factor**ies adding to the complexities of the trade. |
| 86 | 12/07/2021 | Moodie Davitt | Hainan cracks down on daigou traders to protect duty free trade | **Tough new regulations to control "seriously untrustworthy" daigou-driven duty free purchases in Hainan will come into effect on 1 January, 2022.**<br><br>The wide-ranging measures **underline the local government's determination to curb daigou trading activity out of Hainan into the Mainland.**<br><br>**"The promulgation of this law shows the determination of the Hainan provincial government and the Chinese government to resolutely crack down on illegal daigou and smuggling."**<br><br>**"This will have a strong impact on daigou – both individuals involved in purchasing on behalf of others (transferring their tax exemption quota to a daigou company) as well as large-scale daigou companies that resell duty free products in violation of regulations.** In particular, serious dishonesty will be incorporated into the credit investigation system, which will have an impact on personal work, individual or company reputation, future company operations, bank loans and government support."<br><br>"Due to the far-reaching impact of this regulation, **more and more individuals and companies will stay away from daigou activities and violations of duty free purchasing regulations.**"<br><br>**China Duty Free Group** (CDFG)... **is playing a leading role in combating daigou activity** in the province. |
| 87 | 12/07/2021 | DFNI | Hainan tightens rules on illegal daigou trade | Hainan is **clamping down on daigou activities** in an effort to help the long-term vitality of duty free on the island.<br><br>Credit agencies will also be able to **collect information about daigou activities** for subjects on the list, while banks and insurance companies will be able to increase loan and mortgage interest rates.<br><br>Commenting on the news, Rocky Chi, Head of Planning at Emerging Communications said: "Although **daigous always find ways to operate**, there is going to be at least some impact because Chinese consumers understand the new regulations.<br><br>"If a **daigou continues to sell large amounts with a lower price,** it is likely consumers may believe they are selling fake products resulting in loss of trust. Right now it is hard to tell how big an impact the rules will have." |
| 88 | 12/07/2021 | BoF | China's Booming Luxury Market Won't Be Smooth Sailing Next Year | For luxury brands, leery of price differentials within the China market and the prospect of a rise in **daigou grey market activity in Hainan**, balancing the island's opportunity with its potential drawbacks remains complicated. |
| 89 | 12/20/2021 | Moodie Davitt | "Electrifying news" says Lotte Duty Free as South Korean government scraps US$5,000 outbound duty free value limit | "The duty free exemption limit is still US$600. This means we have to report purchases of over U$600 to the Customs when coming back to Korea," one Korean travel retail source told The Moodie Davitt Report. **"I guess Koreans can leave Korea with daigou trade purchases now**. Until now only foreigners such as the Chinese can purchase  daigou [high-value] products."** (Brackets are in the underlying source.) |
| 90 | 12/20/2021 | Moodie Davitt | Moodie Davitt WeChat readership surges in China | **The strength of diagou trading continues to drive sales for Shinsegae Duty Free**, the South Korean Republic's third largest travel retailer by sales….Q3 sales were buoyed by China's shopping events. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 91 | 01/2022 | Bain | A Year of Contrasts for China's Growing Personal Luxury Market | Hainan is just one pricing disruptor that has affected shopping habits in China, especially the beauty market. As discussed in last year's report, **daigou agents, fueled by other travel retail operators, played an increasing role in 2021**.<br><br>Although an advantage for mainland China's share of spending on personal luxury goods, travel disruptions reduced Chinese overseas purchases by about 30 billion euros in 2021, compared to 2019. Consumers who primarily tied personal luxury purchases to the opportunity of a trip abroad—including group travelers (who represented about 40% of Chinese travelers pre-2020)—stopped making such purchases. However, **many of those purchases abroad have likely been replaced by purchases through parallel channels, including through daigous**.<br><br>**The purchase of overseas products through various daigou channels is recorded as overseas sales. For example, international travelers to South Korea's duty-free stores declined by 83% in 2021 (after dropping 78% in 2020), from about 15 million in 2019 to 3 million in 2020 and .5 million in 2021.**<br><br>However, duty-free sales in 2021 increased by 17% YOY, reaching RMB 76 billion in the first 10 months of the year. **This discrepancy suggests more vigorous parallel import and daigou activity** (see Figure 8). **The market has also seen the emergence of new daigou formats**, such as Dewu, also known as Poizon. This budding e-commerce platform enables both individuals and brands to register and sell overseas luxury products to Chinese consumers. Monthly active users of Dewu grew from 12 million in 2019 to 35 million in 2021. |
| 92 | 01/20/2022 | WWD | Bain Warns China Luxury Growth to Further Decelerate in 2022 | "As more operators arrive, we expect retail shopping opportunities on the island to continue expanding. With more options for buyers, price competition is likely to become more intense. For example, we estimate Hainan to represent already about 25 percent of the luxury beauty official market. Hainan is just one pricing disruptor that has affected shopping habits in China, especially the beauty market. **Daigou agents, fueled by other travel retail operators, also played an increasingly important role in luxury sales in 2021**," it added. |
| 93 | 01/31/2022 | Moodie Davitt | Korean duty free sales rise +15% in 2021 to KRW17.8 trillion (US$14.7 billion) | The pandemic-hit channe**l was once again driven by sales to foreign customers who generated 95.4% of total revenue (up from 94% in 2020). Almost all of that activity was through reseller activity.** |
| 94 | 02/08/2022 | BoF | How to Tap Luxury's Hainan Opportunity | Some luxury industry leaders, however, are concerned that **daigou traders (grey-market surrogate shoppers who buy lower priced luxury goods overseas to resell on the mainland) seem to have shifted their focus to places like Hainan** as the repatriation of luxury spend back to the Chinese mainland went into overdrive during the pandemic.<br><br>In a bid to help stem the trade, **the Hainan government introduced new regulations last month to punish daigou operators and control "seriously untrustworthy" duty free purchases** on the island **but it is too early to say how effective they will be**. |
| 95 | 02/10/2022 | BoF | Chanel Is the Latest Luxury Brand Pulling Back From Korean Duty-Free Segment | **The closures follow the decline in the Chinese daigou trade** (a grey market in which surrogate shoppers buy lower-priced offshore products and resell them in China) that came to a virtual halt when the Covid-19 pandemic effectively closed Korea's borders to tourists.<br><br>**Daigou shoppers accounted for more than 90 percent of sales at Korean duty-free stores** in the years prior to the pandemic, according to data from The Moodie Davitt Report. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 96 | 03/11/2022 | Moodie Davitt | Hainan narrows the gap with Korean duty free | The pandemic-ravaged Korean duty free channel was once again driven in 2021 by sales to foreign customers who generated 95.4% of total revenue (up from 94% in 2020). **Almost all of that activity was through reseller activity to China.**<br><br>**That means Korean travel retail's overwhelming dependence on the daigou sector** is certain to prevail for some time, a worrying vulnerability given the Chinese authorities' ability to crackdown on the unofficial trade. But 95.4% of US$14.74 billion is a lot of money and seasoned observers see little rear near-term structural change in the market.<br><br>"The future of Korean duty free is hard to imagine at this moment," said one senior source. **"I cannot imagine how they rebuild without letting go of the daigou which we know they will never do.** I think it is a pity, as it could perhaps be a US$4-5 billion, very profitable and qualitative business post-COVID and **will not reach its potential due to this daigou dependence."** |
| 97 | 03/17/2022 | BoF | Chanel Duels South Korean Resellers Amid Luxury Boom | As Covid curbs cut travel and duty-free shopping, South Koreans are driving a luxury goods boom at home that has left Chanel barring nearly a third of would-be shoppers to stop bulk buyers **snagging $10,000 bags for resale with markups of 20 percent or more.**<br><br>The storied French fashion and luxury company told Reuters it has seen traffic to its boutiques in South Korea skid **since it began screening for customers it believed might be stocking up purely to flip to others in the resale market.**<br><br>Reflecting such **red-hot demand in the resale market**, a Chanel medium classic flap bag was sold at 13.5 million won ($11,031) — 20 percent more than its standard retail price — in January on KREAM, a platform offering everything from sneakers to tech and luxury goods that is an affiliate of tech giant Naver Corp.<br><br>KREAM, an acronym for 'Kicks Rule Everything Around Me', was launched in 2020. It told Reuters its monthly transactions exceeded 100 billion won in December, and **said South Korea's resale market is worth more than 1 trillion won — nearly $820 million — even at the most conservative estimates.**<br><br>**Not giving up any time soon are the bulk buyer-resellers. One reseller in his 30s told Reuters he's been reselling his purchases at usually more than 20 percent profit** — and it can be far more profitable when inventory level is low. |
| 98 | 03/22/2022 | BoF | Luxury Resale Heats Up in China | **Because China's resale industry is still in its infancy,** the lion's share of listings Li sees are sourced from abroad, whether that's purchases made during trips to Europe **or through daigou agents.** As the market grows, she expects domestic supply to further bolster circulation. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 99 | 03/27/2022 | Moodie Davitt | Douyin bans online resale of duty free goods by non-licensed merchants | Chinese social media platform **Douyin** – the country's equivalent of TikTok – **has banned non-licensed merchants from reselling duty free products purchased in Hainan or offshore, effective 31 March.**<br><br>"**The new rules are all about stopping the unofficial reselling busines**s. For the licensed retailers in Hainan, there is no impact. For companies registered in Hong Kong who have opened stores on Douyin, also no impact."<br><br>Another source commented: "It will be interesting if other platforms follow suit – Taobao and others. Then it will be a huge hit." He said that if that becomes the case **Korean duty free – heavily reliant on the daigou trade into China** – might be seriously affected.<br><br>A third industry executive said: "**Perhaps it is the beginning of the end for unregulated Daigou**. Will be an interesting space to watch."<br><br>Q. Is **reselling of duty free goods still permitted on Douyin**?<br>A. Yes. **But only via 1) a duty free licence-holder's authorised replenishment site; 2) Cross-border ecommerce retailers registered in Hong Kong which open stores on Douyin.**<br>**Any unauthorised reseller sourcing their goods from Hainan Duty Free or direct from abroad is now barred from the site**. So **unlicensed 'domestic merchants' (i.e. Mainland-based) cannot use the platform for reselling.** |
| 100 | 04/21/2022 | BoF | The Future of Luxury Discounting | Value Retail has faced a rough couple of years: the collapse of long-haul travel since the coronavirus pandemic meant fewer tourists to entice with their mall's signature combination of duty-free rebates and outlet prices. It's a combo that's long had shoppers buying a stack of €200 Prada crewneck sweaters or €100 Gucci scarves faster than you can say **"daigou" (the practice of Chinese shoppers reselling duty-free purchases at attractive prices back home).** |
| 101 | 04/27/2022 | BoF | Can Kering Shake Off Gucci's Growth Hangover? | The **pause in China's daigou trade has also given Gucci an opportunity to clamp down on grey market** sales and invest in more direct relationships with clients. |
| 102 | 05/27/2022 | BoF | Weak Euro, Strong Dollar: What It Means for Fashion | Luxury brands are also aware that a weaker euro comes with some risks. **The price gap between the US and Europe could incentivise resellers, and eventually lead to a parallel market for luxury goods, as it did in China for years**. That would undermine brands' efforts to establish direct, regular contact with customers — a particularly pivotal objective with American customers, where brands are keen to hold onto surging ranks of new clients since the pandemic. |
| 103 | 07/2022 | KPMG and Moodie Davitt | 2022 Hainan Travel Retail Market Whitepaper–A Powerhouse of the New Retail | Also note the surge in sales by 'other shops' [principally downtown duty-free stores] compared with airport duty-free in 2020, with the former rising from 43.6 percent to 59.0 percent while the airport share fell from 50.9 percent to 37.6 percent. **That startling change was driven principally by Hainan as well as the Korean downtown duty-free market (which became almost entirely daigou-driven sales into China).**<br><br>In 2021, the pandemic-ravaged Korean duty free channel was primarily by sales to foreign customers, who generated 95.4% of total revenue (up from 94% in 2020). Almost **all of that activity was through reseller activity to China**. While sales through that unofficial channel have risen, **profitability has fallen due to excessive competition between retailers and soaring Daigou agent commission fees.**<br><br>Customers have also benefitted from ongoing development of policies to ensure the quality of goods in Hainan is maintained. By taking measures to include traceability of goods sold in Hainan as well as supporting the implementation of coming CSAR regulations, the Hainan authorities are building a strong consumer trust in Hainan among Chinese consumers as a place to purchase authentic products from international brands at reasonable retail prices. **With the option to purchase from official channels being much more accessible, consumers are less likely to go for cheaper options via third party sellers or unofficial channels e.g. Daigou**. This also allows brands to benefit from having greater control over prices and quality across China. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 104 | 07/28/2022 | Moodie Davitt | Top Travel Retailers: Lotte Duty Free | Despite the sharp impact of the pandemic, as in 2020 **the company benefited from a strong daigou (reseller) business**, online sales and support measures from government that allowed it to deplete unsold inventory locally.<br><br>**Korean travel retail's overwhelming dependence on a single foreign nationality and within it the daigou sector** is certain to prevail for some time, a worrying vulnerability given the Chinese authorities' ability to crackdown periodically (or longer) on the unofficial trade. |
| 105 | 09/08/2022 | WWD | Fashion's Currency Give and Take | The currency swings in the market were big enough to prompt an analyst to ask LVMH executives **on a conference call if it would produce a kind of gray market.** CFO Jean-Jacques Guiony made clear that the luxury giant is taking the issue in stride.<br><br>"We tend to have a little bit of a sort of helicopter view on this," Guiony said. "FX goes up and down. We've seen good times, we've seen bad times. You're right that in some cases excessive **price differences would create some gray market**. It's not something that we see a lot these days. So we are not particularly worried. |
| 106 | 11/03/2022 | Jing Daily | Can K-Fashion Win Back The Hearts Of Chinese Consumers? We11done And Sequoia Capital China Are Betting On It | This move [expansion of K-fashion brands like We11done] **also resolves a major complication that many Korean designer brands share: Daigou.** Previously, Chinese shoppers accessed niche Korean brands via overseas personal shoppers, and the opening of more shops in China means that K-fashion will stay firmly planted in the local retail landscape. |
| 107 | 11/04/2022 | WWD | EXCLUSIVE: Supreme Is Entering China Via Dover Street Market in Beijing | "The difference between China and the rest of the world **is the popularity of daigous and secondary markets,** which in turn means the brand can grow its fan base super fast, especially in lower-tier cities, **where these kids are always on their phones looking at daigou stuff,**" Xiao said, referring to surrogate shopping in China.<br><br>He also gave a thumbs up to having concurrent drop dates for collaborations. **"I won't have to wait for the daigous from Japan or America anymore**, even though it could be a little pricier buying Supreme here, but you save a lot of time," he commented. |
| 108 | 01/04/2023 | Moodie Davitt | Analysis: Weighing up the Incheon International Airport duty free tender | "The worst thing is that during the pandemic Korean **duty free retailers have supplied duty free products to China through the daigou channel in quantities that are too big and at prices that are too low**. Chinese do not need to buy luxury items in Korean duty free offline anymore." |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 109 | 01/27/2023 | Moodie Davitt | Bernard Arnault slams duty free daigou trade and expresses optimism in Chinese travelling shopper rebound | LVMH Chairman & CEO Bernard Arnault has underlined **his determination to maintain the allure of the house's luxury and beauty lines by rejecting the daigou sector that has seen huge volumes of product – mostly from duty free – pouring into the China local market in recent years***.<br><br>Arnault said: **"We're refusing and we're fighting against so-called parallel export**s. **A number of our peers need to generate revenue and don't hesitate to sell through resellers who buy products abroad and then sell them on at discounted prices in China. But we avoid that.**<br><br>"Absolutely ditto for cosmetics and the sale of products that we see offered by a certain competitor," he added. **In a clear reference to the South Korean duty free market which has been almost solely reliant on the daigou business into China during the pandemic,** Arnault commented: **"I mean it's quite fascinating to see the duty free stores where there's nobody – because their airports were empty – [and they] were generating huge sales, huge revenues.** (Brackets are in the underlying source.)<br><br>LVMH Chief Financial Officer Jean-Jacques Guiony **also referred to the daigou market when assessing the performance of the Perfumes and Cosmetics division. "It's a more challenging situation because we deliberately decided to contain or indeed delete all parallel channels in travel retail around the world, so as to preserve the brand capita.**<br><br>In the interests of balance, **while the Korean daigou sector has been the most visible, several other leading travel retailers, including at one stage DFS, generated significant similar business at varying periods of the pandemic.**<br><br>This table tells the story of **LVMH's bold decision to pull the plug on the daigou business in perfumes & cosmetics** with profits down by -3%. |
| 110 | 01/31/2023 | BoF | How China's 'Revenge Travel' Will Boost Luxury | As currency fluctuations continue to distort prices amid the resumption of international travel, **some Chinese shoppers could be encouraged to buy through sellers known as daigou**, a grey market trade that was disrupted by the pandemic. |
| 111 | 02/2023 | Bain | Setting a New Pace for Personal Luxury Growth in China | South Korea's duty-free market continues to play an important role in the broader luxury beauty ecosystem. Travel has been lower over the past two years, yet duty-free sales are high.<br><br>In 2022, visits to South Korea were over 90% lower than in 2019, but sales remained at ~70% of 2019 levels (see Figure 6)**. This suggests an abundance of cross-border exporting activities, such as daigou shopping.** |
| 112 | 02/12/2023 | Moodie Davitt | L'Oréal CEO Nicolas Hieronimus lauds travel retail rebound; says YSL at no risk from Kering beauty play | **Hieronimus touched on the daigou or reseller business out of Hainan, noting again** that L'Oréal constantly manages the equation between the Mainland China local market and travel retail. "What we can see is that our Mainland China share [of the total beauty market] is continuously growing, which tends to indicate that we must have struck the right balance between travel retail and domestic markets." (Brackets are in the underlying source.) |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 113 | 02/21/2023 | Jing Daily | The Daigou Dilemma: LVMH Pushes Back Against China's 'Personal Shoppers' | Over the past three years, the South Korean duty-free market, which heavily relies on Chinese tourism, saw a high volume of sales despite China's outbound travel restrictions due to COVID-19. **Arnault explains "a number of our competitors in need of turnover accept that resellers source their products abroad to resell them at a discount in China. The products never arrived in the shop, but went directly from the store's reserves to the professional seller who resold them himself at a discount in China."**<br><br>According to the AI and data-driven agency Re-Hub's report, **the size of the Daigou market reached 57 billion (400 billion RMB) in 2020.** Though tightening government regulations and the pandemic dealt a blow to its growth, **this gray market could see some recovery** now that borders have reopened.<br><br>**Daigou mainly shop at duty-free stores to offer better prices to their consumers.**<br><br>When the pandemic outbreak and travel restrictions were imposed, **Daigou shifted their focus to the domestic tax-free island of Hainan**. According to a report by Bain & Co., the price of luxury **beauty cosmetics** in Hainan is 30-55 percent lower than the full retail price.<br><br>"At present, **Daigou trade has become one of the common and daily channels for Chinese consumers to purchase beauty products.** Even many brands regard this parallel channel as part of their sales strategy. The blow to it is bound to have a significant impact on revenue," says Danni Liu, founding partner at the Chinese marketing agency iBlue Communications.<br><br>These **professional resellers are often independent individuals circumnavigating the tax system to profit from the price differences**. Brands have no control over them and cannot access their consumer data and insights. The potential price confusion they create can have fatal consequences for a brand's image.<br><br>The **Daigou sector faces increasing setbacks as relevant government departments and brands crack down on the gray market**. In Hainan, **warning signs against reseller agents are everywhere,** and more advanced technologies like trackable QR codes have been implemented to detect them. Since 2019, **Daigou have been required by law to register as a business and pay taxes,** but many choose to declare their imports as personal items to avoid these costs. |
| 114 | 02/27/2023 | Moodie Davitt | Korean duty free sales tumble -30% in January after daigou commission changes; Market falls -11.5% in 2022 | Duty free sales in January slumped by -30% year-on-year to KRW797.4 billion (US$603.6 million) in the wake of **sharply reduced commission rates to travel agencies linked to bulk daigou reselling into China.**<br><br>The resultant drastic impact on sales has exposed an **overwhelming reliance on daigou traders** that has spiralled since the bitter THAAD anti-missile dispute between China and Korea in 2017. That row prompted a slump in Chinese visitors to the Republic.<br><br>However, the advent of COVID-19 meant no 'normal' Chinese customers could enter the Republic **so the retailers came to rely on daigou bulk trade ('Major Guests') for around 95% of sales.** Soaring commission fees (which rose as high as 40%) paid by duty free retailers during the crisis saw sales surge but profitability slump.<br><br>The **daigou commission drama has added further intrigue** to the current Incheon International Airport Terminals 1 and 2 duty free tender which closes tomorrow. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 115 | 03/28/2023 | Moodie Davitt | Korean duty free sales rise +37% month-on-month in February as daigou business revives | The figures show a drop in total shopper numbers but a rise in spending volume, **implying a sharp increase in sales to daigou resellers** in February. Foreign shoppers numbered 209,653, down from January's 245,313.<br><br>As reported, January sales slumped dramatically to KRW797.4 billion (US$603.6 million) in the wake of a late-2022 Korea Customs Service (KCS) warning about high commission rates being paid to travel agencies **facilitating bulk daigou reselling into China.**<br><br>Commenting on the February spike, sources told The Moodie Davitt Report that retailers had **clearly pushed the daigou business and its related travel agency commissions hard in the month**. "The question is, what happens next?" one senior industry stakeholder told us. |
| 116 | 03/28/2023 | Moodie Davitt | South Korean duty free market flat in 2022 at KRW17.7 trillion; down -24% on 2019 | With severe border and travel constraints in place for much of the crisis, **the market has become overwhelmingly reliant on the daigou reseller channel,** a business that itself is now under pressure due to a Korea Customs Service warning about excessive commissions paid to travel agencies. |
| 117 | 04/2023 | KPMG and Moodie Davitt | 2023 Hainan Travel Retail Market Whitepaper | Whereas Hainan flourished during 2020 and 2021 as Chinese citizens, unable to travel overseas, flocked to the island province, South Korea was robbed of its commercial bloodline of recent years – the travelling China. **With Korean nationals being unable to travel, Korean duty free became overwhelmingly (90%+) about selling to large-scale daigou traders, a reliance that has left the sector worryingly vulnerable after Korea Customs Service (KCS) moved in late 2022 to curb excessive commission payments to travel agents facilitating the daigou business.**<br><br>In South Korea the duty free market was flat in 2022, easing by -0.6% year-on-year to KRW17.67 trillion (US$13.62 billion). The performance represents a -24.12% deficit compared with the record pre-pandemic year of 2019. As a result of the KCS warning about perceived excessive commissions paid to travel agencies, Korean duty free sales in January 2023 slumped by -30% year-on-year to KRW797.4 billion (US$603.6 million). The figures from the Korea Duty Free Association show a -41% decline month-on-month from December 2022. The impact has been particularly severe in the key cosmetics category, which accounted for more than 70% of total Korean duty free market sales last year. **While February sales rebounded by almost +37% month-on-month to KRW1.09 trillion (US$838.9 million) in February, driven by a rebound in the daigou spend (the KCS view is not – yet at least – enshrined in law), many informed observers believe some form of control over the daigou business will be introduced. The February figures show a drop in total shopper numbers but a rise in spending volume, implying a sharp increase in sales to daigou resellers.**<br><br>The travel restrictions and global supply chain disruptions during the pandemic have hindered Chinese consumers **from purchasing high-end products abroad or through daigou channels**. The purchasing behaviour of China's high-end shoppers has been affected and changed by the three-year-long pandemic. China's high-end shoppers become more favourable with online and offline omni channel integration for purchasing. China is expected to become the world's largest consumer market for personal luxury items in the future. In the current macroenvironment, Hainan is expected to cater to the trend of high-end product consumption returning to the domestic market, continuously releasing growth potential, and becoming the preferred destination for domestic high-end product spending. |
| 118 | 04/14/2023 | WWD | Luxury, Beauty Brands Flock to Hainan as Tourist Boom Continues | Keen on keeping luxury spending onshore, **Chinese authorities have been actively cracking down on Daigou and heavily promoting local retail hubs** such as Hainan and Hong Kong. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 119 | 04/25/2023 | BoF | Luxury Braces for the Return of the 'Daigou' | For one brief moment after the onset of the pandemic, it looked like China's grey market resellers had reached the end of the road. **Travel restrictions put a halt to much of the lucrative daigou trade**, turning some of the biggest international hubs into ghost towns. The duty-free zone at the airport in Jeju, South Korea often featured a buzzing hive of resellers, but the pandemic emptied it of the usual crowd frantically unwrapping packaging from makeup and designer handbags before stuffing them into their suitcases to take into China. <br><br>In 2019, the year before the pandemic hit, **the annual daigou trade (all parallel imports into China) was estimated to have reached around $57 billion**, according to data analytics firm Re-hub. That's a staggering amount considering luxury sales in China were worth $60 billion in 2021, according to Bain & Co — and that was only achieved after the repatriation of spending forced Chinese consumers to buy domestically during strict 'zero-Covid' lockdowns. <br><br>When **China's borders were shut, 95 percent of South Korean duty-free sales were from daigou**, according to the Moodie-Davitt Report. Last year, even though visits by Chinese nationals to South Korea were over 90 percent lower than in 2019, duty-free sales remained at approximately 70 percent of 2019 levels, according to Bain. **This implies professional daigou traders made up for the volumes.** <br><br>Duty free sales in South Korea surged almost 37 percent month-on-month to 1.09 trillion won ($838.9 million) in February, according to the Korea Duty Free Shops Association. **Though it is unclear what proportion of recent duty-free sales are to daigou versus the end-consumer**, pent-up demand for travel has made all shoppers acutely aware of current price gaps. <br><br>"With the government and platforms investing big in cross-border infrastructure, it's becoming much easier and cheaper for brands to set up an official cross-border sales channel," said Cooke. "**So as more brands set up official channels, that's undercutting daigou even when there is a price gap**." <br><br>While the **government issued directives last year saying it would clamp down on daigou activity in Hainan, it has been hazy on how controls would be implemented.** |
| 120 | 05/16/2023 | Moodie Davitt | Hainan authorities step up crackdown on daigou business to protect offshore duty free's 'Golden Brand' | **The Hainan authorities yesterday stepped up their efforts to crack down on smuggling of duty free goods by 'purchasing agents' (taogou and daigou traders) following a seminal conference on 6 May.** <br><br>The meeting said the Provincial Party Committee and the Provincial Government have **devised a three-year programme to deal with the issues of smuggling by taogou [using other people's identity information and allowances to purchase duty free goods and resell them for profits] and daigou [using one's own allowance to purchase duty free goods for others and receiving commission].** (Brackets are in the underlying source.) |
| 121 | 06/13/2023 | BoF | Why Luxury's Recovery in China Is Uneven | Broadly speaking across the industry, once intercontinental travel becomes more accessible, price gaps between mainland China and Europe will likely lure more Chinese shoppers back to European fashion capitals — **including grey market 'daigou' sellers, who have already started dialling up cross-border shopping services as lockdowns have lifted.** |
| 122 | 07/09/2023 | Moodie Davitt | China Tourism Group Duty Free posts near +30% rise in first-half sales | … CTG's Hainan duty free revenues had dropped ~40% quarter-on-quarter. This was **due to the recent enhanced crackdown on daigou trading** rather than any diversion of travellers to overseas countries since outbound travel restrictions were lifted, the firm said. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 123 | 07/28/2023 | Moodie Davitt | "A change of paradigm in travel retail" – L'Oréal notes impact of Hainan and Korean daigou changes amid strong first-half results | **A daigou-related slowdown in the key markets of South Korea and Hainan weighed on L'Oréal Groupe's first-half travel retail performanc**e, the French beauty powerhouse revealed today.<br><br>"In Hainan, however, there's been a clear deterioration between the first and the second quarter. As you know, **in mid-May the authorities started to exercise much tighter control over the daigou trade** to preserve what they call Hainan's golden brands and travel retail operators have consequently refocused on the individual traveller. **This has had a severe impact on industry-wide sell-out. We're obviously not immune to this.**"<br>Hainan offshore duty free remains a key channel for L'Oréal but **there is a "new paradigm" thanks to stricter controls over daigou trading**, the group noted.<br><br>"On the one hand, you've got a change of paradigm in travel retail… **in the first quarter, the Korean operators reduced their buying and particularly their trade with daigou. And in May the authorities in China decided to put a strong control over daigou.**"<br><br>"And of course, that has a strong impact on sell-out, particularly because during the years of lockdown where there was barely any real traveller that was going to travel retail [outside Hainan -Ed], **that [daigou trading] was probably the way to keep the retailers in shape. So there is a change of paradigm.**" (Brackets are in the underlying source.)<br><br>"So it is definitely a showcase for our brands. The only thing is that, as we said, **COVID and the lockdowns have kind of fostered an unusual development of this daigou business**, which is now being brought to normal levels.<br><br>**Declining to put a percentage on what the daigou business out of Korea and Hainan represented**, Hieronimus steered his answer to the group's determination to protect the Chinese domestic market. |
| 124 | 07/28/2023 | DFNI | Jessica's Secret's Mirko Wang on post-pandemic Chinese travel trends | We summarise the reasons behind this [the click-through rate of P&C category is about 37.33 %, and the click-through rate of luxury goods is about 58.61%] as follows: during the pandemic Chinese consumers could buy relatively low-priced P&C products in Hainan and other channels, and compared with foreign countries, there was a great price advantage. However, in terms of luxury goods, the price of most high-end luxury goods in China does not have an advantage. **The manufacturers' countries of origin in Europe and Japan, where the exchange rate has fallen more, and Hong Kong and Macau, which are relatively close, have become the main shopping destinations for many consumers and daigou groups.** We consulted some retailers and the conclusions we got are basically the same. The consumption of luxury goods is rising rapidly. |
| 125 | 07/28/2023 | WWD | L'Oréal CEO Talks Beauty Market Dynamism | "In Hainan, however, there's been a clear deterioration between the first and the second quarter," he said, about the Chinese island that became a duty-free shopping having during the pandemic. "In mid-May, **the authorities started to exercise much tighter control over the Daigou trade to preserve what they call 'Hainan's golden brands.'**"<br><br>**Daigou is an informal cross-border market trade** involving people buying products abroad to then resell them in China at a higher price. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms**[1]

