# EXHIBIT D

21-Oct-2021

# L'Oréal SA (OR.FR)

**Q3 2021 Sales and Revenue Call**

Total Pages: 19
Copyright © 2001-2021 FactSet CallStreet, LLC

**L'Oréal SA** *(OR.FR)*
Q3 2021 Sales and Revenue Call

Corrected Transcript
21-Oct-2021

# CORPORATE PARTICIPANTS

**Françoise Lauvin**
*Head-Investor Relations, L'Oréal SA*

**Christophe Babule**
*Chief Financial Officer, L'Oréal SA*

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

.......................................................................................................................................................................................................................................................

# OTHER PARTICIPANTS

**Bruno Monteyne**
*Analyst, Bernstein Autonomous LLP*

**Rogerio Fujimori**
*Analyst, Stifel Europe Bank AG (UK)*

**Celine Pannuti**
*Analyst, JPMorgan Securities Plc*

**Javier Escalante**
*Analyst, Evercore Group LLC*

**Guillaume Delmas**
*Analyst, UBS Limited*

**Jeremy Fialko**
*Analyst, HSBC Bank Plc*

**Tom Sykes**
*Analyst, Deutsche Bank AG*

**Pinar Ergun**
*Analyst, Morgan Stanley Securities Ltd.*

**Olivier Nicolai**
*Analyst, Goldman Sachs International*

**David Hayes**
*Analyst, Société Générale SA (UK)*

.......................................................................................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

**Operator**: Welcome to the conference call regarding L'Oréal's Sales at September 30, 2021. [Operator Instructions] The conference is about to begin. I will now hand over to Mrs. Françoise Lauvin. Madam Lauvin, please go ahead.

.......................................................................................................................................................................................................................................................

### Françoise Lauvin
*Head-Investor Relations, L'Oréal SA*

Thank you, Philip. Good evening to all. Thank you for joining this conference call for the release of L'Oréal sales at the end of September 2021. On behalf of L'Oréal, I am pleased to welcome our Chief Executive Officer, Nicolas Hieronimus...

.......................................................................................................................................................................................................................................................

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

Good afternoon.

.......................................................................................................................................................................................................................................................

### Françoise Lauvin
*Head-Investor Relations, L'Oréal SA*

...and our Chief Financial Officer, Christophe Babule.

.......................................................................................................................................................................................................................................................

# L'Oréal SA (OR.FR)
Q3 2021 Sales and Revenue Call

 Corrected Transcript
21-Oct-2021

## Christophe Babule
*Chief Financial Officer, L'Oréal SA*

Hello.

## Françoise Lauvin
*Head-Investor Relations, L'Oréal SA*

We hope you received and read our press release which was sent out a short while ago. Let me briefly share with you the highlights of this release before we move to the Q&A session.

At the end of September, sales increased 15.3% to €23.2 billion. The change in the scope of consolidation was positive by 0.8%. It consists mainly of the first-time consolidation in 2020 of Mugler and Azzaro perfumes of the US skincare brand, Thayers Natural Remedies, and in 2021, of the Prada beauty license and of the Japanese premium skincare brand, Takami, marginally offset by the termination of Clarisonic brand in 2020. Foreign exchange had a negative minus 3.5% impact, mostly linked with the decline of the US dollar, of the Russian Ruble, the Brazilian Real, and the Japanese yen. Note that extrapolating the end of September, currency rates against the euro, i.e., with the euro at around $1.16 until year-end would lead to a negative currency impact of minus 1.9% over full-year sales. On a like-for-like basis, growth came to a strong 18% at the end of September.

Turning to the third quarter figures, sales advanced 13.6% on a reported basis to €7.996 billion after taking account of a positive 0.3% impact of the changes in the scope of consolidation and of a positive 0.2% currency impact, like-for-like growth came out at plus 13.1% over the third quarter of 2020, which was marked by L'Oréal's return to growth. Hence, over two years versus 2019 on a comparable basis, growth accelerated quarter-after-quarter since the beginning of the year with plus 5% in the first quarter, plus 8.4% in the second quarter, and plus 14.9% in the third quarter leading to plus 9.3% over the first nine months. All divisions recorded like-for-like growth both in the third quarter and at the end of September.

The Professional Products Division posted another quarter of double-digit growth and ended the period at plus 28.7%. The Consumer Products Division recorded 5.2% growth over nine months. The division is almost back to its pre-pandemic level on a comparison basis after two-year comparable growth of plus 4% in the third quarter despite its heavy makeup footprint. L'Oréal Luxe continues to outperform its market with 25.4% like-for-like growth at the end of September. And Active Cosmetics remains ahead of the race at plus 34.5%. All regions contributed to growth. Europe grew by 10.3%. North America achieved an excellent third quarter and ended the period at plus 23.1%. North Asia posted some growth of plus 22.6%.

In the challenging public health environment, L'Oréal China continued to post double-digit growth in the third quarter sustaining a high comparable 42.8% growth over two years. SAPMENA-SSA increased 13.6% with the third quarter affected by COVID resurgence in some Southeast Asian and Pacific countries, while India showed a sharp recovery. Latin America sustained its rapid pace at plus 25.8%. E-commerce posted once again strong growth up 29.7% like-for-like at the end of September to 26.6% of total sales, while in-store sales also recovered. Meanwhile, we pursued on our sustainability journey.