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 126 | 08/01/2023 | Moodie Davitt | The Shilla Duty Free profits soar in Q2 though downtown sales fall on daigou changes | Hotel Shilla's second-quarter travel retail revenues decreased by -30% year-on-year to KRW708.1 billion (US$553.6 million). However, operating profits shot up by +192% to KRW43.2 billion (US$33.8 million). <br><br> The **inverse relationship is due to lower daigou-related commission payments**, following well-documented Korean Customs Service pressure on the unofficial channel since late 2022. <br><br> "Shilla has shown strong profit growth **due to the decline of daigou business**," one senior Korean travel retail executive told The Moodie Davitt Report. <br><br> The Shilla Duty Free's downtown duty free revenues **(almost of all which came from daigou business through the pandemic)** decreased by -63.2% year-on-year (a similar percentage to Q1) while airport sales, buoyed by the continuing post-pandemic travel rebound, increased by +204% over the same period in 2022. |
| 127 | 08/02/2023 | Moodie Davitt | Top Travel Retailers: Lotte Duty Free | Lotte Duty Free continues to retain its leadership in Korean travel retail, with 2022 gross sales ensuring a share of its home market sales (all channels) of over 28%. <br><br> As in 2021, the company **benefited from a strong daigou (reseller) business**, online sales and support measures from government. |
| 128 | 08/03/2023 | BoF | Beiersdorf Hikes Organic Sales Aim on Demand for Nivea, Sunscreen | Sales for its luxury brand La Prairie fell 9.9 percent in the first six months, mainly due to disruption in Asian travel retail markets caused by the so-called "**daigou" business, where Chinese consumers buy goods abroad on behalf of domestic buyers, the company said.** |
| 129 | 08/08/2023 | BoF | Explainer: How Russia's Wartime Fashion Market Works | Many new accounts have popped up on social media platforms Instagram and Telegram, offering the services of personal shoppers who purchase luxury fashion abroad and resell them to wealthy Russians, **akin to China's daigou trade.** |
| 130 | 08/09/2023 | Jing Daily | Crackdown on 'daigou' dents La Prairie and L'Oréal's sales in North Asia | In recent earnings releases, beauty conglomerates Beiersdorf and L'Oréal **mentioned the impact of company and government efforts to crack down on daigou (Chinese shoppers who buy goods abroad and sell them at home to circumvent taxes). As a result, the businesses saw sales growth slow or reverse.** <br><br> Sales of Beiersdorf's premium luxury skincare label La Prairie were 319 million (2.3 billion RMB) in the first half of 2023, **down 10.5 percent year on year. Excluding the Chinese and South Korean markets, the brand would have achieved growth of 10 percent in the second quarter instead of a 7.5 percent decline.** <br><br> Last week, the world's largest beauty group L'Oréal also released its 1H 2023 results, with sales increasing by more than 13 percent year on year to a new record high of 22.5 billion (162 billion RMB). However, **sales growth in North Asia's most promising markets, including China and South Korea, was 5.9 percent, much lower than guidance of 9.5 percent.** <br><br> The beauty giant **blamed the decline on the disruption caused by efforts to stop daigou in the Asian travel retail market**. It also expressed support for the Chinese government's tightening regulation of unlawful business. <br><br> The **push-back against the daigou trade** means beauty sales in travel retail hotspots like Hainan will soften. <br><br> The local governments' and brands' tightening **controls on daigou activity will also smooth the shopping experience, long hampered by duty-free counters** and sales assistants prioritizing bulk-buying daigous over ordinary customers. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 131 | 08/10/2023 | Moodie Davitt | Hainan duty free sales hit US$4 billion in first seven months but daigou curbs soften recent revenues | A strong first-quarter drove the seven-month increase but – as in Northeast Asia's other duty free hotbed of South Korea – **sales have tumbled recently due to the official crackdown on daigou trading in Hainan from the end of April.** |
| 132 | 08/10/2023 | BoF | How to Tap China's Luxury Market As Recovery Falters | Targeting the Chinese consumer at home has become increasingly important. Since 2020, domestic luxury consumption has significantly outstripped luxury spending by Chinese tourists, mainly as a result of the pandemic but also because of a number of measures introduced by the government to increase spending at home, such as tax cuts and increased duty free allowances on e-commerce purchases, cracking down on **"Daigou" grey market sales and diverting their business to cross-border e-commerce sites operating under Chinese law,** and providing financial incentives to foreign brands for opening their first stores in Mainland China. |
| 133 | 08/14/2023 | Moodie Davitt | Shiseido travel retail sales dented by Hainan and Korean structural pressures | That's a reference to two key northeast Asian travel retail markets, South Korea – historically the world's number one sector for the channel – and Hainan, China. Both have been affected by a slump in daigou-related sales driven by Korean Customs Service pressure and the Hainan authorities...<br><br>While hit by the recent crackdown on daigou business in Hainan and related retailer inventory adjustments, Shiseido remains upbeat about prospects for the island's offshore duty free business ...<br><br>Shiseido described the South Korean and Hainan markets as "weak" due to the delay in the recovery of tourist traffic in the former and stricter regulations [daigou-related -Ed] in the latter. |
| 134 | 08/15/2023 | BoF | Worldview: China Loans Plunge to 14-Year Low, Adding to Deflation Risk | Hainan duty-free sales fall 34% in July. Offshore sales in China's largest duty-free hub plunged 34 percent in July to 2.64 billion yuan ($366.2 million), customs data showed, reflecting a government crackdown in the second quarter on **daigou, or the grey market traders.** This came on the heels of a strong first quarter, driving up Hainan's total duty-free sales from January through July to 28.93 billion yuan, a year-on-year increase of approximately 20 percent. |
| 135 | 08/15/2023 | BoF | Why the Bottom Fell Out of China's Luxury Beauty Market | **This is all occurring while Hainan, China's main duty free spending hub, has initiated a crackdown on daigou.** Provincial customs data showed that July duty free sales fell by 34 percent in July compared to the same time a year ago, due to a crackdown on the grey market trade that began in April. **Much of the travel retail sales there are driven by beauty, which has a significant impact on the country's total cosmetics sales overall.** |
| 136 | 08/18/2023 | Moodie Davitt | South Korean and Hainan travel retail challenges hit The Estée Lauder Companies' full-year results | As reported at the time of the group's [Estée Lauder] Q3 results, those challenges have been **driven by the official crackdown in recent months on daigou trading** in Hainan and Korea Customs Service pressure on the same unofficial channel through 2023.<br><br>Commenting on the **inventory issues facing the business in Hainan and South Korea – driven by crackdowns on the daigou sector** in both markets, Freda said, "In Asia travel retail, we are taking actions to capture demand from the returning individual travellers and continuing to reduce inventories in the trade as we navigate the current market headwinds." |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 137 | 08/19/2023 | Moodie Davitt | Travel retail sales down - 34% due to Hainan and Korean headwinds but The Estée Lauder Companies remains upbeat about the channel | **The startlingly sudden transition in Hainan from a heavily daigou-influenced market to a normalised one of selling to travellers rather than traders has been mirrored in South Korea. There, Korea Customs Service began exerting pressure on retailers to curb high commission payments to big daigou groups from December 2022.**<br><br>The **transition from a daigou-dominated business to a traditional retail sector** is causing short-term pain in South Korea but is ultimately a positive development, the group insi[s]ts.<br><br>"China surprised to the upside," the company [Goldman Sachs] wrote in a note. "That was important to us, as **anecdotal reports of deep discounting of EL's products in China by daigou resellers had caused us to doubt the strength of the company's direct sales in the market and question whether there could be lasting brand damage; its strength in the market quells those concerns.**<br><br>Transition time: **Sales in South Korea, the world's biggest duty free market, have been drastically impacted by the recent erosion of the daigou sector** that has sustained it in recent years. Korea Customs Service pressure on the unofficial channel began in late 2022 and as the chart above shows devastated January sales. |
| 138 | 08/23/2023 | Jing Daily | Estée Lauder's sales slump shows why beauty brands aren't yet benefiting from increased Chinese tourism | Estée Lauder isn't the only one struggling in Asia's beauty market. **With crackdowns on daigou, people who buy goods abroad to resell them in China to avoid taxes, beauty giants will have to be patient to fully reap the benefits of an otherwise vibrant beauty market.**<br><br>The **beauty industry is dealing with the fallout of the government's crackdown on daigou**, which has resurfaced as Chinese travelers venture abroad once again. Beiersdorf and L'Oréal also reported a dent in sales this month due to government controls on daigou.<br><br>"The implication of **these [daigou] changes are favorable for sustainable long-term growth**, but certainly create significant short-term headwinds through the transition," Estée Lauder CFO Tracey Travis said in an earnings call.<br><br>Estée Lauder and L'Oréal's **support of daigou crackdowns are bad for business in the short-term.** But limiting those channels means preserving brand equity and desirability in the long run, as LVMH chairman and CEO Bernard Arnault acknowledged in a recent earnings call. |
| 139 | 08/28/2023 | Moodie Davitt | Sales tumble, profits surge – Shinsegae and Hyundai duty free results mirror South Korean market transformation | The **inverse relationship is due to lower daigou-related commission payments**, following well-documented Korean Customs Service pressure on the unofficial channel since late 2022.<br><br>Shinsegae said airport sales grew due to increased outbound passenger traffic. **Downtown sales (mostly daigou in 2022) fell -60%** year-on-year in the first half but airport sales rose by +208%. |
| 140 | 08/29/2023 | Moodie Davitt | Coty CEO lauds "incredible momentum" in travel retail amid group's 12th consecutive strong quarter | **Referencing the crackdown on daigou activity in Hainan, Nabi again said the company was unaffected**. "We are not exposed to this kind of phenomenon given our small size, but also given how much we are willing to pay very strong attention to preserving the brand equity of the brands we have in Coty." |
| 141 | 09/28/2023 | BoF | How Shein Wound Up in the Luxury Fashion Business | **But brands can't always control where their merchandise is sold**. There is a vast "grey market" of new goods that were never authorised for resale. On an individual level, **tourists often take advantage of regional price differences and fluctuating exchange rates to buy products cheaply abroad and sell them for a markup at home (in China, this practice, known as daigou, takes place on a massive scale)**. The strong dollar creates plenty of opportunities for this sort of arbitrage in the US. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 142 | 10/02/2023 | Moodie Davitt | Interview: Vincent Boinay looks back on an incredible journey | **There are challenges, too, this year**. Most notably in the much talked-about structural changes in the Hainan and South Korean duty free markets, **where crackdowns on the daigou trade** (from May this year in the former case and late 2022 in the latter) have led to overstocking and commensurate sell-in issues for all the major beauty houses.<br><br>"On the one hand, you've got a change of paradigm in travel retail… in the first quarter, the Korean operators **reduced their buying and particularly their trade with daigou. And in May the authorities in China decided to put a strong control over daigou.**<br><br>"And of course, that has a strong impact on sell-out, particularly because during the years of lockdown where there was barely any real traveller that was going to travel retail [outside Hainan -Ed], **that [daigou trading] was probably the way to keep the retailers in shape.** So there is a change of paradigm. (Brackets are in the underlying source.) |
| 143 | 10/17/2023 | Jing Daily | Is there a solution to China's $81B 'daigou' gray market? | **"The gray market in China might be the biggest potential threat to luxury brands in the next five years,"** says Thomas Piachaud, head of strategy at Re-Hub, **referring to China's daigou agents, who purchase luxury goods in overseas markets to circumnavigate taxes and then resell them at home.**<br><br>With young consumers having **grown accustomed to purchasing from daigou, the market is growing at lightning speed.** According to Re-Hub's September 2023 report, "The Daigou Index 2.0," **China's gray market size is an estimated 81 billion (600 billion RMB), having expanded by over 40 percent since 2019.**<br><br>Today, the **daigou market faces significant pressures. Government officials have imposed stricter border controls, while brands have harmonized their retail prices globally and expanded their offline and online presence in China.**<br><br>By **cracking down on the daigou market, businesses are actually targeting customer pain points**. However, the Re-Hub report predicts that the gray import market will continue to grow, propelled by several macroeconomic factors.<br><br>In addition, Chinese Gen Z shoppers are keen on discovering and experimenting with new brands – **gray market importers' ability to access limited-edition or products unavailable in China has made the sector popular among young consumers.**<br><br>Also, **daigou play a key role in new brand adoption in the mainland. This phenomenon occurs because gray market resellers maintain extensive networks of loyal customers.**<br><br>The **gray market has been a long-standing torment for luxury brands** that want to retain their high-end image and air of exclusivity. …Re-Hub's report suggests **several ways brands can tackle the daigou issue.** Firstly, they should monitor their sales volume, discount rate, and SKUs and the origin of goods to help identify the source and scale of the issue. To stop bulk buying, the report says it is crucial for brands to ask their wholesale partners to provide audited **monthly sales reports to show that there is no bulk reselling**, as well as implement quota systems in boutiques. **Pricing adjustments and harmonization are of the utmost importance to curb the daigou sector's growth**. The siloing of companies' duty-free travel retail and domestic teams creates **price differentials that resellers capitalize on.** |
| 144 | 10/19/2023 | WWD | L'Oréal Third-quarter Sales Grow in Line With Consensus | Concerning travel retail in China, the executive pointed to a new consumption paradigm following the rest of Chinese governmental policies regarding the channel, **including a crackdown on daigou**, the informal cross-border market trade involving people **buying products abroad to then resell them in China** at a higher price. |
| 145 | 10/19/2023 | BoF | L'Oréal Sales Up Despite Muted Recovery in China | The company pointed to an impact on its travel retail business, mostly in Hainan and South Korea, from tighter control by the Chinese government of resellers known as **daigou, who would scoop up the inventory at lower prices in one place and resell them at a discount in another.** |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 146 | 10/20/2023 | Moodie Davitt | L'Oréal overcomes 'reset' in Asia travel retail and slow Mainland China recovery to turn in double-digit Q3 growth | The l**atter was a reference to the challenges brought by tighter controls over the daigou market** from Korean Customs Service and the Hainan authorities in recent months. South Korea and Hainan offshore duty free have been the **two most buoyant travel retail channels through the pandemic years but heavily influenced (especially in South Korea) by the daigou sector.**<br><br>The **daigou-related sales decline** reflected in North Asia, which saw sales increase by just +1.3% like-for-like, and drop -4.1% on a reported basis. |
| 147 | 10/21/2023 | Moodie Davitt | South Korean duty free market improves in August but yearly comparatives tell a different story | But as shown in the bar chart below and highlighted in an article in The Korea Times, sales among the big travel retailers fell -28% year-on-year, **driven by the Korea Customs Service-led crackdown on large-scale daigou trading** this year.<br><br>"Duty free stores have **relied heavily on Chinese resellers**, but failed to attract foreign tourists who want to enjoy the latest Korean culture and purchase cosmetics and accessories," Hanwha Investment & Securities analyst Lee Jin-hyeob told the media title. "They may have preferred shopping at retail stores, such as Olive Young, **or department stores than reseller-focused duty free stores.**"<br><br>That is one school of thought although the key to the decline mainly lies in what L'Oréal CEO Nicolas Hieronimus this week described as the "reset" in Asian travel retail, i.e. **away from daigou-dominated trade in South Korea** and to a lesser extent Hainan towards a more normalised customer base. |
| 148 | 11/02/2023 | Moodie Davitt | Asia travel retail inventory issues and muted China recovery hit The Estée Lauder Companies in Q1 | The sharp decline in global travel retail net sales was primarily due to the company's and its retailers' actions to reset key Asian retailer's inventory levels [mainly in Hainan and South Korea]. The decrease also reflected changes in government and retailer policies related to **"unstructured market activity" [a reference to the crackdown on daigou activity out of the same two key North Asian markets].** These actions and changes led to lower product shipments compared to the prior year, ELC said. (Brackets are in the underlying source.) |
| 149 | 11/09/2023 | Moodie Davitt | China and Asia travel retail pressures hit Amorepacific's Q3 revenues | As reported, **the slowdown in global travel retail net sales has been driven changes in government and retailer policies related to the daigou** sector in South Korea and Hainan. |
| 150 | 11/15/2023 | Moodie Davitt | Shiseido Q3 travel retail revenues hit hard by North Asia inventory issues and Japanese nuclear waste controversy | Shiseido's Q3 travel retail sales were severely impacted by retailer inventory adjustments **associated with tighter daigou-related regulations in Hainan and South Korea.**<br><br>More positively the group highlighted "steady optimisation of inventory levels" in Hainan and South Korea. As reported, both key North Asian markets have been hit this year **by crackdowns on daigou trading which led to inventory overstocking** among retailers and resultant sharp sell-in declines. |
| 151 | 11/16/2023 | DFNI | Interview: Coty reveals strategic outlook for development | As the beauty house is not as developed in the region as some competitors (and has a greater focus on fragrances), Souche reported that the **business has been less affected by the clampdown on daigou traders** and subsequent destocking, with minimal impact. |
| 152 | 12/02/2023 | Moodie Davitt | Hainan offshore duty free sales rise +26.1% in first 11 months to over CNY40 billion (US$5.8 billion) | In a reference to this **year's drive to restrict daigou reselling into the Mainland** to ensure a thriving legitimate offshore duty free market, Haikou Customs said it remains committed to cracking down on smuggling via mail delivery and "proxy purchases." |
| 153 | 12/15/2023 | WWD | Assessing the Issues Facing the Estée Lauder Cos. | One of the biggest issues, sources said, **seems to be the company's reliance on Daigou** — the practice of Chinese consumers purchasing products at lower prices overseas and selling them at a discount in China. While exact numbers are not known, analysts say that Lauder was certainly active in this area. **When the Chinese government cracked down on Daigou, Lauder was left in a difficult spot.**<br><br>"They **got hooked on Daigou.** The issue with these sales is that you're taking a huge risk on brand equity," said HSBC analyst Erwan Rambourg.<br><br>Despite these issues, industry watchers contend that Estée Lauder and La Mer, **the two brands understood to be involved in Daigou, are still seen as desirable by consumers** and the company needs to rebuild brand equity through reinvestments. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 154 | 12/21/2023 | BoF | 'Daigou' Goes Corporate as Retailers Seek New Ways to Reach Chinese Shoppers | Trade by daigou was a key sales driver for many global brands including Estée Lauder, a2 Milk and Kirin Holdings-owned supplements and vitamins brand Blackmores, until pandemic-related travel restrictions ground the industry to a halt.<br><br>But, unexpectedly, **these restrictions actually worked to boost the overall cross-border grey market trade,** with wholesalers and platforms like Dewu taking over from individuals. The trade has grown by 40 percent from 2019 levels to an estimated $81 billion this year, consultants Re-Hub say.<br><br>Estée Lauder estimates up to 40 percent of its total sales to Chinese consumers was processed by daigou before the pandemic. **[Note that the Source of this article, Reuters, corrected this sentence to be "Estee Lauder estimates up to 40% of its total sales to Chinese consumers pre-pandemic were to travelling customers, including but not limited to those acting as daigou sellers."** Hall, Casey and Stella Qiu "Focus: 'Daigou' goes corporate as retailers seek new ways to reach Chinese shoppers," Reuters, December 22, 2023, available at https://www.reuters.com/business/retail-consumer/daigou-goes-corporate-retailers-seek-new-ways-reach-chinese-shoppers-2023-12-21/] Daigou trade also accounted for one-third of annual retail sales for the Australian vitamins and dietary supplement sector said Blackmores CEO Alastair Symington. |
| 155 | 12/21/2023 | BoF | Inside Beauty's Uneven Travel Retail Rebound | For the APAC market, brands are eyeing whether or not there will be a long-term shift from travel retail to domestic spending as the **Chinese government has continued a crackdown on grey-market sellers (daigou) to encourage local purchases. But beauty brands still believe Chinese customers will spend on international trips when flights become available.** |
| 156 | 12/22/2023 | Moodie Davitt | Wellbeing: Diptyque - eZine 330 | **Despite the tumultuous COVID years and recent, Daigou-related troubles in China**, Diptyque's travel retail business has remained resilient. "We have a very balanced business in all regions," Cauvin explains. "Our biggest markets are the US and China, but we are also strong in historical markets in Europe such as France and the UK, where we have significant business and market share. |
| 157 | 12/26/2023 | Moodie Davitt | November duty free sales to foreigners plunge in South Korea as daigou constraints hit home | "The **daigou demands are diminishing due to the deepening recession of China's economy** in addition to the Korean duty free (KDF) retailers' position refraining from high-commission daigou trade," a leading Korean travel retail executive told The Moodie Davitt Report. |
| 158 | 01/16/2024 | Moodie Davitt | Interview: Eric Cauvin on the power of brand equity and the magic of Diptyque | **Despite the tumultuous COVID years and recent, daigou-related challenges in China**, Diptyque's travel retail business has remained resilient. "We have a very balanced business in all regions," Cauvin explains. "Our biggest markets are the US and China, but we are also strong in historical markets in Europe such as France and the UK, where we have significant business and market share. |
| 159 | 01/25/2024 | WWD | Report: Chinese Luxury Market to See 'Solid Double-digit Rebound' | "Interestingly, the average spending per shopper decreased by more than 25 percent, likely due to lower discount levels, **fewer daigou activities,** and an increased rationality among consumers," Bain noted in the report.<br><br>According to the Bain report, offshore retail and **the return of the professional daigou, or surrogate shopper, will be two trends driving growth in 2024.**<br><br>According to data from Re-Hub, which was **cited by Bain, daigou prices can be up to 40 percent lower than the brand's prices in mainland China.**<br><br>For brands that have not tightly controlled their wholesale channels, fashion and leather goods **daigou sales can account for 60 to 70 percent of total mainland China sales**, Re-Hub said.<br><br>Some of **the daigou platforms that Re-Hub tracks have experienced double-digit gross merchandise value growth** per year, including in 2023.<br><br>**Excluding daigou sales, the mainland luxury market accounted for around 16 percent of global luxury sales**, and that number is expected to reach 24 to 26 percent by 2030. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 160 | 01/30/2024 | Moodie Davitt | South Korean duty free market slumps -23% in 2023 amid structural changes | Duty free retail sales nationwide (excluding inflight retail) tumbled by -22.8% last year...That came despite a +104% increase in customer numbers to 22,090,480, **indicating a collapse in average transaction value, the result of the crackdown on daigou trading from early 2022;** That conclusion is underlined by the -32.4% year-on-year fall in **sales to foreigners (mainly daigou business in 2022)** despite a +285.4% increase in foreign customer numbers. <br><br> **The halcyon days of 2019 seem a long way off as the daigou channel that sustained the market through the pandemic rapidly erodes;** Some duty free retailers have to worry about disposing of large quantities of **inventory they have built up in anticipation of an influx of daigou and Chinese group tourists.** <br><br> **To lure Daigou, Korean duty free stores poured KRW3.8745 trilli**on – about 22% of 2021 sales – **into customer fees,** but even this did not work well. <br><br> **"This year we will experience more erosion of daigou sales** but the conducted tourists from China will begin to increase from the upcoming spring holidays." <br><br> The Shilla Duty Free posted an operating loss for the second half of 2023 after turning a profit in the first half. This means the quality of sales are aggravated and **the daigou sector is becoming less and less profitable as the retailers struggle to keep it at previous levels.** <br><br> Travel retailers are doing everything they can to stimulate spending by Korean customers **in the wake of the daigou-driven slump....**Korean travel retailers are becoming increasingly imaginative in diversifying from **their long-standing reliance on daigou resellers.** |
| 161 | 02/05/2024 | Moodie Davitt | Big changes to daigou sector raise Korean duty free retailer concerns | Travel retailers are assessing the potentially major impact of new regulations introduced on 1 February **designed to further control daigou trading related to the country's duty free sector.** <br><br> "Many Korean duty free stakeholders did not expect the prohibition of freight cargo shipments, something **which has enabled the bulky daigou trade to flourish so far,**" an experienced Korean duty free retailer told The Moodie Davitt Report. <br><br> Incheon International Airport retailers, including The Shilla Duty Free and Shinsegae Duty Free, are effectively paying on a 'rent per head' basis for their new concessions – except for some stores under temporary operation – **so will be seeking to maximise the wholesale daigou element at the airport,** the source noted. "But due to this prohibition, their volume strategies will be hurt," he added. |
| 162 | 02/05/2024 | Moodie Davitt | Asia travel retail inventory challenges hit The Estée Lauder Companies Q2 performance | Skincare net sales declined -10%, reflecting a decrease in the company's Asia travel retail business primarily due to actions by the company and its retailers to reset retailer inventory levels [mainly in Hainan and South Korea]. **The decrease also reflected changes in government and retailer policies related to "unstructured market activity"** <br><br> This includes "the response to changes in government and retailer policies in the second half of fiscal 2023 **related to unstructured market activity [a reference to the crackdown on daigou activity out of the same two key North Asian markets noted above –Ed]** and lower conversion of travellers to consumers". |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 163 | 02/06/2024 | Moodie Davitt | Asia travel retail to return to growth in Q3 says The Estée Lauder Companies President & CEO Officer Fabrizio Freda | Speaking on a post-results earnings call yesterday, The Estée Lauder Companies President and Chief Executive Officer Fabrizio Freda said, "Organic sales in our global travel retail business decreased -28% with retail sales trends better than organic performance, reflecting both the execution of our priority to reduce trade inventory in alignment with retailers and **efforts by various local authorities to contain unstructured [i.e. daigou -Ed] market activity."**<br><br>In a further reference to the challenges in North Asian travel retail posed by the respective 2023 **crackdowns on daigou trading in Hainan and South Korea that led to the inventory glut,** Freda said, "We made meaningful progress with trade inventory levels in Asia travel retail and continue to expect to be at normalised trade inventory levels by the end of the third quarter of this fiscal year."<br><br>Freda was asked on the call about structural changes in the key Chinese beauty market – including the **consumer perception of the category, changes in daigou selling**, promotional impacts and mass brand performance.<br><br>Barclays Investment Bank Managing Director Lauren Lieberman raised the **issue of the "unstructured" market in the future**, asking, "What are you or aren't going to do in terms of regulating the degree of participation? Because I think it has a lot to do with how we should be thinking about and modeling the absolute size of the travel retail business in dollar terms as we look out over the next several years."<br><br>**"The unstructured market as such is reducing,"** Freda continued, partly because of government regulations in some cases [a reference to South Korea and Hainan], partly due to retailers' responses and partly due to ELC's own approach. |
| 164 | 02/08/2024 | BoF | Kering Braces for Aspirational Luxury's Long Winter | Meanwhile, four years after the coronavirus pandemic reshaped the landscape for luxury fashion, **the droves of organised tour groups and daigou resellers who used to help power brands' entry-level business have yet to return.** |
| 165 | 02/09/2024 | WWD | L'Oréal Chief Outlines Drivers for 2023 and 2024 | "In Hainan, the market was **severely impacted by the policy change regarding daigou**, and fell more than 20 percent," Hieronimus said. "We slightly outperformed the market in sell-out, but we're obviously not immune to the magnitude of the contraction, which effected the entire second half of the year. |
| 166 | 02/09/2024 | BoF | China's Consumer Slump Claims Another Victim as Shiseido Profit Slides | On Thursday, cosmetics group L'Oréal reported slower sales growth for the fourth quarter compared with the previous three months, **hurt in part by the Chinese government's crackdown on resellers of foreign consumer goods, known as "daigou".** |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019 – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 167 | 02/11/2024 | Moodie Davitt | L'Oréal posts record results in third consecutive year of double-digit growth despite North Asia travel retail challenges | L'Oréal Groupe has posted a +7.6% year-on-year rise (reported; +11.0% like-for-like) in sales for 2023 to a record €41.18 billon. **This came despite ongoing challenges posed by the 2023 crackdown on large scale daigou trading out of the two key North Asian duty free markets of Hainan and South Korea.**<br><br>The third consecutive double-digit annual sales increase in like-for-like terms came amid a decline in North Asia. The region continued – as with the group's peers – to be impacted by market softness in Mainland China and **the "reset" in travel retail, a reference to the daigou-related changes and subsequent inventory challenges.**<br><br>On the daigou-related North Asian travel retail 'reset' – At L'Oréal Luxe we've organised very well to make sure that we are not destroying any value through sales that were happening in travel retail. So **the new [daigou-related] paradigm that's been set up by the authorities is actually something we cherish and treasure because we'll be selling products at the highest gross margin to the right consumers on the legitimate market in an even higher proportion.**<br><br>He [Chief Financial Officer Christophe Babule] warned however, "Let me remind you that the first half of the year will remain challenging, **with the impact of the daigou policy comparative**, whilst the second half will be very dynamic.. Putting the reset of the two key North Asia markets in context, Hieronimus commented, "In Q4, if you exclude just the destocking of travel retail… the growth of the total group would have been double digit, which is overall very positive. I think **what's important on travel retail is that there's been this change in the [Hainan] policy regarding daigous that was announced in May 2023.**<br><br>Commenting on **the need to balance the group's China local market and travel retail interests and the higher cost of servicing Tier 3 and 4 cities through conventional counters rather than the daigou trade**, Hieronimus said, "I think it's a very important part of our performance in China – and I would say exceptional market share, particularly in luxury – that **we've always favoured domestic markets over travel retail and daigou.** |
| 168 | 02/12/2024 | DFNI | L'Oréal CEO expects "positive" second half of 2024 for travel retail | L'Oréal reported "record results" in 2023 with sales reaching €41.18bn – a third consecutive year of double-digit growth (+11% like-for-like/+7.6% reported) for the beauty giant. However, sales in North Asia slumped as a result of market softness in mainland China and **a reset of inventories in travel retail due to the Chinese government's tightening policies for daigou resellers.**<br><br>Following **China's policy change for daigou resellers announced in May 2023, L'Oréal was forced to reduce its level of inventories in travel retail.** Sales declined by -0.9% on a like-for-like basis in North Asia in 2023, impacted by this reset in the travel retail channel and the market softness in mainland China.<br><br>**"The first half of 2024 will remain challenging, with the impact of the daigou policy comparative,"** he said. With inventories now closer to normal levels, the second half of 2024 is expected to have a "very favorable and positive comparative due to booming traveller numbers", he commented. |
| 169 | 02/12/2024 | BoF | China Online Beauty Sales Surge in January | The country's main duty free hub Hainan is on a protracted slump digesting regulatory changes made last year that impacted the **daigou market and a higher propensity for Chinese shoppers to buy internationally with travel now more accessible.** |
| 170 | 02/13/2024 | BoF | How Fashion Deals Helped L'Oréal Become Prestige Beauty's Biggest Player | "Following changes in the **enforcement of daigou [duty-free import] regulations last May, the group will face quite tough comparatives in this part of the business** in the first half. Yet it is also clear that the underlying demand situation is more difficult," HSBC analysts wrote in a note to clients. "Outside China, the beauty market remains dynamic and we expect this will remain the case in 2024." (Brackets are in the underlying source.) |
| 171 | 02/15/2024 | Moodie Davitt | Shinsegae Duty Free posts -51.4% fall in Q4 sales but profits rise | Sales at downtown stores, **heavily affected by the well-documented changes to the daigou structure, fell -59%**. However, airport shops posted a +10% rise in sales in line with rising passenger volumes and store openings under the new contract. |