We are proud to announce that in September L'Oréal has been confirmed as a United Nations Global Compact LEAD company for the seventh consecutive year, and that L'Oréal USA, our largest subsidiary has reached carbon neutrality for Scopes 1 and 2 emissions for all its 25 manufacturing, distribution, administrative and research and innovation sites. Thanks to relevant strategic choices, strong investments in our brands, offensive launches of cutting edge innovations and agility of our teams, L'Oréal continues to significantly outperform the beauty market that is gradually returning to its pre-crisis levels.


As you can see, all divisions and all regions contributed to a well-balanced growth and a strengthened dynamic. In an environment that is still marked by some uncertainty, our third quarter performance reinforces our confidence and leads us to confirm that in 2021 we will achieve growth in both sales and profits.

I thank you for your attention. And we are now ready for your questions.

# QUESTION AND ANSWER SECTION

**Operator**: [Operator Instructions] Thank you. You have a first question from Bruno Monteyne from Bernstein. Please go ahead.

### Bruno Monteyne
*Analyst, Bernstein Autonomous LLP*

Q

Hi. Good evening, Nicolas. It's very hard to come up with scrutinizing questions after such a release. I'm almost tempted to congratulate on the numbers. Now, in terms of trying to asking questions, first of all, there's been a lot of discussion about the slowdown in beauty in China, particularly online. That is hard to see in the numbers you've published. But there's any element of the exit rate in China starting to slow down particularly online? And the second one, US growth was clearly exceptional. Do you really think that America can be the equal partner in growth as China has been for the last few years so you would have two big engines of growth, or is that too much to aspire to? Thank you.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Thank you, Bruno, for your question and your quasi-congratulation. I do take it with great pleasure, and I will obviously answer your questions. Just maybe a quick overall overview and I'm going to dig into your specific Chinese and Americas questions. But the good thing is that I think we continue to see the recovery of the beauty market. We do not have accurate numbers, but we estimate the beauty market growth to be at plus 10% after nine months, getting closer and closer to its 2019 results, which we think will happen by year-end, and we are at plus 18%, significantly beating the growth of the market. And as we'd said after first half, it's still a grand slam, all divisions, all regions and all category as it relates to overperformance.

Considering China, it's clear and it's been said and commented that there has been turbulences over the summer, which are mainly related to COVID cases resurgence, which has led to the lockdown of over 40 cities, 45 cities in China, store closures, limited travel. And that has slowed the market down, which has not prevented us from achieving a double-digit growth, as Françoise said, and having a Q3 over two years at over 40% growth.

It's mainly a brick-and-mortar slowdown. E-commerce has remained dynamic in China. It's fair also to say that the beauty market is – the weight of this Q3 in China is significantly lower than other quarters. And as you know, our Chinese consumers tend to more and more wait for the big festival. So there were 6/18 just before that quarter, and now they're gearing up to Double 11. So it was mainly a brick-and-mortar slowdown. The market size is now huge, and we continue over two years to see growth. So overall, I'm not worried about China, although more as all the long-term fundamentals of that market are extremely positive.

As we've discussed before, the projections in terms of middle classes and upper middle classes are quite spectacular. I was looking at the number. Today there's around 850 million people in the middle classes in China.

There's going to be another 300 million more by 2030. So that's a third more and that's spectacular. And if I take the upper classes, which are smaller in numbers from 5 million to 16 million, they're going to be developing.

So it's a huge market potential. Spend per capita will increase. And as we discussed in some of the road shows that we did over the summer, the vision of the Chinese Premier of common prosperity, which aims at making the middle classes wealthier and bigger, is very positive for us and for beauty which is a category that contributes to these consumers' well-being. So we remain very confident for China despite the summer turbulences.

And as far as the US are concerned, you're right to assume, it is the second growth engine. For many years, it was a big growth engine for the group. We had a couple of years where we're not super happy with our results. We did the transformations that needed to be done, which were mainly rebalancing in terms of channels, categories. And now we have our four divisions really beating the market and growing when – if we take a year ago or two years ago, it was mainly Professional and Active Cosmetics. And the US economy is very dynamic. So our intention is really to have these two engines, which are about similar in size, to really drive the growth of the group for the years to come. So overall, pretty positive and confident for the future of China as well as for the USA.

**Bruno Monteyne**                                                                                            Q
*Analyst, Bernstein Autonomous LLP*

Congratulations and thank you.

**Nicolas Hieronimus**                                                                                       A
*Chief Executive Officer & Director, L'Oréal SA*

Thank you.

**Operator**: Our next question is from Celine Pannuti from JPMorgan. Please go ahead.

**Celine Pannuti**                                                                                           Q
*Analyst, JPMorgan Securities Plc*

Yes. Good afternoon, everyone.

**Nicolas Hieronimus**                                                                                       A
*Chief Executive Officer & Director, L'Oréal SA*

Good afternoon.

**Celine Pannuti**                                                                                           Q
*Analyst, JPMorgan Securities Plc*

My first question, maybe if we stay in the US, the number was really amazing at 22%. Could you just say whether there was sell-in, sell-out differences? I remember that in Q1 you had issues with supply of materials. So has there been a catch-up or have you been maybe, as some of your customers are eager to build inventory when there is a bit of a supply constraint overall? So that will be helpful. And, yeah, if you could give us a bit of a scale, that 22%, which categories did better and which did still very well, but maybe less well than the average?