**Appendix D: Daigou-related Quotes from Trade Press and Reports by Consulting Firms[1]**

*November 1, 2019  – February 29, 2024*

| Number | Date | Source | Title | Daigou-related Quotes |
|---|---|---|---|---|
| 172 | 2/19/2024 | DFNI | Interview: Avolta maps out ambitions, trends and developments in China | With the **clampdown on daigou activities, consumers have turned more towards domestic duty-free options,** which has led to a surge in demand for duty-free shops, particularly in areas like Hainan. The crackdown has also led to a shift in consumer behavior, with more Chinese shoppers purchasing directly from official channels including domestic and overseas duty-free stores, so that they can be **confident they are buying quality and authentic products, which was not always the case with daigou purchases.** <br><br> To better cater to the domestic market, Avolta has adjusted the product mix to ensure it appeals more directly to Chinese consumers. This includes **offering products that were previously popular in the daigou market and offering a wider range of products generally**. We have also continued to adopt new technologies such as the use of digital payment systems, and interactive tools at point of sale, which customers are increasingly expecting to find available. <br><br> With the **curtailment of daigou, consumers who previously relied on these channels for overseas products are likely to turn to official duty-free stores.** Hainan, being a major duty-free shopping destination, therefore stands to benefit from this shift, potentially seeing a significant increase in footfall and sales. |

**Note:**

[1] This appendix summarizes quotes from articles from trade press sources and reports from consulting companies listed below that (1) were published between November 1, 2019 and February 29, 2024 and (2) contained one or more of the following keywords:"daigou," "diagou," "grey market," "gray market," "resell," or "resale." The search criteria capture numerous articles that discuss grey market activities involving counterfeit products or off-price retailers, resale of pre-owned goods, and resale of limited-edition products within the same market, as well as general discussions of resale platforms (e.g. eBay and StockX) or the brands' own resale services. These articles are unrelated to daigou and are not listed in this exhibit. For the relevant articles, select quotes from the articles are shown in this exhibit. Emphasis added for some quotes. Emphasis in sources removed.

**Sources:**

[A] The Moodie Davitt Report ("Moodie Davitt"), available at https://moodiedavittreport.com/.

[B] Jing Daily, available at https://jingdaily.com/.

[C] Duty Free News International ("DFNI"), available at https://www.dfnionline.com/.

[D] KPMG whitepapers on Hainan Travel Retail, available at https://kpmg.com/cn/en/home/insights.html.

[E] Bain Reports on China's Luxury Market, available at https://www.bain.com/.

[F] Business of Fashion ("BOF"), available at https://www.businessoffashion.com/.

[G] Women's Wear Daily ("WWD"), accessed through Factiva.

**Appendix E.1: Analyst Report Commentary on Daigou**
*02/04/2019 – 11/01/2022*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 1 | 4/30/2019 | Macquarie Research | Expect solid 3Q result | We expect both China and TR momentum have continued, supporting our outlook for +23% organic sales in APAC and +14% in EMEA. **We believe effects of daigou crackdown have been limited thus far.** A recent McKinsey study on China Luxury is supportive of our LT outlook for EL's +DD growth in China (see pg. 2 for some key takeaways). Moreover, **Travel Retail may come in ahead of our +20% estimate, as China's enforcement of new anti-daigou rules has been lax.** (p. 1). |
| 2 | 4/30/2019 | RBC Capital Markets | F3Q'19 Preview & Cheat Sheet | Last quarter EL's China business continued its acceleration with every brand, category and channel growing double-digits in the region. **Management continues to highlight a potential slowdown in Chinese consumer spending as a risk due to higher tariffs and the limit on daigou activities.** However, our early read-through work suggests none of these issues incrementally materialized during the quarter. We expect 3Q '19 APAC growth +16% off a +30% comp a year (a modest 200 bps deceleration from +25% in 2Q'19 to +23% in 3Q'19 on a 2-year average basis) (p. 1). |
| 3 | 9/25/2019 | Macquarie Research | Downtown Duty Free in China = More Upside | **[I]n Korea, of the $17bn in duty-free sales annually, +80% came from downtown DFS and ~70-80% were related to Daigou activities (viewed as a proxy for Chinese consumption).** These differences would imply substantial growth potential for China's own downtown DFS once regulation [is] relaxed. Downtown DFS would have multiple advantages over airport DFS including 1) lower rent, with commission rates for downtown DFS being as low as <15% vs ~30% at airports, resulting in better prices to consumers 2) larger retail space for more SKUs vs airport DFS, and 3) a better shopping experience as the stores are more easily accessible and consumers can stay as long as they want (p. 2). |
| 4 | 8/5/2021 | Jefferies | Key Takeaways from China Duty-Free Expert Call | **While Daigou contributes the bulk of travel retail business in South Korea and HK, Hainan government has decided to take a stricter approach to overlook Daigou activities.** CTGDF has launched several rounds of marketing campaigns at its online stores since Jul 23rd and introduced a traceable source QR code system. It is initially covering three categories (C&P, wines & spirits, and smartphones), effective on Aug 1st, and this requirement would be extended to all duty-free products by end-2021. **These regulatory actions aim to deter Daigou and creates a business environment that respects the rule of law and ultimately attracts more foreign business to the island. Restrictions on Daigou however is not likely to have a big impact on duty-free sales as it is only ~ 5% of the total sales, according to our expert** (p. 2).<br><br>This is in line with the methodology we use for consumer names. We assume a WACC of 10.1%, 9.5% cost of equity for China and 1.1x beta. Downside risks: increase in DF licenses intensifying competition, policy risks, including further relaxation on DF licenses and tax/duty reduction for products sold through general trade; supply shortage from principals; unsatisfying overall customer experience on Hainan Island; **rental hike at ports and competition from daigou** (p. 3). |
| 5 | 11/1/2021 | Jefferies | Preview: Sept Is Transitory Qtr; Supply Chain, China & Holiday Outlook in Focus | China Data Continues to Be Mixed; Softening in Sept Qtr: Data from China's National Bureau of Statistics points to beauty sales +3.9% in Sept, underperforming broader retail ex-autos +6.4% Y/Y (see ex 2), a slowdown from multi-year patterns (+DD%). Both LVMH and L'Oreal cited beauty sales in China were impacted by the public health crisis. We will be listening for further context around: 1) Behavior changes related to gov crackdown on luxury goods, 2) **Moderation in Daigou cross-border & cross-province activity**, 3) changing KOL regulations (p. 1). |
| 6 | 1/20/2022 | CLSA | Morning notes | We also lower our China assumptions considering lower trends in 4Q, a weaker spending environment in China currently in early 2022 with store closures pre-Olympics for China retail and cosmetics consumption and also the personal-care changes. We lower our previous assumption that travel retail margins would grow, **given recent daigou incidents could indicate higher marketing costs needed in travel retail**, and also further expansion in Hainan may require higher marketing costs (p. 6). |
| 7 | 10/4/2022 | Morgan Stanley | Call with E-commerce Service Provider | In aggregate, **sales through online channels account for 35-40% of total sales in China (excluding duty-free and daigous) for brands like EL and SK-II**. More premium brands (i.e., La Mer) have relatively lower online penetration (10-15% of La Mer's sales in China) (p. 2) ... Note: GMV figures do not incorporate product returns, which could be 20% or more; **China sales stands for sales from all retail channels in China excluding duty free and daigous**; All estimates/targets are based on the operator's comments and do not reflect Morgan Stanley's view (p. 2), |

**Notes:**

[1] This appendix summarizes quotes from analyst reports on Estee Launder that (1) were published between February 4, 2019 and November 1, 2022 (2) contained the following keywords: "daigou," "diagou," "grey market," "gray market," "resale," or "resell."