Maybe, coming back to China, could you talk about Hainan? What kind of growth have you seen in the quarter, and if effectively you've seen an improvement through the end of that quarter, or maybe as well, putting that in the context of Travel Retail? And just to finish on China, thank you for giving us this middle class number, and clearly

# L'Oréal SA (OR.FR)
Q3 2021 Sales and Revenue Call

**Corrected Transcript**

21-Oct-2021

the opportunity, what is your thought about the impact of the changes that the country is going through in terms of confidence, consumer confidence in the very short term, and as well go-to-market and the ability to use celebrity or fandom culture that seems to have been cracked down? Thank you.

---

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

That's a lot of questions, Celine. I hope I can remember them all.

---

### Celine Pannuti
*Analyst, JPMorgan Securities Plc*

Q

It's easy. It's US and China. Yes.

---

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Yes. But then there's other sub-questions are pretty detailed. So let's take them one by one, and I will speak under the control of Christophe. Overall, there's no sell-in, sell-out difference in the USA. Actually there are several divisions where a sell-out is superior to sell-in. It's the case of CPD where there were some destocking plus, as you said, some supply shortages. Same for Active Cosmetics, where we still are trying to running after the demand of CeraVe, which is again over plus 68% I think year-to-date. So there's no restocking. Professional, the market has reopened for a while. There might have been a couple of salons taking some extra inventory, but I don't think so. The only division where traditionally Q3 sees a restocking but is the same every year is luxury because most retailers are buying their fragrance inventory to be ready for the holiday season.

So there's probably on L'Oréal Luxe a slight extra sell-in versus sell-out, but nothing material and nothing unusual. So it's really the acceleration of all four divisions. They are all gaining shares, above 2019 level for most cases. We keep on having the Professional Division and the ACD extremely strong, Active Cosmetics extremely strong in the USA. In the US Active Cosmetics is today at more than double the level of 2019, which is really spectacular. And what's new this year is that we both have L'Oréal Luxe, which is benefiting from its reorganization. Cutting the long tail of our stores in the USA and focusing our resources both on online and on the best performing stores. So that's really productive. You have makeup starting strongly more on CPD side.

And we have a fantastic performance in fragrance in the USA. So the fragrance market, overall, is bouncing back pretty strongly globally. It's a market that's close to plus 20%, and we are growing at the group level over 40%. So that's global. And the US is the part of the world where this market share gain and performance in fragrance is the highest. And we have, as I said, CPD is really accelerating, gaining share in skincare, progressing seriously in haircare. And we're benefiting on makeup both from the rebound of the markets, and the makeup market in mass in the USA is above 2019 levels over the last periods, and we are gaining share in a very spectacular manner with many innovations from the brands, from Maybelline and NYX. NYX is doing great. On top of my mind, three other top 10 launches in the USA are CPD makeup.

And by the way, I just come back from the UK, and it's out of the 10 new makeup products launched in the UK market are for CPD. So great innovation plan. So we have all four engines roaring, and it's, of course, boosted by the quality and the dynamism of the US economy. So it's really positive on the US. On China, so your question was around the climate that may be generated by a number of decisions that have been taken or enforced on the Chinese market. I'm talking about – I've mentioned turbulences over the summer. COVID cluster is one of the main ones, but we can't eliminate the idea that a number of measures that were announced may have created

# L'Oréal SA (OR.FR)
## Q3 2021 Sales and Revenue Call

some uncertainty within Chinese consumers. But I think this is not going to last for the reasons that were mentioned before. And we have absolutely, as far as we are concerned, we see no issue in doing our business.

You were mentioning influencers or celebrities being challenged in China. We have many brands. We have Lancôme, L'Oréal Paris which are our Chinese favorite brands. We use influencers like everybody, but we do not rely on one big star that's under contract or that makes or breaks our brand. So today our go-to-market in China is exactly as it is. Our teams are in the pre-sale period of Double 11, which is off to a good start. So we can't predict what's going to happen, but we are carefully optimistic for that. And there's no reason to be worried about the measures of China. And as I said, as I told Bruno, I think the desire of the Chinese authorities to share the wealth and to increase the size of middle classes is something that should benefit us.

And finally, as Hainan is concerned, which if I'm correct, it was your last question. Hainan, like China, had a bad Q3 in terms of traffic. Traffic was down. The hotel occupancy rates were down. So it was not a great summer for Hainan. But since then, we've had the Golden Week, and Golden Week in Hainan was very buoyant. It's slightly outside Q3, but we see that the total duty-free sales in Hainan were increased by I think over 60% with a number of shoppers that more than doubled. So it seems that the appetite as soon as the COVID restrictions are ended, the appetite both for travelling where they can, right now it's only Hainan, and to shop beauty remains intact at least for this part of Travel Retail Asia. Well, Celine, I hope I did not forget anything.

### Celine Pannuti
*Analyst, JPMorgan Securities Plc*

Q

No. I forgot to tell you, congrats for this quarter. Thank you.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Thank you very much.