[2] Only select quotes from reports are shown in the appendix. Emphasis added for quotes.

**Sources:**

[A] Analyst reports were provided by counsel. I understand that these reports provided by counsel were obtained from CapIQ and LSEG Workspace, or provided by the Company.

Appendix E.2: Analyst Report Commentary on Daigou
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 1 | 11/2/2022 | Evercore ISI | An air-pocket: Retail sales better, but retailers destock in the U.S., China | Hainan's duty-free stores in the malls of Sanya generated $9.5 billion in sales in 2021, up 84% v. 2020. **The world's largest duty-free is set to open in Haikou this September ─ delayed on Covid disruptions? ─and will likely redirect resellers (Daigou) from Korea to China** (p. 17). |
| 2 | 3/8/2023 | Societe Generale | Recovery dynamic underestimated, move off Hold | Cut FY23e EPS 6% on Korea unwinding, delayed Hainan recovery We have incorporated the lowered FY23 (year ending June 2023) guidance at the fiscal 2Q23 results update on 2 February. **This was driven by a delayed recovery in Hainan and a sharp unwinding of the spike in grey market sales in Korea DF sales during COVID as a result of announced potential regulatory changes** (p. 2).<br><br>At the start of COVID, the Korean government allowed downtown duty-free shops (which also sell online) to sell to people not travelling, known as 'flights to nowhere' (link). The measures were brought in to support sales in the channel, as traveller numbers collapsed due to the pandemic. **These relaxed restrictions led to an increase in demand from professional resellers called Daigous, who bought lower-priced offshore products to resell in China.** A number of luxury brands have pulled out/are in the process of pulling out of the Korea downtown DF channel (including LVMH, Chanel and Rolex) to control, in our view, the effects of this dynamic. **In contrast, we believe Estee Lauder, which remains agnostic about where Chinese consumers choose to make their purchases, increased sales in Korea DF to satisfy increased demand for grey market product** (p. 10).<br><br>Our updated TR estimates (reported under the EMEA region) account for a more severe rebasing of EL's Korea DF sales from fiscal 3Q23 following the announced potential reversal of supportive measures. **These measures enabled an increase in grey market sales into China from Korea, as Korea downtown DF stores were allowed to sell to customers (including online) who had not travelled.** We estimate EL's Korea duty-free sales were running at c.$400m p.a. before COVID and accelerated to >$1bn in FY22, as the company satisfied increased demand. **As described above, the reversal of these measures should effectively lead to an unwinding of the increase in grey market sales out of Korea DF over the COVID period** (p. 13). |
| 3 | 3/16/2023 | Evercore ISI | Sounding better. Recalibrating portfolio to fragrances, haircare? | China's skincare, travel retail and DTC online are Estee's most profitable business models ... Hainan is the right –and unavoidable– bet but competes with mainland China business. **Daigou and online festivals come with the territory** (p. 6).<br><br>Hainan is the issue ... **Travelers –and daigou operators – can buy 6 months ahead and 6 months after** (p. 7). |
| 4 | 3/29/2023 | Barclays | Travel Retail: Takeaways from Expert Call | **"Daigou" is not necessarily a dirty word in beauty. The Chinese term daigou literally means "to buy on behalf of." While we've been educated to think Daigou is damaging to a brand equity, in prestige beauty this is not necessarily the case. ... The way we understand it, the Daigou or gray market is effectively just another channel that leverages price gaps that exist between markets.** While in luxury/high-end fashion the shopping experience is just as important as the purchase itself (i.e., going to the store to pick out your Chanel handbag), in beauty there is something to be said for simply trying to find your favorite hero product at the best price, and logically to us, this would not have an impact on brand equity or image. **At the end of the day, what we think is most critical is that strong demand for the products themselves is ultimately what enables/causes Daigou to exist. ... Mr. Raymond believes inventory in the Korean travel retail channel is not bloated, but rather the bigger issue at hand is likely Daigou is carrying excess inventory ... As Mr. Raymond explained it, during COVID nearly all of the sales at Korean duty-free operators came from Daigou shoppers who did not even have to purchase product in a physical store, but rather were allowed to buy product online and without visiting the country.** Though the Korean government has not yet changed these rules as Chinese consumers resume travel to the country, the anticipation of the change in government policy is likely resulting in destocking in the near term. In fact, in January the Korea Duty Free Association reported a -30% YoY decline in Korean duty-free sales, with a greater decline in beauty sales which account for more than 70% of the Korean duty free market. **In February Korean duty-free sales grew +37% month-on-month from January, with a drop in total shopper numbers but a rise in spending volume, implying a sharp increase in sales to Daigou resellers. When we asked how much inventory Korean duty-free operators need to work through, interestingly, Mr. Raymond believes that given aging of product, automatic mechanisms for cleansing stock and short supply chains in beauty travel retail, there should not be much inventory in the travel retail stores themselves.** That said, we would note that Estee Lauder in particular actually has a long supply chain into Asian travel retail, so we wonder if this difference is what is causing Estee's expected shipments into Korea Travel Retail to be so at odds with industry-wide commentary. **More broadly, Mr. Raymond believes the bigger issue at hand is that Daigou is carrying excess inventory and there is no way to quantify how much or when this will end.** Importantly, Mr. Raymond sees this dynamic as temporary and less about end market demand being troubled (p. 2). |
| 5 | 4/12/2023 | Evercore ISI | LVMH read on EL | **The key issue of course is whether Estee needs to continue to destock Hainan and/ or there's also a need to hike prices to counter arbitrage ─e.g., grey market or "daigou" from Hainan into mainland China ... LVMH's commentary on China cosmetics is somewhat inconsistent with the February rebound in imports...,** but likely reflects a stance "extremely cautious" about Hainan and risks to brands' equity from the "daigou frenzy" (p. 1). |
| 6 | 4/17/2023 | Evercore ISI | China Beauty: Sideways? March slows | **One concern is whether lower duty-free prices undermine the pricing architecture in Mainland China, as travelers and grey market operators, "daigou" can buy duty-free goods 6 months ahead of traveling to and 6 months after returning from Hainan ... As per LVMH 'There is nothing wrong with Asian travel retail as long as the clients are real clients, and not daigou, and the bulk of the Asian travel retail even today and particularly in Hainan, that you alluded to, remains daigou.** So, we are extremely cautious. We think this parallel business could destroy any brand in the long run and we are extremely conscious to avoid this type of business. So, no such thing as rebound in Asian travel retail so far' (p. 1) |
| 7 | 4/19/2023 | Barclays | Estee Lauder read across from L'Oreal | Specifically, management indicated traffic was very low in January then started bouncing back a bit in February with a strong increase in traffic and was +20% in March. **Outside of Hainan, L'Oreal saw a big acceleration in tourism in Hong Kong, Macau and Thailand, while in Korea, the market was -30% due to policy changes relating to Daigou.** For Estee Lauder, we're modeling Travel Retail at -30%, with Hainan -35% and Korea -50%. As we've previously discussed, we expect Estee Lauder to underperform the market in both Hainan and Korea as it works through excess inventory. In Hainan we expect Estee Lauder to resume shipping at a healthy rate at some point during F4Q23/C2Q23 and that sell in matches sell through beginning in FY24 (July), whereas in Korea we think this could take another quarter (i.e., by F2Q24/C4Q23) (p. 2). |

Appendix E.2: Analyst Report Commentary on Daigou
11/2/2022 – 11/15/2023

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 8 | 4/24/2023 | Evercore ISI | Slow makeup keeps Estee reliant on China | The second track is Asia Travel Retail, which reflects the interplay of two separate dynamics: 1) **The resumption of passenger traffic to Chinese locales like Hong Kong and Macao off depressed levels, some of which actually represents the resumption of so-called "daigou" or grey market** and 2) a clearing of product inventory and of duty-free prices, as Hainan reasserts itself as a magnet for reinvestment by mall developers and beauty companies alike, and the intent of the Chinese government: ... **The picture isn't all that clear, but we know that operators in Korea ended price discounts, a decision that should reroute "diagou" back to Hainan** – and that will fasten Estee's clearing of excess inventory ... **Duty-free operators we talked to have flagged a need for duty-free prices in Hainan to increase in order to discourage daigou back into China –less tolerated now by beauty companies as China reopens and full-price retail normalizes** ... One factor lengthening the clearing of inventories/ Estee's destocking is a change in duty-free allotment, unique to Hainan, implem ented in July 2020 when all international travel halted. China tripled the duty-free quota to $15K, which starts counting 6 months prior to travel and extends 6 months following the trip to Hainan. **This government incentive makes Hainan more attractive to daigou operators and has made Estee's destocking longer, we believe** ... **There's shared expectation ─ among duty-free operators and beauty companies ─ of an attractive, brand building retail environment in Hainan with daigou reigned in and that can coexist with the resumption of international travel by Chinese tourists** (p. 2) |
| 9 | 4/26/2023 | Evercore ISI | Beiersdorf on China luxury skincare, travel retail | **Beiersdorf broke out the exit growth rates for La Prairie retail sales in Mainland China and Hainan (page 2) in 1Q, commented on inventory in travel retail ─ still have to absorb stock, unwillingness to cater the grey market or "daigou" ─** and timed the turnaround late into the June quarter. ...**Korea's travel retail is being displaced by China's Hainan, but the impact was delayed/ difused through subsidies to "daigou" operators by duty-free retailers**. These subsidies ended in January, led to a deep declines ─ where PG saw SKII down as much as 90% in Korea (p. 1). |
| 10 | 5/1/2023 | RBC Capital Markets | FQ3'23 Preview – EL Should Clear the Consensus Bar...China Recovery in Process; Outperform | **On Perfumes & Cosmetics in Asia specifically, management noted that LVMH has not rebounded yet given the company's restrictive attitude on Asian travel retail due to the illegal daigou trade (consumer not showing any signs of weakness)** . ... Travel Retail trends in North Asia were similar to domestic trends but saw a strong increase in traffic in March, with traffic +20% in Hainan and notable acceleration of tourism back into Hong Kong, Macau, and Thailand. **Meanwhile, Korea saw the travel retail market -30% due to policy changes of operators in regard to daigous.** Lastly, Kering on 4/25 noted month-over-month acceleration in Mainland China, especially starting in mid March, which also led to accelerating travel trends to Macau and Hong Kong. Similar to L'Oréal's commentary, Kering also called out Korea as a weaker performer in Asia. Overall, commentary from competitors on the dynamics in Asia seem to align with EL's expectations (p. 2). |
| 11 | 5/1/2023 | Oppenheimer | Q3 Preview: A Likely In-Line Quarter, But Risks Remain on the Top-Line Guide | L'Oreal Q1 2023 Sales Call on 4/19/23: [O]verall, Travel Retail, what's important is that we continue to see a stronger acceleration of the market in Western Europe and in North America with the bounce back of traffic. So that there, the market is very positive and that's great. And as far as North Asia is concerned, the market was slightly positive over the quarter in Hainan, but again, it's the same phenomenon as China. It was very low in January because the Chinese consumers or travelers were not traveling to Hainan. They were unfortunately fighting the COVID and it has started bouncing back a bit in February and again, a strong increase in traffic in March, which was around plus 20% in Hainan. By the way, we saw also a big acceleration of tourism back into Hong Kong, Macau, and even Thailand. So this is positive. **The negative effect that we had on Travel Retail Asia this quarter, which is more or less equivalent in size as Hainan for us, is Korea where the overall Travel Retail market was estimated at around minus 30% because of a change of policy of the operators there vis-à-vis daigous. So they stopped ordering. I think they are renegotiating some terms with daigous.** We are less affected than the market. So our performance was better than that. But still, overall Travel Retail Asia was like China, flattish with the pluses and minuses. And again, as we see traffic picking up, we are confident for the remainder of the year...Overall, we see the same pattern as in China. People are going back out, traveling and wanting to buy products. And by the way, in Hainan, we continue to gain share with very beautiful exhibitions of our brands and the new brands I mentioned in particular. So same story, slow start and potential acceleration. ... **As far as the Hainan situation is concerned, we get a lot of that question, especially after comments that are made here and there on the situation with daigous** (pp. 15-16).<br><br>LVMH Q1 2023 Sales Call on 4/12/23: In Asia, including travel retail, we have not rebounded yet. As you know, we commented that many times, we have a fairly restricted – restrictive attitude vis-à-vis Asian travel retail. **There is nothing wrong with Asian travel retail as long as the clients are real clients, and not daigou, and the bulk of the Asian travel retail even today and particularly in Hainan, that you alluded to, remains daigou.** So, we are extremely cautious. We think this parallel business could destroy any brand in the long run and we are extremely conscious to avoid this type of business. So, no such thing as rebound in Asian travel retail so far. ... So on the Chinese Perfume & Cosmetic market, we've been saying the same thing for quite a long period of time. **The market is being heavily disrupted by the parallel business, the gray market or whichever way you call it, the daigou, gray market, parallel that is creating an enormous pressure – discount pressure on the market.** And when you try to preserve the value of the brand not to discount, obviously, you're at a disadvantage vis-à-vis the competition. So I don't think that the Chinese, the mainland Chinese customer by itself is in any way showing some signs of weakness and not particularly today with the recovery that we see there. But the market is heavily disrupted by the discounts and particularly on the best sellers that have been introduced during the pandemic period through the duty-free segment. So it's something that we don't see clearly where the market is going. It will take a while to normalize. But as far as we are concerned, I mean, we'll never play the game of discounts because we know it would be destroying the brand (p. 17). |
| 12 | 5/3/2023 | J.P. Morgan | Hard to "Makeup" Excess Inventory in Asia; Yet Underlying Demand is Reaccelerating | Also, **there is some accommodation of purchasing habits as a portion of the Chinese consumers (in particular the younger ones and those who live in cities where EL brands are mostly distributed online) learned to wait for double 11 and 618 deals, and these consumers have also benefited from promotions Daigou sellers were offering more aggressively during lockdowns (from their access to wholesale purchases in Hainan and Korea), and therefore there has been some retail and pantry destocking in our view.** That said, we think underlying desirability of EL brands remain strong, evident in the market share gains after supply chain disruptions were resolved, according to management (p. 1). |
| 13 | 5/3/2023 | Evercore ISI | Lowered guide. TR, Makeup offset better China | Estee's 3Q organic sales fell 8%, fractionally better than consensus of -9%, despite China's reopening leading to double-digit growth in February and March. We see two issues, one temporary, the other possibly more structural: 1) **Shifts along the Asia travel corridor that we still view as temporary, as beauty companies redirect duty-free shopping to Hainan and away from Korea. Hainan is brand building, Korea is "daigou"** ... F23 outlook lowered again to reflect shifts in Asia travel retail ─ possibly actions to curtail "daigou" in Korea, a duty-free hub that Hainan is displacing. ... Travel retail net sales decreased double digits, despite increased travelers. **Lower conversion per passenger likely reflects "daigou", and shifts in the Asia corridor –Korea down, Hainan operators yet to restart reordering** (p. 1). |
| 14 | 5/3/2023 | TD Cowen | Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability | Big question is now that the world has reopened whether the current guidance reflects a more realistic view of the recovery in Asia travel retail. **Further, we worry if larger than desired inventories, nonbeauty luxury competitors, structurally changed Daigou shopping trends, and/or optimistic guidance could lead to even lower estimates despite a substantial -32% full year EPS cut** (p. 1). |

**Appendix E.2: Analyst Report Commentary on Daigou**
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 15 | 5/4/2023 | Morgan Stanley | Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, But Strong US/European Results Highlight Post COVID Potential | Asian Trifecta Drives a Large FY EPS Guidance Revision: EL's stock was down - 17.3% (vs a -0.7% S&P decrease) after a much larger than expected FY23 EPS guidance revision on Asian weakness that we had expected with a soft post COVID China recovery in calendar Q1, but was much worse in magnitude than expected. ... This was due to: (1) softer than expected Hainan trends with weaker conversion of higher traffic in general into beauty sales, and retailer inventory cuts, (2) **weaker Korea sales, with duty-free retailers cutting inventory ahead of a transition to post COVID regulations and less Daigou purchases, as well as a slow travel consumer return**, and (3) a weaker prestige beauty recovery in Mainland China than expected in CY Q1, despite sequential improvement in February/March (p. 1).<br><br>Call Details: EL cited three key headwinds for lower guidance: (1) In Hainan, expectations for a beauty recovery were too optimistic as conversion of a higher number of travelers to beauty lagged other categories, which also drove retailer inventory reductions. (2) **The second headwind was lower Korea travel retail sales as post-pandemic regulations return, limiting sales from duty-free to nontravel customers, with lower sales to Daigou's, and retailer/consumer inventory drawdowns**, and (3) a weaker than expected recovery in China in fiscal Q3, albeit with improvement to DD growth in mainland China in February/March vs a deep DD decline in January (fiscal Q3 overall was +LSD in mainland China). (p. 2). |
| 16 | 5/4/2023 | Evercore ISI | Travel retail de-risked, attractive buying opportunity | **The grey market or "daigou" preexisted the pandemic ─ used to be Hong Kong, Macao ─ and is unlikely to go away completely. Arguably, daigou was tolerated at the thickest of the pandemic, with the West locked down, because it stabilized earnings and generated cash. However, it's flipped into a risk to pricing in mainland China, as Korea loses business to Hainan.** L'Oréal and Beiersdorf are also rearranging their businesses in Asia, but Estee's exposure is much larger (page 13) and the firm doesn't seem to have visibility over inventory levels and how long it will take to clear them. Given that Hainan's rise is backed by China and likely structural, Estee could consider buying back inventory from Korea operators, as it has done when U.S. department stores failed, and 1) protect the brands, 2) shorten the firm's financial pain, and 3) reveal to investors its earnings power, obscured by volatility (p. 1).<br><br>Main risks: ... 2) **Daigou from Hainan undermining the pricing architecture in Mainland China.** Travelers are allowed to purchase tax-free products 6 months prior to traveling to and 6 months after returning from Hainan. Note that these purchases are made online, and therefore, Hainan effectively competes with retailers in Mainland China, both online and brick-and-mortar (p. 3).<br><br><u>Hainan is not just Estee's bet, it is where the market is going.</u> **Concerns over daigou started in mid-2022, when passenger traffic had nearly halted because of Covid outbreaks and sales continued strong**; this implied that Hainan had inexplicably high conversion rates (p. 4). |
| 17 | 5/7/2023 | Raymond James | EL Management Meeting Notes | **While we expect EL's core consumer to return, we have less visibility on the 'daigou' channel, and we expect that until the Asia corridor works through its inventory overhang in duty free and daigou, sell-in will remain under pressure. The bigger issue though is if daigou is now structurally changed as the price differential between travel retail and in-country narrows** (p. 1).<br><br>**Retailer inventory a key near-term risk. Our sense is that management has fairly accurate visibility into the amount of inventory in the brick & mortar Asia travel retail channel, but the wild card in our view is the speed of consumption recovery and conversion and daigou.** The question will be how much inventory retailers choose to hold relative to the elevated levels needed during peak demand over the pandemic; we expect this inventory rightsizing to be a headwind through most if not all of the rest of CY23 (p. 2). |
| 18 | 5/8/2023 | Telsey Advisory Group | Highlights From Meetings With EL Management | Prior to the pandemic, South Korea had the world's largest duty-free market ($20.9B in 2019). Of the total market, it was estimated that approximately 70% of sales come from cosmetics and skincare. **Additionally, an article in The Korea Herald stated that over 80% of the Korean duty-free shops' revenue was dependent on China's tourists and resellers. However, once the pandemic hit and international travel evaporated (approximately 17.5MM international tourists visited Korea in 2019 vs. just 967K in 2020), the Korea Customs Service and related government agencies adjusted regulations to support duty-free sales and protect jobs. These efforts included allowing duty-free products to be sold domestically to locals, allowing products to be sold as third-party exports through resellers, eliminating a $5,000 duty-free allowance for outbound Korean tourists, offering flights to nowhere,"** and enabling cross-border online shipping. EL noted that Korea rolled back its duty-free support efforts suddenly in the fiscal third quarter with the expectation that international travelers would return to Korea and support the dutyfree industry. However, Korea's tourism business is significantly exposed to China, especially through organized group tours, and its rebound has been slower than anticipated. Visibility into the timing o f Korea's tourism recovery remains uncertain (p. 1). |