**Operator**: We have a next question from Guillaume Delmas from UBS. Please go ahead.

### Guillaume Delmas
*Analyst, UBS Limited*

Q

Good evening, all. So two questions from me, please. But before my two questions, just a housekeeping one. If you could provide us with your like-for-like sales growth by product category, that would be very helpful. And then my two questions. So the first one on value growth, could you give us a feel for what value growth was in Q3? And what I'm more interested in is, have you seen a increase in contribution from pricing and mix since the first quarter of the year? Because, I mean, historically at L'Oréal, my understanding is that mix is the main driver of value growth. But are you also now implementing maybe more proactively some pricing actions as well to mitigate the cost headwinds? And then my second question is on the makeup category. Could you shed some light on where sales are in the makeup category versus 2019? Nicolas, you said that it was ahead in the US. But on a global basis, are you ahead as well or slightly below 2019 levels still? And I guess, the big question, has the recent development of the makeup category makes you more confident about a imminent makeup boom? Thank you.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Okay. So we'll start with the valorization question, which I'll happily hand over to Christophe. But Guillaume, I may add a little bit of icing on the cake if necessary. But Christophe, I let you.

L'Oréal SA (OR.FR)
Q3 2021 Sales and Revenue Call

Corrected Transcript
21-Oct-2021

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

So as you know, we've been valorizing, in fact, thanks to different components, different elements, and first, I want to reassure you that we are using all the levers when it concerns valorization. So end of September, we have both equally valorization both in terms of mix within divisions, but also valorization in terms of by product. So within a division, we have also been selling a more valorized product. And we don't forget also to add price, so close to 1.5% as of today and even a bit more in the third quarter. So we are above 2% on pure pricing regarding the valorization. All the rest is the mix. So as you can see, all elements are going into the right direction.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

And maybe as far as offsetting the inflationary pressure that you were referring to, we can say two things. First of all, considering the structure of our P&L with over 73% gross margin, and the relatively low weight of the most inflationary components today [indiscernible] (00:25:02) palm oil or even plastic, we do not see at the global level a material impact. However, it is true that the inflation in cost of some of these materials, plastic, palm oil, et cetera, will impact a bit more our Consumer Products Division, which is one that is more concerned by these elements. So they will, for 2022, have to compensate these inflationary pressures with a blend of price increases, and what we recall revenue growth management, which is a blend of formats and promotional strategy and the sum of all these should allow us to offset these elements, these negative elements.

As far as categories are concerned, so there are two questions. Overall, if we take our year-to-date 2021, as I said earlier, on fragrance, we had plus 40% overall market that we estimated at plus 19%. On skincare, we are at plus 20%-ish, a bit more on the market that we estimated at plus 9%. On makeup, and then I'll go back to the comparison with 2019, but on makeup, we're close to plus 15% on a market at plus 9%. And on hair, which is a blend of hair color and haircare, we are at close to plus 12% on a market that we estimate around plus 7%. So that's the global picture where we're beating the market. And within hair color, if you want to give a little bit of detail, there's a rebalancing between professional and mass market. Last year, we had great growth in mass market when salons were closed, and as women are going back to hair salons, it's penalizing our CPD and helping our Professional Division.

As far as makeup is concerned, the makeup market remains overall double-digit negative versus 2019, and we remain also negative versus 2019, better than the market. But still, we are below the levels of 2019, and there are a few exceptions like, as we said, we are getting progressively positive in CPD, so in the mass market. But overall, the markets remain negative. What we see is that the eye categories are doing great, and that still as long as the masks are worn, lips and even foundation remain a bit more difficult, even though we had many great launches in that arena.

As far as the future is concerned, I remain very confident. We saw in China good numbers. We've seen in mass markets in the USA when we come up with the right innovations, good numbers, too. And in China the market is significantly positive versus 2019. So when people go back to normal life, they go back to makeup and they go back to lipstick, and we'll have, as we always do, to tempt them with new ideas, new initiatives. And we have a few in the bags for the end of the year and for FY 2022. So I remained – makeup, as I often say, a very cyclical category. We were in a down cycle. We had COVID. And now, we hope that with the return, which I wish to be as soon as possible to a normal, healthy life, mask-free, I'm confident that makeup will go back to above 2019 levels.

### Guillaume Delmas
*Analyst, UBS Limited*

Q

**L'Oréal SA** *(OR.FR)*
Q3 2021 Sales and Revenue Call

Corrected Transcript
21-Oct-2021

Thank you very much.

***

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

A

You're welcome.

***

**Operator**: Thank you. Our next question is from Tom Sykes from Deutsche Bank. Please go ahead.

***

**Tom Sykes**
*Analyst, Deutsche Bank AG*

Q

Yeah. Good evening, everybody. Thank you. Firstly, just on North America, you mentioned before the channel reorganization, but I wondered if you could just talk about the importance of online and particularly offline growth in the recovery and, perhaps, the importance of beauty stores, maybe more so department stores and, in particular, to the categories which have rebounded quite strongly in terms of makeup and fragrance. Does that at all limit the operational gearing that we may get out of the North American recovery?

And then, just a question on China, given potentially some of the regulatory changes in maybe lending by tech companies, are you able to say how much of your e-commerce business in China involves some sort of short-term credit offered at point of sale, please?

***

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

A

I'm not sure I understand. I apologize. I'm not sure I understand the last question. Can you maybe elaborate or...

***

**Tom Sykes**
*Analyst, Deutsche Bank AG*

Q

Yeah. It's just whether payment via a short-term credit is an important factor in your e-commerce sales, particularly in China where those may be being looked to be a little bit more limited in terms of their growth by the authorities.

***

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

A

No, we haven't seen any of this. To answer quickly to the last question, we haven't seen any problems around credit on our e-commerce sales in China. I don't know, Christophe, if you want to elaborate it.