Appendix E.2: Analyst Report Commentary on Daigou
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|--------|------|-------------|-------|--------------------------|
| 19 | 5/12/2023 | Societe Generale | Breaking down the 'overload' in sales in F22 | **The lack of visibility on how much sales had been absorbed by daigou duty-free buyers in Korea (to sell into Mainland China) has been the key issue for EL, we suggest**. We coin the term 'overload sales' to capture sales in F22 that were seemingly a build-up of excess inventory in the channel. The largest portion we believe was up to $1.7bn in Asia travel retail (TR). This excess stock is taking time to work through. This explains the sudden lack of shipments to Korea for EL vs F22, and the lower demand in Hainan and Mainland China, even beyond the COVID-related disruptions in recent months. ...We assume that a small (c.$400m) part of this $2.1bn 'overload', relates to overstocking by US retailers, and the majority (the remaining c.$1.7 bn) to sales bound for China that had yet to be sold on to consumers. **This is mostly via professional 'daigou' resellers in the South Korean TR channel , after a proposed reversal in December of the relaxed duty-free buying rules during COVID, which has effectively halted these informal sales, which ballooned in 2021/22** (p. 1).<br><br>**We estimate the 'overload' dynamic saw the growth of total China sales (via mainland and travel retail channels, including sales via Korea duty-free daigous, as shown below) balloon to nearly $7.4bn, up from $2.8bn in F19**. That growth rate of 37% per annum between 2019/22 for total China was achieved despite the supply issues caused by lockdowns and the arguably less established presence online compared to market leader, L'Oréal. However, it seems that Estée was able to circumvent some of these sales challenges by satisfying stepped up demand out of Korea. **But these sales were being achieved due to lower prices available online via the daigou offers, and the surplus buying by daigou traders while they could** (pp. 4-5).<br><br>[T]he South Korean government brought in measures during COVID (in late 2020) to support duty-free sales in the country as traveller numbers (a large portion of which were from China) collapsed during the pandemic. These measures allowed downtown duty-free shops (which also sell online) to sell to domestic consumers who had not travelled (known as 'flights to now here'). **This led to an increase in sales to professional resellers called 'daigous', who were able to buy lower-priced products in Korean duty free to resell in China (at prices below that on the mainland)**. ...In December 2022, the Korean government announced plans to reverse the rules and put the focus back on physical travellers. **This led demand from professional resellers to dry up almost overnight, and to a sales decline of over 70% in F23, we estimate** (p. 5).<br><br>**Our concern lies in the pricing uncertainty to consumers, given that daigous are independent and uncontrolled and prices for the same item can vary from one trader to the next. Daigous also typically (although not always) lack the luxury brand-driven sales and after-sales service of formal channels.** However, in the near term, we think these sales have been a substitute route for consumers who otherwise may have bought in Hainan. This dynamic needs to work through we think before consistent shipments to Hainan align with improving traveller and offtake rates. ...**We understand A&P spend and other SG&A costs are typically lower as a proportion of sales in the TR channel, but this had been further boosted during the pandemic as a result of not needing to spend as much on staff levels and advertising to drive daigou-led demand** (pp. 8–9).<br><br>We assume...uplift in A&P spend to rebuild brand equity as well as drive demand in the TR channel (which is no longer daigou led). ...**Our new forecasts...[reflect] potential damage to brand equity as a result of the increase in cheaper grey-market product (from daigous) and the associated spend required to rebuild brand image/demand** (pp. 11–13). |
| 20 | 5/12/2023 | J.P. Morgan | Hainan Traffic Data, Shiseido & Other Peers Read-Through | Starting with overall traffic data, it seems that generally Hainan's traffic is recovering but did not really boost the number of customers in duty free malls, implying low conversion rate (as EL called out during the earnings call - see our model update note). We think it is mainly due to the below reasons: (1) CTG has reduced promotions since last year as they would like to seek high-quality growth and improve margins, so it is likely a few price-sensitive customers, especially those without urgent needs left. (2) **Given there are fewer promotions, Daigou activities are cooling down, and also due to the reason that Hainan's government had stringent controls on Daigou. ... We also think that as the Korean Duty Free incentives led to a pull forward in Daigou activities into last fiscal year, and this excess inventory both at the DFS in Korea (covered by Youna Kim), at Daigou and in end-consumer pantries in Asia , who likely stocked up during the deep discounts phase into late last year and start of 2023.** Our China team believes there is still price competitive ness for Hainan vs. domestic retail price for skincare, cosmetics and liquor. (p. 1).<br><br>As it specifically relates to LVMH's perfumes & cosmetics division, the segment pertaining to Asia (including travel retail) did not rebound but also, management noted that they have a limited business in Asian travel retail. **To this end, LVMH management added some interesting insights - a big majority of Asian travel retail, and particularly in Hainan, tends to be Daigou, which according to LVMH management is detrimental and further commented, "this parallel business could destroy any brand in the long run". Looking forward, LVMH added that there are two phases to Hainan: i- only-duty free concessions: where the business is mostly dominated by China Duty Free Goods Corporation and other operators, and is an important business for some cosmetic brands (such as EL) but is plagued by Daigou**; and ii- tax free: which will make Hainan comparable to Hong Kong SAR and there will be price difference with mainland China making the region more appealing in the mid-term (p. 2). |
| 21 | 5/15/2023 | Evercore ISI | Will Revenge Travel clear inventory faster? | Estee's correction now is much larger given 1) ~35% exposure, 2) a supply-chain outside Asia and 3) that **within the grey market of beauty products, Hainan displaces Korea duty-frees — the so-called "daigou" pre-existed Covid but thrived under zero- Covid policies.** The excess inventory in Korea surfaced when mobility is improving — reports of "revenge traveling" in May, pages 10-12 — and could fasten the normalization of stocks and prices along Asia travel... **We do worry over the daigou impact on equity and pricing, but Estee believes it has regained share in Mainland China for two quarters**. However, destocking worsened, obfuscating this baseline of improvement in the retail, full-priced front. ... Changes in travelers' mix: Higher mix of tourists looking for experiences v. resellers, page 12)? (p. 1).<br><br>Hainan's success was cemented by China's decision to triple travelers' allotment for purchases of duty-free products to $15K/ year in July 2020. By mid- 2021, China Duty Free Group (CDFG) had displaced Dufry as the world's largest travel retailer, and had become Estee's largest customer, displacing Macy's. How other duty-free operators adapted? **E-commerce, daigou traders and government incentives kept Korean operators Lotte and Shilla afloat.** ... In 2021, year 2 of Covid, beauty companies didn't expect to get back to 2019 levels until 2023. Then, CDFG hatched the plan to develop Haikou International Duty - Free City, inaugurated with some Covid-delays in late October of 2022 — Estee's 2Q F2023. Ahead of this Haikou mall (page 14) Estee shipped $690M worth of product or 17% of global sales, as the firm has over 50% of the Hainan market, in our estimates (page 5). CDFG retail sales grew 23% in 1Q and noted that "offline sales had showed a significant rebound". Their opening the world's largest luxury mall in the city of Haikou is reinforcing the province of Hainan as a touristic destination. **Daigou is devoid of Estee's "high-tough" shopping and can hurt its brands' reputation and undermine their pricing.** This practice and China's promotional bent online — Singles' Day, "6.18" shopping festivals — clearly constitute a risk (p. 2).<br><br>**Daigou won't go away: In Hainan, reselling coexists with brand-building investment by retailers and beauty companies; Korea feels in decline, gearing toward local "K-beauty" brands. Korea reportedly is recovering since February as operators pay commissions to travel agencies for recruiting Chinese resellers to their downtown malls.** This practice triggered Korea's destocking and is outside companies' control. But pricing differences can be managed: Procter indicated having raised prices on SKII in Hainan by 20% to redirect shoppers to department stores in Mainland China. We've not heard from Estee's pricing policies, yet. Structurally, as we see it: 1) Estee has regained market share at retail (full price?) in China for two quarters in a row — following disruption in the firm's Shanghai hub — a trend that suggests underlying brand strength and 2) **the destocking in Korea speaks of an effort to regain control over these resellers** (p. 3).<br><br>**Korea rely heavily on daigou trade (Chinese resellers)** (p. 6). |

Appendix E.2: Analyst Report Commentary on Daigou
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 22 | 5/31/2023 | Barclays | Seize the Moment | We'd also highlight what has transpired in Korea Travel Retail, with a seeming break down of communication between the Travel Retail affiliate and corporate around excess inventory and demand, or a lack of controls on allowing the Korean Travel Retail business to get as big as it did during the pandemic. **Recall, even prior to the pandemic, Daigou was said to be ~80%+ of Korean Travel Retail sales.** Further, outside of Korea, in Hainan and other regions within Asia we question how much inventory is sitting with distributors and if there is an opportunity for Estee Lauder to buy back inventory to rightsize its Travel Retail business (and get control of in-market discounting activity), as it similarly had done in the Middle East back in 2018 (p. 4).<br><br>But We Think More Needs To Be Done, and Quicker ... Just as Estee Lauder set out on its transformational SMI roll out enabled by SAP nearly 20 years ago (in 2006), we wonder if a similarly large-scale project shouldn't be initiated to improve the company's forecast accuracy and demand planning capabilities and overall enable the company to operate in an increasingly complex business environment in terms of SKUs and channels of distribution. To be sure, it did seem as though it was working on some smaller-scale projects back in 2019, though we don't know to what degree, if at all, these were executed as the global pandemic presented additional challenges to work through. **We'd think part of this improvement in IT capabilities would be an implementation of some set of guardrails to monitor order patterns by both distributors and retailers to ultimately shrink the size of Daigou** (p. 9). |
| 23 | 6/1/2023 | Evercore ISI | On Asia Travel Retail, resellers or daigou | Below we relay other key messages in the context of the bigger picture of global and Asia travel retail, largely duty-free malls in Korea that started to sell online and relied heavily on resellers or "daiogu[sic]" to stay afloat during Covid... Investors know that travel retail isn't just airports and Hainan, but also this bulk buying by daigou to resell online at discount to Estee's own business in Tmall. The firm pledges to pay close attention to orders from Korean retailers that could feed daigou and believes that there has been no impact on the brands' equity, which it tracks monthly. This explains Estee's emphasis that China retail sales are growing, above and beyond reselling in the grey market. **We estimate daigou could account for 20% of the overall China's luxury beauty market** (p. 1).<br><br>**Retailers adjusted down the levels of inventories willing to carry..., taking reported sales for CTRG (Hainan) and operators in Korea, sales in the Asia Travel corridors were down DD in 2021, as both locales compete with each other for travelers and daigou operators** (p. 2).<br><br>**A new type of daigou described as "massive" and involving reselling online. ... His expectation is that passenger traffic alone and legislation in Korea will clear the aggressive type of daigou because it is not profitable to retailers either ... Personal "daigou" of 100,000 people reselling with a little margin, and seen as "not damaging"** (p. 3).<br><br>**The share of duty-free shops, mostly in Korea relying on daigou, jumped to ~60%** (p. 10).<br><br>**Korea rely heavily on daigou trade (Chinese resellers)** (p. 12).<br><br>**Reselling product purchased in Korea could account for ~20% of China's luxury beauty ... Potential daigou into Mainland China** (p. 13). |
| 24 | 6/5/2023 | Evercore ISI | China Beauty: 6.18 online festival off to a solid start; beginning of a recovery? | Estee is assertively destocking travel retail and duty-free operators — first in Hainan, currently in Korea — whose sales to resellers or "daigou" surged during the pandemic, competing with the firm's businesses in Mainland China. Destocking will continue into the September quarter to crack down on resellers ... In Tmall, L'Oréal and Estee Lauder operate direct-to consumer businesses, which allow them to control promotions and emphasize their newest products, therefore, stir business away from resellers (p. 1). |
| 25 | 6/20/2023 | Bank of America | Just Asking: China recovery, how long; how high? | 1) APAC travel retail may not recover to past trends. **Our analysis of domestic day tourist data suggests per capita cosmetic purchases are declining potentially to increase domestic on-line penetration at competitive price points, regulation on daigou resellers and consumers spending travel dollars differently. 2) Korea travel retail (at one point a "high single digit" percent of EL sales) and heavily trafficked by Daigou re-sellers for EL.** (p. 1).<br><br>Using data provided by the National Bureau of Statistics of China (NBS-C), we conclude that the recovery from Zero COVID lockdowns that began in 2022 will take longer than the recovery out of initial lockdowns in 2020. The main drivers of this slower recovery appear to be attributed primarily to slow traffic recovery and lower levels of spend in Travel Retail per capita. In our view, these changes in spending habits are likely being exacerbated by: 1. Competition from online channels where promotions and events have brough prices closer to those seen in duty free. 2. **Government tightening restrictions around daigou resellers, pushing their purchases below 2021 levels** 3. Potentially elevated promotions in duty free if the government urges sellers to hit FY23 targets they are currently lagging behind (p. 2).<br><br>**Ahyung Cho, the BofA analyst covering South Korean cosmetics, estimates that Korea accounted for as much as 50% of cosmetics sold through Travel Retail (roughly $12Bn), and leaning heavily on daigou resellers.** (p. 5). |
| 26 | 7/5/2023 | J.P. Morgan | Options Strategies into a Likely Soft FY24 Guide Ahead; Fundamental Debates Ahead of Earnings | With FQ4 well telegraphed based on company guidance, we think focus will be on travel retail destocking in particular in Hainan and Korea where DFS retailers, daigous and consumers have excess inventories (p. 1).<br><br>**Korea DFS Recovery Remains Lackluster... The weakness is mainly due to i- unfavorable FX for outbound tourists; ii- group tourism from China has not resumed as of yet; and iii- Korea DFS operators' strategic focus shifting to profitability from top line growth since January 2023, lowering the discount rate offered to Daigous.** Along with soft end demand in China and existing inventory at Daigous and end-consumers, less discount to Daigou is causing a delay in product sourcing. In addition, **according to our channel check with industry experts, end demand is relatively better for makeup and sun care in Korea TR, thanks to re-opening in China and low base, while demand for luxury skin care is softer due to pull forward revenue in previous years and less Daigou traffic ... We note that there is a lot of Daigou activity in Korea and tourism from China is still below par as our Korea counterpart highlighted** (p. 3). |

Appendix E.2: Analyst Report Commentary on Daigou
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 27 | 7/6/2023 | Morgan Stanley | Bumpy Downhill | We don't think consumers are using less skincare, but they are likely buying less because they bought too much in 2019-21. **Discounts, free beauty samples, influencers, livestreaming, and the resale market are the main factors resulting in channel inventory, overconsumption, and significant price gap across various channels** (p. 3).<br><br>In addition, COVID prevention measures disrupted travel to Korea and Hainan (major travel retail channels) and disrupted traffic in malls/department stores. **This indirectly resulted in the development of a resale market, as brands were under pressure to generate top-line growth. Product pricing in resale channels is usually much lower than in official channels** (p. 7).<br><br>**Reflecting our cautious view on the resale market, we also trim our assumption for China's and Korea's travel retail channels as a major sourcing channel for resellers**. Combined beauty sales for the travel retail channel in China and Korea registered a 32% CAGR over 2016-2021, but the growth outlook has decreased significantly, to only 1% CAGR over the next three years. This change has led to earnings estimate cuts for Estee Lauder, Amorepacific, and LGHH, in addition to the travel retail operators (CTG, Shilla) (p. 10). |
| 28 | 7/17/2023 | Evercore ISI | What's in June Q and F24 consensus? | **This cut reflects: 1) lower conversion by travelers to Hainan, which has improved through May despite a crackdown in daigou on China's side, and 2) destocking in duty-frees in Korea, primarily**...Sell-out in Korea's duty-frees also is declining less according to the Korean dutyfree association. **But Korean operators could be cutting inventory at deeper rates given that Chinese resellers (daigou) account for 90%-plus of their sales. ...2019 is the natural baseline for Asia travel retail at $23 billion. What cushioned declines in Asia duty-frees during the Covid-19 outbreaks in 2020 and 2022 were special legislations in China and Korea, which fueled daigou of cosmetics and personal luxury goods** ▪ Asia travel retail is trending at $16 billion in C2023, or 15% below last year despite an increase in mobility in China, reflecting weak demand and a shift in spending toward experiences – not dissimilar to what played out in the West over the past 12-18 months ▪ A best-case scenario assumes Hainan hitting its 2023 target of 80 billion yuan while Korea falls ~25%, in-line with May 2023 run-rates. This solves for Asia travel retail at $21.5 billion and growing 12% v. 2022. **This 2nd scenario sounds closer to what luxury companies describes, but disruption from Korea "daigou" is much more prevalent for beauty products** (p. 2)<br><br>**Counterintuitively, ELC exposure to travel retail peaked in F2021 as Asia duty-frees sold to non-travelers (daigou) at a time when global air-passenger traffic had fallen 69% v. F2019 levels** (p. 8).<br><br>**China's resellers (daigou) powered Asia duty-frees in C2021, which Covid disrupted in 2022** (p. 9). |
| 29 | 7/20/2023 | Barclays | Downgrade to Equal Weight | **Recall, the company is still sorting through excess inventory across Asia Travel Retail, which the company mentioned is not expected to be completed until the end of this calendar year, as well as the unknown issue of how much inventory build there has been both in consumer pantries and re-seller/daigou stocks** (p. 5). |
| 30 | 7/26/2023 | Jefferies | Concerns Around Prolonged Recovery in China, Skincare Shift; D/G to Hold | **Tighter regulations around the Daigou could have negative implications on the channel** (p. 5). |
| 31 | 8/1/2023 | Citi | Recovery Path More Uncertain; Downgrading to Neutral | **Additionally, our China Consumer team learned that EL's Taobao (third party/resellers) sales growth continues to outpace Tmall (official brand storefront) sales growth such that the Taobao/Tmall mix has shifted to 55/45 from 30/70. This is concerning because brands can face reputational challenges and it can be more difficult to manage pricing of resellers when resellers become larger than official online stores.** Indeed, our China Consumer team also learned that long-lasting chaotic pricing could have damaged EL's brand image owing to Taobao pricing 20-30% lower than Tmall official pricing and the lower pricing from travel retail channel due to frequent discounting. (p. 4).<br><br>In Hainan, L'Oréal indicated that there was a sequential deterioration from 1Q to 2Q. **The company noted that it faced headwinds as in "mid-May, the authorities started to exercise much tighter control over the Daigou trade to preserve what they call Hainan's Golden Brands, and Travel Retail operators have consequently refocused on the individual traveler.** This has had a severe impact on industry-wide sell-outs. We estimate that if the current policy remains the same, it could lead to a couple of months of inventory reduction." Given EL's larger exposure to Hainan, we view this commentary as particularly negative. (p. 5). |
| 32 | 8/3/2023 | Evercore ISI | Beiersdorf: Asia to stabilize in December quarter | Disruption in Asia travel retail worsened in the June quarter. **Beiersdorf estimated La Prairie daigou sales plunged 87% in 2Q. These declines aren't just in Korea but also in Hainan despite a recovery in traffic, as operators are compelled to keep inventories low and custom agents crack down on Daigou. ... Daigou of beauty products is unlikely to go away. Likening China's daigou to direct-selling channel makes sense to us**: ... It's a job, that of a distributor arbitraging price differences between duty-frees and department stores. ... **This type of reselling is culturally engrained in China and other emerging markets (Brazil, Mexico, Philippines…) where the development of retail lags.** ... During Covid, Korea duty-frees ballooned China's resale channel and government incentives fueling Daigou ended in 4Q '22. As of 2022, Korea dutyfrees are ~2.5x Hainan (pp. 1–2).<br><br>**We suspect Daigou is probably moving elsewhere**, considering that La Prairie sales tripled in Hong Kong, Japan, Singapore and Thailand, and Beiersdorf spoke of strength in Australia, where Korean operator Lotte just **opened a duty-free mall.** ... We share investors' worry over the impact of reselling on brands' equity, and one key question is whether these "push" sales can be recaptured by formal channels such as stores and E-commerce and if so when: ... China's E-commerce also involves promotions, and in this context Beiersdorf spoke of competitors offsetting this Daigou impact with online promotions....**Did EL and OR over-invest in Hainan, if Daigou volumes are permanently stripped out?** Very likely, but these stores work no different than the investment luxury companies make on "cathedrals" to showcase handbags and watches to exert pricing power (p. 2).<br><br>**BEI's prior outlook calling for a June rebound proved optimistic, as China cracked down on Daigou in Hainan as well** (p. 6).<br><br>**China's resellers (daigou) powered Asia duty-frees in C2021, which Covid disrupted in 2022** (p. 7).<br><br>**Adjusting for Asia TR (daigou), China's prestige beauty spending still lags Korea, Japan** (p. 10). |

Appendix E.2: Analyst Report Commentary on Daigou
11/2/2022 – 11/15/2023

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 33 | 8/7/2023 | Deutsche Bank | What we're watching for in FY4Q23 results | **We expect this will be a difficult set of results and forward guidance for EL—noting still-choppy trends in China broadly, last quarter's elevated channel inventory backlog (particularly in Hainan), incremental pressure intra-FY4Q spurred by authorities cracking down on daigou trade practices in Asia Travel Retail, as well as disruptions from an EL-specific cyber attack complicating the start of FY1Q24** (p. 1). |
| 34 | 8/9/2023 | Oppenheimer | Updated Thoughts into the Print; Best to Stay Sidelined | L'Oreal Q2 2023 Earnings Call (7/28/23): In Hainan, however, there's been a clear deterioration between the first and the second quarter. **As you know in mid-May, the authorities started to exercise much tighter control over the Daigou trade to preserve what they call Hainan's Golden Brands. And Travel Retail operators have consequently refocused on the individual traveler.** This has had a severe impact on industry-wide sell-outs. We're obviously not immune to this. We estimate that if the current policy remains the same, it could lead to a couple of months of inventory reduction, keeping in mind that our absolute priority is the protection of our brands' equity within the Chinese ecosystem... On Travel Retail, Travel Retail remains a fantastic channel both for business and to showcase our brands and will continue to use Travel Retail as such. And it's always been its purpose, by the way. Right now, where the worldwide traffic is at plus 56% versus 2022, very dynamic in the West, in Western Europe, and it's beginning to pick up in North Asia with Chinese traveling to Thailand and to other parts. So, it is definitely a showcase for our brands. **The only thing is that as we said, I think this – the COVID, the lockdowns have kind of fostered an unusual development of this Daigou business which is now being brought to normal levels.** We do not know exactly what the Chinese authorities would want to do in the future because the rules can change from one day to another. So we'll adapt, as we always do. But very clearly, we will continue to invest in Travel Retail, which by the way, contrary to what you say, has a lower gross margin than the traditional business to match duty free prices. But we will indeed continue to invest.... As far as North Asia is concerned, you are right to say there are lots of moving parts. On the one hand, you've got a change of – I would say, a change of paradigm in Travel Retail. **As you rightly pointed out, in the first quarter, the Korean operators reduced their buying and particularly their trade with Daigous. And as I explained, in May, the authorities in China decided to put a strong control over Daigous.** (p. 8). |
| 35 | 8/10/2023 | Evercore ISI | China destocking in July. Ban on tours to Korea lifted today | **Estee's competitiveness, as investors worry over the impact of "daigou" on brands' health and pricing power.** Outlined below are the most recent datapoints: ... **Korea's 2nd largest duty-free Shilla — an affiliate of Samsung— reported a 30% decline in travel retail in 2Q, which is quite tough.** But this read confirms how extreme (fast?) inventory is being cleared, when connecting dots with **Beiersdorf's estimate of "daigou" sales down 87% in this same period.** ... **Note that a newest negative development centered on crackdowns in daigou from Hainan as well — not just Korea— which L'Oréal put as a "paradigm shift."** ... Sell-out in Hainan accelerated in 2Q to 46%, up from 15% in 1Q, based on customs data. This rate of growth jibes with number of shoppers in Hainan. **Therefore, sell-out in Hainan is recovering at rates commensurate with traffic, not by "daigou", which is very good news** (p. 1). |
| 36 | 8/14/2023 | Evercore ISI | Brands, long-term look fine into results. Channel shift makes timing tricky | Two factors — external to Estee and impacting all companies to a lesser degree — compound and can prolong this disruption in Asia travel retail: • **One is China's on-and-off crackdown on "daigou", which at a high level constitutes a network of independent distributors that works as a discount direct-selling channel to lower-tier Chinese cities.** • The other is the digitalization of duty-frees in Korea and Hainan, which led to a channel conflict with retailers in mainland China. This issue is irrespective of and in addition to daigou. This friction now creates an incentive for all Chinese and Korean retailers to destock. ... **This clearly is a bigger problem for Estee, given its exposure to China and reliance on duty-frees as a channel (pages 25-31), as it is unknown when formal retail formats will recapture enough of this daigou trade so that companies can ship products at rates commensurate with retail sales or sell out** (p. 1).

Euromonitor is the source of our share data and this series likely excludes daigou. Why? Because Euromonitor does not track duty-frees as a channel: tax-exemptions make Travel Retail heavily regulated and a black-box for brands, as duty-free consultancy Altavista explained to us. ... **ELC brands top rankings in skincare, makeup and fragrances (page 7). Their popularity doesn't support a view that brands such as Estee Lauder and La Mer were impaired by daigou ... ELC's future competitiveness depend on which channels will recapture most of this daigou trade** (p. 2).