***

**Christophe Babule**
*Chief Financial Officer, L'Oréal SA*

A

No. I can tell you that, first, it's not a practice in China. Contrary to the US, usually, when it comes to that kind of purchase, it's mainly cash. And when I see the growth of e-commerce on the Q3, which is in the range of 70% over two years, so it gives you an idea of the speed at which online is still flying in China. So probably a bit slower than Q1 or Q2, but still extremely dynamic.

***

**Tom Sykes**
*Analyst, Deutsche Bank AG*

Q

Excellent. Thank you.

***

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

And as far as the USA is concerned, our growth is driven by, I would say, two phenomenon, the reopening, and therefore, the acceleration of brick-and-mortar without any impact, no negative impact on e-commerce sell-out. So brick-and-mortar accelerates year-to-date Q3 at almost plus 27% versus 2020 and positive versus 2019. And our e-commerce sales continue to grow and have not been slowed down. And we see, of course, different consumer behaviors. People that tend to work from home are a bit more on e-commerce.

It's clear that the brick-and-mortar doors of mass market have accelerated a bit more with the return to work. Whereas, if we take some department stores and specialty stores, they are recovering a bit slower, although they were close to their good comparatives. And as I said in the earlier comments, we also have refocused or sharpened our distribution footprint in the USA. We closed over 1,000 doors of the [indiscernible] (00:33:16) of our luxury distribution, so many small department stores that were not really productive. So that also allows us to invest, I would say, in a more effective manner to drive our brick-and-mortar. So we have the two channels growing in the USA.

### Tom Sykes
*Analyst, Deutsche Bank AG*

Q

Okay. Thank you.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

You're welcome.

**Operator**: Our next question is from Olivier Nicolai from Goldman Sachs. Please go ahead.

### Olivier Nicolai
*Analyst, Goldman Sachs International*

Q

Good afternoon, Nicolas, Christophe and Françoise. I've got two questions, please. First, a follow-up on China and Hainan. Could you please give us more details on your typical customers in Hainan, and if there is a high proportion of daigous among those, and also if you believe that the Hainan sales are actually mostly incremental to the rest of your Chinese business or if it's actually little bit of cannibalization? And then, secondly, on L'Oréal Luxe, you flagged the exceptional growth of Absolue by Lancôme. I think it's one of the first time that you flagged this. So could you perhaps give us a bit more details on the driver behind the growth of this super premium skincare? Thank you.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Okay. So on Hainan, I will start with the second part of your question, which is, it is incremental or cannibalizing our business in China. What is clear today is that a lot of the Chinese consumers or daigous sometimes that were traveling outside China, whether to Hong Kong or to Korea or to other parts of the world to buy products at a more affordable price, are now all going to Hainan because it's the only place where they want to go, and it's kind of – Hainan is a bit the new Hong Kong, as we speak. The good thing is that Hong Kong is accelerating again with the progressive list of measures, of sanitary measures. So Hainan is concentrating the Chinese consumers that were buying elsewhere.

Copyright © 2001-2021 FactSet CallStreet, LLC

# L'Oréal SA *(OR.FR)*
Q3 2021 Sales and Revenue Call



Corrected Transcript

21-Oct-2021

So it's not cannibalizing the domestic sales of loyal China. It's replacing sales that were done outside China, knowing that overall, as the population and the middle classes are increasing and their appetite for beauty is not satisfied, the size of the Chinese cake overall continues to increase regularly. And as far as the proportion of daigous is very hard to tell, and I would not be able to give you a number, what's important maybe for you to know, I think is that we are valorizing strongly our prices in Travel Retail. It's a strategy that we've embarked upon over the last two years to reduce the price, the price gap between our Travel Retail prices. So we've increased our net prices for Travel Retail to reduce the gap with China.

And if I look at our growth, which is pretty strong in Hainan in value, our volumes are flattish because we precisely want to make sure that this is not spilling over in an uncontrolled manner. So I think it's a pretty strong and effective policy, more value, controlled volume. And in the end, consumers that probably would not have bought our products in a traditional department store of China that are looking for more affordable prices, we see there's a bit more people from Tier 3 and Tier 4 cities where our market share is lower than the one we have in Shanghai, Beijing, in Tier 1 and Tier 2 cities. So overall, it's a good recruitment place, and it's not cannibalizing or hurting our Chinese business where we continue to grow.

## Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

By the way, when we look at the growth YTD of Mainland China on one side, Travel Retail Asia on the other side and Hong Kong, they are all flying between 25% and 35% growth. So there is no negative compensating a very huge growth. They are all growing more or less at the same speed.

## Olivier Nicolai
*Analyst, Goldman Sachs International*

Q

Thank you. And on L'Oréal Lux and Absolue by Lancôme?

## Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Sorry. I forgot on that one. Yeah. It's true that skincare is the biggest category in China. It continues to grow, and within skincare the fastest growing category is and it's been for a while premium skincare. And in that domain, we have two brands that we have animated and in which we have innovated strongly. They are Absolue from Lancôme and Helena Rubinstein which is a brand that we have discreetly over the years repositioned as a pure skincare, premium skincare player going out of makeup and launching high value products. And both brands are doing very well in Mainland China, and obviously also in Hainan, because as we all know, in Travel Retail the higher the price positioning of the product the more interesting the savings. So these two brands are doing well. And we had probably commented in the past on Absolue, but it's true that this year it's a particularly good performance in the wake of a couple of interesting launches.

## Olivier Nicolai
*Analyst, Goldman Sachs International*

Q

Thank you very much.

## Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

You're welcome.


Copyright © 2001-2021 FactSet CallStreet, LLC

# L'Oréal SA *(OR.FR)*
## Q3 2021 Sales and Revenue Call

**Operator**: Our next question is from Rogerio Fujimori from Stifel. Please go ahead.

---

### Rogerio Fujimori
*Analyst, Stifel Europe Bank AG (UK)*

Q

Hi. Good evening, everyone. I have two questions. The first one is on Asia. What's the current situation at the start of Q4 in markets like China, Japan, Korea, which were all penalized during the quarter by COVID-related restrictions? What I mean is, how does store opening rate in these key Asian markets at the start of the quarter compare to the Q3 average brick-and-mortar opening rate? And then my second question is more generic on the promotional environment for the Consumer Division. Was there any change in trend in Q3 versus the first half, or do you see any of your key markets experiencing becoming a bit less promotional to offset the industry cost pressures, or have you seen any of your key Western markets getting a bit more promotional as life gradually normalizes? Just trying to get a sense of competitive spending trends for CPD. Thank you.

---

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

So as far as Asia is concerned, it's a bit early to say much about Q4. What I can say is that, Korea and Japan, which were under very strict lockdowns over Q3 are progressively reopening their stores. So we see, I mean, the news are positive, but I have no numbers to give you. And the only thing we can say is that, in other countries, we've seen that when stores reopen, we don't see a slowdown or major slowdown of e-commerce. So pretty positive. I think, Korea, Japan can only get better in Q4 versus Q3. And as I said earlier in China, that China is really in the preparation of Double 11. Pre-sales are okay. And we'll see what's coming. Hong Kong is doing good, too. And I have no news on Taiwan. So the overall Greater China plus North Asia is doing – is seems to be correctly oriented.

---

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

Yes, if I may, I think it's very early to say today. As you know, Japan was in the lockdown till October 1st. So it's a bit too early to comment on the recovery. And of course, the big, big thing will be the 11.11 operation in China for which we have good confidence on the first element that we have on hand.

---

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

And as far as the mass market is concerned, I mean, most of the changes in dynamics between Q3 and first half were more related to the situation of the pandemic in countries, India reopening, Indonesia and the rest of Southeast Asia are remaining quite difficult, as I mentioned already, the slowdown in China over the summer, and the very good health of the North American markets. The European market remains pretty flat, but we are gaining significant shares in Europe. And as far as pricing or valorization is concerned, we see valorization of the mass market. We don't see devalorization.

We see premium haircare growing faster than the basic products, both because, I mean, it's the retailers' interest, but also because e-commerce, which has taken a bigger share of the market, e-commerce algorithms push up higher value items, and our innovations also are a source of innovation. If I take a product like the Elvive Dream Lengths Wonder Water, it's a valorized care products. We've launched a Hyaluronic shampoo line in Asia, that in China is doing great and now is being replicated in other parts of the world. So overall, both through innovation and through e-commerce impact we see more valorization than over-promotionality, which doesn't change the fact that, as I said, our Consumer Products Division will have to increase a little bit its prices to a certain inflationary pressure in 2022, but not in a major manner.

---

### Rogerio Fujimori
*Analyst, Stifel Europe Bank AG (UK)*

Q

Thank you very much.

**Operator:** We have a next question from Javier Escalante from Evercore. Please go ahead.

### Javier Escalante
*Analyst, Evercore Group LLC*

Q

Good evening, Françoise, Nicolas, Christophe. I do need a clarification from Christophe. If you can come back to the commentary with regards to the build of growth between unit growth, price mix, and actual price increases, I mean, just to give us a sense of what's happening there. And more structurally with Nicolas, I would love to hear your opinion when it comes to the differences in e-commerce in the US and China, which are your largest e-commerce markets, and to what extent this promotional environment in China is detrimental to pricing, and is that a concern, and also, what is the role of places like Amazon in terms of driving valorization in the portfolio. Thank you.

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

Okay. Maybe I will start with the question regarding valorization. So when you take the growth at 18% YTD, one-third is generated by volume, two-third is generated by value. So that gives you already a good idea of how much valorization is strong. And within the valorization, we measure three components. So one is pure pricing and then the different mix. And I can tell you, as I said before, that all three are positive. But for sure, the mix one is the component that is rising the biggest parts in terms of growth in the value. So pretty confident that we'll keep with this pattern in the coming months.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

And as far as...

### Javier Escalante
*Analyst, Evercore Group LLC*

Q

And, Nicolas, based on – go ahead, sorry for that.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

No. Go ahead.

### Javier Escalante
*Analyst, Evercore Group LLC*

Q

So in that context of valorization and trade up, how does e-commerce play?

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Well, e-commerce globally has always played favorably for the reasons that I mentioned is that for especially when you're dealing with pure players or even new retailers, their shipping costs are the same whether they ship



a $10 or a $20 or $50 item. So their algorithms tend to push both the best innovation and the most valorized items, and that's what's happening in the USA as it's happening in Asia and in China where the weight of e-commerce is the highest for us, over 50%. We have a lot of obviously of luxury goods that are selling on e-commerce. So the e-commerce plays globally in favor of valorization. And as far as promotionality, as you mentioned, well, it's our role to control the way we animate our brands and try, as always, to find the right balance between image, market share and profitability. And that's what we do in China as well as in the USA.