**Is China more mature than thought, given "daigou"?** (p. 8).

**Adjusting for Asia TR (daigou), China's prestige beauty spending still lags Korea, Japan** (p. 10).

**Counterintuitively, ELC exposure to travel retail peaked in F2021 as Asia duty-frees sold to non-travelers (daigou) at a time when global air-passenger traffic had fallen 69% v. F2019 level**s (p. 15).

**Chinese resellers (daigou) reportedly account for up to 90% of duty-free operators' sales** (p. 26).

**China's resellers (daigou) powered Asia duty-frees in C2021, which Covid disrupted in 2022** (p. 28). |
| 37 | 8/15/2023 | RBC Capital Markets | F4Q'23 Preview - It's Bad...But How Bad? | **Are restrictions on Hainan daigous factored into guidance?** The recent major development called out by Beiersdorf, Shiseido, and L'Oreal is the tightening of restrictions in Hainan on daigous by the Chinese government starting in the May/June timeframe. This is leading to retailer inventory reductions and lowering sell-out (Estee's guidance for this quarter assumes de-stocking). L'Oreal expects this shift in policy will lead to a few months of destocking in Hainan, while Beiersdorf expects normalization of Korea/Hainan in CY4Q'23. **Beiersdorf noted that overall daigou business (China and Korea) declined by 87% in Q2, while Shiseido mentioned that sell-out in June declined mid-teens% in Hainan.** We believe Estee's guidance has this factored in (EL mentioned destocking would linger into F2Q'24). ... **While EL mainly attributed this cut to elevated travel retail channel inventories and slower than expected recovery in China, we feel that the downside from restrictions on the Daigou trade were at least partially accounted for given the magnitude of the cut.** L'Oreal noted that the restriction on the Daigou trade went into effect in May ... Keep in mind that EL faces easy comps, inventory issues in Hainan should dissipate in F2Q'24 (December 2023 quarter), the company will be lapping travel retail dynamics that troubled performance in FY'23, and restrictions on the daigou trade should also normalize (as assumed by most global beauty players) (p. 2). |
| 38 | 8/15/2023 | UBS | Scouting Report: What To Expect From EL's F4Q | Thus far, the read-throughs from industry peers (most notably L'Oreal, covered by Guillaume Delmas) suggest that while both consumption and mobility continue to improve in Mainland China, **Hainan (~LDD% of the business) remains challenged due to a reduction in retailer demand following local authorities' focus on increased controls on Daigou** (p. 1). |

**Appendix E.2: Analyst Report Commentary on Daigou**
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 39 | 8/16/2023 | Wells Fargo | EL: Lauder Truths | Inventory situation surely worse. L'Oreal CEO Hieronimus on the Q223 call (7/28): "**in Hainan ...a clear deterioration between the first and the second quarter**" amidst a crackdown on the daigou trade mid-May, which could lead to several months of inventory reduction. LVMH, Shiseido and P&G (SK-II) have seen similar (p. 1). <br><br>**The more realistic scenario is that EL says that it is taking longer than expected to clear inventory in China TR, namely as authorities crack down on the use of daigou (buying groups in Hainan, transporting goods back to the mainland for profit), which per checks accelerated notably in t he quarter. Recall this is what happened in Korea in the March qtr** (p. 3). <br><br>Why might inventories be lingering in China TR? **Crackdown on the buying groups (daigou) seems real.** Indeed, quotes from l'Oreal, LVMH, and Shiseido painted a picture of a worsening operating environment amidst a step-up in regulations. These can be short-lived, but painful. **We note that PG's SK-II business in South Korea was down -90% in the March quarter given a similar crackdown on the daigou, but bounced back to just -3% in the June quarter.** We note that PG's SK-II business was up +22% in the June quarter, but its Travel Retail business (including Hainan) was up just +1% with regulatory changes in the China TR market a key headwind. ... L'Oreal CEO Nicolas Hieronimus on the Q223 earnings call on 7/28: "In Hainan, however, there's been a clear deterioration between the first and the second quarter. **As you know in mid-May, the authorities started to exercise much tighter control over the Daigou trade to preserve what they call Hainan's Golden Brands. And Travel Retail operators have consequently refocused on the individual traveler.** This has had a severe impact on industry-wide sell-outs (p. 4). |
| 40 | 8/16/2023 | Bank of America | Refine China: lowering estimates and PO | Longer-term, recovery to pre-Shanghai lockdown revenue growth and earnings power are likely influenced by: 1) strength of consumer recovery 2) shape of competitive landscape including local brands and multinationals 3) **Channel composition particularly travel retail where EL is more exposed to Daigou resellers.** If the wholesale element in Hainan/Korea shrinks it could extend the time it takes for EL to recover margins in China. (p. 1). |
| 41 | 8/17/2023 | Barclays | F4Q23 Earnings Prep | **What Matters Most To Us … Commentary on time frame for a recovery in Travel Retail and impact from government measures to reduce Daigou in Korea and Hainan** (p. 2). |
| 42 | 8/18/2023 | Piper Sandler | FQ4: Cautiousness Affirmed. Some Green Shoots, but Road Remains Bumpy. Reit. N | Key Points from the Call. 1) **Daigou restrictions are having a negative impact on Travel Retail traffic, with a "meaningful contraction" in Hainan in May and June.** As a result, management is pulling back shipments in FQ1 to rightsize retailer inventory levels. We foresee this as a more transitory challenge, however, with overall demand in mainland China looking encouraging (p. 1). |
| 43 | 8/18/2023 | Jefferies | Initial Take: Q4 In Range, FY Guide Below; Now a Multi-Yr Margin Rebuild Story | **Continued Inventory rebalancing in APAC TR and the transition to selling to individual travelers (vs. Daigou) are headwinds** (p. 1). <br><br>What We Are Listening for on the Call: 1) Revised China & Travel Retail Guide and visibility into Q1/Q2 improvement; 2) Expectations for return to LT Algo; 3) Changes in scope of business as Q4 progressed; 4) Category mix shift & expected durability of fragrance and skincare; 5) Innovation by category and signs of an emerging makeup cycle; 6) Assumptions for retailer inventory pullback & promo levels; 7) **Daigou regulations in APAC.** (p. 1). |
| 44 | 8/18/2023 | Jefferies | Model Update: Reframing Pace of Recovery; Estimates & Price Cut | TR Headwind Remains: **We aren't sure the exact size, but the Daigou portion is a meaningful part of the TR biz (20% of sales vs. 27% LY).** This qtr mgmt. discussed how the industry is moving towards the gradual transition of selling to more individual travelers, which we view as a potential structural headwind to TR. **The transition could increase the already elevated uncertainty and volatility in the TR channel, although mgmt. has seen positive TR results in other countries regardless of the resell market presence given the TR's strong value prop with consumers.** EL remains steadfast TR headwinds in Asia are temporary (p. 1). |
| 45 | 8/18/2023 | Evercore ISI | Strong Asia suggests eventual recapture of Travel Retail. Controversy over F24 guide | We see this because Asia Pacific came in decisively stronger at 36%. And while last year's easy comp is a factor, it also indicates retailers are readying to recapture the business being loss by duty frees in Korea and Hainan. Expect a focus on the following: 1) **Whether 4Q reorders by retailers in Asia suggest an end to the inventory glut in duty-frees and the daigou business in the September quarter (in-line with ECL peers' view)** (p. 1). <br><br>Organic sales of 4% v. consensus of +1%/ guide of (3)% to +3%, with China/ Hong Kong driving the upside (page 2): ... Asia Pac sales grew 36% v. the Street at 15%. Cycling last year's disruption in the firm's Shanghai hub is a factor. Qualitatively, to us, the fact that retailer reorders in Asia Pac were strong suggest that retailers 1) **view Estee's brands competitive, not "tarnished" by daigou; and 2) intent to recapture the business lost by Korea and lower conversion in Hainan duty -frees (because of crackdown on daigou)** (pp. 1–2). |
| 46 | 8/20/2023 | Citi | Still A Long Road Ahead to Recover Topline/EPS; Stay Neutral | **On Hainan, EL commented retail sales trend deteriorated in May/June turning sharply negative following tighter control over the Daigou trade.** EL's business ex-Asia TR was up +17% with strong +36% growth in Asia ex-TR driven by mainland China (cycling the Shanghai lockdown) with EL share gains in all major categories (p. 1). |

Appendix E.2: Analyst Report Commentary on Daigou
11/2/2022 – 11/15/2023

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 47 | 8/20/2023 | Canaccord Genuity | Lowered expectations for FY24, aiming for FY25 recovery; PT to $146, reiterate HOLD | **We note weakness is purely driven by Asian travel retail including in South Korea and in Hainan as the Chinese government continues to crack down on "daigou" resellers**. Management noted that travel retail in EMEA and the Americas soared during the year. In addition to the crackdown on resellers , we believe other headwinds were at play including US/China relations impacting the number of direct flights between the two nations. Additionally, the lack of ability for Chinese tourists to book group tours abroad hampered travel demand. However, the Chinese government recently started to allow group tours again, including to popular duty-free shopping locations such as South Korea, Australia, Japan, the US, and the UK. We believe that when Chinese tourists typically visited abroad, they utilized group tours due to language barriers and that the lifted restrictions can help start the process for recovery (p. 1).<br><br>Initial FY24 guidance lower than Street and implies big recovery in 2H Management provided their initial expectations for 1Q24 and FY24. For 1Q, management guided sales to be down -10% to -12% vs. the Street previously estimating +0.1%. **Management noted that they are seeing tougher comps in the travel retail channel, which we believe is due to previously not facing a crackdown on daigou buyers in Korea and Hainan LY** (p. 2). |
| 48 | 8/21/2023 | Evercore ISI | Assertively pivoting to mainland China | Shifts like this trigger changes in business models; therefore, the key question is whether the new iteration of Estee's China business model will be as competitive and profitable. **That is very possible, because the current model involves significant inefficiencies in selling and marketing, among them the intermediation of so-called daigou traders**, which now will be greatly diminished. ... La Mer and Estee Lauder remain top-ranked in Tmall and Douyin, China's largest and fastest growing E-commerce platforms respectively ... **This strength results in 2 pts share gain in E-commerce, above and beyond what daigou traders currently resell, and suggests that ELC brands retain a strong pull with Chinese consumers ─ that they do not need "daigou" to win** (p. 1).<br><br>China's weak macros pose risk to demand and the behavior of Korean retailers still poses risk to pricing. That said, a few points on the firm's 2024 reset and earnings power: ... Shipments to Asian duty-frees plunged ~$1.6B since the Dec quarter and guidance assumes a ~0.4B draw this September quarter, which should further cut inventory with daigou traders  ... **Therefore, Estee's earnings power in C2024 and beyond centers on whether business models catering retail formats in mainland China can earn attractive margins and on benefiting from some operating leverage in Hainan as tourists (not daigou resellers) return ─ duty-free sales in Hainan are accelerated to 40%-plus this June quarter** (pp. 1–2).<br><br>Three points on travel retail...: 1) **F2023 shipments to duty-frees amounted to $3.2 billion, roughly in-line with 20 18, but down (33)% from a F2022 peak inflated by retailers in Korea and Hainan catering to daigou traders throughout Covid lockdowns** (p. 2).<br><br>**Counterintuitively, ELC exposure to travel retail peaked in F2021 as Asia duty-frees sold to non-travelers (daigou) at a time when global air-passenger traffic had fallen 69% v. F2019 levels** (p. 11).<br><br>Korea: Still 2.5 x bigger than Hainan ... In 2022, aggregate duty-free sales were 13.5 billion or 30% below 2019 ─ in July 2022, the Korean government authorized cross border e-commerce sales to customers not visiting the country ... **Chinese resellers (daigou) reportedly account for up top 90% of duty-free operators' sales** (p. 20).<br><br>**China's resellers (daigou) powered Asia duty-frees in C2021 , which Covid disrupted in 2022** (pp. 22, 24). |
| 49 | 8/21/2023 | Telsey Advisory Group | EL 4QF23 Follow Up: Prolonged Recovery Expected for Asia Travel Retail and More Mature US Business in FY24 | EL is currently experiencing less traffic and lower conversion in Hainan compared to last year. **Given the recent change in daigou (essentially shoppers acting as distributors to Mainland China customers, which Hainan stopped in May) and the shift towards individual travelers, EL anticipates slower traffic in Q1 and Q2 in Hainan, resulting in EL's destocking efforts.** The company noted retail sales in Hainan turned sharply negative in May and June. The comparison gets easier in Q2 as EL begins to anniversary the onset of softness last year, with prior year comparisons easing further in the back half of FY24. Given the changing dynamics in China, EL is having its local team work more closely with the Travel Retail team in an effort to operate the businesses in a more coordinated way. Management noted that the Chinese travel market is very volatile and its FY24 outlook is based on current visibility, tying back to EL's investments to be a more agile manufacturer and operator and building up its Asia/Pacific supply chain and distribution network. Despite the weak Travel Retail business, the company was very confident in the health of its brands in China, noting market share gains and external research brand rankings. Additionally, EL is also very confident in Asia Travel Retail long-term; but noted near-term disruption given the changes in Hainan (p. 1). |
| 50 | 8/21/2023 | Piper Sandler | EL Live Bull vs. Bear Interactive Debate 8/24 | **Travel Retail remains a significant pressure point and a full recovery here seems to be a ways away, delayed by weak economic indicators in China, Daigou restrictions, and a potential travel slowdown after the post-COVID boom** (p. 3).<br><br>**Overall Travel Retail ex Korea and Hong Kong is strong, Daigou challenges and inventory destocking are likely more transitory, and brand equity remains strong here** (p. 4).<br><br>Travel Retail and China – What happens if full recovery never comes? Can other parts of the business offset? How resilient is the Chinese beauty consumer? **How transitory are the Daigou challenges?** Is it really just a channel shift? (p. 5).<br><br>**Challenges with Daigou and inventory destocking in Hainan could be transitory, with overall mainland China still strong (organic sales +DD% in FQ4 and prestige beauty share expanding)** (p. 8).<br><br>**Daigou restrictions create additional pressure on retailer inventory levels in Hainan , elongating the destocking timeline** (p. 8). |
| 51 | 8/21/2023 | RBC Capital Markets | EPS Aftermath – Earnings Reset Complete; Outperform | Negatives: 1) Asia Travel retail worse vs expectations - **Asia travel retail continued to face headwinds as pressure in Hainan intensified throughout 4Q due to government enforcement actions on daigous (consistent with commentary from competitors)**. This led retail sales in Hainan to deteriorate and inflect "steeply negative" in May and June. Travel retail also disproportionately pressured Skin Care, the highest margin category of the business. Looking ahead, EL still expects travel retail pressure to persist into F2Q'24, but with conditions getting progressively better in F3Q and F4Q'24 (p. 1). |

**Appendix E.2: Analyst Report Commentary on Daigou**
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 52 | 8/21/2023 | Morgan Stanley | Q4 Follow-Up: Lower FY24 EPS on Travel Retail Overhang, but Expect Inflecting EPS Beginning in FQ2 | FY23 retail sales growth was +MSD, still disappointing, but well above a 6% OSG decline, with a global travel retail decline of 34% (27% of sales mix in FY22 and now 20% in FY23) solely driven by Asia travel retail weakness. Ex travel retail, OSG was +5%, including +10% in Q3 and +17% in Q4. **Hainan pressure actually worsened in FQ4 below expectations in May and June, with increased restrictions on Daigous.** ... In terms of FY24 guidance, EL's tone seemed to softly indicate it had budgeted some conservatism, noting it was "mindful of the macroeconomic headwinds that have emerged in [the] Chinese economy." EL noted that the **"volatility externally remains very, very high, particularly the volatility in the Chinese market, the volatility in the transition in the TR market from the Daigou to the regular travelers-all these external elements are part of our guidance.** In terms of our internal plans, we are pretty confident." EL indicated it expects 5% pricing in FY24, which is surprisingly strong, and helps alleviate some of our worry over potential discounting to clear inventory, EL also expects GM expansion for FY24, driven by pricing, discount reductions and lower obsolescence, partially offset by manufacturing underabsorption (p. 2). |
| 53 | 8/21/2023 | TD Cowen | Quick Take: Earnings Update; Is Guidance Realistic Given Hainan Issues? | **FY24 guide was below Street as Hainan retail sales were pressured in May & June given a renewed focus on cracking down on Daigou[*sic*].** Hopefully, the bar is low enough for beat and raises, but recovery is 2H weighted. EL continues to see LT margins heading to ~20% once the business normalizes, which could take time but achievable in our view. ... **Our caution heading into the print was confirmed as Hainan's retail sales recovery was slower than expected in 4Q23. FY24 EPS guide was ~25% lower than Street reflecting a gradual ramp in Hainan as management balances the inventory levels with changing demand, given a higher level of suppression on Daigou by the local authorities.** ... The achievability of guidance remains uncertain as the situation remains dynamic in Hainan and guidance implies substantial improvement in the back half. Longer-term, we believe EL's prestige focus and category and geographic diversification are key competitive advantages, which should translate to healthy share gains across regions. We remain Outperform rated but acknowledge near-term volatility and lower PT to $180 based on ~36 CY2 P/E. ... Management's FY24 guidance assumes significant 2H acceleration in APAC, as Asia travel retail business remains volatile. Hainan and South Korea have seen weaker conversion as the travel recovery has been slower than expected. As a result, inventory levels have improved at a more gradual pace leading to lower replenishment orders. **Additionally, Hainan has been impacted by the Chinese government's crackdown on Daigou trading (the practice of Chinese shoppers buying goods abroad and selling them at home to avoid taxes) in recent months, which is the primary reason for management's weaker guide for FY24 vs. expectations** (p. 1). |
| 54 | 8/21/2023 | J.P. Morgan | Reaccelerated Sales to "Makeup" and Inflect Sales and Margins Post Rebase in FQ1; Model Update Post F4Q | **We believe Estée Lauder (EL, Overweight-rated) can emerge from the current travel retail (TR) weakness because it is very localized to travel within China (Hainan), and mostly due to the transitory reduced discounts to curtail wholesale purchases (Daigou) by transitioning sales to individual travelers and also online.** ... TR sales contribution shrunk to 20% of total company sales in FY23, down from 27% in FY22 and was down -34% YOY, which explains most of the margin deterioration with this channel over-indexing highly margin accretive skin care products. **Although there are incremental pressures on sales out of Hainan also impacting FQ1 given the government's crackdown on wholesalers using TR discounts (Daigous), we think more direct sales to final consumers will be positive in the long-term.** While management missed on the timing of the TR recovery before, we think the odds are in EL's favor this time around, without being overly optimistic. There are a couple of reasons to believe management has better visibility into Asia Travel Retail trends improving in 2H24: (1) Governments in the APAC region are lifting the pandemic related restrictions along with the Chinese Ministry for Culture and Tourism most recently increasing the number of countries allowing group tours of Chinese citizens including key geographic areas such as the U.S., Korea, Japan and Australia, which will potentially boost Asia TR sales trends; (2) management focusing on operational efficiencies around supply/demand planning and inventory optimization especially as the company looks to localize manufacturing/distribution in Asia; and (3) easier Asia TR comps in the second half of FY24 in both China and Korea (pp. 1, 3). <br><br> Management added more color during the earnings call that **retail sales trends in Hainan worsened in May and June as authorities started enforcing stricter regulation on Daigou activities**, which should lead to more long-term growth prospects but at a cost in the interim. We understand that management is banking on Asia TR recovery in 2H24, new focus to sell to individual travelers and the return of travelers to Korea (p. 4). |
| 55 | 8/30/2023 | Societe Generale | Updating for greater sales 'overload' impact | **The slower recovery post-COVID in Asia TR has been met with a reversal of the relaxed grey market ("daigou") measures/surveillance implemented during the pandemic that had led sales in this informal channel to balloon** (p. 1). <br><br> The build-up of inventories in Asia Travel retail stems from: 1) a slower post-COVID recovery; and 2) **the reversal of relaxed grey market ("daigou") measures/surveillance through the pandemic**, which drove a significant step-up in sales in this channel. **This reversal started with Korea in December, with clampdowns in Hainan starting in May seeing sales in these informal channels effectively disappear overnight.** (p. 4). <br><br> We estimate a total overload of $2.7bn based on our breakdown of the company's F24 guidance. **This compares to our previous estimate of $2.1bn, with the increase mostly related to the greater unwind expected in Hainan as a result of the clampdown on grey market sales since May** (p. 5). |
| 56 | 9/6/2023 | Barclays | Conference Takeaways | While the rise of Daigou over the past several years has had an impact on promotional activity in mainland China, **Mr. Freda mentioned that he believes Estee Lauder's brand equities in China remain strong, with market shares up ~200 bps overall since 2019 and net sales almost doubling over the same time period** (p. 1). |

**Appendix E.2: Analyst Report Commentary on Daigou**
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 57 | 9/6/2023 | Berenberg | Let's get clinical; reiterate Buy | Adjusting estimates for de-stocking and channel shift: **Recent tightening of control exercised by Chinese authorities over the daigou trade (since mid-May 2023) could lead to de-stocking in Asia travel retail being deeper and longer lasting than previously expected, underpinning our 45% cut to our FY24 EPS forecasts** (p. 1).<br><br>**The key driver to our lower sales and operating margin expectations is the drag from de-stocking in the Asia travel retail channel, which we expect will now be more pronounced due to the tighter control exercised by Chinese authorities over the daigou trade (since mid-May 2023), particularly in Hainan. ...** However, for long-term investors the company's brand performance at the retail level, particularly in Mainland China, could be a more important metric in assessing its ability to capture the repatriation of its foregone sales in daigou (p. 3).<br><br>**Estée Lauder's sales in Hainan have plummeted, driven by retailer de-stocking, which could now be amplified by the reduction in retail sales to daigou shoppers on the back of tighter control by Chinese authorities** (p. 6).<br><br>While passenger throughput data presents encouraging signs of a rebound in Chinese consumer travel, pressure in Hainan notably intensified in Q423 due to the enforcement of restrictions on daigou activity. Retail sales in Hainan deteriorated through May and June, and became "steeply negative". **The deterioration in Hainan sales relates to a crackdown on the number of items or RMB value an individual shopper can purchase in Hainan, and is monitored by unique consumer ID cards** (p. 7).<br><br>Yet **the new enforcement of restrictions on daigou purchases has raised concerns about the long-term health of Estée Lauder's Asia travel retail business.** We revisited data from our 2023 China Beauty survey to **investigate the magnitude and importance of daigous for sales into China.** ... **Figure 12 below highlights that 33% of women we surveyed use daigous to purchase their beauty products. Our respondents indicated that, on average, they use three to four channels for purchasing beauty products, which suggests daigou shoppers were an important channel and potentially accounting for up to 10% of beauty product purchased by consumers in China** (based on simple averages and ignoring channel purchase frequency). **When considering that the ASP of products distributed via daigous is likely to be tilted towards prestige products, the value share of the daigou channel may have exceeded 10% before the controls were tightened** (p. 8).<br><br>**As price-savvy consumers search for deals on their beauty products instead of daigous, we think that performance during shopping festivals such as 618, 11-11 and Couples Day will become more important in repatriating daigou sales. We therefore view management's focus on expanding its online presence on Chinese platforms, and the strong momentum as highlighted above, as a positive indication of the company's ability to capture sales foregone from the daigou** (p. 10). |
| 58 | 9/6/2023 | Evercore ISI | What gives CEO Freda conviction in the brands and the strategy? | **As we understand it, these are market share gains in tracked channels, and above and beyond whatever transactions are still taking place in the grey market from resellers (daigou) to final users (consumers)** (p. 1).<br><br>**Hainan will remain one of world's most important travel destinations, where shopping is part of the entertainment – true travelers, less daigou.** China made an important commitment to Hainan, and will support it. ... **Expect the daigou consumer to "get used" to less discounting. ... Online promotions such as Singles' Day and 6.18, and daigou do pressure prices.** Going forward, one risk centers on consumers trading down to local brands or using and buying less frequently (p. 2). |
| 59 | 9/7/2023 | Citi | Travel Retail Channel Data Checks | **The channel in Asia is going through a transition from the daigou business to "traditional" travelers, which is creating near-term headwinds, but should be beneficial longer-term** (p.1). |
| 60 | 9/12/2023 | Bank of America | Catching up with Estee Lauder | Provided no material change to the macro in China, management continues to expect that Hainan inventories rebalance by early CY24 and that Travel Retail as a percent of sales should approach FY19-levels of 23% up from 20% in FY23. Estee expects domestic travel consumption will remain the key driver of overall China Travel Retail sales longer-term but also expects a more even balance between the sizes of Mainland and Travel Retail sales in China. **This rebalancing will be driven in large part by a smaller portion of sales through Diagou resellers who had benefitted from government support as a response to lockdown-driven economic weakness, which EL plans to recoup instead through mainland brick and mortar and domestic travel retail channels** (p. 1). |