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

And to complement on what I was saying, what is important for you to know as well is that this valorization is positive on all divisions and in all zones. So it's really something that we measure very carefully and it's positive everywhere.

### Javier Escalante
*Analyst, Evercore Group LLC*

Q

Thank you very much.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

You're welcome.

**Operator**: Thank you. Our next question is from Jeremy Fialko from HSBC. Please go ahead.

### Jeremy Fialko
*Analyst, HSBC Bank Plc*

Q

Good evening. Thanks for taking my questions. Just one quick follow-up on China and then a bigger question. Sorry for laboring this point, but you've had some amazing growth in China in the last two 11.11, so I think over 40% growth each year. Is that anything we need to bear in mind in terms of the sort of growth rate we might need to expect in 2021? Any reason for, let's say, moderating our expectations for this year?

And the second question is, one of the themes that we've seen in L'Oréal's results really going back over the last several quarters is this remarkable outperformance of the market, so it was historically growing 1%, 2%, 3% better than the market. You're now doing 7%, 8%, 9%, 10% better than the market. And so the question is, are there elements of this huge market outperformance that you would view as being unsustainable, or is this potentially this big outperformance, becoming a new aspiration for the company? Thanks.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

So we have two questions.

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

Yeah. The first one is on the 11.11 this year.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

# L'Oréal SA *(OR.FR)*
Q3 2021 Sales and Revenue Call

Yeah. Well, that's the one I can't comment upon. Our objectives are objectives, and you will see and I let you do your own extrapolations. But obviously, I will not give you guidance on that. That's something I cannot comment upon. And the other question was?

---

### Jeremy Fialko
*Analyst, HSBC Bank Plc*

Q

On the growth relative to the market.

---

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Overperformance. Yes. Now, overperformance, I think there are several reasons to our overperformance. First of all, and I think it's important to remind this, is the fact that in the middle of the crisis when a lot of our competitors were folding their innovation plan, were reducing their spend, if we accept Q3 of 2020 we're obviously – because we didn't know what was happening, we cut both our launches, some of our launches and fuel. But from Q3 and onwards, we've gone full steam both in terms of launches and in terms of fuel, and that's also what we've done in the first half. I mean, when we commented on the first half result there were a number of comments on the important increase of our A&P. And I think that's one of the things that we are doing and we will continue to do.

That's what we call the L'Oréal virtuous circle, is we have high gross margin and growth allows us – generates resources that we can invest in fueling the growth of our brands and their desirability. Of course, we continue regularly to improve the level of profitability, but it's really a growth model. And that is a long-term strategic commitment to continue to invest regularly behind our brands, behind our innovations. As you know, innovation has always been one of the drivers of L'Oréal and we'll continue to fuel all of our brands. Then there are things that are, it's true that during the crisis, on top of continuing to invest, we have reorganized and rebalanced some of our activities.

So I'll give you two examples. We've talked a lot about the distribution in the USA and the fact that we've refocused in terms of channels and also categories in the USA. But I could also talk about the way we've reshuffled our P&L, moving resources from brick-and-mortar to digital. If I take a good example is our Professional Division, which is, as you could see, which is flying at plus 28% year-to-date. It was the consequence of becoming more online plus offline, so having this double distribution strategy. But also reshuffling the resources within our P&L from, I would say, a not dead investment, but not super-productive investment, to training and recruiting stylist online, engaging consumers on the social networks, and that's really transformed the dynamic of the division, and I think that's here to stay.

So as it relates to the overall overperformance, it doesn't depend only on us. In any competition you've got several players, and it depends on the quality of the other players. But I think that we have strong plans, strong teams, good P&L. And probably, one thing that I'd like to insist upon is our balance. We have a very balanced, both regional, divisional and category portfolio. And in a world that's very unstable, being very balanced is extremely powerful because we can always compensate, as you know, we discussed about the fact that there was a bit of a Chinese slowdown over the summer and we could accelerate in the USA. Makeup has not totally recovered. We are accelerating in skincare, and of course, we are now running on both brick-and-mortar and e-commerce legs. So overall, I remain confident in our ability to overperform the market. The level of overperformance, frankly, I can't neither commit to, nor extrapolate, because I can't predict what my competitors are going to be doing.

---

Copyright © 2001-2021 FactSet CallStreet, LLC

## L'Oréal SA (OR.FR)
Q3 2021 Sales and Revenue Call

### Jeremy Fialko
*Analyst, HSBC Bank Plc*

**Q**

Okay. Thanks very much.

--------------------------------------------------------------------------------------------------------------------------

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

**A**

We have a big ambition.

--------------------------------------------------------------------------------------------------------------------------

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

**A**

Yeah. We want to overperform, and we want to overperform as much as possible. But that's not easy to predict.

--------------------------------------------------------------------------------------------------------------------------

**Operator**: Thank you very much. We have another question from Pinar Ergun from Morgan Stanley. Please go ahead.

--------------------------------------------------------------------------------------------------------------------------

### Pinar Ergun
*Analyst, Morgan Stanley Securities Ltd.*

**Q**

Hello. Thanks for taking my question. How should we think about the different moving parts that feed into your profit margins this year and possibly next? I appreciate input cost inflation is rising, but you have a very strong top line momentum here and high gross margins. Is it not reasonable to expect a very strong year when we think about profitability? Thank you.

--------------------------------------------------------------------------------------------------------------------------

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

**A**

I'll let Christophe answer that one.