**Appendix E.2: Analyst Report Commentary on Daigou**
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 61 | 9/15/2023 | Redburn Atlantic | From Hainan to Saks | **We assume more moderate growth for the rest of calendar 2023, and a steady improvement thereafter. Part of this is expected to come from a rebalancing of demand from off-shore duty free in Hainan, and as product purchased through the daigou trade in Korea duty works its way through the system** (pp. 3–4).<br><br>**Normalising daigou** ...The recent equity story has been dominated by the travel retail business (p. 4).<br><br>While we still regard Asian travel retail as an attractive long-term channel for prestige cosmetics, both discovery and purchase, it was highly distorted from 2017 by **the rise of the daigou trade** and has been suffering as demand has rebalanced towards individual travellers and as retailers have reduced stocks. **The emergence of the daigou reseller has coincided with the rise in demand for beauty products in Mainland China from 2017, as individuals or organised buying groups have sourced discounted products from Korea, Europe or the expanding offshore duty free stores on Hainan, an island off the coast of Southern China.** ... While the domestic business performed well in FY23 – we estimate that sales were up 10% – **the daigou distortions have been the most acute in duty free.** ... This was attributable largely to the rise in daigou demand, facilitated by temporary changes in regulations. ... **As the daigou effect unwinds, it is still uncertain whether 2019 or 2016 is the right reference base – our base case is somewhere in between** (p. 5).<br><br>As discussed earlier, the average level stepped up in 2017 following the increased concentration in the **daigou trade** (p. 6).<br><br>The continued decline in average expenditure per traveller in Korean duty free, as the daigou trade continues to reduce, further informs our thinking on Chinese travel retail. ... **In June 2023 the average expenditure per duty-free visit fell to below $800, the lowest level for three years, following an intensified official effort to crack down on the daigou trade....** While less precipitous than in Korea, this is almost half the peak and provides further potential evidence as to the impact of the **daigou unwinding**. As with Korea, until we see duty-free expenditure per traveller stabilise there remains a risk that the recovery will be more muted (p. 7).<br><br>This is driven by the technical effect of the destocking coming to an end, rather than any fundamental improvement in the underlying health of the business. **The average spend per traveller in Hainan has fallen sequentially since the end of 2022, distorted by the reduction in the daigou trade, and until such time as this stabilises there is a risk that the retail recovery undershoots expectations** (p. 9). |
| 62 | 10/4/2023 | Evercore ISI | L'Oreal smells better. Why has Estee underperformed | **On the Korean side, airlines have increased capacity (page 15) after a 6-year ban to group travels ended. In Hainan, an early read of China's Golden Week, which runs thru 10/06, is encouraging with shoppers up 78% but duty-free sales lagging at 40% (antidaigou measures cause this lower conversion.)** (p. 1).<br><br>**Going forward, ELC's and L'Oréal Luxe global exposures to travel retail look similar, but the issue is Asia, where daigou is a job funded through price differences** (p. 2).<br><br>**The question is how much of daigou business was in this 2019 base**: ... ELC exposure to Korea remain significant, higher than to Hainan, at $1.5 billion ... Hainan destocking totaled $(1.0)B ...China changed policies, with opposing impacts on Asia travel retail ... Lifted a 6-year ban on group travels to Korea ... **Started cracking down daigou in Hainan, lowering conversion rates** ... Golden week trips to Hainan +76%, duty-free sales +40% (p. 14).<br><br>**Daigou intensified in F202, as ELC shipped well ahead of consumption right before Covid disrupted its Shanghai hub** (p. 19). |
| 63 | 10/9/2023 | Evercore ISI | Hainan improved in early October | **Customs in Hainan issued a press release — June-September data are not out yet— confirming this improvement in spending despite a crackdown on resellers (daigou.)** Below an analysis by Bloomberg on spending per shopper in Hainan during the Golden Week...**Estee worried that conversion in Hainan could worsen, as China started a crackdown on reselling (daiogu[*sic*])** in May. Instead, conversion has improved in early 2Q F24. Of course, the issue is sustainability (p. 1). |
| 64 | 10/16/2023 | Evercore ISI | China imports weak through September | Recall that the issue centers on "repatriating" purchases of luxury cosmetics back to mainland China from Asia's travel retail channel, which remains disrupted by 1) Rivalry between dutyfree operators in Korea and Hainan; 2) **A government crackdown on an informal, discount channel "daigou."**...Conceptually, to us, daigou resellers constitute a direct-selling channel — their job is one of independent distributor — and similar dynamics have surfaced in China in categories as dissimilar as nutritional supplements and jewelry when demand and economics work. ... Per L'Oréal, China consumption of all types of beauty products improved to +6.5% in Q2 from -2% in Q1, but seasonality contributed as the "6.18" shopping festival moves consumer takeaway to E-commerce, away from travel retail and daigou (p. 1). |
| 65 | 10/23/2023 | Evercore ISI | Upside potential for 1Q F24, with a possible clean slate in C2024? | L'Oréal's 3Q sales update confirmed that disruption in Asia travel retail continued through September, consistent with China's imports of cosmetics down 25%. **Import data is a proxy of retailers' reorders in Mainland China and Hainan (page 5), and L'Oréal's best estimate of demand with in "China ecosystem," which includes Hong Kong — a "daigou" mecca before Hainan — is for consumer takeaway of beauty products to run flat this quarter.** But Korea travel retail is the swing factor. ... But Estee's 1Q F24 solves for a setback v. 4Q F23, when sales grew 4%, for two reasons: … **Seasonally, China's shopping of luxury cosmetics overindexes to travel retail, where crackdowns on daigou are taking place in both Hainan and Korea** (p. 1).<br><br>**Korea's duty-free sales fell 28% in August on the crackdown to resellers (so-called daigou), but this is a slight improvement v. 1H when duty-free sales plunged (35)%-(40)%.** As we understand it, Korea's destocking started in the Dec. quarter of 2022. Hence there is one more quarter to go (p. 2).<br><br>**The question is how much of daigou business was in this 2019 base**: ... ELC exposure to Korea remain significant, higher than to Hainan, at $1.5 billion ... Hainan destocking totaled $(1.0)B. ...<br>China changed policies, with opposing impacts on Asia travel retail ... Lifted a 6-year ban on group travels to Korea – a positive ... **Started cracking down daigou in Hainan, lowering conversion rates** ... Golden week trips to Hainan +76%, duty-free sales +40% (p. 10). |

Appendix E.2: Analyst Report Commentary on Daigou
11/2/2022 – 11/15/2023

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 66 | 10/24/2023 | Oppenheimer | Q1 Preview: A Difficult Setup Remains for the EL Bull Case | L'Oreal Q323 Sales and Revenue Call (10/19/23): **And as far as – as travel retail, I think it's – that in the last call, I had announced that, you know, following the reset of the policy of regarding travel retail and the crackdown on daigou**, the market has very significantly reduced its a sellout. It's slowed down. And because it's a new consumption paradigm we had – we have inventory to reduce and we've been focusing over the summer to – in reducing significantly our stock in trade (p. 8).<br><br>L'Oreal Competitor Conference (9/12/23): **Hainan in travel retail is that this market, particularly during the COVID years where there were no travelers, I would say the daigou phenomenon was anchorage, which mean not regular travelers, but people who were buying large quantities of products from travel retail operators on the island of Hainan or sometimes in Korea to resell them on the peer-to-peer e-commerce**. There's been a change post-COVID as tourists are coming back, there's been a change in policy." (p. 10).<br><br>LVMH Q323 Sales and Revenue Call (10/23/23): **On Perfumes/Cosmetics and Daigou: "We've been impacted to some extent. Obviously, this daigou situation ended up building inventories way above – particularly as far as best sellers are concerned, way above the potential for absorption by the client base**. I'm not talking about LVMH. I'm talking generally about the market. And at some point, these products have to come on the market. And this created an influx of discounted product all over the world and all over the place. So this has been a fairly disturbing factor in the Chinese market, basically, since the beginning of the year. And as we have less left inventories than the others have incurred, **daigou earlier than anybody else**, obviously, we are on the wrong side of it. I mean, we didn't benefit from this at all. So it's been a fairly disrupting fact." (p. 10). |
| 67 | 10/25/2023 | Evercore ISI | Beiersdorf still expects Asia luxury skincare to stabilize in Dec. quarter | Hong Kong and Japan already are benefiting from China's reopening, but also boosted by easy comps — up 40% and 50% respectively. **Beiersdorf sees these rebounds in other locales in Asia as evidence of strong equity, and that daigou reselling has not hurt its brands. ... La Prairie not growing yet in mainland China while daigou stopped**, why? 1) "11.11" is a seasonal peak; 2) business under-indexes to E-commerce v. Estee's and L'Oréal Luxe. ... Bigger points: 1) **All key players are actively destocking to minimize daigou and protect their brands' equity**; 2) Expect promotions in 2Q F24 as Alibaba presses vendors to emphasize "value for money" and stimulate demand; 3) Korea is EL's swing factor: 10% of sales, and most disrupted; therefore, we assume our correlations v. L'Oreal and LVMH overstate Estee's 1Q F24 sales, as these series cannot capture the depth of Korea's disruption (p. 1).<br><br>La Prairie's sellout +5% v. Y Ago, "cleaning up" inventory (**crackdown on resellers/ daigou**) (p. 3). |
| 68 | 10/26/2023 | Telsey Advisory Group | EL 1QF24 Preview: We Look For Fragrance And Asia/Pacific To Outperform As FQ1 To Be Most Pressured In FY24 | **Given the recent change in daigou (shoppers acting as distributors to Mainland China customers, which Hainan stopped in May) and the shift towards individual travelers, EL anticipated slower traffic in Q1 and Q2 in Hainan, resulting in EL's destocking efforts** (p. 2). |
| 69 | 10/27/2023 | RBC Capital Markets | F1Q'24 Preview - The Trough Quarter? | **Government crackdown of daigous continue to weigh on Hainan (as expected), but we believe EL can manage with price-gap management across various channels in China. ... Additionally, L'Oréal recently called out that the daigou crackdown in China (Hainan) continues to have an impact on sellout, leading to ongoing inventory reductions (we believe this was already accounted for in EL's guidance last quarter). ... Asia travel retail faced greater than expected headwinds in Hainan as government enforcement action on daigous was suddenly stepped up.** This extended the expected duration of travel retail pressure and EL guided F1Q'24 net sales (organic and reported) to decrease -12% to -10% Y/Y and EPS of -$0.31 to -$0.21 (p. 1). |
| 70 | 10/31/2023 | Barclays | F1Q24 Earnings Prep | **What Matters Most to Us … Commentary on time frame for a recovery in Travel Retail and impact from government measures to reduce Daigou in Korea and Hainan** (p. 2). |
| 71 | 11/1/2023 | Canaccord Genuity | Deja Vu: Management Lowers Expectations and Pushes Back Recovery Timeline Due to China/Travel, but Rest of Business Solid | EL's exposure to the Asian travel retail channel continues to prove a major pain point in the near term as the region continues to see a slow recovery and elevated inventory levels. **Management noted that they continue to rebase inventory in the channel and face crackdown on the daigou reseller practice.** (p. 1). |
| 72 | 11/1/2023 | Jefferies | Initial Take: Recovery Timeline Pushed; FQ2 Below & FY24 Guide Cut | Q1 sales in range with guidance, EPS ahead. Q2 sales and EPS fell short of ests. Q2 sales expected to be -9% to -11% vs. ests +2% and EPS $0.48-0.58 (cons. $1.21). At the midpoint FY24 sales reduced ~6ppts and EPS lowered by -37%. **Continued inv rebalancing in APAC TR, the transition to selling to individual travelers (vs. Daigou), and a slower recovery in Mainland China are headwinds** ... What We Are Listening for on the Call: 1) Revised China & Travel Retail Guide and visibility into Q2/Q3 improvement; 2) Expectations for return to LT Algo; 3) Changes in scope of business as Q1 progressed; 4) Category mix shift & expected durability of fragrance and skincare; 5) Innovation by category and signs of an emerging makeup cycle; 6) Assumptions for retailer inventory pullback & promo levels; 7) **Daigou regulations in APAC**. (p. 1). |
| 73 | 11/1/2023 | Jefferies | Model Update: TR & China Recovery Pushed Out Again; Ests & PT Move Lower | TR Headwind Remains: As expected, co pushed out recovery for Asia TR and now expects retail invs to be clear by end of Q3. **The industry is moving towards selling to more individual travelers following the Daigou restrictions, which we view as a structural headwind to TR. While we aren't sure the exact size, we believe Daigou portion was a meaningful part of the TR biz . Prior to COVID, Chinese consumers made up ~50% of TR sales, and we think the Daigou could have been 1/2 of that. TR shrunk to 20% of EL sales in FY23 vs. 27% in FY22** (p. 1). |

**Appendix E.2: Analyst Report Commentary on Daigou**
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 74 | 11/1/2023 | Evercore ISI | Protecting P&L, but China drives another guide down | With the slope of China' recovery unknown, expect the call to focus on: 1) **Inventories at duty frees in Korea ─ 10% of sales ─ and Hainan ─ ±6% ─ given the crackdown in reselling (daigou)**; 2) Retail sales, as the gap with shipments stood at 15 points in the June quarter; 3) Profitability of the Americas (p. 1). |
| 75 | 11/2/2023 | Raymond James | Big Reset, Though Materially Factored in Now; LT Still Compelling | Organic sales declined 11% y/y, at the midpoint of management's forecast, **as declines in travel retail on slower individual recovery and reinstated duty-free purchasing restrictions that have weighed on daigou**, as well as macro pressures in China/Asia Pacific, were only slightly offset by better than expected Americas sales. ... (p. 2). |
| 76 | 11/2/2023 | TD Cowen | Earnings Update; Correction: Painful Reset as Travel Retail & Mainland China Drive Guidance Cut | Key Risks to Monitor: **Conversion weakness & Daigou regulations impacting Asia Travel Retail business, structural margin impact from lower travel retail mix, lagging market share trends in Prestige Beauty in Mainland China, business disruption in Israel & Middle East regions, execution of newly announced Profit Recovery program** (p. 1).<br><br>Understanding Issues in China: Travel Retail & Mainland China As we've written in prior quarters, Hainan and South Korea have seen weaker conversion as the travel recovery has been slower than expected. **As a result, inventory levels have improved at a more gradual pace leading to lower replenishment orders. Additionally, Hainan has been impacted by the Chinese government's crackdown on Daigou trading (the practice of Chinese shoppers buying goods abroad and selling them at home to avoid taxes) in recent months, which is the primary reason for management's weaker guide for FY24 vs. expectations** (p. 4).<br><br>US Returns to Growth, But EMEA & APAC Remain Pressured By region, EMEA declined (27%) y/y due to a (DD%) decline in global travel retail sales, reflecting softer replenishment levels amid **weak conversion and Daigou regulations** (p. 5). |
| 77 | 11/2/2023 | Telsey Advisory Group | EL 1QF24 Follow Up: Downgrading to Market Perform on Challenges to Travel Retail and Slowing China Growth | Management cited continued weakness in the Asia Travel Retail channel as a key reason for the reduced annual outlook and headwind on the EMEA region's performance in the first quarter. Global Travel Retail sales declined double digits in the quarter as both EL and its retailers reset inventory levels, while government and retailer policy changes related to unstructured market activity resulted in lower shipments. **As a result of slower traffic and lower conversion from a policy change that discouraged daigou (shoppers acting as distributors to Mainland China customers, which Hainan stopped in May), the channel has struggled with excess inventory.** (p. 1). |
| 78 | 11/2/2023 | J.P. Morgan | Lack of Confidence in China Outlook Overshadows a Beautiful Business | We are not minimizing this reset, but we believe EL can emerge from the current travel retail (TR) weakness (-51% YOY in dollar shipments in the quarter) because it is very localized to travel within China (Hainan), and **mostly due to the elimination of discounts to eliminate middlemen (Daigou) as well as transitioning sales to individual travelers and online** (p. 1).<br><br>As it relates to cadence, the company models sequentially improving sales trends each quarter with +DD organic sales growth in 2H24 especially as EL is forecasted to ship to retail trends in 2H (more below) and easier **comps as COVID-era policies were pulled back in South Korea impacting both 3Q23 and 4Q23 as well as added enforcement around Daigou purchases in Hainan in F4Q23, further pressuring the top line.** (p. 3). |
| 79 | 11/2/2023 | Berenberg | Recovery timing and scale less clear; Hold | **Most concerning to us, however, is the deterioration in market share trends for Estée Lauder in China in Q1 FY 2024, which suggests the company may be struggling to capture its fair share of repatriated sales that were previously channeled through Daigou shoppers.** While we continue to expect an eventual earnings recovery, these latest developments suggest that: (1) it may take longer to unfold; and (2) it may be less significant than we had anticipated due to the negative market share developments. This leads us to downgrade our rating on the stock to Hold (p. 1). |
| 80 | 11/2/2023 | RBC Capital Markets | UNCLE…Downgrading to Sector Perform | Negatives: 1) **China – In the quarter, global travel retail organic sales were down -51% Y/Y, mainly driven by inventory reductions and structured market containment (daigous) in Asia travel retail.** While retail sales in global travel retail were noted to be substantially ahead of the aforementioned decline, EL expects retailer inventory resets to take until the end of fiscal 3Q'24. Further, the company called out that the expected growth rate of overall prestige beauty has slowed in mainland China, which lowers internal FY'24 expectations for both the mainland and Asia TR (p. 1).<br><br>**As China continues to normalize (after more than 2.5 years of its zero-COVID policy) and ease travel policies, the recovery has not been as robust as expected, with recent government control of diagous[*sic*] compounding the headwinds.** Results from FY 2023 and F1Q'24, which were impacted by travel retail dynamics and a slower than expected reopening, confirm that recovery will not be a straight line. While China was intended to be a growth engine, the expected growth rate of overall prestige beauty has also slowed in the region. Given the several sequential cuts in guidance, we believe that management does not have a tight handle on the situation, and we're not sure when there will be increased visibility into the short-term operating environment (p. 5). |
| 81 | 11/2/2023 | Evercore ISI | What's Estee earnings power? | Hong Kong is up triple digits for 2nd quarter in a row; **this used to be a daigou market prior to Korea and Hainan**. We don't know whether these sales are "legit" or resales. But we can infer two things: 1) **If daigou resellers are buying Estee products, it is because they can resell them, hence the brands have appeal;** 2) If these represent purchases for self, hence the brands have appeal (p. 2).<br><br>Travel Retail: **Asia skew creates a gap shipments (51)% v. takeaway (10-15)% on daigou crackdown** (p. 17). |
| 82 | 11/6/2023 | Wells Fargo | EL: Fabrizio…and Estee Lauder | Big debate: why does 2H get better? 1) organic sales converge to retail sales — EL retail sales are +MSD-HSD ex TR CYTD, and as we learned, TR was just -2% FQ1. That means shipping to consumption is a ~15-20pt improvement vs FQ1 organic sales -10.7%; 2) comps — **EL TR comps go from down LDD in FQ1e last year, to down nearly 50% on our math FQ2-4 year-ago, after the daigou crackdown began**; 3) business related —Estee Lauder launching a major "age reversal" innovation in January, first of its kind (p. 1). |

**Appendix E.2: Analyst Report Commentary on Daigou**
*11/2/2022 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 83 | 11/8/2023 | TD Cowen | DOWNGRADE: NEAR-TERM RISKS, LONG-TERM NEED FOR SPEED & A 10-POINT WISH LIST | In South Korea, the world's biggest duty-free market, Visa restrictions and the slower resumption of international flights have impacted the return of Chinese tourism, **and the Chinese government's crackdown on Daigou trading** (the practice of Chinese shoppers buying goods abroad and selling them at home to avoid taxes) in recent months is a positive longer term but creates additional near-term uncertainty (p. 6). |
| 84 | 11/13/2023 | Evercore ISI | Shiseido on China, Travel Asia challenges | **Sellout in Hainan: Duty-free sales at 44% in 3Q, despite $/traveler half as low (less daigou)** (p. 9)<br><br>**EL's exposure to China at 28%, plus extra 10% exposure to Korea, most disrupted by daigou** (p. 11). |

**Notes:**

[1] This appendix summarizes quotes from analyst reports on Estee Launder that (1) were published between November 2, 2022 and November 15, 2023 (2) contained the following keywords: "daigou," "diagou," "grey market," "gray market," "resale," or "resell."

[2] Only select quotes from reports are shown in the appendix. Emphasis added for quotes.

**Sources:**

[A] Analyst reports were provided by counsel. I understand that these reports provided by counsel were obtained from CapIQ and LSEG Workspace, or provided by the Company.