--------------------------------------------------------------------------------------------------------------------------

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

**A**

As you may understand, you are right that it's an option. But it's also our decision to decide on what we want to do with this power that we have in our P&L. And as you have seen recently, we are still overinvesting in growing for more growth. So of course – and up to now, the strategy has been a winning one, because as you can see, the overperformance is still there, quarter one, quarter two, quarter three. So if we can maintain and if our investment can still fuel that kind of growth, we'll still keep also investing.

--------------------------------------------------------------------------------------------------------------------------

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

**A**

As we said, we have returned to what I would call our cruising speed, a pre-crisis growth rhythm and strategy. And usually we've always had a first half profit that was always significantly higher than the second half, because the later part of the year, whether it's because of Double 11, Black Friday, Christmas, fragrance, it's money time, and that's where we have to invest behind our brands and our strategy is always to grow the cake. And so that the regular improvements in profitability are in absolute terms getting bigger and bigger. And that's what we are trying to achieve, and that's what you should expect.

--------------------------------------------------------------------------------------------------------------------------

### Pinar Ergun
*Analyst, Morgan Stanley Securities Ltd.*

**Q**

# L'Oréal SA *(OR.FR)*
Q3 2021 Sales and Revenue Call

**Corrected Transcript**

21-Oct-2021

That's great. Thank you. Just a quick follow up. Would you expect the next few quarters to continue on this path of quarter-after-quarter acceleration on a three-year view? I appreciate as we get to next year, maybe that will no longer hold, but as you're looking at the next few months, are you optimistic? Thanks.

................................................................................................................................................................................

**Nicolas Hieronimus**                                                                                                         A
*Chief Executive Officer & Director, L'Oréal SA*

Well, it's getting a bit more difficult because last year our Q4 was already, the first quarter where we got back to growth, we are close to plus 5% last year. So I think we are now more trying to maintain our rhythm than continuing to accelerate it.

................................................................................................................................................................................

**Pinar Ergun**                                                                                                                      Q
*Analyst, Morgan Stanley Securities Ltd.*

Thank you so much.

................................................................................................................................................................................

**Françoise Lauvin**                                                                                                              A
*Head-Investor Relations, L'Oréal SA*

Thank you. We will take the last question if there is one.

................................................................................................................................................................................

**Operator:** Yes, absolutely. We have a last question from David Hayes from Société Générale. Please go ahead.

................................................................................................................................................................................

**David Hayes**                                                                                                                    Q
*Analyst, Société Générale SA (UK)*

Thank you. Good evening, all. So just two questions please, one on Active and one on the US growth. So on the Active side, you talked about capacity constraints in the past. Is that still something you're struggling with? Is this growth that you're seeing still being limited by the fact you can't make the product quickly enough to satisfy the demand? And I guess, related to that, the second question is on the US growth, which obviously is pretty stellar in the quarter. Can you just give us a sense of how much of that is the Active growth still contributing, and then what is that with luxury? Are they both growing at similar levels and contributing at similar levels to the North American growth or is there still a big delta between these two divisions within the US? Thank you.

................................................................................................................................................................................

**Nicolas Hieronimus**                                                                                                         A
*Chief Executive Officer & Director, L'Oréal SA*

So as far as Active Cosmetics is concerned, it's true that we continue to have a very strong demand on CeraVe. And even though things has increased, the appetite of consumers seemed to be increasing too. Our CeraVe brand did globally year-to-date at almost over plus 85%, and still very, very high growth versus even in Q3. So we are running after it. But we are getting closer and closer. We have been ramping up using other factories within the group. So we are hopefully getting closer to being able to fulfill all the desire of CeraVe.

But it's true that, as we said earlier, there's globally, because I'm talking about CeraVe, but I could talk about La Roche-Posay, that was growing over 20%. And there is this consumer quest and appetite for products that are safe, effective, prescribed by dermatologists, and it's true that the power of this division and the brands that it carries seems to continue to be very strong and will continue to be very strong in the years to come. And Christophe, if you want to say a word on the US balance so that we don't come in too much in details, but maybe you want to give a hint.

................................................................................................................................................................................

# L'Oréal SA (OR.FR)
## Q3 2021 Sales and Revenue Call

**Corrected Transcript**

21-Oct-2021

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

Just to give a hint. Both divisions are growing YTD at more than 40%. So it means that, as we said at the very beginning, first, there is no slowdown in the US, and what is very visible is that the rebalancing of this country, whether in terms of growth by channel, growth by category and growth by division is really very visible, and impacts also the growth of the US very well balanced.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

And clearly, Active Cosmetics is the fastest growing division in the USA. So still well ahead of the others.

### David Hayes
*Analyst, Société Générale SA (UK)*

Q

Thank you.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

That's as far as we'll go.

### David Hayes
*Analyst, Société Générale SA (UK)*

Q

That's great. Thanks so much.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

All right. Well, thank you very much, everyone. And I let you close, Françoise.

### Françoise Lauvin
*Head-Investor Relations, L'Oréal SA*

So thank you very much. We wish you a very good autumn and holiday. And for the next conference call and meeting, it will be in February. Thank you.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

Thank you very much.

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

Thank you. Good evening.

**Operator**: Thank you. Ladies and gentlemen, this concludes today's conference call. Thank you all for your participation. You may now disconnect.

L'Oréal SA *(OR.FR)*
Q3 2021 Sales and Revenue Call

 Corrected Transcript
21-Oct-2021

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.