**Appendix F: Industry Report Commentary on Daigou**
*11/1/2021 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 1 | 1/28/2022 | UBS Equities | China Cosmetics Sector "Further premiumisation, divergent performance; UBS ..." | UBS Evidence Lab's survey results show respondents are using daigou less, except for respondents from the 35-44 age group and with low HMI (p. 21). **Hainan duty-free is rising as an important channel for cosmetics products; a much higher percentage of respondents prefer daigou to make purchases at Hainan duty-free stores** (p. 21). |
| 2 | 2/17/2022 | Jefferies | Beauty Secrets: Buzzworthy Beauty Industry Insights – Vol. 21 | The Jefferies China Consumer team hosted an expert call with a Daigou operator on the dynamics of sourcing products from South Korea, Hainan, and other duty-free overseas operator markets. Here are some of the key takeaways. **During the pandemic, the expert's primary sourcing destination shifted from South Korea, to Hainan taking 20% of the value and becoming the 2nd-largest source**. Based on his own observations, the expert estimates **Daigou makes up 60% of Hainan DF sales**... Future border reopening could challenge Daigou as they will have to compete with other DF markets for sales.. Brand mix has shifted from 50/50 International/South Korean to 80/20. Shift possibly due to favorable working capital turn for Daigou from international brands (p. 4). |
| 3 | 5/19/2022 | BofA Global Research | Bubble & Beauty: Notes from the BofA Beauty Field Trip | That said, **the ease of access to Hainan (versus France or South Korea) has resulted in a sharp increase in daigou** (which the government has been addressing since the end of last year) (p. 12). |
| 4 | 6/23/2022 | UBS Equities | China Duty Free Sector "Addressing major investor concerns" Choi | [A]s travel to Hainan is much easier than going abroad, if Hainan became totally duty-free in 2025, **daigou volume in Hainan would likely be much higher than that in Korea**, bringing a significant negative shock to mainland tax-paid retail. In our view, the offshore duty-free scheme can help effectively control daigou and smuggling as well as stimulate high-end and luxury consumption by raising the duty-free shopping quota (p. 1). Chart on page 11 showing reasons for not buying expensive luxury products in Hainan offshore duty free (p. 11). **Chinese daigou is one of the main drivers of South Korea's duty-free growth, and although the Chinese government issued a series of policies to crack down on daigou in early 2018, daigou activity has remained active**; We estimate that more than 80% of South Korea's duty-free sales came from Chinese daigou in the past two years (p. 17). That a duty-free shopping quota for Hainan local residents has not been announced may be a positive sign: the market has been discussing that local residents in Hainan may have a Rmb30,000/ person annual duty-free shopping quota since the second half of 2020. But, so far, no such policy has been officially introduced. We believe the main reason could be that, considering the income level and consumption power of Hainan local residents, there may be concerns from the government that local residents would become the main force of daigou (p. 17). |
| 5 | 6/26/2022 | Jefferies | Beauty Secrets: Buzzworthy Beauty Industry Insights – Vol. 39 | The expert estimates that daigou sales from Korea DF (based on performance of his business) was down 50%+ yoy in 2Q22 (with June's decline slightly narrowed) due to: (1) logistics interrupted by Shanghai lockdowns in Apr/May and (2) diminishing consumer demand (pp. 2-3). |
| 6 | 4/28/2023 | Barclays | European Luxury Goods / European and US HPC: On the Road in Hainan - Deep dive into a multi-year duty-free opportunity | China has implemented targeted crackdowns on the daigou sector (i.e., grey market) since the acceleration of the duty-free market in Hainan in 2020. Chinese policy clearly indicates that daigou activities are prohibited, and those who violate the rule may be subject to credit score impact, prohibition from purchasing duty-free items in Hainan for three years, and possible criminal charges (p. 21). At the moment, operating as a daigou in Hainan is not considered as attractive a prospect as it is in some other markets (e.g. Hong Kong), due to high operating costs and limited margins. The cost of transporting goods in Hainan is high since most goods need to be picked up from airports and other terminals before visitors leave the island (whereas it is much easier to transport goods from HK to Mainland China, for instance). During our visit to Hainan, we learned that some daigous employ tourists to use their own duty-free allowances to purchase goods, which they then bring back to the mainland to deliver to the daigous. But the cost of flight tickets, the time this takes, and the increasing risk of government surveillance have made Hainan a riskier market for daigous, and therefore less attractive (p. 21). But we have discussed these concerns with L'Oréal and have been reassured by their responses. **While there is a degree of parallel import into mainland China via the daigou channel from Hainan, this is not a new structural development**. The only change is that Hainan has replaced Hong Kong in terms of tax-efficient shopping, supplying both tourism and the daigou channel. Hong Kong was a meaningful market for L'Oréal for decades before the emergence of Hainan and did not impede L'Oréal's build-out of its brands in mainland China (p. 31). |
| 7 | 6/2/2023 | RBC Capital Markets | Nexus.One | Despite the difficulties of China Travel Retail, mgmt also still sees China as a very attractive geography to play in given the interest in high quality beauty products and the expansion of categories (especially fragrances). On the Daigou trade, EL does not believe that there has been an impact on EL's brands. **Further, daigou has always existed and really only increased during the pandemic (where duty free restrictions eased), and trends are already reverting** (p. 42). |
| 8 | 6/4/2023 | EVERCORE ISI | Week in Review: Booze & Beauty | In HPC, we reviewed the Asia Travel Retail market, where Estee is facing channel conflict with retailers in Korea being displaced by Hainan, the duty-free province backed by the Chinese government, **triggering resellers or "daigou"** to discount their inventory online (p. 1). |
| 9 | 6/6/2023 | Morgan Stanley | China – Beauty Products: Bumpy Downhill | After analyzing the state of channels for prestige cosmetics, we think an industry overhaul is needed for growth to pick up and margins to improve. Weak growth stems from years of excessive promotions and overreliance on the **resale market**. Key hurdles to performance: inventory and overconsumption (p. 1). Chart on page 3 quantifies sales to resellers and end customers. |
| 10 | 8/4/2023 | RBC Capital Markets | Nexus.One | In Korea, the rollback of government support put in place during COVID is leading to sharp declines in the market. **A similar dynamic (but to a lesser scale) is occurring in China travel retail and Hainan. While recovery in Hainan remains slow, governmental restrictions and operators are implementing stricter stock controls to reduce daigou purchases** (p. 50). |
| 11 | 8/6/2023 | EVERCORE ISI | Week in Review: Strong results continue In Beverages, investor attention remained on earnings. ABI's globa | In Beauty, the intersecting theme is shifts in distribution channels currently boosting ELF's strength in the U.S. but creating risk to Estee's 4Q F23 as **China's crackdown on daigou** in both Korea and Hainan continues to disrupt Asia travel retail (p. 1.) |

**Appendix F: Industry Report Commentary on Daigou**
*11/1/2021 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 12 | 8/7/2023 | Barclays | European Consumer Staples: On the Road to Hainan: Walking round an empty mega mall | **L'Oréal warned that there was a crack-down on the Hainan daigou channel in mid-May and predicted this would ultimately result in Hainan declining in importance as sales returned to mainland China** (p. 1). <br><br> Given the location of the mall (near the main airport, nowhere near hotels), we assume it is largely aimed at **daigou customers** rather than tourists (p. 1). <br><br> Given L'Oréal's comments regarding recent regulatory changes to curtail this **daigou channel**, we suspect the mall may end up as something of a white elephant, and that companies that rely heavily on continued diagou growth in Hainan (like Esteé Lauder) may struggle in China (p. 2). <br><br> Hainan will likely remain troubled near term, supporting our positive stance on Beiersdorf and L'Oréal and our more cautious position on Esteé Lauder within the beauty space:  And there are **diagou shoppers**, who buy in bulk for grey market resale in mainland China (p. 2). |
| 13 | 8/13/2023 | EVERCORE ISI | Week in Review: China travel ban lifted; CELH stuns, Red Bull price increase? | By far the biggest disruption is in Asia, with inventory destocking extending into July as retailers in Hainan and mainland China act cautiously to 1) a slower recovery in demand and 2) **the role of Korean duty-frees and resellers or "daigou"** (p. 1). |
| 14 | 8/20/2023 | EVERCORE ISI | Week in Review: Beauty and Alcohol | We believe that two external factors may prolong the disruption in Estee's key Asia Travel Retail channel: 1) **China's on-and-off crackdown on "daigou"** and 2) digitalization of duty-frees in Korea and Hainan, which led to a channel conflict with retailers in mainland China (p. 1). |
| 15 | 8/21/2023 | Telsey Advisory Group | TAG Morning Note | EL is currently experiencing less traffic and lower conversion in Hainan compared to last year. **Given the recent change in daigou (essentially shoppers acting as distributors to Mainland China customers, which Hainan stopped in May) and the shift towards individual travelers, EL anticipates slower traffic in Q1 and Q2 in Hainan, resulting in EL's destocking efforts.** The company noted retail sales in Hainan turned sharply negative in May and June. The comparison gets easier in Q2 as EL begins to anniversary the onset of softness last year, with prior year comparisons easing further in the back half of FY24. Given the changing dynamics in China, EL is having its local team work more closely with the Travel Retail team in an effort to operate the businesses in a more coordinated way. Management noted that the Chinese travel market is very volatile and its FY24 outlook is based on current visibility, tying back to EL's investments to be a more agile manufacturer and operator and building up its Asia/Pacific supply chain and distribution network. Despite the weak Travel Retail business, the company was very confident in the health of its brands in China, noting market share gains and external research brand rankings. Additionally, EL is also very confident in Asia Travel Retail long-term; but noted near-term disruption given the changes in Hainan (pp. 3-4). |
| 16 | 8/22/2023 | TD Cowen | Morning Call - Aug 22 2023 | FY24 guide was below Street as Hainan retail sales were pressured in May & June given a renewed focus on cracking down on Diagou. Hopefully, the bar is low enough for beat and raises, but recovery is 2H weighted. EL continues to see LT margins heading to ~20% once the business normalizes, which could take time but achievable in our view (p. 4). |
| 17 | 8/29/2023 | RBC Capital Markets | Back to Business – Updated Thoughts on Consumer Staples | The inventory dynamic that EL is faced with is likely a near-term temporary timing issue, compounded by recent government crackdowns on daigous (p. 101) <br><br> ["]...Despite the gradual, but slow recovery of traffic in Hainan, this is currently being offset by stricter stock controls by operators along with strong governmental actions to reduce daigou purchases. Overall, daigou business declined by 87% in the second quarter. In total, excluding daigou business in China and Korea, La Prairie would have achieved 10% growth in the second quarter." - Vincent Warnery, CEO Beiersdorf, 8/4/23 (p. 101). |
| 18 | 9/3/2023 | EVERCORE ISI | Guide: HPC Themes. Management questions | Chart of daigou sales in Asia Duty Free on page 47 (p. 47). |
| 19 | 9/14/2023 | Canaccord Genuity | Beauty, Health & Wellness Post-Summer Pulse: Consumers still want to spend in BHW | Hainan's duty-free sales continue to face challenges and were up 20% YOY through the first 7 months of the year, a major slowdown from +31% in 1H were up 39.9%. July sales were down 34% YOY as China cracks down on daigou resellers (p. 3). <br><br> The travel retail channel has also faced its own problems, including a government crackdown on the daigou practice, where people will buy duty-free items in bulk to resell. We still believe it is hard to get a clear readthrough on true China performance as we continue to see conflicting results, particularly in the travel retail channel (p. 8). |
| 20 | 9/15/2023 | RBC Capital Markets | Nexus.One | We caught up in person with Estée Lauder this week came away with the following take aways: EL is currently not shipping/shipping very low volumes into China travel retail, but they mentioned that inventory levels in Mainland China are in good shape. Another factor in China travel retail to consider is the Daigou channel inventories, which are more difficult to quantify, although EL has worked with retailers to more accurately evaluate. On the Chinese consumer in general, EL noted that they are not seeing a slowdown in demand (while acknowledging that sales of big ticket luxury goods have slowed) and called out that recent unemployment headlines usually include individuals that are not EL's target audience (p. 44). |
| 21 | 9/17/2023 | Jefferies | Insight: A Deep Dive Into the China Beauty Market | As beauty sales have become more competitive in the U.S. and Europe, global forward growth ests are based on Travel & China rebound for EL. Looking out the next few yrs, holding the U.S. & Europe trendline constant implies China and TR each need to accelerate +15% in FY24 and +20% in FY25 to hit street ests. If TR fails to recover with new Daigou regulations, or China fails to accelerate, ests could be at risk (p. 1). <br><br> **The other main driver of the China beauty market has been Travel Retail (TR), which has been a key growth driver. The channel historically accounts for est. 11% of sales globally and beauty spend (40% of TR mix) has been growing 20%+ = 2ppts+ of growth contribution to global growth around 3%-4%. Tighter regulations around the Daigou could also have negative implications on the channel** (p. 5). <br><br> Our thinking is evolving around EL's exposure to Travel Retail at almost ~27% of sales. In the past, we have been willing to look past TR sales concentration due to favorable margin structure (~40% OM). The risk is getting harder to justify now with half of TR sales in Hainan (~13% of total sales), a slowing China economy, and the expectation for less stimulus in the China market. Tighter regulations around the Daigou could have negative implications on the channel. Our checks on the ground point to an improvement in total beauty inventory in Hainan but rationalization efforts are still underway for EL. We would expect the excess product to be cleared by the end of the Dec-23 quarter (p. 19). <br><br> EL market share charts on p.19. EL shares by region on p. 20 (p. 20). |
| 22 | 10/9/2023 | Canaccord Genuity | BHW Highlights September 2023: Promos continue to trend higher YOY, expect all eyes on September retail sales report | We continue to monitor China and the **opaque travel retail channel to the best of our ability**, although we note that the Chinese government is still cracking down on daigou resellers, which beauty brands including EL have called out as having a material negative impact on the recovery of the travel retail channel (p. 1). <br><br> We also believe the government crackdown on daigou, the practice where people buy duty free items in bulk to resell, has been a major headwind for the travel retail channel. We still believe getting accurate China readthroughs is difficult, although the largest Chinese duty-free retailer, China Duty Free Group, recently reported 1H23 sales up +30% YOY (p. 6). |

**Appendix F: Industry Report Commentary on Daigou**
*11/1/2021 – 11/15/2023*

| Number | Date | Contributor | Title | Daigou-related Quotes[1] |
|---|---|---|---|---|
| 23 | 10/20/2023 | RBC Capital Markets | Nexus.One | On the daigou crackdown in China (Hainan), the government restrictions continue to have an impact on sellout, leading to ongoing inventory reductions (p. 1). |
| 24 | 10/27/2023 | RBC Capital Markets | Nexus.One | Estée Lauder: Good Daigou?With so much negative news around Daigou, we thought we would share some contrarian perspective on the positive aspects of Daigou. **In many cases, it is a channel that allows companies to seed new consumers that live in Tier 3-4 cities that don't have access to other channels. It is important for companies to be sophisticated and agile about managing volumes and pricing, given that travel retail products are sold at a discount. When everything was growing, it was relatively easy to manage this. However, the equilibrium got completely messed up over the past few years due to COVID** (p. 50). |
| 25 | 11/1/2023 | Piper Sandler Companies | 3 Big Learnings from 3 Beauty Behemoths | China and Asia Travel Retail remain pressure points across the industry, with elevated inventory levels (heavier for EL), Daigou restrictions, and a slower than anticipated recovery for beauty in Mainland China with pre-sales for the 11.11 shopping festival (a strong leading indicator of overall propensity to spend) more modest than hoped for (p. 1). |
| 26 | 11/2/2023 | Telsey Advisory Group | TAG Morning Note | Global Travel Retail sales declined double digits in the quarter as both EL and its retailers reset inventory levels, while government and retailer policy changes related to unstructured market activity resulted in lower shipments. As a result of slower traffic and lower conversion from a policy change that discouraged daigou (shoppers acting as distributors to Mainland China customers, which Hainan stopped in May), the channel has struggled with excess inventory (p. 5). |
| 27 | 11/6/2023 | Canaccord Genuity | BHW Highlights October 2023: Demand remains for beauty/pers care but incentives needed, China remains weak | Estee Lauder recently called out a slow start to Single's Day (11/11), which does not bode well for discretionary categories as the holiday is the largest global shopping holiday of the year. With the Chinese government cracking down on the daigou reselling practice, we believe the Asia travel retail channel could potentially face a rebasing toward lower levels of demand that was previously driven higher by the practice. We believe the macro environment in China is driving additional weakness as economic activity in the country continues to slow. Results are still mixed, but retail sales data show the consumer is feeling a pinch (p. 5). |

**Notes:**

[1] This appendix summarizes quotes from industry reports that (1) were published between November 1, 2021 and November 15, 2023 (2) contained the following keywords: "daigou," "diagou," "grey market," "gray market," "resale," or "resell" (3) were present when a filter for "Estée Lauder" was used for the company filter on LSEG Workspace (Primary Company Only option not used), (4) were not an "Independent Research Provider" or "Other Research Provider" (5) were classified by LSEG Workspace as an Industry Report (6) were in English.

[2] Only select quotes from reports are shown in this appendix. Only quotes where discussion is relevant to Estée Lauder or the beauty industry are included. Emphasis added for some quotes.

**Source:**

[A] LSEG Workspace.

**Appendix G: Analyst Commentary Following Rating Downgrades of Estée Lauder's Stock**

| Number | Contributor | Date | Previous Rating | New Rating | Key Reasons For Downgrade |
|---|---|---|---|---|---|
| 1 | Argus | 5/12/2023 | Buy | Hold | We are concerned about the **slow pace of recovery in China and in the travel retail segment** in Asia, where inventories are rising. |
| 2 | Oppenheimer | 6/5/2023 | Outperform | Perform | Street forecasts appear too aggressive…For FY24, we are now at $4.5, below a $5.34 consensus figure.  This incorporates a **less roubust travel retail rebound and more muted growth in the US market.**<br><br>In addition, recent macro data points suggest an **uncertain recovery** in China with a slowing PMI reading in May and elevated unemployment. |
| 3 | Barclays | 7/20/2023 | Overweight | Equal Weight | We are lowering our FY24 EPS estimate to $4.78….to reflect **less of a recovery in travel retail**....less strong growth in China…and slightly **more muted growth in the Americas**.<br><br>Importantly our model does not yet incorporate the financial impact form the **cybersecurity attack** |
| 4 | Piper Sandler | 7/24/2023 | Overweight | Neutral | Timing of **China Recovery Uncertain**…heightened youth unempolymnet, weak property transactions, a rising level of savings deposits as a result of lower consumer confidence, and travel to Hainan Island taking a step down... with expectations for China Tourism Group (primary retailer on Hainan Island and one of EL's largest customers) coming down notably[.]<br><br>Other Parts of Business Facing Challenges... **We also see little to no improvement in brand power in other geographies**..., as exhibited by weakening market share, flat to lower brand preference in our…Survey, a secular channel mix shift away from department stores.<br><br>China Weakness to Waylay Recovery Tailwinds... **The rebound in China and Travel Retail... has not played out as anticipated.**<br><br>The weakness in China translates to Hainan, **with air travel to the island still relatively weak.** |
| 5 | Jefferies | 7/26/2023 | Buy | Hold | Growing concerns round the recovery of EL's key drivers (**China/TR** and **skincare**) lead us to lower est. to 10%/5% below consensus in FY24/FY25.<br><br>Potential multi-yr headwind from tougher performance in the US... where brands could continue to struggle... **Cyber incident** a potential risk. |
| 6 | Citi | 8/1/2023 | Buy | Neutral | Incremental Data Points on **China & Cybersecurity** suggest caution – Channel checks… have found that (1) Chinese consumers continue to trade down from premium to mass-market brands, (2) EL's inventories in certain TR locations remain elevated, (3) El's Taobao/Tmall sales mix has shifted heavily to Taobao, raising the risk to brand image and creating challenges to manage reseller pricing.<br><br>EL recently disclosed that it was the target of a **cybersecurity** attack causing disruption to parts of its business. |
| 7 | Berenberg | 11/2/2023 | Buy | Hold | While we continue to expect an eventual earnings recovery, these latest developments suggest that: **(1) it may take longer to unfold; and (2) it may be less significant than we had anticipated due to the negative market share developments.** This leads us to downgrade our rating on the stock to Hold. |

**Appendix G: Analyst Commentary Following Rating Downgrades of Estée Lauder's Stock**

| Number | Contributor | Date | Previous Rating | New Rating | Key Reasons For Downgrade |
|---|---|---|---|---|---|
| 8 | RBC | 11/2/2023 | Outperform | Perform | Going into F1Q'24, we expected that EL had been conservative enough with its fiscal 2024 guidance in order to avoid another episode of lowering its outlook. Needless to say, the operating environment continues to be very volatile and EL was forced to significantly cut its guidance on the top and bottom lines once again, just one quarter into the year. While we gave EL's management team the benefit of the doubt on having a handle on the situation, given its strong historical track record, this quarter indicates that this is not the case. **The rapidly changing operating environment is causing low visibility, and the slowdown of the expected growth rate of overall prestige beauty in mainland China points to more than just seasonal/one-time business dynamics that are impacting performance**. EL's guidance implies +DD% growth in 2H (vs. the guided -DD % growth in 1H) and until EL proves this can be achieved, we step aside to wait on the sidelines. Lastly, based on our experience with other situations like this (Newell during the Mike Polk days comes to mind), we would not be surprised to see significant management change over the coming quarters. <br><br> Negatives: 1) **China – In the quarter, global travel retail organic sales were down -51% Y/Y, mainly driven by inventory reductions and structured market containment**. |
| 9 | Telsey | 11/2/2023 | Outperform | Market Perform | Slower growth in prestige beauty in **mainland China**...an incremental...drag from business disruption in **Israel/Middle East** and continued pressure in **Asia travel retail**. |
| 10 | TD Cowen | 11/8/2023 | Outperform | Perform | **Mainland China** could see continued softness due to a volatile Chinese consumer, and **Hainan & South Korea** Travel Retail may worsen before getting better. <br><br> EL also needs reinvention through a more agile supply chain & accelerated innovation to younger **U.S. consumers**. |

**Notes:**

[1] Emphasis added for quotes.

[2] Includes all analyst downgrades of Estée Lauder's stock during the period from February 3, 2022 (the start of the Proposed Class Period) to November 15, 2023 (two weeks after the end of the Proposed Class Period).

**Sources:**

[A] "Analyst's Notes," *Argus*, May 12, 2023.
[B] "Upside Case Now Less Compelling; Moving to the Sidelines," *Oppenheimer*, June 5, 2023.
[C] "Downgrade To Equal Weight," *Barclays*, July 20, 2023.
[D] "Downgrading to Neutral; Pressures Persisting, Full Valuation, Limited Upside," *Piper Sandler*, July 24, 2023.
[E] "Concerns Around Prolonged Recovery in China, Skincare Shift; D/G to Hold," *Jefferies*, July 26, 2023.
[F] "Recovery Path More Uncertain; Downgrading to Neutral," *Citi*, August 1, 2023.
[G] "Recovery Timing And Scale Less Clear; Hold," *Berenberg*, November 2, 2023.
[H] "UNCLE...Downgrading to Sector Perform," *RBC*, November 2, 2023.
[I] "EL 1QF24 Follow-Up: Downgrading to Market Perform on Challenges to Travel Retail and Slowing China Growth," *Telsey*, November 2, 2023.
[J] "Downgrade: Near-Term Risks, Long-Term Need For Speed & A 10-Point Wish List," *TD Cowen*, November 8, 2023.