# EXHIBIT M

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | Case No. 23-cv-10669 (AS) |

**EXPERT REPORT OF JENNIFER MARIETTA-WESTBERG**

January 23, 2026

i

# Table of Contents

I.     Qualifications ..........................................................................................................1

II.    Assignment ............................................................................................................2

III.   Background and Summary of Allegations.................................................................3

     A.     Background .................................................................................................3

     B.     Summary of Allegations ...............................................................................5

IV.    Summary of Opinions..............................................................................................7

V.     The Content of Reports from Sell-Side Equity Analysts Provides a Useful Measure of the Information That Would Be Expected to Impact the Stock Price in an Efficient Market ....................................................................................................................10

VI.    Estée Lauder's Stock Price Declines on November 2, 2022, February 2, 2023, and May 3, 2023 Are Not Economic Evidence of Price Impact of the Prior Alleged Misrepresentations or Omissions...........................................................................13

     A.     Analyst Reports Following the November 2, 2022 Alleged Corrective Disclosure Did Not Attribute Estée Lauder's Financial Performance to Any Governmental Crackdown on Illicit Daigou.....................................................17

     B.     Analyst Reports Following the February 2, 2023 and May 3, 2023 Alleged Corrective Disclosures Did Not Attribute Estée Lauder's Financial Performance to Any Governmental Crackdown on Illicit Daigou ..................26

          1.    Korean Duty-Free Policy during and After the COVID-19 Pandemic..........................................................................................27

          2.    Analyst Reports Following the February 2, 2023 Alleged Corrective Disclosure Did Not Attribute Estée Lauder's Financial Performance to Any Governmental Crackdown on Illicit Daigou...............................29

          3.    Analyst Reports Following the May 3, 2023 Alleged Corrective Disclosure Did Not Attribute Estée Lauder's Financial Performance to Any Governmental Crackdown on Illicit Daigou...............................36

VII.   Dr. Cain Has Failed to Put Forth a Class-Wide Damages Methodology Capable of Measuring Damages Attributable to Plaintiffs' Theory of Liability ...........................47

     A.     Dr. Cain Fails to Propose a Damages Methodology Consistent with Plaintiffs' Theory of Liability.....................................................................................49

     B.     If the Alleged Corrective Disclosures Represent Materialization of Risk as Plaintiffs Allege, Dr. Cain Cannot Use the Price Declines Following Those Disclosures as a Measure of Inflation..............................................................50

          1.    Dr. Cain Has Not Articulated a Methodology That Can Assess the "True" Risk Associated with Regulatory Enforcement Against Illicit Daigou..............................................................................................53

          2.    Dr. Cain Has Not Articulated a Methodology That Can Assess the Extent to Which the Risk of Regulatory Enforcement Against Illicit

Daigou Was Already Incorporated into the Company's Stock Price ........................................................................................55

3.    Dr. Cain Has Not Articulated a Methodology That Can Quantify the Value Impact of Allegedly Concealed Risk.........................................59

C.    The Price Declines Associated with the Alleged Corrective Disclosures Cannot Be Used to "Back-Cast" Inflation If the Risk and/or Value Implications of the Alleged Misrepresentations Regarding Exposure to Illicit Daigou Changed Over Time ...............................................................65

1.    Dr. Cain Has Not Articulated a Damages Methodology That Can Account for Changes Over Time to Publicly Available Information About the Risk and Value Implications of Government Enforcement Actions Against Illicit Daigou ..............................................................68

2.    Dr. Cain Has Not Articulated a Damages Methodology That Can Account for Changes Over Time to Estée Lauder's Market Conditions ..............................................................................................71

D.    Dr. Cain Has Not Articulated a Damages Methodology Capable of Controlling for Confounding Information on the Alleged Corrective Disclosure Dates ....75

VIII.    Dr. Cain's Assessment of *Cammer* Factor 5 Is Not Tailored to the Facts and Circumstances of this Matter and Suffers from Hindsight Bias ..................................82

## I.    Qualifications

1.    I am a Vice President at Cornerstone Research, an economic and financial consulting firm.  At Cornerstone Research, I consult with clients on economic and financial issues arising in litigation and regulatory investigations in financial markets, and I provide economic analyses pertaining to various topics, including equity and bond trading, financial reporting, valuation, market making, asset management, and mergers and acquisitions.

2.    I previously served as a member of the U.S. Securities and Exchange Commission ("SEC" or "Commission") Investor Advisory Committee ("IAC"), created under the Dodd-Frank Act.  Among other things, the IAC advises the Commission on regulatory priorities, the effectiveness of disclosure, and initiatives to protect investor interests and works to promote investor confidence and the integrity of the securities marketplace.  As a member of the IAC, I participated in quarterly public meetings with various market participants and submitted analyses and recommendations for consideration by the Commission.  Among the topics discussed during my time as a member of the IAC were trends in investment research, proposals to update or streamline accounting and financial disclosures, methods to develop better disclosures for investors, and investor updates regarding accounting and auditing trends.  In 2021, I completed my four-year tenure on the IAC after serving as Chair of the IAC for one year.  I served as a member of the Board of Advisors to the Institute for Law and Economics at the University of Pennsylvania and as a Practitioner Director of the Financial Management Association.

3.    Prior to joining Cornerstone Research, I spent ten years at the SEC, including as Deputy Director and Deputy Chief Economist at the Division of Economic and Risk Analysis ("DERA").  As the Deputy Director/Deputy Chief Economist of DERA, my responsibilities included, among others, leading teams of economists conducting economic research and crafting economic analyses for SEC rulemakings in a wide variety of areas, including the regulation of broker-dealers, investment advisers, corporate issuers, corporate and investor disclosures, and markets and exchanges.  In addition, I led international economic initiatives and served, sequentially, as the Vice-Chair and Chair of the International Organization of Securities Commissions' Committee on Emerging Risks.

4.    I earned a Ph.D. in Finance from the University of Iowa.  For six years, I was an Assistant Professor in the Finance department at Michigan State University.  While an

Assistant Professor, I conducted economic research on initial public offerings, stock underwriting, divergence of investor opinion, and managerial ownership at investment management firms, among other topics.  I also taught the foundational Investments course to both undergraduates and graduate MBA students.  My lectures covered a broad array of investment topics, including portfolio theory; security valuation for equities, bonds, and derivatives; roles of information intermediaries such as securities analysts and credit rating agencies; and financial analysis utilizing analyst reports and corporate disclosures such as annual and corporate filings, among other topics.

5.      My work as an economist routinely involves reviewing, understanding, and applying academic research, and drawing economic conclusions.  My experience at the SEC and Cornerstone Research includes economic analysis across policy, investigation, and litigation issues.  Throughout my career, I have applied my training and expertise to economic and statistical analyses on a wide range of topics and across various markets, both in the U.S. and internationally.  My work has been published in peer-reviewed academic journals such as the *Journal of Corporate Finance*, *Journal of Accounting and Economics*, and *European Financial Management*.

6.      Cornerstone Research is being compensated at my standard billing rate, which is currently $1,350 per hour.  I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction.  Neither my compensation nor the compensation of Cornerstone Research staff who assisted me is affected by the outcome of this matter.

7.      A copy of my curriculum vitae and a list of prior testimony over the last four years are attached as **Appendix A** to this report.

## II.    Assignment

8.      I have been retained by counsel for The Estée Lauder Companies Inc. ("Estée Lauder" or the "Company") to address the following:

> a.  Evaluate whether Estée Lauder's stock price declines on November 2, 2022, February 2, 2023, and May 3, 2023 constitute economic evidence of price impact of the prior alleged misrepresentations or omissions.
>
> b.  Review and respond to certain analyses provided in the Expert Report of Matthew D. Cain, Ph.D. dated July 25, 2025 (the "Cain Report"). Specifically, I have been asked to evaluate whether his purported damages

methodology can be used to measure damages that are attributable to Plaintiffs' theory of liability in this matter.

c. Additionally, I have been asked to evaluate Dr. Cain's analysis addressing whether Estée Lauder's stock traded in an efficient market from February 3, 2022 through October 31, 2023 (the "Proposed Class Period").

9. In formulating the conclusions and opinions set forth in this report, I have relied on my knowledge, my prior experience, my academic research on relevant topics, and my formal training in economics and finance, which have informed the analyses set forth in this report. A list of documents, data, and other information that I have considered in forming the opinions set forth in this report is attached hereto as **Appendix B**. I have also reviewed expert reports submitted in this matter by Z. John Zhang, Daniel Langer, and Claire Kent. I reserve the right to revise my opinions in light of my ongoing review of the materials I have considered, as well as additional materials, including data, documents, and deposition or other testimony that may subsequently come to light, or if I am asked to perform further research or analysis.

## III.     Background and Summary of Allegations

### A.     Background

10. Estée Lauder Company is a beauty company that manufactures, markets, and sells cosmetic products under a collection of brand names, including, Estée Lauder, Clinique, M•A•C, and La Mer, among others.[1] Estée Lauder sells products in five categories (skin care, makeup, fragrance, hair care, and other) and in three main geographic regions (Americas; Europe, the Middle East & Africa; and Asia/Pacific).[2] Products are sold through Estée Lauder's own and authorized retailer websites, third-party online malls, in-store at airports, in duty-free locations, in Estée Lauder's own and authorized freestanding stores, and in brick-and-mortar retailer stores such as department stores.[3]

---

[1] The Estée Lauder Companies Inc., Form 10-K for the Fiscal Year ended on June 30, 2022, filed August 24, 2022 ("Estée Lauder 2022 10-K"), p. 2. In addition to owning a collection of brands, Estée Lauder also holds licenses for additional brand names for fragrances and cosmetics. *See* Estée Lauder 2022 10-K, p. 2.
[2] Estée Lauder 2022 10-K, p. 28.
[3] Estée Lauder 2022 10-K, p. 2.

11.     Travel retail refers to the sale of goods in retail outlets in travel environments, such as airports and cruise ships.[4]  Estée Lauder's global travel retail sales, including those in Asian countries, are reported through its Europe, Middle East and Africa ("EMEA") region.[5]  For Estée Lauder, total travel retail sales represented approximately 29% and 27% of Estée Lauder's overall sales in 2021 and 2022 respectively.[6]

12.     I understand that "daigou" is a Chinese term that means "purchase on others' behalf" and is used to refer to the consumer behavior in which "a consumer brings product from overseas market back into China domestic" market.[7]  I understand from reports published by sell-side equity analysts ("analysts"); 30(b)(6) witness testimony; testimony by the head research analyst for Estée Lauder at Lead Plaintiffs' Investment Manager, Edgewood Management LLC ("Edgewood"); and public press that daigou was a widespread and commercially significant practice in Asian luxury travel retail that existed since prior to the COVID-19 pandemic and throughout the Proposed Class Period.[8]

13.     Indeed, analysts covering Estée Lauder attempted to estimate the exposure of the overall luxury beauty industry to daigou well before the Proposed Class Period, with, for example, a Macquarie report from 2019 estimating that "~70-80%" of duty-free sales in Korea "were related to Daigou activities."[9]  I also understand from analyst reports, 30(b)(6)

---

[4] *See*, *e.g.*, Expert Report of Daniel Langer dated January 23, 2026 ("Langer Report"), ¶ 29.

[5] Net sales from Estée Lauder's travel retail business "are included in the Europe, the Middle East & Africa region, with the exception of net sales of Dr.Jart+ in the travel retail channel that are reflected in Korea in the Asia/Pacific region."  Net sales are reported as total sales, less "[r]eturns associated with restructuring and other activities."  *See* Estée Lauder 2022 10-K, p. 28.  Unless otherwise stated, emphasis in original documents has been removed from quotations through this report.

[6] The Estée Lauder Companies Inc., Earnings Call Transcript for Q4 2021, August 19, 2021, p. 7 ("The sequential acceleration of our business throughout the year culminated in net sales growth of 11%.… [O]ur business in the travel retail channel grew, ending fiscal 2021 at 29% of sales."); The Estée Lauder Companies Inc., Earnings Call Transcript for Q4 2022, August 18, 2022, p. 7 ("Net sales rose 8% organically… And our business in travel retail also grew, ending fiscal 2022 at 27% of sales.").

[7] Deposition of Nick Lai, November 20, 2025 ("Lai Deposition"), 29:22–24, 32:24–33:5.  Plaintiffs state that "*[d]aigou* are resellers that purchase luxury goods at reduced, duty-free prices and resell them to end-consumers in mainland China at a price below retail but high enough to profit."  *See* Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, Case No. 1:23-cv-10669-AS, March 22, 2024 ("Amended Complaint"), footnote 3.

[8] *See*, *e.g.*, "China's Vast Network of Gray-Market Shoppers Grounded by the Pandemic," *Bloomberg*, July 21, 2021, https://www.bloomberg.com/news/articles/2021-07-21/china-s-daigou-shoppers-who-buy-goods-overseas-get-grounded-by-pandemic ("This army of gray-market surrogate shoppers has long been a feature of China's retail sector, serving consumers who crave items that aren't available locally or are sometimes significantly more expensive in the country. Despite the government's best efforts to kill off the daigou trade through stricter customs checks and eased taxation rules for legitimate cross-border e-commerce channels, it grew to $40 billion in revenue in 2019, according to the consultancy Proresearch in Beijing."); "Travel Retail De-Risked, Attractive Buying Opportunity," *Evercore ISI*, May 4, 2023, p. 1 ("The grey market or 'daigou' preexisted the pandemic… and is unlikely to go away completely."); Lai Deposition, 142:24–143:1; Deposition of Janet Lynne Knopf, November 18, 2025 ("Knopf Deposition"), 26:17–28:2; 103:5–8; 133:9–134:8, 142:10–11.  This is also consistent with discussion in the Langer Report (¶¶ 16–17); Expert Report of Z. John Zhang dated January 23, 2026 ("Zhang Report"), (¶¶ 58–62, 93, 95–98); and Expert Report of Claire Kent dated January 23, 2026 ("Kent Report"), (¶¶ 72–83, 86–90).

[9] "Downtown Duty Free in China = More Upside," *Macquarie Research*, September 25, 2019, p. 2.  While I have seen some analysts attempt to estimate the percentage of sales to daigou resellers generally, as I discuss in **Section VII.B.1**, the analyst commentary I reviewed discussed the difficulty in estimating Estée Lauder's daigou exposure.

witness testimony (and consistent with Prof. Zhang's expert report) that daigou, when used by different market participants, can encompass a broad range of travel retail resell activities, including practices that were permissible by regulatory and governmental agencies during or even after the Proposed Class Period.[10]

### B.    Summary of Allegations

14.    Based on my review of the Amended Complaint and the Court's ruling on the Motion to Dismiss, and my understanding from counsel, Plaintiffs allege that Estée Lauder failed to disclose its reliance on illicit or prohibited daigou practice as the source of "increased travel retail sales" in Hainan, China,[11] and concealed the "risk of regulatory enforcement" against the illicit daigou practice that "materialized in 2022" when, allegedly, "China cracked down on the illicit activity"[12] and "Estée Lauder's sales dropped because of the crackdown."[13] Plaintiffs describe the daigou practice that the Amended Complaint focuses on as a "pervasive, *prohibited* gray market" activity.[14]

15.    In 2020, duty-free purchases of luxury goods in Hainan grew rapidly, following government policies aimed at transforming Hainan "into the world's largest Free Trade Port" and increased traffic from Chinese travelers due to restrictions in international travel related to the COVID-19 pandemic.[15]  Plaintiffs allege that as Estée Lauder's travel retail sales in

---

[10] *See*, *e.g.*, "Highlights from Meetings with EL Management," *Telsey Advisory Group*, May 8, 2023, p. 1 ("However, once the pandemic hit and international travel evaporated (approximately 17.5MM international tourists visited Korea in 2019 vs. just 967K in 2020), the Korea Customs Service and related government agencies adjusted regulations to support duty-free sales and protect jobs. These efforts included allowing duty-free products to be sold domestically to locals, *allowing products to be sold as third-party exports through resellers*, eliminating a $5,000 duty-free allowance for outbound Korean tourists, offering 'flights to nowhere,' and enabling cross-border online shipping.") (emphasis added).  *See also* Lai Deposition, 33:20–34:3, 34:16–35:3; Zhang Report, ¶¶ 26, 28, 81–85; Deposition of Matthew D. Cain, Ph.D., December 17, 2025 ("Cain Deposition"), 115:18–116:2 ("Q. Are you aware that daigou can encompass a wide range of practices ranging from a single individual seller bringing in items for resale to family and friends to book sellers and even syndicates?… A. That's consistent with the general understanding of daigou that I have based on my review of these documents.").

[11] Opinion and Order, *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, Case No. 1:23-cv-10669-AS, March 31, 2025 ("MTD Order"), p. 6.

[12] MTD Order, pp. 1, 14.

[13] MTD Order, p. 14.  I will refer to this alleged enforcement action by the Chinese government as the "governmental crackdown on illicit daigou" for ease of reference in this report.

[14] Amended Complaint, ¶ 1 (emphasis added).  Throughout my report, I use terms from the Amended Complaint and the Court's ruling on the Motion to Dismiss such as "illicit" and "prohibited" to describe the daigou practice at issue in this case. I do not provide an opinion on the specific definition of these terms, but rather rely on counsel and my review of the Amended Complaint and the Court's ruling on the Motion to Dismiss for my understanding that these terms refer to the type of daigou practice that was subject to the government enforcement action described in Plaintiffs' allegations.

[15] Aimee Kim, Alex Sawaya, and Michael Straub, "Hainan's $40 Billion Prize: The New Battleground for Global Luxury," *McKinsey & Company*, July 22, 2021, https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury, p. 2 ("In June 2020, the Chinese government announced a plan to transform the island province of Hainan into the world's largest Free Trade Port…. Chinese international air travel fell by close to 90 percent in 2020 according to Civil Aviation Administration of China data, and McKinsey analysis suggests it will not recover to pre-COVID levels before 2023/24 at the earliest. As such, Hainan is ideally placed to absorb Chinese luxury duty free demand.").  *See also* Giulia Interesse, "Investing in Hainan: Industry, Economics, and Policy," *China Briefing*, November 18, 2022, https://www.china-briefing.com/news/investing-in-hainan-industry-economics-and-policy/.

Asia and especially in Hainan were growing in 2021, the Company "falsely attributed sales revenue generated from illicit and unsustainable daigou to Lauder's brand strength,"[16] and failed to disclose that its "net sales growth in travel retail was primarily driven by illicit daigou activity."[17]

16.    In late 2021, Hainan province passed a new regulation to address daigou activity, effective on January 1, 2022.[18]  Plaintiffs assert that "on January 1, 2022, Chinese regulators implemented severe crackdowns on all daigou activity, effectively putting an end to Lauder's ability to rely on the gray market as a revenue stream,"[19] and that such a "governmental crackdown" by the Chinese government was "foreseeable" and was aimed at "eradicat[ing] daigou for good."[20]

17.    In late 2022 and in 2023, Estée Lauder announced declining sales and revised its guidance downwards at different points in time, which Plaintiffs allege were "the result of Lauder's inability to access the daigou gray market in the wake of China's 2022 regulatory crackdowns on the illicit resale practice."[21]  Plaintiffs assert that on the alleged corrective disclosure dates, the risks that Estée Lauder faced "because of the Company's overdependence" on the illicit daigou practice materialized as "the governmental crackdown and restrictions on the daigou market intensified."[22]

18.    I also understand that the Court, in its Motion to Dismiss ruling, stated "Plaintiffs say that during the COVID-19 pandemic, defendants covered up Estée Lauder's reliance on prohibited gray-market sales of its products in China."[23]  The Court stated that according to Plaintiffs, "by their very nature, daigou are vulnerable to government enforcement and, because of that, 'unsustainable.'"[24]  The Court further stated that, according to Plaintiffs' allegations, "Estée Lauder should have expected that at some point, the Chinese authorities

---

[16] Amended Complaint, ¶ 2.

[17] Amended Complaint, ¶ 132.

[18] *See, e.g.*, Amended Complaint, ¶ 102.

[19] Plaintiffs also assert that "on July 1, 2021, Lauder's largest customer, China Duty Free Group—the number one travel retailer in China, which generated 14% of Lauder's net sales—pledged to eradicate all daigou activity." *See* Amended Complaint, ¶ 2.

[20] *See*, *e.g.*, Amended Complaint, ¶¶ 40, 181.

[21] Amended Complaint, ¶ 34.

[22] Amended Complaint, ¶ 184. *See also* Amended Complaint, ¶ 277 ("[T]hroughout the [Proposed] Class Period, Lauder's travel retail sales' overreliance on daigou was materially impacted by the crackdown on daigou in Hainan, causing the travel retail sales to decline.").

[23] MTD Order, p. 1. Dr. Cain cites this language from the Amended Complaint when summarizing his understanding of Plaintiffs' allegations in his report and testified at deposition that he relied on this characterization from the Amended Complaint to inform his understanding of the theory of liability in this case. *See* Cain Report, ¶ 16 ("The Complaint alleges that Defendants concealed the fact that Estée Lauder's sales growth in the Company's Asia travel retail segment was driven by the prohibited gray market resale industry in China and South Korea, known as daigou, from investors."); Cain Deposition, 67:24–69:12.

[24] MTD Order, p. 8.

would catch up" and that the allegedly "concealed risk here is the risk of regulatory enforcement" which "materialized in 2022"[25] when, allegedly, "China cracked down on the illicit activity" and "Estée Lauder's sales dropped because of the crackdown."[26]

## IV.    Summary of Opinions

19.    The opinions I have reached to date are summarized here and discussed in further detail below.

20.    Estée Lauder's stock price declines on the first three alleged corrective disclosures (November 2, 2022, February 2, 2023, and May 3, 2023) are not economic evidence of price impact of the prior alleged misrepresentations or omissions.

      a. I examined reports from sell-side equity analysts to assess potential value-relevant information that was released around the dates of the alleged corrective disclosures. As documented in the academic literature, analysts are important information intermediaries who discuss information that is value-relevant for investors. To the extent certain public information would be value-relevant, I would expect analysts to actively monitor information and discuss such information in analyst reports.

      b. My review of 116 analyst reports following the earnings announcements on the first three alleged corrective disclosure dates indicates that, contrary to Plaintiffs' theory of liability, no analyst attributed the reduction in Estée Lauder's FY 2023 guidance to the allegedly intensifying governmental crackdown on illicit daigou.

      c. Indeed, my review indicates that analysts did not even comment on any governmental crackdown on illicit daigou activities on or around those dates. Instead, analysts discussed the guidance reductions and earnings results in the context of COVID-related restrictions on travel, the potential roll-back of COVID-related supportive measures in the Korean duty-free industry, and the slower than expected resumption of travel, among other factors.

      d. My opinion is also supported by the finding that neither the subsequent alleged corrective disclosures, nor the subsequent discussion in analyst reports,

---

[25] MTD Order, pp. 8, 14.
[26] MTD Order, pp. 1, 14.

retrospectively attributed the financial performance and guidance reduction announced on these dates to the governmental crackdown on illicit daigou. Instead, Estée Lauder and analyst commentary I have reviewed only discussed heightened enforcement activities in Hainan that "went into effect" in mid-May 2023, after the third alleged corrective disclosure.

21.    Dr. Cain has failed to propose a methodology that can estimate damages consistent with Plaintiffs' theory of liability.

    a.  If the alleged corrective disclosures represent materialization of risk, as Plaintiffs allege, Dr. Cain cannot use the price declines following those disclosures as a measure of inflation earlier in the Proposed Class Period. This is because stock price declines upon the materialization of an allegedly concealed or understated risk (including abnormal returns measured with an event study) would reflect the stock price impact of a risk becoming a certainty and *do not* reflect the impact attributable to the extent of the risk that was allegedly concealed. Yet, Dr. Cain has described no other methodology to estimate inflation due to allegedly concealed risk.

    b.  Estimating the impact of a but-for disclosure of the allegedly concealed risk would be challenging due to the uncertain likelihood and severity of a "governmental crackdown" on illicit daigou and difficulty in estimating Estée Lauder's exposure to illicit daigou. Dr. Cain has failed to put forth a methodology that can measure the "true" risk that the company could have disclosed versus the market-perceived risk that had been incorporated into the stock price. Dr. Cain has also failed to put forth a methodology that can measure the value impact of the but-for disclosure of this "true" risk.

    c.  Importantly, to the extent that a crackdown would result in lower sales through the daigou channel, analysts anticipated that Estée Lauder's products could instead reach customers through alternative distribution channels. Thus, there would be uncertainty, *ex ante*, about the extent to which any regulatory crackdown would impact Estée Lauder's company value, and if so, the direction and magnitude of such an impact. Dr. Cain has provided no explanation of how he can address these challenges.

    d.  Moreover, Dr. Cain has proposed to use Estée Lauder's stock price declines on alleged corrective disclosure dates as a key input to his analysis. However,

any such price declines could *not* be reliably used as measures of inflation earlier in the Proposed Class Period if the underlying risk and/or value implications of risks *changed* during the Proposed Class Period. This is especially the case in this matter, given the changes in the regulatory landscape, the market's perceived risk of government enforcement actions, and COVID-related travel restrictions and associated market expectations of Estée Lauder's travel retail business. Yet Dr. Cain has proposed no reliable methodology to estimate inflation earlier in the Proposed Class Period in these circumstances.

e.  Finally, despite the fact that *all* of the alleged corrective disclosures are earnings releases, Dr. Cain has not explained how he would account for confounding news that came to the market *simultaneously* with the alleged corrective disclosures, such that he would be able to estimate damages attributable *only* to the alleged misrepresentations, consistent with Plaintiffs' theory of liability.

22.    In relation to his opinion regarding market efficiency, Dr. Cain's *Cammer* Factor 5 analysis is flawed and unreliable.

a.  Dr. Cain's *Cammer* Factor 5 analysis is not tailored to the specific facts and circumstances of this matter. For example, although Dr. Cain has previously adopted alternative definitions of "News Days" to suit "the best context for a given company,"[27] here he does not adapt his definition of "News Days" to test the response of information at issue, *i.e.*, information specific to illicit daigou or even daigou generally.

b.  Dr. Cain's *Cammer* Factor 5 analysis also suffers from hindsight bias. Five out of eight of Dr. Cain's "News Days" correspond to alleged corrective disclosure dates in this matter. Dr. Cain testified that he was aware of the large stock price declines on these dates based upon his review of the Amended Complaint. Notably, Dr. Cain's *Cammer* Factor 5 finding is not robust to (*i.e.,* no longer holds with) the exclusion of alleged corrective disclosures from his "News Days" classification, since the stock price

---

[27] Cain Deposition, 47:11–20.

movement on *only one* of three remaining earnings release dates is statistically significant.

## V. The Content of Reports from Sell-Side Equity Analysts Provides a Useful Measure of the Information That Would Be Expected to Impact the Stock Price in an Efficient Market

23.     Sell-side equity analysts are important information intermediaries in public markets who play a meaningful role in collecting and disseminating information that would be relevant to investors' valuation of a company's stock.  Analysts do so by producing in-depth research and investment recommendations on publicly traded companies or securities.  As part of this research, analysts collect and analyze data from diverse sources, including macroeconomic news, industry publications, regulatory filings, subject matter experts, and other company announcements.  They also engage directly with management through earnings calls, analyst conferences, and private communications.[28]  Analysts evaluate this array of information and produce research reports, which typically feature three key components:  an earnings forecast, an investment recommendation (buy, sell, or hold), and a price target.[29]  These analyst reports also often include qualitative discussions that support the analyst's assessment of the company.[30]  Research reports produced by sell-side analysts are widely disseminated, distinguishing them from buy-side analysts, who conduct proprietary research for internal use within asset management firms.[31]

24.     In practice, analysts often develop expertise in a particular industry, following and disseminating information about multiple companies in the same industry and periodically issuing industry-wide reports.[32]  Academic research has found that industry expertise is a

---

[28] L. D. Brown et al. (2015), "Inside the 'Black Box' of Sell-Side Financial Analysts," *Journal of Accounting Research*, 53(1), pp. 1–47 ("Brown et al. (2015)") at p. 11; M. T. Bradshaw (2011), "Analysts' Forecasts: What Do We Know After Decades of Work?" Working Paper, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=1880339, p. 5 ("[F]or any given stock that is covered, the analyst has access to a wide array of information, including security prices, firm-specific financial and operating information, industry data, and macroeconomic factors.").

[29] P. Asquith, M. B. Mikhail, and A. S. Au (2005), "Information Content of Equity Analyst Reports," *Journal of Financial Economics*, 75(2), pp. 245–282 ("Asquith, Mikhail, and Au (2005)") at p. 246 ("The majority of these reports include three key summary measures: an earnings forecast, a stock recommendation—such as buy, sell, or hold—and a price target.").

[30] Asquith, Mikhail, and Au (2005), p. 246.

[31] L. D. Brown et al. (2016), "The Activities of Buy-Side Analysts and the Determinants of Their Stock Recommendations," *Journal of Accounting and Economics*, 62(1), pp. 139–156 at p. 140 ("In contrast to sell-side analysts whose stock recommendations are distributed widely to their clients and who often receive coverage in the business press, buy-side analysts' stock recommendations are not available to anyone outside their own firm.").

[32] O. Kadan et al. (2012), "Analysts' Industry Expertise," *Journal of Accounting and Economics*, 54(2–3), pp. 95–120 ("Kadan et al. (2012)") at p. 96 ("[F]irm-level analysts, who constitute the vast majority of the sell-side research personnel, specialize by industry. At the firm level, they analyze specific firms in their assigned industry, providing earnings estimates, recommendations, price targets, etc. At the industry level, they write periodic industry reports, mostly from a bottom-up

"critical component of analysts' human capital"[33] which allows them to develop deep knowledge of the business model, industry-specific trends, and relevant regulations for a firm.[34]

25.     Analysts' industry knowledge is also considered an important aspect of their expertise that can impact their career success and compensation.[35] Studies have found that buy-side institutions consistently rank industry knowledge as the most important analyst trait,[36] and analysts themselves recognize industry knowledge as the most important determinant of their performance and career success.[37] Academic research has also found that industry knowledge is positively related to the earnings forecast accuracy of analysts.[38]

26.     The academic research has found that institutional investors (*e.g.*, hedge funds, mutual funds, and pension funds) are the main clients of analysts,[39] and that analysts are more likely to cover a given company when their clients demand information for that company,[40] and to produce research when institutional attention on a given company is high.[41] As such,

perspective, and often incorporate into their reports the industry recommendation advice from the strategists."); D. Bradley, S. Gokkaya, and X. Liu (2017), "Before an Analyst Becomes an Analyst: Does Industry Experience Matter?" *The Journal of Finance*, 72(2), pp. 751–791 ("Bradley, Gokkaya, and Liu (2017)") at p. 756 ("[I]t is well known that domestic analysts tend to specialize by industry.").

[33] D. Bradley et al. (2017), "Are All Analysts Created Equal? Industry Expertise and Monitoring Effectiveness of Financial Analysts," *Journal of Accounting and Economics*, 63(2–3), pp. 179–206 ("Bradley et al. (2017)") at p. 180.

[34] *See, e.g.*, Bradley et al. (2017), p. 180 ("Richer and more in-depth industry knowledge can enhance analysts' ability to analyze firms' financial information and evaluate the strategies and decisions proposed or implemented by firm management. Therefore, analysts with related industry expertise, i.e., industry expert analysts, are better equipped and thus more likely to identify and bring attention to firm policies that do not serve shareholders' best interests."); Brown et al. (2015), p. 10; M. B. Clement (1999), "Analyst Forecast Accuracy: Do Ability, Resources, and Portfolio Complexity Matter?" *Journal of Accounting and Economics*, 27(3), pp. 285–303 at p. 289.

[35] Brown et al. (2015), p. 29 ("Industry knowledge is potentially important to analysts' compensation for several reasons. First, providing buy-side analysts with industry knowledge helps sell-side analysts generate broker votes. Second, analysts who are industry experts are more likely to develop investment banking relationships, which are important to their employers. Third, institutional investors highly value sell-side analysts' industry knowledge, suggesting brokerage houses likely reward industry experts in an effort to prevent them from being hired away by competitors.").

[36] *See, e.g.*, Bradley, Gokkaya, and Liu (2017), p. 751 ("Each October, *Institutional Investor (II)* releases its annual all-star analyst rankings, which polls buy-side institutions and ranks the top sell-side analysts in each industry. In addition to a list of top analysts, *II* provides information on the qualities that respondents view as most important. Industry knowledge has been consistently ranked the most important trait."); Brown et al. (2015), p. 3; Kadan et al. (2012), p. 95.

[37] Brown et al. (2015), p. 10 ("Table 1 reveals that industry knowledge is the single most useful input to both analysts' earnings forecasts (panel A) and their stock recommendations (panel B). Industry knowledge includes understanding the industry's key trends and technologies; its supply chains, distribution models, and margins; and its customers, labor, and management teams. Consistent with evidence from archival research that industry knowledge is an important strength of sell-side analysts…, our respondents indicate that industry knowledge is the most useful input to their earnings forecasts and stock recommendations."), p. 25 ("[S]ell-side analysts rate industry knowledge and their standing in analyst rankings or broker votes as the most important determinants of their compensation.").

[38] Bradley, Gokkaya, and Liu (2017) find that "relative earnings accuracy of forecasts by analysts with related [industry] experience is significantly better than that of analysts with unrelated [industry] experience or of inexperienced analysts," and they argue that industry experience provides analysts with a better understanding of industry dynamics that likely improves analyst performance. *See* Bradley, Gokkaya, and Liu (2017), pp. 752, 756.

[39] Brown et al. (2015), Table 12, p. 38.

[40] Brown et al. (2015), p. 38 ("Table 13 reveals that client demand for information about the company is the most important determinant of analysts' coverage decisions, with less than 1% of analysts saying this factor is not important to their coverage decision.").

[41] P. C. Chiu et al. (2021), "Cater to Thy Client: Analyst Responsiveness to Institutional Investor Attention," *Management Science*, 67(12), pp. 7455–7471 ("Chiu et al. (2021)") at p. 7456 ("[W]e find that analysts are more likely to produce timely

analysts are economically incentivized to provide timely, value-relevant, and accurate information to their clients.[42]

27.    Beyond economic motivations, analysts' qualifications and expertise reinforce their ability to serve as information intermediaries.  Many analysts hold the Chartered Financial Analyst ("CFA") credential,[43] a globally recognized designation that requires passing three examinations on a curriculum that spans investstitute analysis, asset valuation, and portfolio management.[44]  Similarly, many analysts hold advanced degrees (Ph.D., MBA, and other master's degrees),[45] which should provide them with the necessary analytical tools required to acquire and disseminate value-relevant information on the companies they cover.

28.    Analysts are subject to certain regulations and professional standards that govern their occupation.  In particular, they are required to be registered with the Financial Industry Regulatory Authority ("FINRA"), to have passed the Securities Industry Essentials ("SIE") exam, and to have passed a qualification examination, known as the Series 86/87.[46]  The Series 86/87 "is intended to ensure that… analysts are competent to perform their jobs"[47] and covers four critical job functions of analysts:  (i) information and data collection; (ii) analysis, modeling, and valuation; (iii) preparation of research reports; and (iv) dissemination of information.[48]  The competencies expected from analysts include obtaining information about regulatory issues in the industry in which the covered company operates and "[a]ssess[ing]

---

forecasts (i.e., forecasts issued on the earnings announcement day or the next day) when institutional attention to the firm is high.… We find a positive association between institutional attention and the order in which an analyst produces research for multiple firms that announce earnings on the same day.").

[42] *See, e.g.*, Brown et al. (2015), p. 34 ("Demand from their clients is analysts' most important motivation for making profitable stock recommendations and their second most important motivation for issuing accurate earnings forecasts. Analysts' concerns about their standings in analyst rankings, compensation, job security, and job mobility are more important for motivating them to make profitable stock recommendations than to make accurate earnings forecasts."); Chiu et al. (2021), p. 7456 ("If analysts' clients value timeliness, then analysts should be rewarded accordingly. Moreover, if institutional investors value analysts' responsiveness to their information needs, then responsive analysts should experience better career outcomes. We find evidence consistent with these predictions. Analysts who issue timely forecasts are more likely to be named all-star analysts by *Institutional Investor* magazine in the following year, and they are less likely to be demoted to a smaller brokerage. Consistent with responsiveness to institutional attention mattering to analysts' careers, the effects of timeliness are stronger when timely research is produced for firms with high institutional attention.").

[43] Brown et al. (2015) find that 35% of the sell-side analysts in their sample hold the CFA credential.  *See* Brown et al. (2015), Online Appendix at Table A1.

[44] "CFA Program Overview," *CFA Institute*, https://www.cfainstitute.org/en/programs/cfa/curriculum.

[45] Brown et al. (2015) find that 45% of the sell-side analysts in their sample hold an MBA, 21% hold a different master's degree, and 3% hold a Ph.D.  *See* Brown et al. (2015), Online Appendix at Table A1.

[46] "1220. Registration Categories," *FINRA*, July 1, 2021, https://www.finra.org/rules-guidance/rulebooks/finra-rules/1220; "Research Analyst Qualification Exam (Series 86 / 87): Content Outline," *FINRA*, 2015, https://www.finra.org/sites/default/files/Industry/p006473.pdf.  Before October 1, 2018, FINRA did not require the SIE exam.  *See* "1050. Registration of Research Analysts," *FINRA*, October 1, 2018, https://www.finra.org/rules-guidance/rulebooks/retired-rules/1050; "Rule 344. Research Analysts and Supervisory Analysts," *FINRA*, October 1, 2018, https://www.finra.org/rules-guidance/rulebooks/retired-rules/rule-344.

[47] "Research Analyst Qualification Exam (Series 86 / 87): Content Outline," *FINRA*, 2015, https://www.finra.org/sites/default/files/Industry/p006473.pdf.

[48] "Research Analyst Qualification Exam (Series 86 / 87): Content Outline," *FINRA*, 2015, https://www.finra.org/sites/default/files/Industry/p006473.pdf.

the relevance and importance of the information gathered to identify the drivers that influence the performance of the industry and/or the subject company."[49]  Analysts are also required to follow procedures to manage conflicts of interests, and to ensure that their reports are based on reliable information and that their analysis and recommendations have a reasonable basis.[50]

29.    Given the important role played by analysts as information intermediaries between companies and investors—in particular, institutional investors—and the guidelines they are required to follow in terms of diligence, independence, and quality of research, analyst reports provide a useful measure of available public information that would be important to investors' valuation and decision-making process.  Not every piece of information discussed in an analyst report is necessarily important to the investment decision-making process (*e.g.*, historical stock prices, stale financial information, or previously-understood industry context).  However, if certain new information is important to investors' decision-making process such that it would impact a company's stock price (*i.e.*, new, value-relevant information), I would expect analysts to discuss that information in their reports.[51]

30.    To conduct the analyses presented in this report, I have obtained all English language analyst reports covering Estée Lauder that were publicly available through Capital IQ and LSEG Workspace published from February 3, 2022 through November 8, 2023, including more than 500 analyst reports from 29 unique contributors.[52]

VI.    **Estée Lauder's Stock Price Declines on November 2, 2022, February 2, 2023, and May 3, 2023 Are Not Economic Evidence of Price Impact of the Prior Alleged Misrepresentations or Omissions**

31.    Plaintiffs claim in the Amended Complaint that Estée Lauder's "misrepresentations and omissions were revealed to the market through a series of five (5) corrective disclosures

---

[49] "Research Analyst Qualification Exam (Series 86 / 87): Content Outline," *FINRA*, 2015, https://www.finra.org/sites/default/files/Industry/p006473.pdf.

[50] "2241. Research Analysts and Research Reports," *FINRA*, August 16, 2019, https://www.finra.org/rules-guidance/rulebooks/finra-rules/2241.

[51] Consistent with this, Dr. Cain testified at deposition that he would expect to use analyst commentary to inform his potential opinions on loss causation, materiality, and damages.  *See* Cain Deposition, 78:16–23 ("So, again, hypothetically, if I am working on a loss causation report and I'm summarizing what analysts -- what research analysts are saying, I may copy and paste quotes from analyst reports that talk about that type of question, and those may be relevant to the opinions that I'm offering on loss causation, economic materiality, damages.").

[52] I excluded reports from contributors that, in my experience as a financial economist, do not typically provide fundamental analysis of companies or provide earnings forecasts (and instead focus on technical information such as past price movements).  I supplemented this set of reports with analyst reports provided to me by counsel from contributors that are not covered by Capital IQ or LSEG Workspace.

and/or materializations of concealed risk," including alleged corrective disclosures on November 2, 2022, February 2, 2023, May 3, 2023, August 18, 2023, and November 1, 2023.[53]

32.    With respect to November 2, 2022, February 2, 2023, and May 3, 2023, Plaintiffs allege that Estée Lauder's guidance reductions and the associated commentary in the earnings announcement and conference calls on these dates represent a "partial corrective disclosure and/or materialization of foreseeable risks concealed by Defendants' fraud."[54]  However, as I discuss in this section, Plaintiffs do not point to any discussion by Estée Lauder on these dates of a governmental crackdown on illicit daigou activity that Estée Lauder had allegedly relied upon.

33.    Specifically, on November 2, 2022, Plaintiffs allege that Estée Lauder reduced its guidance for fiscal year ("FY") 2023 "primarily to reflect tighter inventory management in Asia travel retail," which "partially revealed" the "problems" that Estée Lauder would face as "the governmental crackdown and restrictions on the daigou market intensified" because of "the Company's travel retail business segment's overdependence on back-alley daigou gray market resale."[55]

34.    On February 2, 2023, Plaintiffs allege that Estée Lauder "again lowered its outlook for fiscal 2023, citing inventory problems and problems in its travel retail markets,"[56] which "partially revealed" the "problems" that Estée Lauder would face as "the crackdown and

---

[53] Amended Complaint, ¶ 180.  In the "Loss Causation/Economic Loss" section of the Amended Complaint, Plaintiffs allege that the stock price declines on both August 18, 2023 and August 21, 2023 (the next trading day) are associated with the release of Estée Lauder's Q4 2023 and FY 2023 financial results on August 18, 2023.  *See* Amended Complaint, ¶ 218 ("As a direct and proximate result of this partial corrective disclosure and/or materialization of foreseeable risks concealed by Defendants' fraud, the price of Lauder common stock declined over 3.3%, a reduction of $5.37 per share, bringing the share price down to $156.69 on August 18, 2023. Lauder common stock continued to fall on the next trading day. On Monday, August 21, 2023, Lauder common stock declined an additional 3.7%, a reduction of $5.79 per share, bringing the share price down to $150.90 on August 21, 2023. Together, both drops on August 18 and 21 reflect a total decline of 6.89%, a total reduction of $11.16 per share, bringing the share price from $162.06 on August 17, 2023 to $150.90 on August 21, 2023.").

[54] Amended Complaint, ¶¶ 185, 196, 208.

[55] Amended Complaint, ¶¶ 181, 183–184 ("The November 2, 2022 announcements partially (but incompletely) revealed some of the relevant truth concealed and/or obscured by Defendants' prior misstatements and omissions surrounding the Company's travel retail business segment's overdependence on back-alley daigou gray market resale. In other words, because of the Company's overdependence on the daigou market—facts that Defendants concealed from investors—as the governmental crackdown and restrictions on the daigou market intensified, Lauder knew (i) that its net sales would decline as a result of not being able to make as many sales in the daigou market; (ii) that the Company's retailers would not need as much of Lauder's products due to the diminishing daigou market and thus be forced to tighten their inventory management; and (iii) as a result of declining net sales and pressure and negative impacts on its travel retail business, that the Company would have to reduce its guidance. To the detriment of Lauder investors, these very problems were partially revealed and/or risks began materializing on November 2, 2022, as revealed by Defendants' announcements.").

[56] Amended Complaint, ¶ 192.

restrictions on the daigou market intensified" because of "the Company's travel retail business segment's overdependence on back-alley daigou gray market resale."[57]

35.     Finally, on May 3, 2023, Plaintiffs allege that Estée Lauder "announced a further reduction of fiscal year 2023 guidance because of the slow recovery in Asia travel retail markets"[58] including weak "conversion of travelers to consumers in prestige beauty," "slower than anticipated depletion of elevated levels of retailer inventory,"[59] and "tightening of inventory by retailers in Hainan."[60]  Plaintiffs allege that this reduction in FY 2023 guidance "partially revealed" the "problems" that Estée Lauder would face as "the crackdown and restrictions on the daigou market intensified" because of "the Company's travel retail business segment's overdependence on back-alley daigou gray market resale."[61]

36.     Thus, failing to point out any discussion from Estée Lauder mentioning governmental crackdowns of illicit daigou that the Company allegedly depended on, Plaintiffs instead reference the Company's discussions of "tighter inventory management in Asia travel retail" on November 2, 2022,[62] "inventory problems and problems in its travel retail markets" on

---

[57] Amended Complaint, ¶¶ 194–195 ("The February 2, 2023 announcements partially (but incompletely) revealed some of the relevant truth concealed and/or obscured by Defendants' prior misstatements and omissions surrounding the Company's travel retail business segment's overdependence on back-alley daigou gray market resale. Specifically, because of the Company's overdependence on the daigou market—facts that Defendants concealed from investors—as the crackdown and restrictions on the daigou market intensified, Lauder faced multiple risks, including (i) pressure to its travel retail business; (ii) that the Company's retailers would not need as much of Lauder's products due to the diminishing daigou market and thus be forced to tighten their inventory management; and (iii) as a result of pressure and negative impacts on its travel retail business, that the Company would have to reduce its guidance. To the detriment of Lauder investors, these very problems were partially revealed and/or risks materialized on February 2, 2023, as revealed by Defendants' announcements.").

[58] Amended Complaint, ¶ 202 ("Specifically, the Company announced a further reduction of fiscal year 2023 guidance because of the slow recovery in Asia travel retail markets. The press release stated, in pertinent part, that: 'As the shape of recovery from the pandemic for Asia travel retail comes into better focus, it is proving to be both far more volatile than we expected and more gradual relative to what we experienced in other regions. We are, therefore, lowering our organic sales and EPS outlook for fiscal 2023 to reflect significantly greater headwinds in our fourth quarter than we expected in February.'").

[59] Amended Complaint, ¶ 203 ("'Asia travel retail business continued to be pressured by the slower than anticipated recovery from the COVID pandemic. Specifically, in Hainan, while traffic into the island exceeded prior year levels, conversion of travelers to consumers in prestige beauty lagged. This led to the slower than anticipated depletion of elevated levels of retailer inventory and, therefore, lower replenishment orders.'").

[60] Amended Complaint, ¶ 204 ("'[C]ompounding this pressure is the tightening of inventory by retailers in Hainan. We now expect that a far more gradual return to normal sales growth in Asia travel retail is likely to persist into the first half of fiscal 2024.'").

[61] Amended Complaint, ¶¶ 206–207 ("The May 3, 2023 announcements partially (but incompletely) revealed some of the relevant truth concealed and/or obscured by Defendants' prior misstatements and omissions surrounding the Company's travel retail business segment's overdependence on back-alley daigou gray market resale. Because of the Company's overdependence on the daigou market—facts that Defendants concealed from investors—as the crackdown and restrictions on the daigou market intensified, Lauder faced multiple risks, including (i) lower organic sales and EPS outlook for fiscal 2023; (ii) slow depletion of elevated levels of retailer inventory and low replenishment orders pressure to its travel retail business; and (iii) as a result of low organic sales and EPS outlook and slow depletion of retail inventory levels and low replenishment orders in its travel retail business, that the Company would have to reduce its guidance. To the detriment of Lauder investors, these very problems were partially revealed and/or risks materialized on May 3, 2023, as revealed by Defendants' announcements.").

[62] Amended Complaint, ¶ 181 ("Specifically, Lauder reduced full year outlook for 2023, 'primarily to reflect tighter inventory management in Asia travel retail.' Similarly, Lauder announced that net sales in its Asia/Pacific region also declined.").

February 2, 2023,[63] and "the slow recovery in Asia travel retail markets" on May 3, 2023.[64] To the extent that Plaintiffs assert that these discussions represented a materialization of the allegedly undisclosed risk of the "governmental crackdown" on the illicit or prohibited "back-alley daigou gray market sales" on which Estée Lauder supposedly had an "overdependence," such that the stock price drops on these days reflect the impact of the prior alleged misrepresentations, my review of analyst reports is *inconsistent* with that claim.

37.    Indeed, my review indicates that analysts did not comment on any governmental crackdown on illicit daigou activities on or around those dates. Instead, analysts discussed the guidance reductions and earnings performances in the context of COVID-related restrictions and the resulting reduction in travel, the potential roll-back of pandemic-related supportive measures in the Korean duty-free industry, and the slower than expected resumption of travel, among other factors.

38.    As discussed in **Section V** above, based on the academic research on the central role analysts play as information intermediaries, the economic motivation for analysts to provide timely and accurate information to their clients, the extensive experience and training analysts have with industries and relevant issues, and the regulatory registration and required credentials for analysts, if there was a piece of public, new value-relevant information that would impact the stock price, I would expect analysts to discuss such information.

39.    Further, I would expect analysts to be actively monitoring public information released not only by the company itself but by competitors of the companies they cover, to follow

---

[63] Amended Complaint, ¶ 192 ("Specifically, despite meeting second quarter expectations, the Company again lowered its outlook for fiscal 2023, citing inventory problems and problems in its travel retail markets. The press release stated in pertinent part: 'For fiscal 2023, we are lowering our outlook given the November and December disruption to travel and staffing levels in Hainan that slowed the expected normalization of inventory and the recently announced potential roll-back of COVID-related supportive measures in Korea duty free. Together, these are creating a near-term, transitory pressure to our travel retail business.… The COVID-19 pandemic continued to disrupt the Company's operating environment through the first half of fiscal 2023, including the COVID-related impacts, affecting Asia travel retail, particularly Hainan, and retail traffic in mainland China. In Asia travel retail, these challenges led to prolonged store closures as well as the curtailment of travel and caused the tightening of inventory by certain retailers who had previously placed orders in anticipation of the return of travel that was since delayed.'").

[64] Amended Complaint, ¶¶ 202–204 ("Specifically, the Company announced a further reduction of fiscal year 2023 guidance because of the slow recovery in Asia travel retail markets. The press release stated, in pertinent part, that: 'As the shape of recovery from the pandemic for Asia travel retail comes into better focus, it is proving to be both far more volatile than we expected and more gradual relative to what we experienced in other regions. We are, therefore, lowering our organic sales and EPS outlook for fiscal 2023 to reflect significantly greater headwinds in our fourth quarter than we expected in February.' Defendants further attributed the reduction in guidance to the fact that Lauder's 'Asia travel retail business continued to be pressured by the slower than anticipated recovery from the COVID pandemic. Specifically, in Hainan, while traffic into the island exceeded prior year levels, conversion of travelers to consumers in prestige beauty lagged. This led to the slower than anticipated depletion of elevated levels of retailer inventory and, therefore, lower replenishment orders.' During the related earnings call on May 3, 2023, Defendant Travis also said that: '[C]ompounding this pressure is the tightening of inventory by retailers in Hainan. We now expect that a far more gradual return to normal sales growth in Asia travel retail is likely to persist into the first half of fiscal 2024. In addition, higher inflation and currency volatility, as well as promotions in certain markets to alleviate high stock levels more than offset our price increases and further pressured our business margins.'").

reporting and research available from industry publications, or even gather sources of information directly from relevant government authorities or companies in the retail channel, such that the analysts would have access to publicly available information on important trends affecting the company and the relevant industry.[65]  Therefore, if the alleged partial corrective disclosures from the quarterly earnings calls and earnings releases contained new value-relevant information concerning Estée Lauder's alleged overdependence on illicit daigou that could be subject to a governmental crackdown, I would expect to see discussion of that information in analyst reports.

40.    In the sections below, I discuss the content of the 37 analyst reports issued from November 2, 2022 to November 9, 2022, the 35 analyst reports issued from February 2, 2023 through February 9, 2023, and 44 analyst reports issued from May 3, 2023 to May 10, 2023, one week after each of the first three alleged corrective disclosures in this matter, to understand the topics that were discussed following these alleged corrective disclosures and to determine whether analysts covering Estée Lauder discussed illicit daigou activity and any governmental crackdown on illicit daigou.[66]  In performing this analysis, I applied my expertise gained from my experience as a financial economist at the SEC and the IAC, as a finance professor teaching and researching related topics, and my formal training in economics and finance.

> ### A.    Analyst Reports Following the November 2, 2022 Alleged Corrective Disclosure Did Not Attribute Estée Lauder's Financial Performance to Any Governmental Crackdown on Illicit Daigou

41.    As I discuss in this section, my review of analyst reports following the November 2, 2022 earnings announcement indicates that, contrary to Plaintiffs' theory of liability, no analyst attributed the reduction in Estée Lauder's FY 2023 guidance to the allegedly intensifying governmental crackdown on illicit daigou.  This absence of analyst commentary around November 2, 2022 is notable given that, as I will discuss later in this section, information pertaining to the risks of the governmental crackdown on illicit daigou was

---

[65] Consistent with this, the head research analyst for Estée Lauder at Lead Plaintiffs' Investment Manager, Edgewood, testified that she routinely reviewed "industry news sources," followed developments in beauty and travel retail, attended every Estée Lauder earnings call, and undertook "field research" to remain apprised of developments relevant to Estée Lauder.  *See* Knopf Deposition, 122:21–124:10, 139:8–14, 154:4–9, 175:18–21.

[66] In addition to reviewing all reports published one week after each of the first three alleged corrective disclosures in this matter, I reviewed all analyst reports published from the start of the Proposed Class Period through one week after the final alleged corrective disclosure (*i.e.*, February 3, 2022 through November 8, 2023) that included the keywords "daigou," "diagou," "daiogu," "grey market," "gray market," "unstructured market activity," "resale," "resell," or "resold."

publicly available.  As I also discuss in this section, analyst commentary later in the Proposed Class Period does describe a "governmental crackdown" by the Chinese government in Hainan which only "went into effect"[67] in mid-May 2023,[68] six months after the November 2, 2022 alleged corrective disclosure.  It is consequently unsurprising that the analysts did not discuss this issue around November 2, 2022.  Therefore, the lack of discussions of daigou by any analyst report that I have reviewed following this alleged corrective disclosure suggests that Estée Lauder's stock price decline on November 2, 2022 is not economic evidence of price impact of the earlier alleged misrepresentations or omissions.

42.    Among the 37 analyst reports I have reviewed in the week following the November 2, 2022 earnings announcement, only one mentioned daigou.[69]  The only instance in which daigou was mentioned was in a report released by Evercore ISI.  As part of an exhibit comparing the historical duty-free sales trends in South Korea and Hainan, the report stated that "[t]he world's largest duty-free [store] is set to open in Haikou… and will likely redirect resellers (Daigou) from Korea to China."[70]  Yet this mention was merely suggesting that daigou would shift from one geographic market (Korea) to another (Hainan) due to Hainan's growing duty-free industry, and was not in the context of the analysts' discussion of the reduction in guidance by Estée Lauder.[71]  Nor was this comment in the context of a discussion of Estée Lauder's risk exposure to governmental crackdown on illicit daigou.

43.    When analysts did comment on Estée Lauder's guidance reduction, they did not attribute the reduction to a governmental crackdown on illicit daigou, or even mention daigou at all.  Instead, as shown in **Exhibit 1.A**, analyst commentary following the November 2, 2022 alleged corrective disclosure attributed Estée Lauder's financial performance and guidance reduction to factors such as continued challenges from COVID-related travel restrictions in China and Hainan, including its impact on inventory management, and tighter inventory management by U.S. retailers.  Analysts also discussed other factors, such as currency headwinds due to unfavorable movement in foreign exchange rates.  For example:

---

[67] "F4Q'23 Preview - It's Bad…but How Bad?" *RBC Capital Markets*, August 15, 2023, p. 2.

[68] "Let's Get Clinical; Reiterate Buy," *Berenberg*, September 6, 2023, pp. 1, 7.

[69] In addition to specific mentions of the term "daigou," I also did not identify any discussion of other potentially related terms, such as "diagou," "daiogu," "grey market," "gray market," "unstructured market activity," "resale," "resell," or "resold."

[70] "An Air-Pocket: Retail Sales Better, but Retailers Destock in the U.S., China," *Evercore ISI*, November 2, 2022, p. 17.

[71] The relevant page in the Evercore ISI report that mentions daigou is titled "Hainan: Key to Promote Tourism + Boost Consumption."  *See* "An Air-Pocket: Retail Sales Better, but Retailers Destock in the U.S., China," *Evercore ISI*, November 2, 2022, p. 17.

a.  Analysts at Credit Suisse stated on November 2, 2022: "FY23 guidance cut was larger than expected. While it wasn't surprising that EL lowered its guidance due to ongoing China lockdowns, we're disappointed by the magnitude of the cuts.… We expected the recent Hainan lockdowns to be a drag, but the new -3pp headwind from slower-than-expected recovery in Hainan plus unexpected US inventory tightening vs prior guidance were worse than we expected."[72]

b.  Analysts at J.P. Morgan stated on November 3, 2022: "While EL beat FQ1, management cut FY23 guide mainly driven by what management called 'temporary' weakness in the upcoming FQ2 as lockdowns continue to impact Chinese travel and consumption in Mainland China, along with shipment cancellations by retailers in Hainan, destocking by some U.S customers (likely Department stores) and adverse FX."[73]

c.  Analysts at Raymond James stated on November 2, 2022: "While we had anticipated an outlook cut due to the impact of COVID-related lockdowns on China and travel retail, today's guide reset was significantly larger than we had anticipated. F1Q EPS actually beat expectations on better margins, but the continued pressures of COVID plus macros/inventory drawdown in the U.S. will weigh more substantially on 2Q and rest of year results.... Importantly, the vast majority of the weaker year is attributable to lack of mobility in Asia; underlying interest in the category remains solid, in our view…. The sales decline was largely due to China lockdowns and the impact on travel, particularly in Hainan, with inventory tightening as well. U.S. sales growth were negatively impacted by inventory tightening and lapping a sales pull-forward in the year-ago period as retailers ordered earlier for holiday."[74]

d.  Analysts at Oppenheimer stated on November 2, 2022: "Earlier this morning, EL reported Q1'23 results essentially in line with expectations, but sharply lowered full year guidance. For FY23 (June 2023), EL now projects adjusted EPS of $5.25-5.40 vs. our recently lowered forecast as we previewed here of

---

[72] "Big China Exposure Cuts Both Ways," *Credit Suisse*, November 2, 2022, p. 1.
[73] "Bull Case Requires Investor Patience but EL Deserves the Benefit of the Doubt, in Our View," *J.P. Morgan*, November 3, 2022, p. 1.
[74] "Guidance Cut Sharper than Expected; China Shatters," *Raymond James*, November 2, 2022, p. 1.

$6.50 and a Street figure of $7.35. This reflects increased challenges in Asia travel retail, the tightening of inventory in the US and Asia travel retail, a much larger FX impact (translation and transaction), and a higher tax rate."[75]

44.     Plaintiffs appear to claim that "the relevant truth and foreseeable risks" were "partially revealed and/or partially materialized" on this date because Estée Lauder's reduction in guidance was "primarily to reflect tighter inventory management in Asia travel retail."[76]  Plaintiffs allege the guidance reduction due to these issues "partially revealed" the "problems" that Estée Lauder would face as "the governmental crackdown and restrictions on the daigou market intensified."[77]  However, when analysts specifically discussed the "inventory management" issues in Asia travel retail, none of the analyst commentary that I reviewed attributed such issues to a governmental crackdown on illicit daigou.  Contrary to Plaintiffs' allegations, as shown in **Exhibit 1.B**, analysts discussed "inventory management" issues in Asia travel retail in the context of COVID-related travel restrictions and the resulting reduction in travel, rather than a consequence of the government enforcement actions against illicit daigou activity.[78]  For example:

   a. Analysts at J.P. Morgan stated on November 3, 2022:  "Q1 performance was mainly impacted by the lack of resumption in travel to Hainan stemming from the prolonged COVID-19 restrictions resulting in stricter retailer inventory management in the region."[79]

   b. Analysts at Bank of America stated on November 3, 2022:  "[EPS] [e]stimate reductions are being driven by reduced expectation for China/Hainan as mobility is recovering slower than expected and widespread trade inventory reductions in China/Asia travel retail/U.S. coincide with increased inflation and currency translation drag."[80]

---

[75] "Quick Read: A Much Deeper Guide-Down than Expected," *Oppenheimer*, November 2, 2022, p. 1.

[76] Amended Complaint, ¶ 181.

[77] Amended Complaint, ¶ 184.

[78] Consistent with this, Estée Lauder's 30(b)(6) witness testified that "tighter inventory management" impacting Estée Lauder at the time of its November 2, 2022 earnings release was "driven by this COVID lockdown which was unexpected by everyone." *See* Lai Deposition, 104:16–109:18.  The head research analyst for Estée Lauder at Edgewood testified that she "was aware that obviously, when sales come in lower than a company is forecasting, there can be excess inventory in the books, which is reported on the balance sheet. And I was aware that in anticipation of a reopening in China, specifically, that management had made choices to build up inventory levels in this geography in order to meet a surge of demand when China reopened." *See* Knopf Deposition, 161:12–20.  *See also* Knopf Deposition, 161:21–23 ("Q. And that surge in demand did not [materialize] as anticipated, correct? A. Correct.").

[79] "Bull Case Requires Investor Patience but EL Deserves the Benefit of the Doubt, in Our View," *J.P. Morgan*, November 3, 2022, p. 3.

[80] "Immobilized in China," *Bank of America*, November 3, 2022, p. 1.

c. Analysts at Morgan Stanley stated on November 3, 2022: "EL attributed lower guidance more to transitory factors, including weaker China (chiefly Hainan) trends with COVID restrictions, exacerbated by Asian retailer inventory cuts, some US retailer inventory cuts, and unfavorable FX (an exogenous factor)."[81]

d. Analysts at Telsey Advisory Group stated on November 2, 2022: "Reduced FY23 outlook given tighter inventory management across Asia and the US, as well as a stronger US dollar. With tighter inventory management in Asia related to curtailed travel retail, more cautious ordering from US wholesale customers, and a strengthening US dollar, EL took a more cautious approach to its FY23 (ended June) outlook."[82]

e. Analysts at Deutsche Bank stated on November 3, 2022: "As anticipated yesterday morning, EL's stock took a hit -8.0% (vs. S&P -2.5% yesterday) primarily due to a full-year guidance cut.... The culprits (beyond a higher tax rate impact of ~-$0.15)? First, a more challenging backdrop in Hainan/China given the slower pace of demand/traffic recovery and contracting inventories."[83]

45.    Therefore, analyst commentary about "inventory management" issues in Asia travel retail does not suggest that the November 2, 2022 alleged corrective disclosures provided incremental value-relevant information about Estée Lauder's alleged overdependence on illicit daigou that would be subject to a governmental crackdown.[84]

46.    Further, analysts also discussed "inventory management" issues that were affecting sales *in the U.S. region* and connected these U.S. inventory issues to Estée Lauder's reduced guidance. While these "inventory management" issues in the U.S. were discussed alongside those in Asia travel retail as contributing factors for the guidance reduction, Plaintiffs do not allege that they were attributable to daigou, let alone illicit daigou. As shown in **Exhibit 1.C**, analysts discussed inventory management in the U.S. in the context of "US retailers taking a more cautious approach on inventory"[85] and other macro-economic factors. For example:

---

[81] "Q1 Follow-Up: FY23 Challenges; FY24 Recovery," *Morgan Stanley*, November 3, 2022, p. 1.
[82] "EL 1QF23 First Take: EPS Beats but Outlook Moderated on Pressures in China, US Inventory Tightening, and FX," *Telsey Advisory Group*, November 2, 2022, p. 1.
[83] "Beauty and the Beast," *Deutsche Bank*, November 3, 2022, p. 1.
[84] Amended Complaint, ¶¶ 183–184.
[85] "Big China Exposure Cuts Both Ways," *Credit Suisse*, November 2, 2022, p. 1.

a. Analysts at Credit Suisse stated on November 2, 2022: "[W]ith US retailers taking a more cautious approach on inventory ahead of holiday—and with the uncertain pace of recovery in China (and with F1Q results revealing that EL had more Hainan risk than we assumed)—the stock could remain pressured in the near term."[86]

b. Analysts at Morningstar Equity Research stated on November 2, 2022: "The lowered guidance… is driven by three factors: weak travel retail in Hainan because of COVID-19-related restrictions, cautious holiday ordering by U.S. department stores given economic concerns, and currency headwinds."[87]

c. Analysts at Telsey Advisory Group stated on November 2, 2022: "Reduced FY23 outlook given tighter inventory management across Asia and the US, as well as a stronger US dollar. With tighter inventory management in Asia related to curtailed travel retail, more cautious ordering from US wholesale customers, and a strengthening US dollar, EL took a more cautious approach to its FY23 (ended June) outlook."[88]

d. Analysts at Raymond James stated on November 2, 2022: "U.S. sales growth were negatively impacted by inventory tightening and lapping a sales pull-forward in the year-ago period as retailers ordered earlier for holiday."[89]

47. In sum, contrary to Plaintiffs' allegation that the November 2, 2022 alleged corrective disclosure partially revealed materialization of risks resulting from Estée Lauder's alleged overdependence on illicit daigou that could be subject to a governmental crackdown, my review of analyst reports following this disclosure shows that no analyst attributed the reduction in FY 2023 guidance to the alleged intensifying governmental crackdown on illicit daigou. Instead, they attributed the guidance reduction to other factors.

48. Moreover, as illustrated by 30(b)(6) witness testimony; testimony by the head research analyst for Estée Lauder at Edgewood; public press; and analyst reports, and referenced above in **Section III.A**, daigou activities were known to be widespread and commercially significant in Asian luxury travel retail leading up to and during the Proposed Class Period. In addition, consistent with the discussion in the reports by Prof. Zhang and

---

[86] "Big China Exposure Cuts Both Ways," *Credit Suisse*, November 2, 2022, p. 1.
[87] "Share Weakness Presents Buying Opportunity for Wide-Moat Estee Lauder as Long-Term Trends Intact," *Morningstar Equity Research*, November 2, 2022, p. 1.
[88] "EL 1QF23 First Take: EPS Beats but Outlook Moderated on Pressures in China, US Inventory Tightening, and FX," *Telsey Advisory Group*, November 2, 2022, p. 1.
[89] "Guidance Cut Sharper than Expected; China Shatters," *Raymond James*, November 2, 2022, p. 1.

Ms. Kent, information pertaining to the risks of the governmental crackdown on illicit daigou was also publicly available.[90]  For example, the Amended Complaint refers to public statements made by the China Duty Free Group (Estée Lauder's largest customer which contributed 14% of Estée Lauder's net sales) about daigou,[91] an analyst report from Jefferies discussing those China Duty Free Group comments, and publicly available regulations passed by Hainan province to address daigou activity that were effective on January 1, 2022.[92]  To the extent certain new information would be value-relevant (for example, if it were revealed via the guidance reduction and management's discussion that Estée Lauder had been overdependent on illicit daigou that was curtailed by governmental enforcement actions), I would expect analysts to actively monitor information released by the company, its competitors, and relevant industry publications, and discuss such information in analyst reports.[93]  However, I have not seen securities analysts covering Estée Lauder discussing exposure to or impact of any governmental crackdown on illicit daigou around November 2, 2022.  I have similarly not seen any discussion of a governmental crackdown on illicit daigou by securities analysts covering L'Oréal (a major competitor of Estée Lauder that discussed governmental enforcement of daigou in Hainan later in the Proposed Class Period) following that company's earnings announcement on October 20, 2022.[94]

49.    Finally, my conclusion that the price decline on November 2, 2022 is not economic evidence of price impact of the alleged misrepresentations about alleged overdependence on illicit daigou that could be subject to a governmental crackdown is also supported by my finding that none of the subsequent alleged corrective disclosures retrospectively attributed the financial performance and guidance reduction announced on November 2, 2022 to the governmental crackdown on illicit daigou.  Further, I am not aware of any analyst report that retrospectively attributed the financial performance and guidance reduction announced on

---

[90] Zhang Report, ¶ 134, Section VI.B; Kent Report, ¶¶ 82, 97.

[91] Amended Complaint, ¶ 2.

[92] Amended Complaint, ¶¶ 101–102.

[93] As I discuss further in **Section VII**, throughout the Proposed Class Period, analysts had access to a range of publicly available information on the Company's travel retail sales and also had access to public press reporting about how daigou was used in travel retail, including during the period of the COVID-19 pandemic.

[94] As discussed in ¶ 51, several analysts covering Estée Lauder discussed comments by L'Oréal's CEO during an earnings call on July 28, 2023, that "in mid-May, the authorities started to exercise much tighter control over the Daigou trade" in Hainan.  *See, e.g.*, "Updated Thoughts into the Print; Best to Stay Sidelined," *Oppenheimer*, August 9, 2023, p. 4.  To evaluate commentary on daigou by analysts covering L'Oréal, I obtained all analyst reports covering L'Oréal that were publicly available through Capital IQ and LSEG Workspace following earnings calls for the quarters corresponding to the first three alleged corrective disclosures.  Among the 20 analyst reports I have reviewed published from October 20, 2022 to October 27, 2022 (the week following L'Oréal's earnings announcement on October 20, 2022), no reports mentioned daigou, let alone a crackdown on illicit daigou.

November 2, 2022 to the governmental crackdown on illicit daigou.[95]  Instead, Estée Lauder and analyst commentary I have reviewed only discussed the heightened enforcement activities in Hainan that "went into effect" *after* the *third* alleged corrective disclosure.

50.     Specifically, Estée Lauder's statements on August 18, 2023, described how "[i]n May and June [2023], retail sales trends deteriorated and turned steeply negative, following the enforcement actions to control Daigou activity."[96]  Further, Estée Lauder's statements on November 1, 2023, when Plaintiffs allege "the full truth… was revealed," discussed how the "policy reinforcement in Hainan… impacted [Estée Lauder's] fourth quarter" results, which refers to the quarter ending in June 2023.[97]  The timing described by Estée Lauder is consistent with the discussion I have seen in Prof. Zhang's report, which describes a crackdown focusing on smuggling and certain types of illicit daigou starting in mid-May 2023.  Prof. Zhang characterizes the May 2023 enforcement as a consequential event that had not been anticipated by the industry before it took place.[98]

51.     This timing of the governmental crackdown on illicit daigou is also consistent with analyst commentary later in the Proposed Class Period.  Analysts described a "crackdown" on daigou by the Chinese government in Hainan, which "went into effect"[99] in mid-May 2023.[100]  For example:

> a. Analysts at Oppenheimer stated on August 9, 2023:  "L'Oreal [2Q23] Earnings Call (7/28/23): 'In Hainan, however, there's been a clear deterioration between the first and the second quarter. As you know in *mid-May*, the authorities started to exercise much tighter control over the Daigou

---

[95] As explained in footnote 66, in addition to reviewing all reports published one week after each of the first three alleged corrective disclosures, I have reviewed all analyst reports published from the start of the Proposed Class Period through one week after the final alleged corrective disclosure (*i.e.*, February 3, 2022 through November 8, 2023) that included the keywords "daigou," "diagou," "daiogu," "grey market," "gray market," "unstructured market activity," "resale," "resell," or "resold."

[96] The Estée Lauder Companies Inc., Earnings Call Transcript for Q4 2023, August 18, 2023 ("Estée Lauder August 18, 2023 Earnings Call"), p. 3 ("Looking ahead, for Asia travel retail, the pressure in Hainan intensified over the course of the fourth quarter. In May and June, retail sales trends deteriorated and turned steeply negative, following the enforcement actions to control Daigou activity. The implication of these are favorable for sustainable long-term growth, but certainly create significant short-term headwinds through the transition.").

[97] Amended Complaint, ¶ 41; The Estée Lauder Companies Inc., Earnings Call Transcript for Q1 2024, November 1, 2023 ("Estée Lauder November 1, 2023 Earnings Call"), p. 10 ("So part of this -- a large part of the step-up that you see in the second half of the year is our shipping more towards the retail trends that we are expecting in the second half of the year. That's a big part of it. And when you think about what happened to us and what we're anniversarying from the second half of last year, where we had the policy changes first in Korea that impacted our third and fourth quarter and then the policy change -- or policy reinforcement in Hainan, which impacted our fourth quarter. We had, in some parts of our Travel Retail business, very low shipments given those policy changes. And so we are anniversarying as well some of the initial shocks of that.").

[98] Zhang Report, ¶¶ 123, 143-145.  *See also* Kent Report, ¶ 105.

[99] "F4Q'23 Preview - It's Bad…but How Bad?" *RBC Capital Markets*, August 15, 2023, p. 2.

[100] "Let's Get Clinical; Reiterate Buy," *Berenberg*, September 6, 2023, pp. 1, 7.

trade to preserve what they call Hainan's Golden Brands. And Travel Retail operators have consequently refocused on the individual traveler.'"[101]

b. Analysts at Deutsche Bank stated on August 7, 2023:  "We expect this will be a difficult set of results and forward guidance for EL—noting still-choppy trends in China broadly, last quarter's elevated channel inventory backlog (particularly in Hainan), incremental pressure intra-FY4Q spurred by authorities cracking down on daigou trade practices in Asia Travel Retail, as well as disruptions from an EL-specific cyber attack complicating the start of FY1Q24."[102]

c. Analysts at RBC Capital Markets stated on August 15, 2023:  "L'Oreal noted that the restriction on the Daigou trade *went into effect in May*."[103]

d. Analysts at Berenberg stated on September 6, 2023:  "Adjusting estimates for de-stocking and channel shift: Recent tightening of control exercised by Chinese authorities over the daigou trade (*since mid-May 2023*) could lead to de-stocking in Asia travel retail being deeper and longer lasting than previously expected, underpinning our 45% cut to our FY24 EPS forecasts."[104]

e. Analysts at Telsey Advisory Group stated on November 2, 2023:  "As a result of slower traffic and lower conversion from a policy change that discouraged daigou (shoppers acting as distributors to Mainland China customers, which Hainan stopped *in May*), the channel has struggled with excess inventory."[105]

f. Analysts at Evercore ISI stated on October 9, 2023:  "Estee worried that conversion in Hainan could worsen, as China started a crackdown on reselling (daiogu) [sic] *in May*. Instead, conversion has improved in early 2Q F24. Of course, the issue is sustainability."[106]

52.    Neither the Amended Complaint nor Dr. Cain has explained to what extent this "crackdown" that "went into effect" in mid-*May 2023* relates to Plaintiffs' allegations that the Chinese government "implemented severe crackdowns on all daigou activity"[107] effective in

---

[101] "Updated Thoughts into the Print; Best to Stay Sidelined," *Oppenheimer*, August 9, 2023, p. 4 (emphasis added).

[102] "What We're Watching for in FY4Q23 Results," *Deutsche Bank*, August 7, 2023, p. 1.

[103] "F4Q'23 Preview - It's Bad…but How Bad?" *RBC Capital Markets*, August 15, 2023, p. 2 (emphasis added).

[104] "Let's Get Clinical; Reiterate Buy," *Berenberg*, September 6, 2023, p. 1 (emphasis added).

[105] "EL 1QF24 Follow-Up: Downgrading to Market Perform on Challenges to Travel Retail and Slowing China Growth," *Telsey Advisory Group*, November 2, 2023, p. 1 (emphasis added).

[106] "Hainan Improved in Early October," *Evercore ISI*, October 9, 2023, p. 1 (emphasis added).

[107] Amended Complaint, ¶ 2.

*January 2022—i.e.*, 17 months earlier.  However, the analyst commentary that the "crackdown" on daigou by the Chinese government in Hainan only "went into effect" in mid-May 2023 (and the lack of similar discussion prior to mid-May 2023) further supports my finding that Estée Lauder's stock price decline on November 2, 2022 is not economic evidence of price impact of earlier alleged misrepresentations or omissions.

53.    Therefore, the (i) lack of discussion of governmental crackdowns on illicit daigou activity in any analyst report that I reviewed following the November 2, 2022 alleged corrective disclosure despite the publicly available information pertaining to the risks of the governmental crackdown on illicit daigou; (ii) analysts attributing Estée Lauder's guidance reduction to other factors; and (iii) analyst commentary later in the Proposed Class Period describing a "governmental crackdown" which "went into effect" in mid-May 2023, support my opinion that Estée Lauder's stock price decline on November 2, 2022 is not economic evidence of price impact of earlier alleged misrepresentations or omissions.

### B.    Analyst Reports Following the February 2, 2023 and May 3, 2023 Alleged Corrective Disclosures Did Not Attribute Estée Lauder's Financial Performance to Any Governmental Crackdown on Illicit Daigou

54.    Similar to my analysis of the November 2, 2022 disclosure, I reviewed analyst reports following the February 2, 2023 and May 3, 2023 earnings announcements to understand the factors analysts identified as contributing to Estée Lauder's guidance reduction on these dates.  In addition to continued discussion of the factors affecting November 2, 2022 guidance reduction (such as tighter inventory management and continued challenges related to the COVID-19 pandemic, as detailed in **Section VI.A**), analysts also discussed the guidance reductions in February and May 2023 in the context of the "[p]otential rollback of COVID-related supportive measures in Korea duty-free."[108]  As I explain below, following the February 2, 2023 and May 3, 2023 earnings announcements, no analysts discussed this roll-back of Korean duty-free measures, or any other factor they viewed as contributing to the reduction in Estée Lauder's FY 2023 guidance, as pertaining to the Company's alleged overdependence on illicit daigou that could be subject to a governmental crackdown.

---

[108] "Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311," *Jefferies*, February 2, 2023, p. 1; "Hard to 'Makeup' Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating," *J.P. Morgan*, May 3, 2023, p. 3.

### 1.    Korean Duty-Free Policy during and After the COVID-19 Pandemic

55.    As I discuss further in **Sections VI.B.2** and **VI.B.3**, instead of discussing a governmental crackdown on illicit daigou, analyst commentary following the February 2, 2023 and May 3, 2023 earnings announcements discussed other factors that affected Estée Lauder's FY 2023 guidance.  One such factor was the "[p]otential rollback of COVID-related supportive measures in Korea duty-free."[109]  Based on my review of analyst reports, and consistent with 30(b)(6) witness testimony and the opinions of Prof. Zhang, I understand that the "[p]otential roll-back of COVID-related supportive measures" refers to anticipation that the Korean government would not continue certain duty-free policies that had been put in place over the preceding few years.

56.    Specifically, even before the COVID-19 pandemic, daigou activities were recognized as prevalent in Korea luxury duty-free sales.  For example, as mentioned above in **Section III.A**, Macquarie analysts in 2019 estimated that "~70-80% [of annual Korean duty-free sales] were related to Daigou activities."[110]  This is consistent with the discussion in Prof. Zhang's report that daigou in Korea had been part of practices within the luxury travel retail industry permitted by the Korean government before and during the Proposed Class Period.[111]  Analyst commentary discussed how during the COVID-19 pandemic, the Korean government, through the Korean Customs Service ("KCS"), had put in place duty-free policies to accommodate the duty-free retailers who were negatively impacted by the collapse in tourism to Korea at that time, which further increased daigou activities.  For example:

   a.    Analysts at Telsey Advisory Group stated on May 8, 2023:  "[O]nce the pandemic hit and international travel evaporated… the Korea Customs Service and related government agencies adjusted regulations to support duty-free sales and protect jobs. These efforts included allowing duty-free products to be sold domestically to locals, allowing products to be sold as third-party exports through resellers, eliminating a $5,000 duty-free allowance for outbound

---

[109] "Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311," *Jefferies*, February 2, 2023, p. 1.
[110]  "Downtown Duty Free in China = More Upside," *Macquarie Research*, September 25, 2019, p. 2 ("By comparison, in Korea, of the $17bn in duty-free sales annually, +80% came from downtown DFS and ~70-80% were related to Daigou activities (viewed as a proxy for Chinese consumption).").
[111] Zhang Report, ¶¶ 83, 101, 109–110.

Korean tourists, offering 'flights to nowhere,' and enabling cross-border online shipping."[112]

b. Analysts at Société Générale stated on March 8, 2023: "At the start of COVID, the Korean government allowed downtown duty-free shops (which also sell online) to sell to people not travelling, known as 'flights to nowhere'.… The measures were brought in to support sales in the channel, as traveller [sic] numbers collapsed due to the pandemic. These relaxed restrictions led to an increase in demand from professional resellers called Daigous, who bought lower-priced offshore products to resell in China."[113]

c. Analysts at Barclays stated on March 29, 2023: "[D]uring COVID nearly all of the sales at Korean duty-free operators came from Daigou shoppers who did not even have to purchase product in a physical store, but rather *were allowed* to buy product online and without visiting the country."[114]

57.    According to securities analysts covering Estée Lauder, "during COVID nearly all of the sales at Korean duty-free operators came from Daigou shoppers."[115]  A report from UBS in June 2022 attempting to estimate the daigou exposure across all South Korean duty-free sales "estimate[d] that more than 80% of South Korea's duty-free sales came from Chinese daigou in the past two years."[116]  Similarly, a report from Jefferies in August 2021 noted that "[d]aigou contributes the bulk of travel retail business in South Korea."[117]

58.    As explained previously in **Section V**, analysts have incentives to independently monitor important policy changes that can affect the company and the industry.  As I discuss further in **Sections VI.B.2 and VI.B.3**, by early 2023, analysts mentioned that the expectation that the Korean government would change these policies began to affect the Korean duty-free market.  As explained by an analyst from Société Générale, "[i]n December 2022, the Korean government announced plans to reverse" the "measures during COVID… to support duty-free sales in the country" and "put the focus back on physical travellers."[118]  A Barclays analyst report stated in March 2023 that "[t]hough the Korean government has not yet changed these rules as Chinese consumers resume travel to the country, the anticipation

---

[112] "Highlights from Meetings with EL Management," *Telsey Advisory Group*, May 8, 2023, p. 1.
[113] "Recovery Dynamic Underestimated, Move Off Hold," *Société Générale*, March 8, 2023, p. 10.
[114] "Travel Retail: Takeaways from Expert Call," *Barclays*, March 29, 2023, p. 2 (emphasis added).
[115] "Travel Retail: Takeaways from Expert Call," *Barclays*, March 29, 2023, p. 2.
[116] "China Duty Free Sector: Addressing Major Investor Concerns," *UBS*, June 23, 2022, p. 17.
[117] "Key Takeaways from China Duty-Free Expert Call," *Jefferies*, August 5, 2021, p. 2.
[118] "Breaking Down the 'Overload' in Sales in F22," *Société Générale*, May 12, 2023, pp. 4–5.

of the change in government policy is likely resulting in destocking in the near term."[119]  In addition, analysts' commentary of the potential rollback of COVID-related duty-free policies in Korea in 2023 is consistent with 30(b)(6) witness testimony, as well as the discussion in Prof. Zhang's report, that such policy shifts aimed to restore profitability of domestic duty-free industry rather than a crackdown on illicit daigou.[120,121]

### 2. Analyst Reports Following the February 2, 2023 Alleged Corrective Disclosure Did Not Attribute Estée Lauder's Financial Performance to Any Governmental Crackdown on Illicit Daigou

59.     As I discuss in this section, my review of analyst reports following the February 2, 2023 earnings announcement indicates that, contrary to Plaintiffs' theory of liability, no analyst attributed the reduction in Estée Lauder's FY 2023 guidance to the allegedly intensifying governmental crackdown on illicit daigou.  This absence of analyst commentary around February 2, 2023 is notable given that, as I have discussed above in **Section VI.A**, information pertaining to the risks of the governmental crackdown on illicit daigou was publicly available.  Additionally, as also discussed above in **Section VI.A**, analyst commentary later in the Proposed Class Period did describe a "governmental crackdown" by the Chinese government in Hainan which only "went into effect"[122] in mid-May 2023[123]— three months after the February 2, 2023 alleged corrective disclosure.  Therefore, the lack of discussion of a crackdown on illicit daigou in any analyst report that I have reviewed following this alleged corrective disclosure suggests that Estée Lauder's stock price decline on February 2, 2023 is not economic evidence of price impact of earlier alleged misrepresentations or omissions.

---

[119] "Travel Retail: Takeaways from Expert Call," *Barclays*, March 29, 2023, p. 2.

[120] Lai Deposition, 125:13–127:3; Zhang Report, ¶¶ 101, 113, 119.  Consistent with this, the head research analyst for Estée Lauder at Edgewood testified that she was aware that "Korea changed the rules to make it easier to buy duty free to support the economy during COVID" and "daigou shoppers could buy product in Korea online without visiting the country."  *See* Knopf Deposition, 162:21–163:11.

[121] Likewise, analysts at Société Générale covering Estée Lauder's competitor, L'Oréal, stated on April 25, 2023:  "L'Oréal has also been caught up in the changes to the duty-free rules in Korea, as highlighted by Estee in calendar 4Q22. The relaxation of rules after COVID allowed retailers to sell duty free to Korean non-travellers. This increased domestic demand, but also led to a surge in grey market sales into China. The reversion to stricter rules and monitoring of sales flow since the end of 2022 has prompted duty-free distributors to suspend buying to run down inventory. L'Oréal outlined sales in the Korean duty free segment declined c.30% yoy in 1Q23, but that is less exposed to the dynamic (we think it had less grey-market sales than peers."  *See* "No De-Rating Catalysts for a Couple of Quarters, Move to Hold," *Société Générale*, April 25, 2023, p. 3.

[122] "F4Q'23 Preview - It's Bad…but How Bad?" *RBC Capital Markets*, August 15, 2023, p. 2.

[123] "Let's Get Clinical; Reiterate Buy," *Berenberg*, September 6, 2023, pp. 1, 7.

60.    Among the 35 analyst reports I have reviewed in the week following the February 2, 2023 earnings announcement, no reports mentioned daigou, let alone illicit daigou.[124]  When analysts commented on Estée Lauder's guidance reduction, they did not attribute the reduction to a governmental crackdown on illicit daigou or even mention daigou at all.

61.    Instead, as shown in **Exhibit 2.A**, analyst commentary following the February 2, 2023 alleged corrective disclosure attributed Estée Lauder's financial performance and guidance reductions to factors such as a delayed improvement in Chinese travel, including travel to Hainan, and the recently-announced potential roll-back of COVID-related supportive measures in the Korean duty-free industry.[125]  Analysts also discussed other factors, such as the continued currency headwinds and uncertain macro-economic conditions.  For example:

   a.   Analysts at Morgan Stanley stated on February 2, 2023:  "Regarding Q3 guidance softness, EL indicated that inventory levels in Hainan remain elevated due to COVID travel impacts and in-store staffing limitations in late CY22, as well as expected Korea Duty Free pressure with potential rollbacks of COVID related supportive measures."[126]

   b.   Analysts at Telsey Advisory Group stated on February 3, 2023:  "In Hainan, the company noted signs of improving traffic in recent months. However, the company now expects more moderated topline growth in 3Q due to the increase in COIVD [sic] cases in November and December, which negatively impacted brick-and-mortar traffic and replenishment orders."[127]

   c.   Analysts at Bank of America stated on February 3, 2023:  "Mgmt. highlighted pockets of recovery in the US, Latin America, and Southeast Asia, but as downward EPS revisions highlight, mobility issues remain a near-term overhang. At 34% and 27% of FY22 sales mix, respectively, China and Travel Retail continue to be dragged from lockdowns through 3Q, which disproportionately affect Estée's profitable Skincare business."[128]

---

[124] In addition to specific mentions of the term "daigou," I also did not identify any discussion of other potentially related terms, such as "diagou," "daiogu," "grey market," "gray market," "unstructured market activity," "resale," "resell," or "resold."

[125] The head research analyst for Estée Lauder at Edgewood testified that she was aware that the rollback of Korean duty-free policies, including procedures to assist retailers during the pandemic that allowed non-travelers to shop duty free, was affecting Estée Lauder at the time of the February 2, 2023 earnings release.  *See* Knopf Deposition, 275:1–281:20.

[126] "Q2 Follow-Up: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4," *Morgan Stanley*, February 2, 2023, p. 2.

[127] "EL 2QF23 Follow-Up: Return of Chinese Consumer Looks to Be an Opportunity Once Transition Headwinds Pass," *Telsey Advisory Group*, February 3, 2023, p. 1.

[128] "Items in Overhead Bin Have Shifted in Flight: Recovery Pushed to FY4Q23," *Bank of America*, February 3, 2023, p. 1.

d. Analysts at J.P. Morgan stated on February 3, 2023: "EL beat FQ2 by a wide margin but management cut FY23 guide again mainly driven by slower return to travel retail particularly in Hainan and Korea (given the roll-back of COVID-related supportive measures impacting Korean duty-free), on top of management's expectation of a more moderate net sales growth in mainland China for FQ3 based on the recent pre-LNY trends."[129]

e. Analysts at UBS stated on February 3, 2023: "EL now expects FY23 EPS in the range of $4.87-$5.02 (vs. $5.25 - $5.40 prev.), driven by lower organic revenue growth (flat to -2% vs. flat to +2% prev.) and a higher tax rate; more than offsetting less of a headwind from transactional FX in travel retail (- 4% headwind to EPS vs. -10% previously) and FX translation (-$0.29 vs. -$0.44 prev.)."[130]

f. Analysts at Jefferies stated on February 2, 2023: "Though the business guidance continues to be muddied with inventory pull-backs, COVID-challenges, an uncertain macro, and FX, fundamentals remain strong."[131]

62.    Plaintiffs appear to claim that "the relevant truth and foreseeable risks" were "partially revealed and/or partially materialized" on this date because Estée Lauder's reduction in guidance was due to "inventory problems and problems in its travel retail markets."[132]  Plaintiffs allege the guidance reduction due to these issues "partially revealed" the "problems" that Estée Lauder would face as "the crackdown and restrictions on the daigou market intensified" because of "the Company's travel retail business segment's overdependence on back-alley daigou gray market resale."[133]  However, similar to the discussions in November 2022, when analysts specifically discussed "inventory problems" in

---

[129] "Short Term Remains Challenging but Inflection Is Near; Model Update Post F2Q23," *J.P. Morgan*, February 3, 2023, p. 1.

[130] "A Few More Weeks of Winter, but Light on the Other Side," *UBS*, February 3, 2023, p. 1.

[131] "Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311," *Jefferies*, February 2, 2023, p. 1.

[132] Amended Complaint, ¶ 192 ("On February 2, 2023, prior to market close, the relevant truth and foreseeable risks concealed by Defendants' misconduct and their false representations and omissions during the [Proposed] Class Period were further partially revealed and/or partially materialized when Lauder issued a press release announcing financial results for its second fiscal quarter of 2023 ended December 31, 2022. Specifically, despite meeting second quarter expectations, the Company again lowered its outlook for fiscal 2023, citing inventory problems and problems in its travel retail markets. The press release stated in pertinent part: 'For fiscal 2023, we are lowering our outlook given the November and December disruption to travel and staffing levels in Hainan that slowed the expected normalization of inventory and the recently announced potential roll-back of COVID-related supportive measures in Korea duty free. Together, these are creating a near-term, transitory pressure to our travel retail business.… The COVID-19 pandemic continued to disrupt the Company's operating environment through the first half of fiscal 2023, including the COVID-related impacts, affecting Asia travel retail, particularly Hainan, and retail traffic in mainland China. In Asia travel retail, these challenges led to prolonged store closures as well as the curtailment of travel and caused the tightening of inventory by certain retailers who had previously placed orders in anticipation of the return of travel that was since delayed.'").

[133] Amended Complaint, ¶¶ 194–195.

travel retail, none of the analysts attributed such issues to Estée Lauder's alleged overdependence on illicit daigou that could be subject to a governmental crackdown. Contrary to Plaintiffs' allegations, as shown in **Exhibit 2.B**, analysts discussed "inventory problems" in the context of protracted impact of the COVID-19 pandemic on travel, rather than as a consequence of the government enforcement actions against illicit daigou activity. For example:

      a. Analysts at Deutsche Bank stated on February 2, 2023: "Despite a +high-teens EPS beat in fiscal 2Q, we expect investors will be disappointed by EL's reduced FY23 outlook, stemming from a more protracted recovery in China/travel retail and corresponding tight inventory management by retailers."[134]

      b. Analysts at Jefferies stated on February 2, 2023: "FY23 Growth Offsets: FY23 reported sales growth of -5-7% incl.: 1) Hainan retailer elevated inventory from closures, and low traffic & staff levels Nov-Dec 22; 2) Moderate sales growth in China business, driven by heightened COVID cases & fewer socialization occasions; 3) Potential rollback of COVID-related supportive measures in Korea duty-free driving near-term transitory pressure to Korea duty-free retailer business."[135]

      c. Analysts at Morgan Stanley stated on February 2, 2023: "Regarding Q3 guidance softness, EL indicated that inventory levels in Hainan remain elevated due to COVID travel impacts and instore staffing limitations in late CY22, as well as expected Korea Duty Free pressure with potential rollbacks of COVID related supportive measures."[136]

      d. Analysts at J.P. Morgan stated on February 3, 2023: "Strong Growth in China Anticipated From Travel Retail and Skin Care Once all COVID-Related Headwinds are Behind. As noted above, organic sales growth in domestic China was down single digits in the quarter driven by tighter inventory management, store staffing issues with the limited availability of beauty advisors in China and travel retail in Hainan specifically in the months of

---

[134] "Quick Take - EL's FY2Q23 Results," *Deutsche Bank*, February 2, 2023, p. 1.
[135] "Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311," *Jefferies*, February 2, 2023, p. 1.
[136] "Q2 Follow-Up: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4," *Morgan Stanley*, February 2, 2023, p. 2.

November and December. However, management is confident of growth in the region especially once all COVID-related headwinds abate, driving confidence from the fact that EL gained market share in all four segments in FQ2 despite all the pandemic-related restrictions."[137]

63.     Further, analysts also discussed other factors that affected Estée Lauder's FY 2023 guidance, such as the "[p]otential rollback of COVID-related supportive measures in Korea duty-free."[138]  While the shifts of these Korean duty-free industry support measures (which as explained above in **Section VI.B.1**, I understand had been implemented to support Korean duty-free retailers during the COVID-related travel restrictions) were discussed as affecting Asian travel retail sales, none of the analyst commentary that I reviewed following the February 2, 2023 alleged corrective disclosure described these changes as a governmental crackdown on illicit daigou, as shown in **Exhibit 2.C**.  For example:

a.   Analysts at Barclays stated on February 3, 2023:  "Outside of China travel retail, a new dynamic has emerged in South Korea duty free (we estimate this is ~20% of EL's travel retail business, or ~5% of total company sales). Specifically, the company expects to see 'transitory' pressure due to the potential roll-back of COVID-related government incentives. In layman's terms what we believe this means is that the Korean government had incentives in place to spur domestic demand in duty free during the pandemic (e.g., allowing consumers to purchase product online from duty free stores among other measures), but as these incentives are potentially eliminated or phased out, duty free operators will likely have a period of destocking to more closely match normalized consumption."[139]

b.   Analysts at Telsey Advisory Group stated on February 3, 2023:  "Furthermore, EL noted that a roll-back of COVID support measures in the Korea duty-free channel is expected to weigh on 3Q. In all, EL anticipates these factors to have a greater impact on third quarter results than previously expected, but sees a more normalized travel retail channel supporting a return to growth in 4Q."[140]

---

[137] "Short Term Remains Challenging but Inflection Is Near; Model Update Post F2Q23," *J.P. Morgan*, February 3, 2023, pp. 3–4.
[138] "Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311," *Jefferies*, February 2, 2023, p. 1.
[139] "Moving Parts," *Barclays*, February 3, 2023, p. 3.
[140] "EL 2QF23 Follow-Up: Return of Chinese Consumer Looks to Be an Opportunity Once Transition Headwinds Pass," *Telsey Advisory Group*, February 3, 2023, p. 1.

c.  Analysts at Jefferies stated on February 2, 2023:  "FY23 Growth Offsets:…  3) Potential rollback of COVID-related supportive measures in Korea duty-free driving near-term transitory pressure to Korea duty-free retailer business."[141]

d.  Analysts at Morgan Stanley stated on February 2, 2023:  "Regarding Q3 guidance softness, EL indicated that inventory levels in Hainan remain elevated due to COVID travel impacts and instore staffing limitations in late CY22, as well as expected Korea Duty Free pressure with potential rollbacks of COVID related supportive measures."[142]

e.  Analysts at J.P. Morgan stated on February 3, 2023:  "Management lowered its FY23 guidance… amid the additional COVID-related transitory headwinds stemming from the roll-back of COVID-related supportive measures in Korea that impacts Korea duty-free."[143]

64.    In sum, contrary to Plaintiffs' allegation that the February 2, 2023 alleged corrective disclosure partially revealed materialization of risks resulting from Estée Lauder's alleged overdependence on illicit daigou that would be subject to a governmental crackdown, my review of analyst reports following this disclosure shows that no analyst attributed the reduction in FY 2023 guidance to the alleged intensifying governmental crackdown on illicit daigou.  Instead, they attributed the guidance reduction to other factors.

65.    As I discussed in **Section VI.A** with respect to the November 2, 2022 date, information pertaining to the risks of the governmental crackdown on illicit daigou was publicly available, and analysts covering Estée Lauder discussed the exposure of the luxury beauty industry to daigou well before the Proposed Class Period.[144]  To the extent certain new information would be value-relevant (for example, if it were revealed via the guidance reduction and management's discussion that Estée Lauder had been overdependent on illicit daigou that was curtailed by governmental enforcement actions), I would expect analysts to actively monitor information released by the company, its competitors, and relevant industry

---

[141] "Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311," *Jefferies*, February 2, 2023, p. 1.
[142] "Q2 Follow-Up: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4," *Morgan Stanley*, February 2, 2023, p. 2.
[143] "Short Term Remains Challenging but Inflection Is Near; Model Update Post F2Q23," *J.P. Morgan*, February 3, 2023, p. 4.
[144] *See, e.g.*, "Downtown Duty Free in China = More Upside," *Macquarie Research*, September 25, 2019, p. 2 ("By comparison, in Korea, of the $17bn in duty-free sales annually, +80% came from downtown DFS and ~70-80% were related to Daigou activities (viewed as a proxy for Chinese consumption).").

publications and discuss such information in analyst reports.[145]  However, I have not seen analysts covering Estée Lauder discussing exposure to or impact of any governmental crackdown on illicit daigou around February 2, 2023.  Moreover, I have not seen any discussion of a governmental crackdown on illicit daigou by securities analysts covering L'Oréal (a major competitor of Estée Lauder that discussed governmental enforcement of daigou in Hainan later in the Proposed Class Period) following that company's earnings announcement on February 9, 2023.[146]

66.      Finally, my conclusion that the price decline on February 2, 2023 is not economic evidence of price impact of the alleged misrepresentations about alleged overdependence on illicit daigou that could be subject to a governmental crackdown is also supported by my finding that none of the subsequent alleged corrective disclosures retrospectively attributed the financial performance and guidance reduction announced on February 2, 2023 to the governmental crackdown on illicit daigou.  Further, I am not aware of any analyst report that retrospectively attributed the financial performance and guidance reduction announced on February 2, 2023 to the governmental crackdown on illicit daigou.[147]  Instead, as discussed above in **Section VI.A**, Estée Lauder and analyst commentary I have reviewed only discussed the heightened enforcement activities in Hainan that "went into effect" *after* the *third* alleged corrective disclosure.

67.      As I discussed in **Section VI.A** with respect to the November 2, 2022 date, Estée Lauder stated on August 18, 2023 that "[i]n May and June [2023], retail sales trends deteriorated and turned steeply negative, following the enforcement actions to control Daigou activity."[148]  Further, Estée Lauder's statements on November 1, 2023, when Plaintiffs allege "the full truth was revealed," discussed how the "policy reinforcement in Hainan… impacted

---

[145] As I discuss further in **Section VII**, throughout the Proposed Class Period analysts had access to a range of publicly available information on the Company's travel retail sales and also had access to public press reporting about how daigou was used in travel retail, including during the period of the COVID-19 pandemic.

[146] As discussed in ¶ 51, several analysts covering Estée Lauder discussed comments by L'Oréal's CEO during an earnings call on July 28, 2023, that "in mid-May, the authorities started to exercise much tighter control over the Daigou trade" in Hainan.  *See*, *e.g.*, "Updated Thoughts into the Print; Best to Stay Sidelined," *Oppenheimer*, August 9, 2023, p. 4.  To evaluate commentary on daigou by analysts covering L'Oréal, I obtained all analyst reports covering L'Oréal that were publicly available through Capital IQ and LSEG Workspace following earnings calls for the quarters corresponding to the first three alleged corrective disclosures.  Among the 30 analyst reports I have reviewed published from February 9, 2023 to February 16, 2023 (the week following L'Oréal's earnings announcement on February 9, 2023), no reports mentioned daigou, let alone a crackdown on illicit daigou.

[147] As explained in footnote 66, I have reviewed all analyst reports during the Proposed Class Period that included the keywords "daigou," "diagou," "daiogu," "grey market," "gray market," "unstructured market activity," "resale," "resell," or "resold."

[148] Estée Lauder August 18, 2023 Earnings Call, p. 3 ("Looking ahead, for Asia travel retail, the pressure in Hainan intensified over the course of the fourth quarter. In May and June, retail sales trends deteriorated and turned steeply negative, following the enforcement actions to control Daigou activity. The implication of these are favorable for sustainable long-term growth, but certainly create significant short-term headwinds through the transition.").

[Estée Lauder's] fourth quarter" results,[149] which is consistent with the discussion in analyst reports of a "crackdown" on daigou by the Chinese government in Hainan that "went into effect" in mid-May 2023. This timing is also consistent with the discussion I have seen in Prof. Zhang's report, which describes a crackdown focusing on smuggling and certain types of illicit daigou starting in mid-May 2023. He characterizes the May 2023 enforcement as a consequential event that had not been anticipated by the industry before it took place.[150]

68.     Therefore, the (i) lack of discussions of governmental crackdowns of illicit daigou activity in any analyst report that I have reviewed following the February 2, 2023 alleged corrective disclosure despite the publicly available information pertaining to the risks of the governmental crackdown on illicit daigou; (ii) analysts attributing Estée Lauder's guidance reduction to other factors; and (iii) analyst commentary later in the Proposed Class Period describing a "governmental crackdown" which "went into effect" in mid-May 2023 are supportive of my opinion that that Estée Lauder's stock price decline on February 2, 2023 is not economic evidence of price impact of earlier alleged misrepresentations or omissions.

### 3.     Analyst Reports Following the May 3, 2023 Alleged Corrective Disclosure Did Not Attribute Estée Lauder's Financial Performance to Any Governmental Crackdown on Illicit Daigou

69.     As I discuss in this section, my review of analyst reports following the May 3, 2023 earnings announcement indicates that, contrary to Plaintiffs' theory of liability, no analyst attributed the reduction in Estée Lauder's FY 2023 guidance to the allegedly intensifying governmental crackdown on illicit daigou. The absence of analyst commentary around May 3, 2023 is notable given that, as I have discussed above in **Section VI.A**, information pertaining to the risks of the governmental crackdown on illicit daigou was publicly available. Additionally, as also discussed above in **Section VI.A**, analyst commentary later in the Proposed Class Period did describe a "governmental crackdown" against daigou by the Chinese government in Hainan, which only "went into effect"[151] in mid-May 2023[152]—after

---

[149] Amended Complaint, ¶ 41; Estée Lauder November 1, 2023 Earnings Call, p. 10 ("So part of this -- a large part of the step-up that you see in the second half of the year is our shipping more towards the retail trends that we are expecting in the second half of the year. That's a big part of it. And when you think about what happened to us and what we're anniversarying from the second half of last year, where we had the policy changes first in Korea that impacted our third and fourth quarter and then the policy change -- or policy reinforcement in Hainan, which impacted our fourth quarter. We had, in some parts of our Travel Retail business, very low shipments given those policy changes. And so we are anniversarying as well some of the initial shocks of that.").

[150] Zhang Report, ¶¶ 123, 143-145. *See also* Kent Report, ¶ 105.

[151] "F4Q'23 Preview - It's Bad…but How Bad?" *RBC Capital Markets*, August 15, 2023, p. 2.

[152] "Let's Get Clinical; Reiterate Buy," *Berenberg*, September 6, 2023, pp. 1, 7.

Estée Lauder's May 3, 2023 earnings announcement (which reported on sales from January to March 2023, in addition to updating guidance).[153]  Therefore, the lack of discussion of a crackdown on illicit daigou in any analyst report that I have reviewed following this alleged corrective disclosure suggests that Estée Lauder's stock price decline on May 3, 2023 is not economic evidence of price impact of earlier alleged misrepresentations or omissions.

70.    While seven of the 44 analyst reports I have reviewed in the week following the May 3, 2023 earnings announcement mentioned daigou, as shown in **Exhibit 3.A,** none mentioned a governmental crackdown of illicit daigou or attributed Estée Lauder's guidance reduction to the Company's alleged overdependence on illicit daigou that could be subject to a governmental crackdown.[154]  Instead, as shown in **Exhibit 3.B**, analyst commentary following the May 3, 2023 alleged corrective disclosure attributed Estée Lauder's financial performance and guidance reductions to factors such as the Korean transition to post-COVID-19 regulations, slower than expected resumption of travel, continued tightening of inventory by retailers in Hainan, and weaker-than-expected recovery in demand for prestige beauty products.  For example:

   a.  Analysts at Morgan Stanley stated on May 3, 2023:  "FY EPS guide down of 32%… implying sharply lower FQ4 assumptions, with three key factors: (1) softer than expected Hainan trends with weaker conversion of higher traffic in general into beauty sales, (2) weaker Korea sales, with duty-free retailers cutting inventory pre a transition to post-COVID regulations and a slow travel… [and] consumer return, and (3) a weaker prestige beauty recovery in Mainland China. While these were well known issues in terms of timing of recovery post COVID being slower than expected a few months ago, the magnitude of downside is clearly greater than expected."[155]

   b.  Analysts at RBC Capital Markets stated on May 4, 2023:  "Negatives: 1) Asia travel retail - Global travel retail organic sales were down -45% in the quarter

---

[153] The Estée Lauder Companies Inc., Form 8-K, filed May 3, 2023, Exhibit 99.1 ("The Estée Lauder Companies Reports Fiscal 2023 Third Quarter Results") ("Estée Lauder May 3, 2023 Earnings Press Release").

[154] "Hard to 'Makeup' Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating," *J.P. Morgan*, May 3, 2023, p. 1; "Lowered Guide. TR, Makeup Offset Better China," *Evercore ISI*, May 3, 2023, p. 1; "Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability," *TD Cowen*, May 3, 2023, p. 1; "Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential," *Morgan Stanley*, May 4, 2023, pp. 1–2; "Travel Retail De-Risked, Attractive Buying Opportunity," *Evercore ISI*, May 4, 2023, pp. 1, 3–4; "EL Management Meeting Notes," *Raymond James*, May 7, 2023, pp. 1–2; "Highlights from Meetings with EL Management," *Telsey Advisory Group*, May 8, 2023, p. 1.

[155] "Quick Comment: Much Lower FY Guidance and Implied Q4 with a Weaker Hainan/Korea/China Recovery," *Morgan Stanley*, May 3, 2023, p. 1.

due to: 1) elevated inventory in Hainan given retailers had increased stock based on expectations for a quicker recovery and 2) the transition in Korea to post-pandemic regulations. The slower recovery and elevated channel inventories of Asia travel retail led to decreased replenishment orders, but efforts from travel retailers to tighten inventories further compounded the impact."[156]

c. Analysts at Bank of America stated on May 3, 2023: "EPS decline of -51% to -50% YoY is a 22-23pt decline from the previous guide, reflecting ongoing pressures to Travel Retail inventories due to a slower pace of recovery in Asia (most acutely in Korea and Hainan), with meaningful recovery now deferred to 1H24 from the prior expectation for a 4Q23 improvement…. Estee updated its full-year FY23 guide reflecting a more protracted global recovery hindered by the choppy resumption of global international travel and inventory rebalancing in Hainan."[157]

71.     Plaintiffs appear to claim that "the relevant truth and foreseeable risks" were "partially revealed and/or partially materialized" on this date because Estée Lauder's reduction in guidance was due to "the slow recovery in Asia travel retail markets."[158] Plaintiffs allege the guidance reduction due to these issues "partially revealed" the "problems" that Estée Lauder would face as "the crackdown and restrictions on the daigou market intensified" because of "the Company's travel retail business segment's overdependence on back-alley daigou gray market resale."[159]  However, when analysts

---

[156] "EPS Aftermath - Fight or Flight? Sticking with Our Outperform Rating," *RBC Capital Markets*, May 4, 2023, p. 1.

[157] "3Q23 Quick Take: Outlook Cut - Asia Travel Retail; Slow to Rebound," *Bank of America*, May 3, 2023, pp. 1–2.

[158] Amended Complaint, ¶¶ 202–204 ("On May 3, 2023, prior to market close, the relevant truth and foreseeable risks concealed by Defendants' misconduct and their false representations and omissions during the [Proposed] Class Period were further partially revealed and/or partially materialized when Lauder issued a press release announcing financial results for its third fiscal quarter of 2023 ended March 31, 2023. Specifically, the Company announced a further reduction of fiscal year 2023 guidance because of the slow recovery in Asia travel retail markets. The press release stated, in pertinent part, that: 'As the shape of recovery from the pandemic for Asia travel retail comes into better focus, it is proving to be both far more volatile than we expected and more gradual relative to what we experienced in other regions. We are, therefore, lowering our organic sales and EPS outlook for fiscal 2023 to reflect significantly greater headwinds in our fourth quarter than we expected in February.' Defendants further attributed the reduction in guidance to the fact that Lauder's 'Asia travel retail business continued to be pressured by the slower than anticipated recovery from the COVID pandemic. Specifically, in Hainan, while traffic into the island exceeded prior year levels, conversion of travelers to consumers in prestige beauty lagged. This led to the slower than anticipated depletion of elevated levels of retailer inventory and, therefore, lower replenishment orders.' During the related earnings call on May 3, 2023, Defendant Travis also said that: '[C]ompounding this pressure is the tightening of inventory by retailers in Hainan. We now expect that a far more gradual return to normal sales growth in Asia travel retail is likely to persist into the first half of fiscal 2024. In addition, higher inflation and currency volatility, as well as promotions in certain markets to alleviate high stock levels more than offset our price increases and further pressured our business margins.'").

[159] Amended Complaint, ¶¶ 206–207 ("The May 3, 2023 announcements partially (but incompletely) revealed some of the relevant truth concealed and/or obscured by Defendants' prior misstatements and omissions surrounding the Company's

specifically discussed "the slow recovery in Asia travel retail markets," none of the analyst commentary that I reviewed attributed such issues to a governmental crackdown on illicit *daigou*, instead attributing it to other factors.

72.    For example, as shown in **Exhibit 3.C**, one factor to which analysts attributed the "slower than anticipated recovery in Asia travel retail" was the "roll-back of COVID-related supportive measures" in Korea duty-free.[160]  As I discussed above in **Section VI.B.2**, analysts commenting on the February 2, 2023 earnings announcement discussed changes in Asian travel retail sales in response to the potential shifts of these Korean duty-free industry support measures.  Following the May 3, 2023 earnings announcement, three of the 44 analyst reports mentioned daigou (or resellers) when discussing these developments in Korea, as shown in **Exhibit 3.A**.  However, as shown in **Exhibit 3.C**, none of the analyst commentary that I reviewed following the May 3, 2023 alleged corrective disclosure described these changes as a governmental crackdown on illicit daigou.  For example:

a.    Analysts at Morgan Stanley stated on May 4, 2023:  "EL cited three key headwinds for lower guidance…. The second headwind was lower Korea travel retail sales as post-pandemic regulations return, limiting sales from duty-free to nontravel customers, with lower sales to Daigou's, and retailer/consumer inventory drawdowns."[161]

b.    Analysts at Evercore stated on May 3, 2023:  "Shifts along the Asia travel corridor that we still view as temporary, as beauty companies redirect duty-free shopping to Hainan and away from Korea. Hainan is brand building, Korea is 'daigou'…. F23 outlook lowered again to reflect shifts in Asia travel retail ─ possibly actions to curtail 'daigou' in Korea, a duty-free hub that Hainan is displacing."[162]

c.    Analysts at Telsey Advisory Group stated on May 8, 2023:  "Additionally, an article in The Korea Herald stated that over 80% of the Korean duty-free shops' revenue was dependent on China's tourists and resellers. However,

---

travel retail business segment's overdependence on back-alley daigou gray market resale. Because of the Company's overdependence on the daigou market—facts that Defendants concealed from investors—as the crackdown and restrictions on the daigou market intensified, Lauder faced multiple risks.… To the detriment of Lauder investors, these very problems were partially revealed and/or risks materialized on May 3, 2023, as revealed by Defendants' announcements.").

[160] "Hard to 'Makeup' Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating," *J.P. Morgan*, May 3, 2023, p. 3.

[161] "Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential," *Morgan Stanley*, May 4, 2023, p. 2.

[162] "Lowered Guide. TR, Makeup Offset Better China," *Evercore ISI*, May 3, 2023, p. 1.

once the pandemic hit and international travel evaporated… the Korea Customs Service and related government agencies adjusted regulations to support duty-free sales and protect jobs. These efforts included allowing duty-free products to be sold domestically to locals, allowing products to be sold as third-party exports through resellers, eliminating a $5,000 duty-free allowance for outbound Korean tourists, offering 'flights to nowhere,' and enabling cross-border online shipping. EL noted that Korea rolled back its duty-free support efforts suddenly in the fiscal third quarter with the expectation that international travelers would return to Korea and support the duty-free industry. However, Korea's tourism business is significantly exposed to China, especially through organized group tours, and its rebound has been slower than anticipated. Visibility into the timing of Korea's tourism recovery remains uncertain."[163]

d. Analysts at Telsey Advisory Group stated on May 3, 2023:  "In Korea, shipments to duty-free retailers remained under pressure as the market transitions out of its COVID regulations."[164]

73.    Analyst commentary that I reviewed also discussed the "weaker Korea sales,"[165] and the slow recovery in Asia travel retail markets generally, in the context of the "slower than expected resumption of travel,"[166] as shown in **Exhibit 3.D**.  However, similar to the above, none of the analyst commentary that I reviewed following the May 3, 2023 alleged corrective disclosure described these trends as being due to a governmental crackdown on illicit daigou. For example:

a. Analysts at Bank of America stated on May 4, 2023:  "Korea travel retail is also re-opening slower than expected, largely due to delays for the permits/visas needed to resume group tours."[167]

---

[163] "Highlights from Meetings with EL Management," *Telsey Advisory Group*, May 8, 2023, p. 1.
[164] "EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail," *Telsey Advisory Group*, May 3, 2023, p. 2.
[165] "Quick Comment: Much Lower FY Guidance and Implied Q4 with a Weaker Hainan/Korea/China Recovery," *Morgan Stanley*, May 3, 2023, p. 1.
[166] "Model Update: China & TR Recovery Weigh on Sentiment; Risk-Reward Favors Upside," *Jefferies*, May 3, 2023, p. 1.
[167] "Travel Delays: Transition Out of Lockdowns Extends into FY24," *Bank of America*, May 4, 2023, p. 1.

b. Analysts at Bank of America stated on May 3, 2023: "FY23 guide reflecting a more protracted global recovery hindered by the choppy resumption of global international travel and inventory rebalancing in Hainan."[168]

c. Analysts at Telsey Advisory Group stated on May 3, 2023: "However, the Asian travel retail channel lagged expectations on a slower than anticipated resumption of international flights, granting of visas, and organized group tours."[169]

d. Analysts at TD Cowen stated on May 3, 2023: "Weaker international travel than expected in China and Korea due to limited visas, leading to lower traffic in airports to other regions."[170]

e. Analysts at Evercore ISI stated on May 4, 2023: "Our colleague Neo Wang sees the availability of flights as an issue. It is now only at 20% of 2019 capacity, which translates into very expensive tickets."[171]

74.    Plaintiffs also identify the Company's statements about the "tightening of inventory by retailers in Hainan"[172] as "partially reveal[ing]" the "problems" that Estée Lauder would face as "the crackdown and restrictions on the daigou market intensified" because of "the Company's travel retail business segment's overdependence on back-alley daigou gray market resale."[173]  Following the May 3, 2023 earnings announcement, four of the 44 analyst reports mentioned daigou when discussing the "tightening of inventory" in Hainan, as shown in **Exhibits 3.A**.  However, as shown in **Exhibit 3.E**, none of the analysts discussed it as a consequence of a governmental crackdown on illicit daigou.  For example:

a. Analysts at Morgan Stanley stated on May 4, 2023: "This was due to:… (2) weaker Korea sales, with duty-free retailers cutting inventory ahead of a

---

[168] "3Q23 Quick Take: Outlook Cut - Asia Travel Retail; Slow to Rebound," *Bank of America*, May 3, 2023, p. 2.

[169] "EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail," *Telsey Advisory Group*, May 3, 2023, p. 1.

[170] "Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability," *TD Cowen*, May 3, 2023, p. 1.

[171] "Travel Retail De-Risked, Attractive Buying Opportunity," *Evercore ISI*, May 4, 2023, p. 2.

[172] Amended Complaint, ¶¶ 203–204 ("Defendants further attributed the reduction in guidance to the fact that Lauder's 'Asia travel retail business continued to be pressured by the slower than anticipated recovery from the COVID pandemic. Specifically, in Hainan, while traffic into the island exceeded prior year levels, conversion of travelers to consumers in prestige beauty lagged. This led to the slower than anticipated depletion of elevated levels of retailer inventory and, therefore, lower replenishment orders.' During the related earnings call on May 3, 2023, Defendant Travis also said that: '[C]ompounding this pressure is the tightening of inventory by retailers in Hainan. We now expect that a far more gradual return to normal sales growth in Asia travel retail is likely to persist into the first half of fiscal 2024.'").

[173] Amended Complaint, ¶¶ 206–207 ("The May 3, 2023 announcements partially (but incompletely) revealed some of the relevant truth concealed and/or obscured by Defendants' prior misstatements and omissions surrounding the Company's travel retail business segment's overdependence on back-alley daigou gray market resale. Because of the Company's overdependence on the daigou market—facts that Defendants concealed from investors—as the crackdown and restrictions on the daigou market intensified, Lauder faced multiple risks… To the detriment of Lauder investors, these very problems were partially revealed and/or risks materialized on May 3, 2023, as revealed by Defendant's announcements.").

transition to post-COVID regulations and less Daigou purchases, as well as a slow travel consumer return.… The second headwind was… retailer/consumer inventory drawdowns.[174]

b. Analysts at J.P. Morgan stated on May 3, 2023: "[T]hese consumers have also benefited from promotions Daigou sellers were offering more aggressively during lockdowns (from their access to wholesale purchases in Hainan and Korea), and therefore there has been some retail and pantry destocking in our view."[175]

c. Analysts at TD Cowen stated on May 3, 2023: "Investors may need to digest risk ahead, particularly promotions & inventory levels in Hainan.… Further, we worry if larger than desired inventories, non-beauty luxury competitors, structurally changed Daigou shopping trends, and/or optimistic guidance could lead to even lower estimates despite a substantial -32% full year EPS cut."[176]

d. Analysts at Raymond James stated on May 7, 2023: "While we expect EL's core consumer to return, we have less visibility on the 'daigou' channel, and we expect that until the Asia corridor works through its inventory overhang in duty free and daigou, sell-in will remain under pressure.… The question will be how much inventory retailers choose to hold relative to the elevated levels needed during peak demand over the pandemic; we expect this inventory rightsizing to be a headwind through most if not all of the rest of CY23."[177]

e. Analysts at Evercore ISI stated on May 3, 2023: "Stock reaction: Negative, as 1) China's reopening cannot offset inventory issues along the Asia travel retail corridor, which L'Oréal, Beiersdorf and LVMH had flagged."[178]

f. Analysts at Bank of America stated on May 4, 2023: "The issues for EL are related to mainland China and Asia travel retail (ATR). Demand recovery is pacing slower than management expectations (especially ATR) which is exasperating an inventory overhang that has been present throughout FY23."[179]

---

[174] "Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential," *Morgan Stanley*, May 4, 2023, pp. 1–2.
[175] "Hard to 'Makeup' Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating," *J.P. Morgan*, May 3, 2023, p. 1.
[176] "Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability," *TD Cowen*, May 3, 2023, p. 1.
[177] "EL Management Meeting Notes," *Raymond James*, May 7, 2023, pp. 1–2.
[178] "Lowered Guide. TR, Makeup Offset Better China," *Evercore ISI*, May 3, 2023, p. 1.
[179] "Travel Delays: Transition Out of Lockdowns Extends into FY24," *Bank of America*, May 4, 2023, p. 1.

g. Analysts at Barclays stated on May 4, 2023: "This is likewise true for F3Q23 / F1Q23 and we think it's fair to say that back in July, the notion that Hainan recovery would be so protracted and with autumn lock downs wasn't a commonly held view. It is this compounding effect of over estimating demand & the pace of recovery six months out that is resulting in this multi-quarter inventory drawdown."[180]

75.    Similarly, Plaintiffs also identify the Company's statements that lagging "conversion of travelers to consumers in prestige beauty" which led to "slower than anticipated depletion of elevated levels of retailer inventory"[181] as revealing part of the "relevant truth."[182] However, as shown in **Exhibits 3.A and 3.F**, while three of the 44 analyst reports mentioned daigou when discussing this factor, none of the analyst commentary that I reviewed described this factor as a consequence of a governmental crackdown on illicit daigou.  For example:

a. Analysts at Evercore stated on May 3, 2023: "Travel retail net sales decreased double digits, despite increased travelers. Lower conversion per passenger likely reflects 'daigou', and shifts in the Asia corridor –Korea down, Hainan operators yet to restart reordering."[183]

b. Analysts at Evercore stated on May 4, 2023: "Hainan is not just Estee's bet, it is where the market is going. Concerns over daigou started in mid-2022, when passenger traffic had nearly halted because of Covid outbreaks and sales continued strong; this implied that Hainan had inexplicably high conversion rates."[184]

c. Analysts at Raymond James stated on May 7, 2023: "Our sense is that management has fairly accurate visibility into the amount of inventory in the

---

[180]  "Framing Our Assumptions," *Barclays*, May 4, 2023, p. 3.

[181] Amended Complaint, ¶ 203 ("Defendants further attributed the reduction in guidance to the fact that Lauder's 'Asia travel retail business continued to be pressured by the slower than anticipated recovery from the COVID pandemic. Specifically, in Hainan, while traffic into the island exceeded prior year levels, conversion of travelers to consumers in prestige beauty lagged. This led to the slower than anticipated depletion of elevated levels of retailer inventory and, therefore, lower replenishment orders.'").

[182] Amended Complaint, ¶ 206 ("The May 3, 2023 announcements partially (but incompletely) revealed some of the relevant truth concealed and/or obscured by Defendants' prior misstatements and omissions surrounding the Company's travel retail business segment's overdependence on back-alley daigou gray market resale.").

[183] "Lowered Guide. TR, Makeup Offset Better China," *Evercore ISI*, May 3, 2023, p. 1.

[184] "Travel Retail De-Risked, Attractive Buying Opportunity," *Evercore ISI*, May 4, 2023, p. 4.  This discussion was in the context of the same analysts' commentary remarking Hainan's strategic importance to Estée Lauder, as the analyst report states that "[s]tructurally, the development of duty-free zones such as Hainan is a game changer and could facilitate new entrants."

brick & mortar Asia travel retail channel, but the wild card in our view is the speed of consumption recovery and conversion and daigou."[185]

d.  Analysts at Telsey Advisory Group stated on May 3, 2023: "Management called out a lag in prestige beauty conversion from travelers in Hainan, even as traffic improved and exceeded YoY levels, resulting in lower replenishment orders from retailers."[186]

e.  Analysts at Barclays stated on May 4, 2023: "Importantly, we do not believe there is an issue with EL sell through rates differing notably from prestige beauty peers in Hainan or in Mainland China, in particular and point to on-the-ground reports of low conversion rates even as foot traffic has recovered."[187]

f.  Analysts at Barclays stated on May 4, 2023: "Notably, our European Luxury Goods Analyst, Wendy Liu, discussed this dynamic back in March on the heels of her recent trip across China which included Hainan. Specifically, she quoted a conversation with a luxury goods distributor, 'Traffic in our stores has been good, but we actually saw lower conversion and AUR in our data, probably suggesting a continued cautiousness in middle class spending.'"[188]

76.    Finally, based on my review of analyst commentary following the May 3, 2023 earnings announcement, some of the analyst reports that mentioned daigou in the context of the topics discussed in this section also mentioned daigou in other contexts. Specifically, as shown in **Exhibit 3.A**, some analysts mentioned daigou when discussing potential changes in shopping trends and pricing dynamics between travel retail (in Hainan) and mainland China. However, no analyst report did so in the context of alleged overdependence on illicit daigou that could be subject to a governmental crackdown. For example:

a.  Analysts at Raymond James stated on May 7, 2023: "The bigger issue though is if daigou is now structurally changed as the price differential between travel retail and in-country narrows."[189]

b.  Analysts at Evercore ISI stated on May 4, 2023: "Main risks:… 2) Daigou from Hainan undermining the pricing architecture in Mainland China.

---

[185] "EL Management Meeting Notes," *Raymond James*, May 7, 2023, p. 2.
[186] "EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail," *Telsey Advisory Group*, May 3, 2023, p. 2.
[187] "Framing Our Assumptions," *Barclays*, May 4, 2023, p. 1.
[188] "Framing Our Assumptions," *Barclays*, May 4, 2023, p. 4.
[189] "EL Management Meeting Notes," *Raymond James*, May 7, 2023, p. 1.

> Travelers are allowed to purchase tax-free products 6 months prior to traveling to and 6 months after returning from Hainan. Note that these purchases are made online, and therefore, Hainan effectively competes with retailers in Mainland China, both online and brick-and-mortar."[190]

    c.  Analysts at Evercore ISI also stated on May 4, 2023:  "The grey market or 'daigou' preexisted the pandemic ─ used to be Hong Kong, Macao ─ and is unlikely to go away completely. Arguably, daigou was tolerated at the thickest of the pandemic, with the West locked down, because it stabilized earnings and generated cash. However, it's flipped into a risk to pricing in mainland China, as Korea loses business to Hainan."[191]

77. In sum, contrary to Plaintiffs' allegation that the May 3, 2023 alleged corrective disclosure partially revealed materialization of risks resulting from Estée Lauder's alleged overdependence on illicit daigou that could be subject to a governmental crackdown, my review of analyst reports following this disclosure shows that no analyst attributed the reduction in FY 2023 guidance to the alleged intensifying governmental crackdown on illicit daigou.  Instead, they attributed the guidance reduction to other factors.

78. As I discussed in **Section VI.A**, information pertaining to the risks of the governmental crackdown on illicit daigou was publicly available, and analysts covering Estée Lauder discussed the exposure of the luxury beauty industry to daigou well before the Proposed Class Period.[192]  To the extent certain new information would be value-relevant (for example, if it were revealed via the guidance reduction and management's discussion that Estée Lauder had been overdependent on illicit daigou that was curtailed by governmental enforcement actions), I would expect analysts to actively monitor information released by the company, its competitors, and relevant industry publications and discuss such information in analyst reports.[193]  However, I have not seen analysts covering Estée Lauder discussing exposure to or impact of any governmental crackdown on illicit daigou around May 3, 2023. Moreover, I have not seen any discussion of a governmental crackdown on illicit daigou by securities analysts covering L'Oréal (a major competitor of Estée Lauder that discussed

---

[190] "Travel Retail De-Risked, Attractive Buying Opportunity," *Evercore ISI*, May 4, 2023, p. 3.

[191] "Travel Retail De-Risked, Attractive Buying Opportunity," *Evercore ISI*, May 4, 2023, p. 1.

[192] *See*, *e.g.*, "Downtown Duty Free in China = More Upside," *Macquarie Research*, September 25, 2019, p. 2.

[193] As I discuss further in **Section VII**, throughout the Proposed Class Period analysts had access to a range of publicly available information on the Company's travel retail sales and also had access to public press reporting about how daigou was used in travel retail, including during the period of the COVID-19 pandemic.

governmental enforcement of daigou in Hainan later in the Proposed Class Period) following that company's earnings announcement on April 19, 2023.[194]

79.    Finally, my conclusion that the price decline on May 3, 2023 is not economic evidence of price impact of the alleged misrepresentations about alleged overdependence on illicit daigou that could be subject to a governmental crackdown is also supported by my finding that none of the subsequent alleged corrective disclosures retrospectively attributed the financial performance and guidance reduction announced on May 3, 2023 to the governmental crackdown on illicit daigou.[195]  Further, I am not aware of any analyst report that retrospectively attributed the financial performance and guidance reduction announced on May 3, 2023 to the governmental crackdown on illicit daigou.[196]  Instead, as discussed above in **Section VI.A**, Estée Lauder and analyst commentary I have reviewed only discussed the heightened enforcement activities in Hainan that "went into effect" *after* the *third* alleged corrective disclosure.

80.    As I discussed in **Sections VI.A and VI.B.2** with respect to the prior alleged corrective disclosures, Estée Lauder stated on August 18, 2023 that "[i]n May and June [2023], retail sales trends deteriorated and turned steeply negative, following the enforcement actions to control Daigou activity."[197]  Further, Estée Lauder's statements on November 1, 2023, when Plaintiffs allege "the full truth was revealed," discuss how the "policy reinforcement in Hainan… impacted [Estée Lauder's] fourth quarter" results,[198] which is consistent with the discussion in analyst reports of a "crackdown" on daigou by the Chinese

---

[194] As discussed in ¶ 51, several analysts covering Estée Lauder discussed comments by L'Oréal's CEO during an earnings call on July 28, 2023, that "in mid-May, the authorities started to exercise much tighter control over the Daigou trade" in Hainan. *See*, *e.g.*, "Updated Thoughts into the Print; Best to Stay Sidelined," *Oppenheimer*, August 9, 2023, p. 4.  To evaluate commentary on daigou by analysts covering L'Oréal, I obtained all analyst reports covering L'Oréal that were publicly available through Capital IQ and LSEG Workspace following earnings calls for the quarters corresponding to the first three alleged corrective disclosures.  Among the 23 analyst reports I have reviewed published from April 19, 2023 to April 26, 2023 (the week following L'Oréal's earnings announcement on April 19, 2023), no reports mentioned a crackdown on illicit daigou.  The five reports that mentioned daigou did so in the context of the prior "relaxation" and recent "reversion to stricter rules" in Korea, similar to the discussion by analysts covering Estée Lauder, rather than any discussion of a governmental crackdown on illicit daigou, as shown in **Exhibit 4**.

[195] Amended Complaint, ¶ 195.

[196] As explained in footnote 66, I have reviewed all analyst reports during the Proposed Class Period that included the keywords "daigou," "diagou," "daiogu," "grey market," "gray market," "unstructured market activity," "resale," "resell," or "resold."

[197] Estée Lauder August 18, 2023 Earnings Call, p. 3 ("Looking ahead, for Asia travel retail, the pressure in Hainan intensified over the course of the fourth quarter. In May and June, retail sales trends deteriorated and turned steeply negative, following the enforcement actions to control Daigou activity. The implication of these are favorable for sustainable long-term growth, but certainly create significant short-term headwinds through the transition.").

[198] Amended Complaint, ¶ 41; Estée Lauder November 1, 2023 Earnings Call, p. 10 ("So part of this -- a large part of the step-up that you see in the second half of the year is our shipping more towards the retail trends that we are expecting in the second half of the year. That's a big part of it. And when you think about what happened to us and what we're anniversarying from the second half of last year, where we had the policy changes first in Korea that impacted our third and fourth quarter and then the policy change -- or policy reinforcement in Hainan, which impacted our fourth quarter. We had, in some parts of our Travel Retail business, very low shipments given those policy changes. And so we are anniversarying as well some of the initial shocks of that.").

government in Hainan that "went into effect"[199] in mid-May 2023.[200]  This timing is also consistent with the discussion I have seen in Prof. Zhang's report, which described a crackdown focusing on smuggling and certain illicit daigou starting in mid-May 2023.  He characterizes the May 2023 as a consequential event that had not been anticipated by the industry before it took place.[201]

81.    Therefore, the (i) lack of discussions of governmental crackdowns of illicit daigou activity in any analyst report that I have reviewed following the May 3, 2023 alleged corrective disclosure despite the publicly available information pertaining to the risks of the governmental crackdown on illicit daigou; (ii) analysts attributing Estée Lauder's guidance reduction to other factors; and (iii) analyst commentary later in the Proposed Class Period describing a "governmental crackdown" which "went into effect" in mid-May 2023 are supportive of my opinion that Estée Lauder's stock price decline on May 3, 2023 is not economic evidence of price impact of earlier alleged misrepresentations or omissions.

## VII.    Dr. Cain Has Failed to Put Forth a Class-Wide Damages Methodology Capable of Measuring Damages Attributable to Plaintiffs' Theory of Liability

82.    I understand that Plaintiffs are not required to demonstrate loss causation at the class certification stage.  However, it is my understanding that at the class certification stage, Plaintiffs are required to articulate a methodology for calculating damages in a manner consistent with their theory of liability.  Moreover, in order to propose such an approach, I understand that Plaintiffs are required to articulate a methodology that can isolate economic losses attributable only to allegedly misrepresented or omitted information given the specific facts and circumstances of the case.[202]  As I summarize in **Section VII.A**, Dr. Cain has failed, however, to propose a methodology that can estimate damages consistent with Plaintiffs' theory of liability.

83.    First, I understand that Plaintiffs allege that the Company concealed risks and, specifically, the "risk of regulatory enforcement" against the illicit daigou practice that "materialized in 2022" when, allegedly, "Estée Lauder's sales dropped because of the

---

[199] *"F4Q'23 Preview - It's Bad…but How Bad?" RBC Capital Markets*, August 15, 2023, p. 2.

[200] "Let's Get Clinical; Reiterate Buy," *Berenberg*, September 6, 2023, pp. 1, 7.

[201] Zhang Report, ¶¶ 123, 143-145.  *See also* Kent Report, ¶ 105.

[202] I further understand that per-share recoverable damages are limited by the per-share loss following the alleged corrective disclosure(s) that is attributable to new "corrective" information that revealed the alleged fraud, and subject to statutory limits imposed by the Private Securities Litigation Reform Act of 1995.  *See* "H.R.1058 - Private Securities Litigation Reform Act of 1995," *Congress.gov*, December 22, 1995, https://www.congress.gov/bill/104th-congress/house-bill/1058.

crackdown."[203]  As I discuss in **Section VII.B**, it is incorrect to equate the stock price decline upon the materialization of a risk with the stock price reaction in response to a hypothetical earlier disclosure ("but-for disclosure") of an allegedly concealed or understated risk.  Thus, if the alleged corrective disclosures represent materialization of risk, as Plaintiffs allege, Dr. Cain cannot use the price declines following those disclosures as a measure of earlier inflation.  Yet, he has described no other methodology to estimate inflation due to allegedly concealed risk.

84.    Moreover, Dr. Cain has not explained how his proposed methodology could reliably model the impact of a but-for disclosure regarding Estée Lauder's alleged overdependence on illicit daigou, given the specific facts and circumstances of this case.  Estimating the impact of a but-for disclosure of the allegedly concealed risk would be challenging, most notably due to the uncertain likelihood and severity of a crackdown on illicit daigou, uncertainty about the extent of Estée Lauder's exposure to illicit daigou, and the interplay that analysts discussed between sales through daigou versus other channels.  Dr. Cain has provided no explanation of how he can address these challenges.

85.    Second, Dr. Cain proposes to use Estée Lauder's stock price declines on alleged corrective disclosure dates as a key input to his analysis.[204]  However, as I discuss in **Section VII.C**, any such price declines could *not* be reliably used as measures of inflation earlier in the Proposed Class Period if the underlying risk and/or value implications of risks related to the Company's alleged overdependence on illicit daigou *changed* during the Proposed Class Period.  This is especially the case in this matter, given that changes in the regulatory landscape surrounding daigou activity in China, the market's perceived risk of government enforcement actions, and the associated value-implications for Estée Lauder likely varied over the Proposed Class Period.  Changes in travel restrictions associated with the COVID-19 pandemic affected travel volume and thus market expectations of the financial performance of Estée Lauder's travel retail business, which may have translated into changes in inflation, if any, even before accounting for the complexities of alternative distribution channels discussed by analysts.  Yet Dr. Cain has proposed no reliable methodology to estimate inflation earlier in the Proposed Class Period in these circumstances.

---

[203] MTD Order, p. 14.

[204] Note that while, as discussed in **Section VI**, counsel has asked me to analyze whether the stock price declines following the alleged corrective disclosures on November 2, 2022, February 2, 2023, and May 3, 2023 constitute economic evidence of price impact of the alleged misrepresentations or omissions, Dr. Cain has not shown that the stock price declines following the alleged corrective disclosures on August 18, 2023 and November 1, 2023 are reliable economic evidence of inflation associated with the alleged misrepresentations or omissions either, as I explain in this section.

86.    Finally, as I discuss in **Section VII.D**, despite the fact that *all* of the alleged corrective disclosures are earnings releases, Dr. Cain has not explained how he would account for confounding news that came to the market *simultaneously* with the alleged corrective disclosures.  He thus fails to demonstrate that he would be able to estimate damages attributable *only* to the alleged misrepresentations, consistent with Plaintiffs' theory of liability.

### A.    Dr. Cain Fails to Propose a Damages Methodology Consistent with Plaintiffs' Theory of Liability

87.    Dr. Cain provides a general description of the out-of-pocket damages approach (a general framework that I understand is used in Section 10(b) securities class actions) and asserts that it can be applied on a class-wide basis to calculate damages in this matter.[205] Under this approach, Dr. Cain states that per-share damages are calculated "as the artificial inflation in the stock price at the time of purchase minus the artificial inflation in the stock price at the time of sale."[206]  He provides a general description of tools that he believes would facilitate the calculation of artificial inflation.  For example, he states that "event studies are… widely employed to calculate artificial inflation"[207] and "valuation models," such as a discounted cash flow analysis or multiples analysis, "can also be relied upon to estimate artificial inflation."[208]  Dr. Cain also contends that tools are available to estimate the impact of factors that are not causally linked to the alleged misrepresentations (*i.e.*, confounding information) on Estée Lauder's stock price, "such as event study analysis, valuation analysis, analyst reports, principles of finance and valuation analysis, and peer-reviewed academic research."[209]

88.    Dr. Cain asserts that the out-of-pocket damages calculation also requires a determination of how artificial inflation evolved over the Proposed Class Period.[210]  He states that "constant dollar inflation" and "constant percentage inflation" represent two frequent methodologies for estimating the evolution of artificial inflation over time.[211]  He further

---

[205] Cain Report, ¶ 3.d.

[206] Cain Report, ¶ 96.

[207] Dr. Cain adds that "[e]vent studies measure stock price reactions to corrective disclosures and materializations of the risks which revealed the relevant truth that was concealed by alleged fraudulent misrepresentations."  *See* Cain Report, ¶ 98.

[208] Cain Report, ¶ 99.

[209] Cain Report, ¶ 100.

[210] Cain Report, ¶ 101.

[211] According to Dr. Cain, constant dollar inflation "assumes that per-share inflation equaled a constant dollar amount above the correct share price over the [Proposed] Class Period."  Constant percentage inflation "assumes that each day's share price

acknowledges that "artificial inflation may have varied and could evolve throughout the [Proposed] Class Period based on the timing of specific information or statements" but asserts that approaches to quantifying artificial inflation in such instances "are based on the specific set of facts and circumstances in a given case."[212]

89.    Dr. Cain admitted at deposition that the discussion of his damages approach in his report is virtually identical to what he has submitted in other reports.[213]  His generic description of the out-of-pocket damages approach and tools that may aid in the calculation of the associated inputs is not tied to Plaintiffs' theory of liability and ignores the specific facts and circumstances of the current matter.  While Dr. Cain opines that damages can be calculated "using a standard and well-established methodology applied on a [c]lass-wide basis,"[214] he provides no specific discussion to show how he would implement the out-of-pocket approach in this matter—that is, how he would determine and calculate artificial inflation, which is an important input into the out-of-pocket approach.

**B.      If the Alleged Corrective Disclosures Represent Materialization of Risk as Plaintiffs Allege, Dr. Cain Cannot Use the Price Declines Following Those Disclosures as a Measure of Inflation**

90.    As described in **Section III**, I understand based on the Amended Complaint and the Court's ruling on the Motion to Dismiss that Plaintiffs allege that Estée Lauder concealed the "risk of regulatory enforcement" against illicit daigou that "materialized in 2022" when, allegedly, "Estée Lauder's sales dropped because of the [governmental] crackdown."[215]  Plaintiffs further allege that "the price of Lauder common stock declined when the truth was revealed and/or *the risks concealed* by Defendants' misrepresentations and omissions materialized."[216,217]  I understand that Plaintiffs therefore allege that concealed risks

---

was inflated by a constant percentage amount above the correct stock price over the [Proposed] Class Period."  *See* Cain Report, ¶¶ 102–103.

[212] Cain Report, ¶ 104.

[213] Cain Deposition, 276:21–277:8 ("Q. And would you agree, other than changing the name of the company and the additional claim at issue in the Estee Lauder case, the description of how you conclude damages could be calculated or capable of being calculated on a class-wide basis is identical? A. I think that my description of the out-of-pocket *damages methodology is nearly identical across reports* because it's the same methodology, but there is one very important difference in the sense that each case I evaluate and consider the theory of liability.") (emphasis added).

[214] Cain Report, ¶ 111.

[215] Amended Complaint, ¶ 184; MTD Order, p. 14 ("The concealed risk here is the risk of regulatory enforcement.").

[216] Amended Complaint, ¶ 173 (emphasis added).

[217] Similarly, Dr. Cain summarizes Plaintiffs' allegations as follows:  "as a result of Defendant's materially misleading statements, omissions, and *undisclosed risks*, investors traded in Estée Lauder's Common Stock at artificially inflated prices during the [Proposed] Class Period."  *See* Cain Report, ¶ 95 (emphasis added).

contributed to artificial inflation, which later resulted in stock price declines when those allegedly concealed risks materialized.

91.    As an economic matter, one cannot use the price decline associated with the materialization of a risk to measure inflation attributable to the allegedly concealed or understated risk.  The reason for this is that the price decline upon the materialization of a concealed or understated risk includes the price decline attributable to the realization of that risk, rather than only the price decline attributable to the disclosure of the concealed or understated risk.  Only the latter, from an economic perspective, should be the measure of artificial inflation.

92.    Consider the example of a company (Company A) whose business practices risk noncompliance with relevant regulations.  If Company A is sanctioned for regulatory noncompliance, it would be fined $1 billion.  Suppose that the market had assumed that the risk of a regulatory penalty was 10%.  However, based on private discussions with regulatory officials, the company had evaluated the risk of a regulatory penalty to instead be 30%.

93.    Had the market been aware of the higher risk of a regulatory penalty at that time, and assuming the stock of Company A traded in an efficient market, the market capitalization of the company would have declined by the market's estimate of the increase in the expected loss.  Assuming the market concurred with the company's assessed 30% risk of a regulatory penalty, then the expected loss and the corresponding decline in market capitalization would have been equal to $200 million (*i.e.*, $1 billion times the 20% increase in probability).  However, Company A did not disclose this information.  A few months later, the concealed or understated risk materialized: the company was found to have violated the regulation and was fined.  The company disclosed the loss of $1 billion and the market capitalization declined by $900 million (*i.e.*, the difference between the full loss and the 10% probability of loss that the market had already anticipated).

94.    The $900 million market capitalization decline in this example is not a measure of artificial inflation because it does not represent the stock price decline upon the disclosure that the risk of a regulatory penalty was 30% (*i.e.*, the disclosure of the alleged truth), rather it represents the stock price decline upon the disclosure that the risk of a regulatory penalty had *materialized*.  The existence of artificial inflation stems from the extent to which the company's market capitalization would have been lower had Company A informed the market about the "true" risk.  In order to measure artificial inflation, an economist would therefore need to put forward a damages methodology that could assess the "true" risk vis-a-

vis the risk that had been already incorporated by the market into the stock price and, therefore, measure only the value impact of the risk that was concealed.

95.    Dr. Cain has not proposed any methodology that is capable of performing such an analysis. Dr. Cain claims that "[e]vent studies measure stock price reactions to corrective disclosures and *materializations of the risks* which revealed the relevant truth."[218] However, Dr. Cain fails to explain how he would use an event study to measure the price impact of the allegedly concealed risk. Indeed, as I explained in this section, stock price declines upon the materialization of a concealed or understated risk (including abnormal returns measured with an event study) reflect the stock price impact of a risk becoming a certainty and *do not* reflect the impact attributable to the risk that was allegedly concealed.

96.    As I discuss in **Sections VII.B.1, VII.B.2, and VII.B.3** below, the impact of disclosing this allegedly concealed risk would depend on (i) the "true" risk that the company could have or should have disclosed; (ii) the extent to which the market underestimated this risk; and (iii) the value associated with the allegedly concealed portion of the risk. Dr. Cain has proposed no methodology or tool to measure this impact, or any of these three elements.

97.    Further, the simplified example of regulatory noncompliance described above in this section assumes that when the risk materializes (*i.e.*, the regulatory finding of noncompliance occurs), there is a negative impact on Company A. However, the business practices at issue in this matter create even more complexity for the measurement of inflation associated with the materialization of risk. I understand that in this case, the risk did not materialize via regulatory penalties or a permanent reduction of the underlying supply/demand of Estée Lauder's products, which would have likely negatively affected a company's future cash flows. Rather, the issues pertain to changing regulation of a distribution channel of the business.

98.    Specifically, as I discuss in **Section VII.B.3** below, analysts described daigou as a distribution channel for sales to reach customers, particularly in more emerging cities of China. To the extent that a crackdown would result in lower sales through the daigou channel, analysts anticipated that Estée Lauder's products could instead reach customers through alternative distribution channels. Thus, even setting aside uncertainty about the timing and severity of any crackdown on illicit daigou and uncertainty about the extent of Estée Lauder's exposure to illicit daigou (which I also discuss below in **Section VII.B.1**),

---

[218] Cain Report, ¶ 98 (emphasis added).

there would have been uncertainty, *ex ante*, about the extent to which such a crackdown would impact Estée Lauder's company value, and if so, the direction and magnitude of such an impact.

99.    Estimating the impact of disclosing the allegedly concealed risk would be challenging in this case.  First, Dr. Cain has failed to put forth a methodology that can measure the "true" risk that the Company could have disclosed, especially due to the uncertain likelihood and severity of a "governmental crackdown" on illicit daigou and difficulty in estimating Estée Lauder's exposure to illicit daigou (**Section VII.B.1**).  Second, Dr. Cain has failed to put forth a methodology that can measure the market-perceived risk that had already been incorporated into the Company's stock price (**Section VII.B.2**).  Third, Dr. Cain has also failed to put forth a methodology that can measure the value impact of the allegedly concealed risk, *i.e.,* how a but-for disclosure of exposure to illicit daigou sales that were subject to a "governmental crackdown" could impact the value of Estée Lauder, given the complex interplay between sales through daigou versus other channels (**Section VII.B.3**).  Dr. Cain has provided no explanation of how he can address these challenges, or otherwise reliably estimate inflation attributable to the allegedly concealed risk in this matter.

### 1.    Dr. Cain Has Not Articulated a Methodology That Can Assess the "True" Risk Associated with Regulatory Enforcement Against Illicit Daigou

100.    As an initial matter, the impact of disclosing the allegedly concealed risk of regulatory enforcement against illicit daigou would depend, in part, on the "true" risk that Plaintiffs allege should have been disclosed.  Drawing on the analogy of the Company A example discussed above in **Section VII.B**, Plaintiffs' allegations presume that there is a difference between the "true" risk that Estée Lauder's sales would be impacted by a crackdown on illicit daigou (*i.e.*, 30% in the Company A example), and the market's expectation of that risk (*i.e.*, 10% in the Company A example).  However, Dr. Cain has not articulated a methodology to assess this "true" risk (or, as I discuss in **Section VII.B.3** below, its associated value impact on Estée Lauder).  This task would be challenging in this matter because the "true" risk is a function of both the extent of Estée Lauder's alleged overdependence on illicit daigou and the likelihood of regulatory authorities enforcing a "governmental crackdown" at various points throughout the Proposed Class Period.

101.    With respect to the former, Dr. Cain has not explained how he will account for the uncertainty Estée Lauder may itself have had about the extent to which its sales were exposed to illicit daigou.  As I discuss in **Section VII.B.2** below, market participants discussed the daigou practice throughout the Proposed Class Period.  However, analysts noted that the "Hainan duty-free market" was a "wholesale market" for all retailers, with "less strict control of inventories, services and brand images."[219]  Indeed, the head research analyst for Estée Lauder at Lead Plaintiffs' Investment Manager, Edgewood, testified that Edgewood undertook "deep due diligence" on Estée Lauder, that the "economic implications" of "[r]elationships with daigous" are "difficult to quantify," and that "[b]rands themselves don't know for sure the volume or value of product bought by daigou shoppers."[220]  Consistent with this, I understand that Prof. Langer opines in his expert report that the Company would have faced uncertainty about the "true" extent of its reliance on daigou (let alone the extent of its reliance on illicit daigou), given that travel retail sales were based on the wholesale distribution channel.[221]

102.    With respect to the likelihood of regulatory authorities enforcing a "governmental crackdown," unless the "true" probability of risk related to a crackdown on illicit daigou was 100% (which Dr. Cain has not asserted is the case here), he would need a methodology to assess the "true" risk that was allegedly concealed by Estée Lauder as compared to the risk that was understood by market participants at the time.[222]  Moreover, the risk that a regulatory enforcement action against illicit daigou practices would impact Estée Lauder would depend, in part, on both the likelihood of regulatory enforcement action and the expected scope and severity of any "governmental crackdown."  Although Plaintiffs allege that a crackdown was "foreseeable," they also state that Estée Lauder's sales were impacted when "the governmental crackdown and restrictions on the daigou market *intensified*."[223]

---

[219] "On the Road in Hainan - Deep Dive into a Multi-Year Duty-Free Opportunity," *Barclays*, April 28, 2023, p. 2. Similarly, in the context of Korean travel retail, an Evercore ISI report described activities by Korean duty-free operators to encourage re-selling activities and noted this is "outside companies' control."  *See* "Will Revenge Travel Clear Inventory Faster?" *Evercore ISI*, May 15, 2023, p. 3.

[220] Knopf Deposition, 122:21–24, 150:12–151:4.

[221] Langer Report, Sections VII.C, VIII.  *See also* Kent Report, ¶¶ 79, 96, 106–108.

[222] During his deposition, Dr. Cain did not identify or articulate a scenario in which "one would not need to consider or to assess the true likelihood of the risk materializing prior to the actual materialization of that risk," except for the particular case in which the "true" probability is 100%, but stated that "each case involves its own loss causation and damages analysis, which begins with a consideration of the information environment and the allegations in the case."  *See* Cain Deposition, 136:7–137:11.  *See also* Cain Deposition, 177:3–10 ("Q. So have you read any analyst or news articles regarding the probability of enforcement of those regulations between January 1, 2022 and mid May 2023?… A. No, I've not attempted to research or answer that question.").

[223] *See*, *e.g.*, Amended Complaint, ¶¶ 184–185 (emphasis added).

103.    Dr. Cain has neither asserted nor established that the impact that ultimately occurred when a regulatory crackdown against illicit daigou activity was enforced was inevitable. Indeed, there was likely uncertainty about the degree of enforcement actions against illicit daigou activity.[224]  For example, industry observers noted that previously announced enforcement actions were only "cursory."[225]  Likewise, as discussed in **Section III**, Chinese authorities had announced an enforcement action starting in January 2022 to address illicit daigou activity in Hainan.[226]  However, based on analysts' discussion, and as discussed in **Section VI.A**, enforcement substantially increased starting only in mid-May 2023.  Evercore ISI analysts characterized regulatory enforcement in China against illicit daigou practices as an "*on-and-off* crackdown."[227]  Moreover, analysts commented that daigou continued in locations other than Hainan during and after the Proposed Class Period.[228]

104.    Thus, Dr. Cain has not put forth a methodology to model the risk and expected severity of a regulatory crackdown on illicit daigou that the Company could have anticipated and disclosed beyond what market participants should have known at the beginning of and throughout the Proposed Class Period or, as I discuss in **Section VII.B.3** below, otherwise articulated a methodology to estimate the impact of a hypothetical disclosure regarding Estée Lauder's alleged overdependence on illicit daigou that could be subject to a governmental crackdown.

> **2.    Dr. Cain Has Not Articulated a Methodology That Can Assess the Extent to Which the Risk of Regulatory Enforcement Against Illicit Daigou Was Already Incorporated into the Company's Stock Price**

105.    As I discussed above in **Section VII.B**, the impact of disclosing the allegedly concealed regulatory enforcement risk against illicit daigou depends, in part, on the extent to which the market already incorporated this risk into the Company's stock price.  Again

---

[224] *See, e.g.*, Zhang Report, ¶ 139, 145–147.

[225] *See, e.g.*, "Is China Really Cracking Down on 'Luxury Smuggling'?" *Jing Daily*, June 3, 2015, https://jingdaily.com/posts/is-china-really-cracking-down-on-luxury-smuggling. *See also* Langer Report, ¶ 71; Zhang Report, ¶ 121, 138; Kent Report, ¶¶ 82, 98–101, 104.

[226] *See, e.g.*, Amended Complaint, ¶ 102.

[227] "Brands, Long-Term Look Fine into Results. Channel Shift Makes Timing Tricky," *Evercore ISI*, August 14, 2023, p. 1 (emphasis added).

[228] *See, e.g.*, "Beiersdorf: Asia to Stabilize in December Quarter," *Evercore ISI*, August 3, 2023, p. 2 ("We suspect Daigou is probably moving elsewhere, considering that La Prairie sales tripled in Hong Kong, Japan, Singapore and Thailand."); "What's Estee Earnings Power?" *Evercore ISI*, November 2, 2023, p. 2 ("Hong Kong is up triple digits for 2nd quarter in a row; this used to be a daigou market prior to Korea and Hainan."). *See also* "Will Revenge Travel Clear Inventory Faster?" *Evercore ISI,* May 15, 2023, p. 3 *("Daigou won't go away: In Hainan, reselling coexists with* brand-building investment by retailers and beauty companies.") (emphasis added).

drawing on the Company A analogy discussed above in **Section VII.B**, the impact associated with concealed risk is a function of both the "true" risk (*i.e.*, 30% in Company A example) and the market's expectation of that risk (*i.e.*, 10% in the Company A example).

106.    However, to estimate the impact of the allegedly concealed risk, Dr. Cain has not articulated a methodology to estimate the market's existent expectation of that risk.  Indeed, as I discuss in this section, information about daigou was publicly available, and market participants discussed daigou in relation to Estée Lauder.

107.    As an initial matter, market commentators had discussed how daigou was expected to always be to some extent a feature of the market.  For example, analysts from Evercore ISI noted that "[t]he grey market or 'daigou' *preexisted the pandemic* — used to be Hong Kong, Macao — and is *unlikely to go away completely*."[229]  Additionally, throughout the Proposed Class Period, market participants had access to a range of publicly available information on the Company's travel retail sales, including in Hainan.

108.    Estée Lauder provided a range of quantitative information and qualitative commentary on its travel retail business in its quarterly earnings press releases, earnings calls with investors, and SEC filings.  Specifically:

> a.    Estée Lauder's earnings press releases during the Proposed Class Period provided information on the impact of sales for its EMEA region (which includes Asian travel retail) on the Company's financial performance.[230]  For example, Estée Lauder remarked in its Q1 2023 earnings press release on November 2, 2022 that net sales in its EMEA region "declined 5%, primarily due to the continued challenges from the COVID-related restrictions affecting travel retail in Hainan."[231]  The Company also quantified the change in travel retail sales during the quarter:  "[g]lobal travel retail net sales decreased

---

[229] "Travel Retail De-Risked, Attractive Buying Opportunity," *Evercore ISI*, May 4, 2023, p. 1 (emphasis added).  *See also* "Beiersdorf: Asia to Stabilize in December Quarter," *Evercore ISI*, August 3, 2023, p. 1 ("Daigou of beauty products is unlikely to go away.").

[230] *See, e.g.*, The Estée Lauder Companies Inc., Form 8-K, filed November 2, 2022, Exhibit 99.1 ("The Estée Lauder Companies Reports Fiscal 2023 First Quarter Results") ("Estée Lauder November 2, 2022 Earnings Press Release"), pp. 6–7; The Estée Lauder Companies Inc., Form 10-Q for the Fiscal Quarter ended on September 30, 2022, filed November 2, 2022 ("Estée Lauder Q1 2023 10-Q"), p. 31 ("The net sales from the Company's travel retail business are included in the Europe, the Middle East & Africa region, with the exception of net sales of Dr. Jart+ in the travel retail channel that are reflected in Korea in the Asia/Pacific region."), p. 40.

[231] Estée Lauder November 2, 2022 Earnings Press Release, p. 7.

double digits, reflecting the ongoing travel restrictions in China that led to reduced travel, particularly to Hainan."[232]

    b.    During the Proposed Class Period, Estée Lauder also provided sales and earnings outlook for the next fiscal quarter and year, and the Company frequently commented on the impact of travel retail sales, including in Hainan, on this outlook.[233] For example, Estée Lauder noted in its Q1 2023 earnings press release that it was "lowering [its FY 2023] outlook primarily to reflect tighter inventory management in Asia travel retail."[234]

    c.    Estée Lauder provided additional data on its travel retail business in its Forms 10-Q and 10-K filings. For example, Estée Lauder noted in its Q1 2023 Form 10-Q that its "largest customer during the quarter sells products primarily in China travel retail and accounted for $413 million or 11%… of the Company's consolidated net sales" in Q1 2023.[235]

    d.    Estée Lauder provided additional commentary on its travel retail business during its earnings calls. For example, during its Q1 2023 earnings call on November 2, 2022, the Company commented on traffic in Hainan: "the last time [that] Hainan traffic was… regular, was… last January, February… [t]hen after the first lockdown, [it] went down 80% [and] then in July, recovered and went to minus 30 [percent]."[236] Such information on historical foot traffic (*i.e.*, volume of travelers and shoppers) could assist market participants in evaluating the Company's travel retail sales, including in Hainan.

109.    Market participants also had access to third-party data sources that they could leverage to evaluate Estée Lauder's travel retail sales. Such data includes both foot traffic and conversion rate (*i.e.*, the rate of generating sales from foot traffic). Certain analysts even

---

[232] Estée Lauder November 2, 2022 Earnings Press Release, p. 7. Similarly, the Company quantified the change in travel retail sales in its Q2 2023 earnings press release on February 2, 2023: "[g]lobal travel retail net sales decreased double digits, reflecting the ongoing COVID-related impacts that led to reduced travel in Asia, particularly to Hainan." *See* The Estée Lauder Companies Inc., Form 8-K, filed February 2, 2023, Exhibit 99.1 ("The Estée Lauder Companies Reports Fiscal 2023 Second Quarter Results") ("Estée Lauder February 2, 2023 Earnings Press Release"), p. 7.

[233] *See, e.g.*, Estée Lauder November 2, 2022 Earnings Press Release, pp. 7–10.

[234] Estée Lauder November 2, 2022 Earnings Press Release, p. 2. Similarly, Estée Lauder noted in its Q2 2023 earnings press release that it was lowering its outlook for the second half of FY 2023 "[a]mid [v]olatility in [t]ravel [r]etail" and "given the November and December disruption to travel and staffing levels in Hainan that slowed the expected normalization of inventory." *See* Estée Lauder February 2, 2023 Earnings Press Release, pp. 1–2.

[235] Estée Lauder Q1 2023 10-Q, p. 7.

[236] The Estée Lauder Companies Inc., Earnings Call Transcript for Q1 2023, November 2, 2022 ("Estée Lauder November 2, 2022 Earnings Call"), p. 12.

monitored the number of travelers to Hainan over time, accounting for projected capacity expansion of airports or seaports.[237]

110.    For example, several analysts used passenger and per-customer spending data from sources such as the Hainan Provincial Bureau of Statistics and Haikou customs to analyze duty-free sales.[238] Similarly, an Evercore ISI analyst used data from the International Air Transport Association ("IATA") and FactSet on air passenger traffic to model revenue per passenger kilometer, and noted "[a]ir passenger traffic" as a "real driver" of travel retail sales.[239] In addition to official provincial statistics, some analysts visited duty-free shopping areas in Hainan to observe realized consumer behavior. For example, a Barclays analyst "visited cosmetics stores across Asia to get a sense of the pace of reopening and changing consumer behaviour," observing that "there was a noticeable lack of shoppers" when visiting the Haikou International Duty-Free City mall.[240] Analysts were able to gather information about daigou activity based on this data.[241]

111.    Throughout the Proposed Class Period, analysts also had access to public press reporting about how daigou was used in travel retail, especially during the COVID-19 pandemic. For example, the *Financial Times* published an article in April of 2021 that discussed the shift in Chinese consumer spending toward the "duty-free shopping hub" of Hainan, as COVID-19 restrictions on international travel limited trips to overseas shopping destinations such as Paris or London.[242] The article discussed the practice of daigou and

---

[237] *See, e.g.*, "China Duty Free Sector: Addressing Major Investor Concerns," *UBS*, June 23, 2022, p. 9.

[238] "China Duty Free Sector: Addressing Major Investor Concerns," *UBS*, June 23, 2022, pp. 6–9; "Just Asking: China Recovery, How Long; How High?" *Bank of America*, June 20, 2023, pp. 3–4; "Volatility Priced In," *Barclays*, May 4, 2022, p. 4.

[239] "On Asia Travel Retail, Resellers or Daigou," *Evercore ISI*, June 1, 2023, pp. 15–16.

[240] "On the Road to Hainan: Walking Round an Empty Mega Mall," *Barclays*, August 7, 2023, pp. 1, 8.

[241] *See, e.g.*, "China Destocking in July. Ban on Tours to Korea Lifted Today," *Evercore ISI*, August 10, 2023, p. 1 ("Sell-out in Hainan accelerated in 2Q to 46%, up from 15% in 1Q, based on customs data. This rate of growth jibes with number of shoppers in Hainan. Therefore, sell-out in Hainan is recovering at rates commensurate with traffic, not by 'daigou', which is very good news."); "Travel Retail: Takeaways from Expert Call," *Barclays*, March 29, 2023, p. 2 ("In February Korean duty-free sales grew +37% month-on-month from January, with a drop in total shopper numbers but a rise in spending volume, implying a sharp increase in sales to Daigou resellers.").

[242] Edward White and Leila Abboud, "Hainan 'On Fire' as Luxury's Centre of Gravity Tilts to China," *Financial Times*, April 16, 2021, https://www.ft.com/content/12c7b3cc-b757-4088-b49c-064c290b4ad5 ("To boost domestic consumption, the Chinese government has turned the island into a duty-free shopping hub. Visitors can indulge in fashion from Gucci and Prada, jewellery from Cartier, beauty products from Estée Lauder or premium whisky from The Macallan. Hainan became even more popular when Covid-19 travel restrictions meant Chinese consumers, who have driven luxury sector growth in recent years, could no longer go on shopping trips to Paris, London, Milan or Hong Kong.").

noted that some industry leaders "worry that the island [of Hainan] risks being abused by daigou."[243]  Analysts covering Estée Lauder also commented on daigou practices.[244]

112.    Given the breadth of information available and public discussion of daigou practices, I would expect that informed market participants would have estimated some portion of daigou to be illicit daigou that could be subject to regulatory enforcement actions and assigned *some* likelihood of the crackdown on illicit daigou impacting Estée Lauder's travel retail sales, even absent disclosures from Estée Lauder and, in an efficient market, such risk would have been incorporated quickly into the stock price.  In his deposition, Dr. Cain acknowledged that to the extent "investors understand that there was a publicly disclosed risk, then… we would expect that to be reflected in the stock price if the market is efficient."[245]  However, Dr. Cain has not described any methodology that would be capable of quantifying this risk that had been incorporated into the stock price.[246]  Therefore, he has not articulated any methodology for determining the baseline for valuing incremental risk that was allegedly concealed.

### 3.    Dr. Cain Has Not Articulated a Methodology That Can Quantify the Value Impact of Allegedly Concealed Risk

113.    To the extent that a hypothetical disclosure of Estée Lauder's alleged overdependence on illicit daigou would signal some incremental elevated risk, an economist would need to model *how* the market would react to that incremental risk.  Returning once more to the Company A example, assessing the impact of a hypothetical risk disclosure requires not only estimating the allegedly concealed or understated risk, but also the value impact associated with such allegedly concealed risk (*i.e.*, in the Company A example the impact would have been equal to $200 million—namely $1 billion times the 20% increase in probability).

---

[243] Edward White and Leila Abboud, "Hainan 'On Fire' as Luxury's Centre of Gravity Tilts to China," *Financial Times*, April 16, 2021, https://www.ft.com/content/12c7b3cc-b757-4088-b49c-064c290b4ad5 ("Others worry that the island risks being abused by daigou. 'We believe the development of Hainan is positive but we must remain careful and work together to ensure that it does not become a hub for the grey market in China,' said Jean Jacques Guiony, chief financial officer of LVMH, the world's biggest luxury group.").

[244] *See, e.g.*, "Recovery Dynamic Underestimated, Move Off Hold," *Société Générale*, March 8, 2023, p. 13 ("Our updated TR [travel retail] estimates… account for a more severe rebasing of EL's Korea DF [duty-free] sales from fiscal 3Q23 following the announced potential reversal of supportive measures. These measures enabled an increase in grey market sales into China from Korea, as Korea downtown DF stores were allowed to sell to customers (including online) who had not travelled."); "Slow Makeup Keeps Estee Reliant on China," *Evercore ISI*, April 24, 2023, p. 2 ("Duty-free operators we talked to have flagged a need for duty-free prices in Hainan to increase in order to discourage daigou back into China –less tolerated now by beauty companies as China reopens and full-price retail normalizes.").

[245] Cain Deposition, 138:15–20.

[246] Dr. Cain acknowledged that he has not researched "the percentage of Estee Lauder's travel retail sales attributable to daigou sales," nor "even thought at this point in time about what would or would not be relevant in terms of those specific pieces of information."  *See* Cain Deposition, 140:25–141:9, 141:16–24.

114.    Assessing the value impact to a hypothetical disclosure concerning Estée Lauder's overdependence on illicit daigou would require careful modeling of market expectations regarding different distribution channels that the company would rely on to meet customer demands.  For example, to illustrate the complexity, it is unclear, and Dr. Cain has not shown, that a but-for disclosure of Estée Lauder' exposure to illicit daigou sales would necessarily have been interpreted as a negative signal by the market to the extent that Estée Lauder could substitute those sales with sales in other distribution channels.

115.    As noted in **Section VII.B**, daigou is one among numerous distribution channels for Estée Lauder's sales.[247]  For example:

   a. Analysts at Barclays stated on March 29, 2023:  "'Daigou' is not necessarily a dirty word in beauty. The Chinese term daigou literally means 'to buy on behalf of.' While we've been educated to think Daigou is damaging to a brand equity, in prestige beauty this is not necessarily the case. The way we understand it, the Daigou or gray market is effectively just another channel that leverages price gaps that exist between markets. While in luxury/high-end fashion the shopping experience is just as important as the purchase itself (i.e., going to the store to pick out your Chanel handbag), in beauty there is something to be said for simply trying to find your favorite hero product at the best price, and logically to us, this would not have an impact on brand equity or image. At the end of the day, what we think is most critical is that strong demand for the products themselves is ultimately what enables/causes Daigou to exist."[248]

   b. Analysts at Berenberg stated on September 6, 2023 (when discussing a consumer survey):  "[O]n average, they [respondents] use three to four channels for purchasing beauty products, which suggests daigou shoppers were an important channel.… [O]ur survey findings… suggests [sic] consumers that buy from the daigous channel also use other points of purchase."[249]

---

[247] At deposition, the head research analyst for Estée Lauder at Edgewood agreed that "daigou shoppers bring business to brands that might have been difficult to secure through other channels."  *See* Knopf Deposition, 151:6–13.

[248] "Travel Retail: Takeaways from Expert Call," *Barclays*, March 29, 2023, p. 2.

[249] "Let's Get Clinical; Reiterate Buy," *Berenberg*, September 6, 2023, p. 8.

c. Analysts at Evercore ISI stated on October 16, 2023: "Conceptually, to us, daigou resellers constitute a direct-selling channel – their job is one of independent distributor."[250]

d. Analysts at RBC Capital Markets stated on October 27, 2023 (when discussing Estée Lauder): "Good Daigou? With so much negative news around Daigou, we thought we would share some contrarian perspective on the positive aspects of Daigou. In many cases, it is a channel that allows companies to seed new consumers that live in Tier 3-4 cities that don't have access to other channels. It is important for companies to be sophisticated and agile about managing volumes and pricing, given that travel retail products are sold at a discount. When everything was growing, it was relatively easy to manage this. However, the equilibrium got completely messed up over the past few years due to COVID."[251]

116.    Indeed, while some analysts noted that daigou could undermine a company's pricing strategy and potentially even its reputation,[252] other analysts noted that the exposure to daigou did not negatively impact Estée Lauder:

a. Analysts at Evercore ISI stated on August 18, 2023: "Qualitatively, to us, the fact that retailer reorders in Asia Pac were strong suggest that retailers 1) view Estee's brands competitive, not 'tarnished' by daigou."[253]

b. Analysts at Evercore ISI stated on August 21, 2023: "La Mer and Estee Lauder remain top-ranked in Tmall and Douyin, China's largest and fastest growing E-commerce platforms respectively… This strength results in 2 pts share gain in E-commerce, above and beyond what daigou traders currently resell, and suggests that ELC brands retain a strong pull with Chinese consumers ─ that they do not need 'daigou' to win."[254]

c. Analysts at Berenberg stated on September 6, 2023: "[F]or long-term investors the company's brand performance at the retail level, particularly in

---

[250] "China Imports Weak Through September," *Evercore ISI*, October 16, 2023, p. 1.

[251] "Nexus.One: Through October 27th, 2023: Weekly Read-Thrus for Consumer Staples," *RBC Capital Markets*, October 27, 2023, p. 50.

[252] *See*, *e.g.*, "Will Revenge Travel Clear Inventory Faster?" *Evercore ISI*, May 15, 2023, p. 2 ("Daigou is devoid of Estee's 'high-touch' shopping and can hurt its brands' reputation and undermine their pricing.").

[253] "Strong Asia Suggests Eventual Recapture of Travel Retail. Controversy Over F24 Guide," *Evercore ISI*, August 18, 2023, pp. 1–2.

[254] "Assertively Pivoting to Mainland China," *Evercore ISI*, August 21, 2023, p. 1.

Mainland China, could be a more important metric in assessing its ability to capture the repatriation of its foregone sales in daigou."[255]

d. Analysts at Evercore ISI stated on November 2, 2023: "Hong Kong is up triple digits for 2nd quarter in a row; this used to be a daigou market prior to Korea and Hainan. We don't know whether these sales are 'legit' or resales. But we can infer two things: 1) If daigou resellers are buying Estee products, it is because they can resell them, hence the brands have appeal; 2) If these represent purchases for self, hence the brands have appeal."[256]

117.    Further, analysts noted that any lost sales from daigou were likely transitory and expected Estée Lauder to recover its sales elsewhere.  Some mentioned the long-run benefit of shifting daigou in travel retail to direct sales in the local markets:

a. Analysts at Bank of America stated on June 20, 2023: "The expectation is that non-daigou purchases will replace what is lost in the resale market."[257]

b. Analysts at Evercore ISI stated on August 10, 2023: "Sell-out in Hainan accelerated in 2Q to 46%, up from 15% in 1Q, based on customs data. This rate of growth jibes with number of shoppers in Hainan. Therefore, sell-out in Hainan is recovering at rates commensurate with traffic, not by 'daigou', which is very good news."[258]

c. Analysts at J.P. Morgan stated on August 21, 2023: "We believe Estée Lauder (EL, Overweight-rated) can emerge from the current travel retail (TR) weakness because it is very localized to travel within China (Hainan), and mostly due to the transitory reduced discounts to curtail wholesale purchases (Daigou) by transitioning sales to individual travelers and also online."[259]

d. Analysts at Piper Sandler stated on August 21, 2023: "Overall Travel Retail ex Korea and Hong Kong is strong, Daigou challenges and inventory destocking are likely more transitory, and brand equity remains strong here."[260]

e. Analysts at Berenberg stated on September 6, 2023: "While the crackdown on daigous poses a negative development in the short run for Estée Lauder, our

[255] "Let's Get Clinical; Reiterate Buy," *Berenberg*, September 6, 2023, p. 3.
[256] "What's Estee Earnings Power?" *Evercore ISI*, November 2, 2023, p. 2.
[257] "Just Asking: China Recovery, How Long; How High?" *Bank of America*, June 20, 2023, p. 5.
[258] "China Destocking in July. Ban on Tours to Korea Lifted Today," *Evercore ISI*, August 10, 2023, p. 1.
[259] "Reaccelerated Sales to 'Makeup' and Inflect Sales and Margins Post Rebase in FQ1; Model Update Post F4Q," *J.P. Morgan*, August 21, 2023, p. 1.
[260] "EL Live Bull vs. Bear Interactive Debate 8/24," *Piper Sandler*, August 21, 2023, p. 4.

survey findings… suggests [sic] consumers that buy from the daigous channel also use other points of purchase.... Lost sales from daigous can be repatriated to Mainland China, we believe."[261]

    f.   Analysts at Telsey Advisory Group stated on November 2, 2023: "As a result of slower traffic and lower conversion from a policy change that discouraged daigou (shoppers acting as distributors to Mainland China customers, which Hainan stopped in May), the [Asia travel retail] channel has struggled with excess inventory…. EL does not expect the channel to return to pre-pandemic levels, primarily as a result of a structural shift in the pandemic where much of the tourist demand was repatriated back to local markets when international travel was significantly restricted. Management would rather continue to drive strong demand in the local markets than try to rebuild the Asia Travel Retail channel back to where it was before the pandemic. For context, EL's sales in Mainland China have more than doubled from 2019 levels, while the Travel Retail business is materially smaller. The shift is expected to be beneficial in the long term, especially in Mainland China."[262]

118.　The discussions by analysts above appear to focus on daigou sales in general, but similar economic rationale can be applied when analyzing "illicit" daigou. From an economic perspective, a company's value depends on its expected future cash flows. Assessing the value impact, if any, of a reduction of illicit daigou exposure on Estée Lauder would be complex and would require careful consideration of how changes in different distribution channels could change its future sales and profitability, especially when interacting with Estée Lauder's brand strategy, distribution strategy, pricing strategy, and other aspects of its operation, and any changes in Estée Lauder's business environment.

119.　I understand that Prof. Langer opines in his expert report that a reduction of illicit daigou by regulatory crackdown, or even daigou as a whole, could have a temporary impact on sales but a positive long-run implication on its product pricing and brand value, for

---

[261] "Let's Get Clinical; Reiterate Buy," *Berenberg*, September 6, 2023, pp. 8–9.

[262] "EL 1QF24 Follow-Up: Downgrading to Market Perform on Challenges to Travel Retail and Slowing China Growth," *Telsey Advisory Group*, November 2, 2023, p. 1.

example.[263]  Dr. Cain has not explained what methodology he can use to measure such a complex valuation impact of illicit daigou.[264]

120.    Even assuming, for argument's sake, that some amount of the lost illicit daigou sales is permanent and cannot be recovered through other distribution channels, the value impact of a "governmental crackdown" on illicit daigou would depend on the expected scope and severity of the crackdown but, as discussed in **Section VII.B.1**, there was uncertainty about how vigorously Chinese authorities would enforce its policy towards daigou in Hainan and other regions.

121.    In sum, while Dr. Cain asserts that "[e]vent studies measure stock price reactions to corrective disclosures and *materializations of the risks* which revealed the relevant truth,"[265] he does not describe a methodology for estimating inflation consistent with Plaintiffs' theory of liability, particularly because from an economics perspective one *cannot* use the price decline associated with the materialization of a risk to measure inflation attributed to the alleged concealed or understated risk.

122.    Dr. Cain has not shown that he has a method to measure the price impact of the but-for disclosure concerning Estée Lauder's alleged overdependence on illicit daigou that could be subject to a governmental crackdown.  In essence, Dr. Cain would be tasked with answering the question "what value impact would a hypothetical disclosure of Estée Lauder's alleged 'true' reliance on illicit daigou that was subject to regulatory crackdown risk have had?"  However, Dr. Cain has not proposed a methodology to measure this impact.  Dr. Cain has failed to articulate any methodology to estimate the "true" risk, the extent to which the market underestimated this risk, or the value associated with the allegedly concealed risk.[266] He has also failed to explain how his methodology could account for the complexities of how (governmental crackdowns of) illicit daigou practices would have impacted Estée Lauder's

---

[263] Langer Report, ¶¶ 72–73.

[264] In his deposition, Dr. Cain acknowledged that he has not assessed whether it is possible to estimate the percentage of sales which occurred through daigou channels, nor offered any methodology to do so.  *See* Cain Deposition, 165:21–166:9 ("Q. Have you proposed a methodology to isolate the percentage of Estee Lauder product sales that were resold through daigou sales channels? A. Nothing beyond what I've explained in my report here. Q. Sitting here today, do you know to what degree it is even estimable with any reasonable degree of certainty what percentage of sales went through daigou channels? A. I've not attempted to estimate or answer that exact question at this point in time.").

[265] Cain Report, ¶ 98 (emphasis added).

[266] Dr. Cain stated in his deposition that he has not assessed the extent to which daigou practices may have been legally permitted, nor attempted to assess the value impact of the risk of enforcement.  *See* Cain Deposition 116:9–17, 142:18–143:2 ("Q. Did you consider the possibility that daigou is a practice consistent with applicable laws and regulations during the class period?…  A. I've not really attempted to assess the extent to which it's consistent or inconsistent with various laws or regulations.… Q. So sitting here today, you don't know one way or the other whether an expert would need to assess the total value impact of the risk of enforcement of any regulation in order to measure artificial inflation in this case, is that right?… A. At this point in time, I've not attempted to evaluate that question.").

sales, and therefore has failed to articulate a methodology that can estimate damages consistent with Plaintiffs' theory of liability.

123.    At deposition, Dr. Cain admitted that he did not have a relevant understanding of different daigou practices or whether some daigou practices were permissible, and his understanding of daigou was limited to his review of the Amended Complaint, the Court's ruling on the Motion to Dismiss, and Estée Lauder's earnings announcements.[267]  He acknowledged that "there could be an extent to which there are questions about let's say disaggregation, for example, and whether certain portions of financial results are fraud related versus not fraud related."[268]  However, although he claimed that the out-of-pocket damages approach will be capable of measuring damages at a later stage of the case,[269] he also conceded that he had not yet put forth a methodology for how to estimate damages accounting for any "permitted gray market resale."[270]  He stated that "I think answering that question down the road could depend on a much more careful analysis and understanding of the theory of liability and how that interacts with the alleged misrepresentations in this case."[271]  Dr. Cain's admission regarding the potential need for "a much more careful analysis and understanding of the theory of liability" further supports my opinion that Dr. Cain failed to propose a damages methodology consistent with Plaintiffs' theory of liability.

> **C.    The Price Declines Associated with the Alleged Corrective Disclosures Cannot Be Used to "Back-Cast" Inflation If the Risk and/or Value Implications of the Alleged Misrepresentations Regarding Exposure to Illicit Daigou Changed Over Time**

124.    As I discuss above in **Section VII.B**, Dr. Cain has not explained how his proposed methodology could reliably model the impact of a but-for disclosure regarding Estée Lauder's alleged overdependence on illicit daigou.  Further, as I discuss in this section, Dr.

---

[267] Cain Deposition, 76:24–77:13, 83:4–14, 115:18–116:17.  *See also* Cain Deposition, 114:21–115:8 ("[O]utside the scope of those documents that I reviewed in connection with this case, I don't have any knowledge of daigou.").
[268] Cain Deposition, 80:9–13.
[269] *See*, *e.g.*, Cain Deposition, 95:9–23 ("Q. Is it fair to say though because you have not asked whether any disaggregation will be required here, you have not considered whether those tools can be applied in this context? A. Well, I have considered that those can be applied in this context because I've concluded that the market is efficient. And I've also considered the theory of liability, and so based on my consideration of the theory of liability, the reliance element of an efficient market, that also indicates that these tools will be equally applicable across class members in a way that's consistent with the theory of liability.").
[270] Cain Deposition, 85:17–86:8 ("Q. Would you agree that any inflation in the stock price through the class period attributable to permitted gray market resale, or daigou activity, in China and South Korea must necessarily be excluded from any out-of-pocket measure of purported damages?... A. Not Necessarily. Q. Why is that?... A. For a couple of reasons. First of all, I've not attempted to form any specific opinions at this point in time regarding exactly what is and is not required to be disaggregated. That's an analysis that I would do if asked at a later stage of a case, the loss causation and damages stage of a case.").
[271] Cain Deposition, 85:17–86:18.

Cain proposes to use Estée Lauder's stock price declines on alleged corrective disclosure dates as a key input to his analysis. Any such price declines could *not* be used as measures of inflation earlier in the Proposed Class Period, however, if the underlying risk and/or value implications of risks related to the Company's alleged overdependence on the illicit daigou market *changed* during the Proposed Class Period. Yet Dr. Cain has proposed no specific methodology to estimate inflation earlier in the Proposed Class Period in these circumstances.

125.    Dr. Cain proposes to use price declines in Estée Lauder's stock on alleged corrective disclosure dates to estimate damages attributable to the release of allegedly corrective information.[272] He proposes to estimate the amount of artificial inflation dissipated on each alleged corrective disclosure date based on the "abnormal return" in Estée Lauder stock and then to "back-cast inflation over the [Proposed] Class Period."[273]

126.    As an initial matter, although Dr. Cain opines that the "market for Estée Lauder's Common Stock was efficient throughout the [Proposed] Class Period,"[274] his proposed use of multi-day returns to "back-cast inflation over the [Proposed] Class Period" is inconsistent with market efficiency.[275] Specifically, Dr. Cain's supporting materials identify six dates as associated with "alleged revelations of the relevant truth," including a two-day price decline in August 2023.[276] Dr. Cain thus assumes that the stock price declines on both August 18, 2023 and August 21, 2023 (the next trading day) correspond to "alleged revelations of the relevant truth"[277] by the Company's disclosure on August 18, 2023. However, back-casting inflation based on a multi-day stock price decline is inconsistent with Dr. Cain's opinion that Estée Lauder's stock traded in an efficient market during the Proposed Class Period.[278]

---

[272] For example, Dr. Cain states that the abnormal return on alleged corrective disclosure dates is an input into the out-of-pocket damages approach: "irrespective of what the jury ultimately determines is the appropriate amount of abnormal return that can be attributed to the release of corrective versus confounding information, that percentage can easily be inserted into the standard out-of-pocket damages model that I have described above." *See* Cain Report, ¶ 107.

[273] Cain Report, ¶¶ 106–111. At deposition, Dr. Cain further explained that "[w]hen I talk about backcasting, I am referring to measuring artificial inflation typically based on stock price declines as a result of the corrective disclosures that -- towards the end of the class period and then working your way backwards in time typically on a daily basis all the way to the start of a class period in terms of assessing how much artificial inflation was in the stock price on each date." *See* Cain Deposition, 170:11–20.

[274] Cain Report, ¶ 3.

[275] Cain Report, ¶ 106.

[276] Dr. Cain identifies the following six impact dates associated with "alleged revelations of the relevant truth": November 2, 2022; February 2, 2023; May 3, 2023; August 18, 2023; August 21, 2023; and November 1, 2023. Cain Report Backup Materials; Cain Report, footnote 64.

[277] Cain Report Backup Materials.

[278] In financial economics, an efficient market is defined as one in which "prices always 'fully reflect' available information." *See* E. F. Fama (1970), "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, 25(2), pp. 383–417 at p. 383. The underlying theory behind efficient markets is that competition among investors eliminates the opportunities to trade and profit on publicly available information, that is, it eliminates any temporary mispricing in a security. If there are informed investors who identify mispricing in a security, they would trade that security to exploit and quickly correct any perceived mispricing given the information available to them. Consequently, security

127.    More generally, Dr. Cain does not describe *how* he would "back-cast inflation over the [Proposed] Class Period"[279] in a manner consistent with Plaintiffs' theory of liability. Specifically:

a.  Dr. Cain provides a general description of tools that he could purportedly use to "back-cast inflation," and specifically mentions the "constant dollar" approach.[280]  A "constant dollar" approach to "back-cast inflation" implies that inflation is constant in dollar terms throughout the Proposed Class Period—in other words that a hypothetical disclosure earlier in the Proposed Class Period would have the same impact on Estée Lauder's stock price in dollar terms as the declines that actually occurred on the subsequent alleged corrective disclosure dates (after accounting for confounding information).[281]  However, Plaintiffs acknowledge that Estée Lauder's stock price was impacted, if at all, only when "the governmental crackdown and restrictions on the daigou market *intensified*."[282]  Dr. Cain therefore does not explain why a "constant dollar" approach, which assumes an earlier disclosure would have the *same* dollar impact, would be appropriate, given Plaintiffs' theory of liability.[283]

b.  As an alternative to the "constant dollar" approach, Dr. Cain states that he could "back-cast inflation over the [Proposed] Class Period" using a "constant percentage" approach.[284]  A "constant percentage" approach to "back-cast

---

prices quickly incorporate new, value-relevant information about the given security in an informationally efficient market, generally within a trading day.  The use of a two-day event window to back-cast inflation is thus inconsistent with Dr. Cain's assumption of market efficiency for Estée Lauder stock.  A two-day event window is also inconsistent with Dr. Cain's *Cammer* Factor 5 event study methodology that uses daily returns in his regression model (that is, he is testing whether information being incorporated into Estée Lauder's stock price within a trading day).  *See* Cain Report, ¶ 62.  *See also* E. F. Fama (1991), "Efficient Capital Markets: II," *The Journal of Finance*, 46(5), pp. 1575–1617 at pp. 1601–1602 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements. The result is so common that this work now devotes little space to market efficiency. The fact that quick adjustment is consistent with efficiency is noted, and then the studies move on to other issues."); A. C. MacKinlay (1997), "Event Studies in Economics and Finance," *Journal of Economic Literature*, 35(1), pp. 13–39 at p. 13 ("[G]iven rationality in the marketplace, the effects of an event will be reflected immediately in security prices. Thus a measure of the event's economic impact can be constructed using security prices observed over a relatively short time period.").  Several academic papers also document evidence that security prices respond to value-relevant news within a few hours.  *See, e.g.*, J. A. Busse and T. C. Green (2002), "Market Efficiency in Real Time," *Journal of Financial Economics*, 65(3), pp. 415–437; T. Chordia, R. Roll, and A. Subrahmanyam (2005), "Evidence on the Speed of Convergence to Market Efficiency," *Journal of Financial Economics*, 76(2), pp. 271–292; J. Drienko and S. J. Sault (2013), "The Intraday Impact of Company Responses to Exchange Queries," *Journal of Banking & Finance*, 37(12), pp. 4810–4819.

[279] Cain Report, ¶¶ 106–107.

[280] Cain Report, ¶ 102.

[281] Cain Report, ¶ 102 (The "constant dollar inflation" approach "assumes that per-share inflation equaled a constant dollar amount above the correct share price over the [Proposed] Class Period.").

[282] Amended Complaint, ¶ 184 (emphasis added).

[283] When asked in deposition whether Plaintiffs' allegations regarding the *intensifying* governmental crackdown against daigou were inconsistent with his assertion that inflation could be constant, Dr. Cain stated:  "That's a question that I've not attempted to answer at this point in time."  *See* Cain Deposition, 174:22–175:12.

[284] Cain Report, ¶ 103.

inflation" implies that inflation is constant in percentage terms throughout the Proposed Class Period—in other words, if the alleged corrective disclosures are associated with a 5% decline in Estée Lauder's stock price, a hypothetical disclosure earlier in the Proposed Class Period would also have reduced Estée Lauder's stock price by 5%.[285]  Given the profound changes in Estée Lauder's business environment during the Proposed Class Period, including dramatic changes associated with COVID-19 lockdowns, Dr. Cain does not explain why it would be reasonable to assume an earlier disclosure would have the same percentage impact on Estée Lauder's stock price.

c. Indeed, Dr. Cain acknowledges that inflation may have varied over time.  He states that "artificial inflation may have varied and could evolve throughout the [Proposed] Class Period based on the timing of specific information or statements."[286]  However, he does not describe *any* methodology that explains *how* he would account for time-varying inflation in this matter, and states only that approaches to quantifying artificial inflation in such instances "are based on the specific set of facts and circumstances in a given case."[287]

128.    As I explain below in **Sections VII.C.1** and **VII.C.2**, it is likely that inflation varied over the Proposed Class Period, since the risk and/or value implications of the Company's alleged overdependence on illicit daigou changed over time.  In particular, publicly available information about the risk of government enforcement actions against illicit daigou changed over the Proposed Class Period.  In addition, market conditions—such as travel restrictions related to the COVID-19 pandemic—also varied over the Proposed Class Period, which could impact the market's perception of the value-implications of enforcement actions against illicit daigou.  Yet, Dr. Cain has not put forward a methodology capable of accounting for such variation in a manner consistent with Plaintiffs' theory of liability.

      **1.    Dr. Cain Has Not Articulated a Damages Methodology That Can Account for Changes Over Time to Publicly Available Information**

---

[285] Cain Report, ¶ 103 (The "constant percentage inflation" approach "assumes that each day's share price was inflated by a constant percentage amount above the correct stock price over the [Proposed] Class Period.").

[286] Cain Report, ¶ 104.

[287] Cain Report, ¶ 104.

**About the Risk and Value Implications of Government**
**Enforcement Actions Against Illicit Daigou**

129.    As discussed in **Section VI**, market participants had access to publicly available information on government policy and enforcement actions related to illicit daigou activity in China.  Enforcement actions and policy changes were announced during the Proposed Class Period.  Given these changes in the regulatory landscape surrounding illicit daigou activity in China, the market's perceived risk of government enforcement actions and the associated value-implications for Estée Lauder likely varied over the Proposed Class Period.

130.    As discussed in **Section III**, in late 2021, Hainan province passed a new regulation to address illicit daigou activity in Hainan, effective on January 1, 2022.[288]  Subsequently, in 2023, the Chinese government announced additional policy changes.  For example, in March 2023, new policies aimed at addressing illicit daigou practices while encouraging duty-free sales for individual consumption were introduced.  These policies required customers to undergo customs verification processes, provide valid government ID when making purchases, or pay a deposit equivalent to taxes payable for their goods.[289]  In May 2023, "strict regulatory controls" were implemented in Hainan to reduce illicit daigou activity.[290] As discussed in **Section VI**, the increase in daigou restrictions that "went into effect" in mid-May 2023 and their impact on the travel retail business were noted by analysts as well as certain Estée Lauder's competitors.[291]  For example:

> a.  Competitor L'Oréal stated in its earnings call on July 28, 2023:  "[I]n mid-May, the authorities started to exercise much tighter control over the daigou trade to preserve what they call Hainan's golden brands, and Travel Retail operators have consequently refocused on the individual traveler. This has had

---

[288] *See* Amended Complaint, ¶ 102.

[289] On March 21, 2023, two new ways of collecting duty-free purchases in Hainan were introduced, announced jointly by China's General Administration of Customs, Ministry of Finance, and State Administration of Taxation.  The introduction of the "buy and pick-up" and "guaranteed pick-up" policies came into effect on April 1, 2023.  These policies allowed customers to pick up purchases immediately at the point of sale, rather than picking up purchases at designated places only (typically railway stations, airports, or ports).  Both the "buy and pick-up" policy and the "guaranteed pick-up" policy required customers to provide valid ID or travel documents.  The "guaranteed pick-up" policy also required customers to place a deposit equivalent to the tax payable for the goods, which would be refunded upon leaving Hainan.  *See* Giulia Interesse, "New Facilitated Pick-up (Duty-Free) Policy in Effect in Chinese Province of Hainan," *China Briefing*, April 27, 2023, https://www.china-briefing.com/news/hainan-duty-free-sector-new-facilitated-pick-up-policy-in-effect/.

[290] *See, e.g.*, Sandy Lim and Amanda C. O'Neill, "Credit FAQ: Will China's Hainan Island Find Its Place in the Sun?" *S&P Global*, June 26, 2024, https://www.spglobal.com/ratings/en/regulatory/article/240627-credit-faq-will-china-s-hainan-island-find-its-place-in-the-sun-s13150149 ("We believe the majority of the Daigou impact within Hainan is behind us, given strict regulatory controls in place, particularly from 2023 May.").  *See also* Zhang Report, ¶¶ 140–146.

[291] Consistent with this, I understand that Prof. Zhang states in his report that this change, which followed the Hainan Provincial Anti-Smuggling Work Conference on May 6, 2023, represented a step-change in enforcement activity against illicit daigou and was a seminal development.  *See* Zhang Report, ¶ 123, 144.  *See also* Kent Report, ¶ 105.

a severe impact on industry-wide sell-out.… [W]e believe that the new paradigm in Hainan should have a positive impact on sell-outs in the domestic market."[292]

b. Analysts at RBC Capital Markets stated on August 15, 2023: "The recent major development called out by Beiersdorf, Shiseido, and L'Oreal is the tightening of restrictions in Hainan on daigous by the Chinese government starting in the May/June timeframe."[293]

c. Analysts at UBS stated on August 15, 2023: "Thus far, the read-throughs from industry peers (most notably L'Oreal …) suggest that while both consumption and mobility continue to improve in Mainland China, Hainan (LDD% [low double digits] of the business) remains challenged due to a reduction in retailer demand following local authorities' focus on increased controls on Daigou."[294]

d. Analysts at TD Cowen stated on August 21, 2023: "FY24 EPS guide was ~-25% lower than Street reflecting a gradual ramp in Hainan as management balances the inventory levels with changing demand, given a higher level of suppression on Daigou by the local authorities."[295]

e. Analysts at J.P. Morgan stated on November 2, 2023: "As it relates to cadence, the company models sequentially improving sales trends each quarter with +DD organic sales growth in 2H24 especially as EL is forecasted to ship to retail trends in 2H (more below) and easier comps as COVID-era policies were pulled back in South Korea impacting both 3Q23 and 4Q23 as well as added enforcement around Daigou purchases in Hainan in F4Q23, further pressuring the top line."[296]

131.    By the time of the November 1, 2023 alleged corrective disclosure, numerous analysts had provided coverage of the daigou "crackdown" by the Chinese government, especially after Estée Lauder's statements on August 18, 2023 that described how "[i]n May and June

---

[292] L'Oréal S.A., Earnings Call Transcript for Half Year 2023, July 28, 2023, pp. 6–7.
[293] "F4Q'23 Preview - It's Bad…but How Bad?" *RBC Capital Markets,* August 15, 2023, p. 2.
[294] "Scouting Report: What to Expect from EL's F4Q," *UBS*, August 15, 2023, p. 1.
[295] "Is Guidance Realistic Given Hainan Issues? TD Cowen on 4Q23," *TD Cowen*, August 21, 2023, p. 1.
[296] "Lack of Confidence in China Outlook Overshadows a Beautiful Business," *J.P. Morgan*, November 2, 2023, p. 3.

[2023], retail sales trends deteriorated and turned steeply negative, following the enforcement actions to control Daigou activity."[297,298]

132.    As discussed in **Section VII.B** above, Plaintiffs' allegations concern the materialization of risk, and thus inflation depends on the magnitude of this risk priced into the stock at any point during the Proposed Class Period.  Yet, Dr. Cain has not articulated a damages methodology that can account for changes in the risk (and associated value implications to Estée Lauder) of government enforcement actions against illicit daigou activity.[299]

### 2.    Dr. Cain Has Not Articulated a Damages Methodology That Can Account for Changes Over Time to Estée Lauder's Market Conditions

133.    As discussed in **Section VII.B**, estimating the impact of a reduction in illicit daigou sales on Estée Lauder's sales could be complex, given alternative sales channels for Estée Lauder's products and the potential long-run benefit on Estée Lauder's pricing and brand value.  The most direct impact of daigou activity on Estée Lauder's financial performance is through its travel retail business.  This implies that the value of Estée Lauder's Asian travel retail business could therefore affect the market's perception of the risk of illicit daigou enforcement action on Estée Lauder and thus impact any estimate of inflation.

134.    Consider a simplified and hypothetical example where illicit daigou activity represents 30% of the expected future cash flows of Estée Lauder's Asian travel retail business.  Further consider two scenarios:  (i) 50% of Estée Lauder's expected future cash flows are associated with its Asian travel retail business and (ii) 10% of Estée Lauder's expected future cash flows are associated with its Asian travel retail business.  This implies

---

[297] Estée Lauder August 18, 2023 Earnings Call, p. 3 ("Looking ahead, for Asia travel retail, the pressure in Hainan intensified over the course of the fourth quarter. In May and June, retail sales trends deteriorated and turned steeply negative, following the enforcement actions to control Daigou activity. The implication of these are favorable for sustainable long-term growth, but certainly create significant short-term headwinds through the transition.").

[298] *See, e.g.*, "What We're Watching for in FY4Q23 Results," *Deutsche Bank*, August 7, 2023, p. 1 ("We expect this will be a difficult set of results and forward guidance for EL – noting still-choppy trends in China broadly, last quarter's elevated channel inventory backlog (particularly in Hainan), incremental pressure intra-FY4Q spurred by authorities cracking down on daigou trade practices in Asia Travel Retail.").

[299] Dr. Cain testified at deposition that he had not conducted any analysis to measure how investors or the Company's perceived likelihood of enforcement activity changed throughout the Proposed Class Period.  *See* Cain Deposition, 143:20–144:13 ("Q. Have you attempted to measure how any perceived likelihood of enforcement activity changed throughout the class period?… A. Not at this point in time. Q. And have you reviewed any investor testimony to date regarding awareness of daigou or associated regulatory risk during the class period?… A. No. Q. Have you done any work to estimate the company's perceived likelihood of a daigou-related enforcement action at any point during the purported class period?… A. No.").

that 15% (*i.e.*, 30% * 50%) of Estée Lauder's expected future cash flows are associated with illicit daigou activity in the first scenario and 3% (*i.e.*, 30% * 10%) in the second scenario.

135.    To the extent the revelation of Estée Lauder's alleged overdependence on the illicit daigou market would have any impact on Estée Lauder's stock price, it would have a greater impact in the first scenario.  Changes in the market's estimated value of Estée Lauder's travel retail business could therefore also translate into changes in inflation.  This simplified example notably abstracts from the complexities of alternative distribution channels and interactions with Estée Lauder's brand, which could make it even more challenging to estimate inflation and how it might have changed over the Proposed Class Period.

136.    Changes in travel restrictions associated with the COVID-19 pandemic affected travel volume and thus market expectations for the financial performance of Estée Lauder's travel retail business.  The travel retail segment was negatively impacted by China's Zero-COVID policy from the start of the Proposed Class Period through the easing of the Zero-COVID policy beginning in December 2022.[300]  During this period, there was variation over time in the severity of the lockdowns and the impact on the Company's travel retail segment.  On August 6, 2022, Hainan implemented a lockdown in response to an outbreak in the Omicron variant, resulting in closing of duty-free stores in Sanya from August 4 until late September 2022.[301]  Analysts noted that this lockdown could negatively impact Estée Lauder's travel retail business, for example:

        a.  Analysts at Evercore ISI stated on August 8, 2022:  "Hainan, China's duty-free destination that accounts for nearly 13% of Estee's global sales, is under lockdown on Covid-related flares, and Bloomberg reported 25,000 tourists stranded as the local government assesses the situation."[302]

        b.  Analysts at Telsey Advisory Group stated on August 11, 2022:  "With travel restricted in and around China as a result of the resurgence of the pandemic,

---

[300] Martin Quin Pollard and Brenda Goh, "'We're Going to Be Free': Chinese Cheer as COVID Curbs Are Loosened," *Reuters*, December 7, 2022, https://www.reuters.com/world/china/chinas-hopes-looser-covid-rules-sets-off-rush-fever-drugs-2022-12-07/.

[301] Daisuke Wakabayashi, "Trouble in Paradise: Chinese Tourists Left Stranded During Lockdowns," *The New York Times*, August 19, 2022, https://www.nytimes.com/2022/08/19/business/china-covid-tourists-hainan-lockdown.html; "Thousands Stranded in China Resort City Amid COVID Lockdown," *The Associated Press*, August 6, 2022, https://apnews.com/article/covid-travel-health-climate-and-environment-china-e30b8a740af4fb9f037b7f87a724788d; "China's Hainan Expands COVID Lockdowns to Quell Outbreak," *Reuters*, August 8, 2022, https://www.reuters.com/world/china/china-reports-940-new-covid-cases-aug-7-vs-868-day-earlier-2022-08-08/.  *See also* Lai Deposition, 107:5–14 ("[F]iscal year '23 Q-1, quarter 1, which is July to September of calendar year 2022, is a very volatile period from -- for the Chinese consumer market. We have multiple cities under zero COVID lockdown and many of the cities on Hainan Island, especially Sanya, which is basically the top tourism destination in [Hainan], was also under lockdown during that time period.").

[302] "China Travel Retail Disrupted," *Evercore ISI*, August 8, 2022, p. 1.

the Travel Retail channel is also affected, particularly with restrictions to Hainan."[303]

137.    Further, China did not remain on lockdown throughout the Proposed Class Period.  In fact, travel restrictions eased starting on December 7, 2022.[304]  Notably, restrictions eased over a period of time, beginning with a loosening of the "most onerous and widely feared pandemic measures" such as mass testing, mandatory hospitalization, and mass quarantines.[305]  This initial loosening did not reflect a "complete dismantling" of China's Zero-COVID policy, and reports indicated that "many people stay[ed] home, not because they ha[d] to, but because [they were] worried about contracting the virus at a time when social media is lighting up with reports of infections."[306]  Restrictions were not fully lifted until January 2023.[307]  In the months following the lifting of China's Zero-COVID policy, several analysts remarked that this easing of travel restrictions could positively impact Estée Lauder's travel retail business, for example:

   a.  Analysts at Credit Suisse stated on February 2, 2023:  "The majority of the cut to F3Q & FY guidance is due to a delayed improvement in Chinese travel (including Hainan). We would look past it. The key reason to own EL is for how sensitive EPS is to Chinese travel--and F2Q results (unfortunately to the downside for now) reinforce exactly how sensitive this model is to travel, and remind us how significant the upside will be once travel resumes."[308]

---

[303] "EL 4QF22 EPS Preview: FY23 Outlook and China Likely Key Focus of Call; Maintain $377 Price Target," *Telsey Advisory Group*, August 11, 2022, p. 2.

[304] Martin Quin Pollard and Brenda Goh, "'We're Going to Be Free': Chinese Cheer as COVID Curbs Are Loosened," *Reuters*, December 7, 2022, https://www.reuters.com/world/china/chinas-hopes-looser-covid-rules-sets-off-rush-fever-drugs-2022-12-07/.

[305] Keith Bradsher, Chang Che, and Amy Chang Chien, "China Eases 'Zero Covid' Restrictions in Victory for Protesters," *The New York Times*, December 7, 2022, https://www.nytimes.com/2022/12/07/world/asia/china-zero-covid-protests.html ("The new policy takes aim at some of the most onerous and widely feared pandemic measures that reflect how intrusive the policy had become. Beijing largely did away on Wednesday with rules requiring mass testing, limited the scope of lockdowns and scrapped mandatory hospitalization and mass quarantines.").

[306] Keith Bradsher, Chang Che, and Amy Chang Chien, "China Eases 'Zero Covid' Restrictions in Victory for Protesters," *The New York Times*, December 7, 2022, https://www.nytimes.com/2022/12/07/world/asia/china-zero-covid-protests.html; Dake Kang, "China Won't Report Asymptomatic COVID Cases in Further Shift," *The Associated Press*, December 15, 2022, https://apnews.com/article/health-business-china-beijing-covid-9e0fc4ddc2537cb04535b334223dd442.  *See also* Siyi Liu and Eduardo Baptista, "Streets Deserted in China's Cities as New COVID Surge Looms," *Reuters*, December 18, 2022, https://www.reuters.com/world/china/chinas-cities-battle-first-wave-covid-surge-wider-spread-looms-2022-12-18/ ("Streets in major Chinese cities were eerily quiet on Sunday as people stayed home to protect themselves from a surge in COVID-19 cases that has hit urban centres from north to south.").

[307] Joyce Zhou and Yew Lun Tian, "China Reopens Borders in Final Farewell to Zero-COVID," *Reuters*, January 8, 2023, https://www.reuters.com/world/china/china-reopens-borders-final-farewell-zero-covid-2023-01-08/ ("After three years, mainland China opened sea and land crossings with Hong Kong and ended a requirement for incoming travellers to quarantine, dismantling a final pillar of a zero-COVID policy that had shielded China's 1.4 billion people from the virus but also cut them off from the rest of the world.").

[308] "F2Q EPS Beat but Guidance Lowered; China Recovery Shifts Out," *Credit Suisse*, February 2, 2023, p. 1.

b. Analysts at Raymond James stated on February 2, 2023: "We retain our Strong Buy rating on EL despite the delay in China reopening (low 30s % of sales pre-lockdown) as EL continues to be one of the most consistent long-term growth stories in Beauty, with the headwinds of today turning into tailwinds over the next few months, supported by share gains in China across all 4 main Beauty categories."[309]

c. Analysts at Wells Fargo stated on August 18, 2023: "Our Overweight rating is based on our view of (1) recovery of growth in APAC and EMEA; (2) embedded margin tailwinds longer term resulting from faster growth in higher-margin products and channels, especially recovering from lingering COVID headwinds."[310]

138.    Thus, market conditions surrounding Estée Lauder's travel retail business changed over the Proposed Class Period. In particular, travel restrictions associated with the COVID-19 pandemic varied over the Proposed Class Period, which impacted the market's expectations for travel retail's future cash flows (and therefore value). The head research analyst for Estée Lauder at Edgewood testified that daigou "became a more prevalent process later in our investment period," and towards the end of the Proposed Class Period "[i]t was a hot topic in the spring of 2023."[311] At deposition, Dr. Cain stated that "I recall the complaint talking about changes over time and the regulatory environment pertaining to daigou,… [s]o I do recall some discussion about that and interacting with Covid travel restrictions and things like that."[312] Nevertheless, as he admitted during his deposition, Dr. Cain has not articulated a damages methodology that can account for changes in the market conditions over time, and therefore estimate damages consistent with Plaintiffs' theory of liability.[313]

---

[309] "Like COVID, the Road to Recovery for EL Is Far from the Ordinary," *Raymond James*, February 2, 2023, p. 1.

[310] "EL: F4Q23 First Take—There It Was...and Where to Go," *Wells Fargo*, August 18, 2023, p. 4.

[311] Knopf Deposition, 169:20–170:24.

[312] Cain Deposition, 115:9–17.

[313] Dr. Cain acknowledged that he had neither researched nor considered COVID-related lockdowns. He further stated that he had not researched how changes in lockdown conditions or travel retail regulations would affect any attempt to back-cast inflation. *See* Cain Deposition, 185:13–186:8 ("Q. Did you perform any analysis of how changes in lockdown conditions, severity or the end of the lockdown period over time would affect any attempt to back-cast inflation over the entire class period?… A. It's not a question I've researched or attempted to form an opinion on at this point in time. Q. And what about the change in regulations permitting the sale of -- permitting travel retail sale of duty-free items to non-travelers and the changes in those regulations, did you perform any analysis of how those changing conditions over time would affect any attempt to backcast inflation over the entire class period?… A. I've not attempted to research or answer that question at this point in time.").

**D.    Dr. Cain Has Not Articulated a Damages Methodology Capable of Controlling for Confounding Information on the Alleged Corrective Disclosure Dates**

139.    Dr. Cain asserts that "[t]o the extent that reliable evidence is introduced to show that a significant portion of the difference in the artificial inflation between the purchase and sale of the securities may be attributed to non-fraud-related factors, the impact of such 'confounding information' on the price of Estée Lauder's Common Stock can be determined on a common, Class-wide basis using various accepted methodologies, such as event study analysis, valuation analysis, analyst reports, principles of finance and valuation analysis, and peer-reviewed academic research."[314]  However, Dr. Cain has not articulated how he would reliably account for the "impact of such 'confounding information,'" beyond listing these general methodologies.

140.    This is particularly relevant in this matter because such an exercise is complicated by the fact that *all* of the alleged corrective disclosures correspond to dates on which Estée Lauder released its financial results.  Specifically, Plaintiffs allege that "the truth was revealed and/or the risks concealed by Defendants' misrepresentations and omissions materialized" when (i) "Lauder issued a press release *announcing financial results* for its first fiscal quarter of 2023 ended September 30, 2022;" (ii) "Lauder issued a press release *announcing financial results* for its second fiscal quarter of 2023 ended December 31, 2022;" (iii) "Lauder issued a press release *announcing financial results* for its third fiscal quarter of 2023 ended March 31, 2023;" (iv) "the Company *released financial results* for its fourth fiscal quarter of 2023 and fiscal year ended June 30, 2023;" and (v) "the Company *announced its financial results* for its first fiscal quarter of 2024 ended September 30, 2023."[315]  Multiple pieces of potentially confounding information were therefore released *at the same time* as the releases of information that Plaintiffs allege corrected alleged misrepresentations or omissions.

141.    Dr. Cain references "event study analysis" as an "accepted methodolog[y]" that can account for confounding information.[316]  However, an event study measures the total residual stock price decline during an event window (for example, between market close on a day and market close the subsequent day), and does not—on its own—provide a means to distinguish

---

[314] Cain Report, ¶ 100.
[315] Amended Complaint, ¶¶ 173, 181, 192, 202, 213, 225 (emphasis added).
[316] Cain Report, ¶ 100.

the impact of different sources of information *within* the event window.  Dr. Cain also does not describe in any way how he would use "valuation analysis, analyst reports, principles of finance and valuation analysis, and peer-reviewed academic research" to accomplish this. Dr. Cain thus has not articulated a methodology to account for confounding information and isolate only the portion of the stock price decline on each alleged corrective disclosure associated with the release of allegedly corrective information.

142.    As an illustration of the multitude of confounding information that Dr. Cain would need to account for on each of the alleged corrective disclosure dates, **Exhibit 5** summarizes select analyst commentary on potentially confounding factors that may partly explain the price decline in Estée Lauder stock on each alleged corrective disclosure date.

143.    Specifically, with respect to the first alleged corrective disclosure, as discussed in **Section VI**, the residual stock price decline on November 2, 2022 is not economic evidence of price impact of the prior alleged misrepresentations regarding Estée Lauder's alleged overdependence on the illicit daigou market.  Indeed, analysts commented on other information that was disclosed to the market on the November 2, 2022 alleged disclosure date.  Specifically, Estée Lauder disclosed a downward revision in revenue outlook for FY 2023 due in part to COVID-related lockdowns, a tightening in U.S. retail inventories, and currency headwinds.[317]  As detailed in **Exhibit 5.A**, commentary from analysts noted the negative impact of these factors on Estée Lauder's stock price on this date.  For example:

    a.  Analysts at Raymond James stated that the "guide reset was significantly larger than we had anticipated… [and] the continued pressures of COVID plus macros/inventory drawdown in the U.S. will weigh more substantially on 2Q and rest of year results."[318]  Given these factors, the analysts noted that "EL shares are expected to be down."[319]

    b.  Analysts at RBC Capital Markets explained that "EL's guidance embeds assumptions for ongoing COVID disruptions and consequent inventory tightening in both ML China and Hainan, as well as retailer inventory

---

[317] Estée Lauder reported that the Company was "reducing [its] outlook for fiscal year 2023, most notably for the second quarter."  The Company primarily attributed this downward revision to the following three factors:  (i) "the impact of ongoing COVID-19 restriction in Asia travel retail," (ii) "the tightening of inventory by some retailers in the U.S.," and (iii) "the far stronger U.S. dollar."  *See* Estée Lauder November 2, 2022 Earnings Call, pp. 2–3.

[318] "Guidance Cut Sharper than Expected; China Shatters," *Raymond James*, November 2, 2022, p. 1.

[319] "Guidance Cut Sharper than Expected; China Shatters," *Raymond James*, November 2, 2022, p. 1.

tightening in the US" and noted that while they "expected continued prudence from EL on forward guidance, the guide-down is significant."[320]

c. Analysts at Bank of America noted "management's meaningful downward guidance revision for FY23" and lowered EPS estimates, "driven by reduced expectation for China/Hainan as mobility is recovering slower than expected and widespread trade inventory reductions in China/Asia travel retail/U.S. coincide with increased inflation and currency translation drag."[321]

144. Similarly, the residual stock price decline on <u>February 2, 2023</u> is not economic evidence of price impact of the prior alleged misrepresentations regarding Estée Lauder's alleged overdependence on the illicit daigou market (see **Section VI**). Indeed, analysts commented on other information that was disclosed to the market on the February 2, 2023 alleged disclosure date. Specifically, Estée Lauder lowered its revenue and earnings outlook for FY 2023, in part due to the negative COVID-related impact on sales, roll-back of COVID-related supportive measures for travel retail in Korea, and currency headwinds.[322] As detailed in **Exhibit 5.B**, analysts pointed to these issues as contributing factors to the reduction in guidance and the stock price decline on this date. For example:

a. Analysts at Morgan Stanley observed that "EL's stock was down -4.4%… with a FY23 EPS guide-down on much weaker than expected Q3 EPS guidance," and noted that "inventory levels in Hainan remain elevated due to COVID travel impacts and in-store staffing limitations in late CY22, as well as expected Korea Duty Free pressure with potential rollbacks of COVID related supportive measures."[323]

---

[320] "Quick Take on Earnings," *RBC Capital Markets*, November 2, 2022, p. 1. Other analysts commented on similar themes. Analysts at Morgan Stanley observed that "EL's stock should be down significantly post a large negative revision to FY23 guidance and far below consensus Q2 guidance, which was driven per EL press release remarks primarily by weaker China (and Hainan) trends with COVID restrictions, exacerbated by tighter inventory management in Asia travel retail, some US retailer inventory tightening, and unfavorable FX." *See* "Quick Comment: Q1 Beat, but Far Below Consensus FY23 Guide-Down," *Morgan Stanley*, November 2, 2022, p. 1.

[321] "Immobilized in China," *Bank of America*, November 3, 2022, p. 1.

[322] Estée Lauder reported that the Company was "lowering [its] outlook for organic sales growth and adjusted diluted EPS" for fiscal year 2023. The Company primarily attributed this downward revision to two main reasons: (i) "inventory levels in Hainan remains [sic] somewhat more elevated than [the Company] expected due to the disruptions in travel and in-store staffing levels in November and December" and (ii) "the recently announced potential rollback of COVID-related supportive measures in Korea duty free are creating a near-term transitory pressure to [its] business with [its] Korea duty free retailers." Estée Lauder also noted that "currency is still expected to be a meaningful drag to [its] reported sales and diluted EPS growth for the third quarter and full year." *See* The Estée Lauder Companies Inc., Earnings Call Transcript for Q2 2023, February 2, 2023, pp. 2–3, 7.

[323] "Q2 Follow-Up: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4," *Morgan Stanley*, February 2, 2023, pp. 1–2.

b. Analysts at Raymond James reported that the "FY outlook was cut considerably, now reflecting an expectation for the China recovery to start in F4Q vs F3Q prior, which is likely to weigh on shares" and explained that the guide was "materially below expectations… due to the delayed reopening of China." [324]

c. Analysts at Telsey Advisory Group observed that the "disappointing third quarter guide comes from slower sell-in to Hainan as a result of the COVID lockdown measures in the second quarter and a roll-back of COVID support measures in the Korea duty-free channel."[325]

145.    Likewise, the residual stock price decline on <u>May 3, 2023</u> is not economic evidence of price impact of the prior alleged misrepresentations regarding Estée Lauder's alleged overdependence on the illicit daigou market (see **Section VI**).  Indeed, on the May 3, 2023 disclosure date, Estée Lauder further reduced its revenue and earnings outlook for FY 2023, due in part to a slower-than-expected resumption of international travel, weaker-than-expected recovery in demand for prestige beauty products in Mainland China, and lower sales in Korea due to the removal of COVID-related supportive policies.[326]  As detailed in **Exhibit 5.C**, analyst commentary linked these factors to the price decline on this date.  For example:

a. Analysts at Morgan Stanley stated that "EL's stock is likely to react significantly negatively to a large FY EPS guide down of 32%," due to "key factors," such as "weaker Korea sales, with duty-free retailers cutting inventory pre a transition to post-COVID regulations and a slow travel return consumer return," as well as "a weaker prestige beauty recovery in Mainland China."[327]

[324] "China Reopening Delay Driving Lowered Outlook; LT Intact," *Raymond James*, February 2, 2023, p. 1; "Like COVID, the Road to Recovery for EL Is Far from the Ordinary," *Raymond James*, February 2, 2023, p. 1.

[325] "EL 2QF23 Follow-Up: Return of Chinese Consumer Looks to Be an Opportunity Once Transition Headwinds Pass," *Telsey Advisory Group*, February 3, 2023, p. 1.

[326] Estée Lauder reported that the Company was "lowering [its] organic sales and EPS outlook for fiscal year 2023."  The Company attributed this downward revision to multiple factors.  Specifically, Estée Lauder noted that "the resumption of international travel by Chinese consumers is evolving more slowly than [it] anticipated."  The Company also stated that the impact of COVID-19 restrictions "have been far greater than [it] anticipated given the prolonged challenges from the pandemic including a slower-than-expected recovery of traffic and sales conversion in prestige beauty."  Concerning its Korea business, the Company noted that it experienced a "rollback of COVID-19 related supportive measures with Korean duty-free operators, and that too was pretty sudden in the third quarter."  Although Estée Lauder expected that it "will see travelers come back… to duty-free shopping in Korea… that has not happened yet."  *See* The Estée Lauder Companies Inc., Earnings Call Transcript for Q3 2023, May 3, 2023, pp. 3, 7, 9.

[327] "Quick Comment: Much Lower FY Guidance and Implied Q4 with a Weaker Hainan/Korea/China Recovery," *Morgan Stanley*, May 3, 2023, p. 1.

b. Analysts at TD Cowen counted "[w]eaker international travel than expected in China and Korea due to limited visas, leading to lower traffic in airports to other regions" as a "[k]ey concern" surrounding the "pace of Asia travel retail recovery."[328]

c. Analysts at J.P. Morgan explained that "slower than anticipated recovery in Asia Travel Retail continues to hurt financial performance" due in part to "pressured shipments to duty free retailers in Korea given the roll-back of COVID-related supportive measures."[329]

146.   Dr. Cain likewise has not articulated how he would account for simultaneous confounding information on the remaining two alleged corrective disclosure dates, August 18, 2023 and November 1, 2023.  For example, on <u>August 18, 2023,</u> Estée Lauder announced that its financial results for FY 2023 were negatively impacted by weaker sales in the U.S.[330] The Company also announced an outlook for FY 2024 that was below analyst expectations,[331] in part due to a slower-than-expected recovery in international travel as COVID-19 restrictions abated.[332]  As detailed in **Exhibit 5.D**, analyst commentary also linked U.S. sales and the continued impact of COVID-19 restrictions to the weaker-than-expected outlook and associated stock price decline on this date.  For example:

---

[328] "Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability," *TD Cowen*, May 3, 2023, p. 1.

[329] "Hard to 'Makeup' Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating," *J.P. Morgan*, May 3, 2023, p. 3.  Analysts at J.P. Morgan also stated that the "expected stock reaction" would be "negative," on the basis that the "reduction in FQ4 outlook was deeper than even the bearish investors we spoke to were likely anticipating," due in part to the "termination of licenses and Russia/Ukraine exit."  Other analysts also commented on the negative impact of license terminations and macro factors on Estée Lauder's performance.  For example, analysts at Deutsche Bank reported that "EL's stock severely underperformed the broader market today… as the company materially cut its full-year outlook," and further noted that "EL lowered FY23 guidance," attributing part of the reduction to negative impacts "from the termination of the Company's license agreements," and "certain impacts of FX transactions in key international travel retail markets."  *See* "In-Line Results, but Deep Cut in F4Q Guidance on Slow Travel Retail Recovery in Hainan and Korea," *J.P. Morgan*, May 3, 2023, pp. 1–2; "Rug Pulled Out from Under Feet… Now, Let's Sweep It Under the Carpet," *Deutsche Bank*, May 3, 2023, p. 1; "Quick Take - EL's FY3Q23 Results," *Deutsche Bank*, May 3, 2023, p. 2.

[330] In its earnings release, Estée Lauder stated that "Asia travel retail pressured results, particularly in Skin Care, and we continued to experience softness in North America."  On their earnings call, management stated that "challenges to our business in Asia travel retail and the United States as well as in the first half in Mainland China were partially offset by the progression of recovery everywhere else."  *See* The Estée Lauder Companies Inc., Form 8-K, filed August 18, 2023, Exhibit 99.1 ("The Estée Lauder Companies Reports Fiscal 2023 Results"), p. 1; Estée Lauder August 18, 2023 Earnings Call, pp. 6–7.

[331] *See*, *e.g.*, "Lowered Guidance as Expected, Asia Travel Retail Weighs on Results," *TD Cowen*, August 18, 2023, p. 1 ("As we highlighted in our preview note from 8/9/23, management's FY24 guidance was below Street, which we think builds in conservatism and the reality of slower than expected ramp in Asia travel retail."); "EL 4QF23 First Take: Q4 Sales and EPS Beat; Conservative FY24 Guide Reflects Asia Travel Retail Headwinds," *Telsey Advisory Group*, August 18, 2023, p. 1 ("While the FY24 outlook disappointed relative to consensus, we believe that some level of softness was to be expected in the guide given the known headwinds to Asia travel retail.").

[332] Estée Lauder stated that its FY 2024 outlook reflected the Company's view that "macroeconomic headwinds … have emerged in Chinese economy," which has "resulted in our Asia travel retail business taking a bit longer than we originally anticipated to return to growth as travel and conversion remain pressured."  Estée Lauder August 18, 2023 Earnings Call, p. 8.

a. Analysts at Morgan Stanley observed that "EL's stock dropped a modest 3% on Friday with weaker than expected FY24 EPS guidance… that was well below bearish street expectations" and noted that the "US continues to be in a seemingly perpetual state of disappointment as the market fragments with smaller brands gaining share."[333]

b. Analysts at Raymond James stated that "continued deterioration in travel retail trends as well as weaker U.S. led to a substantially weaker 1Q24 and FY24 outlook," and lowered their price target and organic sales estimates. They also noted that "[w]hile we had anticipated an outlook cut due to the impact of post-COVID inventory overhang and a weaker than anticipated recovery, today's guide reset was more substantial than we and the market had anticipated.[334]

c. Analysts at Morningstar stated that the "lowered guidance (sales down 6%-8% from 3%-5% growth previously and adjusted EPS to $5.25-$5.40 from $7.39-$7.54) is driven by three factors: weak travel retail in Hainan because of COVID-19-related restrictions, cautious holiday ordering by U.S. department stores given economic concerns, and currency headwinds."[335]

147.    Likewise, on November 1, 2023, Estée Lauder lowered its sales and earnings outlook for FY 2024 due, in part, to weakness in a "11.11" pre-sales event, the risk of business disruptions in the Middle East, and the impact of currency headwinds.[336] As detailed in **Exhibit 5.E**, analyst commentary also linked these factors to the reduction in guidance and Estée Lauder's price decline on November 1, 2023. For example:

a. Analysts at Deutsche Bank stated "EL's stock came under significant pressure (-19% on the day) as the company's lowered FY24 guidance fell materially

---

[333] "Q4 Follow-Up: Lower FY24 EPS on Travel Retail Overhang, but Expect Inflecting EPS Beginning in FQ2," *Morgan Stanley*, August 21, 2023, pp. 1, 3.

[334] "4Q Not as Bad but FY Outlook Reflects Material 1Q Guide Down," *Raymond James*, August 18, 2023, p. 1; "Near-Term Challenges; Investing to Drive Recovery," *Raymond James*, August 21, 2023, p. 1. Other analysts also commented on factors which contributed to the weakness in the travel retail channel—for example, a Canaccord Genuity analyst stated that "[i]n addition to the crackdown on resellers, we believe other headwinds were at play including US/China relations impacting the number of direct flights between the two nations." *See* "Lowered Expectations for FY24, Aiming for FY25 Recovery; PT to $146, Reiterate HOLD," *Canaccord Genuity*, August 20, 2023, p. 1.

[335] "Estee Lauder Earnings: Weak 2023 on Travel Retail Woes; Branding and Innovation to Fuel Recovery," *Morningstar Equity Research*, August 18, 2023, p. 14.

[336] In its earnings release, Estée Lauder lowered its FY 2024 outlook, which the Company attributed, in part, to (i) "the slower growth in overall prestige beauty in Asia travel retail and in Mainland China,… currently confirmed in the presale phase of the 11.11 Shopping Festival," (ii) "the risks of business disruption in Israel and other parts of the Middle East," and (iii) "currency headwinds." *See* The Estée Lauder Companies Inc., Form 8-K, filed November 1, 2023, Exhibit 99.1 ("The Estée Lauder Companies Reports Fiscal 2024 First Quarter Results"), pp. 1, 7.

> short of [Deutsche Bank's estimate], consensus, and buyside expectations alike." The Deutsche Bank analysts further stated that the outlook now embeds "slower growth expectations… reflecting softness in 11/11 pre-sales… business disruption in Israel/Middle East,… and slightly more onerous FX headwinds."[337]

    b. Analysts at J.P. Morgan reported that the "Expected Stock Reaction" would be "Negative," because "EL's FY24 outlook and FQ2 guide cut was deeper than feared," and observed that this "deep cut came with just one quarter into the fiscal year, mainly driven by the worsening outlook for the crucial December quarter (FQ2) in China (quoting slower 11.11 pre-sale phase)."[338]

148.    As discussed above in this section, each of the alleged corrective disclosures corresponds to a date on which Estée Lauder announced its financial results, during which multiple pieces of potentially confounding information were *simultaneously* released to the market alongside information that Plaintiffs claim corrected the alleged misrepresentations. The head research analyst for Estée Lauder at Edgewood testified that Estée Lauder was impacted by macroeconomic changes, the Russia/Ukraine conflict, foreign exchange issues, and supply-chain challenges during the Proposed Class Period.[339] Yet Dr. Cain testified that he has not "researched or attempted to form an opinion on" factors that analysts identified as impacting Estée Lauder's on the alleged corrective disclosure dates, including macroeconomic conditions in the United States, slower-than-expected growth in China's macro economy, COVID-related lockdowns, behavior of Chinese consumers, supply chain issues, fluctuations in exchange rates, the Russia/Ukraine conflict, or disruptions in the Middle East.[340] He has not described how any of the tools he mentions could be used to separate the impact of confounding information released at the same time as alleged corrective disclosures.[341] Dr. Cain has therefore not articulated a damages methodology that can isolate inflation attributable only to allegedly misrepresented or omitted information, given the specific facts and circumstances of this case.

---

[337] "What's Your Time Horizon?" *Deutsche Bank*, November 1, 2023, p. 1.
[338] "Beat 1QF24 but Deeply Cut FY24; Announced Profit Recovery Plan of About $1.80 in EPS," *J.P. Morgan*, November 1, 2023, pp. 1–2.
[339] Knopf Deposition, 264:23–268:19.
[340] Cain Deposition, 207:13–214:6.
[341] In his deposition, Dr. Cain broadly explained that he would need to "understand the information environment and the company itself and then that would lead to subsequent lines of inquiry that may or may not include those types of things," in response to a question as to whether he would "at least need to think about each of those [confounding] factors and consider whether they impacted the price of Estee Lauder's stock in the class period." *See* Cain Deposition, 214:18–215:3.

**VIII.    Dr. Cain's Assessment of *Cammer* Factor 5 Is Not Tailored to the Facts and Circumstances of this Matter and Suffers from Hindsight Bias**

149.    Dr. Cain opines that the "market for Estée Lauder's Common Stock was efficient throughout the [Proposed] Class Period."[342]  He reaches this conclusion based on an analysis of the *Cammer* and *Krogman* factors,[343] including *Cammer* Factor 5, which seeks to test for a "cause-and-effect relationship between new Company disclosures and resulting Common Stock price movements."[344]  As I detail below in this section, Dr. Cain's *Cammer* Factor 5 analysis is not tailored to the specific facts and circumstances of this matter, and suffers from hindsight bias.

150.    To analyze *Cammer* Factor 5, Dr. Cain identifies "News Days" and "No News Trading Days" and compares the proportion of the two categories with a statistically significant stock price reaction.[345]  Specifically, he defines "News Days" as the impact days of Estée Lauder's eight quarterly earnings releases during the Proposed Class Period.[346]  Further, he defines "No News Trading Days" as "days on which there were no News Day events, no alleged revelations of the relevant truth, no SEC filings, and no Dow Jones articles on Factiva tagged to Estée Lauder."[347]  The remaining 44% of trading days during the Proposed Class Period that are neither days corresponding to earnings releases nor "No News Trading Days" are excluded from Dr. Cain's *Cammer* Factor 5 analysis.[348]  Dr. Cain calculates that a greater proportion of "News Days" exhibited statistically significant price movements relative to "No News Trading Days," based on the results of his event study.[349]  He opines that these "results establish a clear cause-and-effect relationship" and "support[] the conclusion that Estée Lauder's Common Stock traded in an efficient market."[350]

---

[342] Cain Report, ¶ 3.a.

[343] Dr. Cain analyzes the following *Cammer* factors:  (i) average weekly trading volume, (ii) analyst coverage, (iii) market makers, (iv) SEC Form S-3 filing eligibility, and (v) a cause-and-effect relationship between Company information and stock prices.  Dr. Cain analyzes the following *Krogman* factors:  (i) market capitalization, (ii) bid-ask spread, and (iii) public float.  He further analyzes institutional ownership as an "additional indicator of market efficiency."  *See* Cain Report, Section V.

[344] Cain Report, ¶¶ 3.b–c.

[345] Cain Report, ¶¶ 73–78, Exhibit 7.

[346] Cain Report, ¶ 73.  Dr. Cain conducts his *Cammer* Factor 5 analysis over the period of February 3, 2022 through November 1, 2023 (his "Analysis Period"), which extends one trading day beyond the end of the Proposed Class Period.  He extends his analysis period one day beyond the end of the Proposed Class Period "to capture the market reaction to the Company's first quarter 2024 earnings," which were announced before market open on November 1, 2023.  *See* Cain Report, ¶ 58.

[347] Cain Report, ¶ 74.

[348] Cain Deposition, 228:11–19.

[349] Cain Report, ¶ 76.

[350] Cain Report, ¶ 78.

151.    Dr. Cain's *Cammer* Factor 5 analysis is not tailored to the specific facts and circumstances of Estée Lauder, the beauty industry, or this matter.  During his deposition, Dr. Cain was shown a comparison of his report in this matter and his report in the *StoneCo* securities matter.  In response, he admitted that the market efficiency analyses in these two reports, including *Cammer* Factor 5, were nearly identical.[351,352]  Dr. Cain further testified that elsewhere he has adopted alternative definitions of "News Days" in certain cases where earnings releases did not represent "the best context for a given company."[353]  However, Dr. Cain chose not to tailor his *Cammer* Factor 5 analysis to the specific facts and circumstances of Estée Lauder.  For example, although the head research analyst for Estée Lauder at Edgewood testified that daigou was a "hot topic" for investors in Estée Lauder and the broader beauty industry during the Proposed Class Period,[354] Dr. Cain does not adapt his definition of "News Days" in this matter to test the response of the type of information at issue, *i.e.,* information specific to illicit daigou, or even daigou generally.  Moreover, Dr. Cain testified that he did not consider the specifics of the 44% of trading days that he excluded from his *Cammer* Factor 5 analysis, and whether they may have contained value-relevant news, including value-relevant news about daigou.[355]

152.    Dr. Cain's *Cammer* Factor 5 analysis is also flawed and unreliable because his selection of "News Days" suffers from hindsight bias.  Five out of eight of Dr. Cain's "News Days" (*i.e.*, 62.5% of his "News Days" sample) correspond to alleged corrective disclosure

---

[351] Dr. Cain testified that he used a nearly identical methodology, and the same language to describe the methodology, for each of the *Cammer* and *Krogman* factors in his expert reports in this matter and the *StoneCo* securities matter.  *See* Cain Deposition, 275:16–23 ("Q. And is that a fair description of the difference in the Cammer Factor 2 analysis between the two reports? In other words, you use the same text -- A. Yes, I do… I do describe the same factor in the same way across reports, but the actual calculation and the statistics are specific and unique to each company and the class period."), 276:7–9 ("Q. The same explanation for the Cammer 5 section? A. Yes").  *See also* Cain Deposition, 267:2–9; 274:18–276:15.

[352] Dr. Cain also testified that he spent a limited amount of time on the preparation of his report: "between 10 and 20 hours." *See* Cain Deposition, 36:8–19.

[353] Cain Deposition, 47:11–20 ("And so the starting point for me is that earnings announcements very frequently represent an objective set of disclosures to evaluate, but then there are times when I conclude that that's not the best context for a given company, for example, if a company is pre-revenue, is a startup company, maybe they only have a drug that's in the testing phase, so they're not generating any revenues or meaningful earnings.").

[354] Knopf Deposition, 170:13–171:4.

[355] Cain Deposition, 234:17–235:11 ("Q. And did you conduct any analysis of the other days here, as we've been using that term, to determine whether announcements occurring on these days represent a potential opportunity for the public release of new value-relevant company information to investors?… A. Well, I think my conclusion is that the market was efficient throughout the entire class period, and so information could be disclosed through a variety of sources at any point during the class period, not only on -- I certainly wouldn't limit that to only the news days as defined in the context of earnings announcements. But I've not attempted to research or identify every date during the class period on which information was disclosed to investors that they found value relevant.").  Dr. Cain was also questioned in deposition about certain days that were excluded from his *Cammer* Factor 5 analysis, and he stated that he had not researched these days.  For example, Dr. Cain was asked about July 19, 2023, on which Estée Lauder disclosed that it was the victim of a cybersecurity incident.  This date was excluded from Dr. Cain's *Cammer* Factor 5 analysis and did not have a statistically significant price movement according to Dr. Cain's event study.  Dr. Cain stated that he had not "researched or attempted to form an opinion" about whether there was value-relevant information released on this date.  *See* Cain Deposition, 245:20–246:12.  *See also* The Estée Lauder Companies Inc., Form 8-K, filed July 19, 2023, Exhibit 99.1 ("The Estée Lauder Companies Inc. Provides Information on Cybersecurity Incident").

dates in this matter.[356] The Amended Complaint, which Dr. Cain cites in his report, details the magnitude of the decline in the price of Estée Lauder's Common Stock on each of these five alleged corrective disclosure dates.[357] Dr. Cain testified that he was aware that stock price declines associated with the five alleged corrective disclosure dates are mentioned in the Amended Complaint.[358] Dr. Cain's knowledge of these large stock price declines prior to developing his definition of "News Days" subjects his *Cammer* Factor 5 analysis to hindsight bias, which refers to a situation where a researcher develops a hypothesis to test after already observing data or information that would lead the researcher to anticipate the outcome of this test.[359] Notably, Dr. Cain's *Cammer* Factor 5 finding is not robust to (*i.e.*, does not hold with) the exclusion of alleged corrective disclosures from his "News Days" classification, since the stock price movement on only one of three remaining earnings release dates is statistically significant.[360]

Executed this 23rd of January, 2026

_____

Jennifer Marietta-Westberg, Ph.D.

---

[356] Cain Report, Exhibit 6; Amended Complaint, Section VI.

[357] *See*, *e.g.*, Amended Complaint, ¶ 185 ("As a direct and proximate result of this partial corrective disclosure and/or materialization of foreseeable risks concealed by Defendants' fraud, the price of Lauder common stock declined over 8%, a reduction of $16.80 per share, bringing the share price down to $189.96 on November 2, 2022."). *See also* Amended Complaint, ¶¶ 196, 208, 218, 231.

[358] Cain Deposition, 251:18–23 ("Q. Well, are you aware from the allegations in the complaint that there were highly negative price changes on the give days that were alleged to be corrective events? A. That is consistent with my recollection of the complaint"), 253:6–12 ("Q. Did you understand when you constructed your event study that each of the alleged corrective disclosures took place on the same day as quarterly earnings announcements? A. Oh, that is consistent with my recollection of the allegations of the complaint, yes.").

[359] *See, e.g.*, R. J. Shiller (2005), *Irrational Exuberance*, 2nd ed., Princeton, NJ: Princeton University Press, p. 153.

[360] After removing these five alleged corrective dates as "News Days," I find that there is *not* a statistically significant difference between "News Days" and "No News Trading Days" in terms of the proportion of days with a statistically significant stock price reaction. Specifically, based on Dr. Cain's event study model, one out of the remaining three "News Days" (33.33%) exhibited statistically significant price movements at the 5% significance level, while 6.25% of "No News Trading Days" exhibited statistically significant price movements at the 5% level. The difference between these two proportions is not statistically significant at the 5% level, according to the one-tailed Fisher's Exact Test that Dr. Cain employs. As such, Dr. Cain's finding for his *Cammer* 5 analysis is *reversed* when the alleged corrective disclosures are excluded from his "News Days" classification, using his own test. *See* Cain Report, Exhibit 7; Cain Report Backup Materials.

**Appendix A**

# Jennifer Marietta-Westberg, Ph.D.
## Vice President

**Cornerstone Research**
2001 K St, N.W., Suite 800
Washington, DC  20006
202.912.8971
JMariettaWestberg@Cornerstone.com

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 2022-Present | **Cornerstone Research**, *Vice President* | Washington, D.C. |
| 2019-2021 | *Principal* | |
| 2016-2018 | *Senior Economist* | |

Provides economic and financial consulting services and analysis in connection with litigation and regulatory investigations involving financial markets. Addresses allegations related to financial reporting, asset management, trading, private equity, and mergers and acquisitions. Assisted respondents in enforcement actions involving the Department of Justice (DOJ) and the Securities and Exchange Commission (SEC). Experienced testifier for cases involving allegations related to Rule 10(b)-5, insider trading, corporate governance, and ERISA.

| | | |
|---|---|---|
| | **U.S. Securities and Exchange Commission** | Washington, D.C. |
| 2013-2016 | *Deputy Chief Economist/Deputy Director (Senior Officer)* | |
| 2014 | *Co-Director and Chief Economist (Acting)* | |
| 2006-2013 | *Assistant Director, Senior Economist, Visiting Scholar* | |

Advised the SEC Chair and Commissioners on economic matters. Led teams of PhD economists developing economic analysis for policy matters affecting corporate issuers, broker-dealers, investment advisors, hedge funds, mutual funds, clearing and settlement, credit rating agencies, proxy voting, and markets and exchanges. Provided economic support to the SEC Divisions of Corporation Finance, Investment Management, Trading and Markets, Enforcement, and the Office of Compliance, Inspections, and Examinations. Served as lead economist on enforcement matters involving alleged Ponzi schemes and participated in on-site exams of broker-dealers. Engaged with Congressional staff and multiple regulatory organizations including the Federal Reserve, the Commodity Futures Trading Commission, and the Department of Labor. Developed analyses for the Financial Stability Oversight Board (FSOC). Provided economic analysis in support of international securities matters and presented findings to the International Organization of Securities Commissions (IOSCO) and the Financial Stability Board.

| | | |
|---|---|---|
| | **Michigan State University** | East Lansing, MI |
| 2000-2006 | *Assistant Professor* | |

Taught Investments (MBA/undergraduate) and Statistical Analysis (MBA).

## ADVISORY BOARDS

| | |
|---|---|
| Finance Dept. Advisory Council, Tippie College of Business, University of Iowa | 2014-Present |
| Board of Advisors, Institute for Law and Economics, University of Pennsylvania | 2020-2024 |
| Practitioner Director, Financial Management Association | 2020-2022 |
| Investor Advisory Committee, U.S. Securities and Exchange Commission | 2018-2021 |
| • Committee Chair | 2020-2021 |

# JENNIFER MARIETTA-WESTBERG
## Vice President

---

## ACADEMIC BACKGROUND

| | | |
|---|---|---|
| 2000 | **University of Iowa, Tippie College of Business**<br>*Ph.D., Finance* | Iowa City, IA |
| 1993 | **Southern Connecticut State University**<br>*B.A., Mathematics* | New Haven, CT |

## EXPERT TESTIMONY (PRIOR FOUR YEARS)

*Conifer Revenue Cycle Solutions, et al. v. Commonspirit Health,* American Arbitration Association, Ref No. 01-24-0005-7565, Deposition Testimony, December 12, 2025.

*Subhash Patel, et al. v. Koninklijke Philips N.V. and Frans Van Houten,* United States District Court, Eastern District of New York, Case No. 1:21-cv-04606-ERK-MMH, Deposition Testimony, June 3, 2025.

*Commodity Futures Trading Commission v. Logista Advisors LLC and Andrew Harris Serotta*, United States District Court, Northern District of Illinois Eastern Division, Case No. 23-cv-7485, Deposition Testimony, May 2, 2025.

*Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., et al.*, United States District Court, District of Massachusetts, Case No. 22-10200-WGY, Deposition Testimony, April 23, 2025.

*In re Vaxart, Inc, Securities Litigation,* United States District Court, Northern District of California, Case No. 3:20-cv-05949-VC, Deposition Testimony, September 9, 2024.

*Christina C. Seidner, Jared Mackrory v. Kimberly-Clark Corporation et al,* United States District Court, Northern District of Texas, Case No. 3:21-CV-00867-L, Deposition Testimony, August 2, 2024.

*Shela Camenisch, et al. v. Umpqua Bank,* United States District Court, Northern District of California, Case No. 3:20-cv-5905-RS, Deposition Testimony, July 8, 2024.

*Shela Camenisch, et al. v. Umpqua Bank,* United States District Court, Northern District of California, Case No. 3:20-cv-5905-RS, Deposition Testimony, May 31, 2024.

*Robert Ciarciello v. Bioventus Inc. et al*, United States District Court, Middle District of North Carolina, Case No. 1:23-cv-00032-CCE-JEP, Deposition Testimony, April 29, 2024.

*In re Vaxart, Inc, Securities Litigation,* United States District Court, Northern District of California, Case No. 3:20-cv-05949-VC, Deposition Testimony, February 26, 2024.

*Steven A.W. De Jaray, et al. v. Lattice Semiconductor Corporation,* United States District Court, District of Oregon, Case No. 3:19-cv-00086-SI, Trial Testimony, February 13, 2024.

*Halman Aldubi Provident and Pension Funds LTD. v. Teva Pharmaceuticals Industries Limited*, United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM, Hearing Testimony, September 21, 2023.

*Edward Anderson, et al. v. Edward D. Jones & Co,* United States District Court, Eastern District of California, Case No. 2:18-cv-00714-JAM-AC, Deposition Testimony, September 15, 2023.

*Christina Stegemann, on behalf of the Gannett Co, Inc. 401(k) Savings Plan et al. v. Gannett Co., Inc. et al.,* United States District Court for the Eastern District of Virginia Alexandria Division, Civil Action No. 1:18-cv-00325-AJT-JFA, Trial Testimony, April 27, 2023.

*In re Kirkland Lake Gold Ltd Securities Litigation,* United States District Court, Southern District of New York, Case No. 20-cv-04953, Deposition Testimony, April 24, 2023.

*Halman Aldubi Provident and Pension Funds LTD. v. Teva Pharmaceuticals Industries Limited*, United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM, Deposition Testimony, January 25, 2023.

*In re FirstEnergy Corp. Securities Litigation,* United States District Court, Southern District of Ohio, Case No. 2:20-cv-03785-ALM-KAJ, Deposition Testimony, September 20, 2022.
*Steven A.W. De Jaray, et al. v. Lattice Semiconductor Corporation,* United States District Court, District of Oregon, Case No. 3:19-cv-00086-SI, Deposition Testimony, August 10, 2022.

*Christina Stegemann, on behalf of the Gannett Co, Inc. 401(k) Savings Plan et al. v. Gannett Co., Inc. et al.,* United States District Court for the Eastern District of Virginia Alexandria Division, Civil Action No. 1:18-cv-00325-AJT-JFA, Deposition Testimony, June 17, 2022.

## PUBLICATIONS

"Going Public Abroad," with Cecilia Caglio and Kathleen Weiss Hanley, 2016, *Journal of Corporate Finance*, Vol. 41, 103-122.

"What Determines the Allocation of Managerial Ownership within Firms? Evidence from Investment Management Firms," with Stephen G. Dimmock and William C. Gerken, 2014, *Journal of Corporate Finance,* Vol. 30, 44-64.

"Economic Effects of SOX Section 404 Compliance: A Corporate Insider Perspective," with Cindy Alexander, Scott Bauguess, Gennaro Bernile, and Yoon-Ho Alex Lee, 2013, *Journal of Accounting and Economics,* Vol. 56, 267-290.

"The Distribution of IPO Holdings across Institutional Mutual Funds," with William C. Johnson, 2009, *Journal of Business Ethics*, Vol. 90, 119-128.

"Universal Banking, Asset Management, and Stock Underwriting," with William C. Johnson, 2009, *European Financial Management*, Vol. 15, 703-732.

"Divergence of Opinion Surrounding Extreme Events," with Tim Loughran, 2005, *European Financial Management*, Vol. 11, 579-601.

"The Timing Ability of Newly Listed NYSE Firms, 1926-1962," with Tim Loughran, 2005, *Journal of Behavioral Finance* Vol. 6, 44-56.

**Appendix A**
## JENNIFER MARIETTA-WESTBERG
### Vice President

---

**HONORS AND AWARDS**

*Professor of the Year*, Phi Chi Theta Undergraduate Professional Business Fraternity    2001
*Excellence in Teaching*, Finance Department, Michigan State University    2001

**PROFESSIONAL ACTIVITIES**

| | |
|---|---|
| Elected Position: Chair, IOSCO Committee on Emerging Risk | 2015-2016 |
| Elected Position: Vice Chair, IOSCO Committee on Emerging Risk | 2014-2015 |
| Member: Financial Stability Board's Standing Committee on Assessment of Vulnerabilities (SCAV) | 2015-2016 |
| Awarded a certificate of completion for the Strategic Management of Regulatory and Enforcement Agencies Program, Harvard University, John F. Kennedy School of Government, Executive Education | 2015 |

Speeches

Suffolk University and Merrill Lynch Wealth Management Symposium, Boston, MA, 2017
Coe College, Cedar Rapids, IA, 2015
Network Management Americas, Miami, FL, 2015
IOSCO Annual Stakeholders Meeting, Madrid, 2015
13th Annual Quant Congress, New York, NY, 2015
Security Ops New York Conference, New York, NY, 2015
OTC Derivatives Clearing Summit, New York, NY, 2013
DerivOps Conference, Chicago, IL, 2013
University of Colorado, Burridge Center for Securities Analysis and Valuation Annual Conference, "Dodd-Frank Requirements and Associated Economic Issues", Boulder, CO, 2011

Panelist

Securities Enforcement Forum, 2025, 2020-2021, 2017-2018
Public Company Shareholder Engagement Summit, 2024
Investment Company Institute: Economic Analysis and SEC Rulemaking, 2023
Cornerstone Research: Emerging Issues in Cryptocurrency, 2023
Women in Securities Litigation: Expert Panel, 2023
PLI Expert Witness Panel, 2019-2023
REITwise Virtual Law, Accounting & Finance Conference, 2021
The Knowledge Group, Effectively Handling an SEC Enforcement Inquiry, 2019-2021
ICI Securities Law Developments Conference, 2020
SEC Conference on the State of Our Securities Markets, Washington, D.C. 2019
Carnegie Mellon Conference on the Economics of Credit Rating Agencies, Pittsburgh, PA, 2015
Center for Professional Education, New York, NY, 2013, 2015
ICI SEC Rules Committee, Washington, D.C., 2015
SEC Speaks, Washington, D.C., 2012, 2013, 2014, 2015
Financial Stability Board's Assessment Group on Vulnerabilities, Mexico City, 2014
National Organization of Investment Professionals Conference on Equity Market Structure, New York, NY, 2014
Consumer Financial Protection Bureau Conf. on Benefit-Cost Analysis, Washington, D.C., 2014

Southwest Regional Securities Conference, Fort Worth, TX, 2013
NBER Credit Rating Agency Meeting, Boston, MA, 2013
Notre Dame Conference on Dodd Frank and the Future of Finance, Washington, D.C., 2013
Financial Markets Association, Legal and Legislative Issues Conference, Washington, D.C., 2011, 2012
Financial Management Association, Annual Meeting, Dallas, TX, 2010

Discussant

Penn Law ILE Spring Corporate Roundtable, Philadelphia, 2019
FINRA Fixed Income Conference, Washington, DC, 2017
University of Notre Dame Regulatory Conference, South Bend, IN, 2009, 2010, 2011, 2015
University of Indiana, Conference on Financial Economics and Accounting, Bloomington, IN, 2011
Oxford University IPO Symposium, Oxford, UK, 2008
University of Notre Dame Ethics Conference, South Bend, IN, 2008
Washington Area Finance Association, 2008, Washington, D.C., Annual Meeting
European Financial Management Association Annual Meeting, Stockholm, 2006
People and Money Conference, Depaul University, Chicago, IL, 2005
Financial Management Association, 1999, 2002-2005, 2007, 2010 Annual Meetings

**Appendix B**

# List of Documents Considered

**Academic Articles and Books**

- A. C. MacKinlay (1997), "Event Studies in Economics and Finance," *Journal of Economic Literature*, 35(1), pp. 13–39

- D. Bradley et al. (2017), "Are All Analysts Created Equal? Industry Expertise and Monitoring Effectiveness of Financial Analysts," *Journal of Accounting and Economics*, 63(2–3), pp. 179–206

- D. Bradley, S. Gokkaya, and X. Liu (2017), "Before an Analyst Becomes an Analyst: Does Industry Experience Matter?" *The Journal of Finance*, 72(2), pp. 751–791

- E. F. Fama (1970), "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, 25(2), pp. 383–417

- E. F. Fama (1991), "Efficient Capital Markets: II," *The Journal of Finance*, 46(5), pp. 1575–1617

- J. A. Busse and T. C. Green (2002), "Market Efficiency in Real Time," *Journal of Financial Economics*, 65(3), pp. 415–437

- J. Drienko and S. J. Sault (2013), "The Intraday Impact of Company Responses to Exchange Queries," *Journal of Banking & Finance*, 37(12), pp. 4810–4819

- L. D. Brown et al. (2015), "Inside the 'Black Box' of Sell-Side Financial Analysts," *Journal of Accounting Research*, 53(1), pp. 1–47

- L. D. Brown et al. (2016), "The Activities of Buy-Side Analysts and the Determinants of Their Stock Recommendations," *Journal of Accounting and Economics*, 62(1), pp. 139–156

- M. B. Clement (1999), "Analyst Forecast Accuracy: Do Ability, Resources, and Portfolio Complexity Matter?" *Journal of Accounting and Economics*, 27(3), pp. 285–303

- M. T. Bradshaw (2011), "Analysts' Forecasts: What Do We Know After Decades of Work?" Working Paper, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=1880339

- O. Kadan et al. (2012), "Analysts' Industry Expertise," *Journal of Accounting and Economics*, 54(2–3), pp. 95–120

- P. Asquith, M. B. Mikhail, and A. S. Au (2005), "Information Content of Equity Analyst Reports," *Journal of Financial Economics*, 75(2), pp. 245–282

- P.-C. Chiu et al. (2021), "Cater to Thy Client: Analyst Responsiveness to Institutional Investor Attention," *Management Science*, 67(12), pp. 7455–7471

**Appendix B**

- R. J. Shiller (2005), *Irrational Exuberance*, 2nd ed., Princeton, NJ: Princeton University Press

- T. Chordia, R. Roll, and A. Subrahmanyam (2005), "Evidence on the Speed of Convergence to Market Efficiency," *Journal of Financial Economics*, 76(2), pp. 271–292

**Analyst Reports**

- "Downtown Duty Free in China = More Upside," *Macquarie Research*, September 25, 2019

- "Key Takeaways from China Duty-Free Expert Call," *Jefferies*, August 5, 2021

- "EL 2Q22 Quicktake: Slight Organic Sales Beat on Americas Despite Weak Asiapac," *Bank of America*, February 3, 2022

- "F2Q22 First Impressions," *Barclays*, February 3, 2022

- "Fiscal 2Q22 Beat; FY22 Guidance Headed Higher, but Fiscal 3Q22 Looks Low," *Citi*, February 3, 2022

- "From Euphoria to Panic in the last 30 Days; Upgrade to Buy," *Citi*, February 3, 2022

- "Beauty Hidden in Plain Sight?" *Deutsche Bank*, February 3, 2022

- "Quick Take - EL's 2Q22 Results," *Deutsche Bank*, February 3, 2022

- "Initial Take: Q2 Solid, Profit Boost on Cost Tightening; Guide Rebal 2H Macro," *Jefferies*, February 3, 2022

- "Model Update: Solid Sales Pace Balanced by Higher Costs & Tempered Profit Power," *Jefferies*, February 3, 2022

- "First Reaction: Beat and Raised FY22 Guide Above JPMe and Consensus, Although FQ3 Outlook Missed," *J.P. Morgan*, February 3, 2022

- "Quick Comment: Large 2Q22 EPS Beat, Partial Flow Through to Higher FY22 EPS Guidance," *Morgan Stanley*, February 3, 2022

- "Estee Lauder Posts Double-Digit Sales Growth Despite China Shutdowns, but Shares Modestly Overvalued," *Morningstar Equity Research*, February 3, 2022

- "EL Delivers Again in a Volatile Global Beauty Backdrop; Reiterate as a Top Pick," *Oppenheimer*, February 3, 2022

- "Quick Take: FQ2 Beats, FY'22 Guidance Raised Despite Ongoing Pandemic Pressures," *Piper Sandler*, February 3, 2022

- "Solid FQ2; Compelling Long-Term Outlook Makes This a Name to Own in Beauty," *Piper Sandler*, February 3, 2022

**Appendix B**

- "Another Blowout Quarter and Raised FY Outlook…and Another Muted Next Quarter Outlook," *Raymond James*, February 3, 2022

- "EL & HSY - Quick Takes on Earnings," *RBC Capital Markets*, February 3, 2022

- "EL 2QF22 First Take: Broad-Based Topline Strength Delivers Beat and Raise Despite Lingering Headwinds," *Telsey Advisory Group*, February 3, 2022

- "Stronger Sales, OPEX Leverage, and Taxes Drive 2Q Upside; EL Raises FY22 Guidance," *UBS*, February 3, 2022

- "EL: FQ222 First Take—Quarter Ahead, Outlook Coming Up; Cleared Some Hurdles," *Wells Fargo*, February 3, 2022

- "EL: Two 'Multiples' Should Make It Right...Right?" *Wells Fargo*, February 3, 2022

- "Solid 2Q Beat; Offset by High Bar for Guidance," *Bank of America*, February 4, 2022

- "Growth for Sale," *Barclays*, February 4, 2022

- "Faster Growth That Is Here to Stay," *Berenberg*, February 4, 2022

- "On Track for Above Algo Year but Magnitude of Beats Will Narrow," *Credit Suisse*, February 4, 2022

- "Raising Estimates and Maintaining Our $439 PT; BUY," *D.A. Davidson*, February 4, 2022

- "U.S. to Drive Estee's 2nd Half," *Evercore ISI*, February 4, 2022

- "Model Update: Reinvestment in Marketing Brings Short Term Volatility but Right Decision Long Term," *J.P. Morgan*, February 4, 2022

- "Q2 Follow-Up: Glass Half Full; Solid Organic Sales, Raising EPS on Margin Driven Q2 EPS Upside," *Morgan Stanley*, February 4, 2022

- "Estee Lauder Posts Double-Digit Sales Growth Despite China Shutdowns, but Shares Modestly Overvalued," *Morningstar Equity Research*, February 4, 2022

- "Are You Not Entertained? Share Slide Presents Buying Opportunity," *Raymond James*, February 4, 2022

- "EPS Aftermath - Eye of the Tiger; Buy the Pullback," *RBC Capital Markets*, February 4, 2022

- "EL 2QF22 Follow-Up: Increased 3Q Costs Support Product Launches and Topline Growth; Maintain Outperform," *Telsey Advisory Group*, February 4, 2022

- "A Solid Print All Things Considered; Valuation Keeps Us Sidelined," *UBS*, February 4, 2022

**Appendix B**

- "Analyst's Notes," *Argus Research*, February 7, 2022

- "Thoughts Following Dinner with EL Management," *Oppenheimer*, February 9, 2022

- "FY23e Sales Recovery Underestimated, but Future Cash Flow Less Valuable," *Société Générale*, February 10, 2022

- "Positive Data Points: Increased Confidence in OLPX, EL, COTY & OR," *Evercore ISI*, February 11, 2022

- "Estee Lauder's Strong Brands and Digital Acumen Result in Resiliency Despite Supply Chain Disruption," *Morningstar Equity Research*, February 18, 2022

- "Estee Lauder's Strong Brands and Digital Acumen Result in Resiliency Despite Supply Chain Disruption," *Morningstar Equity Research*, February 18, 2022, 16:59 UTC

- "Insight: Monthly Beauty Digital Index; Jan -8%; All Categories -MSD% to -LDD%," *Jefferies*, February 24, 2022

- "Management Meeting Takeaways: Keeping an Eye on FY23," *Bank of America*, February 25, 2022

- "John Demsey Is Gone, but EL Is Still in Very Capable Hands," *Citi*, February 28, 2022

- "Out on the Town - March 2022; EL Continues Dominance in Beauty Store Checks," *Piper Sandler*, March 7, 2022

- "The Estée Lauder Companies Inc. (EL): Business Description," *Baptista Research*, March 8, 2022

- "The Estée Lauder Companies Inc. (EL): Company Overview," *Baptista Research*, March 8, 2022

- "January IATA Data Shows Global Air Travel Recovery Was Impacted by Omicron," *RBC Capital Markets*, March 10, 2022

- "EL: Tracking Dragons—China Imports Eke Out Growth QTD Against Tough Comps," *Wells Fargo*, March 10, 2022

- "A Growing List of Headwinds Near Term for the EL Bull Case," *Oppenheimer*, March 16, 2022

- "Key Takeaways from Management Meetings," *UBS*, March 16, 2022

- "6 Reasons to Reassess EL Outlook," *Evercore ISI*, March 21, 2022

- "Insight: Monthly Beauty Digital Index; Feb -3%; All Categories -LSD% to -MSD%," *Jefferies*, March 22, 2022

**Appendix B**

- "Family Control Not a Current Risk, Plastics Target Leader," *Société Générale*, April 6, 2022

- "LVMH Read on EL," *Evercore ISI*, April 12, 2022

- "LVMH Q1 Call Highlights & Views on Coverage (EL, ELF, ULTA)," *Piper Sandler*, April 12, 2022

- "An Updated China Survey: Data Appears Mixed with Sales Trends Looking More Challenged, but Traffic & Baskets Looking Better," *Citi*, April 13, 2022

- "EL: Tracking Dragons—Tough March Adds Risk to APAC Estimates," *Wells Fargo*, April 14, 2022

- "American Beauty," *Barclays*, April 19, 2022

- "Insight: Beauty's Biggest Themes We're Tracking Looking Out 3+ Years," *Jefferies*, April 19, 2022

- "Positive Read-Through from Peer L'Oreal Sales Print," *J.P. Morgan*, April 19, 2022

- "EL: Read-Throughs from EL Peers Say...?" *Wells Fargo*, April 22, 2022

- "Insight: Monthly Beauty Digital Index; Mar -3%; All Categories -LSD%," *Jefferies*, April 25, 2022

- "What We're Watching for in FY3Q22 Results," *Deutsche Bank*, April 26, 2022

- "State of Global Beauty & Estee's Preview," *Evercore ISI*, April 26, 2022

- "Q3 Preview: A Much Better than Expected Delivery in the Offing, but an Updated Conservative Guide?" *Oppenheimer*, April 26, 2022

- "EL 3QF22 EPS Preview: Look for Continued Makeup and Retail Recovery Amid Headwinds," *Telsey Advisory Group*, April 27, 2022

- "What's Happening Today," *Telsey Advisory Group*, April 27, 2022

- "Latest Thoughts Heading into F3Q'22," *RBC Capital Markets*, April 29, 2022

- "3Q22 Earnings Prep," *Barclays*, May 2, 2022

- "Scouting Report: What to Expect from EL's FQ3," *UBS*, May 2, 2022

- "EL 3Q22 Quicktake: Sales a Touch Light; China/Ukraine Flow to Guidance Cut," *Bank of America*, May 3, 2022

- "F3Q22 First Impressions," *Barclays*, May 3, 2022

- "Big EPS Beat in 3Q22; But FY22 Guidance Comes Down Sharply," *Citi*, May 3, 2022

- "Maintaining Buy Rating, but Lowering Target Price," *Citi*, May 3, 2022

**Appendix B**

- "Stock Pullback Solely Due to Transitory Pressures; We Reiterate Outperform," *Credit Suisse*, May 3, 2022

- "BUY the Dip as Issues in China Are Transitory," *D.A. Davidson*, May 3, 2022

- "Quick Take - EL's 3Q22 Results," *Deutsche Bank*, May 3, 2022

- "Fundamentally Better than Q3 Suggests, and Pre-Covid Days," *Evercore ISI*, May 3, 2022

- "Q3 Sales In-Line, EPS $0.33 Beat. China to Hurt Q4 More," *Evercore ISI*, May 3, 2022

- "First View: Negative Readthrough on EL's Q3 Results," *Jefferies*, May 3, 2022

- "Initial Take: Q3 Sales Miss; Necessary Reset Given China Exposure," *Jefferies*, May 3, 2022

- "Model Update: Ex-China Burden, Biz Pacing Well Enough for Algo to Hold," *Jefferies*, May 3, 2022

- "Beat F3Q but FQ4 Outlook Misses by Wide Margin on China Lockdowns and Impact of Russia/Ukraine," *J.P. Morgan*, May 3, 2022

- "Quick Comment: Much Lower FY22 Topline/EPS Guidance Despite a Q3 EPS Beat," *Morgan Stanley*, May 3, 2022

- "Lowered Guidance Provides Favorable Price to Buy Estee Lauder as Headwinds Should Be Transitory," *Morningstar Equity Research*, May 3, 2022

- "A Bigger than Expected Guide Down; Buy the Dip in the Mid-$230s," *Oppenheimer*, May 3, 2022

- "Guidance Disappointing, but Long Term Thesis Remains Intact; Reiterate OW," *Piper Sandler*, May 3, 2022

- "Quick Take: FQ3 Mixed, Guidance Lowered as Macro Pressures Continue," *Piper Sandler*, May 3, 2022

- "China Exposure Weighs on Quarter and Outlook," *Raymond James*, May 3, 2022

- "Quick Take on Earnings," *RBC Capital Markets*, May 3, 2022

- "EL 3QF22 First Take: EPS Beats but Annual Outlook Moderated on China Lockdowns," *Telsey Advisory Group*, May 3, 2022

- "EL Delivers 3Q Beat, but FY22 Guidance Worse than Feared," *UBS*, May 3, 2022

- "Upside Near-Term Depends on COVID-Reopening; Stay Neutral," *UBS*, May 3, 2022

**Appendix B**

- "EL: Back to 'Recovery'…That Might Be OK for the Stock (Eventually)," *Wells Fargo*, May 3, 2022

- "EL: FQ322 First Take—EPS Beat but APAC Missed and FY Guided Down, Implying Pressure Builds in FQ4," *Wells Fargo*, May 3, 2022

- "EL 3Q22: Shanghai Supply Is Still Awry, Should Be Fine Before July," *Bank of America*, May 4, 2022

- "Volatility Priced In," *Barclays*, May 4, 2022

- "Thesis Intact Despite Recent Lockdowns," *Berenberg*, May 4, 2022

- "Locked Down for Now," *Deutsche Bank*, May 4, 2022

- "Model Update Post-F3Q: Deep Cut but LT Remains Healthy; Buying Opportunity," *J.P. Morgan*, May 4, 2022

- "Q3 Follow-Up: Negative FY EPS Revision Due to More Transitory Issues," *Morgan Stanley*, May 4, 2022

- "Lockdowns Hit Hard but LT Fundamentals Intact; Lower Estimates and PT but Maintain Strong Buy," *Raymond James*, May 4, 2022

- "EPS Aftermath – Just a Wrinkle in the Bull Case; Buy the Pullback," *RBC Capital Markets*, May 4, 2022

- "EL 3QF22 Follow-Up: Despite Transitory China Impact, Secular Growth Story Remains; Maintain Outperform," *Telsey Advisory Group*, May 4, 2022

- "Lowered Guidance Provides Favorable Price to Buy Estee Lauder as Headwinds Should Be Transitory," *Morningstar Equity Research*, May 6, 2022

- "Japan Cosmetics: Key Points Following Estee Lauder's Q3 Results," *UBS*, May 9, 2022

- "EL: Tracking Dragons—Cosmetics Imports Decline in April, but Show Resiliency," *Wells Fargo*, May 9, 2022

- "Analyst's Notes," *Argus Research*, May 11, 2022

- "Nexus.One: Through May 13th, 2022: Weekly Read-Thrus for Consumer Staples," *RBC Capital Markets*, May 13, 2022

- "China Lockdowns More Impactful Near Term; Shares Fairly Reflect Outlook Changes," *Société Générale*, May 13, 2022

- "Insight: Monthly Beauty Digital Index; Apr -4%; All Categories -L/MSD%," *Jefferies*, May 18, 2022

**Appendix B**

- "While Estee Lauder Is Affected by China's COVID-19 Restrictions, Disruption Should Be Short-Lived," *Morningstar Equity Research*, May 18, 2022

- "Taking a WACC at Valuation: EL Share Price Following CAPM Model," *Bank of America*, May 19, 2022

- "The Estée Lauder Companies Inc. (EL): Company Overview," *Baptista Research*, May 21, 2022

- "Adding EL Back to Top Pick Status," *Oppenheimer*, May 31, 2022

- "Positive Reinforcement," *Barclays*, June 2, 2022

- "China Is Ready for 6.18 Online Festival," *Evercore ISI*, June 2, 2022

- "China Consumer Survey – Beauty Brands & Products," *Citi*, June 6, 2022

- "EL: China 'Better than Feared' in Play—Cosmetics Imports Lower Y/Y in May, but Still Better than Expected," *Wells Fargo*, June 9, 2022

- "Feedback from Meetings with CEO and EVP of Marketing and Chief Data Officer," *J.P. Morgan*, June 10, 2022

- "While Estee Lauder Is Affected by China's COVID-19 Restrictions, Disruption Should Be Short-Lived," *Morningstar Equity Research*, June 13, 2022

- "Insight: Monthly Beauty Digital Index; May -3%; Sales Wtd +10%," *Jefferies*, June 17, 2022

- "China Airport Weekly: Marginal Relaxation Continues," *CLSA*, June 20, 2022

- "Morning Notes: China/Hong Kong," *CLSA*, June 21, 2022

- "Estee's Shark Tank v. Unilever's Ambition," *Evercore ISI*, June 23, 2022

- "China Duty Free Sector: Addressing Major Investor Concerns," *UBS*, June 23, 2022

- "While Estee Lauder Is Affected by China's COVID-19 Restrictions, Disruption Should Be Short-Lived," *Morningstar Equity Research*, June 24, 2022

- "Model Update: Reframing Pace of China Rebound; Estimates & Mult. Trimmed," *Jefferies*, June 26, 2022

- "China and Travel Retail Better. EL Positives," *Evercore ISI*, June 27, 2022

- "High Grade Coverage Report: A Summary of Credit Analyst Recommendations in the Consumer/Food/Beverage/Tobacco Sectors," *J.P. Morgan*, June 29, 2022

- "8K Reaffirms Viewpoint of EL as a Leader in Beauty; Updating Model Slightly," *Piper Sandler*, June 29, 2022

- "China Beauty: Not a V but W. Expert Webinar," *Evercore ISI*, July 6, 2022

**Appendix B**

- "Moats Should Help Beauty Firms Capture Accelerating Market Growth and Manage ESG Challenges," *Morningstar Equity Research*, July 11, 2022

- "EL: China Cosmetics Imports—Overall Better than Expected for the June Quarter," *Wells Fargo*, July 13, 2022

- "Insight: Monthly Beauty Digital Index; June -2%; Sales Wtd +2%," *Jefferies*, July 20, 2022

- "LVMH Read on EL," *Evercore ISI*, July 26, 2022

- "Moats Should Help Beauty Firms Capture Accelerating Market Growth and Manage ESG Challenges," *Morningstar Equity Research*, July 27, 2022

- "L'Oreal Reads on EL, COTY, OLPX," *Evercore ISI*, July 28, 2022

- "Prepare for Takeoff... In a Bit; Global Travel Trends Give Us Near Term Caution," *Piper Sandler*, July 28, 2022

- "Going Beyond Beauty with Tom Ford Acquisition Makes Sense, but We're Skeptical," *Piper Sandler*, August 1, 2022

- "Tom Ford Offer? Could Potentially Pay Over $4Bn on Unique Value," *Société Générale*, August 2, 2022

- "Expect Q4 Beat, but More Conservative Guide than Usual," *Evercore ISI*, August 3, 2022

- "Key New Industry Data Points Relevant for EL, COTY and OLPX," *Evercore ISI*, August 4, 2022

- "U.S. Prestige Beauty Market Up Mid Teens," *Evercore ISI*, August 5, 2022

- "China Travel Retail Disrupted," *Evercore ISI*, August 8, 2022

- "Q4 Preview: A Below-Consensus FY23 Guide Likely from EL," *Oppenheimer*, August 8, 2022

- "What We're Watching for in FY4Q22 Results," *Deutsche Bank*, August 9, 2022

- "China Sideways in July," *Evercore ISI*, August 10, 2022

- "EL 4QF22 EPS Preview: FY23 Outlook and China Likely Key Focus of Call; Maintain $377 Price Target," *Telsey Advisory Group*, August 11, 2022

- "EL: Digging into FQ422 and FY23 Setup," *Wells Fargo*, August 15, 2022

- "Insight: Monthly Beauty Digital Index; July -3%; Sales Wtd -3%," *Jefferies*, August 16, 2022

- "Q4 EPS Preview; Lower EPS on FX," *Morgan Stanley*, August 16, 2022

**Appendix B**

- "Latest Thoughts Headed into F4Q'22 Earnings," *RBC Capital Markets*, August 16, 2022

- "Scouting Report: What to Expect from EL's FQ4," *UBS*, August 16, 2022

- "F4Q22 Earnings Prep," *Barclays*, August 17, 2022

- "4Q22 Quick Take: 4Q Beat; FY23 Reflects Macro Headwinds," *Bank of America*, August 18, 2022

- "F4Q22 First Impressions," *Barclays*, August 18, 2022

- "Details Showcase a Very Powerful Growth Outlook (After a Tough F1Q23)," *Credit Suisse*, August 18, 2022

- "Quick Take - EL's 4Q22 Results," *Deutsche Bank*, August 18, 2022

- "Sleeping Beauty," *Deutsche Bank*, August 18, 2022

- "Emerging Stronger, Diversified Post-Covid," *Evercore ISI*, August 18, 2022

- "Q4 Beat; F23 Guide Conservative, Reflects Hainan," *Evercore ISI*, August 18, 2022

- "Initial Take: Mixed Report; Q4 Beat, FY23 Guide Below & 2H Wtd, as Expected," *Jefferies*, August 18, 2022

- "Model Update: FY23 Growth Hinges on China & Travel; Taking Ests to Mid-Guide," *Jefferies*, August 18, 2022

- "Beat FQ422 by Wide Margin but FQ123 and FY23 Guidance Came in Well Bellow [sic] JPMe and Consensus," *J.P. Morgan*, August 18, 2022

- "Quick Comment: Q4 Beat, Q1/FY23 Guidance Below Consensus," *Morgan Stanley*, August 18, 2022

- "Despite Near-Term Headwinds, Wide-Moat Estee Lauder Has Beautiful Long-Term Growth Prospects," *Morningstar Equity Research*, August 18, 2022

- "Model Update and Post Call Thoughts," *Oppenheimer*, August 18, 2022

- "Quick Take: Good FQ4, but Guidance Falls Short as Macro Pressures Persist," *Piper Sandler*, August 18, 2022

- "Weak FY'23 Guide, but Travel Tracker Update Shows Some Improvement; Reiterate OW," *Piper Sandler*, August 18, 2022

- "4Q Beats, FY Outlook Reflects Solid Sales, 1Q Guide Reflects Uncertainty," *Raymond James*, August 18, 2022

- "Quick Take on Earnings," *RBC Capital Markets*, August 18, 2022

**Appendix B**

- "EL 4QF22 First Take: Solid Top and Bottom Line Beat in Q4; FY23 Outlook Conservative as Expected," *Telsey Advisory Group*, August 18, 2022

- "EL Delivers 4Q Beat, but FY23 EPS Guidance Falls Short of Street Expectations," *UBS*, August 18, 2022

- "FY23 Guidance Seems More than Achievable, but Valuation Keeps Us Sidelined," *UBS*, August 18, 2022

- "EL: Feels More Front-Half Weighted...So to Speak," *Wells Fargo*, August 18, 2022

- "EL: FQ422 First Take—Quarter Ahead, with Caveats; FY23 Guidance Resets Street EPS," *Wells Fargo*, August 18, 2022

- "Analyst's Notes," *Argus Research*, August 19, 2022

- "EL 4Q22: A Decent Quarter with Rebased Expectations for a 2H-Weighted FY23," *Bank of America*, August 19, 2022

- "No More Drama," *Barclays*, August 19, 2022

- "Long-Term Growth Prospects Remain Intact," *Berenberg*, August 19, 2022

- "Model Update Post Q4: Recovery Pushed Back to H223 but Consumer Demand Remains Solid," *J.P. Morgan*, August 19, 2022

- "Q4 Follow-Up: OW; Glass Half Full," *Morgan Stanley*, August 19, 2022

- "Despite Near-Term Headwinds, Wide-Moat Estee Lauder Has Beautiful Long-Term Growth Prospects," *Morningstar Equity Research*, August 19, 2022

- "Fundamentals Resilient, China Recovery Through FY23; Reiterate Strong Buy," *Raymond James*, August 19, 2022

- "EPS Aftermath – Summer (Makeup) Renaissance," *RBC Capital Markets*, August 19, 2022

- "EL 4QF22 Follow-Up: Looking to 2HF23 for Growth as China Recovers from Shutdowns," *Telsey Advisory Group*, August 19, 2022

- "Catching Up with Estee Lauder," *Bank of America*, August 22, 2022

- "Organic Sales Growth of 7%-9% Expected in FY23; BUY," *D.A. Davidson*, August 22, 2022

- "Greater Visibility on Hainan Disruption," *Société Générale*, August 26, 2022

- "EL: Meeting with EL's CFO Travis and EVP Global Supply Chain Canevari," *Wells Fargo*, August 26, 2022

- "The Estée Lauder Companies Inc. (EL): Company Overview," *Baptista Research*, August 27, 2022

**Appendix B**

- "Despite Near-Term Headwinds, Wide-Moat Estee Lauder Faces a Bright Future," *Morningstar Equity Research*, August 30, 2022

- "Press Reports of Potential Beauty Deal with Balmain? Now This Makes Sense," *Piper Sandler*, August 31, 2022

- "UBS Japan in Focus: Estée Lauder Meeting Discussion Points," *UBS*, September 1, 2022

- "Key Takeaways from Management Meeting," *UBS*, September 6, 2022

- "EL: China Cosmetics Imports—Local Disruptions Continue, but Estimates Still Look on Track," *Wells Fargo*, September 7, 2022

- "Despite Near-Term Headwinds, Wide-Moat Estee Lauder Faces a Bright Future," *Morningstar Equity Research*, September 16, 2022

- "Insight: Monthly Beauty Digital Index; Aug. Median & Sales Wtd Converge to Flat," *Jefferies*, September 20, 2022

- "EL Wins Balmain License Despite Connection to Coty's Kylie," *D.A. Davidson*, September 26, 2022

- "More than Just Filling Gaps," *Evercore ISI*, September 26, 2022

- "Balmain Deal Becomes Official; A Nice Add to the EL Luxury Portfolio," *Piper Sandler*, September 26, 2022

- "Another Updated Look at Consumer Staples Stocks and Rising Interest Rates," *Oppenheimer*, September 27, 2022

- "Call with E-Commerce Service Provider," *Morgan Stanley*, October 4, 2022

- "LVMH Read on EL," *Evercore ISI*, October 11, 2022

- "LVMH Q3 Highlights and Views on Coverage; Most Positive for EL, IPAR, COTY," *Piper Sandler*, October 11, 2022

- "Expecting a Mixed Bag in EL's F1Q," *Credit Suisse*, October 20, 2022

- "Quick Math/ Read from L'Oreal Luxe Results," *Evercore ISI*, October 20, 2022

- "Beauty Preview: Coverage Transfer & Trimming Ests as Consumer Behavior Shifts," *Jefferies*, October 20, 2022

- "What We're Watching for in FY1Q23 Results," *Deutsche Bank*, October 21, 2022

- "Davidson Proprietary Data - Social Media Standout Tom Ford," *D.A. Davidson*, October 25, 2022

- "A Difficult Setup Remains for Our Consumer Staples Coverage," *Oppenheimer*, October 26, 2022

**Appendix B**

- "EL 1QF23 Earnings Preview: Anticipate Pressure in 1QF23 with Sequential Improvement Throughout FY23," *Telsey Advisory Group*, October 26, 2022

- "F1Q23 Earnings Prep," *Barclays*, November 1, 2022

- "F1Q23 First Impressions," *Barclays*, November 2, 2022

- "Big China Exposure Cuts Both Ways," *Credit Suisse*, November 2, 2022

- "Read-X: Estee Lauder's Q123 Results: Weak Outlook," *Credit Suisse*, November 2, 2022

- "Quick Take - EL's 1Q23 Results," *Deutsche Bank*, November 2, 2022

- "An Air-Pocket: Retail Sales Better, but Retailers Destock in the U.S., China," *Evercore ISI*, November 2, 2022

- "Destocking in Hainan to Weigh on 2Q Too. Clearing Event?" *Evercore ISI*, November 2, 2022

- "Initial Take: FY Guidance Slashed for Cont. Disruption in China and TR," *Jefferies*, November 2, 2022

- "Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $230," *Jefferies*, November 2, 2022

- "Beat FQ123 but Deeply Cut FY23 Guidance and Introduced a Weak F2Q," *J.P. Morgan*, November 2, 2022

- "Quick Comment: Q1 Beat, but Far Below Consensus FY23 Guide-Down," *Morgan Stanley*, November 2, 2022

- "Share Weakness Presents Buying Opportunity for Wide-Moat Estee Lauder as Long-Term Trends Intact," *Morningstar Equity Research*, November 2, 2022, 19:04 UTC

- "Share Weakness Presents Buying Opportunity for Wide-Moat Estee Lauder as Long-Term Trends Intact," *Morningstar Equity Research*, November 2, 2022, 19:15 UTC

- "Quick Read: A Much Deeper Guide-Down than Expected," *Oppenheimer*, November 2, 2022

- "FQ1: Outlook Falls Short Again, but We're Keeping Our Focus Beyond Near Term," *Piper Sandler*, November 2, 2022

- "Guidance Cut Sharper than Expected; China Shatters," *Raymond James*, November 2, 2022

- "Quick Take on Earnings," *RBC Capital Markets*, November 2, 2022

- "EL 1QF23 First Take: EPS Beats but Outlook Moderated on Pressures in China, US Inventory Tightening, and FX," *Telsey Advisory Group*, November 2, 2022

**Appendix B**

- "1Q In-Line, but FX and Restrictions Drag FY23 Guide Lower," *UBS*, November 2, 2022

- "EL: FQ123 First Take—Quarter in Line, but It's All About This Reset," *Wells Fargo*, November 2, 2022

- "Immobilized in China," *Bank of America*, November 3, 2022

- "Perfect Storm," *Barclays*, November 3, 2022

- "Guidance Cut Due to Channel Inventory Reductions and FX," *D.A. Davidson*, November 3, 2022

- "Beauty and the Beast," *Deutsche Bank*, November 3, 2022

- "Bull Case Requires Investor Patience but EL Deserves the Benefit of the Doubt, in Our View," *J.P. Morgan*, November 3, 2022

- "Q1 Follow-Up: FY23 Challenges; FY24 Recovery," *Morgan Stanley*, November 3, 2022

- "Can't Make Up for Lockdowns, but Near the Bottom," *Raymond James*, November 3, 2022

- "EPS Aftermath - Zero-COVID a Fly in the Ointment," *RBC Capital Markets*, November 3, 2022

- "EL 1QF23 Follow-Up: China COVID Restrictions Take a Bite Out of Earnings, but We Still See Secular Growth," *Telsey Advisory Group*, November 3, 2022

- "FX and Lockdowns Take Their Toll with Visibility on Earnings Recovery Limited; Stay Neutral," *UBS*, November 3, 2022

- "EL: Calling Estée, Seeking Normal," *Wells Fargo*, November 3, 2022

- "Insufficient Visibility; Down to Hold," *Berenberg*, November 4, 2022

- "China's COVID-19 Policy Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research*, November 4, 2022, 20:33 UTC

- "China's COVID-19 Policy Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research*, November 4, 2022, 20:46 UTC

- "Quick Thoughts on China COVID-Zero in 2023," *RBC Capital Markets*, November 4, 2022

- "Fine China: Hints at Reopening Lift Sentiment," *Bank of America*, November 7, 2022

**Appendix B**

- "Notes from the Road: Key Takes from Our Meetings with Estee Lauder's CEO," *Credit Suisse*, November 7, 2022

- "EL: China Cosmetics Imports—Sequential Improvement in October," *Wells Fargo*, November 8, 2022

- "Analyst's Notes," *Argus Research*, November 10, 2022

- "CFO Meeting Takeaways," *Deutsche Bank*, November 10, 2022

- "The Estée Lauder Companies Inc. (EL): Company Overview," *Baptista Research*, November 11, 2022

- "Smells Like Tom Ford's Teen Spirit: Our Thoughts on Potential M&A," *J.P. Morgan*, November 11, 2022

- "Kering Reportedly No Longer in Talks to Acquire Tom Ford; Estee Lauder to Be Main Contender," *Barclays*, November 14, 2022

- "Our Thoughts on Tom Ford," *Barclays*, November 14, 2022

- "Tom Ford Would Be a Complex Acquisition, but Right at the Heart of EL's Strategic Priorities," *Credit Suisse*, November 14, 2022

- "Tom Ford, and the Bull in the China Shop," *Raymond James*, November 14, 2022

- "As Speculated, EL to Acquire Tom Ford: Our Thoughts (COTY, IPAR)," *D.A. Davidson*, November 15, 2022

- "Ford-ifying the Portfolio," *Deutsche Bank*, November 15, 2022

- "EL Acquires TF; Full Profit Realization + Oppty to Expand into New Categories," *Jefferies*, November 15, 2022

- "More Attractive M&A from EL; Maintain as a Top Pick," *Oppenheimer*, November 15, 2022

- "Officially Official. Tom Ford Deal to Elevate EL's Position in Luxury," *Piper Sandler*, November 15, 2022

- "EL Acquires Tom Ford Brand for $2.8B," *Raymond James*, November 15, 2022

- "'Fording' to Propel Luxury Beauty Momentum," *Bank of America*, November 16, 2022

- "Tom Ford – Getting It Done," *Barclays*, November 16, 2022

- "EL Remains a Formidable Iconic Player in the Face of Beauty, and Now the Face of Luxury," *Canaccord Genuity*, November 16, 2022

- "Tom Ford Is Well 'Suited' for EL; Deal Broadly in Line with Our Expectations," *J.P. Morgan*, November 16, 2022

**Appendix B**

- "EL to Acquire Tom Ford," *Morgan Stanley*, November 16, 2022

- "Estee Lauder's Acquisition of Tom Ford Appears Prudent, as Estee Remains a Pure Play in Beauty," *Morningstar Equity Research*, November 16, 2022

- "EL Announces $2.8B Acquisition of Tom Ford Brand," *Telsey Advisory Group*, November 16, 2022

- "EL: Don't...Go...Chasing...Other Companies, Tom," *Wells Fargo*, November 16, 2022

- "Management Meeting: Spotlight on Social Impact & Sustainability," *Barclays*, November 17, 2022

- "HG & HY Consumer Checkup: End of Earnings Season Not So Energizing (ENR & SPB Mixed); M&A Keeps IG Exciting EL + PM + PG Commentary," *J.P. Morgan*, November 18, 2022

- "Estee Lauder's Acquisition of Tom Ford Appears Prudent, as Estee Remains a Pure Play in Beauty," *Morningstar Equity Research*, November 18, 2022

- "Updating for Sustained China Disruption and Tom Ford," *Société Générale*, November 29, 2022

- "EL: China Cosmetics Imports—Big Step Back in November," *Wells Fargo*, December 7, 2022

- "Insight: Second Look at Tom Ford Deal & Upside from Relaxed China Policies," *Jefferies*, December 8, 2022

- "Estée Lauder: From Saks to Hainan," *Redburn*, December 15, 2022

- "Growth to Re-Accelerate as China Restrictions Ease," *Atlantic Equities*, December 16, 2022

- "Week in Review: Macro Drivers & Valuation," *Evercore ISI*, December 16, 2022

- "China's COVID-19 Policy Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research*, January 4, 2023

- "Getting Granular," *Barclays*, January 9, 2023

- "Insight: 2023 Beauty Outlook; ULTA, EL, COTY Top Picks; Downgrade ELF to Hold," *Jefferies*, January 9, 2023

- "High Grade Coverage Report: A Summary of Credit Analyst Recommendations in the Consumer Products Sector," *J.P. Morgan*, January 13, 2023

- "A Powerful Sales and EPS Recovery Soon in the Offing? Maintain as a Top Pick," *Oppenheimer*, January 17, 2023

**Appendix B**

- "EL: China Cosmetics Imports—December Weak," *Wells Fargo*, January 17, 2023

- "What We're Watching for in FY2Q23 Results," *Deutsche Bank*, January 22, 2023

- "Insight: Monthly Beauty Digital Index; Dec. Flat; Sales Wtd +2%," *Jefferies*, January 23, 2023

- "China Beauty -- Figures Thru December," *Evercore ISI*, January 24, 2023

- "China, Travel, Hainan, Oh My! We See Notable Upside Potential, Reit. a Top Idea," *Piper Sandler*, January 25, 2023

- "LMVH: Positive Read on EL," *Evercore ISI*, January 26, 2023

- "Mixed Read-Through from LVMH Results: Soft Q422 for P&C but Exit Rate in China and Sephora US Were Encouraging," *J.P. Morgan*, January 26, 2023

- "Scouting Report: What to Expect from EL's F2Q," *UBS*, January 26, 2023

- "EL 2QF23 EPS Preview: Continued Pressure in China Likely to Weigh on Overall Beauty's Strength Near-Term," *Telsey Advisory Group*, January 27, 2023

- "EL: Deep Dive OW Thesis," *Morgan Stanley*, January 30, 2023

- "Thoughts on EL and HSY Ahead of EPS," *RBC Capital Markets*, January 31, 2023

- "F2Q23 Earnings Prep," *Barclays*, February 1, 2023

- "F2Q23 First Impressions," *Barclays*, February 2, 2023

- "The Rabbit Did Not Catch the Tortoise in China, and Inventory Destocking in NA Drives Lower Guide; PT to $261," *Canaccord Genuity*, February 2, 2023

- "F2Q EPS Beat but Guidance Lowered; China Recovery Shifts Out," *Credit Suisse*, February 2, 2023

- "Read-X: Estee Lauder's (EL) Q223 Results (Cal. Q422)," *Credit Suisse*, February 2, 2023

- "4Q+ More Important than 2Q/3Q," *Deutsche Bank*, February 2, 2023

- "Quick Take - EL's FY2Q23 Results," *Deutsche Bank*, February 2, 2023

- "A Call on China. Share Gains Encouraging," *Evercore ISI*, February 2, 2023

- "EPS Upside, Sales In-Line. China Reopening Delayed to 4Q. Weak U.S. Is a Concern," *Evercore ISI*, February 2, 2023

- "Initial Take: Q2 EPS Beat; FY23 Guide Lowered, but Q4 Higher for China Recovery," *Jefferies*, February 2, 2023

- "Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311," *Jefferies*, February 2, 2023

**Appendix B**

- "Beat F2Q but Lowered 2H Guidance with Slow Travel Retail Recovery. Sales Inflection Moved to FQ4," *J.P. Morgan*, February 2, 2023

- "Q2 Follow-Up: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4," *Morgan Stanley*, February 2, 2023

- "Quick Comment: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4," *Morgan Stanley*, February 2, 2023

- "Estee Lauder Continues to Feel the Impact of Slow Travel Retail Recovery; Shares Fully Valued," *Morningstar Equity Research*, February 2, 2023, 22:12 UTC

- "Estee Lauder Continues to Feel the Impact of Slow Travel Retail Recovery; Shares Fully Valued," *Morningstar Equity Research*, February 2, 2023, 22:27 UTC

- "Model Update: An Even Steeper Earnings Recovery Needed for the Bull Case from Here," *Oppenheimer*, February 2, 2023

- "China Reopening Delay Driving Lowered Outlook; LT Intact," *Raymond James*, February 2, 2023

- "Like COVID, the Road to Recovery for EL Is Far from the Ordinary," *Raymond James*, February 2, 2023

- "EL 2QF23 First Take: Q2 Top and Bottom Line Beat; FY23 Guide Lowered on Near-Term COVID Pressure in Asia," *Telsey Advisory Group*, February 2, 2023

- "EL Delivers 2Q Beat, but FY23 Guide Moves Lower on Reopening Volatility," *UBS*, February 2, 2023

- "EL: F2Q23 First Take—F2Q23 EPS Ahead but FY23 EPS Coming Down; Big Debate Will Be FQ4 Implied Ramp," *Wells Fargo*, February 2, 2023

- "EL: Stormy...Same North Star," *Wells Fargo*, February 2, 2023

- "Analyst's Notes," *Argus Research*, February 3, 2023

- "Items in Overhead Bin Have Shifted in Flight: Recovery Pushed to FY4Q23," *Bank of America*, February 3, 2023

- "Moving Parts," *Barclays*, February 3, 2023

- "All Eyes Now on the FY 2024 Recovery," *Berenberg*, February 3, 2023

- "Growth Recovery Pushed Out One Quarter; Raising PT to $308," *D.A. Davidson*, February 3, 2023

- "Our Evaluation of EL," *Jefferson Research*, February 3, 2023

**Appendix B**

- "Short Term Remains Challenging but Inflection Is Near; Model Update Post F2Q23," *J.P. Morgan*, February 3, 2023

- "EPS Aftermath – China Recovery Delay Just a Wrinkle; Outperform," *RBC Capital Markets*, February 3, 2023

- "EL 2QF23 Follow-Up: Return of Chinese Consumer Looks to Be an Opportunity Once Transition Headwinds Pass," *Telsey Advisory Group*, February 3, 2023

- "A Few More Weeks of Winter, but Light on the Other Side," *UBS*, February 3, 2023

- "Pushed-Out Recovery but F4Q Guidance Showcases Powerful China Re-Open Math," *Credit Suisse*, February 6, 2023

- "Management Meeting Tidbits," *Barclays*, February 9, 2023

- "Better-Managed Unilever, on Reinvestment and Pricing. Color on CL, PG, EL," *Evercore ISI*, February 9, 2023

- "Thoughts and Updated Estimates Following FQ2; PT to $298," *Piper Sandler*, February 10, 2023

- "Post-Earnings Deep-Dive into Five Topics; BUY," *D.A. Davidson*, February 13, 2023

- "Engines of Growth Are Gearing Up; Initiate at Buy," *Citi*, February 16, 2023

- "The Estée Lauder Companies Inc. (EL): Company Overview," *Baptista Research*, February 17, 2023

- "JPM Exclusive C-Level Meetings in Japan and APAC Takeaways," *J.P. Morgan*, February 17, 2023

- "Slow Asia Travel Recovery Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research*, February 22, 2023, 02:09 UTC

- "Slow Asia Travel Recovery Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research*, February 22, 2023, 02:11 UTC

- "Recovery Dynamic Underestimated, Move Off Hold," *Société Générale*, March 8, 2023

- "China Reopening Industry Expert Call Takeaways," *Citi*, March 9, 2023

- "EL: China Cosmetics/Duty-Free Data Is Intriguing," *Wells Fargo*, March 10, 2023

- "Initiate Outperform: A Resilient Icon Poised for Reinvention," *TD Cowen*, March 14, 2023

**Appendix B**

- "Gen Z in Focus," *Barclays*, March 16, 2023

- "Sounding Better. Recalibrating Portfolio to Fragrances, Haircare?" *Evercore ISI*, March 16, 2023

- "Framing the Bull/Bear Debate," *Citi*, March 23, 2023

- "Travel Retail: Takeaways from Expert Call," *Barclays*, March 29, 2023

- "Is an Inflection Realistic & Can EL Get More Youthful?" *TD Cowen*, April 4, 2023

- "LVMH Read on EL," *Evercore ISI*, April 12, 2023

- "EL: Has the China Inflection Arrived? Cosmetics Imports Return to Growth in March," *Wells Fargo*, April 14, 2023

- "Slow Asia Travel Recovery Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact," *Morningstar Equity Research*, April 15, 2023

- "China Beauty: Sideways? March Slows," *Evercore ISI*, April 17, 2023

- "Estee Lauder Read Across from L'Oreal," *Barclays*, April 19, 2023

- "Slow Makeup Keeps Estee Reliant on China," *Evercore ISI*, April 24, 2023

- "Beiersdorf on China Luxury Skincare, Travel Retail," *Evercore ISI*, April 26, 2023

- "Scouting Report: What to Expect from EL's F3Q," *UBS*, April 26, 2023

- "EL 3QF23 EPS Preview: Look for Improving Regional Trends in FQ3 Despite Near-Term Headwinds, Growth in FQ4," *Telsey Advisory Group*, April 27, 2023

- "On the Road in Hainan - Deep Dive into a Multi-Year Duty-Free Opportunity," *Barclays*, April 28, 2023

- "Weekly Earnings Preview: Expect EL to Start to See Improvement in China; PBH Benefitting from Pricing and Restocking," *Canaccord Genuity*, April 30, 2023

- "Q3 Preview: A Likely In-Line Quarter, but Risks Remain on the Top-Line Guide," *Oppenheimer*, May 1, 2023

- "FQ3'23 Preview – EL Should Clear the Consensus Bar…China Recovery in Process; Outperform," *RBC Capital Markets*, May 1, 2023

- "F3Q23 Earnings Prep," *Barclays*, May 2, 2023

- "US Consumer Staples: Crowded Stocks: What the Quant Data Says About Consumer Staples, Vol. 5," *UBS*, May 2, 2023

- "3Q23 Quick Take: Outlook Cut - Asia Travel Retail; Slow to Rebound," *Bank of America*, May 3, 2023

- "F3Q23 First Impressions," *Barclays*, May 3, 2023

**Appendix B**

- "It's Up in the Air; Travel Retail Still Weak with Blurred Timeline to Recovery," *Canaccord Genuity*, May 3, 2023

- "F3Q'23 Miss; Large FY'23 Guidance Reduction," *Citi*, May 3, 2023

- "Read-X: Estee Lauder's (EL, Not Covered) Q323 Results," *Credit Suisse*, May 3, 2023

- "Quick Take - EL's FY3Q23 Results," *Deutsche Bank*, May 3, 2023

- "Rug Pulled Out from Under Feet… Now, Let's Sweep It Under the Carpet," *Deutsche Bank*, May 3, 2023

- "Lowered Guide. TR, Makeup Offset Better China," *Evercore ISI*, May 3, 2023

- "Initial Take: Q3 in Line; FY23 Reduced Again on Prolonged Asia TR Recovery," *Jefferies*, May 3, 2023

- "Model Update: China & TR Recovery Weigh on Sentiment; Risk-Reward Favors Upside," *Jefferies*, May 3, 2023

- "Hard to 'Makeup' Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating," *J.P. Morgan*, May 3, 2023

- "In-Line Results, but Deep Cut in F4Q Guidance on Slow Travel Retail Recovery in Hainan and Korea," *J.P. Morgan*, May 3, 2023

- "Quick Comment: Much Lower FY Guidance and Implied Q4 with a Weaker Hainan/Korea/China Recovery," *Morgan Stanley*, May 3, 2023

- "Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive," *Morningstar Equity Research*, May 3, 2023

- "Our Updated EL Modeling Thoughts," *Oppenheimer*, May 3, 2023

- "FQ3: Guidance Disappointing Again, but We're Looking Opportunistically," *Piper Sandler*, May 3, 2023

- "A Step Back Before Proceeding Forward," *Raymond James*, May 3, 2023

- "Quick Take: Travel Delayed, Pushing Out Recovery," *Raymond James*, May 3, 2023

- "Quick Take on Earnings," *RBC Capital Markets*, May 3, 2023

- "Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability," *TD Cowen*, May 3, 2023

- "Prior Guidance Too Optimistic as Asia Recovery Is Now Expected to Be Gradual," *TD Cowen*, May 3, 2023

- "EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail," *Telsey Advisory Group*, May 3, 2023

**Appendix B**

- "EL Lowers FY23 Guidance Again as Travel Retail Slow to Recover," *UBS*, May 3, 2023

- "EL: F3Q23 First Take—Miss, Big Cut to FY23 Guide—Is This the Final Estimate Washout?" *Wells Fargo*, May 3, 2023

- "Travel Delays: Transition Out of Lockdowns Extends into FY24," *Bank of America*, May 4, 2023

- "Framing Our Assumptions," *Barclays*, May 4, 2023

- "Requires a Bit More Patience; Hold," *Berenberg*, May 4, 2023

- "Travel Retail Drives Large Downside; Stay Buy-Rated but with Much Lower Visibility," *Citi*, May 4, 2023

- "Travel Retail De-Risked, Attractive Buying Opportunity," *Evercore ISI*, May 4, 2023

- "Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential," *Morgan Stanley*, May 4, 2023

- "Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive," *Morningstar Equity Research*, May 4, 2023

- "EPS Aftermath - Fight or Flight? Sticking with Our Outperform Rating," *RBC Capital Markets*, May 4, 2023

- "EL Follow-Up: Despite Gains in Key Markets, Asia Travel Retail Weighed in 3QF23; FY23 Outlook Moderated," *Telsey Advisory Group*, May 4, 2023

- "Visibility on '24 EPS Power Limited; Stay Neutral," *UBS*, May 4, 2023

- "EL: Broken or Not?" *Wells Fargo*, May 4, 2023

- "Estee Lauder Financial Results Implications," *Jefferies*, May 7, 2023

- "EL Management Meeting Notes," *Raymond James*, May 7, 2023

- "Reports of Estee Lauder Activist Campaign; Unlikely to Bring Board Changes but Could Spark Operating Changes," *Canaccord Genuity*, May 8, 2023

- "Asia Travel Retail Recovery Pushed Out; Reducing Estimates," *D.A. Davidson*, May 8, 2023

- "Active Situation in Any Scenario," *Deutsche Bank*, May 8, 2023

- "Wide-Moat Estee Lauder Has Been Hit Hard by Slow Travel Retail, but Long-Term Growth Intact," *Morningstar Equity Research*, May 8, 2023, 14:59 UTC

**Appendix B**

- "Wide-Moat Estee Lauder Has Been Hit Hard by Slow Travel Retail, but Long-Term Growth Intact," *Morningstar Equity Research*, May 8, 2023, 15:04 UTC

- "Highlights from Meetings with EL Management," *Telsey Advisory Group*, May 8, 2023

- "EL: Activist at Lauder?" *Wells Fargo*, May 8, 2023

- "Takeaways from Our Meeting with EL's CFO & Tom Ford's CEO," *Citi*, May 11, 2023

- "Analyst's Notes," *Argus Research*, May 12, 2023

- "Hainan Traffic Data, Shiseido & Other Peers Read-Through," *J.P. Morgan*, May 12, 2023

- "HG & HY Consumer Checkup: Ratings (CL & MAT) New Issue (EL) and News (MO) + Ending Earnings Season (COTY, EPC, ENR, SPB, TPX, WWW)," *J.P. Morgan*, May 12, 2023

- "Breaking Down the 'Overload' in Sales in F22," *Société Générale*, May 12, 2023

- "EL: China Import Data: Opposite Day?" *Wells Fargo*, May 12, 2023

- "Will Revenge Travel Clear Inventory Faster?" *Evercore ISI*, May 15, 2023

- "Mid Earnings Beauty Update: Opportunity Post Sizable Moves," *Jefferies*, May 16, 2023

- "TD Cowen's Meeting with EL Management: A Road to More Beautiful Margins," *TD Cowen*, May 19, 2023

- "The Estée Lauder Companies Inc. (EL): Company Overview," *Baptista Research*, May 23, 2023

- "EL: Taking Inventory of Lauder…Before the (China Travel Retail) Inventory Is All Gone—Deep-Dive," *Wells Fargo*, May 30, 2023

- "Seize the Moment," *Barclays*, May 31, 2023

- "On Asia Travel Retail, Resellers or Daigou," *Evercore ISI*, June 1, 2023

- "China Beauty: 6.18 Online Festival Off to a Solid Start; Beginning of a Recovery?" *Evercore ISI*, June 5, 2023

- "Upside Case Now Less Compelling; Moving to the Sidelines," *Oppenheimer*, June 5, 2023

- "Hainan, Digitalization Structurally Changing Travel Retail," *Evercore ISI*, June 7, 2023

**Appendix B**

- "EL: China Import Data—Cosmetics Imports Stay Weak, Just as Travel Retail Surges," *Wells Fargo*, June 12, 2023

- "Just Asking: China Recovery, How Long; How High?" *Bank of America*, June 20, 2023

- "F4Q/FY23 Preview: Sge 1.1% OSG vs 1.6% Consensus," *Société Générale*, June 23, 2023

- "Options Strategies into a Likely Soft FY24 Guide Ahead; Fundamental Debates Ahead of Earnings," *J.P. Morgan*, July 5, 2023

- "China – Beauty Products: Bumpy Downhill," *Morgan Stanley*, July 6, 2023

- "Opening Downside 90-Day Catalyst Watch," *Citi*, July 10, 2023

- "Estee Lauder: Premium Brands and Omnichannel Investments to Fuel Growth; Shares Attractive," *Morningstar Equity Research*, July 13, 2023, 07:19 UTC

- "Estee Lauder: Premium Brands and Omnichannel Investments to Fuel Growth; Shares Attractive," *Morningstar Equity Research*, July 13, 2023, 07:24 UTC

- "Estee Lauder: Premium Brands and Omnichannel Investments to Fuel Growth; Shares Attractive," *Morningstar Equity Research*, July 13, 2023, 07:27 UTC

- "What's in June Q and F24 Consensus?" *Evercore ISI*, July 17, 2023

- "Cyber Incident – History Suggests Impact Could Be up to -2PP on Quarterly Sales," *Société Générale*, July 19, 2023

- "EL: China Import Data—Pressure Continues," *Wells Fargo*, July 19, 2023

- "Downgrade to Equal Weight," *Barclays*, July 20, 2023

- "Lowering EPS Below Street on Cautionary Trends," *TD Cowen*, July 21, 2023

- "Downgrading to Neutral; Pressures Persisting, Full Valuation, Limited Upside," *Piper Sandler*, July 24, 2023

- "First Look: LVMH Read on EL," *Evercore ISI*, July 25, 2023

- "Concerns Around Prolonged Recovery in China, Skincare Shift; D/G to Hold," *Jefferies*, July 26, 2023

- "Estee Lauder: Wide-Moat Beauty Leader at Compelling Discount; We Suggest Investors to Stock Up," *Morningstar Equity Research*, July 31, 2023

- "Recovery Path More Uncertain; Downgrading to Neutral," *Citi*, August 1, 2023

- "Equity Best Ideas," *Morningstar Equity Research*, August 1, 2023

**Appendix B**

- "Davidson Proprietary Data: Maintaining BUY on Strong Brand Health," *D.A. Davidson*, August 2, 2023

- "Beiersdorf: Asia to Stabilize in December Quarter," *Evercore ISI*, August 3, 2023

- "Estee Lauder: Wide-Moat Beauty Leader at Compelling Discount; We Suggest Investors to Stock Up," *Morningstar Equity Research*, August 5, 2023

- "On the Road to Hainan: Walking Round an Empty Mega Mall," *Barclays*, August 7, 2023

- "What We're Watching for in FY4Q23 Results," *Deutsche Bank*, August 7, 2023

- "Digitalization & AI: Colgate, Coty, Estee's Steps," *Evercore ISI*, August 9, 2023

- "Updated Thoughts into the Print; Best to Stay Sidelined," *Oppenheimer*, August 9, 2023

- "Beauty Preview: Set Up and Valuation Glow at Ulta; Lower Guidance Likely at EL," *TD Cowen*, August 9, 2023

- "Closing Downside 90-Day Catalyst Watch," *Citi*, August 10, 2023

- "China Destocking in July. Ban on Tours to Korea Lifted Today," *Evercore ISI*, August 10, 2023

- "Brands, Long-Term Look Fine into Results. Channel Shift Makes Timing Tricky," *Evercore ISI*, August 14, 2023

- "EL 4QF23 Preview: Expect Asia Travel Retail to Pressure the Near Term Before Improving; Maintain Outperform," *Telsey Advisory Group*, August 14, 2023

- "F4Q'23 Preview - It's Bad…but How Bad?" *RBC Capital Markets*, August 15, 2023

- "Scouting Report: What to Expect from EL's F4Q," *UBS*, August 15, 2023

- "Refine China: Lowering Estimates and PO," *Bank of America*, August 16, 2023

- "Expect Healthy Demand for Beauty Benefitting Ulta but Travel Retail Woes Continue for EL," *Canaccord Genuity*, August 16, 2023

- "A Deep Dive into Trends Driving Robust Beauty Industry Growth," *D.A. Davidson*, August 16, 2023

- "EL: Lauder Truths," *Wells Fargo*, August 16, 2023

- "F4Q23 Earnings Prep," *Barclays*, August 17, 2023

- "Analyst's Notes," *Argus Research*, August 18, 2023

- "4Q23: Light Guide; Slope of Medium-Term Earnings Recovery a Key Question," *Bank of America*, August 18, 2023

**Appendix B**

- "F4Q23 First Impressions," *Barclays*, August 18, 2023

- "F4Q'23 Beat, but FY'24 Guidance Well Below Expectations," *Citi*, August 18, 2023

- "It Could Have Been Worse; Lowering Estimates and PT to $185," *D.A. Davidson*, August 18, 2023

- "Quick Take - EL's FY4Q23 Results," *Deutsche Bank*, August 18, 2023

- "Strong Asia Suggests Eventual Recapture of Travel Retail. Controversy Over F24 Guide," *Evercore ISI*, August 18, 2023

- "Initial Take: Q4 in Range, FY Guide Below; Now a Multi-Yr Margin Rebuild Story," *Jefferies*, August 18, 2023

- "Model Update: Reframing Pace of Recovery; Estimates & Price Cut," *Jefferies*, August 18, 2023

- "Our Evaluation of EL," *Jefferson Research*, August 18, 2023

- "Beat 4QF23 but Missed FY24 and 1QF24 on Retail Destocking Despite Progress in Asia," *J.P. Morgan*, August 18, 2023

- "Quick Comment: Slight Q4 EPS Beat, Well Below Consensus Q1/FY24 Guidance," *Morgan Stanley*, August 18, 2023

- "Estee Lauder Earnings: Weak 2023 on Travel Retail Woes; Branding and Innovation to Fuel Recovery," *Morningstar Equity Research*, August 18, 2023, 22:00 UTC

- "Estee Lauder Earnings: Weak 2023 on Travel Retail Woes; Branding and Innovation to Fuel Recovery," *Morningstar Equity Research*, August 18, 2023, 22:09 UTC

- "Model Update," *Oppenheimer*, August 18, 2023

- "FQ4: Cautiousness Affirmed. Some Green Shoots, but Road Remains Bumpy. Reit. N," *Piper Sandler*, August 18, 2023

- "4Q Not as Bad but FY Outlook Reflects Material 1Q Guide Down," *Raymond James*, August 18, 2023

- "Quick Take on Earnings," *RBC Capital Markets*, August 18, 2023

- "Lowered Guidance as Expected, Asia Travel Retail Weighs on Results," *TD Cowen*, August 18, 2023

- "EL 4QF23 First Take: Q4 Sales and EPS Beat; Conservative FY24 Guide Reflects Asia Travel Retail Headwinds," *Telsey Advisory Group*, August 18, 2023

- "Initial FY24 Guidance Falls Short of Expectations," *UBS*, August 18, 2023

- "EL: F4Q23 First Take—There It Was...and Where to Go," *Wells Fargo*, August 18, 2023

**Appendix B**

- "Lowered Expectations for FY24, Aiming for FY25 Recovery; PT to $146, Reiterate HOLD," *Canaccord Genuity*, August 20, 2023

- "Still a Long Road Ahead to Recover Topline/EPS; Stay Neutral," *Citi*, August 20, 2023

- "Inflection Debate," *Deutsche Bank*, August 20, 2023

- "EL: The Ramp...China Ecosystem...and Potential for EL," *Wells Fargo*, August 20, 2023

- "Management Sees a Path Back to Peak Margins; Timing Not Clear," *Bank of America*, August 21, 2023

- "Longer Path to Recovery," *Barclays*, August 21, 2023

- "Assertively Pivoting to Mainland China," *Evercore ISI*, August 21, 2023

- "Reaccelerated Sales to 'Makeup' and Inflect Sales and Margins Post Rebase in FQ1; Model Update Post F4Q," *J.P. Morgan*, August 21, 2023

- "Q4 Follow-Up: Lower FY24 EPS on Travel Retail Overhang, but Expect Inflecting EPS Beginning in FQ2," *Morgan Stanley*, August 21, 2023

- "EL Live Bull vs. Bear Interactive Debate 8/24," *Piper Sandler*, August 21, 2023

- "Near-Term Challenges; Investing to Drive Recovery," *Raymond James*, August 21, 2023

- "EPS Aftermath – Earnings Reset Complete; Outperform," *RBC Capital Markets*, August 21, 2023

- "Is Guidance Realistic Given Hainan Issues? TD Cowen on 4Q23," *TD Cowen*, August 21, 2023

- "EL 4QF23 Follow Up: Prolonged Recovery Expected for Asia Travel Retail and More Mature US Business in FY24," *Telsey Advisory Group*, August 21, 2023

- "The Road to Recovery Is Still Bumpy; Stay Neutral," *UBS*, August 21, 2023

- "Temporary Travel Retail Woes Should Not Derail Estee Lauder's Long-Term Beauty Prospects," *Morningstar Equity Research*, August 22, 2023, 22:45 UTC

- "Temporary Travel Retail Woes Should Not Derail Estee Lauder's Long-Term Beauty Prospects," *Morningstar Equity Research*, August 22, 2023, 22:53 UTC

- "Should Clinique Be Launched on Amazon?" *Evercore ISI*, August 28, 2023

- "Updates on SEC Investigative Activity for 125 US-Listed Companies," *Disclosure Insight*, August 30, 2023

- "Updating for Greater Sales 'Overload' Impact," *Société Générale*, August 30, 2023

**Appendix B**

- "Equity Best Ideas," *Morningstar Equity Research*, September 1, 2023

- "The Estée Lauder Companies Inc. (EL): Company Overview," *Baptista Research*, September 4, 2023

- "Conference Takeaways," *Barclays*, September 6, 2023

- "Let's Get Clinical; Reiterate Buy," *Berenberg*, September 6, 2023

- "What Gives CEO Freda Conviction in the Brands and the Strategy?" *Evercore ISI*, September 6, 2023

- "Travel Retail Channel Data Checks," *Citi*, September 7, 2023

- "Catching Up with Estee Lauder," *Bank of America*, September 12, 2023

- "Model Update," *Oppenheimer*, September 12, 2023

- "EL: China Import Data—Not Helping the China Debate, Even if Noise in Data vs Delivery," *Wells Fargo*, September 12, 2023

- "Estée Lauder: From Hainan to Saks," *Redburn Atlantic*, September 15, 2023

- "Model Adjustments for Q3 Preview," *Consumer Edge Research*, September 26, 2023

- "Equity Best Ideas," *Morningstar Equity Research*, October 1, 2023

- "L'Oreal Smells Better. Why Has Estee Underperformed," *Evercore ISI*, October 4, 2023

- "Hainan Improved in Early October," *Evercore ISI*, October 9, 2023

- "LVMH Read on Estee," *Evercore ISI*, October 10, 2023

- "China Imports Weak Through September," *Evercore ISI*, October 16, 2023

- "What We're Watching for in FY1Q24 Results," *Deutsche Bank*, October 22, 2023

- "Upside Potential for 1Q F24, with a Possible Clean Slate in C2024?" *Evercore ISI*, October 23, 2023

- "Q1 Preview: A Difficult Setup Remains for the EL Bull Case," *Oppenheimer*, October 24, 2023

- "Beiersdorf Still Expects Asia Luxury Skincare to Stabilize in Dec. Quarter," *Evercore ISI*, October 25, 2023

- "EL 1QF24 Preview: We Look for Fragrance and Asia/Pacific to Outperform as FQ1 to Be Most Pressured in FY24," *Telsey Advisory Group*, October 26, 2023

- "F1Q'24 Preview - The Trough Quarter?" *RBC Capital Markets*, October 27, 2023

**Appendix B**

- "Nexus.One: Through October 27th, 2023: Weekly Read-Thrus for Consumer Staples," *RBC Capital Markets*, October 27, 2023

- "Week of 10/30 Earnings Preview: EL Likely Struggles Due to China; ELF Gets More Shelf; PBH Sees Healthy Consumption," *Canaccord Genuity*, October 29, 2023

- "Scouting Report: What to Expect from EL's F1Q," *UBS*, October 29, 2023

- "F1Q24 Earnings Prep," *Barclays*, October 31, 2023

- "1Q24 First Impressions," *Barclays*, November 1, 2023

- "Deja Vu: Management Lowers Expectations and Pushes Back Recovery Timeline Due to China/Travel, but Rest of Business Solid," *Canaccord Genuity*, November 1, 2023

- "F1Q'24 Topline Miss & EPS Beat; Large FY'24 Guidance Cut," *Citi*, November 1, 2023

- "Quick Take - EL's FY1Q24 Results," *Deutsche Bank*, November 1, 2023

- "What's Your Time Horizon?" *Deutsche Bank*, November 1, 2023

- "Protecting P&L, but China Drives Another Guide Down," *Evercore ISI*, November 1, 2023

- "Initial Take: Recovery Timeline Pushed; FQ2 Below & FY24 Guide Cut," *Jefferies*, November 1, 2023

- "Model Update: TR & China Recovery Pushed Out Again; Ests & PT Move Lower," *Jefferies*, November 1, 2023

- "Beat 1QF24 but Deeply Cut FY24; Announced Profit Recovery Plan of About $1.80 in EPS," *J.P. Morgan*, November 1, 2023

- "Quick Comment: Significant FY24 EPS Guide-Down Despite Q1 Beat, Profit Recovery Program for FY25/26," *Morgan Stanley*, November 1, 2023

- "Equity Best Ideas," *Morningstar Equity Research*, November 1, 2023

- "Model Update; Best to Stay Sidelined," *Oppenheimer*, November 1, 2023

- "FQ1: Issues Getting 'Lauder', Path to Recovery Lengthening. Reit. Neutral," *Piper Sandler*, November 1, 2023

- "Quick Take: Travel/Asia Recovery Delayed; F1Q Beats but F2Q/FY Outlook Cut," *Raymond James*, November 1, 2023

- "Quick Take on Earnings," *RBC Capital Markets*, November 1, 2023

- "EL 1QF24 First Take: Solid Q1 Results Tempered by More Cautious FY24 Guide as China Prestige Beauty Slows," *Telsey Advisory Group*, November 1, 2023

**Appendix B**

- "Another Guidance Cut; EL Announces FY25/FY26 Profit Recovery Plan," *UBS*, November 1, 2023

- "EL: F1Q24 First Take—Another Guide Down," *Wells Fargo*, November 1, 2023

- "EL: Peak Exasperation...and a Debate on Trough (China) Fundamentals," *Wells Fargo*, November 1, 2023

- "Construction Ahead: EL Deploys Profit Recovery Plan to Offset Reset China Growth," *Bank of America*, November 2, 2023

- "Another Reset," *Barclays*, November 2, 2023

- "Recovery Timing and Scale Less Clear; Hold," *Berenberg*, November 2, 2023

- "Another Large Guidance Cut with Limited Visibility; Stay Neutral," *Citi*, November 2, 2023

- "Lowering Estimates and PT to $146; BUY," *D.A. Davidson*, November 2, 2023

- "What's Estee Earnings Power?" *Evercore ISI*, November 2, 2023

- "Lack of Confidence in China Outlook Overshadows a Beautiful Business," *J.P. Morgan*, November 2, 2023

- "Q1 Follow-Up: Another Large Negative FY Revision," *Morgan Stanley*, November 2, 2023

- "Estee Lauder Earnings: Sales Recovery Delayed on Weak Skincare Spending but Brand Standing Intact," *Morningstar Equity Research*, November 2, 2023, 03:54 UTC

- "Estee Lauder Earnings: Sales Recovery Delayed on Weak Skincare Spending but Brand Standing Intact," *Morningstar Equity Research*, November 2, 2023, 03:56 UTC

- "Big Reset, Though Materially Factored in Now; LT Still Compelling," *Raymond James*, November 2, 2023

- "UNCLE...Downgrading to Sector Perform," *RBC Capital Markets*, November 2, 2023

- "Correction: Painful Reset as Travel Retail & Mainland China Drive Guidance Cut," *TD Cowen*, November 2, 2023

- "EL 1QF24 Follow-Up: Downgrading to Market Perform on Challenges to Travel Retail and Slowing China Growth," *Telsey Advisory Group*, November 2, 2023

- "FY25 Earnings Power Continues to Move Lower; Stay Neutral," *UBS*, November 2, 2023

- "Downgrading to Neutral from Overweight on the Smudge That May Take Time to Clear," *J.P. Morgan*, November 6, 2023

- "EL: Fabrizio...and Estee Lauder," *Wells Fargo*, November 6, 2023

- "Downgrade: Near-Term Risks, Long-Term Need for Speed & a 10-Point Wish List," *TD Cowen*, November 8, 2023

*L'Oréal S.A.*

- "Q322 Sales and 15 Questions for Management," *BNP Paribas Exane*, October 20, 2022

- "Q322 Sales: Another Beat, Albeit a Smaller One," *Credit Suisse*, October 20, 2022

- "Message in a Bottle," *Deutsche Bank*, October 20, 2022

- "Q3 Sales: Mix(ed) Feelings," *Jefferies*, October 20, 2022

- "A Mass vs Luxe Tug-of-War?" *Morgan Stanley*, October 20, 2022

- "Quick Comment: Strong Q3 Sales but Valuation Already There," *Morgan Stanley*, October 20, 2022

- "Q3 L'Oréal: A Beat, but Debatable Quality," *RBC Capital Markets*, October 20, 2022

- "Rebalancing Continues," *Barclays*, October 21, 2022

- "Rising Risks to Near-Term Growth," *Berenberg*, October 21, 2022

- "Q3 Slightly Above Market Expectations," *Bryan, Garnier & Co*, October 21, 2022

- "Q322 Sales & Questions for Management," *Credit Suisse*, October 21, 2022

- "Emerging Markets, Not China, Drive Upside," *Evercore ISI*, October 21, 2022

- "Q322 Results: Q3 Beat Despite Weaker China," *J.P. Morgan*, October 21, 2022

- "Q3 Sales Beat Expectations," *Kepler Cheuvreux*, October 21, 2022

- "Another Strong Quarter. A Number of Points Could Be Badly Received (North Asia/China, Luxury, Consumer in the US)," *ODDO BHF*, October 21, 2022

- "3Q22 First Look – Slight Beat to Consensus but Asia/Luxe Miss Likely to Weigh," *Société Générale*, October 21, 2022

- "Continued Momentum & Evidence of Resilience," *UBS*, October 21, 2022

- "Rotating Away from Asia Luxury," *Barclays*, October 24, 2022

- "Model Update," *RBC Capital Markets*, October 24, 2022

**Appendix B**

- "Hold: A More Measured Tone," *HSBC Global Research*, October 25, 2022

- "More than Reassuring," *Barclays*, February 9, 2023

- "Q422 Sales / FY22 Results: Ahead on Q4 LFL, a Bit Below on Margins," *Credit Suisse*, February 9, 2023

- "Initial Thoughts - Q4/FY22 Results," *Deutsche Bank*, February 9, 2023

- "FY22 Results: Sales Ahead, Margins Just Shy," *Jefferies*, February 9, 2023

- "FY22 Beats with Q4 Top-Line Driven by Solid China and US," *J.P. Morgan*, February 9, 2023

- "Quick Comment: FY22 Results In-Line; Reassuring," *Morgan Stanley*, February 9, 2023

- "Full Year: Quantity Fine, Quality ...?" *RBC Capital Markets*, February 9, 2023

- "Q4 LFL Beat with No Signs of Weakness," *UBS*, February 9, 2023

- "Barclays Consumer Wrap," *Barclays*, February 10, 2023

- "Strong Momentum but Uncertainties Remain," *Berenberg*, February 10, 2023

- "FY22 Results and 15 Questions for Management," *BNP Paribas Exane*, February 10, 2023

- "L'Oréal Released Very Healthy 2022 Results," *Bryan, Garnier & Co*, February 10, 2023

- "Off the Call (Q422)," *Credit Suisse*, February 10, 2023

- "Post the Call: Optimism Ahead as Balanced Model Delivers," *J.P. Morgan*, February 10, 2023

- "Strong End to the Year," *Kepler Cheuvreux*, February 10, 2023

- "While Fundamentally Healthy, the Company's Shares Look Slightly Expensive," *MarketGrader*, February 10, 2023

- "4Q/FY22 First Look – Impressive Sales Resilience, Notably North Asia/China," *Société Générale*, February 10, 2023

- "Analyst's Notes," *Argus Research*, February 13, 2023

- "Barclays Consumer Wrap," *Barclays*, February 13, 2023

- "Confidence in L'Oréal 2023 Prospects," *Bryan, Garnier & Co*, February 13, 2023

- "FY22 Results & Questions for Management," *Credit Suisse*, February 13, 2023

- "A Much Tougher L'Oreal v. Beauty Stocks," *Evercore ISI*, February 13, 2023

**Appendix B**

- "Model Update: FY23E Adj.EPS +1% on Better Top-Line," *J.P. Morgan*, February 13, 2023

- "Follow-Up: Nudging EPS Up Post FY22," *Morgan Stanley*, February 13, 2023

- "Stronger than Expected Momentum into 2023," *UBS*, February 13, 2023

- "A Walk in the Park?" *Jefferies*, February 14, 2023

- "Our Obsession with Marketing," *RBC Capital Markets*, February 14, 2023

- "Full Speed Ahead," *Kepler Cheuvreux*, February 15, 2023

- "The Company's Fundamentals Look Healthy and Well Balanced Between Growth and Value," *MarketGrader*, February 15, 2023

- "Staying Connected Post Results," *Deutsche Bank*, February 16, 2023

- "Q123 Sales and 15 Questions for the Management," *BNP Paribas Exane*, April 19, 2023

- "Q123 Sales: Strong Numbers," *Credit Suisse*, April 19, 2023

- "Q1 Sales Strong," *Jefferies*, April 19, 2023

- "Quick Thoughts Post Q1 Call," *Morgan Stanley*, April 19, 2023

- "Q1: Impressive Results Despite China," *RBC Capital Markets*, April 19, 2023

- "Nearly Firing on All Cylinders," *Barclays*, April 20, 2023

- "Strong Start to 2023 Despite China Weakness," *Berenberg*, April 20, 2023

- "A Clearly Promising Start to the Year," *CIC Market Solutions*, April 20, 2023

- "Q123 Sales & Questions for Management," *Credit Suisse*, April 20, 2023

- "Hitting the High Watermark," *Deutsche Bank*, April 20, 2023

- "The Strongest Getting Stronger, and Faster," *Evercore ISI*, April 20, 2023

- "Implications of L'Oreal's Financial Results," *Jefferies*, April 20, 2023

- "Q1 Beat, We Raise FY23 LFL to +11.3%," *J.P. Morgan*, April 20, 2023

- "2023 to Be Another Great Year," *Kepler Cheuvreux*, April 20, 2023

- "A Very Strong Start to the Year Prompts Us to Anticipate Organic Growth of 10% in 2023 but Just +5% for EPS. 2023e PER of 36x," *ODDO BHF*, April 20, 2023

- "A Faultless Quarter," *RBC Capital Markets*, April 20, 2023

- "1Q23 First Look – Strong Europe/US Compensates for Slower China Recovery," *Société Générale*, April 20, 2023

- "Good Feeling of 'Déjà Vu,'" *UBS*, April 20, 2023

- "1Q Proves L'Oréal Is Worth It," *Bank of America*, April 21, 2023

- "L'Oréal: Basic Data," *FinLABO Research*, April 21, 2023

- "Hold: Keeping Up with Expectations," *HSBC Global Research*, April 21, 2023

- "Skin Care Needs to Regain Balance," *Deutsche Bank*, April 25, 2023

- "No De-Rating Catalysts for a Couple of Quarters, Move to Hold," *Société Générale*, April 25, 2023

## Data

- Capital IQ

- LSEG Workspace

## Depositions

- Deposition of Janet Lynne Knopf, November 18, 2025

- Deposition of Nick Lai, November 20, 2025

- Deposition of Matthew D. Cain, Ph.D., December 17, 2025

## Earnings Call Transcripts

- L'Oréal S.A., Earnings Call Transcript for Half Year 2023, July 28, 2023

- The Estée Lauder Companies Inc., Earnings Call Transcript for Q4 2021, August 19, 2021

- The Estée Lauder Companies Inc., Earnings Call Transcript for Q2 2022, February 3, 2022

- The Estée Lauder Companies Inc., Earnings Call Transcript for Q3 2022, May 3, 2022

- The Estée Lauder Companies Inc., Earnings Call Transcript for Q4 2022, August 18, 2022

- The Estée Lauder Companies Inc., Earnings Call Transcript for Q1 2023, November 2, 2022

- The Estée Lauder Companies Inc., Earnings Call Transcript for Q2 2023, February 2, 2023

**Appendix B**

- The Estée Lauder Companies Inc., Earnings Call Transcript for Q3 2023, May 3, 2023

- The Estée Lauder Companies Inc., Earnings Call Transcript for Q4 2023, August 18, 2023

- The Estée Lauder Companies Inc., Earnings Call Transcript for Q1 2024, November 1, 2023

**Expert Reports**

- Expert Report of Matthew D. Cain, Ph.D. dated July 25, 2025, and Backup Materials

- Expert Report of Claire Kent dated January 23, 2026

- Expert Report of Daniel Langer dated January 23, 2026

- Expert Report of Z. John Zhang dated January 23, 2026

**Legal Pleadings**

- Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, Case No. 1:23-cv-10669-AS, March 22, 2024

- Opinion and Order, *In Re The Estée Lauder Co., Inc. Securities Litigation*, United States District Court for the Southern District of New York, Case No. 1:23-cv-10669-AS, March 31, 2025

**Public Press**

- "China's Hainan Expands COVID Lockdowns to Quell Outbreak," *Reuters*, August 8, 2022, https://www.reuters.com/world/china/china-reports-940-new-covid-cases-aug-7-vs-868-day-earlier-2022-08-08/

- "China's Vast Network of Gray-Market Shoppers Grounded by the Pandemic," *Bloomberg*, July 21, 2021, https://www.bloomberg.com/news/articles/2021-07-21/china-s-daigou-shoppers-who-buy-goods-overseas-get-grounded-by-pandemic

- "Is China Really Cracking Down on 'Luxury Smuggling'?" *Jing Daily*, June 3, 2015, https://jingdaily.com/posts/is-china-really-cracking-down-on-luxury-smuggling

- "Thousands Stranded in China Resort City Amid COVID Lockdown," *The Associated Press*, August 6, 2022, https://apnews.com/article/covid-travel-health-climate-and-environment-china-e30b8a740af4fb9f037b7f87a724788d

**Appendix B**

- Aimee Kim, Alex Sawaya, and Michael Straub, "Hainan's $40 Billion Prize: The New Battleground for Global Luxury," *McKinsey & Company*, July 22, 2021, https://www.mckinsey.com/cn/our-insights/our-insights/hainans-40-billion-prize-the-new-battleground-for-global-luxury

- Daisuke Wakabayashi, "Trouble in Paradise: Chinese Tourists Left Stranded During Lockdowns," *The New York Times*, August 19, 2022, https://www.nytimes.com/2022/08/19/business/china-covid-tourists-hainan-lockdown.html

- Dake Kang, "China Won't Report Asymptomatic COVID Cases in Further Shift," *The Associated Press*, December 15, 2022, https://apnews.com/article/health-business-china-beijing-covid-9e0fc4ddc2537cb04535b334223dd442

- Edward White and Leila Abboud, "Hainan 'On Fire' as Luxury's Centre of Gravity Tilts to China," *Financial Times*, April 16, 2021, https://www.ft.com/content/12c7b3cc-b757-4088-b49c-064c290b4ad5

- Giulia Interesse, "Investing in Hainan: Industry, Economics, and Policy," *China Briefing*, November 18, 2022, https://www.china-briefing.com/news/investing-in-hainan-industry-economics-and-policy/

- Giulia Interesse, "New Facilitated Pick-up (Duty-Free) Policy in Effect in Chinese Province of Hainan," *China Briefing*, April 27, 2023, https://www.china-briefing.com/news/hainan-duty-free-sector-new-facilitated-pick-up-policy-in-effect/

- Joyce Zhou and Yew Lun Tian, "China Reopens Borders in Final Farewell to Zero-COVID," *Reuters*, January 8, 2023, https://www.reuters.com/world/china/china-reopens-borders-final-farewell-zero-covid-2023-01-08/

- Keith Bradsher, Chang Che, and Amy Chang Chien, "China Eases 'Zero Covid' Restrictions in Victory for Protesters," *The New York Times*, December 7, 2022, https://www.nytimes.com/2022/12/07/world/asia/china-zero-covid-protests.html

- Martin Quin Pollard and Brenda Goh, "'We're Going to Be Free': Chinese Cheer as COVID Curbs Are Loosened," *Reuters*, December 7, 2022, https://www.reuters.com/world/china/chinas-hopes-looser-covid-rules-sets-off-rush-fever-drugs-2022-12-07/

- Sandy Lim and Amanda C. O'Neill, "Credit FAQ: Will China's Hainan Island Find Its Place in the Sun?" *S&P Global*, June 26, 2024, https://www.spglobal.com/ratings/en/regulatory/article/240627-credit-faq-will-china-s-hainan-island-find-its-place-in-the-sun-s13150149

- Siyi Liu and Eduardo Baptista, "Streets Deserted in China's Cities as New COVID Surge Looms," *Reuters*, December 18, 2022, https://www.reuters.com/world/china/chinas-cities-battle-first-wave-covid-surge-wider-spread-looms-2022-12-18/

**Appendix B**

**SEC Filings**

- The Estée Lauder Companies Inc., Form 8-K, filed February 3, 2022

- The Estée Lauder Companies Inc., Form 10-Q for the Fiscal Quarter ended on December 31, 2021, filed February 3, 2022

- The Estée Lauder Companies Inc., Form 8-K, filed May 3, 2022

- The Estée Lauder Companies Inc., Form 10-Q for the Fiscal Quarter ended on March 31, 2022, filed May 3, 2022

- The Estée Lauder Companies Inc., Form 8-K, filed August 18, 2022

- The Estée Lauder Companies Inc., Form 10-K for the Fiscal Year ended on June 30, 2022, filed August 24, 2022

- The Estée Lauder Companies Inc., Form 8-K, filed November 2, 2022

- The Estée Lauder Companies Inc., Form 10-Q for the Fiscal Quarter ended on September 30, 2022, filed November 2, 2022

- The Estée Lauder Companies Inc., Form 8-K, filed February 2, 2023

- The Estée Lauder Companies Inc., Form 10-Q for the Fiscal Quarter ended on December 31, 2022, filed February 2, 2023

- The Estée Lauder Companies Inc., Form 8-K, filed May 3, 2023

- The Estée Lauder Companies Inc., Form 10-Q for the Fiscal Quarter ended on March 31, 2023, filed May 3, 2023

- The Estée Lauder Companies Inc., Form 8-K, filed July 19, 2023

- The Estée Lauder Companies Inc., Form 8-K, filed August 18, 2023

- The Estée Lauder Companies Inc., Form 10-K for the Fiscal Year ended on June 30, 2023, filed August 18, 2023

- The Estée Lauder Companies Inc., Form 8-K, filed November 1, 2023

- The Estée Lauder Companies Inc., Form 10-Q for the Fiscal Quarter ended on September 30, 2023, filed November 1, 2023

**Websites**

- "1050. Registration of Research Analysts," *FINRA*, October 1, 2018, https://www.finra.org/rules-guidance/rulebooks/retired-rules/1050

- "1220. Registration Categories," *FINRA*, July 1, 2021, https://www.finra.org/rules-guidance/rulebooks/finra-rules/1220

**Appendix B**

- "2241. Research Analysts and Research Reports," *FINRA*, August 16, 2019, https://www.finra.org/rules-guidance/rulebooks/finra-rules/2241

- "CFA Program Overview," *CFA Institute*, https://www.cfainstitute.org/en/programs/cfa/curriculum

- "H.R.1058 - Private Securities Litigation Reform Act of 1995," *Congress.gov*, December 22, 1995, https://www.congress.gov/bill/104th-congress/house-bill/1058

- "Research Analyst Qualification Exam (Series 86 / 87): Content Outline," *FINRA*, 2015, https://www.finra.org/sites/default/files/Industry/p006473.pdf

- "Rule 344. Research Analysts and Supervisory Analysts," *FINRA*, October 1, 2018, https://www.finra.org/rules-guidance/rulebooks/retired-rules/rule-344

**Note:**  **In addition to the documents on this list, I considered all documents cited in my report and exhibits to form my opinions.**

**Exhibit 1.A**

## The Estée Lauder Companies Inc.
### Commentary from Analysts on F1Q23 Results and F2Q23 Guidance
Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Barclays | F1Q23 First Impressions | While Estee's F1Q23 sales were roughly in-line with Street expectations, and slightly better than our model, the headline from today's print is the stark reduction to FY23 guidance, which stems primarily from F2Q23. Specifically, in F2Q23 Estee Lauder is guiding to organic sales down -9% to -11% in F2Q23, well below Consensus which is up +4%, with the primary reason being tighter inventory management in travel retail. (p. 1)<br><br>To be sure, the guidance now assumes organic sales growth accelerating to ~11-15% in F2H23, which is in-line with our model (~14%) but below Street estimates (~19%). Still, we think a very fair question remains why Estee Lauder is seemingly feeling more of an impact from destocking in China than others and why is the company confident that this destocking will be isolated to F2Q23. (p. 1) |
| 11/2/22 | Credit Suisse | Big China Exposure Cuts Both Ways | FY23 guidance cut was larger than expected. While it wasn't surprising that EL lowered its guidance due to ongoing China lockdowns, we're disappointed by the magnitude of the cuts... As we expected, FY23 rev embeds an additional -4pp FX headwinds (now -8pp total drag to revs this year). We expected the recent Hainan lockdowns to be a drag, but the new -3pp headwind from slower-than-expected recovery in Hainan plus unexpected US inventory tightening vs prior guidance were worse than we expected. (p. 1)<br><br>F1Q by the Numbers: F1Q EPS at $1.37 slightly beat CSe/Street at $1.35/$1.31 with Revs at -10% YoY (in-line with FS -10%, though below our -8.5%). That said, GM at 74.0% beat CSe at 72.7% (Street 73.5%). Americas revs -7% YOY on tighter retail inventory. EMEA -6% on travel retail disruptions. APAC -7% on China lockdowns. (p. 2)<br><br>Guidance De-Risked?: The key focus is whether the new guide is fully de-risked, given that it is baking in an Hainan improvement in F2H (a hard assumption to embrace despite easy 4Q compares given ongoing Covid cases in China and its continuing language on Zero Covid post 20th Congress). (p. 2) |
| 11/2/22 | Credit Suisse | Read-X: Estee Lauder's Q123 Results: Weak Outlook | Read-X: A weak print and a weak outlook from Estee Lauder. EL has lowered its EPS guidance by c.25% for FY23. The primary issue appears to be tighter inventory management in Asia travel retail, given reduced traffic as a result of pandemic restrictions, a tightening of inventory by some retailers in the United States and a greater negative impact from a strong US dollar. (p. 1)<br><br>Sales: Organic sales declined -5% in Q123 (cal. Q322), a touch below VA cons. of -4.7%, and in-line with the mid-point of EL's guided decline of -4% to -6%. By region, Asia Pacific posted a decline of -7%, below VA consensus of -6.4%, owing to ongoing pandemic-related restrictions impacting brick-and-mortar in Greater China and Dr. Jart+ travel retail in Korea. EMEA organic sales declined -5% (vs. VA consensus at -6.0%), primarily due to the continued challenges from pandemic-related restrictions affecting travel retail in Hainan (global travel retail sales declined double-digits). Americas OSG came in at -3%, below VA cons. of +1.0%, driven by a difficult comparison when some retailers in the United States secured orders earlier for holiday due to global logistics constraints, as well as the negative impact in the current year from tighter inventory management by certain retailers (license terminations related to some designer fragrances contributed approx. 4% to the decline in sales). By category, organic sales in skincare declined -11%, below VA cons. -9.9% (pandemic restrictions in China, inventory tightening in China and the US), make-up -6%, below cons. +0.6% (pandemic restrictions in China, timing of shipments vs. PY), fragrances +18%, ahead of cons. +3.4% (license terminations impacted growth by 12%), and hair care +11%, ahead of VA cons. of -0.4%. (p. 1) |
| 11/2/22 | Deutsche Bank | Quick Take - EL's 1Q23 Results | We note that management's outlook allows for tighter inventory management in Asia travel retail (given reduced traffic as a result of COVID-19 restrictions) as well as by retailers in the U.S. (p. 1)<br><br>EL's FY2Q23 outlook:… Net sales declines of -19% to -17% (DBe: -7.5%/Street: -2.3%) driven by -11% to -9% decline in organic growth, -1% from brand termination, and -7% from FX. (p. 2) |

**Exhibit 1.A**

## The Estée Lauder Companies Inc.
### Commentary from Analysts on F1Q23 Results and F2Q23 Guidance
Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Evercore ISI | Destocking in Hainan to Weigh on 2Q Too. Clearing Event? | The real issue is 2Q guide, Estee's peak selling season. Sales are forecast down 9-11% on "tighter inventory management in travel retail" because of Covid restrictions. That's Hainan. However, historically, travel retail bounces back quickly when traffic normalizes –that's Europe's case in the June Q. On the 2Q guide, heading into the call, we have 2 questions, as these assumptions take down F23 EPS by as much as $2.00: 1) What's assumed for the U.S., only 3% down v. 2019 this Sep–a pullback in holiday retail sales + destocking? 2) Why Hainan destocking will carry into 2Q, given that sellthrough was up +9% this 1Q, as per L'Oréal? These assumptions for China's 11.11 and holidays elsewhere bring F23 EPS to $5.25-5.40, nearly 30% v. prior guidance. (p. 1)<br><br>Stock reaction: Negative, as 1) Covid restrictions in China have triggered significant retailer destocking –much greater than what L'Oréal indicated; 2) Estee seemingly assume gloom for the U.S./ Europe holidays and a weak China's "11.11" sales (p. 1)<br><br>To back into consensus' total sales (5)%, the aggregate of other regions was forecast (10)% on China's lockdowns. Both came in a bit better: (6)% in Europe, (7)% in Asia. Recall that mainland China reports into Asia, but Hainan's duty-frees report into the firm's Europe division. (p. 1) |
| 11/2/22 | Evercore ISI | An Air-Pocket: Retail Sales Better, but Retailers Destock in the U.S., China | Estee's shipments to retailers lagged consumer takeaway this Sep quarter, possibly by 10 points based on mgmt. estimate of retail sales up 5%, and the new guidance calls for retail destocking to extend and widen into the Dec quarter —Beauty's most profitable quarter, given holiday shopping in the U.S. & Europe, and China's Singles' Day. (p. 1)<br><br>Most discussion in the call focused on China's Hainan, where Estee's shipments fell 9% (EL 10Q)… Duty-frees constitute Estee's most profitable channel, but are vulnerable to shocks —9/11, the Great Recession and Covid 2020 and Covid 2022. Just to round up China, Estee estimates its retail sales to be up MSD… but failed to quantify shipments to retailers, that we estimate down 15%, based on the [Form] 10Q…. The risk strikes us more about China's underlying demand as lockdowns keep compounding macro pressures. (p. 1)<br><br>Retailers everywhere brace for a potential recession; hence their destocking ahead of the holidays -which accounted for 36% of Estee's profits in C2019. That's the rebase that we view as an "air pocket." (p. 1) |
| 11/2/22 | J.P. Morgan | Beat FQ123 but Deeply Cut FY23 Guidance and Introduced a Weak F2Q | Sales came in slightly better despite the lockdowns in China, with total company organic revenue growth of -5%, broadly in line with our -5.3% and Consensus Metrix -5.1% forecast. (p. 1)<br><br>More importantly, management deeply cut its FY23 guidance and introduced an outlook for FQ2 (most important quarter of the year) that missed both our estimates and consensus. The company now anticipates total sales decline between -8% and -6% (from +3 to +5% before and vs. JPMe +0.8% and Bloomberg Consensus +2.2% heading into the print), including more adverse FX, termination of licenses, and Russia/Ukraine exit.... Also, the F2Q23 outlook came in weaker than expected, with total sales expected to decline -19% to -17%, missing our estimate of -6.3% and consensus of -2.3%, and organic sales drop of -11% to -9% (vs. JPMe +2.1%).... In the release, management added: "In Hainan, the ongoing restrictions led to prolonged store closures and the curtailment of travel and caused the tightening of inventory by certain retailers who had previously placed orders in anticipation of the return of travel that was since delayed. During the quarter, the Company's business was also negatively impacted by inflationary pressures and recession concerns, which caused certain retailers in the United States to tighten inventory." (p. 1)<br><br>Expected Stock Reaction: Negative. While FQ1 come in better than anticipated, we expect investors to focus on the guidance cut. We think this reset was partially anticipated by the buy side, given EL shares' relative underperformance, with shares down -23.0% vs. XLP down -3.1% over the last three months. With a challenging 1H of FY23, we believe investors will try to understand for FY23 is conservative or not. We expect that the key topics on the call will be (1) Underlying trends in Asia Pacific (with a particular focus on China), (2) latest on Travel Retail and Hainan, (3) recent pricing actions and any signs of trade down, and (4) retail inventory dynamics as management called de-stocking in some channels and regions including the U.S. On the positive side, we remind investors that EL management has been historically quite conservative (including beating today's print), especially amid the level of uncertainty in China and Travel Retail, typically errs on the side of caution. (pp. 1–2) |

**Exhibit 1.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F1Q23 Results and F2Q23 Guidance
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Jefferies | Initial Take: FY Guidance Slashed for Cont. Disruption in China and TR | Q1 organic sales -5% vs. estimates -10% and guidance -8% to -10%, with skincare above and fragrance below street estimates.... Skincare $2.10B (53% of total) -11% LFL and -14% reported was ahead vs. estimates at $1.99B, impacted by lockdowns in China.... Net sales were impacted by discont. licenses (~12bps impact).... Americas $1.12B -7% LFL was below consensus estimates of $1.19B, driven by tough comps of early holiday spend in 3Q21. EMEA $1.68B -6% LFL incl. Russia and travel retail/Hainan drag, but came in ahead of estimates at $1.48B. APAC $1.13B -7% LFL, with the region missing estimates by -12% at $1.29B. (p. 1)<br><br>Q2 Guidance Well Below Ests; FY23 Outlook Lowered Materially: FY23 outlook was reduced well below expectations for a LSD ppt topline cut. Lockdowns in China, travel retail, and inventory tightening are expected to weigh heavily on the balance of FY23, gradually improving in 2H. FY Guidance now calls for reported sales declines of -8% to -6% (3% to 5% growth prior), reflecting negative impact of FX (-8%), DKNY license (-1%) & restructuring (-1%) resulting in LFL sales growth forecast of 0-2% (7-9% prior) vs. models at 7%. (p. 1)<br><br>What We Are Listening for on the Call: 1) 2H quarterly pacing of growth; guide implies reported net sales growth +L/MSD in 2H; 2) Expectations for return to LT Algo; 3) Changes in scope of business as Q1 progressed; 4) Category mix shift & expected durability of fragrance and haircare (+DD% in Q1); 5) Assumptions for China drag - degree & duration; and 6) Expectations for Travel Retail for FY23 and beyond. (p. 1) |
| 11/2/22 | Jefferies | Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $230 | As expected, EL reset FY expectations to reflect a more elongated recovery in China and TR. Lockdown policies are still in effect, traffic rebound esp in Hainan taking longer, and inventory rationalization needed in Hainan due to traffic -DD. FY23 outlook for +0-2% LFL FY23 and OM% -350bps. China and TR recovery are the biggest swing factors in the model today and key to growth & margin recovery. (p. 1)<br><br>Guidance factors in continued intermittent lockdowns in China, retailer pull back on inventories, and a strong USD. FY Guidance calls for reported sales declines of -8% to -6% & LFL sales growth forecast of 0-2%. FY Adj-EPS guide of $5.25-$5.40 includes -$0.44 impact from FX. 2Q23 guide calls for organic sales declines of -11% to -9%, and Adj-EPS of $1.19-$1.29 vs. estimates at $2.80. We agree with the directional guide, but the China recovery is the hardest to estimate at this stage. Given China's exposure to skincare (highest margin category) and influence on TR (highest margin channel), EPS growth also hinges on the region. Historically during times of slower economic growth, spending skews toward trade down vs. spend up and prestige underperforms mass. To-date 2022, prestige has continued to outperform mass in Western markets. (p. 1)<br><br>FY23 reported sales growth of -6-8% incl.: 1) Covid impact on Asia and TR deliver tourism below retailer expectations, driving lower inventories; Hainan recovery not expected until FY24; 2) US retailers tightening inventories; 3) Currency impact on margins driven by strong USD; new R&D facility in Asia may ease FX impact. (p. 1) |
| 11/2/22 | Morgan Stanley | Quick Comment: Q1 Beat, but Far Below Consensus FY23 Guide-Down | Negative Stock Reaction: EL's stock should be down significantly post a large negative revision to FY23 guidance and far below consensus Q2 guidance, which was driven per EL press release remarks primarily by weaker China (and Hainan) trends with COVID restrictions, exacerbated by tighter inventory management in Asia travel retail, some US retailer inventory tightening, and unfavorable FX, and we assume some impact from weaker macros globally with EL noting trends weakened towards the end of fiscal Q1. We had expected downside, as did the market, but clearly the magnitude is far above expectations, although does look conservative at first blush. (p. 1) |
| 11/2/22 | Morningstar Equity Research | Share Weakness Presents Buying Opportunity for Wide-Moat Estee Lauder as Long-Term Trends Intact | The shares are down about 50% year to date, including the mid-single-digit percentage drop on lowered full-year guidance disclosed in conjunction with the fiscal 2023 first-quarter report. The lowered guidance (sales down 6%-8% from 3%-5% growth previously and adjusted EPS to $5.25-$5.40 from $7.39-$7.54) is driven by three factors: weak travel retail in Hainan because of COVID-19-related restrictions, cautious holiday ordering by U.S. department stores given economic concerns, and currency headwinds. (p. 1)<br><br>First-quarter sales fell 10%, driven by a 5% drop in organic sales due to the headwinds cited above, a 4% hit from currency, and a 1% drop from the termination of some designer brand licenses. (p. 1) |
| 11/2/22 | Oppenheimer | Quick Read: A Much Deeper Guide-Down than Expected | Earlier this morning, EL reported Q1'23 results essentially in line with expectations, but sharply lowered full year guidance. For FY23 (June 2023), EL now projects adjusted EPS of $5.25-5.40 vs. our recently lowered forecast as we previewed here of $6.50 and a Street figure of $7.35. This reflects increased challenges in Asia travel retail, the tightening of inventory in the US and Asia travel retail, a much larger FX impact (translation and transaction), and a higher tax rate. (p. 1) |

**Exhibit 1.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F1Q23 Results and F2Q23 Guidance
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Piper Sandler | FQ1: Outlook Falls Short Again, but We're Keeping Our Focus Beyond Near Term | Today's results proved that while prestige beauty has shown relative resiliency, no one is immune, and the delayed reaction to inflation and macro that we've been expecting for the category is here. China and Travel Retail remain the main ongoing overhangs, while Fx and inventory tightening are adding to the near term headwinds. (p. 1) |
| 11/2/22 | Raymond James | Guidance Cut Sharper than Expected; China Shatters | While we had anticipated an outlook cut due to the impact of COVID-related lockdowns on China and travel retail, today's guide reset was significantly larger than we had anticipated. F1Q EPS actually beat expectations on better margins, but the continued pressures of COVID plus macros/inventory drawdown in the U.S. will weigh more substantially on 2Q and rest of year results.... Importantly, the vast majority of the weaker year is attributable to lack of mobility in Asia; underlying interest in the category remains solid, in our view. (p. 1)<br><br>The sales decline was largely due to China lockdowns and the impact on travel, particularly in Hainan, with inventory tightening as well. U.S. sales growth were negatively impacted by inventory tightening and lapping a sales pull-forward in the year-ago period as retailers ordered earlier for holiday. Previously announced license terminations had a -4% impact to Americas sales growth. Organic sales in EMEA, which includes all travel retail sales, was -5% primarily related to softness in Hainan; license terminations negatively impacted the region by 1pt y/y. (p. 1)<br><br>FY23 outlook cut to organic sales flat to +2%, EPS $5.25-$5.40… Ongoing inventory tightening in Asia travel retail and U.S.… A more tempered expectation on the timing of traffic recovery in Hainan to 2H… Increased productive distribution, providing new consumer and country reach… Inflationary pressure offset by price increases, mix optimization and cost savings… Incremental savings from the PCBA Program and reinvestment in advertising and capabilities (p. 1) |
| 11/2/22 | RBC Capital Markets | Quick Take on Earnings | While our long-term position on EL remains unchanged, the quarter's result and guide reflects the intense impacts from the ongoing pandemic on the business in China and retailer inventory management in the West. The FY'23 organic sales guide-down from +7-9% to +0-2% is immense in magnitude, with F2Q guidance of -HSD to -LDD is meaningfully below current consensus estimates of +4%, driven by the ongoing COVID situation in China and lack of near-term visibility into an exit plan from the current zero-COVID paradigm therein. (p. 1)<br><br>Organic sales growth of -5% came in better than our/cons. estimates of -5.8%/-5.3%. By segment, APAC came in at -7%, about in line with consensus estimates of -6.9% and worse than our estimate of -5%, driven by ongoing COVID restrictions in ML China somewhat offset by the rest of Asia opening. The EMEA segment declined 5% better than our/cons. estimates of -11%/-8%, driven by a prolonged closure of Hainan impacting travel retail sales (housed in the EMEA segment) which declined DD. The rest of EMEA, both developed and emerging, grew, as did travel retail in the other major geographies (America, Europe, Middle East). Americas organic sales declined 3% vs. our/cons. estimates of 0%/+1%, reflecting YAG tough comps that included a pull-forward to holiday ordering at retail, as well as tighter inventory management at retail. (p. 1)<br><br>Biggest surprise: While we expected continued prudence from EL on forward guidance, the guide-down is significant. We think this reflects the lack of visibility into China's plans to exit the zero-COVID policy, especially after the party congress in mid-October where the government strongly defended the policy rather than showing signs of backing away from it.... EL's comments are also the first guide-down we have seen in the space that is explicitly anticipating recessions "in certain global markets" to affect results. (p. 1)<br><br>EL's guidance embeds assumptions for ongoing COVID disruptions and consequent inventory tightening in both ML China and Hainan, as well as retailer inventory tightening in the US. Its H2 guide assumes sequential improvement with restrictions being lifted and travel resuming in Hainan. (p. 1) |

**Exhibit 1.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F1Q23 Results and F2Q23 Guidance
Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Telsey Advisory Group | EL 1QF23 First Take: EPS Beats but Outlook Moderated on Pressures in China, US Inventory Tightening, and FX | EL reported fiscal first quarter (ended Sept.) EPS of $1.37 vs. $1.89 last year, coming in ahead of the consensus estimate of $1.31 and the guidance range of $1.22-$1.32. The earnings upside was driven by better-than-expected gross margin as sales and expenses were in line, despite the continued COVID disruptions and stronger US dollar.... Management anticipates a sequential improvement in 2H from lifted travel restrictions and easing inventory management. 2QF23 outlook is cautious as 1Q's COVID pressures and wholesalers' conservative orders are expected to continue. (p. 1)<br><br>EL reported better-than-expected EPS for the quarter with sales coming in line with expectations despite continued restrictions in China and tightening of orders from domestic wholesale partners, on top of inflation, geopolitical tensions, and supply chain challenges. However, the annual outlook was moderated significantly primarily due to the impact of COVID restrictions in China, in our view. (p. 1)<br><br>Looking ahead to FY23, EL anticipates its results in H1 to be negatively affected by ongoing headwinds from COVID-related disruptions impacting travel retail in Asia, including the tightening of inventory among retailers, and mainland China. In H2, EL anticipates a gradual recovery as restrictions are lifted, travel resumes to Hainan and the tightening of inventory subsides. (p. 2) |
| 11/2/22 | UBS | 1Q In-Line, but FX and Restrictions Drag FY23 Guide Lower | Entering the print, most investors' base case expectation was for 1Q to fall within or slightly above the $1.22-1.32 guidance range, 2Q guidance to come in below Street expectations, and for the company to lower FY guidance for both net sales and EPS on account of unfavorable moves in FX (which includes a transactional impact in travel retail that is included in the company's underlying outlook). Against that backdrop, the quarter played out largely as planned, but the magnitude of negative revision outlined this morning is far greater than even some of the more bearish outcomes we heard from investors. FX was certainly a large driver of the revision, but EL also lowered their organic sales outlook to +0-2% (from +7-9% previously with only 100bps of additional drag from the aforementioned travel retail impact). Management cited tighter inventory management controls and decreased traffic driven by COVID-related restrictions. (p. 1) |
| 11/2/22 | Wells Fargo | EL: FQ123 First Take—Quarter in Line, but It's All About This Reset | EL's FY23 guide was broadly considered too aggressive in our view and a reset expected, a perceived EPS de-risk on a stock languishing on headwinds from EL's largest market, China. (p. 1)<br><br>Reported net sales are expected to decrease -8% to -6% (was +3-5%), reflecting tighter inventory management in travel retail, FX -6% (was FX -4%), another -2% due to 'certain foreign currency transactions in key international travel retail locations' (was -1%), and -1% (unchanged) from the termination of designer fragrance licenses. There was no note of expectations for Russia/Ukraine (was -1%). (p. 1)<br><br>Organic sales are seen -11% to -9% vs Street +4.5%, with reported sales down -19% to -17% (tight inventory mgmt in Travel Retail; FX translation -7%, unfavorable FX transactions in int'l TR -2%, termination of designer fragrance). (p. 1) |
| 11/3/22 | Bank of America | Immobilized in China | EL's 1Q23 EPS outperformance was overshadowed by management's meaningful downward guidance revision for FY23, suggesting... a protracted recovery in the important domestic China and Travel Retail markets, with Zero Covid policies still a... persistent overhang. (p. 1)<br><br>Estimate reductions are being driven by reduced expectation for China/Hainan as mobility is recovering slower than expected and widespread trade inventory reductions in China/Asia travel retail/U.S. coincide with increased inflation and currency translation drag. Assuming performance outside of China/Asia travel retail continues to track in-line or ahead of expectations, recovery in the region and channel (and its link to COVID restrictions easing) will be the most important driver for the stock in our view. (p. 1) |

Exhibit 1.A

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F1Q23 Results and F2Q23 Guidance
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 11/3/22 | Barclays | Perfect Storm | Heading into earnings, we were hopeful that with Estee's F1Q23 results, the company would take the opportunity to lower its full-year guidance beyond currency movements, such that numbers would effectively become "de-risked." In aggregate, this would seem to be the case, as EPS guidance at the mid-point of the range was cut by fully ~29%, with the majority of the hit to sales and earnings felt in F2Q23 as retailers in the U.S. and China travel retail proactively and quickly manage their inventory levels. (p. 1)<br><br>What to do with the stock: Though Estee Lauder's near-term results will be pressured by retailer destocking in the U.S. and China and the stronger U.S. dollar, we have to think in a year from now we'll look back at the stock below $200 and say that was the right time to buy EL shares, particularly for those with a long-term investment horizon. (p. 3)<br><br>Specifically, implied organic sales growth in F2H23 is ~11-15%, which is still very strong, albeit slightly lower than the implied ~13-18% growth in the August guidance, as retailer inventory destocking dynamics subside and momentum builds in other areas of the business (i.e., by category - makeup in re-opening markets, fragrance & hair care globally; by channel - specialty retail & freestanding stores; and by market - in emerging markets outside of China). As it relates to retailer inventory destocking in the U.S. and Hainan, our sense is that the draw down in F2Q23 should be significant enough to clear the decks such that a dramatic acceleration in foot traffic is not necessarily required for sales to accelerate. By contrast, we are less comfortable assuming strong trends in Western European markets, ex. Travel Retail, continue – particularly given looming recessionary fears. (p. 3)<br><br>As it relates to China and Hainan, we heard several positive data points on yesterday's call to suggest the longer-term structural growth of these businesses are intact. Importantly, mainland China declined in the "single digits" (we estimate down -8%), which is an improvement from the 20-30% sales decline in F4Q22, with a sequential improvement in brick & mortar declines and growth online that was nearly double the market. In aggregate at the retail level, Estee Lauder's sales in China (including travel retail) grew mid-single digits, which is not too dissimilar from the +7.8% sell-out figure L'Oreal cited on its earnings call last month. As it relates to Hainan, we believe Estee Lauder's decision to strategically build out this market as a long-term growth driver has made it more exposed to retailer inventory destocking dynamics than other beauty players. (p. 3) |
| 11/3/22 | DA Davidson | Guidance Cut Due to Channel Inventory Reductions and FX | EL reported F1Q23 sales and earnings upside surprises, but it reduced FY23 guidance due to channel inventory reductions, mainly in North America and Hainan, and more negative FX. (p. 1)<br><br>Results in F1Q23 were about as expected. EL reported F1Q23 EPS of $1.37 vs. $1.89; consensus was $1.31 and guidance was $1.22-$1.32.... EL had guided to a weak quarter because of COVID-related restrictions in China, which impacted tourism in the Hainan region and brick-and-mortar sales elsewhere in the country. (p. 1)<br><br>Global travel retail sales, which carry high margins, were down double-digits. The decline was driven by the ongoing travel restrictions in China, particularly in Hainan. Stores there were closed for most of the quarter, and traffic has been slow to return, resulting in lower shipments. Travel retail sales in European markets and in the Americas rose triple and double digits, respectively, benefiting from the recovery of travel. (p. 1)<br><br>EL lowered its FY23 guidance. There were three key reasons for the guidance reduction: (1) tightening of channel inventories in Hainan due to its slow recovery; (2) inventory reductions by some U.S. retailers; and (3) more negative FX. (p. 1) |
| 11/3/22 | Deutsche Bank | Beauty and the Beast | As anticipated yesterday morning, EL's stock took a hit -8.0% (vs. S&P -2.5% yesterday) primarily due to a full-year guidance cut... The culprits (beyond a higher tax rate impact of ~-$0.15)? First, a more challenging backdrop in Hainan/China given the slower pace of demand/traffic recovery and contracting inventories. Second, similarly contracting inventories in US retail (primarily department sores [sic]), as retailers take preparedness steps ahead of a potential recession (while contending with more clearly elevated inventories in categories outside beauty). Finally, the stronger USD, which is forcing EL to absorb incremental foreign exchange headwinds (now -$0.44 vs. -$0.20 previously). (p. 1)<br><br>From our perspective, FY2Q guidance appears sufficiently prudent/conservative – i.e., all-in sales decline of -19% to -17% and adj. EPS down -57% to -60% YOY to $1.19-$1.29. However, while we would not characterize EL's 2H22 outlook as aggressive, we do note that it does embed relative optimism insofar as management anticipates (i) resilient consumer demand in the US and EU, (ii) a relative end to retailer destocking (particularly in the US) exiting FY2Q, and (iii) a successful reopening and recovery in Hainan/China by 4Q. (p. 1) |

**Exhibit 1.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F1Q23 Results and F2Q23 Guidance
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 11/3/22 | J.P. Morgan | Bull Case Requires Investor Patience but EL Deserves the Benefit of the Doubt, in Our View | While EL beat FQ1, management cut FY23 guide mainly driven by what management called "temporary" weakness in the upcoming FQ2 as lockdowns continue to impact Chinese travel and consumption in Mainland China, along with shipment cancellations by retailers in Hainan, destocking by some U.S customers (likely Department stores) and adverse FX. (p. 1)<br><br>We think the biggest disappointment came from the weak results in the U.S. and new commentary about retail destocking (decelerating traffic in Dept stores while specialty retailers and DTC continue to gain share). This change of tone added to the ~48% cut to FY23 guidance at the midpoint and disappointing FQ2 outlook led to sell-off today... We think investors were already bracing for a reset in light of the ~20% underperformance in L3M heading into this print vs. the XLP index. (p. 1)<br><br>We note that there are several building blocks into the recovery in F2H: (1) Hainan/Mainland China gradually reopening in the June 2023 quarter, (2) cycling of supply chain disruptions in Shanghai in FQ4, (3) lapped inventory pull forward in the U.S. in FQ1, and sell-in vs. sell-out to normalize, (4) skin-care cycles through tough comps, and (5) increased distribution at Ulta, Target and Kohl's to recruit new consumers, and as such we agree that EL is set to re-accelerate growth in the second half of FY23. (p. 1)<br><br>That said, we think that the hockey stick recovery embedded into FQ4 (still assuming Hainan traffic below historical levels) and limited visibility into China reopening will likely lead EL shares to trade sideways until February 2nd '23 when we will hear management talk about FQ3 and FQ4. (p. 1) |
| 11/3/22 | Morgan Stanley | Q1 Follow-Up: FY23 Challenges; FY24 Recovery | EL posted a slight Q1 beat, but FY guidance was lowered significantly on lingering COVID issues in China, incremental unfavorable FX, as well as retailer inventory cuts in Asia/US. (p. 1)<br><br>EL attributed lower guidance more to transitory factors, including weaker China (chiefly Hainan) trends with COVID restrictions, exacerbated by Asian retailer inventory cuts, some US retailer inventory cuts, and unfavorable FX (an exogenous factor), but EL was relatively bullish on underlying retail demand (US and China consumption up MSD's at retail). (p. 1)<br><br>[T]he downwardly revised FY23 EPS was much higher than expected at a huge -29% revision at its midpoint, although EL generally pointed to most of the EPS pressure points as being more transitory (COVID impacts and retailer inventory cuts) or non operating (FX). (p. 1)<br><br>EL was surprisingly optimistic on the Q1 conference call given the magnitude of negative Q2/FY topline and EPS revisions, citing three primary drivers of revised guidance as more transitory or non-operating, including: (1) the impact of COVID in Asia and travel retail (particularly Hainan), driving weaker demand and tightening of inventories; (2) some retailers cutting inventory in the US, which we believe EL is proactively assuming for the peak season in fiscal Q2; (3) unfavorable FX. (p. 2) |
| 11/3/22 | Raymond James | Can't Make Up for Lockdowns, but Near the Bottom | EL reported F1Q y/y organic sales -5% y/y, in line with our expectations, and non-GAAP EPS of $1.37, ahead of RJe and consensus of $1.30. While the quarter beat, EL slashed its FY outlook, attributing it to: 1) China lockdowns and the impact to Hainan, which also led to retailer destocking, 2) U.S. sales dragged down by inventory rebalancing at department stores, and 3) the stronger US$. (p. 1)<br><br>In our view, the F2Q EPS guide seems startlingly conservative, but clearly China's COVID policy is impacting the outlook. (p. 1)<br><br>Our FY23 estimate is predicated on flat organic sales, or -7% including FX, divestitures and other one-time items, with the biggest y/y decline in F2Q. We lowered our operating margin estimate to 16.2%, -350 bp y/y, reflecting negative product and geographic mix, lost leverage, cost inflation, and plans to maintain advertising levels despite revenue degradation. The worst of the pain should be in F2Q, and we lower our EPS estimate to $1.27, with sales -11% y/y organic and -19% all in. This reflects limited consumer mobility in China as well as retailer inventory culling. We expect the recovery to start in 2H, particularly for Asia-Pacific and Travel Retail, and for skincare from a category standpoint. (p. 1)<br><br>We maintain our Strong Buy rating as we believe EL is well positioned to capitalize on LT growth in Asia while results are largely de-risked from here. The greatest risks to our thesis are extended restrictions in China/Hainan and an elongated inventory rebalancing cycle from department stores, where EL overindexes vs peers. (p. 1) |

**Exhibit 1.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F1Q23 Results and F2Q23 Guidance
Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 11/3/22 | RBC Capital Markets | EPS Aftermath - Zero-COVID a Fly in the Ointment | While EL delivered quarterly results about in line with expectations, the magnitude of the guide down was significantly worse. We think EL is making the right decision to continue investing in their brands through it all, but China's zero-COVID policy, and lack of visibility into an exit plan from it, is a looming overhang dragging results in the near-term. (p. 1)<br><br>Negatives: 1) Americas miss and retailer dynamics. Americas missed expectations at -3% vs. our/cons. estimates of +0-1%. Management noted tightening inventory dynamics at certain retailers affecting the quarter as well as in F2Q. 2) APAC forward guide. While APAC organic growth of -7% was in line with consensus estimates, the forward guide for the region was materially negative. Management noted the Hainan lockdowns lasted longer than they expected, and the return of traffic has been slower than expected, leaving key retailers with inventory they will need to sell through--driving a highly negative F2Q guide. (p. 1)<br><br>EL materially lowered guidance with F2Q organic sales expected to be -9-11% (vs. +4% cons.) and FY23 guidance of +0-2% vs. +7-9% prior, driven by aforementioned retailer inventory dynamics, and impacts of zero-COVID policies in China. Management said H2 guidance reflects lapping YAG compares (Shanghai lockdown) and assumes gradual traffic resumption on easing restrictions. However, we have yet to see meaningful messaging or evidence that China plans to back off the zero-COVID policy (which they defended at the party congress) in H1'CY23. We see the upcoming winter and contagious subvariants, as well as possible recessions in US and Europe, as likely to continue weighing on results and the stock in the near-term--though our long-term thesis remains unchanged. (p. 1) |
| 11/3/22 | Telsey Advisory Group | EL 1QF23 Follow-Up: China COVID Restrictions Take a Bite Out of Earnings, but We Still See Secular Growth | EL reported better-than-expected EPS for the quarter with sales coming in line with expectations despite continued restrictions in China and tightening of orders from domestic wholesale partners, on top of inflation, geopolitical tensions, and supply chain challenges. However, the annual outlook was moderated significantly primarily due to the impact of COVID restrictions in China, in our view. While the updated outlook is disappointing, we believe that the company's portfolio of brands remains healthy and in-demand globally, and that some level of pent-up demand can be released as restrictions are eased and as makeup continues to recover with the return of social and work engagements. (p. 1)<br><br>Expect macro and supply chain trends to improve in H2. Given first quarter results, the company expects its performance in H1 to be further challenged by the current environment. Management expects trends within the business to steadily improve in the back half of the year, as the tightening of inventory subsides in Asia and the US and restrictions in China ease, particularly in Hainan. EL also anticipates ongoing recovery across various markets within EMEA and Asia/Pacific for the remainder of FY23. In Hainan, management has further adjusted shipments to better align with the weaker retail environment and anticipates trends in Q1 are likely to continue into Q2. In the back half, EL expects the modification to inventory levels to abate, as consumers begin to travel with fewer safety and regulatory constraints. Moreover, the tight control of inventory in the US among retailers is expected to ease in H2, reflecting strong demand. Despite near-term headwinds, management is confident in the strength of the business and plans to continue investing in key strategic growth areas such as retail expansion, advertising, innovation, production capacity, and consumer engagement. (p. 1)<br><br>As the US dollar has further strengthened against key currencies, the company forecasts FX to meaningfully impact second quarter and full year results. Management noted that the speed and magnitude of currency movements seen since the beginning of FY23, combined with heightened levels of inflation, contributed to the moderation in guidance for the year... EL also noted that FX is expected to be dilutive to reported sales by 6 pts with an additional 2 pts of impact from transactions in key travel retail locations for the full year. (p. 2) |
| 11/3/22 | UBS | FX and Lockdowns Take Their Toll with Visibility on Earnings Recovery Limited; Stay Neutral | From our conversations with investors, most seem to believe that FY23 is now de-risked given that guidance embeds (1) an extended recovery in Hainan, (2) inventory disruptions, and (3) meaningful FX headwinds. (p. 1)<br><br>We see a path to strong EPS growth in '24 as sales growth normalizes and margins recover, but the magnitude of recovery remains uncertain as the recovery hinges on many factors outside of EL's control (FX, cost pressures, lockdowns, etc.). (p. 1) |

**Exhibit 1.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F1Q23 Results and F2Q23 Guidance
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/3/22 | Wells Fargo | EL: Calling Estée, Seeking Normal | [W]e're now assuming FY24 EPS $6.65, ~75c below prior expectations (for FY23), factoring limited recovery in China Travel Retail (key issue), and only modest growth in Domestic China FY24/FY25. (p. 1)<br><br>EL cut its organic sales guidance by 700bps at the midpoint (+7-9% to flat to +2%). The key driver was Travel Retail:... The residual 1.5pts likely falls into Americas with retailers managing inventory tighter (Domestic China was fine in FQ1, down single digits).... The simple version goes that the revenue reduction was temporary (namely China TR on restrictions), and that as that business comes back, so too will mix, unleashing earnings power. (p. 1)<br><br>The more complicated version. Weakness in China TR is implied at such a level in FQ223 that it suggests a prolonged period of overshipment (need to work down inventory), and a lingering question on the health of this business over time. Meanwhile, Americas delivery (even adjusting out a 6pt headwind from overshipment in the base ahead of holiday last year) belies US industry data which is better, read-throughs would suggest some trade down is happening in US beauty right now (look at public peer results), and EL is losing share (less problematic if China is growing, but obviously a 'breadth of growth' issue when China is not). (p. 1) |
| 11/4/22 | Berenberg | Insufficient Visibility; Down to Hold | The company's sales performance was negatively affected by COVID-19 restrictions in China, lower tourism in Hainan and retailer destocking in the US. (p. 1) |
| 11/4/22 | Morningstar Equity Research | China's COVID-19 Policy Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact | Our organic sales estimate falls to 1% growth from 9% prior, given COVID-19-related restrictions in China and cautious holiday orders from U.S. department stores due to economic uncertainty. Furhter [sic], as currency headwinds have intensified, we now expect a 5% currency hit to sales in fiscal 2023 from a 2.6% headwind previously. (p. 2) |
| 11/4/22 | RBC Capital Markets | Quick Thoughts on China COVID-Zero in 2023 | A slew of recent confirmed news reports and refuted or unconfirmed reports have driven renewed hope that China may pivot away from zero-COVID policies in Spring 2023. Given the false start that the pivot would happen at the party congress in mid-October, we are more cautious, critical, and skeptical until we see a tangible, confirmed exit plan that we can use to reassess risks. (p. 1)<br><br>EL embedded into their H2'FY23 assumptions that restrictions will gradually ease. However, we are being more cautious following a similar level of dialogue headed into the China party congress in mid-October where there was a great deal of public speculation that the event would be used to pivot away from COVID-zero. (p. 2)<br><br>Following EL's F1Q'23 earnings report earlier this week, we adjusted our estimates to the bottom end of their guidance, in part to reflect our concern about the ongoing risk from the situation in China. We expect to continue holding a cautious view on the company's exposure to China with regard to COVID policies until we have an official, confirmed, announced, and executed plan from the government that we can grasp and analyze the change it could make to these risks. (p. 2) |
| 11/7/22 | Bank of America | Fine China: Hints at Reopening Lift Sentiment | On Friday, EL shares rose +8.6% vs the S&P +1.4% on reaction to comments from former chief epidemiologist at the Chinese Centre for Disease Control and Prevention, Zeng Guang, who suggested a possible accelerated pace of reopening in China. (p. 1)<br><br>EL's underwhelming guidance for F2Q23 and muted FY23 outlook revision was based largely on expectations for a more protracted lockdown. China comprises 35% of total sales and an even higher proportion of operating profit, with Chinese tourism (both domestic and international) contributing significantly to the 27% of sales in Travel Retail. (p. 1) |
| 11/7/22 | Credit Suisse | Notes from the Road: Key Takes from Our Meetings with Estee Lauder's CEO | As we listen closely to the pressure points in EL's business today, it's clear that those pressures are the result of exogenous headwinds that are more acute in EL's biggest markets, and highest margin businesses. We were encouraged by EL's conviction that all its other businesses are working at peak productivity. We think EL is making the right decisions to maintain investments for the long term in China/Hainan/travel retail despite current strong top line pressures. We see no reason to think that the current stock pressures can't be resolved by macro winds reversing, and come away from our meetings with a greater appreciation for EL's big long-term opportunities like developing local innovation and distribution assets in Asia, and pushing into big new growth categories like Haircare/Fragrance. (p. 1) |

**Exhibit 1.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F1Q23 Results and F2Q23 Guidance
Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/8/22 | Wells Fargo | EL: China Cosmetics Imports—Sequential Improvement in October | If September is indicative of how EL's China business closed the quarter, and October of how it climbed out, the trend in Domestic China may well be improving sequentially. (p. 1)<br><br>In our view, this suggests a fundamental misunderstanding of what's pressuring EL results, as Street models are putting too much pressure into APAC relative to EMEA (as pressure is emanating from China Travel Retail, which sits in EMEA, less from Domestic China which sits in APAC). (p. 1)<br><br>Korea declining (due to Dr Jart's travel retail business, which gets reported in APAC, offsetting domestic Korea, which is growing)... (p. 1)<br><br>[O]ur general rule of thumb here is that historical strength in the duty free data has been indicative of strength in EL's China TR business, just as weakness of weakness. In October, duty free imports grew +11.0% y/y, the first growth since April... (p. 1)<br><br>[W]e think APAC gets better in FQ2 vs FQ1 (model organic -3%e) anchored by Domestic China sequentially improving (with the real risk Dr Jart given it has TR sales that go through APAC); also view Americas a bit worse (-5%e)... (p. 1)<br><br>Given likely growth in TR ex China and Continental Europe in FQ223, the outlook suggests China TR down potentially >70%. Maybe that happens, reflecting just how much inventory needs to be worked down in China TR. The obvious observation, however, is duty-free import data is not that bad, and EL has yet to report such a qtr in its China TR business to date. (p. 1) |

Source:  *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on November 2, 2022.
[2] Emphasis in original text removed.

**Exhibit 1.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Management" in Asia Travel Retail and COVID-Related Restrictions
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Barclays | F1Q23 First Impressions | Specifically, in F2Q23 Estee Lauder is guiding to organic sales down -9% to -11% in F2Q23, well below Consensus which is up +4%, with **the primary reason being tighter inventory management in travel retail**. (p. 1)<br><br>To be sure, the guidance now assumes organic sales growth accelerating to ~11-15% in F2H23, which is in-line with our model (~14%) but below Street estimates (~19%). Still, we think a very fair question remains why **Estee Lauder is seemingly feeling more of an impact from destocking in China than others and why is the company confident that this destocking will be isolated to F2Q23**. (p. 1) |
| 11/2/22 | Credit Suisse | Big China Exposure Cuts Both Ways | While it wasn't surprising that EL lowered its guidance due to **ongoing China lockdowns**, we're disappointed by the magnitude of the cuts… We expected **the recent Hainan lockdowns to be a drag**, but the new -3pp headwind from **slower-than-expected recovery in Hainan** plus unexpected US inventory tightening vs prior guidance were worse than we expected. (p. 1)<br><br>F1Q by the Numbers: **EMEA -6% on travel retail disruptions. APAC -7% on China lockdowns**. (p. 2)<br><br>Guidance De-Risked?: The key focus is whether the new guide is fully de-risked, given that it is baking in **an Hainan improvement in F2H (a hard assumption to embrace despite easy 4Q compares given ongoing Covid cases in China and its continuing language on Zero Covid post 20th Congress)**. (p. 2) |
| 11/2/22 | Credit Suisse | Read-X: Estee Lauder's Q123 Results: Weak Outlook | **The primary issue appears to be tighter inventory management in Asia travel retail, given reduced traffic as a result of pandemic restrictions**, a tightening of inventory by some retailers in the United States and a greater negative impact from a strong US dollar. (p. 1)<br><br>Sales: Organic sales declined -5% in Q123 (cal. Q322), a touch below VA cons. of -4.7%, and in-line with the mid-point of EL's guided decline of -4% to -6%. By region, Asia Pacific posted a decline of -7%, below VA consensus of -6.4%, owing to **ongoing pandemic-related restrictions impacting brick-and-mortar in Greater China and Dr. Jart+ travel retail in Korea**. EMEA organic sales declined -5% (vs. VA consensus at -6.0%), **primarily due to the continued challenges from pandemic-related restrictions affecting travel retail in Hainan** (global travel retail sales declined double-digits).... By category, organic sales in skincare declined -11%, below VA cons. -9.9% (**pandemic restrictions in China, inventory tightening in China** and the US), make-up -6%, below cons. +0.6% (**pandemic restrictions in China**, timing of shipments vs. PY), fragrances +18%, ahead of cons. +3.4% (license terminations impacted growth by 12%), and hair care +11%, ahead of VA cons. of -0.4%. (p. 1) |
| 11/2/22 | Deutsche Bank | Quick Take - EL's 1Q23 Results | From a top-line perspective, EL's full-year sales guidance of -8% to -6% (vs. prior +3% to +5%) implies 2H revenue up ~flat to +6% after allowing for FY2Q sales to be down -19% to -17%. We note that management's outlook allows for **tighter inventory management in Asia travel retail (given reduced traffic as a result of COVID-19 restrictions)** as well as by retailers in the U.S. (p. 1) |
| 11/2/22 | Evercore ISI | Destocking in Hainan to Weigh on 2Q Too. Clearing Event? | The real issue is 2Q guide, Estee's peak selling season. Sales are forecast down 9-11% on **"tighter inventory management in travel retail"** because of Covid restrictions. That's Hainan. However, historically, travel retail bounces back quickly when traffic normalizes –that's Europe's case in the June Q. On the 2Q guide, heading into the call, we have 2 questions, as these assumptions take down F23 EPS by as much as $2.00: 1) What's assumed for the U.S., only 3% down v. 2019 this Sep–a pullback in holiday retail sales + destocking? 2) **Why Hainan destocking will carry into 2Q, given that sellthrough was up +9% this 1Q, as per L'Oréal? These assumptions for China's 11.11 and holidays elsewhere bring F23 EPS to $5.25-5.40, nearly 30% v. prior guidance.** (p. 1)<br><br>Stock reaction: Negative, as 1) **Covid restrictions in China have triggered significant retailer destocking –much greater than what L'Oréal indicated**; 2) Estee seemingly assume gloom for the U.S./ Europe holidays and **a weak China's "11.11" sales** (p. 1)<br><br>To back into consensus' total sales (5)%, the aggregate of other regions was forecast (10)% on **China's lockdowns**. Both came in a bit better: (6)% in Europe, (7)% in Asia. Recall that mainland China reports into Asia, but Hainan's duty-frees report into the firm's Europe division. (p. 1) |

**Exhibit 1.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Management" in Asia Travel Retail and COVID-Related Restrictions
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 11/2/22 | Evercore ISI | An Air-Pocket: Retail Sales Better, but Retailers Destock in the U.S., China | [T]he new guidance calls for **retail destocking to extend and widen into the Dec quarter** —Beauty's most profitable quarter, given holiday shopping in the U.S. & Europe, and China's Singles' Day. (p. 1) <br><br> Retailers everywhere brace for a potential recession; hence their **destocking ahead of the holidays** —which accounted for 36% of Estee's profits in C2019. (p. 1) <br><br> Most discussion in the call focused on China's Hainan, where Estee's shipments fell 9% (EL 10Q)… Duty-frees constitute Estee's most profitable channel, but are **vulnerable to shocks** —9/11, the Great Recession and Covid 2020 and Covid 2022. Just to round up China, Estee estimates its retail sales to be up MSD… but failed to quantify shipments to retailers, that we estimate down 15%, based on the [Form] 10Q.… The risk strikes us more about **China's underlying demand as lockdowns keep compounding macro pressures**. (p. 1) <br><br> **China imports contracted 11%. Retailers' destocking compounded slowdown** (p. 6) <br><br> Hainan: Key to promote tourism + boost consumption… Hainan's duty-free stores in the malls of Sanya generated $9.5 billion in sales in 2021, up 84% v. 2020/ The world's largest duty-free is set to open in Haikou this September —**delayed on Covid disruptions?**— and will likely redirect resellers (Daigou) from Korea to China. (p. 17) |
| 11/2/22 | J.P. Morgan | Beat FQ123 but Deeply Cut FY23 Guidance and Introduced a Weak F2Q | Sales came in slightly better despite **the lockdowns in China**, with total company organic revenue growth of -5%, broadly in line with our -5.3% and Consensus Metrix -5.1% forecast. (p. 1) <br><br> In the release, management added: "**In Hainan, the ongoing restrictions led to prolonged store closures and the curtailment of travel and caused the tightening of inventory by certain retailers who had previously placed orders in anticipation of the return of travel that was since delayed.** During the quarter, the Company's business was also negatively impacted by inflationary pressures and recession concerns, which caused certain retailers in the United States to tighten inventory." (p. 1) <br><br> We expect that the key topics on the call will be (1) Underlying trends in Asia Pacific (with a particular focus on China), (2) latest on Travel Retail and Hainan, (3) recent pricing actions and any signs of trade down, and (4) **retail inventory dynamics as management called de-stocking in some channels and regions** including the U.S. On the positive side, we remind investors that EL management has been historically quite conservative (including beating today's print), especially amid the level of uncertainty in China and Travel Retail, typically errs on the side of caution. (pp. 1–2) |
| 11/2/22 | Jefferies | Initial Take: FY Guidance Slashed for Cont. Disruption in China and TR | Skincare $2.10B (53% of total) -11% LFL and -14% reported was ahead vs. estimates at $1.99B, impacted by **lockdowns in China**.... EMEA $1.68B -6% LFL incl. Russia and **travel retail/Hainan drag**, but came in ahead of estimates at $1.48B. (p. 1) <br><br> **Lockdowns in China, travel retail, and inventory tightening** are expected to weigh heavily on the balance of FY23, gradually improving in 2H. (p. 1) <br><br> What We Are Listening for on the Call:... 5) **Assumptions for China drag - degree & duration**; and 6) **Expectations for Travel Retail for FY23 and beyond**. (p. 1) |
| 11/2/22 | Jefferies | Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $230 | As expected, EL reset FY expectations to reflect **a more elongated recovery in China and TR. Lockdown policies are still in effect, traffic rebound esp in Hainan taking longer, and inventory rationalization needed in Hainan due to traffic -DD.** (p. 1) <br><br> Guidance factors in **continued intermittent lockdowns in China**, **retailer pull back on inventories**, and a strong USD. FY Guidance calls for reported sales declines of -8% to -6% & LFL sales growth forecast of 0-2%. FY Adj-EPS guide of $5.25-$5.40 includes -$0.44 impact from FX. 2Q23 guide calls for organic sales declines of -11% to -9%, and Adj-EPS of $1.19-$1.29 vs. estimates at $2.80. We agree with the directional guide, but the China recovery is the hardest to estimate at this stage. (p. 1) <br><br> FY23 reported sales growth of -6-8% incl.: 1) **Covid impact on Asia and TR deliver tourism below retailer expectations, driving lower inventories; Hainan recovery not expected until FY24**; 2) US retailers tightening inventories; 3) Currency impact on margins driven by strong USD; new R&D facility in Asia may ease FX impact. (p. 1) |

**Exhibit 1.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Management" in Asia Travel Retail and COVID-Related Restrictions
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Morgan Stanley | Quick Comment: Q1 Beat, but Far Below Consensus FY23 Guide-Down | Negative Stock Reaction: EL's stock should be down significantly post a large negative revision to FY23 guidance and far below consensus Q2 guidance, which was driven per EL press release remarks primarily by **weaker China (and Hainan) trends with COVID restrictions, exacerbated by tighter inventory management in Asia travel retail**, some US retailer inventory tightening, and unfavorable FX, and we assume some impact from weaker macros globally with EL noting trends weakened towards the end of fiscal Q1. We had expected downside, as did the market, but clearly the magnitude is far above expectations, although does look conservative at first blush. (p. 1) |
| 11/2/22 | Morningstar Equity Research | Share Weakness Presents Buying Opportunity for Wide-Moat Estee Lauder as Long-Term Trends Intact | The lowered guidance (sales down 6%-8% from 3%-5% growth previously and adjusted EPS to $5.25-$5.40 from $7.39-$7.54) is driven by three factors: **weak travel retail in Hainan because of COVID-19-related restrictions**... (p. 1)<br><br>Outside of **COVID-19-related weakness in China** and cautious holiday ordering from U.S. department stores... (p. 2) |
| 11/2/22 | Oppenheimer | Quick Read: A Much Deeper Guide-Down than Expected | Earlier this morning, EL reported Q1'23 results essentially in line with expectations, but sharply lowered full year guidance.... **This reflects increased challenges in Asia travel retail, the tightening of inventory in** the US and **Asia travel retail...** (p. 1) |
| 11/2/22 | Raymond James | Guidance Cut Sharper than Expected; China Shatters | While we had anticipated an outlook cut due to **the impact of COVID-related lockdowns on China and travel retail**, today's guide reset was significantly larger than we had anticipated. F1Q EPS actually beat expectations on better margins, but **the continued pressures of COVID** plus macros/inventory drawdown in the U.S. will weigh more substantially on 2Q and rest of year results…. Importantly, **the vast majority of the weaker year is attributable to lack of mobility in Asia**; underlying interest in the category remains solid, in our view. (p. 1)<br><br>The sales decline was **largely due to China lockdowns and the impact on travel, particularly in Hainan, with inventory tightening as well**…. Organic sales in EMEA, which includes all travel retail sales, was -5% **primarily related to softness in Hainan**... (p. 1)<br><br>FY23 outlook cut to organic sales flat to +2%, EPS $5.25-$5.40… **Ongoing inventory tightening in Asia travel retail** and U.S…. **A more tempered expectation on the timing of traffic recovery in Hainan to 2H**… (p. 1) |
| 11/2/22 | RBC Capital Markets | Quick Take on Earnings | [T]he quarter's result and guide reflects **the intense impacts from the ongoing pandemic on the business in China**... The FY'23 organic sales guide-down from +7-9% to +0-2% is immense in magnitude, with F2Q guidance of -HSD to -LDD is meaningfully below current consensus estimates of +4%, **driven by the ongoing COVID situation in China and lack of near-term visibility into an exit plan from the current zero-COVID paradigm therein**. (p. 1)<br><br>By segment, APAC came in at -7%, about in line with consensus estimates of -6.9% and worse than our estimate of -5%, **driven by ongoing COVID restrictions in ML China somewhat offset by the rest of Asia opening**. The EMEA declined 5% better than our/cons. estimates of -11%/-8%, **driven by a prolonged closure of Hainan impacting travel retail sales (housed in the EMEA segment) which declined DD**. (p. 1)<br><br>Biggest surprise: While we expected continued prudence from EL on forward guidance, the guide-down is significant. We think **this reflects the lack of visibility into China's plans to exit the zero-COVID policy, especially after the party congress in mid-October where the government strongly defended the policy rather than showing signs of backing away from it.** (p. 1)<br><br>EL's guidance embeds assumptions for **ongoing COVID disruptions and consequent inventory tightening in both ML China and Hainan**... Its H2 guide assumes sequential improvement with **restrictions being lifted and travel resuming in Hainan**. (p. 1)<br><br>**Retailer inventory management is now omnipresent and will likely affect our entire coverage.** (p. 1) |

**Exhibit 1.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Management" in Asia Travel Retail and COVID-Related Restrictions
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Telsey Advisory Group | EL 1QF23 First Take: EPS Beats but Outlook Moderated on Pressures in China, US Inventory Tightening, and FX | The earnings upside was driven by better-than-expected gross margin as sales and expenses were in line, despite the **continued COVID disruptions**... By category, skincare, down 11% in constant currency, continued to be the most impacted from **China's COVID restrictions**. Makeup's performance, down 6%, was also **pressured in China**, offsetting its growth in other markets. (p. 1)<br><br>**Reduced FY23 outlook given tighter inventory management across Asia** and the US, as well as a stronger US dollar. **With tighter inventory management in Asia related to curtailed travel retail**, more cautious ordering from US wholesale customers, and a strengthening US dollar, EL took a more cautious approach to its FY23 (ended June) outlook.... Management anticipates a sequential improvement in 2H from **lifted travel restrictions and easing inventory management**. (p. 1)<br><br>2QF23 outlook is cautious as **1Q's COVID pressures** and wholesalers' conservative orders are expected to continue. (p. 1)<br><br>EL reported better-than-expected EPS for the quarter with sales coming in line with expectations despite **continued restrictions in China and tightening of orders from domestic wholesale partners**... However, **the annual outlook was moderated significantly primarily due to the impact of COVID restrictions in China**, in our view. (p. 1)<br><br>Looking ahead to FY23, EL anticipates its results in H1 to be negatively affected by **ongoing headwinds from COVID-related disruptions impacting travel retail in Asia, including the tightening of inventory among retailers, and mainland China**. In H2, EL anticipates a gradual recovery as **restrictions are lifted, travel resumes to Hainan and the tightening of inventory subsides**. (p. 2)<br><br>Skin care was down 14.1% YoY reported and 11% at constant currency, vs. down 21% YoY last quarter (down 18% at constant currency).... The decline in the quarter **primarily reflects COVID-related disruptions in China and the tight control of inventory by certain retailers**. (p. 3)<br><br>Makeup (26.7% of 1QF23 sales) constant currency sales were down 6% in the first quarter... The decline in the quarter **largely reflects ongoing COVID-related disruptions impacting travel in Hainan and Mainland China**, offset by overall strength in beauty and the rise of occasion-based events. (p. 3)<br><br>Europe, the Middle East & Africa contracted 6% YoY in constant currency, as compared to the 7% decline recorded last quarter. Net sales were negatively impacted by **ongoing COVID-related restrictions affecting travel retail in Hainan**. (p. 4)<br><br>In Greater China, B&M traffic was negatively impacted by **COVID-related restrictions**. (p. 4) |
| 11/2/22 | Wells Fargo | EL: FQ123 First Take—Quarter in Line, but It's All About This Reset | Reported net sales are expected to decrease -8% to -6% (was +3-5%), reflecting **tighter inventory management in travel retail**... (p. 1)<br><br>Organic sales are seen -11% to -9% vs Street +4.5%, with reported sales down -19% to -17% (**tight inventory mgmt in Travel Retail**; FX translation -7%, unfavorable FX transactions in int'l TR -2%, termination of designer fragrance). (p. 1) |
| 11/3/22 | Bank of America | Immobilized in China | EL's 1Q23 EPS outperformance was overshadowed by management's meaningful downward guidance revision for FY23, **suggesting... a protracted recovery in the important domestic China and Travel Retail markets, with Zero Covid policies still a... persistent overhang**. (p. 1)<br><br>Estimate reductions are being **driven by reduced expectation for China/Hainan as mobility is recovering slower than expected and widespread trade inventory reductions in China/Asia travel retail**/U.S coincide with increased inflation and currency translation drag.... Assuming performance outside of China/Asia travel retail continues to track in-line or ahead of expectations, **recovery in the region and channel (and its link to COVID restrictions easing) will be the most important driver for the stock** in our view. (p. 1) |

**Exhibit 1.B**

# The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Management" in Asia Travel Retail and COVID-Related Restrictions
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/3/22 | Barclays | Perfect Storm | In aggregate, this would seem to be the case, as EPS guidance at the mid-point of the range was cut by fully ~29%, with the majority of the hit to sales and earnings felt in F2Q23 as **retailers in** the U.S. and **China travel retail proactively and quickly manage their inventory levels**. (p. 1)<br><br>Though Estee Lauder's near-term results will be pressured by **retailer destocking in** the U.S. and **China** and the stronger U.S. dollar... (p. 3)<br><br>Specifically, implied organic sales growth in F2H23 is ~11-15%, which is still very strong, albeit slightly lower than the implied ~13-18% growth in the August guidance, as **retailer inventory destocking dynamics subside** and momentum builds in other areas of the business (i.e., by category - makeup in re-opening markets, fragrance & hair care globally; by channel - specialty retail & freestanding stores; and by market - in emerging markets outside of China). As it relates to **retailer inventory destocking in** the U.S. and **Hainan**, our sense is that the draw down in F2Q23 should be significant enough to clear the decks such that a dramatic acceleration in foot traffic is not necessarily required for sales to accelerate. (p. 3)<br><br>As it relates to Hainan, we believe Estee Lauder's decision to strategically build out this market as a long-term growth driver has made it more exposed to **retailer inventory destocking dynamics** than other beauty players. In particular, we'd note, as indicated in its 10K filing, Estee Lauder's largest customer which "sells products primarily in China travel retail" represented fully 13% of total company sales in FY22, or ~$2.3 bn. As such, while Estee Lauder's business in Hainan will feel the unwind over the coming quarter of the anticipation of stronger traffic trends than proved to be the case, including a new mall which was originally scheduled to open in September, we see nothing to suggest the relative attractiveness of Hainan as a domestic tourism destination is diminished. As we look ahead, we assume travel retail sales decline ~30% in F2Q23 and build back to ~8% growth in F3Q23 and ~50% growth in F4Q23. In mainland China, we're modeling sales down -4% in F2Q23 and accelerating to ~20% in F2H23 (on a two-year stack we're modeling similar trends in F1H23 vs. F2H23), such that we assume the full year grows ~7%, slightly below the double-digit expectation discussed in August, albeit we believe still strong given the **underlying dynamics in the market related to COVID-19 policy**. (p. 3) |
| 11/3/22 | DA Davidson | Guidance Cut Due to Channel Inventory Reductions and FX | EL reported F1Q23 sales and earnings upside surprises, but it reduced FY23 guidance due to **channel inventory reductions**, mainly in North America and **Hainan**... (p. 1)<br><br>EL had guided to a weak quarter because of **COVID-related restrictions in China, which impacted tourism in the Hainan region and brick-and-mortar sales elsewhere in the country**. (p. 1)<br><br>Global travel retail sales, which carry high margins, were down double-digits. **The decline was driven by the ongoing travel restrictions in China, particularly in Hainan. Stores there were closed for most of the quarter, and traffic has been slow to return, resulting in lower shipments**. (p. 1)<br><br>Asia Pacific sales in CC were -7% (-15% exp.), due to **the ongoing COVID restrictions impacting brick-and-mortar sales in China and travel retail in Korea**. (p. 1)<br><br>There were three key reasons for the guidance reduction: (1) **tightening of channel inventories in Hainan due to its slow recovery**... (p. 1) |
| 11/3/22 | Deutsche Bank | Beauty and the Beast | As anticipated yesterday morning, EL's stock took a hit -8.0% (vs. S&P -2.5% yesterday) primarily due to a full-year guidance cut... The culprits (beyond a higher tax rate impact of ~-$0.15)? First, **a more challenging backdrop in Hainan/China given the slower pace of demand/traffic recovery and contracting inventories**. Second, similarly contracting inventories in US retail (primarily department sores), as retailers take preparedness steps ahead of a potential recession (while contending with more clearly elevated inventories in categories outside beauty). Finally, the stronger USD, which is forcing EL to absorb incremental foreign exchange headwinds (now -$0.44 vs. -$0.20 previously). (p. 1)<br><br>From our perspective, FY2Q guidance appears sufficiently prudent/conservative – i.e., all-in sales decline of -19% to -17% and adj. EPS down -57% to -60% YOY to $1.19-$1.29. However, while we would not characterize EL's 2H22 outlook as aggressive, we do note that it does embed relative optimism insofar as management anticipates (i) resilient consumer demand in the US and EU, (ii) a relative end to retailer destocking (particularly in the US) exiting FY2Q, and (iii) **a successful reopening and recovery in Hainan/China by 4Q**. (p. 1) |

**Exhibit 1.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Management" in Asia Travel Retail and COVID-Related Restrictions
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/3/22 | J.P. Morgan | Bull Case Requires Investor Patience but EL Deserves the Benefit of the Doubt, in Our View | While EL beat FQ1, management cut FY23 guide mainly driven by what management called "temporary" weakness in the upcoming FQ2 as **lockdowns continue to impact Chinese travel and consumption in Mainland China, along with shipment cancellations by retailers in Hainan**, destocking by some U.S customers (likely Department stores) and adverse FX. (p. 1)<br><br>We note that there are several building blocks into the recovery in F2H: (1) **Hainan/Mainland China gradually reopening in the June 2023 quarter**, (2) cycling of **supply chain disruptions in Shanghai** in FQ4... (p. 1)<br><br>That said, we think that the **hockey stick recovery embedded into FQ4 (still assuming Hainan traffic below historical levels) and limited visibility into China reopening will likely lead EL shares to trade sideways** until February 2nd '23 when we will hear management talk about FQ3 and FQ4. (p. 1)<br><br>However, management anticipates better performance in Skin Care especially with more innovation anticipated in 2H23 and FY24 and **as China/Hainan steps out of the COVID-19 related restrictions now expected for some time in 2H23**. (p. 3)<br><br>Q1 performance was mainly impacted by the **lack of resumption in travel to Hainan stemming from the prolonged COVID-19 restrictions resulting in stricter retailer inventory management in the region**… (p. 3)<br><br>As per the Q2 guidance, the top-line will continue to be pressured with organic sales expectations of -10% at the mid-point, **driven by the dampened Hainan travel retail and continued stricter retail management** as a result… (p. 3)<br><br>**Management provided more color on progression of Hainan travel including management's observation of normal traffic in January/February of this year** which went down to -80% **during the Shanghai lockdowns in spring** but recovered to -30% in July, only to fall to -70% in October, much below management's prior expectation. (pp. 3–4)<br><br>We note that management's guidance is predicated on uncontrollable factors related to **the level of COVID-19 related restrictions in the region that would directly impact travel to Hainan**. For context, Travel Retail (booked inside EMEA division) makes up about 27% of total company sales of which Hainan represents a large portion. (p. 4) |
| 11/3/22 | Morgan Stanley | Q1 Follow-Up: FY23 Challenges; FY24 Recovery | EL posted a slight Q1 beat, but FY **guidance was lowered significantly on lingering COVID issues in China**, incremental unfavorable FX, as well as **retailer inventory cuts in Asia**/US. (p. 1)<br><br>EL attributed lower guidance more to transitory factors, including **weaker China (chiefly Hainan) trends with COVID restrictions, exacerbated by Asian retailer inventory cuts**, some US retailer inventory cuts, and unfavorable FX (an exogenous factor), but EL was relatively bullish on underlying retail demand (US and China consumption up MSD's at retail). (p. 1)<br><br>EL was surprisingly optimistic on the Q1 conference call given the magnitude of negative Q2/FY topline and EPS revisions, citing three primary drivers of revised guidance as more transitory or non-operating, including: (1) **the impact of COVID in Asia and travel retail (particularly Hainan), driving weaker demand and tightening of inventories**... (p. 2)<br><br>In terms of where fiscal Q1 came in vs EL expectations in order to help judge forward guidance, **Hainan results were weaker than expected with less travel on COVID restrictions**… To put Hainan weakness in perspective, EL indicated traffic from January/February was -80% after the first lockdown in the spring, and then in July recovered to -30%, but in contrast to EL's fiscal Q1 expectation for improvement, dropped off to -70% in October as greater COVID restrictions ramped up.** (p. 2) |

**Exhibit 1.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Management" in Asia Travel Retail and COVID-Related Restrictions
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/3/22 | Raymond James | Can't Make Up for Lockdowns, but Near the Bottom | In our view, the F2Q EPS guide seems startlingly conservative, but **clearly China's COVID policy is impacting the outlook**. (p. 1) <br><br> The worst of the pain should be in F2Q, and we lower our EPS estimate to $1.27, with sales -11% y/y organic and -19% all in. **This reflects limited consumer mobility in China as well as retailer inventory culling. We expect the recovery to start in 2H, particularly for Asia- Pacific and Travel Retail**, and for skincare from a category standpoint. (p. 1) <br><br> **The greatest risks to our thesis are extended restrictions in China/Hainan and an elongated inventory rebalancing cycle from department stores, where EL overindexes vs peers**. (p. 1) <br><br> EPS was $1.37 vs RJe and consensus of $1.30 **despite... mobility constraints in China and Hainan**... (p. 2) |
| 11/3/22 | RBC Capital Markets | EPS Aftermath - Zero-COVID a Fly in the Ointment | While EL delivered quarterly results about in line with expectations, the magnitude of the guide down was significantly worse. We think EL is making the right decision to continue investing in their brands through it all, but **China's zero-COVID policy, and lack of visibility into an exit plan from it, is a looming overhang dragging results in the near-term**. (p. 1) <br><br> While APAC organic growth of -7% was in line with consensus estimates, the forward guide for the region was materially negative. Management noted **the Hainan lockdowns lasted longer than they expected, and the return of traffic has been slower than expected, leaving key retailers with inventory they will need to sell through**--driving a highly negative F2Q guide. (p. 1) <br><br> EL materially lowered guidance with F2Q organic sales expected to be -9-11% (vs. +4% cons.) and FY23 guidance of +0-2% vs. +7-9% prior, driven by **aforementioned retailer inventory dynamics, and impacts of zero-COVID policies in China**. Management said H2 guidance reflects lapping YAG compares (**Shanghai lockdown**) and assumes **gradual traffic resumption on easing restrictions**. However, we have yet to see meaningful messaging or evidence that **China plans to back off the zero-COVID policy (which they defended at the party congress) in H1'CY23**. (p. 1) |
| 11/3/22 | Telsey Advisory Group | EL 1QF23 Follow-Up: China COVID Restrictions Take a Bite Out of Earnings, but We Still See Secular Growth | EL reported better-than expected EPS for the quarter with sales coming in line with expectations **despite continued restrictions in China** and tightening of orders from domestic wholesale partners, on top of inflation, geopolitical tensions, and supply chain challenges. However, the annual outlook was moderated significantly **primarily due to the impact of COVID restrictions in China, in our view.** (p. 1) <br><br> Management expects trends within the business to steadily improve in the back half of the year, as the **tightening of inventory subsides in Asia** and the US and **restrictions in China ease, particularly in Hainan**... In Hainan, management has further adjusted shipments to better align with **the weaker retail environment** and anticipates trends in Q1 are likely to continue into Q2. In the back half, EL expects the modification to inventory levels to abate, **as consumers begin to travel with fewer safety and regulatory constraints**. (p. 1) <br><br> **Based on the tightening of inventory across the US and Asia and COVID-related disruptions in China, particularly in Hainan**, we are lowering our estimates for the full year. (p. 2) |
| 11/3/22 | UBS | FX and Lockdowns Take Their Toll with Visibility on Earnings Recovery Limited; Stay Neutral | While Domestic China trends improved seq. from 4Q, down -HSD%, **restrictions continue to severely hamper traffic in Hainan** (traffic down -70%). The company now assumes a gradual improvement in mobility in F3Q and that even exiting 4Q, Hainan will not be fully restored to pre-pandemic levels. (p. 1) <br><br> We are updating our estimates to reflect (1) increased FX headwinds to the business in light of translational and transaction impacts of the USD strength, (2) **a more prolonged traffic reduction in Hainan associated with continued lockdowns**, and (3) ongoing cost pressures + **mix headwinds associated with lockdowns impacting profitability**. (p. 2) <br><br> Despite the **current prolonged headwinds in China on account of COVID-induced travel restrictions, this has been reflected in our earnings estimates**, and we remain constructive on the company's LT growth algorithm and strong operating model, which we believe justifies EL still trading at a premium LT. (p. 2) |

**Exhibit 1.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Management" in Asia Travel Retail and COVID-Related Restrictions
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/3/22 | Wells Fargo | EL: Calling Estée, Seeking Normal | The simple version goes that the **revenue reduction was temporary (namely China TR on restrictions)**, and that as that business comes back, so too will mix, unleashing earnings power. (p. 1)<br><br>The more complicated version. **Weakness in China TR is implied at such a level in FQ223 that it suggests a prolonged period of overshipment (need to work down inventory)**, and a lingering question on the health of this business over time. (p. 1) |
| 11/4/22 | Berenberg | Insufficient Visibility; Down to Hold | We cut our FY 2023 and 2024 EPS forecasts by 28% and 31% respectively to reflect the headwinds the business is currently facing, in particular **retailer destocking in** the US and **Hainan, the ongoing headwinds from COVID-19 restrictions in China** and increased investments on distribution (supporting increased consumer reach and new market entry) as well as a higher tax rate of 25%. We remain cautious on the timing of an eventual recovery, which we assume will come in FY 2025... Ultimately, **the shape of the recovery will depend on consumer mobility in China, such as the easing of the zero-COVID-19 policy**, and to a lesser extent the consumer backdrop in North America. (p. 1)<br><br>However, in the short term, its business model has proved much more susceptible to disruption and shifts in consumer shopping habits, and **considering the ongoing COVID-19-related restrictions in China**, geopolitical tensions and weakening macro across its key markets, we cannot rule out further volatility. (p. 1) |
| 11/4/22 | Morningstar Equity Research | China's COVID-19 Policy Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact | Although **the pandemic is presenting challenges for Estee** and its peers, we remain optimistic about its competitive position and long-term strategy. (p. 1)<br><br>Even prior to COVID-19, **Estee had been struggling with its large exposure to global department stores as the channel faces declining traffic from consumers shifting their purchases to other outlets**. (p. 1)<br><br>**Periodic outbreaks of COVID-19 may disrupt demand for Estee's products (makeup in particular) and impair the firm's ability to deliver its goods.** (p. 2)<br><br>Our organic sales estimate falls to 1% growth from 9% prior, **given COVID-19-related restrictions in China**... (p. 2) |
| 11/4/22 | RBC Capital Markets | Quick Thoughts on China COVID-Zero in 2023 | **A slew of recent confirmed news reports and refuted or unconfirmed reports have driven renewed hope that China may pivot away from zero-COVID policies in Spring 2023. Given the false start that the pivot would happen at the party congress in mid-October**, we are more cautious, critical, and skeptical until we see a tangible, confirmed exit plan that we can use to reassess risks. (p. 1)<br><br>Background on recent activity: We have recently received questions on the possibility of China easing off its zero-COVID policy in 2023. Some stocks, including EL, have rallied on this possibility. However, as we dug into the source of what might be driving this recent activity, we found that the source leads back to an unconfirmed and unattributed screenshot from a social messaging group that was then shared on Twitter.... Reuters also reports, based on a recording, that a former Chinese CDC epidemiology official, Guang Zeng, said at an industry conference that he expects substantial changes to the zero-COVID policy soon; he also said in February that **the COVID policies would not be in place "forever," though he said a month prior to that, blanket removal of travel restrictions would be catastrophic**. The current Head of China's National Health Commission epidemic expert control group has come out and reiterated **the need to maintain COVID restrictions because lifting them would lead to sizeable outbreaks driving illness and death, overrunning the medical system, and negatively impacting societal fear and economics**. (p. 1)<br><br>EL embedded into their H2'FY23 **assumptions that restrictions will gradually ease**. However, we are being **more cautious following a similar level of dialogue headed into the China party congress in mid-October where there was a great deal of public speculation that the event would be used to pivot away from COVID-zero.... state media came out strongly in defense of its commitment to the zero-COVID policy, as did Mr. Xi himself**. We are also seeing **continuing lockdown and virus activity**... (p. 2)<br><br>Following EL's F1Q'23 earnings report earlier this week, we adjusted our estimates to the bottom end of their guidance, in part to **reflect our concern about the ongoing risk from the situation in China**. We expect to continue holding **a cautious view on the company's exposure to China with regard to COVID policies until we have an official, confirmed, announced, and executed plan from the government that we can grasp and analyze the change it could make to these risks**. (p. 2) |

**Exhibit 1.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Management" in Asia Travel Retail and COVID-Related Restrictions
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 11/7/22 | Bank of America | Fine China: Hints at Reopening Lift Sentiment | On Friday, EL shares rose +8.6% vs the S&P +1.4% on **potential for an accelerated pace of reopening in China**. (p. 1)<br><br>On Friday, EL shares rose +8.6% vs the S&P +1.4% on **reaction to comments from former chief epidemiologist at the Chinese Centre for Disease Control and Prevention, Zeng Guang, who suggested a possible accelerated pace of reopening in China. The country is said to be aiming to ease the strict Dynamic-Zero COVID restrictions based on progress in vaccinations and antiviral drug research, with policy changes purportedly materializing within 5-6 months. Press reports suggest these changes could be implemented as early as March, when the Chinese government will hold its next parliamentary session. Supporting these expectations, China's State Council held a press conference on Nov. 5 addressing a scientific, targeted approach to the country's COVID policies**. (p. 1)<br><br>EL's underwhelming guidance for F2Q23 and muted FY23 outlook revision was **based largely on expectations for a more protracted lockdown**. (p. 1) |
| 11/7/22 | Credit Suisse | Notes from the Road: Key Takes from Our Meetings with Estee Lauder's CEO | As we listen closely to the pressure points in EL's business today, it's clear that **those pressures are the result of exogenous headwinds that are more acute in EL's biggest markets**, and highest margin businesses... **We think EL is making the right decisions to maintain investments for the long term in China/Hainan/travel retail despite current strong top line pressures. We see no reason to think that the current stock pressures can't be resolved by macro winds reversing**... (p. 1)<br><br>Unsurprisingly, EL believes its stock is under-valued. We would agree, for any investors who don't believe EL has brand issues, and **believes China will re-open to historic business conditions at some point, we think the stock presents a good opportunity**. (p. 2) |

Source:  *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on November 2, 2022.
[2] Emphasis in original text removed.  Bold text indicates commentary on "inventory management" in Asia travel retail and COVID-related restrictions.

**Exhibit 1.C**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Inventory Management in the U.S.
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Credit Suisse | Big China Exposure Cuts Both Ways | [W]ith **US retailers taking a more cautious approach on inventory ahead of holiday**—and with the uncertain pace of recovery in China (and with F1Q results revealing that EL had more Hainan risk than we assumed)—the stock could remain pressured in the near term. (p. 1)<br><br>FY23 guidance cut was larger than expected. We expected the recent Hainan lockdowns to be a drag, but the new -3pp headwind from slower-than-expected recovery in Hainan plus **unexpected US inventory tightening** vs prior guidance were worse than we expected. (p. 1)<br><br>F1Q by the Numbers: **Americas revs -7% YOY on tighter retail inventory**. (p. 2)<br><br>**US Retailer Tightening Inventories was unexpected, which will continue into F2Q (we think this is concentrated at the US dept-store channel, largely Macy's)**…and EL offered no guidance on when inventory/sell-in would be better aligned with POS in the US. (p. 2) |
| 11/2/22 | Credit Suisse | Read-X: Estee Lauder's Q123 Results: Weak Outlook | The primary issue appears to be tighter inventory management in Asia travel retail, given reduced traffic as a result of pandemic restrictions, **a tightening of inventory by some retailers in the United States** and a greater negative impact from a strong US dollar. (p. 1)<br><br>Americas OSG came in at -3%, below VA cons. of +1.0%, **driven by a difficult comparison when some retailers in the United States secured orders earlier for holiday due to global logistics constraints, as well as the negative impact in the current year from tighter inventory management by certain retailers** (license terminations related to some designer fragrances contributed approx. 4% to the decline in sales). (p. 1) |
| 11/2/22 | Deutsche Bank | Quick Take - EL's 1Q23 Results | From a top-line perspective, EL's full-year sales guidance of -8% to -6% (vs. prior +3% to +5%) implies 2H revenue up ~flat to +6% after allowing for FY2Q sales to be down -19% to -17%. We note that management's outlook allows for **tighter inventory management** in Asia travel retail (given reduced traffic as a result of COVID-19 restrictions) as well as **by retailers in the U.S.** (p. 1) |
| 11/2/22 | Evercore ISI | Destocking in Hainan to Weigh on 2Q Too. Clearing Event? | On the 2Q guide, heading into the call, we have 2 questions, as these assumptions take down F23 EPS by as much as $2.00: 1) **What's assumed for the U.S., only 3% down v. 2019 this Sep–a pullback in holiday retail sales + destocking?** 2) Why Hainan destocking will carry into 2Q, given that sellthrough was up +9% this 1Q, as per L'Oréal? These assumptions for China's 11.11 and holidays elsewhere bring F23 EPS to $5.25-5.40, nearly 30% v. prior guidance. (p. 1)<br><br>Stock reaction: Negative, as 1) Covid restrictions in China have triggered significant retailer destocking –much greater than what L'Oréal indicated; 2) **Estee seemingly assume gloom for the U.S./ Europe holidays** and a weak China's "11.11" sales (p. 1) |
| 11/2/22 | Evercore ISI | An Air-Pocket: Retail Sales Better, but Retailers Destock in the U.S., China | [T]he new guidance calls for **retail destocking to extend and widen into the Dec quarter —Beauty's most profitable quarter, given holiday shopping in the U.S.** & Europe, and China's Singles' Day. (p. 1)<br><br>Retailers everywhere brace for a potential recession; hence their **destocking ahead of the holidays** —which accounted for 36% of Estee's profits in C2019. (p. 1) |
| 11/2/22 | J.P. Morgan | Beat FQ123 but Deeply Cut FY23 Guidance and Introduced a Weak F2Q | In the release, management added: "In Hainan, the ongoing restrictions led to prolonged store closures and the curtailment of travel and caused the tightening of inventory by certain retailers who had previously placed orders in anticipation of the return of travel that was since delayed. **During the quarter, the Company's business was also negatively impacted by inflationary pressures and recession concerns, which caused certain retailers in the United States to tighten inventory.**" (p. 1)<br><br>We expect that the key topics on the call will be (1) Underlying trends in Asia Pacific (with a particular focus on China), (2) latest on Travel Retail and Hainan, (3) recent pricing actions and any signs of trade down, and (4) **retail inventory dynamics as management called de-stocking in some channels and regions including the U.S.** (pp. 1–2) |
| 11/2/22 | Jefferies | Initial Take: FY Guidance Slashed for Cont. Disruption in China and TR | Americas $1.12B -7% LFL was below consensus estimates of $1.19B, driven by **tough comps of early holiday spend in 3Q21**. (p. 1) |

**Exhibit 1.C**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Inventory Management in the U.S.
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Jefferies | Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $230 | FY23 reported sales growth of -6-8% incl.: 1) Covid impact on Asia and TR deliver tourism below retailer expectations, driving lower inventories; Hainan recovery not expected until FY24; 2) **US retailers tightening inventories**; 3) Currency impact on margins driven by strong USD; new R&D facility in Asia may ease FX impact. (p. 1) |
| 11/2/22 | Morgan Stanley | Quick Comment: Q1 Beat, but Far Below Consensus FY23 Guide-Down | Negative Stock Reaction: EL's stock should be down significantly post a large negative revision to FY23 guidance and far below consensus Q2 guidance, which was driven per EL press release remarks primarily by weaker China (and Hainan) trends with COVID restrictions, exacerbated by tighter inventory management in Asia travel retail, **some US retailer inventory tightening**, and unfavorable FX, and we assume some impact from weaker macros globally with EL noting trends weakened towards the end of fiscal Q1. We had expected downside, as did the market, but clearly the magnitude is far above expectations, although does look conservative at first blush. (p. 1) |
| 11/2/22 | Morningstar Equity Research | Share Weakness Presents Buying Opportunity for Wide-Moat Estee Lauder as Long-Term Trends Intact | The lowered guidance (sales down 6%-8% from 3%-5% growth previously and adjusted EPS to $5.25-$5.40 from $7.39-$7.54) is driven by three factors: weak travel retail in Hainan because of COVID-19-related restrictions, **cautious holiday ordering by U.S. department stores given economic concerns**, and currency headwinds. (p. 1)<br><br>Outside of COVID-19-related weakness in China and **cautious holiday ordering from U.S. department stores**... (p. 2) |
| 11/2/22 | Oppenheimer | Quick Read: A Much Deeper Guide-Down than Expected | Earlier this morning, EL reported Q1'23 results essentially in line with expectations, but sharply lowered full year guidance.... **This reflects... the tightening of inventory in the US...** (p. 1) |
| 11/2/22 | Piper Sandler | FQ1: Outlook Falls Short Again, but We're Keeping Our Focus Beyond Near Term | Despite some **inventory tightening in the U.S. (likely among department stores)**, management called out Specialty as remaining strong and bolstered by the shop-in-shop partnerships from Ulta and Sephora (+ for ULTA). (p. 1) |
| 11/2/22 | Raymond James | Guidance Cut Sharper than Expected; China Shatters | F1Q EPS actually beat expectations on better margins, but the continued pressures of COVID plus **macros/inventory drawdown in the U.S.** will weigh more substantially on 2Q and rest of year results. (p. 1)<br><br>**U.S. sales growth were negatively impacted by inventory tightening and lapping a sales pull-forward in the year-ago period as retailers ordered earlier for holiday.** (p. 1)<br><br>FY23 outlook cut to organic sales flat to +2%, EPS $5.25-$5.40… **Ongoing inventory tightening in** Asia travel retail and **U.S.**… (p. 1) |
| 11/2/22 | RBC Capital Markets | Quick Take on Earnings | [T]he quarter's result and guide reflects the intense impacts from... **retailer inventory management in the West**. (p. 1)<br><br>Americas organic sales declined 3% vs. our/cons. estimates of 0%/+1%, **reflecting YAG tough comps that included a pull-forward to holiday ordering at retail, as well as tighter inventory management at retail**. (p. 1)<br><br>EL's guidance embeds assumptions for... **retailer inventory tightening in the US**. (p. 1)<br><br>**Retailer inventory management is now omnipresent and will likely affect our entire coverage**. (p. 1) |

**Exhibit 1.C**

# The Estée Lauder Companies Inc.
## Commentary from Analysts on Inventory Management in the U.S.
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Telsey Advisory Group | EL 1QF23 First Take: EPS Beats but Outlook Moderated on Pressures in China, US Inventory Tightening, and FX | **Reduced FY23 outlook given tighter inventory management across** Asia and **the US**, as well as a stronger US dollar. With tighter inventory management in Asia related to curtailed travel retail, **more cautious ordering from US wholesale customers**, and a strengthening US dollar, EL took a more cautious approach to its FY23 (ended June) outlook. (p. 1)<br><br>EL reported better-than-expected EPS for the quarter with sales coming in line with expectations despite continued restrictions in China and **tightening of orders from domestic wholesale partners**... (p. 1)<br><br>The Americas contracted 7% YoY in constant currency, as compared to the 11% growth reported last quarter. The decline in the quarter was a result of tough YoY comparisons, as **many retailers ordered early for the holiday period last year due to supply chain constraints**. (p. 4) |
| 11/3/22 | Bank of America | Immobilized in China | Estimate reductions are being driven by... **widespread trade inventory reductions in** China/Asia travel retail/**U.S.**... (p. 1)<br><br>Key considerations looking forward... 4) **The U.S. is seeing retail inventory destcoking from 1Q impact 2Q as well** (p. 1) |
| 11/3/22 | Barclays | Perfect Storm | In aggregate, this would seem to be the case, as EPS guidance at the mid-point of the range was cut by fully ~29%, with the majority of the hit to sales and earnings felt in F2Q23 as **retailers in the U.S.** and China travel retail **proactively and quickly manage their inventory levels**. (p. 1)<br><br>Though Estee Lauder's near-term results will be pressured by **retailer destocking in the U.S.** and China and the stronger U.S. dollar... (p. 3)<br><br>Specifically, implied organic sales growth in F2H23 is ~11-15%, which is still very strong, albeit slightly lower than the implied ~13-18% growth in the August guidance, as **retailer inventory destocking dynamics subside** and momentum builds in other areas of the business (i.e., by category - makeup in re-opening markets, fragrance & hair care globally; by channel - specialty retail & freestanding stores; and by market - in emerging markets outside of China). As it relates to **retailer inventory destocking in the U.S.** and Hainan, our sense is that the draw down in F2Q23 should be significant enough to clear the decks such that a dramatic acceleration in foot traffic is not necessarily required for sales to accelerate. (p. 3) |
| 11/3/22 | DA Davidson | Guidance Cut Due to Channel Inventory Reductions and FX | EL reported F1Q23 sales and earnings upside surprises, but it reduced FY23 guidance due to **channel inventory reductions**, **mainly in North America** and Hainan... (p. 1)<br><br>In constant currency (CC), sales in the Americas were -7% (-3% exp.), with organic sales -3%, due to **the hard prior-year comparison when many retailers took holiday shipments early last year**. (p. 1)<br><br>There were three key reasons for the guidance reduction:... (2) **inventory reductions by some U.S. retailers**... (p. 1) |
| 11/3/22 | Deutsche Bank | Beauty and the Beast | As anticipated yesterday morning, EL's stock took a hit -8.0% (vs. S&P -2.5% yesterday) primarily due to a full-year guidance cut... The culprits (beyond a higher tax rate impact of ~-$0.15)? First, a more challenging backdrop in Hainan/China given the slower pace of demand/traffic recovery and contracting inventories. Second, **similarly contracting inventories in US retail (primarily department sores), as retailers take preparedness steps ahead of a potential recession (while contending with more clearly elevated inventories in categories outside beauty)**. (p. 1)<br><br>From our perspective, FY2Q guidance appears sufficiently prudent/conservative – i.e., all-in sales decline of -19% to -17% and adj. EPS down -57% to -60% YOY to $1.19-$1.29. However, while we would not characterize EL's 2H22 outlook as aggressive, we do note that it does embed relative optimism insofar as management anticipates (i) **resilient consumer demand in the US** and EU, (ii) **a relative end to retailer destocking (particularly in the US) exiting FY2Q**, and (iii) a successful reopening and recovery in Hainan/China by 4Q. (p. 1) |

**Exhibit 1.C**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Inventory Management in the U.S.
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/3/22 | J.P. Morgan | Bull Case Requires Investor Patience but EL Deserves the Benefit of the Doubt, in Our View | While EL beat FQ1, management cut FY23 guide mainly driven by what management called "temporary" weakness in the upcoming FQ2 as lockdowns continue to impact Chinese travel and consumption in Mainland China, along with shipment cancellations by retailers in Hainan, **destocking by some U.S customers (likely Department stores)** and adverse FX. (p. 1) <br><br> We think the **biggest disappointment came from the weak results in the U.S. and new commentary about retail destocking (decelerating traffic in Dept stores** while specialty retailers and DTC continue to gain share). (p. 1) <br><br> We note that there are several building blocks into the recovery in F2H:... (3) **lapped inventory pull forward in the U.S. in FQ1**, and sell-in vs. sell-out to normalize... (p. 1) <br><br> Despite the **stricter retail inventory management in the U.S. seen in Q1**, management noted improved traffic in both free-standing stores and specialty stores fueled by EL's partnership with Ulta Beauty at Target and Sephora at Kohl's. (p. 3) <br><br> Q1 performance was mainly impacted by… **tighter retail inventory management in the U.S. as well, in addition to the already anticipated headwind from holiday retailer inventory pull-back in the prior year**, as well as the much stronger USD as compared to the initial guidance. (p. 3) |
| 11/3/22 | Morgan Stanley | Q1 Follow-Up: FY23 Challenges; FY24 Recovery | EL posted a slight Q1 beat, but FY guidance was lowered significantly on lingering COVID issues in China, incremental unfavorable FX, as well as **retailer inventory cuts in** Asia/**US.** (p. 1) <br><br> EL attributed lower guidance more to transitory factors… exacerbated by Asian retailer inventory cuts, **some US retailer inventory cuts**, and unfavorable FX (an exogenous factor)… (p. 1) <br><br> EL was surprisingly optimistic on the Q1 conference call given the magnitude of negative Q2/FY topline and EPS revisions, citing three primary drivers of revised guidance as more transitory or non-operating, including:… (2) **some retailers cutting inventory in the US, which we believe EL is proactively assuming for the peak season in fiscal Q2**... (p. 2) <br><br> In terms of where fiscal Q1 came in vs EL expectations in order to help judge forward guidance,… **US retailer inventory levels were cut even more than EL anticipated**… (p. 2) |
| 11/3/22 | Raymond James | Can't Make Up for Lockdowns, but Near the Bottom | The greatest risks to our thesis are... and **an elongated inventory rebalancing cycle from department stores, where EL overindexes vs peers**. (p. 1) <br><br> EPS was $1.37 vs RJe and consensus of $1.30 **despite EL's U.S. business lapping a sales pull-forward as retailers prepared for holiday, a ~6pt y/y headwind to sales**... (p. 2) |
| 11/3/22 | RBC Capital Markets | EPS Aftermath - Zero-COVID a Fly in the Ointment | Americas missed expectations at -3% vs. our/cons. estimates of +0-1%. Management noted **tightening inventory dynamics at certain retailers affecting the quarter as well as in F2Q**. (p. 1) <br><br> EL materially lowered guidance with F2Q organic sales expected to be -9-11% (vs. +4% cons.) and FY23 guidance of +0-2% vs. +7-9% prior, driven by **aforementioned retailer inventory dynamics**, and impacts of zero-COVID policies in China. (p. 1) |
| 11/3/22 | Telsey Advisory Group | EL 1QF23 Follow-Up: China COVID Restrictions Take a Bite Out of Earnings, but We Still See Secular Growth | EL reported better-than expected EPS for the quarter with sales coming in line with expectations **despite** continued restrictions in China and **tightening of orders from domestic wholesale partners**, on top of inflation, geopolitical tensions, and supply chain challenges. (p. 1) <br><br> Management expects trends within the business to steadily improve in the back half of the year, **as the tightening of inventory subsides in** Asia and **the US** and restrictions in China ease, particularly in Hainan... Moreover, **the tight control of inventory in the US among retailers is expected to ease in H2**, reflecting strong demand. (p. 1) |

**Exhibit 1.C**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Inventory Management in the U.S.
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/3/22 | Wells Fargo | EL: Calling Estée, Seeking Normal | The residual 1.5pts likely falls into **Americas with retailers managing inventory tighter** (Domestic China was fine in FQ1, down single digits). (p. 1)<br><br>Meanwhile, Americas delivery (even adjusting out a 6pt headwind from overshipment in the base ahead of holiday last year) belies US industry data which is better, read-throughs would suggest some trade down is happening in US beauty right now (look at public peer results), and EL is losing share (less problematic if China is growing, but obviously a 'breadth of growth' issue when China is not). (p. 1) |
| 11/4/22 | Berenberg | Insufficient Visibility; Down to Hold | We cut our FY 2023 and 2024 EPS forecasts by 28% and 31% respectively to reflect the headwinds the business is currently facing, in particular **retailer destocking in the US** and Hainan, the ongoing headwinds from COVID-19 restrictions in China and increased investments on distribution (supporting increased consumer reach and new market entry) as well as a higher tax rate of 25%. We remain cautious on the timing of an eventual recovery, which we assume will come in FY 2025... Ultimately, the shape of the recovery will depend on consumer mobility in China, such as the easing of the zero-COVID-19 policy, and **to a lesser extent the consumer backdrop in North America**. (p. 1) |
| 11/4/22 | Morningstar Equity Research | China's COVID-19 Policy Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact | Despite decreasing its exposure, Estee Lauder will remain rather **heavily exposed to department stores, which are facing persistent declines in traffic**. (p. 2)<br><br>Our organic sales estimate falls to 1% growth from 9% prior, **given... cautious holiday orders from U.S. department stores due to economic uncertainty**. (p. 2) |
| 11/7/22 | Credit Suisse | Notes from the Road: Key Takes from Our Meetings with Estee Lauder's CEO | US Inventory Issues appear Temporary. **US Retailers (mainly dept stores) ordered earlier last year in Sept due to supply chain challenges but this year retailers were concerned with the potential for a recession/consumer downturn—and were unwilling to order earlier and were more prudent in stock levels in Oct/Nov**. EL has bigger dept store share than its competitors, adding some incremental headwinds. (p. 2) |

Source:  *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on November 2, 2022.
[2] Emphasis in original text removed.  Bold text indicates commentary on inventory management in the U.S.

**Exhibit 2.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F2Q23 Results and F3Q23 Guidance
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Barclays | F2Q23 First Impressions | More specific to the quarter, organic sales were in-line with our estimates across the Americas and EMEA while Asia/Pac fell short, we think largely driven by policy changes in South Korea that had an impact on end market demand. EPS came through stronger than expected on a dramatic pull back in SG&A spending and in the release the company called out both "disciplined expense management" and a moderation of the strong US dollar. (p. 1)<br><br>Lower FY23 outlook driven by a significant retrenchment in F3Q23 due to timing of recovery in China & Travel Retail (p. 2) |
| 2/2/23 | Canaccord Genuity | The Rabbit Did Not Catch the Tortoise in China, and Inventory Destocking in NA Drives Lower Guide; PT to $261 | [D]ue to continued challenges in China/travel, lower-than-anticipated restocking in the US, and FX headwinds, management expects 3Q to be down -14% to -12% while 4Q is now implied to see +high-teens growth to meet the full-year guide of sales down -7% to -5%. We are cautious on the updated guide as it relies on significant improvement in China/travel performance and normalization of U.S. restocking. While we expect sales to improve sequentially into 2023 in China/travel and provide EL a boost, it may take longer than expected to return to robust sales seen pre-COVID…. We remain on the sidelines with EL until we see more positive trends related to China/travel and an inflection in US replenishments. (p. 1)<br><br>China likely to take longer to rebound. 2Q (Dec-end) performance saw China heavily impacted as the country faced a surge in Omicron cases leading to rolling shutdowns in major cities. (p. 1)<br><br>Expect a weak 3Q as challenges persist.... China's woes still persist, including travel retail not yet recovering in Asia. We believe that prestige is slowing in the US too based on recent NPD data showing a sequential slowdown in sales. Management also called out slowing restocks in the US market, and we do not believe demand has improved in 3Q. (p. 1) |
| 2/2/23 | Credit Suisse | F2Q EPS Beat but Guidance Lowered; China Recovery Shifts Out | The majority of the cut to F3Q & FY guidance is due to a delayed improvement in Chinese travel (including Hainan). We would look past it. The key reason to own EL is for how sensitive EPS is to Chinese travel--and F2Q results (unfortunately to the downside for now reinforce exactly how sensitive this model is to travel, and remind us how significant the upside will be once travel resumes. (p. 1)<br><br>After lowering FY guidance on the F1Q call for slower US wholesale shipments, monthly POS trends in the US improved, but at a slower pace than even EL's reduced guidance-- causing slower replenishment. (p. 1) |
| 2/2/23 | Credit Suisse | Read-X: Estee Lauder's (EL) Q223 Results (Cal. Q422) | A miss on organic sales growth for EL in the quarter, driven by EMEA on a regional view (Asia travel retail) and skin care on a category view (Asia travel retail, weak mainland China trends, lower replenishment orders in the US). Q223 operating profit and EPS came in well ahead of the Street, but this is overshadowed by a weak Q323 guide and an FY23 EPS guide which is ~8% below consensus at the mid-point of the range (the FY23 organic sales growth expectation is nudged down by ~2%). Management came across as confident on the call, particularly with regards to China / Travel retail, and also on improved trends for the company in the US (where EL has been losing share). (p. 1)<br><br>Divisional highlights: by region, Asia Pacific posted an organic sales decline of -7%, above VA consensus of -12%, owing to pandemic-related impacts affecting brick and mortar sales in Greater China and travel retail in Korea (there was a strong recovery in Japan, Australia, Malaysia and the Philippines). EMEA organic sales declined -17%, well below vs. VA consensus of -10%, primarily due to Asia travel retail due to the pandemic (global travel retail net sales decreased double digits, but grew in EMEA and The Americas). Americas' organic sales declined -3%, above VA cons. of -8%, driven by lower replenishment orders in the US (primarily in skincare, while fragrancies and make-up sales grew). (p. 1)<br><br>A negative FX translation impact of $0.29 of diluted earnings per share is expected (vs. $0.44 previously). Reported and adjusted diluted earnings per share in constant currency are expected to be negatively impacted by 4% from certain foreign currency transactions in key international travel retail locations (vs -10% previously). (p. 1)<br><br>FY23 guidance was reduced primarily due to high inventory levels in Hainan (travel disruptions and staffing issues in Nov & Dec) and the recently-announced potential roll-back of pandemic-related supportive measures in Korea duty free, Q323 growth in China is expected to be "variable" due to the high number of COVID cases, EL's ecommerce sales increased mid-single growth in Q223, and Tom Ford is expected to reach $1bn of sales in next few years. (p. 1) |

**Exhibit 2.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F2Q23 Results and F3Q23 Guidance
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Deutsche Bank | Quick Take - EL's FY2Q23 Results | Despite a +high-teens EPS beat in fiscal 2Q, we expect investors will be disappointed by EL's reduced FY23 outlook, stemming from a more protracted recovery in China/travel retail and corresponding tight inventory management by retailers. In the near term, these factors are more than offsetting a more favorable FX backdrop, upside vs. forecasts in makeup, and an underlying resumption of travel by Chinese consumers—weighing significantly on skin care results in 2Q and total company 3Q expectations, even if EL's implied 4Q forecasts are above current consensus. (p. 1)<br><br>In the quarter, EPS of $1.54 was well above DBe/consensus, driven largely by better cost control on the MR&G line, which helped offset softer local currency sales growth of -11% (DBe: -9.4%/Street -10.6%) and weaker gross margin (73.6% vs. DBe: 74.4%/Street: 74.8%). However, while the Americas local currency growth of -6% came ahead of expectations (DBe: -10.0%/Street: -7.7%), EL noted monthly retail trends in the US were held back by slower-than-anticipated replenishment orders. (p. 1)<br><br>Looking to the March quarter, EL's guidance now contemplates a substantial reduction in operating performance (constant currency EPS is expected to decline roughly -75% at the midpoint) given the dynamics mentioned above in travel retail/China, deferring recovery expectations to fiscal 4Q. (p. 1)<br><br>From here, we expect investors will scrutinize management's recovery plans to discern whether current guidance is sufficiently conservative in the wake of successive guidance cuts and a still volatile and difficult-to-predict macro backdrop. We expect significant focus on the relative inflection between FY3Q and FY4Q results, and the implications for momentum into FY24. (p. 1) |
| 2/2/23 | Evercore ISI | EPS Upside, Sales In-Line. China Reopening Delayed to 4Q. Weak U.S. Is a Concern | Estee's 2Q org. sales fell (11)%, as guided and in-line with consensus:... inventory draws in Hainan seem deeper and will extend into 3Q, but this gap should close by 4Q. Commentaries from luxury companies point to a China already recovering in January; however, Estee seems to be taking a more conservative stance, possibly because its outsized exposure to Hainan. (p. 1)<br><br>To us the concern is/ shortfall lies in the U.S., where sales fell 3% and the firm could be losing market share despite promos on legacy brands Estee Lauder and Clinique, a negative trend we flagged/ researched through channel checks over the holidays. About the U.S., EL stated that "monthly retail trends improved, but at a slower than anticipated pace." (p. 1)<br><br>F23 outlook lowered to reflect a revised assumption for China's reopening delayed and benefiting 4Q, not 3Q; this assumption solves for 3Q sales declining 8-10% v. consensus looking for flat. 3Q EPS of $0.37-0.47, well below consensus of $1.78. (p. 1)<br><br>Stock reaction: Negative, as 1) the benefit from China's reopening delayed to 4Q and 2) Weak holidays in the U.S., despite intense promotions and suggesting market share losses. (p. 1) |
| 2/2/23 | Evercore ISI | A Call on China. Share Gains Encouraging | EL's investment case remains anchored in the attractiveness of China's Beauty market and the desirability of the Estee's brands and technologies among Chinese consumers. China not only is Estee's largest market and should continue to be its fastest growing, but it is also wired with the firm's most profitable business models: DTC online and travel retail (Hainan). Hence Covid's disruptions in China –first impediments logistics, then to travel to Hainan and, a surge in cases these past two months— created a substantial void in profits, which conceptually could and should reverse by 4Q, the virus permitting. To us, Estee's share momentum in China is the most encouraging disclosure during the call and reiterated in our follow-up with management.… A strong China should cover plenty of mixed results everywhere else. And the U.S. represents the flip side, as Estee is losing share… (p. 1) |
| 2/2/23 | J.P. Morgan | Beat F2Q but Lowered 2H Guidance with Slow Travel Retail Recovery. Sales Inflection Moved to FQ4 | Skin care was down -20% driven by the continued COVID-related impacts, retailer inventory tightening from lower travel in Asia and limited retail traffic in mainland China as well as lower replenishment orders in the U.S. Makeup was also down -3% reflecting the COVID-related restrictions in Asia travel retail and mainland China partially offset by makeup recovery in other markets. More importantly, given the overall volatility in the Asia reopening and travel retail, management cut its 2HFY23 outlook and introduced a guidance for FQ3 that missed both JPMe and consensus. (p. 1)<br><br>On the positive side, with FX headwinds slightly better than feared, the company anticipates +100bps better total sales for FY23 with a decline decline between -7% and -5% (from -8% and -6% before and vs. JPMe/Street-5.7% heading into the print), including termination of licenses, and Russia/Ukraine exit. (p. 1)<br><br>We expect that the key topics on the call will be (1) intra-quarter underlying trends in Asia Pacific (with a particular focus on China), (2) latest on Travel Retail in Hainan and South Korea, (3) recent pricing actions and any signs of trade down, and (4) retail inventory dynamics as management called continued de-stocking in U.S. (p. 2) |

**Exhibit 2.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F2Q23 Results and F3Q23 Guidance
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Jefferies | Initial Take: Q2 EPS Beat; FY23 Guide Lowered, but Q4 Higher for China Recovery | FY23 guide revised for organic -2 to 0% (0 to +2% prior), rev -7 to -5% (-6-8% prior) vs. est -6%, and EPS $4.87-$5.02 vs. est $5.44. Brand exits (1pt) and FX (5pts) are growth headwinds. (p. 1)<br><br>Skincare $2.38B (52% of total) -20% LFL and -25% reported was below vs. estimates at $2.42B, impacted by Covid-related challenges in China (TR inventory tightening & limited traffic).... Net sales were impacted by discont. licenses (~9bps impact). Makeup $1.27B -3% LFL and -9% reported was above estimates at $1.16B. (p. 1)<br><br>Americas $1.24B -6% LFL was above consensus estimates of $1.19B, driven by growth in makeup and fragrance, but offset by lower replenishment orders in the US primarily impacting skincare. (p. 1)<br><br>EMEA $1.82B -18% LFL, driven by travel retail drag, came in behind estimates at $1.86B. APAC $1.57B -8% LFL, beating estimates at $1.46B. (p. 1)<br><br>FY23 EPS outlook was reduced as travel retail recovery is shifted to Q4 from Q3 and the co. realizes greater deleverage on investments for growth given the sales declines. (p. 1) |
| 2/2/23 | Jefferies | Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311 | As expected, EL reset FY expectations to reflect a delayed but sharp recovery in China and TR. Hainan retailers are currently burdened with excess inventory on prolonged closures, but inflection expected in Q4. FY23 outlook for -2% to flat LFL and OM% -460bps Y/Y. (p. 1)<br><br>FY23 EPS outlook was reduced, as travel retail recovery is shifted to Q4 from Q3 and the co. realizes greater deleverage on growth investments due to sales declines. 2H outlook also reflects increased productive distribution, price increases, and incremental cost savings. (p. 1)<br><br>FY23 Growth Offsets: FY23 reported sales growth of -5-7% incl.: 1) Hainan retailer elevated inventory from closures, and low traffic & staff levels Nov-Dec 22; 2) Moderate sales growth in China business, driven by heightened COVID cases & fewer socialization occasions; 3) Potential rollback of COVID-related supportive measures in Korea duty-free driving near-term transitory pressure to Korea duty-free retailer business. (p. 1)<br><br>Though the business guidance continues to be muddied with inventory pull-backs, COVID-challenges, an uncertain macro, and FX, fundamentals remain strong. (p.1) |
| 2/2/23 | Morgan Stanley | Quick Comment: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4 | EL's stock is likely to react negatively to a FY EPS guide down (despite a Q2 beat), and well below consensus Q3 guidance, particularly with the stock up +48% in the L3M, although we do think the issues depressing results are more transitory and the market is looking ahead to a post COVID recovery in China, which is supported by a Q4 implied guide well above consensus (albeit benefitting from a shift from Q3). Said another way, with a weaker organic sales guide in FQ3 (albeit EL is typically very conservative with next quarter guidance), the path to recovery is more elongated now, but bulls can latch onto that path being more robust than consensus in implied Q4 guidance. EL highlighted in terms of underlying retail demand, "the rising number of COVID cases [in China] led to stronger headwinds as FQ2 progressed" with these challenges partially offset by "broad-based strong organic net sales growth across developed and emerging markets globally." (p. 1)<br><br>EL pointed to transitory pressures in its travel retail business in Q3 that is more than offsetting the initial positive impact from the resumption of international travel by Chinese consumers, strong performance in Europe, Asia Pacific, Emerging Markets, leading to EL expectations that its return to growth has shifted to Q4. (p. 2)<br><br>Result [sic] are hard to judge at retail vs shipments with inventory changes and COVID volatility, but by reion [sic], Americas org sales declined -3% vs the -8% consensus, with lower replenishment orders in the US, primarily in skin care, partially offset by growth in fragrance and makeup.... EMEA org sales declined -17% vs the -10% consensus, driven primarily by China Covid-impact on Travel Retail. Global Travel Retail net sales declined DD on reduced travel in Asia, particularly Hainan, although Travel Retail grew in Europe, Middle East & Africa and The Americas.... Asia/Pacific net sales declined -7% vs the -12% consensus, with y/y decline driven by a Covid-impact on brick-and-mortar retail in China and Dr.Jart+ travel retail in Korea. (p. 2) |

**Exhibit 2.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F2Q23 Results and F3Q23 Guidance
Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Morgan Stanley | Q2 Follow-Up: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4 | EL posted a Q2 EPS beat on margins, with Q3/FY EPS guidance below prior guidance/consensus on lingering travel retail weakness (Hainan/South Korea), but an above consensus recovery expected in Q4 as COVID issues in China dissipate and travel retail rebounds. (p. 1)<br><br>EL's stock was down -4.4% (vs a +1.5% S&P increase) with a FY23 EPS guide-down on much weaker than expected Q3 EPS guidance (14% Q3 topline downside vs consensus), with a stock pullback understandable after a large +48% run-up in the L3M. Still, the stock was protected relative to its recent run-up by a better than expected implied Q4 outlook (7% topline upside vs consensus), and raised implied Q4 guidance, as there are initial signs of a China/travel retail recovery (which won't flow through in fiscal Q3 given inventory issues post Q2). (p. 1)<br><br>Regarding Q3 guidance softness, EL indicated that inventory levels in Hainan remain elevated due to COVID travel impacts and instore staffing limitations in late CY22, as well as expected Korea Duty Free pressure with potential rollbacks of COVID related supportive measures. (p. 2)<br><br>With topline downside, and a slightly higher tax rate to 25.5% (25% prior), adjusted EPS is now expected to be in the range of $4.87-5.02, 7% below $5.25-5.40 prior guidance at its midpoint, despite less unfavorable FX of -4% from currency translation and -1% from transaction (- 6% currency translation and -2% from transaction prior). We do note that although EL guided down Q3 below consensus, implied Q4 organic sales at the mid-point of its guidance is +25% vs. the prior +18% consensus and implied Q4 EPS is $1.62, well above the $0.88 consensus, supporting a LT recovery in sales/EPS as COVID impacts normalize. EL pointed to transitory pressures in its travel retail business in Q3 that is more than offsetting the initial positive impact from the resumption of international travel by Chinese consumers, strong performance in Europe, Asia Pacific, and some Emerging Markets, leading to EL expectation that its return to topline growth has shifted to Q4. (p. 2) |
| 2/2/23 | Morningstar Equity Research | Estee Lauder Continues to Feel the Impact of Slow Travel Retail Recovery; Shares Fully Valued | Estee Lauder's constant-currency sales dropped 11% in fiscal 2023's (December-ended) second quarter, falling short of our negative 9% estimate, as reduced orders by retail partners in North America and coronavirus restrictions in China took a toll. Skin care, especially, was affected, with constant-currency sales down 20%. While the recent lifting of the restrictions should be positive, a recovery in travel retail in Hainan, South Korea, and other key markets will take time, affecting sales and profitability. Indeed, Estee Lauder's fiscal 2023 net sales are expected to fall 5%-7% and, due to unfavorable currency movement and category and geographical mix, its operating margin is expected to come in at about 15.1%, down roughly 460 basis points from last year and below our 16.3% forecast. Thus, the firm lowered its fiscal 2023 adjusted EPS guidance to a range of $4.87-$5.02 from $5.25-$5.40 previously. (p. 1) |
| 2/2/23 | Raymond James | China Reopening Delay Driving Lowered Outlook; LT Intact | The FY outlook was cut considerably, now reflecting an expectation for the China recovery to start in F4Q vs F3Q prior, which is likely to weigh on shares today as market enthusiasm for a return to growth has accelerated since lockdowns ended. We expect to hear further detail on the delayed recovery in China/Hainan, particularly given recent positive commentary from peers, the rate at which management expects replenishment orders in Americas to accelerate, and the Tom Ford deal on today's 9:30 a.m. call. (p. 1)<br><br>EMEA and Asia-Pacific were the most challenged regions as COVID-related lockdowns negatively impacted sales in Hainan and Greater China brick-and-mortar. Americas declined the least on an organic basis, -3% y/y, in line with the 1Q decline, as low reorders, particularly in Skin Care, hit sales. (p. 1)<br><br>FY23 outlook cut to $4.87-$5.02 vs. $5.25-$5.40 prior on delayed reopening[.] EL cut its FY23 outlook with China lockdowns lasting longer than initially expected. Key assumptions in 2H include: 1) a shift in the recovery in China and Hainan from 3Q to 4Q, 2) increased productive distribution to new retailers/consumers/countries, 3) gains from price, mix, and cost savings, and 4) a greater reinvestment in advertising and other brand support. We expect to hear further detail on the recovery of China/Hainan, the rate at which management expects replenishment orders in Americas to accelerate, and the Tom Ford deal on today's 9:30 a.m. call. (p. 1) |

**Exhibit 2.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F2Q23 Results and F3Q23 Guidance
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 2/2/23 | Raymond James | Like COVID, the Road to Recovery for EL Is Far from the Ordinary | We retain our Strong Buy rating on EL despite the delay in China reopening (low 30s % of sales pre-lockdown) as EL continues to be one of the most consistent long-term growth stories in Beauty, with the headwinds of today turning into tailwinds over the next few months, supported by share gains in China across all 4 main Beauty categories. EL's F2Q results and F3Q/FY23 outlook were mixed, with a slight sales miss but EPS beat in F2Q, a guide materially below expectations for F3Q due to the delayed reopening of China, then a material acceleration in F4Q on anticipation that demand will accelerate as China rebounds. (p. 1)<br><br>EL lowered its FY23 outlook for organic sales by 2pts to -2% to flat and EPS to a range of $4.87-5.02 from $5.25-5.40 due to an expectation for a return to growth in Asia Travel Retail and Mainland China shifting from F3Q to F4Q. With a resumption of outbound Chinese traveling consumers and the lapping of significant lockdowns in F4Q22, EL's implied F4Q guidance is for organic sales +/-~low 20s% y/y and EPS $1.59-1.64, +~280% y/y and well ahead of consensus of $0.94 ahead of the print. (p. 1)<br><br>While EL lost share domestically in the quarter, U.S. retail sales ended December at +6.5% y/y vs +2% y/y for F2Q. (p. 1)<br><br>F2Q gross margin declined 430 bp y/y to 73.6% as benefits from price increases were more than offset by cost inflation, negative mix shift and increased promotion. Operating margin declined 930bps y/y to 16.6% due to the aforementioned COGS pressures and SG&A deleveraging. For FY23, EL expects operating margin 15.1% reflecting negative mix, FX headwinds, and sustained investments, partly offset by price increases. We anticipate a return to gross and operating margin expansion in FY24. (p. 1) |
| 2/2/23 | Telsey Advisory Group | EL 2QF23 First Take: Q2 Top and Bottom Line Beat; FY23 Guide Lowered on Near-Term COVID Pressure in Asia | Total reported sales fell 16.6% to $4.621B, a tick ahead of the consensus estimate of $4.580B (down 17.3%), while organic sales declined 11% (vs. guidance of down 9%-11%) and constant currency revenue decreased 12%. By category, management called out strength in fragrance globally, offset by softness in both skin care and makeup, which continue to be most impacted by COVID-related restrictions in China (tightening inventory in Asia travel retail and lower retail traffic). Gross margin contracted 430 bps to 73.6%, as compared to the consensus of down 360 bps to 74.4%, while SG&A deleveraged 500 bps to 57.0%, better than the consensus of up 790 bps to 59.9%. (p. 1)<br><br>Softer third quarter guide reflects near-term, transitory COVID-related headwinds in Asia leading to moderated annual outlook.... The annual outlook now reflects expectations to return to growth in the fourth quarter reflecting a slightly delayed benefit from the lifting of COVID travel restrictions in China. In turn, 3QF23 reported sales are expected down 12%-14% vs. the prior consensus of down 1.6% with organic sales planned down 8%-10%. For the third quarter, EPS is expected in the range of $0.37-$0.47 vs. $1.90 in 3QF22, well below the prior consensus of $1.78, including a $0.04 drag from FX.... The disappointing third quarter guide comes from slower sell-in to Hainan as a result of the COVID lockdown measures in the second quarter and a roll-back of COVID support measures in the Korea duty free channel, offsetting the resumption of international travel by Chinese consumers. (p. 1)<br><br>The second half outlook reflects temporary COVID lockdown impacts in China, which may have been a steeper and more impactful to the third quarter than expected, but we see the guide as attainable. (p. 1)<br><br>In addition, an acceleration of retail sales in FQ4 due to the resumption of outbound Chinese travel, a return to net sales growth in mainland China in FQ4 after COVID disruptions that have slowed retail traffic in FQ2 and continue to weigh in FQ3, as well as price increases, mix optimization, and cost savings across the group should all prove beneficial to fourth quarter results. (p. 2)<br><br>For the third quarter, EL anticipates sales to decline (14%)-(12%) YoY, including 300 bps of FX pressure...On the bottom line, adjusted EPS should come in between $0.37-$0.47 in the quarter, with $0.04 of FX impact. (p. 2) |
| 2/2/23 | UBS | EL Delivers 2Q Beat, but FY23 Guide Moves Lower on Reopening Volatility | EL now expects FY23 EPS to be in the range of $4.87-$5.02 vs. prior guidance $5.25 - $5.40 guidance with net sales expected to decline -5% to -7% (vs. -6% to -8% prev, UBS/Street at -4.4%/-5.6%).... Included in the company's underlying outlook is the transactional FX component of travel retail, which is a -1% drag on the top line (vs. -2% prev.) and a -4% drag on the bottom line (-10% prev.). (p. 1) |
| 2/2/23 | Wells Fargo | EL: F2Q23 First Take—F2Q23 EPS Ahead but FY23 EPS Coming Down; Big Debate Will Be FQ4 Implied Ramp | FY23 guide cut despite better FX. Net sales -5% to -7% (was -6% to -8%), incl FX -4% (was FX -6%), another -1% due to 'certain foreign currency transactions in key int'l TR locations' (was -2%), and -1% (unchanged) from the termination of designer fragrance licenses. No update on Russia/Ukraine (was -1%). Org sales -2% to flat (was flat to +2%) (note: had included Russia/Ukraine exit) vs WFSe/Street (Visible Alpha) +1.9%/+0.8%. FY adj EPS $4.87-$5.02 (was $5.25-$5.40) vs WFSe/Street $5.36/$5.36. (p. 1) |

**Exhibit 2.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F2Q23 Results and F3Q23 Guidance
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Wells Fargo | EL: Stormy...Same North Star | FQ2 EPS was ahead (recap), but EL again lowered FY23 guidance on a choppy China recovery. (p. 1)<br><br>FQ3 EPS was guided down materially, given expected declines in China and Asia travel retail. We est. Domestic China was -9% in FQ2 (with sell-in roughly in-line with down "single digits" sell-through) and declines carrying into FQ3 despite a relaxing of COVID restrictions. Headwinds also emerged in Korea travel retail, with the govn't set to adjust provisions surrounding price discounts and selling to non-travelers. FQ3 EPS will be pressured as these are high margin channels. (p. 1) |
| 2/3/23 | Argus | Analyst's Notes | By geographic region, reported sales in the Americas fell 5% to $1.24 billion, above the consensus estimate of $1.18 billion. The results reflected fewer orders from U.S. retailers coping with excess inventories and weak demand. The segment operating loss was $85 million, down from a profit of $382 million in the prior-year period. (p. 2)<br><br>In the Europe, Middle East and Africa (EMEA) region, reported sales fell 22%, to $1.82 billion. The consensus estimate had called for revenue of $1.87 billion. Operating income fell to $409 million from $620 million. (p. 2)<br><br>Asia/Pacific sales fell 17% to $1.57 billion, primarily reflecting COVID restrictions in China. The consensus estimate had called for revenue of $1.50 billion. Segment operating income fell to $241 million from $431 million. (p. 2) |
| 2/3/23 | Bank of America | Items in Overhead Bin Have Shifted in Flight: Recovery Pushed to FY4Q23 | EL followed up its 2Q23 EPS beat despite lighter organic sales with a cautious tone on inventory destocking and... a slower return to Travel Retail expected to weigh on F3Q. (p. 1)<br><br>Mgmt. highlighted pockets of recovery in the US, Latin America, and Southeast Asia, but as downward EPS revisions highlight, mobility issues remain a near-term overhang. At 34% and 27% of FY22 sales mix, respectively, China and Travel Retail continue to be dragged from lockdowns through 3Q, which disproportionately affect Estee's profitable Skincare business. F23 EPS are guided to $4.87-$5.02, down 38c at the midpoint from 2Q despite a combined translation and transaction FX drag of 58c, 29c better than previously. (p. 1) |
| 2/3/23 | Barclays | Moving Parts | With EL lowering its guidance for the second time this fiscal year despite a ~$0.20/sh beat to EPS in F2Q23 and an improving currency backdrop, pushing the recovery in China out another quarter (from F3Q to F4Q) and introducing a new headwind related to South Korea duty free, suffice it to say, there were a lot of moving parts to work through after yesterday's results and earnings call.... At the same time, we still need to better understand coming headwinds in South Korea duty free. (p. 1)<br><br>We believe the China/Hainan recovery is intact, while Korea is more of a question mark.... Given foot traffic was still weak heading into the Lunar New Year holiday, we wouldn't expect to see a pick up in shipments until foot traffic normalizes post LNY in February. (p. 3)<br><br>Outside of China travel retail, a new dynamic has emerged in South Korea duty free (we estimate this is ~20% of EL's travel retail business, or ~5% of total company sales). Specifically, the company expects to see "transitory" pressure due to the potential roll-back of COVID related government incentives.... We'd note, given Estee Lauder has a disproportionate amount of its sales in the travel retail channel relative to its peers, dynamics like this in Korea, or destocking in Hainan, have a much more material impact on total company sales performance. (p. 3)<br><br>Perhaps we'd gotten ahead of ourselves last year when we zoomed in on the "rebound" in Estee Lauder's U.S. business, suggesting a return to growth at least in line with the prestige beauty would help insulate the company from volatility in China and Travel Retail... Since the time of our note, the company's organic sales in the region fell short of our expectations three quarters in a row (F3Q22 through F1Q23) and this quarter the decline of -3% was just 50 bps better than our downward revised estimate. Further, while we had been encouraged by the fact Estee Lauder had begun to grow faster than the Prestige Beauty category in F4Q21 through F2Q22, over the past four quarters it has underperformed the market on average by ~10 pts. While of course Estee Lauder's channel mix relative to peers is in part to blame (with department stores just over a third of the region's sales), we can't help question if some of the other aspects of the region's previously articulated turnaround plan are falling short. (pp. 3–4). |
| 2/3/23 | Berenberg | All Eyes Now on the FY 2024 Recovery | The company's sales performance was once again negatively affected by COVID-19 in China, where the high infection rates are limiting traffic in physical stores and travel retail. Retailer destocking in the US also remained a drag in the quarter. (p. 1)<br><br>All eyes on the FY 2024 recovery: We expect investor focus to remain on the China recovery, which, based on management's guidance, will start to make its mark on Estée's organic sales growth in Q4 FY 2023. (p. 1) |

**Exhibit 2.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F2Q23 Results and F3Q23 Guidance
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/3/23 | DA Davidson | Growth Recovery Pushed Out One Quarter; Raising PT to $308 | BUY-rated EL reported a F2Q23 beat, but reduced FY23 EPS guidance by 7% because resumption of growth is now expected in F4Q23 rather than F3Q due to: (1) further reduction in Hainan travel retail inventory in F3Q; and (2) potential roll-back of COVID-related supportive measures in Korea duty free that would pressure sales to those retailers. (p. 1) |
| | | | Organic sales in the Americas were -3% (-10% exp.), due to lower replenishment orders in the U.S. primarily impacting skin care; fragrance and makeup sales were up. Organic sales in EMEA were -17% (-11% exp.), mainly due to COVID impacts on Asia travel retail. Global travel retail was down double-digits... Organic sales in Asia Pacific were -7% (-10% exp.), due to declines in China brick-and-mortar (50% of the market) and Dr. Jart travel retail in Korea. (p. 1) |
| | | | Gross margin was 73.6% vs. 77.9% (consensus was 74.6%), as the benefits of pricing were more than offset by supply chain cost inflation and unfavorable region and category mix. The SG&A expense ratio was 57.0% vs. 52.0% (59.3% exp.), and operating margin was 16.6% vs. 25.9% (14.7% exp.). (p. 1) |
| 2/3/23 | J.P. Morgan | Short Term Remains Challenging but Inflection Is Near; Model Update Post F2Q23 | EL beat FQ2 by a wide margin but management cut FY23 guide again mainly driven by slower return to travel retail particularly in Hainan and Korea (given the roll-back of COVID-related supportive measures impacting Korean duty-free), on top of management's expectation of a more moderate net sales growth in mainland China for FQ3 based on the recent pre-LNY trends. (p. 1) |
| | | | We acknowledge F3Q guidance was very disappointing and justifies the stock underperforming by ~600bps vs. XLP. In the short term, we caution that the stock will likely remain subject to China reopening news but we give management the benefit of the doubt from the strong track record in executing in Asia and TR. We note that there are several building blocks into the recovery into June quarter (F4Q) and FY24: (1) Hainan/Mainland China gradually reopening in the June 2023 quarter, (2) cycling of supply chain disruptions in Shanghai in FQ4, (3) U.S. retailers replenishing orders, (4) skin care cycles tough comps, (5) strong innovation pipeline, and (5) new distribution at Ulta, Target, Kohl's and selected dept stores recruiting new consumers.... FY22 EPS was $7.24 even with a significant amount of headwinds from the pandemic... (p. 1) |
| | | | It is no surprise that skin care continues to see the worst organic performance as COVID-19 related restrictions impacted FQ2 in both mainland China/travel retail (TR), where Chinese consumers make up a big chunk of the consumer base.... As noted above, organic sales growth in domestic China was down single digits in the quarter driven by tighter inventory management, store staffing issues with the limited availability of beauty advisors in China and travel retail in Hainan specifically in the months of November and December.... [N]egative impact on consumption from mainland China and Travel Retail or "TR" (Hainan + Chinese consumers traveling internationally) have more than offset the momentum in other regions. FQ3 is expected to be volatile with a hockey stick recovery built into FQ4... (pp. 3–4) |
| | | | Management lowered its FY23 guidance (details below) amid the additional COVID-related transitory headwinds stemming from the roll-back of COVID-related supportive measures in Korea that impacts Korea duty-free. This is in addition to management's expectation of a more moderate net sales growth in China for FQ3 based on pre-Lunar New Year shopping behavior in January, given the increased number of COVID cases in the region reulting [sic] in slower return of foot traffic to brick & mortar and social usage occasions continuing from the slower sales levels seen in November and December. Collectively, these factors are expected to have a greater impact on FQ3 as compared to previous expectations. As such, management now anticipates travel retail recovery in Asia to FQ4 instead of FQ3 especially given the time needed for the normalization of inventory levels in Hainan and Korea.... The FX headwinds has eased recently as compared to guidance provided in FQ1, but is still expected to be meaningful. (p. 4) |

**Exhibit 2.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F2Q23 Results and F3Q23 Guidance
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/3/23 | RBC Capital Markets | EPS Aftermath – China Recovery Delay Just a Wrinkle; Outperform | EL reported essentially in-line organic sales with an EPS beat, but results were overshadowed by EL lowering its second-half outlook, reflecting ongoing weakness in travel retail and lingering disruptions. While numbers will ultimately come down, guidance implies a delayed recovery based on transitory issues with a strong FQ4 and underlying momentum in the business and key markets. (p. 1)<br><br>Recovery delayed – EL's updated guidance reflects materially worse pressure in FQ3 (with numbers coming down) for FY'23. EL called out impacts from higher inventory levels (particularly in Hainan), COVID-related disruptions in November/December, and softer travel retail trends due to uncertainties surrounding the continuation of government support in Korea for travel retail stores. (p. 1)<br><br>FY'23 guidance: EL lowered its second-half outlook, reflecting travel retail volatility including the normalization of inventory levels in Hainan, pressure with Korean duty-free retailers, and a more moderate return to mainland China. EL is now guiding to net sales decline of 5–7% (previously -6–8%) and organic sales growth of -2% to flat (previously flat to +2%). FX have moderated to a 4pt drag (vs. prior 6pts) to sales. For adj. EPS, EL is guiding to -27% to -29% decline on a CC basis (previously -21% to -19%); FX headwinds are expected to be a 29c drag on EPS (previously 44c), resulting in EPS of $4.87–5.02 (current cons. $5.44). (p. 1) |
| 2/3/23 | Telsey Advisory Group | EL 2QF23 Follow-Up: Return of Chinese Consumer Looks to Be an Opportunity Once Transition Headwinds Pass | The disappointing third quarter guide comes from slower sell-in to Hainan as a result of the COVID lockdown measures in the second quarter and a roll-back of COVID support measures in the Korea duty-free channel, offsetting the resumption of international travel by Chinese consumers. EL also commented that US retail trends improved sequentially during the second quarter, but at a slower than expected pace resulting in lower replenishment orders. (p. 1)<br><br>The second half outlook reflects temporary COVID lockdown impacts in China (both in China and Korea), which may have been steeper and more impactful to Q3 than expected, but we see the guide as attainable. (p. 1)<br><br>In Hainan, the company noted signs of improving traffic in recent months. However, the company now expects more moderated topline growth in 3Q due to the increase in COIVD [sic] cases in November and December, which negatively impacted brick-and-mortar traffic and replenishment orders. Furthermore, EL noted that a roll-back of COVID support measures in the Korea duty-free channel is expected to weigh on 3Q. In all, EL anticipates these factors to have a greater impact on third quarter results than previously expected, but sees a more normalized travel retail channel supporting a return to growth in 4Q. (p. 1)<br><br>Currency impact. As the US dollar has recently weakened against key currencies, EL noted that the negative impacts previously anticipated from FX have improved. Despite becoming less of a headwind, the company continues to expect currency to significantly impact reported sales and diluted EPS growth for the third quarter and the full year. Notably, management's revised FY23 EPS outlook of between $4.87-$5.02 (down from $5.25-$5.40 previously) encompasses approximately $0.29 ($0.44 prior) of dilution from foreign exchange. EL also noted that FX is expected to be dilutive to reported sales by 400 bps (600 bps prior) with an additional 100-bp (200 bps previously) impact from transactions in key travel retail locations for the full year. (p. 2)<br><br>Third quarter outlook comes in below expectations. For the upcoming fiscal third quarter, the softer than expected guide reflects near-term, transitory COVID-related headwinds in Asia. As such, management expects reported sales in 3QF23 to decrease (14%) to (12%) YoY, including 300 bps of FX pressure. On an organic basis, sales are expected to decline between (10%) to (8%) YoY. On the bottom line, adjusted EPS is planned between $0.37-$0.47 for the third quarter, including a $0.04 drag from FX. (p. 2)<br><br>FY23 outlook pressured on delayed recovery in China, FX, and softer demand across regions. For the full year, EL now expects total FY23 reported revenue to decline 5%-7% (from down 6%-8% prior), with organic sales now planned down 2% to flat YoY (from flat to up 2% prior). On the bottom line, adjusted EPS is now expected to be in the range of $4.87- $5.02, down from $5.25-$5.40 prior, which includes an FX headwind of $0.29 per share ($0.44 previously). Moreover, the company's updated guide for the full year reflects a shift in the timing of travel retail recovery in Asia, which is now expected to start in Q4 vs. Q3 previously, driven by the stabilization of inventory levels in Hainan, the lack of visibility around the pace of recovery of travel retail in Korea, and the expectation of a more moderate net sales growth rate in China in the near term. (p. 2) |

**Exhibit 2.A**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F2Q23 Results and F3Q23 Guidance
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/3/23 | UBS | A Few More Weeks of Winter, but Light on the Other Side | Despite delivering a solid 2Q beat, EL lowered FY23 EPS guidance for the second straight quarter largely due to a shift in timing around the anticipated return to growth in mainland China and travel retail. Although the guidance update was disappointing/ surprising (particularly given favorable moves in FX)… (p. 1)<br><br>EL now expects FY23 EPS in the range of $4.87-$5.02 (vs. $5.25 - $5.40 prev.), driven by lower organic revenue growth (flat to -2% vs. flat to +2% prev.) and a higher tax rate; more than offsetting less of a headwind from transactional FX in travel retail (- 4% headwind to EPS vs. -10% previously) and FX translation (-$0.29 vs. -$0.44 prev.). Meanwhile, 3Q guidance came in ~75% below Street estimates, reflecting (1) a delay return to growth in China + Hainan from 3Q to 4Q, (2) more COVID cases impacting Chinese mobility in 3Q, and (3) incremental headwinds facing the Korea TR business. (p. 1)<br><br>In our follow-up conversation with the company, management noted that while there is nothing unusual artificially inflating 4Q from a top-line perspective, FX remains a key point of uncertainty, and reinvestment will remain a priority even if underlying performance comes in better-than-expected. (p. 1) |
| 2/6/23 | Credit Suisse | Pushed-Out Recovery but F4Q Guidance Showcases Powerful China Re-Open Math | The majority of the cut to F3Q and FY23 guidance was due to a delayed re-open in Chinese travel (including Hainan). (p. 1)<br><br>EL pushed-out assumptions of China recovery from F3Q to F4Q and guided F3Q EPS $0.37-$0.47 (well below Street $1.78) amid current peak covid cases in China (which has disrupted online demand, on top of low store traffic). (p. 2)<br><br>And F3Q EBIT margin is guided to -1300bp to -1400bp below F3Q19 levels, compared to -450bp below in F2Q—significant decelerations for both despite US POS sequentially improving, mainland China traffic rebuilding in Jan, and travel in Asia starting to resume now. (p. 2)<br><br>What's Baked into F2H Guidance. F4Q sharp acceleration hinges on a recovery in China as well as low YoY base due to Hainan's significant decline in traffic last year. EL expects easing pressure in Korea travel retail's and Hainan's elevated inventory levels to normalize by June (net sales to grow again). (p. 3)<br><br>EL Downplays 20% EBIT margin target by FY24, but we see a clear pathway back to it as Travel Retail the highest margin business normalizes. FX is a significant headwind to EL reiterating its 20% long-term EBIT target. (p. 3) |

Source:  *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on February 2, 2023.
[2] Emphasis in original text removed.

**Exhibit 2.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Problems" in Asia Travel Retail and the Impact of COVID on Travel
Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Canaccord Genuity | The Rabbit Did Not Catch the Tortoise in China, and Inventory Destocking in NA Drives Lower Guide; PT to $261 | [D]ue to **continued challenges in China/travel**…, management expects 3Q to be down -14% to -12% while 4Q is now implied to see +high-teens growth to meet the full-year guide of sales down -7% to -5%. **We are cautious on the updated guide as it relies on significant improvement in China/travel performance**… **While we expect sales to improve sequentially into 2023 in China/travel and provide EL a boost, it may take longer than expected to return to robust sales seen pre-COVID**…. We remain on the sidelines with EL until we see more positive trends **related to China/travel** and an inflection in US replenishments. (p. 1)<br><br>**China likely to take longer to rebound. 2Q (Dec-end) performance saw China heavily impacted as the country faced a surge in Omicron cases leading to rolling shutdowns in major cities. Fears of government-related measures for catching COVID also heavily impacted store traffic and spending habits. This led to China coming in weaker than expected.** China officially re-opened January 8, and Chinese tourists are now mostly able to travel the world again, with some COVID testing-related barriers and usual visa requirements. **inventory levels in the country remain high due to the depressed demand seen in 2022 and will take time to work through.** (p. 1)<br><br>Management guided 3Q sales to be down -14% to -12% vs. the Street previously estimating sales down -1.7%. Adj. EPS are expected to be $0.37-$0.47, significantly lower than the Street at $1.78. **China's woes still persist, including travel retail not yet recovering in Asia.** (p. 1) |
| 2/2/23 | Credit Suisse | F2Q EPS Beat but Guidance Lowered; China Recovery Shifts Out | **The majority of the cut to F3Q & FY guidance is due to a delayed improvement in Chinese travel (including Hainan).** We would look past it. The key reason to own EL is for how sensitive EPS is to Chinese travel--and F2Q results (unfortunately to the downside for now reinforce exactly how sensitive this model is to travel, and remind us how significant the upside will be once travel resumes. (p. 1) |
| 2/2/23 | Credit Suisse | Read-X: Estee Lauder's (EL) Q223 Results (Cal. Q422) | Divisional highlights: by region, **Asia Pacific posted an organic sales decline of -7%, above VA consensus of -12%, owing to pandemic-related impacts affecting brick and mortar sales in Greater China** and travel retail in Korea (there was a strong recovery in Japan, Australia, Malaysia and the Philippines). **EMEA organic sales declined -17%**, well below vs. VA consensus of -10%, **primarily due to Asia travel retail due to the pandemic (global travel retail net sales decreased double digits**, but grew in EMEA and The Americas). (p. 1)<br><br>By category, organic sales in skincare declined -20%, below VA cons. -17%, **driven by pandemic impacts including tightening of inventory by certain retailers in Asia travel retail, limited retail traffic in mainland China** and lower replenishment orders in the US. **Organic sales in make-up fell -3% , ahead of cons. -9%, driven by pandemic impacts which affected Asia travel and mainland China** (partially offset by increased usage occasions in other markets). (p. 1)<br><br>**FY23 guidance was reduced primarily due to high inventory levels in Hainan (travel disruptions** and staffing issues in Nov & Dec) and the recently-announced potential roll-back of pandemic-related supportive measures in Korea duty free, **Q323 growth in China is expected to be "variable" due to the high number of COVID cases**, EL's ecommerce sales increased mid-single growth in Q223, and Tom Ford is expected to reach $1bn of sales in next few years. (p. 1) |
| 2/2/23 | Deutsche Bank | Quick Take - EL's FY2Q23 Results | Despite a +high-teens EPS beat in fiscal 2Q, **we expect investors will be disappointed by EL's reduced FY23 outlook, stemming from a more protracted recovery in China/travel retail and corresponding tight inventory management by retailers**. (p. 1)<br><br>Looking to the March quarter, **EL's guidance now contemplates a substantial reduction in operating performance** (constant currency EPS is expected to decline roughly -75% at the midpoint) **given the dynamics mentioned above in travel retail/China, deferring recovery expectations to fiscal 4Q**. (p. 1) |

**Exhibit 2.B**

**The Estée Lauder Companies Inc.**
**Commentary from Analysts on "Inventory Problems" in Asia Travel Retail and the Impact of COVID on Travel**
Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Evercore ISI | EPS Upside, Sales In-Line. China Reopening Delayed to 4Q. Weak U.S. Is a Concern | Estee's 2Q org. sales fell (11)%, as guided and in-line with consensus:... **inventory draws in Hainan seem deeper and will extend into 3Q, but this gap should close by 4Q.** Commentaries from luxury companies point to a China already recovering in January; however, Estee seems to be taking a more conservative stance, possibly because its outsized exposure to Hainan. (p. 1)<br><br>**F23 outlook lowered to reflect a revised assumption for China's reopening delayed and benefiting 4Q, not 3Q**; this assumption solves for 3Q sales declining 8-10% v. consensus looking for flat. 3Q EPS of $0.37-0.47, well below consensus of $1.78. (p. 1)<br><br>Stock reaction: Negative, as 1) **the benefit from China's reopening delayed to 4Q** and 2) Weak holidays in the U.S., despite intense promotions and suggesting market share losses. (p. 1)<br><br>**Travel retail declined double digits as inventory reductions in Hainan** more than offset strong international travel in Europe (p. 1) |
| 2/2/23 | Evercore ISI | A Call on China. Share Gains Encouraging | **... Covid's disruptions in China –first impediments logistics, then to travel to Hainan and, a surge in cases these past two months— created a substantial void in profits, which conceptually could and should reverse by 4Q, the virus permitting.** (p. 1)<br><br>Clearly, the investment bet centers on the slope of China's recovery —pushed to the June quarter— as **Estee's focus remains on lowering inventories in Hainan, brick & mortar in Mainland China.** (p. 1)<br><br>**China market declined 20% in 4Q.** In addition, **Estee-China is drawing inventories in Hainan** (p. 3) |
| 2/2/23 | J.P. Morgan | Beat F2Q but Lowered 2H Guidance with Slow Travel Retail Recovery. Sales Inflection Moved to FQ4 | Skin care was down -20% driven by the **continued COVID-related impacts, retailer inventory tightening from lower travel in Asia and limited retail traffic in mainland China** as well as lower replenishment orders in the U.S. Makeup was also down -3% reflecting the **COVID-related restrictions in Asia travel retail and mainland China** partially offset by makeup recovery in other markets. More importantly, given the **overall volatility in the Asia reopening and travel retail,** management cut its 2HFY23 outlook and introduced a guidance for FQ3 that missed both JPMe and consensus. (p. 1)<br><br>In the release, management added: "For fiscal 2023, we are lowering our outlook given the November and December **disruption to travel and staffing levels in Hainan that slowed the expected normalization of inventory** and the recently announced potential roll-back of COVID-related supportive measures in Korea duty free. Together, these are creating a **near-term, transitory pressure to our travel retail business.** In the third quarter, **this is more than offsetting the initial positive impact from the resumption of international travel by Chinese consumers**, as well as favorable trends from our second quarter results..." (p. 1)<br><br>[I]nvestors typically understand that **the reopening trends in Asia have been volatile**... (p. 2) |
| 2/2/23 | Jefferies | Initial Take: Q2 EPS Beat; FY23 Guide Lowered, but Q4 Higher for China Recovery | Skincare $2.38B (52% of total) -20% LFL and -25% reported was below vs. estimates at $2.42B, **impacted by Covid-related challenges in China (TR inventory tightening & limited traffic).** (p. 1)<br><br>FY sales guide implies Q4 sales growth reaches >20% as **TR is shifted and China recovery takes place**; we'll look to more color on the call. (p. 1)<br><br>FY23 EPS outlook was reduced as **travel retail recovery is shifted to Q4 from Q3** and the co. realizes greater deleverage on investments for growth given the sales declines. (p. 1)<br><br>What We Are Listening for on the Call: 1) Revised China & Travel Retail Guide given **lockdown lifting and confidence in timing shift to Q4 from Q3**... (p. 1) |

**Exhibit 2.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Problems" in Asia Travel Retail and the Impact of COVID on Travel
Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Jefferies | Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311 | As expected, EL reset FY expectations to reflect a **delayed but sharp recovery in China and TR. Hainan retailers are currently burdened with excess inventory on prolonged closures,** but inflection expected in Q4... **China and TR recovery are the biggest swing factors** in the model today, and key to growth & margin recovery. PT to $311 on strong underlying demand signals and **China & travel retail recovery oppty.** (p. 1)<br><br>FY23 EPS outlook was reduced, as **travel retail recovery is shifted to Q4 from Q3** and the co. realizes greater deleverage on growth investments due to sales declines. (p. 1)<br><br>We understand the directional guide given the **China & travel retail recovery is hard to estimate at this stage.** Due to China's exposure to skincare (highest-margin category) and its influence on TR (highest-margin channel), EPS growth also hinges on the region. (p. 1)<br><br>FY23 Growth Offsets: FY23 reported sales growth of -5-7% incl.: 1) **Hainan retailer elevated inventory from closures**, and low traffic & staff levels Nov-Dec 22; **2) Moderate sales growth in China business, driven by heightened COVID cases & fewer socialization occasions**; 3) Potential rollback of COVID-related supportive measures in Korea duty-free driving near-term transitory pressure to Korea duty-free retailer business. (p.1)<br><br>[T]he business guidance continues to be muddied with **inventory pull-backs, COVID-challenges**, an uncertain macro, and FX... (p. 1)<br><br>**China is still key to sentiment**, and we view the updated forecast assumptions for Q3 in China as reasonable with **a significant step up into Q4 on Covid-case moderation and retailer inventory improvement.** Though the guidance for **a more delayed recovery** is disappointing, we see it as prudent and as less of a push-out and instead a recovery shape revision. (p. 1) |
| 2/2/23 | Morgan Stanley | Quick Comment: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4 | EL's stock is likely to react negatively to a FY EPS guide down (despite a Q2 beat), and well below consensus Q3 guidance, particularly with the stock up +48% in the L3M, although we do think the issues depressing results are more transitory and the market is looking ahead to a **post COVID recovery in China**, which is supported by a Q4 implied guide well above consensus (albeit benefitting from a shift from Q3). Said another way, with a weaker organic sales guide in FQ3 (albeit EL is typically very conservative with next quarter guidance), **the path to recovery is more elongated now**, but bulls can latch onto that path being more robust than consensus in implied Q4 guidance. EL highlighted in terms of underlying retail demand, "**the rising number of COVID cases [in China] led to stronger headwinds as FQ2 progressed**" with these challenges partially offset by "broad-based strong organic net sales growth across developed and emerging markets globally." (p. 1)<br><br>EL pointed to **transitory pressures in its travel retail business in Q3** that is more than offsetting the initial positive impact from the resumption of international travel by Chinese consumers, strong performance in Europe, Asia Pacific, Emerging Markets, leading to EL expectations that its return to growth has shifted to Q4. (p. 2)<br><br>EMEA org sales declined -17% vs the -10% consensus, **driven primarily by China Covid-impact on Travel Retail. Global Travel Retail net sales declined DD on reduced travel in Asia, particularly Hainan**, although Travel Retail grew in Europe, Middle East & Africa and The Americas. (p. 2)<br><br>Asia/Pacific net sales declined -7% vs the -12% consensus, with y/y decline driven by a **Covid-impact on brick-and-mortar retail in China and Dr.Jart+ travel retail in Korea**. (p. 2) |

**Exhibit 2.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Problems" in Asia Travel Retail and the Impact of COVID on Travel
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Morgan Stanley | Q2 Follow-Up: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4 | EL posted a Q2 EPS beat on margins, with Q3/FY EPS guidance below prior guidance/consensus on **lingering travel retail weakness (Hainan/South Korea)**, but an above consensus recovery expected in Q4 as **COVID issues in China dissipate and travel retail rebounds**. (p. 1)<br><br>Still, the stock was protected relative to its recent run-up by a better than expected implied Q4 outlook (7% topline upside vs consensus), and raised implied Q4 guidance, as there are initial signs of **a China/travel retail recovery (which won't flow through in fiscal Q3 given inventory issues post Q2)**. (p. 1)<br><br>Regarding Q3 guidance softness, EL indicated that **inventory levels in Hainan remain elevated due to COVID travel impacts and instore staffing limitations** in late CY22, as well as expected Korea Duty Free pressure with potential rollbacks of COVID related supportive measures. (p. 2)<br><br>EMEA organic sales declined -17% vs the -10% consensus, **driven primarily by China COVID-impacts on Travel Retail. Global Travel Retail net sales declined DD on reduced travel in Asia, particularly Hainan,** although Travel Retail grew in Europe, Middle East & Africa and The Americas. (p. 3)<br><br>Asia/Pacific net sales declined -7% vs the -12% consensus, with a YoY decline driven by a **COVID-impact on brick-and-mortar retail in China and Dr. Jart+ travel retail in Korea.** (p. 3) |
| 2/2/23 | Morningstar Equity Research | Estee Lauder Continues to Feel the Impact of Slow Travel Retail Recovery; Shares Fully Valued | Wide-moat Estee Lauder's constant-currency sales dropped 11% in fiscal 2023's (December-ended) second quarter, falling short of our negative 9% estimate, as reduced orders by retail partners in North America and **coronavirus restrictions in China took a toll**. Skin care, especially, was affected, with constant-currency sales down 20%. **While the recent lifting of the restrictions should be positive, a recovery in travel retail in Hainan, South Korea, and other key markets will take time, affecting sales and profitability.** (p. 1) |
| 2/2/23 | Oppenheimer | Model Update: An Even Steeper Earnings Recovery Needed for the Bull Case from Here | This includes adjusting our FY23 (June 2023) estimates to reflect **incremental China headwinds** and lowering our FY24 (June 2024) EPS numbers to bake in **more conservatism on the shape of the recovery**.... We continue to rank EL as a top pick but **expect volatility along the way amidst a dynamic Chinese backdrop.** (p. 1) |
| 2/2/23 | Raymond James | China Reopening Delay Driving Lowered Outlook; LT Intact | The FY outlook was cut considerably, now reflecting **an expectation for the China recovery to start in F4Q vs F3Q prior, which is likely to weigh on shares today as market enthusiasm for a return to growth has accelerated since lockdowns ended**. We expect to hear further detail on the **delayed recovery in China/Hainan**, particularly given recent positive commentary from peers… on today's 9:30 a.m. call. (p. 1)<br><br>EMEA and Asia-Pacific were the most challenged regions as **COVID-related lockdowns negatively impacted sales in Hainan and Greater China brick-and-mortar**. (p. 1)<br><br>Organic sales… Skin Care -20% y/y on **lockdowns in China** and low replenishment in the U.S., Makeup -3% on **China lockdowns**. (p. 1)<br><br>FY23 outlook cut to $4.87-$5.02 vs. $5.25-$5.40 prior on **delayed reopening**[.] EL cut its FY23 outlook with **China lockdowns lasting longer than initially expected**. Key assumptions in 2H include: 1) **a shift in the recovery in China and Hainan from 3Q to 4Q**… We expect to hear further detail on **the recovery of China/Hainan**… on today's 9:30 a.m. call. (p. 1) |
| 2/2/23 | Raymond James | Like COVID, the Road to Recovery for EL Is Far from the Ordinary | We retain our Strong Buy rating on EL **despite the delay in China reopening** (low 30s % of sales pre-lockdown)... EL's F2Q results and F3Q/FY23 outlook were mixed, with a slight sales miss but EPS beat in F2Q, a guide materially below expectations for F3Q due to **the delayed reopening of China**, then a material acceleration in F4Q on anticipation that demand will accelerate as China rebounds**. (p. 1)<br><br>EL lowered its FY23 outlook for organic sales by 2pts to -2% to flat and EPS to a range of $4.87-5.02 from $5.25-5.40 due to **an expectation for a return to growth in Asia Travel Retail and Mainland China shifting from F3Q to F4Q. With a resumption of outbound Chinese traveling consumers and the lapping of significant lockdowns in F4Q22**, EL's implied F4Q guidance is for organic sales +/-~low 20s% y/y and EPS $1.59-1.64, +~280% y/y and well ahead of consensus of $0.94 ahead of the print. (p. 1) |

**Exhibit 2.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Problems" in Asia Travel Retail and the Impact of COVID on Travel
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Telsey Advisory Group | EL 2QF23 First Take: Q2 Top and Bottom Line Beat; FY23 Guide Lowered on Near-Term COVID Pressure in Asia | By category, management called out strength in fragrance globally, offset by **softness in both skin care and makeup, which continue to be most impacted by COVID-related restrictions in China (tightening inventory in Asia travel retail and lower retail traffic).** (p. 1)<br><br>Softer third quarter guide reflects **near-term, transitory COVID-related headwinds in Asia leading to moderated annual outlook**.... The annual outlook now reflects expectations to return to growth in the fourth quarter reflecting a **slightly delayed benefit from the lifting of COVID travel restrictions in China**. In turn, 3QF23 reported sales are expected down 12%-14% vs. the prior consensus of down 1.6% with organic sales planned down 8%-10%.... The disappointing third quarter guide comes from slower sell-in to Hainan as a result of the **COVID lockdown measures in the second quarter** and a roll-back of COVID support measures in the Korea duty free channel, **offsetting the resumption of international travel by Chinese consumers**. (p. 1)<br><br>The second half outlook reflects **temporary COVID lockdown impacts in China, which may have been a steeper and more impactful to the third quarter than expected**, but we see the guide as attainable. (p. 1)<br><br>In addition, an acceleration of retail sales in FQ4 due to the **resumption of outbound Chinese travel, a return to net sales growth in mainland China in FQ4 after COVID disruptions that have slowed retail traffic in FQ2 and continue to weigh in FQ3**, as well as price increases, mix optimization, and cost savings across the group should all prove beneficial to fourth quarter results. (p. 2)<br><br>Skin care was down 25% YoY reported and 20% at constant currency in the second quarter, vs. down 14% YoY last quarter (down 11% at constant currency). This compares to an 11% constant currency growth rate in the prior year period. The **decline in the quarter primarily reflects COVID-related disruptions in China and the tight control of inventory by certain retailers in Asia travel retail and weak traffic in Mainland China.** (p. 3)<br><br>Makeup was down 9% YoY reported and 3% at constant currency in the second quarter, vs. down 10% YoY last quarter (down 6% at constant currency)...The decline in the quarter largely reflects **ongoing COVID-related disruptions impacting travel retail and Mainland China,** offset by overall strength in beauty and the rise of occasion-based events. (p. 4)<br><br>Europe, the Middle East & Africa contracted 18% YoY in constant currency, as compared to the 6% decline recorded last quarter. Net sales were **negatively impacted by ongoing COVID-related restrictions affecting travel retail, particularly in Hainan.** (p. 4)<br><br>In Greater China, B&M traffic was **negatively impacted by COVID-related restrictions.** (p. 4) |
| 2/2/23 | Wells Fargo | EL: Stormy...Same North Star | FQ3 EPS was guided down materially, **given expected declines in China and Asia travel retail.** We est. Domestic China was -9% in FQ2 (with sell-in roughly in-line with down "single digits" sell-through) and **declines carrying into FQ3 despite a relaxing of COVID restrictions**. (p. 1) |
| 2/3/23 | Argus | Analyst's Notes | **Asia/Pacific sales fell 17% to $1.57 billion, primarily reflecting COVID restrictions in China**. The consensus estimate had called for revenue of $1.50 billion. Segment operating income fell to $241 million from $431 million. (p. 2) |
| 2/3/23 | Bank of America | Items in Overhead Bin Have Shifted in Flight: Recovery Pushed to FY4Q23 | EL followed up its 2Q23 EPS beat despite lighter organic sales with **a cautious tone on inventory destocking** and... **a slower return to Travel Retail expected to weigh on F3Q**. (p. 1)<br><br>At 34% and 27% of FY22 sales mix, respectively, **China and Travel Retail continue to be dragged from lockdowns through 3Q,** which disproportionately affect Estee's profitable Skincare business. (p. 1) |

**Exhibit 2.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Problems" in Asia Travel Retail and the Impact of COVID on Travel
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/3/23 | Barclays | Moving Parts | With EL lowering its guidance for the second time this fiscal year despite a ~$0.20/sh beat to EPS in F2Q23 and an improving currency backdrop, **pushing the recovery in China out another quarter (from F3Q to F4Q)** and introducing a new headwind related to South Korea duty free, suffice it to say, there were a lot of moving parts to work through after yesterday's results and earnings call. (p. 1)<br><br>We believe the China/Hainan recovery is intact, while Korea is more of a question mark.... **Given foot traffic was still weak heading into the Lunar New Year holiday, we wouldn't expect to see a pick up in shipments until foot traffic normalizes post LNY in February**. (p. 3)<br><br>**We'd note, given Estee Lauder has a disproportionate amount of its sales in the travel retail channel relative to its peers, dynamics like this in Korea, or destocking in Hainan, have a much more material impact on total company sales performance**. (p. 3) |
| 2/3/23 | Berenberg | All Eyes Now on the FY 2024 Recovery | The company's sales performance was once again **negatively affected by COVID-19 in China, where the high infection rates are limiting traffic in physical stores and travel retail**. (p. 1)<br><br>All eyes on **the FY 2024 recovery: We expect investor focus to remain on the China recovery**, which, based on management's guidance, will start to make its mark on Estée's organic sales growth in Q4 FY 2023. (p. 1) |
| 2/3/23 | DA Davidson | Growth Recovery Pushed Out One Quarter; Raising PT to $308 | BUY-rated EL reported a F2Q23 beat, but reduced FY23 EPS guidance by 7% because resumption of growth is now expected in F4Q23 rather than F3Q due to: **(1) further reduction in Hainan travel retail inventory in F3Q; and (2) potential roll-back of COVID-related supportive measures in Korea duty free that would pressure sales to those retailers.** A sharp snap-back is projected for F4Q23 - we are modeling organic sales +20% and for EPS to increase Y/Y by >3.5x. (p. 1)<br><br>**Organic sales in EMEA were -17% (-11% exp.), mainly due to COVID impacts on Asia travel retail**. Global travel retail was down double-digits ... **Organic sales in Asia Pacific were -7% (-10% exp.), due to declines in China brick-and-mortar (50% of the market) and Dr. Jart travel retail in Korea**. (p. 1) |

**Exhibit 2.B**

# The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Problems" in Asia Travel Retail and the Impact of COVID on Travel
Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 2/3/23 | J.P. Morgan | Short Term Remains Challenging but Inflection Is Near; Model Update Post F2Q23 | In the short term, we caution that **the stock will likely remain subject to China reopening news** but we give management the benefit of the doubt from the strong track record in executing in Asia and TR. We note that there are several building blocks into the recovery into June quarter (F4Q) and FY24: (1) **Hainan/Mainland China gradually reopening in the June 2023 quarter**... For context, FY22 EPS was $7.24 even with **a significant amount of headwinds from the pandemic** and therefore we think our new estimates bake in a fair amount of conservatism. (p. 1)<br><br>It is no surprise that skin care continues to see the worst organic performance as **COVID-19 related restrictions impacted FQ2 in both mainland China/travel retail (TR)**, where Chinese consumers make up a big chunk of the consumer base. (p. 3)<br><br>Strong Growth in China Anticipated From Travel Retail and Skin Care Once all COVID-Related Headwinds are Behind. As noted above, organic sales growth in domestic China was down single digits in the quarter driven by **tighter inventory management, store staffing issues with the limited availability of beauty advisors in China and travel retail in Hainan specifically in the months of November and December**. However, management is confident of growth in the region especially once all **COVID-related headwinds** abate, driving confidence from the fact that EL gained market share in all four segments in FQ2 despite all the **pandemic-related restrictions**. (pp. 3–4)<br><br>Looking ahead, although management anticipates performance in FQ3 to be more variable especially given **the high number of COVID-19 cases most recently**, much stronger organic sales growth is forecasted for FQ4. (p. 4)<br><br>FQ3 is expected to be volatile with a hockey stick recovery built into FQ4, by when **China is anticipated to have more mobility increasing consumption from brick & mortar as foot traffic increases and continued growth from online channels, resumption of Chinese travelers to both Hainan and internationally**... (p. 4)<br><br>Management lowered its FY23 guidance... This is in addition to **management's expectation of a more moderate net sales growth in China for FQ3 based on pre-Lunar New Year shopping behavior in January, given the increased number of COVID cases in the region reulting in slower return of foot traffic to brick & mortar and social usage occasions continuing from the slower sales levels seen in November and December**. Collectively, these factors are expected to have a greater impact on FQ3 as compared to previous expectations. As such, **management now anticipates travel retail recovery in Asia to FQ4 instead of FQ3 especially given the time needed for the normalization of inventory levels in Hainan and Korea**. (p. 4)<br><br>Skin care was down -20% driven by **the continued COVID-related impacts, retailer inventory tightening from lower travel in Asia and limited retail traffic in mainland China** as well as lower replenishment orders in the U.S. Makeup was also down -3% reflecting **the COVID-related restrictions in Asia travel retail and mainland China** partially offset by makeup recovery in other markets. (p. 5) |
| 2/3/23 | RBC Capital Markets | EPS Aftermath – China Recovery Delay Just a Wrinkle; Outperform | EL reported essentially in-line organic sales with an EPS beat, but results were overshadowed by EL lowering its second-half outlook, reflecting **ongoing weakness in travel retail and lingering disruptions**. While numbers will ultimately come down, guidance implies **a delayed recovery based on transitory issues** with a strong FQ4 and underlying momentum in the business and key markets. (p. 1)<br><br>Recovery delayed – EL's updated guidance reflects materially worse pressure in FQ3 (with numbers coming down) for FY'23. EL called out **impacts from higher inventory levels (particularly in Hainan), COVID-related disruptions in November/December**... (p. 1)<br><br>EL lowered its second-half outlook, reflecting **travel retail volatility including the normalization of inventory levels in Hainan**, pressure with Korean duty-free retailers, and **a more moderate return to mainland China**. (p. 1) |

**Exhibit 2.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Inventory Problems" in Asia Travel Retail and the Impact of COVID on Travel
Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/3/23 | Telsey Advisory Group | EL 2QF23 Follow-Up: Return of Chinese Consumer Looks to Be an Opportunity Once Transition Headwinds Pass | The disappointing third quarter guide comes from **slower sell-in to Hainan as a result of the COVID lockdown measures in the second quarter** and a roll-back of COVID support measures in the Korea duty-free channel, offsetting the resumption of international travel by Chinese consumers. (p. 1)<br><br>The second half outlook reflects **temporary COVID lockdown impacts in China (both in China and Korea), which may have been steeper and more impactful to Q3 than expected**, but we see the guide as attainable. (p. 1)<br><br>However, the company now expects more moderated topline growth in 3Q due to **the increase in COIVD [sic] cases in November and December, which negatively impacted brick-and-mortar traffic and replenishment orders**.... In all, EL anticipates these factors to have **a greater impact on third quarter results than previously expected**, but sees a more normalized travel retail channel supporting a return to growth in 4Q. (p. 1)<br><br>For the upcoming fiscal third quarter, the softer than expected guide reflects **near-term, transitory COVID-related headwinds in Asia**. (p. 2)<br><br>FY23 outlook pressured on **delayed recovery in China**, FX, and softer demand across regions.... Moreover, the company's updated guide for the full year reflects **a shift in the timing of travel retail recovery in Asia, which is now expected to start in Q4 vs. Q3 previously, driven by the stabilization of inventory levels in Hainan, the lack of visibility around the pace of recovery of travel retail in Korea, and the expectation of a more moderate net sales growth rate in China in the near term**. (p. 2) |
| 2/3/23 | UBS | A Few More Weeks of Winter, but Light on the Other Side | Despite delivering a solid 2Q beat, EL lowered FY23 EPS guidance for the second straight quarter **largely due to a shift in timing around the anticipated return to growth in mainland China and travel retail**. (p. 1)<br><br>Meanwhile, 3Q guidance came in ~75% below Street estimates, reflecting (1) **a delay return to growth in China + Hainan from 3Q to 4Q,** (2) **more COVID cases impacting Chinese mobility in 3Q**... (p. 1) |
| 2/6/23 | Credit Suisse | Pushed-Out Recovery but F4Q Guidance Showcases Powerful China Re-Open Math | The majority of the cut to F3Q and FY23 guidance was due to **a delayed re-open in Chinese travel (including Hainan)**. (p. 1)<br><br>We lower F3Q to $0.75 (prior $1.86) but raise F4Q to $1.68 (prior $0.86) as **recovery gets pushed out**. We raise our FY24/FY25 EPS to $8.25/$9.25 (from $7.20/$8.36) on **recovery in TR & China**. (p. 1)<br><br>EL **pushed-out assumptions of China recovery from F3Q to F4Q** and guided F3Q EPS $0.37-$0.47 (well below Street $1.78) amid **current peak covid cases in China (which has disrupted online demand, on top of low store traffic)**. (p. 2)<br><br>And F3Q EBIT margin is guided to -1300bp to -1400bp below F3Q19 levels, compared to -450bp below in F2Q—significant decelerations for both despite US POS sequentially improving, **mainland China traffic rebuilding in Jan, and travel in Asia starting to resume now**. (p. 2)<br><br>Hainan represents ~13% of EL's total revenues, and sales area in that channel is up 80% over the last few months. **But due to COVID restrictions, monthly traffic to that channel was 80% below pre-COVID peaks in EL's F2Q**. (p. 2)<br><br>What's Baked into F2H Guidance. **F4Q sharp acceleration hinges on a recovery in China as well as low YoY base due to Hainan's significant decline in traffic last year**. EL expects easing pressure in Korea travel retail's and **Hainan's elevated inventory levels to normalize by June (net sales to grow again)**. (p. 3)<br><br>Hainan saw positive YoY Growth in January. That said, **inventory levels are still high on weak store traffic in November and December. (EL expects to start replenishing Hainan by June qtr)**. (p. 3) |

**Exhibit 2.B**

**The Estée Lauder Companies Inc.**
**Commentary from Analysts on "Inventory Problems" in Asia Travel Retail and the Impact of COVID on Travel**
Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 2/9/23 | Barclays | Management Meeting Tidbits | With respect to closer in dynamics regarding inventory management, we learned that **outside of Hainan**, inventory levels are in a good position in both China and the US. (p. 3) |
| | | | ...**COVID revealed some cracks in the system and we think it is fair to say this was the case for Estee Lauder**. To be sure, there weren't issues around product supply or excess cost as was common to see, but rather, in hindsight it would seem the **company was too slow to develop a more localized supply chain in Asia given that this region had even prior to the pandemic become the growth engine of the business**. The single distribution center in China that was shut down during the Shanghai lock down is a case in point. (p. 2) |

Source:  *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on February 2, 2023.
[2] Emphasis in original text removed.  Bold text indicates commentary on "inventory problems" in Asia travel retail and the impact of COVID on travel.

**Exhibit 2.C**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Rollback of Korean Duty-Free Support Policies
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 2/2/23 | Barclays | F2Q23 First Impressions | More specific to the quarter, organic sales were in-line with our estimates across the Americas and EMEA while Asia/Pac fell short, we think largely driven by **policy changes in South Korea that had an impact on end market demand**. (p. 1) |
| 2/2/23 | Credit Suisse | Read-X: Estee Lauder's (EL) Q223 Results (Cal. Q422) | Divisional highlights: by region, Asia Pacific posted an organic sales decline of -7%, above VA consensus of -12%, **owing to pandemic-related impacts affecting** brick and mortar sales in Greater China and **travel retail in Korea** (there was a strong recovery in Japan, Australia, Malaysia and the Philippines). (p. 1)<br><br>FY23 guidance was reduced primarily due to high inventory levels in Hainan (travel disruptions and staffing issues in Nov & Dec) and **the recently-announced potential roll-back of pandemic-related supportive measures in Korea duty free**, Q323 growth in China is expected to be "variable" due to the high number of COVID cases, EL's ecommerce sales increased mid-single growth in Q223, and Tom Ford is expected to reach $1bn of sales in next few years. (p. 1) |
| 2/2/23 | Deutsche Bank | 4Q+ More Important than 2Q/3Q | [T]his FY3Q outlook is clearly disappointing [due to] **likely Korea travel retail headwinds** (carrying over from FY3Q). (p. 1) |
| 2/2/23 | J.P. Morgan | Beat F2Q but Lowered 2H Guidance with Slow Travel Retail Recovery. Sales Inflection Moved to FQ4 | In the release, management added: "For fiscal 2023, we are lowering our outlook given the November and December disruption to travel and staffing levels in Hainan that slowed the expected normalization of inventory and **the recently announced potential roll-back of COVID-related supportive measures in Korea duty free.** Together, these are creating a near-term, transitory pressure to our travel retail business. In the third quarter, this is more than offsetting the initial positive impact from the resumption of international travel by Chinese consumers, as well as favorable trends from our second quarter results..." (p. 1) |
| 2/2/23 | Jefferies | Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311 | FY23 Growth Offsets: FY23 reported sales growth of -5-7% incl.:... 3) **Potential rollback of COVID-related supportive measures in Korea duty-free driving near-term transitory pressure to Korea duty-free retailer business**. (p. 1) |
| 2/2/23 | Morgan Stanley | Q2 Follow-Up: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4 | Regarding Q3 guidance softness, EL indicated that inventory levels in Hainan remain elevated due to COVID travel impacts and instore staffing limitations in late CY22, as well as **expected Korea Duty Free pressure with potential rollbacks of COVID related supportive measures.** (p. 2) |
| 2/2/23 | Telsey Advisory Group | EL 2QF23 First Take: Q2 Top and Bottom Line Beat; FY23 Guide Lowered on Near-Term COVID Pressure in Asia | The disappointing third quarter guide comes from slower sell-in to Hainan as a result of the COVID lockdown measures in the second quarter and a **roll-back of COVID support measures in the Korea duty free channel,** offsetting the resumption of international travel by Chinese consumers. (p. 1) |
| 2/2/23 | Wells Fargo | EL: Stormy...Same North Star | FQ3 EPS was guided down materially, given expected declines in China and Asia travel retail.... **Headwinds also emerged in Korea travel retail, with the govn't set to adjust provisions surrounding price discounts and selling to non-travelers.** FQ3 EPS will be pressured as these are high margin channels. (p. 1) |
| 2/3/23 | Barclays | Moving Parts | At the same time, **we still need to better understand coming headwinds in South Korea duty free**. (p. 1)<br><br>Outside of China travel retail, **a new dynamic has emerged in South Korea duty free** (we estimate this is ~20% of EL's travel retail business, or ~5% of total company sales). **Specifically, the company expects to see "transitory" pressure due to the potential roll-back of COVID-related government incentives. In layman's terms what we believe this means is that the Korean government had incentives in place to spur domestic demand in duty free during the pandemic (e.g., allowing consumers to purchase product online from duty free stores among other measures), but as these incentives are potentially eliminated or phased out, duty free operators will likely have a period of destocking to more closely match normalized consumption**. Once travel retail traffic in Korea begins to recover as Chinese consumers resume travel to the region, we believe duty free operators will resume an increase in orders, **but the timing and pace of resumption in travel is still a bit of a question mark**. We'd note, given Estee Lauder has a disproportionate amount of its sales in the travel retail channel relative to its peers, dynamics like this in Korea, or destocking in Hainan, have a much more material impact on total company sales performance. (p. 3) |

**Exhibit 2.C**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Rollback of Korean Duty-Free Support Policies
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/3/23 | DA Davidson | Growth Recovery Pushed Out One Quarter; Raising PT to $308 | BUY-rated EL reported a F2Q23 beat, but reduced FY23 EPS guidance by 7% because resumption of growth is now expected in F4Q23 rather than F3Q due to: (1) further reduction in Hainan travel retail inventory in F3Q; and **(2) potential roll-back of COVID-related supportive measures in Korea duty free that would pressure sales to those retailers**. A sharp snap-back is projected for F4Q23 - we are modeling organic sales +20% and for EPS to increase Y/Y by >3.5x. (p. 1) |
| 2/3/23 | J.P. Morgan | Short Term Remains Challenging but Inflection Is Near; Model Update Post F2Q23 | EL beat FQ2 by a wide margin but management cut FY23 guide again **mainly driven by slower return to travel retail particularly in Hainan and Korea (given the roll-back of COVID-related supportive measures impacting Korean duty-free)**, on top of management's expectation of a more moderate net sales growth in mainland China for FQ3 based on the recent pre-LNY trends. (p. 1)<br><br>Management lowered its FY23 guidance (details below) amid **the additional COVID-related transitory headwinds stemming from the roll-back of COVID-related supportive measures in Korea that impacts Korea duty-free.** (p. 4) |
| 2/3/23 | RBC Capital Markets | EPS Aftermath – China Recovery Delay Just a Wrinkle; Outperform | EL called out... **softer travel retail trends due to uncertainties surrounding the continuation of government support in Korea for travel retail stores**. (p. 1)<br><br>EL lowered its second-half outlook, reflecting travel retail volatility including the normalization of inventory levels in Hainan, **pressure with Korean duty-free retailers**, and a more moderate return to mainland China. (p. 1) |
| 2/3/23 | Telsey Advisory Group | EL 2QF23 Follow-Up: Return of Chinese Consumer Looks to Be an Opportunity Once Transition Headwinds Pass | The disappointing third quarter guide comes from slower sell-in to Hainan as a result of the COVID lockdown measures in the second quarter and **a roll-back of COVID support measures in the Korea duty-free channel**, offsetting the resumption of international travel by Chinese consumers. (p. 1)<br><br>Furthermore, EL noted that **a roll-back of COVID support measures in the Korea duty-free channel is expected to weigh on 3Q**. In all, EL anticipates these factors to have **a greater impact on third quarter results than previously expected**, but sees a more normalized travel retail channel supporting a return to growth in 4Q. (p. 1) |
| 2/3/23 | UBS | A Few More Weeks of Winter, but Light on the Other Side | Meanwhile, 3Q guidance came in ~75% below Street estimates, reflecting… (3) **incremental headwinds facing the Korea TR business**. (p. 1) |

Source: *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on February 2, 2023.
[2] Emphasis in original text removed. Bold text indicates commentary on rollback of Korean duty-free support policies.

**Exhibit 3.A**

**The Estée Lauder Companies Inc.**
**Commentary from Analysts on Daigou**

Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Commentary[2] | Mentions Daigou When Discussing Rollback of Korean Duty-Free Support Policies (Exhibit 3.C) | Mentions Daigou When Discussing Slower than Expected Resumption of Travel (Exhibit 3.D) | Mentions Daigou When Discussing "Tightening of Inventory by Retailers in Hainan" (Exhibit 3.E) | Mentions Daigou When Discussing "Conversion of Travelers to Consumers in Prestige Beauty" (Exhibit 3.F) |
|---|---|---|---|---|---|---|---|
| 5/3/23 | Evercore ISI | Lowered Guide. TR, Makeup Offset Better China | Estee's 3Q organic sales fell 8%, fractionally better than consensus of -9%, despite China's reopening leading to doubledigit growth in February and March. We see two issues, one temporary, the other possibly more structural: 1) **Shifts along the Asia travel corridor that we still view as temporary, as beauty companies redirect duty-free shopping to Hainan and away from Korea. Hainan is brand building, Korea is "daigou"** (p. 1)<br><br>F23 outlook lowered again to reflect shifts in Asia travel retail — **possibly actions to curtail "daigou" in Korea, a duty-free hub that Hainan is displacing.** (p. 1)<br><br>Travel retail net sales decreased double digits, despite increased travelers. **Lower conversion per passenger likely reflects "daigou"**, and shifts in the Asia corridor –Korea down, Hainan operators yet to restart reordering (p. 1) | ✓ | | | ✓ |
| 5/3/23 | J.P. Morgan | Hard to "Makeup" Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating | We argue that some of the EL sales were pulled forward into FY22 in hindsight, as TR players were positioning to a Chinese reopening but ended up facing many more lockdowns. Also, there is some accommodation of purchasing habits as a portion of the Chinese consumers (in particular the younger ones and those who live in cities where EL brands are mostly distributed online) learned to wait for double 11 and 618 deals, and **these consumers have also benefited from promotions Daigou sellers were offering more aggressively during lockdowns (from their access to wholesale purchases in Hainan and Korea), and therefore there has been some retail and pantry destocking in our view**. That said, we think underlying desirability of EL brands remain strong, evident in the market share gains after supply chain disruptions were resolved, according to management. (p. 1) | | | ✓ | |
| 5/3/23 | TD Cowen | Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability | Discussing Prospects for EPS to Go Lower, Before Going Higher: Investors may need to digest risk ahead, particularly promotions & inventory levels in Hainan, the progress with Korea travel retail, and Chinese consumer demand and conversion. Big question is now that the world has reopened whether the current guidance reflects a more realistic view of the recovery in Asia travel retail. Further, we worry if larger than desired inventories, nonbeauty luxury competitors, **structurally changed Daigou shopping trends**, and/or optimistic guidance could lead to even lower estimates despite a substantial -32% full year EPS cut. (p. 1) | | | ✓ | |
| 5/4/23 | Evercore ISI | Travel Retail De-Risked, Attractive Buying Opportunity | For some investors we've talked to, however, it's counterintuitive squaring declines in product shipments to duty-frees into a 5th quarter, when passenger traffic is resuming in Asia. Travel retail is volatile, a "black box", and the issue centers on shifts in destinations because Hainan ultimately competes with Korea for shoppers. **The grey market or "daigou" preexisted the pandemic — used to be Hong Kong, Macao — and is unlikely to go away completely. Arguably, daigou was tolerated at the thickest of the pandemic, with the West locked down, because it stabilized earnings and generated cash. However, it's flipped into a risk to pricing in mainland China, as Korea loses business to Hainan.** L'Oréal and Beiersdorf are also rearranging their businesses in Asia, but Estee's exposure is much larger (page 13) and the firm doesn't seem to have visibility over inventory levels and how long it will take to clear them. Given that Hainan's rise is backed by China and likely structural, Estee could consider buying back inventory from Korea operators, as it has done when U.S. department stores failed, and 1) protect the brands, 2) shorten the firm's financial pain, and 3) reveal to investors its earnings power, obscured by volatility. (p. 1)<br><br>Main risks: 1) Inability for Estee to turnaround its makeup business, pages 17 and 18, which creates significant operating deleverage because it requires marketing equipment in every retail location or "door", and is currently running at a loss 2) **Daigou from Hainan undermining the pricing architecture in Mainland China.** Travelers are allowed to purchase tax-free products 6 months prior to traveling to and 6 months after returning from Hainan. Note that these purchases are made online, and therefore, Hainan effectively competes with retailers in Mainland China, both online and brick-and-mortar. (p. 3)<br><br>Hainan is not just Estee's bet, it is where the market is going. **Concerns over daigou started in mid-2022, when passenger traffic had nearly halted because of Covid outbreaks and sales continued strong**; this implied that Hainan had inexplicably high conversion rates... Note that Estee just opened an office in Hainan, which should help to manage price arbitrages v. mainland China and protect its own direct-consumer business within BABA's Tmall. (p. 4) | | | | ✓ |

**Exhibit 3.A**

**The Estée Lauder Companies Inc.**
**Commentary from Analysts on Daigou**

Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Commentary[2] | Mentions Daigou When Discussing Rollback of Korean Duty-Free Support Policies (Exhibit 3.C) | Mentions Daigou When Discussing Slower than Expected Resumption of Travel (Exhibit 3.D) | Mentions Daigou When Discussing "Tightening of Inventory by Retailers in Hainan" (Exhibit 3.E) | Mentions Daigou When Discussing "Conversion of Travelers to Consumers in Prestige Beauty" (Exhibit 3.F) |
|---|---|---|---|---|---|---|---|
| 5/4/23 | Morgan Stanley | Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential | Asian Trifecta Drives a Large FY EPS Guidance Revision: EL's stock was down - 17.3% (vs a -0.7% S&P decrease) after a much larger than expected FY23 EPS guidance revision on Asian weakness that we had expected with a soft post COVID China recovery in calendar Q1, but was much worse in magnitude than expected. EL was impacted by a trifecta of limiting factors in Asia that drove a massive 32% FY23 EPS guide down (despite H1 already being reported and relatively in-line FQ3 results), implying sharply lower FQ4 guidance. This was due to: (1) softer than expected Hainan trends with weaker conversion of higher traffic in general into beauty sales, and retailer inventory cuts, (2) **weaker Korea sales, with duty-free retailers cutting inventory ahead of a transition to post COVID regulations and less Daigou purchases, as well as a slow travel consumer return**, and (3) a weaker prestige beauty recovery in Mainland China than expected in CY Q1, despite sequential improvement in February/March. (p. 1)<br><br>Call Details: EL cited three key headwinds for lower guidance: (1) In Hainan, expectations for a beauty recovery were too optimistic as conversion of a higher number of travelers to beauty lagged other categories, which also drove retailer inventory reductions. (2) **The second headwind was lower Korea travel retail sales as post-pandemic regulations return, limiting sales from duty-free to nontravel customers, with lower sales to Daigou's, and retailer/consumer inventory drawdowns**, and (3) a weaker than expected recovery in China in fiscal Q3, albeit with improvement to DD growth in mainland China in February/March vs a deep DD decline in January (fiscal Q3 overall was +LSD in mainland China). EL indicated that its market share improved sequentially in China during fiscal Q3, and returned to up YoY late in March. EL also did indicate traffic is improving in Hainan and retail sales were up YoY in Q3, just not all the way to expected levels. (p. 2) | ✓ | | ✓ | |
| 5/7/23 | Raymond James | EL Management Meeting Notes | Travel retail evolution. Chinese travelers remain of key importance to EL's travel retail business, especially with 70% of the Chinese beauty market in the high margin skincare category. **While we expect EL's core consumer to return, we have less visibility on the 'daigou' channel, and we expect that until the Asia corridor works through its inventory overhang in duty free and daigou, sell-in will remain under pressure. The bigger issue though is if daigou is now structurally changed as the price differential between travel retail and in-country narrows.** (p. 1)<br><br>Retailer inventory a key near-term risk. Our sense is that management has fairly accurate visibility into the amount of inventory in the brick & mortar Asia travel retail channel, but **the wild card in our view is the speed of consumption recovery and conversion and daigou**. The question will be how much inventory retailers choose to hold relative to the elevated levels needed during peak demand over the pandemic; we expect this inventory rightsizing to be a headwind through most if not all of the rest of CY23. (p. 2) | | | ✓ | ✓ |
| 5/8/23 | Telsey Advisory Group | Highlights from Meetings with EL Management | Limited visibility to Korea's travel retail recovery. Prior to the pandemic, South Korea had the world's largest duty-free market ($20.9B in 2019). Of the total market, it was estimated that approximately 70% of sales come from cosmetics and skincare. Additionally, **an article in The Korea Herald stated that over 80% of the Korean duty-free shops' revenue was dependent on China's tourists and resellers. However, once the pandemic hit and international travel evaporated (approximately 17.5MM international tourists visited Korea in 2019 vs. just 967K in 2020), the Korea Customs Service and related government agencies adjusted regulations to support duty-free sales and protect jobs. These efforts included allowing duty-free products to be sold domestically to locals, allowing products to be sold as third-party exports through resellers**, eliminating a $5,000 duty-free allowance for outbound Korean tourists, offering "flights to nowhere," and enabling cross-border online shipping. EL noted that Korea rolled back its duty-free support efforts suddenly in the fiscal third quarter with the expectation that international travelers would return to Korea and support the duty-free industry. However, Korea's tourism business is significantly exposed to China, especially through organized group tours, and its rebound has been slower than anticipated. Visibility into the timing of Korea's tourism recovery remains uncertain. (p. 1) | ✓ | | | |

Source: *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on May 3, 2023. Commentary were reviewed for the search terms "daigou," "diagou," "daiogu," "grey market," "gray market," "unstructured market activity." "resale", "resell", or "resold."
[2] Emphasis in original text removed. Bold text indicates commentary with search terms.

**Exhibit 3.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F3Q23 Results and F4Q23 Guidance
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | Bank of America | 3Q23 Quick Take: Outlook Cut - Asia Travel Retail; Slow to Rebound | EL provided 3Q23 results ahead of BofAe on net and organic sales, and operating income, with EPS hindered by higher tax… Outlook for the remainder of the year has been revised downward materially however, on slower Asia/Travel recovery (p. 1)<br><br>FY23 guidance now factors in a materially slower recovery in the Chinese and Travel Retail markets, with downward revisions to organic sales now expected to be down -7% to -5% from prior flat to +2% YoY growth, still inclusive of -1pt of FX transaction drag.... On a constant currency basis, EPS decline of -51% to -50% YoY is a 22-23pt decline from the previous guide, reflecting ongoing pressures to Travel Retail inventories due to a slower pace of recovery in Asia (most acutely in Korea and Hainan), with meaningful recovery now deferred to 1H24 from the prior expectation for a 4Q23 improvement. (p. 1)<br><br>Estee updated its full-year FY23 guide reflecting a more protracted global recovery hindered by the choppy resumption of global international travel and inventory rebalancing in Hainan. (p. 2)<br><br>Management's FY23 expectations are summarized as follows: 1) Organic sales growth was lowered to -7% to -5% YoY from Flat to +2% YoY (BofAe/Street: Flat/-1%), including a -1pt headwind from FX transaction (reit.)... 3) Adjusted EPS is now expected to be in the range of $3.29-$3.39 from prior $4.87-$5.02 (BofAe/Street: $4.90/$4.94), lower by $1.61 at the midpoint, and including -26c of FX translation and about -29c of FX transaction (prior -29c each). (p. 2) |
| 5/3/23 | Barclays | F3Q23 First Impressions | Estee Lauder just reported F3Q23 continuing EPS of $0.47, which compares to Consensus and Barclays Research $0.51. Below the line items including a higher tax rate reduced EPS by ~$0.10/sh. (p. 1)<br><br>FY23 guidance cut, again, given a slower than originally anticipated pace of recovery in Asia travel retail (p. 1)<br><br>Guidance... FY23... Adjusted EPS... Currency reduces sales by $0.26/sh (from $0.29/sh previously)... Guidance equates to (-51% to -50%) decline on a constant currency basis (vs.-29% to -27% EPS previously), or -47% to -46% on an "underlying basis" (vs. -25% to -23% previously) excluding ~4% headwind from transaction FX... Net Sales... "Underlying organic sales growth" – i.e., excluding FX transaction: -X% to +X% (from -1% to +1% previously)... FX translation reduces sales by –4% (unchanged)... FX transaction reduces sales by -1% (unchanged)... Termination of fragrance licenses reduces sales by -1% (unchanged)... Tax rate 27% (vs. 25.5% previously) (pp. 1–2) |
| 5/3/23 | Canaccord Genuity | It's Up in the Air; Travel Retail Still Weak with Blurred Timeline to Recovery | On 5/3 before the open, Estee Lauder reported 3Q23 results (Mar-end) that beat topline but missed bottomline due to higher tax expense. Management also lowered expectations again due to continued weakness in travel retail. (p. 1)<br><br>Looking ahead, management continues to expect a slower recovery in China and travel retail offsetting the gains they have seen across the rest of the world. This led to reduced expectations for FY23 (June-end) and into 1H24 as inventory levels remain elevated and sell-outs have been slow. With management indicating that it will take longer than expected to clear inventory, we remain cautious on EL's outlook in the near term. Despite the negative pressure around travel retail, management noted growth across the rest of the world, including in mainland China. For now, we remain on the sidelines until there is additional visibility on how EL clears through inventory and the recovery of travel retail. (p. 1)<br><br>Travel retail still slow to recover, but mainland China is recovering. Travel retail sales were down -45% in the quarter with elevated inventory continuing to impact sell-ins in Hainan, though sales at retail were only down single-digit. Additionally, the Chinese consumer has been slow to resume international travel, impacting sellins [sic] across the global travel retail channel. We believe that the Chinese consumer is facing limited options to travel abroad due to the higher cost to go overseas and visa challenges. (p. 1)<br><br>Could take another 2-3 quarters for inventory and travel to improve. Management provided FY23 guidance implying 4Q (June end) sales to be down around -7% to up +3%. Additionally, management noted they expect 1Q (Sep-end) sales to be down before recovering in 2Q. Due to the high levels of inventory in Hainan and in the travel retail channel, we also believe EL will see further degradation in gross margins as EL looks to clear through inventory to make room for newness. (p. 1) |

**Exhibit 3.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F3Q23 Results and F4Q23 Guidance
Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | Citi | F3Q'23 Miss; Large FY'23 Guidance Reduction | EL posted softer-than-expected FQ3 results (although at the high-end of EL's guidance) and significantly lowered FY'23 topline/EPS guidance on a slower assumed recovery in Asia Travel Retail, a higher tax rate, and the dilution from the Tom Ford acquisition. (p. 1)<br><br>FY'23 Guidance Lowered; Implied F4Q'23 Well Below Consensus — EL lowered its FY'23 guidance to reflect a slower than expected return to growth in Asia travel retail, a higher tax rate of 27%, and dilution from the Tom Ford acquisition (worth 3-4 cents). EL FY'23 guidance now calls for: (1) OSG of -7% to -5% (vs. prior -2% to flat, our - 0.8% est. & cons.' -0.6%), (2) net sales -12% to -10% (vs. prior -7% to -5%, our -6.3% est. & cons.' -6.1%) with a -5% FX headwind (-4% from translation & -1% from transaction) and -1% from license agreement terminations (unchanged), (3) adj. EPS of $3.29-3.39 (vs. prior $4.87-5.02, our $5.00 est. & cons.' $4.96) with FX headwind from translation -$0.26 (vs. prior -$0.29) and from transaction -4% (unchanged). (pp. 1–2)<br><br>EL F3Q'23 miss and lowered guidance came in well below expectations, which we expect will drive a large negative stock reaction. On the call, we will be listening for: (1) detail on the China recovery assumptions including consumption behavior and the promotional environment, (2) updates on Travel Retail trends with a slower assumed recovery including retailer inventories & replenishment orders, (3) additional commentary on geographical trends particularly in the U.S. where we have seen slowing consumer spending on luxury beauty products & in Europe where macros continue to pressure consumer spending, (4) updated assumptions underlying FY'23 guidance & early insight into the outlook for FY'24. (p. 2) |
| 5/3/23 | Credit Suisse | Read-X: Estee Lauder's (EL, Not Covered) Q323 Results | EMEA organic sales declined -24% in the quarter, well below VA consensus of -13%, primarily due to a double-digit sales decline in Global travel retail where while traffic into Hainan exceeded prior year levels, conversion in prestige beauty lagged (this led to a slower than anticipated depletion of elevated levels of retailer inventory and thus lower replenishment orders). In Korea, shipments were pressured owing to the transition to post-pandemic regulations as travelers gradually return. In Korea, as well as in Asia more broadly, the travel retail recovery was challenged by the slower than anticipated resumption of international flights, granting of visas, and organised group tours.... Growth was led by Hong Kong, Australia, Japan and mainland China (sales up in quarter, sales up double-digits in Feb and March), somewhat offset by a slower than anticipated recovery of Dr. Jart+ in travel retail in Korea. (p. 1)<br><br>[O]rganic sales in skincare declined -17%, below VA cons. -12%, driven by a slower than anticipated post-pandemic recovery in Asia travel retail (see above).... Organic sales in make-up were flat, above cons. of -1%, driven by growth in most markets offset by the slower than expected recovery in Asia travel retail (EL brand sales declined, offset by MAC, Clinique and Tom Ford).... FY23 organic sales growth is now expected to be down -5% to -7%, vs. flat to -2% previously and vs. cons. -1%. Adj. diluted EPS is now expected to decline -50% to -51% in constant currency (vs. previous guidance of -27% to -29%). The revised outlook reflects a slower than expected return to growth in Asia travel retail.... A negative FX translation impact of $0.26 of diluted earnings per share is expected (vs. $0.29 previously). Reported and adjusted diluted earnings per share in constant currency are expected to be negatively impacted by -4% from certain foreign currency transactions in key international travel retail locations (no change from previous guidance). Management expects organic sales to return to growth in the fourth quarter, reflecting continued momentum of postpandemic recovery growth in nearly all markets globally, partially offset by the ongoing impacts in Asia travel retail. (p. 1)<br><br>EL lowered its FY23 forecast for organic sales and EPS primarily due to deeper pressures in Asia travel retail: 1) retailer inventory tightening and lower than expected consumption trends in Hainan and 2) a slower than expected resumption of travel by Chinese consumers.... For FY23, operating margin is forecasted to see a -860bps contraction yoy to 11.1% (prev. guidance 15.2%), owing to disruptions from pandemic restrictions which impacted sales in Asia travel retail in mainland China, and resulted in increased obsolescence charges, discounts / promotional expenses, excess overhead absorption in EL's plants and less favourable brand and category mix. (pp. 1–2)<br><br>[P]assenger traffic has come back to Hainan (retail sales were positive in the quarter), the easing of pandemic restrictions gives management confidence that a sell-in recovery in Hainan will come (but inventory first needs to reduce), EL expects travelers to come back to Korea but this has not happened yet (the tours business is slow). Sales growth at consumer level in travel retail was down only single-digits in the quarter, management believes its underperformance vs. peers recently is due to the level of inventory at retail partners and the company's over exposure to travel retail, the travel retail channel will remain a very important channel for EL (brand exposure / building, access to consumers, luxury experience, very profitable), but management is aspiring for balanced and more agile growth. Management expects sales growth at consumer level in travel retail in Q4 to increase double-digits but for sell-in sales to decline double-digits.... Management expects Asia travel retail woes to continue in Q124 (and a little in Q224). (p. 2) |

**Exhibit 3.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F3Q23 Results and F4Q23 Guidance
Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | Deutsche Bank | Quick Take - EL's FY3Q23 Results | EL lowered FY23 guidance, which does not reflect the net sales and the slight dilution to EPS from the acquisition of Tom Ford (completed as of 4/28/2023). (p. 2)<br><br>FY23 EPS is expected to be $3.29-$3.39 (down from $4.87-$5.02 prior; DBe: $4.92/Street: $4.97, now reflecting a -$0.26 headwind from FX, vs - $0.29 previously)-12% to -10% net sales decline (-7%-5% prior) vs. DBe: -6.2%/Street: -6.1%, reflecting organic growth of -7% to -5% (-2% to flat previously); a -1% impact from the termination of the Company's license agreements for the Donna Karan New York, DKNY, Michael Kors, Tommy Hilfiger and Ermenegildo Zegna product lines effective June 30, 2022; and -4% from FX translation (unchanged), as well as -1% (unchanged) due to certain impacts of FX transactions in key international travel retail markets. (p. 2) |
| 5/3/23 | Evercore | Lowered Guide. TR, Makeup Offset Better China | Estee's 3Q organic sales fell 8%, fractionally better than consensus of -9%, despite China's reopening leading to double-digit growth in February and March. We see two issues, one temporary, the other possibly more structural: 1) Shifts along the Asia travel corridor that we still view as temporary, as beauty companies redirect duty-free shopping to Hainan and away from Korea. Hainan is brand building, Korea is "daigou"[;] 2) Market share losses in the U.S., where sales have improved to +6%, but still lag prestige beauty in the high teens. Estee has missed out on the makeup rebound and this business requires fixtures, driving operating deleverage. This could be a structural issue as Sephora, Ulta drive the category and Estee, despite the progress the firm has made, remains over-exposed to department stores[.] (p. 1)<br><br>F23 outlook lowered again to reflect shifts in Asia travel retail — possibly actions to curtail "daigou" in Korea, a duty-free hub that Hainan is displacing. (p. 1) |
| 5/3/23 | J.P. Morgan | In-Line Results, but Deep Cut in F4Q Guidance on Slow Travel Retail Recovery in Hainan and Korea | More importantly, the implied FQ4 outlook came in much worse than expected, with YOY total sales in the range of -7% to +3% (vs. JPMe/Street +25.7%/+22.7% before this announcement), organic sales of -2% to +8% (vs. JPMe/Consensus Metrix +29.3%/+25.9%), and adjusted EPS of -$0.09 to +$0.01 (compared to JPMe of $1.64 and Bloomberg consensus of $1.54 before this announcement). (p. 1)<br><br>Expected Stock Reaction: Negative. While FQ3 came in line with our estimates and at the top of the guidance range for the quarter, the reduction in FQ4 outlook was deeper than even the bearish investors we spoke to were likely anticipating. While volatility around the reopening trends in Asia and retailer inventory build-up seem to have been baked into investors' expectations in light of EL shares' relative underperformance, with shares down -9.0% vs. XLP up +5.3% over the last three months, we believe most investors were hoping these inventories would have been mostly worked out in F3Q. (p. 2) |
| 5/3/23 | J.P. Morgan | Hard to "Makeup" Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating | Looking ahead, management guided to FY23 operating margin of ~11.1% (or -860 bps YOY contraction) mainly driven by the pandemic related restrictions negatively impacting sales specifically in Asia TR, as both TR and heavily weighted Skin Care in the region carry higher margins, as well as increased obsolescence charges, discounts and promotional expenses. (p. 4) |
| 5/3/23 | Jefferies | Initial Take: Q3 in Line; FY23 Reduced Again on Prolonged Asia TR Recovery | Q3 sales in line, EPS miss. Revised FY23 EPS guide below cons., incl. slower than expected TR/China recovery. (p. 1)<br><br>FY23 EPS outlook was reduced, reflecting a slower-than-expected recovery in Asia travel retail, rebalancing of inventory in Hainan, and temporary pressure in Korea. FY guidance now calls for reported sales declines of -12% to -10% (-5% to -7% prior), which includes a -4ppt FX headwind and -1ppt from brand divestitures, resulting in LFL sales growth forecast of -7% to -5% vs. -2% to flat prior vs. models at -2.2% CC. FY Adj-EPS guide of $3.29-3.39 (from $4.87-$5.02) is below estimates at $4.96 & includes -$0.26 impact from FX. (p. 1) |
| 5/3/23 | Jefferies | Model Update: China & TR Recovery Weigh on Sentiment; Risk-Reward Favors Upside | As expected, EL reset FY expectations to reflect a delayed recovery in China and TR. Excess inventory remains but underlying demand trends and market share advances points to improvement. FY23 outlook reduced to -7% to -5% LFL sales and OM% -850bps Y/Y. China and TR recovery are the biggest swing factors in the model today, and key to growth & margin recovery. PT to $270. (p. 1)<br><br>FY23 EPS outlook was again reduced, reflecting a slower-than expected recovery in Asia travel retail. FY guidance now calls for reported sales declines of -12% to -10% (-5% to -7% prior), which includes a -4ppt FX headwind and -1ppt from brand divestitures, resulting in LFL sales growth forecast of -7% to -5% vs. -2% to flat prior vs. models at -2.2% CC. FY Adj-EPS guide of $3.29-3.39 (from $4.87-$5.02) is below estimates at $4.96 & includes -$0.26 impact from FX. (p. 1) |
| 5/3/23 | Morgan Stanley | Quick Comment: Much Lower FY Guidance and Implied Q4 with a Weaker Hainan/Korea/China Recovery | EL's stock is likely to react significantly negatively to a large FY EPS guide down of 32% (despite H1 already being reported), implying sharply lower FQ4 assumptions, with three key factors: (1) softer than expected Hainan trends with weaker conversion of higher traffic in general into beauty sales, (2) weaker Korea sales, with duty-free retailers cutting inventory pre a transition to post-COVID regulations and a slow travel return consumer return, and (3) a weaker prestige beauty recovery in Mainland China. While these were well known issues in terms of timing of recovery post COVID being slower than expected a few months ago, the magnitude of downside is clearly greater than expected. (p. 1) |

**Exhibit 3.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F3Q23 Results and F4Q23 Guidance
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | Morningstar Equity Research | Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive | Although Estee Lauder's (March-ended) fiscal 2023 third-quarter results were in line with guidance, the firm slashed its full-year outlook as travel retail, especially in China and South Korea, has been slow to recover. Specifically, the firm now anticipates a fiscal 2023 sales decline of 10%-12% and adjusted EPS of $3.29-$3.39, shy of our prereport estimates of negative 6% and $4.99, respectively. The new outlook implies a fourth-quarter sales decline of roughly 2% at the midpoint versus our forecast for 22% growth. Moreover, it appears that weakness in travel retail may persist through calendar 2023. Thus, we expect to reduce our $273 per share fair value estimate by a mid-single-digit percentage. Even so, we view Estee Lauder's shares, which plummeted about 15% on the report, as attractive. While the firm has had to lower guidance in recent quarters, we attribute most of its problems to external factors related to COVID-19 restrictions and currency issues and anticipate margin recovery will begin in fiscal 2024. (p. 1) |
| 5/3/23 | Piper Sandler | FQ3: Guidance Disappointing Again, but We're Looking Opportunistically | Despite largely in line results, management lowered guidance again, and is now calling for full year EPS that's ~$1.60 lower than previous expectations at the midpoint and nearly half of where initial FY'23 expectations were set in August. This is largely due to China purchasing not bouncing back as anticipated and inventory destocking at Travel Retail partners. Margins also came under pressure due to a number of factors, including weaker sales of higher-margin skincare and investments in advertising and innovation. (p. 1)<br><br>With ~1/3 of EL sales coming from China and ~1/4 from Travel, we had favored other names near term given the volatility seen in the region. While overall traffic in China and to Hainan is returning, it has not yet fully converted into purchasing, and it is EL's Fiscal 2024 where we now think we could start seeing recovery tailwinds come in. Today's results of 12% y/y sales decline vs. guidance of (14%)-(12%) but FY'23 guidance lowered to (12%)-(10%) vs. (7%)-(5%) previously are proof-points that there's still a significant amount of choppiness to be worked through before EL realizes the full benefits of a China recovery. (p. 1) |
| 5/3/23 | Raymond James | Quick Take: Travel Delayed, Pushing Out Recovery | FY23 guide down worse than anticipated on delay in travel retail recovery. EL reported a worse than expected F3Q and outlook for F4Q/FY, reflecting a slow to recover Asia travel retail channel, particularly in Hainan and Korea…. Operating margin of 8.4% was in-line with our expectation and operating profit was 3% ahead of RJe, but taxes were higher than expected due to geographic mix. As a result, EPS of $0.47 fell short of our $0.55 estimate and $0.51 consensus. (p. 1)<br><br>[O]verall travel retail has been slower to recover than expected, as has conversion of travelers into shoppers. This is leading to a lower than expected 4Q guide, as management is also addressing elevated retail inventories. Key questions from here are management's view of the shape of recovery in FY24 given the slow return of Asia, inventory at retail, and health of the consumer. Given the slower than expected recovery in the Asia travel retail business, EL lowered its FY23 outlook to now reflect organic sales down 7-5% vs. down 2% to flat prior and EPS of $3.29-$3.39 vs. $4.87-$5.02 prior, implying EPS flat to down in F4Q. (p. 1) |
| 5/3/23 | Raymond James | A Step Back Before Proceeding Forward | EL reported a F3Q that was close enough to our expectations but with a material cut to the FY outlook that we and the market had not anticipated. This was the third sequential guidedown this year, reflecting a slower recovery in Asia/travel retail and excess inventory in the market that retailers must work down before replenishment, which resulted in a 45% y/y decline in EL travel retail sales despite sell-through down only low single-digits. The difficult question from here is EL's visibility into the extent of the inventory glut, with travel retail accounting for 27% of the company's FY22 sales, significantly higher exposure vs peers, and an unclear strategy on how to address the disconnect, likely leading to continued volatility in near-term earnings. (p. 1)<br><br>F3Q recap. Organic sales declined 8% y/y vs. our -9.5% estimate and EPS was $0.47 vs RJe $0.55 and consensus $0.51. EL sales accelerated in the U.S. and Mainland China returned to y/y growth in F3Q as a soft January was more than offset by double-digit growth in February and March, but travel has been slower to return, as has conversion of travelers into shoppers. (p. 2)<br><br>FY23 outlook. With the slower than expected recovery in the Asia travel retail business, EL lowered its FY23 outlook to now reflect organic sales down 7-5% vs. down 2% to flat prior and EPS of $3.29-$3.39 vs. $4.87-$5.02 prior, implying EPS flat to down in F4Q. (p. 2) |

**Exhibit 3.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F3Q23 Results and F4Q23 Guidance
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 5/3/23 | RBC Capital Markets | Quick Take on Earnings | As China re-opens after more than 2.5 years of its zero-COVID policy, we believe Estee Lauder's revenue and EPS are poised to benefit (~30% of revenues pre-pandemic came from China). However, last quarter's results (that did not materially benefit from the re-opening) confirm that recovery will not be a straight line, but imply a robust rebound given that the underlying trends remain healthy and the category continues to premiumize. (p. 1)<br><br>Given that competitors recently posted strong prints and provided generally positive commentary on the outlook for China, EL's lowered outlook today is a bit of a surprise. While APAC did see positive organic growth and overall results were in largely in line this quarter (with management guidance), the slower than expected return to travel retail impacted the outlook for the balance of the fiscal year. However, we continue to believe that China's reopening will be a positive to EL, although it may now be delayed until the back half of calendar 2023. (p. 1)<br><br>The EMEA segment declined -24% in line with RBCe -25%, but below cons of -13%, driven by slower than expected recovery of Asia travel retail, partially offset by growth in all markets, led by the UK and Germany.... EL missed expectations on gross margins by 330bps (69.1% vs cons 72.4%), but beat on EBIT margin by 40 bps. However, a higher tax rate and interest expense than Street expectations drove adj. EPS miss of $0.47 vs. consensus estimates of $0.52 and RBCe $0.46. (p. 1)<br><br>EL adjusted down its FY'23 guidance this quarter, largely due to a slower than expected return to Asia travel retail. FY'23 guidance now includes net sales decline of -10–12% (previously -5–7%), organic sales decline of -5-7% (prev -2% to flat), FX drag of 4pts (vs. prior 4pts) to sales and a 26c drag on EPS (previously 29c), and adj. EPS decline of -50% to -51% on a CC basis (previously -27% to -29%), resulting in adj EPS of $3.29-3.39 (current cons. $4.94). Guidance implies greater than expected continued near term pressures in F4Q'23, considering that this quarter was in line with EL's expectations. (p. 1) |
| 5/3/23 | TD Cowen | Prior Guidance Too Optimistic as Asia Recovery Is Now Expected to Be Gradual | Unfortunately, EL lowers FY23 guide by -32% to $3.29-$3.39 EPS vs. prior guide (vs. Street's $4.96) as management now expects a more gradual recovery in Asia travel retail and 3Q EPS was lower on margins. Hainan and Korea travel retail continue to pose challenges as traffic and conversion remain weaker than anticipated. (p. 1)<br><br>Management lowered FY23 EPS guide by -32% due to a slower-than-expected recovery in Asia travel retail. Management now expects traffic and conversion to normalize gradually over 4Q23 and 1H24. (p. 1)<br><br>During the quarter, organic sales grew in nearly every market, except for softness in Asia travel retail in Hainan and Korea.... Asia travel retail: Asia travel retail remains pressured by the slower-than-expected recovery. Management noted while traffic in Hainan exceeded prior year levels, consumer demand in prestige beauty lagged. Korea also saw challenges due to the slower than anticipated resumption of international flights and travels.... Mainland China: Mainland China's organic sales grew in 3Q23 despite softness in January, which was pressured by low retail traffic and retail destocking from the rise of COVID, but trends improved in February and March with organic sales rising +DD%. However, prestige beauty growth was slower than expected. (p. 1) |
| 5/3/23 | TD Cowen | Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability | The biggest issues were Hainan and Korea (~20% of mix est.) as the recovery in travel retail is slower than previously expected. Traffic improved in Hainan, but conversion lagged as Chinese consumers opted for other luxury items. Management lowered FY23 EPS guide by -32% and assumes a gradual recovery throughout 4Q23 and 1H24. (p. 1)<br><br>Asia Travel Retail Problems Yield Lowered Guidance: Key concern remains the pace of Asia travel retail recovery, particularly in Hainan and Korea. Specific headwinds include 1) Elevated inventory levels in Hainan as Prestige Beauty conversion trends lagged historical levels, leading to lower inventory replenishment; 2) Weaker international travel than expected in China and Korea due to limited visas, leading to lower traffic in airports to other regions; 3) GM pressure from FX volatility, higher inflation, and promotional activity in Hainan. Management recognized EL's larger skew to travel retail vs. peers adds volatility to the business but believes it supports the company's longer-term strategy to drive longer-term customer acquisition and market share gains. (p. 1)<br><br>We believe management's guide reflects what is known today based on latest retail trends, and there seems to be more visibility given COVID restrictions have been lifted. However, we highlight that over the past four quarters, management revised down FY23 EPS guidance 3 times mainly due to the dynamic situation in China. We worry that trends could be volatile again before getting better given macro uncertainty and elevated inventory levels. Key factors to monitor now are conversion in Hainan, the progress with Korean travel retail, and the financial impact from Asia normalizing in FY24. (p. 1) |

**Exhibit 3.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F3Q23 Results and F4Q23 Guidance
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | Telsey Advisory Group | EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail | EL reported fiscal third quarter (ended March) adjusted EPS of $0.47 vs. $1.90 last year, coming in at the high-end of guidance of $0.37-$0.47, but below the consensus estimate of $0.51. The earnings result reflected slightly better sales and tighter expense control, offset by softer gross margin, with the shortfall primarily driven by a higher tax rate that negatively impacted EPS by an estimated $0.13 in the period.... By category, trends remained largely unchanged from 2QF23 with fragrance outperforming (up double-digits), offset by weakness in skin care and makeup as those categories continue to see the greatest exposure to the slower recovery in Asia travel retail (particularly in Hainan, where traffic was up, but conversion of prestige beauty lagged). Geographically, developed and emerging markets posted strong gains (US, China, and EMEA all up YoY), helping offset the Asia travel retail weakness.... Annual outlook moderated on slower-than-anticipated recovery in Asia travel retail business. EL now expects total FY23 reported revenue to decline 10%-12% (from down 5%-7% prior), as compared to the consensus of down 6.1% with organic sales now planned down 5%-7% (from down 2% to flat YoY prior)... The moderated annual outlook continues to reflect a return to organic topline growth in the fourth quarter, albeit at a slower pace than previously expected reflecting a slower recovery in Asia travel retail (rebalancing of inventory in Hainan and pressure in Korea) as traffic and conversion gradually builds through 1HF24. (p. 1)<br><br>EL's results, while at the high end of its guidance ranges for the fiscal third quarter despite macro headwinds, slower Asian travel retail recovery, and a higher-than-expected tax rate, were disappointing, especially in light of the moderated annual outlook.... However, the Asian travel retail channel lagged expectations on a slower than anticipated resumption of international flights, granting of visas, and organized group tours.... Outlook lowered on volatile recovery in travel retail. After optimism that H2 would see better performance relative to H1, primarily driven by anticipated improvements in China, management reduced its guide on a weaker than expected recovery in Asia travel retail, expected to now weigh on FQ4, though the quarter is still expected to see a return to organic growth. Management called out a lag in prestige beauty conversion from travelers in Hainan, even as traffic improved and exceeded YoY levels, resulting in lower replenishment orders from retailers. In Korea, shipments to duty-free retailers remained under pressure as the market transitions out of its COVID regulations. Korea also struggled with a slower than expected international flight recovery, granting of visas, and organized group tours. Finally, while mainland China continues to recover, prestige beauty growth was slower than expected. (pp. 1–2)<br><br>Skin care was down 20% YoY reported and 17% on an organic basis in the third quarter, vs. down 25% YoY last quarter (down 20% organic). This compares to 7% organic growth in the prior year period. The decline in the quarter primarily reflects slower than expected recovery of Asia travel retail, including less shipments to Hainan led by reduced conversion of travelers to shoppers. Management also called out the anticipated depletion of retailer inventory levels as well as lower shipments of Korean duty-free retailers, largely driven by the transition to post-COIVD regulations as travelers return.... Makeup (29.0% of 3QF23 sales) Makeup was down 2% YoY reported and was broadly flat YoY on an organic basis in the third quarter vs. down 9% YoY last quarter (down 3% organic). The category was up against 11% organic growth in 3QF22. Category performance in the third quarter largely reflects growth in most markets and the rise of occasion-based events, offset by challenges and a slower than anticipated recovery of Asia travel retail driven by disruptions brought on by COVID-19. (pp. 3–4) |
| 5/3/23 | UBS | EL Lowers FY23 Guidance Again as Travel Retail Slow to Recover | Despite the potential for outsized top and bottom line recovery as a result of China reopening, shares have been broadly under pressure over the last couple of months (-16% vs. the XLP since early February) as visibility around the timing/magnitude of recovery has been limited.… Against that backdrop, we think the quarter/outlook came in much weaker than expected as our conversations with investors suggested that most did not see the potential for 3Q results to fall short of estimates + cut to FY23 guidance due to a belief that the company embedded ample flexibility given the uncertainty ahead... and with FY23 guidance moving down significantly, the 4Q exit rate below prior expectations, and the company expecting this gradual pace of recovery to continue into FY24, it is likely that earnings expectations need to move lower (EPS would need to grow ~120% in FY24 vs. the mid-point of the implied range to hit current Street estimates). While this may prove to be a clearing event over time, at this point we think the magnitude of negative revision will put pressure on shares today (currently indicating -10% pre-market). (p. 1) |
| 5/3/23 | Wells Fargo | EL: F3Q23 First Take—Miss, Big Cut to FY23 Guide—Is This the Final Estimate Washout? | TR headwinds were too great though offsetting beats in APAC/Americas. EMEA. Global TR sales -DD on Hainan/Korea, offsetting growth elsewhere. APAC. Mainland China grew, up DD in Feb/Mar, tempered by Jan down. Americas. US +MSD. (p. 1)<br><br>FY23 guide lowered again. EL now expects net sales -12% to -10% (was -5% to -7%), with no changes to FX -4%, another -1% due to 'certain foreign currency transactions in key in'tl TR locations', and -1% from the termination of designer fragrance licenses. (p. 1)<br><br>The org sales guide of -7% to -5% implies a very wide range of down -4% to up +6% in FQ4, perhaps showing just how low visibility is in Travel Retail. Key questions are if this wide gap is reflective of Hainan (China TR) or Korea TR in our view. Net given visibility, we see potential for a big reset to FY24. (p. 1) |

**Exhibit 3.B**

# The Estée Lauder Companies Inc.
## Commentary from Analysts on F3Q23 Results and F4Q23 Guidance
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/4/23 | Bank of America | Travel Delays: Transition Out of Lockdowns Extends into FY24 | FY3Q23 earnings and guidance disappointed... The issues for EL are related to mainland China and Asia travel retail (ATR). Demand recovery is pacing slower than management expectations (especially ATR) which is exasperating an inventory overhang that has been present throughout FY23. The net result is a reduction to FY23 EPS guide ($0.00 is in the range for 4Q) and prospects for a return to "normalized" earnings being pushed out to FY25 at the earliest. (p. 1)<br><br>Management has underestimated the pace of China/ATR recovery all year. While traffic has picked up in Hainan the attachment rate for EL products (and prestige beauty) is below expectations. Korea travel retail is also re-opening slower than expected, largely due to delays for the permits/visas needed to resume group tours. This, combined with high inventory levels is impacting earnings. (p. 1)<br><br>Gross margins will also continue to be negatively impacted by the inventory issues in ATR through at least 1Q24. We note the obsolescence charge in 3Q as being a -225bps drag on gross margins and a hindrance on clearing the pipeline (p. 1) |
| 5/4/23 | Barclays | Framing Our Assumptions | As such the company's previous F4Q23 guidance (which the Street initially viewed as aggressive) tied to expectations set back in F2Q23. This is likewise true for F3Q23 / F1Q23 and we think it's fair to say that back in July, the notion that Hainan recovery would be so protracted and with autumn lock downs wasn't a commonly held view. It is this compounding effect of over estimating demand & the pace of recovery six months out that is resulting in this multi-quarter inventory drawdown. (p. 3)<br><br>Specifically, in F3Q23, Estee Lauder's gross margins declined -750 bps due in part to a -400 bps headwind from mix (inclusive of higher promotions offsetting pricing) and a -225 bps headwind from inventory obsolescence. (p. 3) |
| 5/4/23 | Berenberg | Requires a Bit More Patience; Hold | Regional performance included 6% growth in the Americas (consensus: 1.1%) and 7% in Asia-Pacific (consensus: -6.5%), while EMEA sales (including travel retail) declined by 24%, driven by a slower-than-expected recovery in the Asia travel retail business (which is reported within EMEA). Adjusted operating income of USD316m was 7% ahead of consensus forecasts, with operating margins coming in at 8.4% (consensus: 7.9%), and EPS of USD0.47 was 9% below consensus of USD0.52, driven by a higher tax rate on the back of a change in the geographic mix of earnings. (p. 1)<br><br>The Chinese consumer recovery is taking longer than expected: The implied Q4 2023 organic sales growth range from management's revised FY 2023 guidance is -2% to +8%, well below consensus expectations of 28% ahead of the Q3 release. During the results presentation, management highlighted that the recovery in Asia travel retail will be more gradual than initially expected. This will drive a significant drag on sales growth from destocking in Q4 2023 and H1 2024. (p. 1) |
| 5/4/23 | Citi | Travel Retail Drives Large Downside; Stay Buy-Rated but with Much Lower Visibility | EL delivered weaker-than-expected F3Q'23 results and cut FY'23 EPS guidance by a large ~32%, implying much weaker F4Q results. Weakness was concentrated in the travel retail channel, which was down -45% Y/Y in FQ3, while the rest of EL's business was up +10%. EL is now assuming a slower pace of inventory normalization in travel retail, which will result in weak shipments in F4Q'23 (and partially F1Q'24) until TR inventory levels normalize. With EL's assumptions on the recovery of the TR/China business being pushed out for the third straight quarter we acknowledge visibility on FY24 numbers is much lower. (p. 1)<br><br>EL's stock was down a large -17% post weaker than expected FQ3 results and a large ~32% FY'23 EPS guidance cut. EL attributed the weakness to weaker TR trends (~27% of EL sales in FY22) with high inventory levels negatively impacting sales into the channels, which will continue in F4Q'23 (and partially in F1Q'24). (p. 1) |
| 5/4/23 | Evercore ISI | Travel Retail De-Risked, Attractive Buying Opportunity | Guidance no longer assumes an "air pocket" but a slower build, given concerns over the increased number of Covid cases and shifts within Asia duty-frees:... Travel retail declined a significant 45%, driven by Asia duty-free operators drawing inventory, more than offsetting double-digit growth in travel retail in Europe and the Americas... If China's reopening doesn't spark a wave of international travel, Hainan becomes even more important... Our colleague Neo Wang sees the availability of flights as an issue. It is now only at 20% of 2019 capacity, which translates into very expensive tickets... Dufry, the world's largest duty-free operator, also envisions bottlenecks similar to what Heathrow experienced last summer... CEO Freda has made the point that only 20% of Chinese nationals hold a passport, which makes Hainan more attractive – Chinese Gen Z see Hainan as their 3rd most desirable destination after Paris and Tokyo... Traveling to Hong Kong is off strongly, where Estee business doubled this 3Q (p. 2) |

**Exhibit 3.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F3Q23 Results and F4Q23 Guidance
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/4/23 | Morgan Stanley | Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential | We are sharply lowering EL EPS after far below consensus FQ4 guidance mainly on travel retail weakness, with softer underlying demand exacerbated by large retailer inventory cuts, and a slower than expected post-COVID China recovery, but US/European strength point to post-COVID opportunity. (p. 1)<br><br>Asian Trifecta Drives a Large FY EPS Guidance Revision: EL's stock was down -17.3% (vs a -0.7% S&P decrease) after a much larger than expected FY23 EPS guidance revision on Asian weakness that we had expected with a soft post-COVID China recovery in calendar Q1, but was much worse in magnitude than expected. EL was impacted by a trifecta of limiting factors in Asia that drove a massive 32% FY23 EPS guide down (despite H1 already being reported and relatively in-line FQ3 results), implying sharply lower FQ4 guidance. This was due to: (1) softer than expected Hainan trends with weaker conversion of higher traffic in general into beauty sales, and retailer inventory cuts, (2) weaker Korea sales, with duty-free retailers cutting inventory ahead of a transition to post-COVID regulations and less Daigou purchases, as well as a slow travel consumer return, and (3) a weaker prestige beauty recovery in Mainland China than expected in CY Q1, despite sequential improvement in February/March. For perspective, China was 34% of FY23 EL sales mix, travel retail 27% of sales, and Korea 11% albeit (roughly 55-60% of mix combined ex double counting) and global FQ3 travel retail organic sales declined 45% YoY, masking strong organic sales growth of 10% in the rest of EL's business. EL did note retail sales in travel retail were only down LSD YoY, so most of the TR weakness was a retailer inventory drawdown. EL also sounded relatively optimistic on the call on retail sales and EL market share, although we discount that given recent volatility/lack of visibility.... While the above three issues were well known issues in terms of timing of recovery post COVID being slower than expected vs expectations a few months ago, the magnitude of downside was far greater than expected. (pp. 1–2)<br><br>Relatively In-Line Q3, but Q4 Guide Down the Focus: For FQ3, EL missed consensus revenue by 1% and gross profit by 8% on a large 500 bp GM miss, but beat operating profit by 7% on much lower SG&A, offset by higher taxes, leading to adjusted EPS of $0.47, below the $0.53 consensus. (p. 2)<br><br>FY23 Guidance Was Lowered Significantly Implying a Much Worse Q4:... FX FY guidance of -4% from currency translation and -1% from transaction. (Unchanged)... An effective tax rate of approximately 27% vs 25.5% previously, with the increase due to expected geographic mix.... $0.03-0.04 dilution from the Tom Ford acquisition. (Unchanged) (p. 3) |
| 5/4/23 | Morningstar Equity Research | Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive | Although Estee Lauder's (March-ended) fiscal 2023 third-quarter results were in line with guidance, the firm slashed its full-year outlook as travel retail, especially in China and South Korea, has been slow to recover. Specifically, the firm now anticipates a fiscal 2023 sales decline of 10%-12% and adjusted EPS of $3.29-$3.39, shy of our prereport estimates of negative 6% and $4.99, respectively. The new outlook implies a fourth-quarter sales decline of roughly 2% at the midpoint versus our forecast for 22% growth. Moreover, it appears that weakness in travel retail may persist through calendar 2023. (p. 1)<br><br>While the firm has had to lower guidance in recent quarters, we attribute most of its problems to external factors related to COVID-19 restrictions and currency issues and anticipate margin recovery will begin in fiscal 2024. (p. 1) |
| 5/4/23 | RBC Capital Markets | EPS Aftermath - Fight or Flight? Sticking with Our Outperform Rating | Travel retail was the thorn that dug into EL this quarter as recovery wasn't as quick as EL and travel retailers themselves had expected. This led to elevated inventories and lower replenishment orders impacting the FY outlook. (p. 1)<br><br>Negatives: 1) Asia travel retail - Global travel retail organic sales were down -45% in the quarter due to: 1) elevated inventory in Hainan given retailers had increased stock based on expectations for a quicker recovery and 2) the transition in Korea to post-pandemic regulations. The slower recovery and elevated channel inventories of Asia travel retail led to decreased replenishment orders, but efforts from travel retailers to tighten inventories further compounded the impact. Management expects these destocking efforts to last through F1Q'24 with some lingering impact into F2Q'24 (replenishment orders should return at this point). (p. 1)<br><br>Given the slower than expected return of travel retail, EL notably lowered its FY outlook once again. The company is now guiding to net sales decline of -10–12% (previously -5– 7%), organic sales decline of -5-7% (previously -2% to flat), operating margin of ~11.1% (from 15.1%), FX drag of 4pts to sales (previously 4pts) and a 26c drag on EPS (previously 29c), effective tax rate of 27% (from 25.5%), and adj. EPS decline of -50% to -51% on a CC basis (previously -27% to -29%), resulting in adj EPS of $3.29-3.39 (previously $4.87-$5.02). Management expects shipments to lag consumption in Asia travel retail through F1Q'24 with some lingering effect in F2Q'24 due to inventory destocking and tightening of travel retailers in Hainan. (p. 2) |

**Exhibit 3.B**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on F3Q23 Results and F4Q23 Guidance
Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/4/23 | Telsey Advisory Group | EL Follow-Up: Despite Gains in Key Markets, Asia Travel Retail Weighed in 3QF23; FY23 Outlook Moderated | EL's results, while at the high end of its guidance ranges for the fiscal third quarter despite macro headwinds, slower Asian travel retail recovery, and a higher-than-expected tax rate, were disappointing, especially in light of the moderated annual outlook. Expectations were likely more biased to the upside on a China recovery, and the business did see double-digit growth on Mainland China in February and March. However, the Asian travel retail channel lagged expectations on a slower than anticipated resumption of international flights, granting of visas, organized group tours, and conversion in the category. (p. 1)<br><br>EL continues to expect currency to significantly impact reported sales and diluted EPS growth for FY23. Notably, the revised EPS outlook for the full year of $3.29-$3.39 (down from $4.87-$5.02 prior) encompasses roughly $0.26 ($0.29 prior) of dilution from foreign exchange. The company further noted that FX is still expected to be dilutive to reported sales by 400 bps (unchanged) with an additional 100-bp (unchanged) impact from transactions in key travel retail locations for the full year. (p. 2)<br><br>For the upcoming fiscal fourth quarter, the softer than expected guide reflects volatility around the travel retail recovery in Asia. Previously, we were optimistic that H2 would see better performance relative to H1, primarily driven by anticipated improvements in China. However, weaker than expected recovery in Asia travel retail is expected to now weigh in FQ4, though the quarter is still expected to see a return to organic growth, reflecting double-digit sales growth in Asia/Pacific (including Mainland China) and EMEA (excluding Asia travel retail)... In addition, FX translation is expected to continue putting downward pressure on margins for the balance of the year. (p. 2) |
| 5/4/23 | UBS | Visibility On '24 EPS Power Limited; Stay Neutral | EL now expects FY23 EPS in the range of $3.29-$3.39 (vs. $4.87-$5.02 prev.), driven by lower organic revenue growth (-7% to -5% vs. -2% to flat prev.) and a higher tax rate. Meanwhile, 4Q guidance came in >$1.50 below Street estimates. Updated guidance reflects (1) a more elongated China TR recovery which will gradually build from 4Q23-1H24, (2) EL shipments lagging retail sales in the region through 2Q23 given inventory dynamics in the channel, and (3) prolonged pressures facing the Korean TR business. As it pertains to 4Q, guidance now implies ~550bps of OPM contraction, which we expect to be predominantly driven by negative mix and inventory obsolescence. (p. 1) |
| 5/7/23 | Jefferies | Estee Lauder Financial Results Implications | The recovery of travel retail in Hainan Island and Korea was slower than expected, pushing down overall performance. Non-travel retail business was solid. Due to the delayed recovery of travel retail in Asia, the full-year sales forecast was revised downward from -10% to 12% (previously unchanged from -2%). (p. 1)<br><br>Travel Retail in Asia: -45% sales, decline single digit sellout. Chinese traffic recovery in Hainan Island and South Korea was weak (weak resumption of international travel, limited VISA issuance, and delayed resumption of group travel). In addition, retailers on Hainan Island adjusted inventories. (p. 1)<br><br>Hainan Island: Sales were very strong at the beginning of this fiscal year, but entered a lockdown and sales were weak. 3Q saw a recovery in travel customers, and OTC sales were positive. However, travelers are recovering slower than expected and retailers are reducing inventory in stores. (p. 1) |
| 5/7/23 | Raymond James | EL Management Meeting Notes | Earlier today, we hosted a small investor group with EL President & CEO Fabrizio Freda, SVP General Manager of EMEA Nadine Graf, and the IR team. Following a worse than expected F3Q print and outlook, the Street is (rightfully) questioning the time it will take EL to address nearterm inventory issues, and ultimately whether the prestige beauty market for China and travel retail have structurally changed. (p. 1) |
| 5/8/23 | DA Davidson | Asia Travel Retail Recovery Pushed Out; Reducing Estimates | BUY-rated EL reported a F3Q23 sales beat but EPS miss vs. consensus and significantly lowered F4Q guidance, due to Asian travel retail inventory reductions that are now expected to continue through F1Q24; the stock closed -17%. (p. 1)<br><br>Travel retail (TR) is starting to come back in Hainan, but channel inventories are still too high. EL lowered FY23 again for the same reasons it lowered guidance last quarter: (1) Hainan TR inventory is still too high, and now EL mentioned that conversion rates have also gone down, meaning travelers have gravitated to other product categories; and (2) transition to post pandemic regulations in Korea are still impacting TR there, compounded by limited travel visas being issued for Chinese to travel to Korea... EL has outsized exposure to TR relative to its beauty peers, and TR is a very high margin channel for EL, hence its earnings have been much more impacted by the channel inventory reductions (p. 1) |

**Exhibit 3.B**

**The Estée Lauder Companies Inc.**
**Commentary from Analysts on F3Q23 Results and F4Q23 Guidance**
Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/8/23 | Telsey Advisory Group | Highlights from Meetings with EL Management | FY23 outlook moderated on continued Asia travel retail pressure that is expected to persist into the first half of FY24. Last week with its 3QF23 earnings report, EL moderated its annual outlook on expectations for continued pressure in the Asia travel retail business that is experiencing a slower-than-anticipated recovery, reflecting the previously detailed headwinds in Korea, compounded by the aforementioned retailer inventory tightening in Hainan. With these pressures expected to persist into the first half of fiscal 2024, along with the ongoing impact from inflationary pressures, macro volatility, and elevated promotional activity in certain markets to help clear excess inventory, EL sees continued softness into early fiscal 2024. As such, expectations are for sales to decline YoY in the fiscal first quarter with a pickup anticipated in 2Q24 as new products are shipped in 1H24 and retail sales improve in Hainan (currently seeing this trend) and Korea (not currently seeing this trend but expected in the coming quarters). (p. 3)<br><br>Despite coming in at the high end of its sales and earnings guidance for the period, last week's fiscal third quarter release was disappointing as the annual outlook was moderated significantly in the face of a slower Asian travel retail recovery. Expectations were likely more biased to the upside on a China recovery prior to the earnings release, and the business did see double-digit growth on Mainland China in February and March. However, the Asian travel retail channel lagged expectations on a slower than anticipated resumption of international flights, granting of visas, organized group tours, and conversion in the category. (p. 3) |

Source:  *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on May 3, 2023.
[2] Emphasis in original text removed.

**Exhibit 3.C**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Rollback of Korean Duty-Free Support Policies
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | Credit Suisse | Read-X: Estee Lauder's (EL, Not Covered) Q323 Results | **In Korea, shipments were pressured owing to the transition to post-pandemic regulations** as travelers gradually return. In Korea, as well as in Asia more broadly, the travel retail recovery was challenged by the slower than anticipated resumption of international flights, granting of visas, and organised group tours. (p. 1) |
| 5/3/23 | Evercore | Lowered Guide. TR, Makeup Offset Better China | Shifts along the Asia travel corridor that we still view as temporary, **as beauty companies redirect duty-free shopping to Hainan and away from Korea.** Hainan is brand building, Korea is "daigou"… F23 outlook lowered again to reflect shifts in Asia travel retail – **possibly actions to curtail "daigou" in Korea, a duty-free hub that Hainan is displacing.** (p. 1) |
| 5/3/23 | J.P. Morgan | In-Line Results, but Deep Cut in F4Q Guidance on Slow Travel Retail Recovery in Hainan and Korea | EL's most important and higher margin division (Skin Care) was down -17%, primarily led by the slow recovery of Asia travel retail also impacting lower shipments to retailers in Hainan given elevated levels of retailer inventory and also **Korean duty free seeing higher retailer inventory as a result of post-COVID regulations** announced earlier. (p. 1) |
| 5/3/23 | J.P. Morgan | Hard to "Makeup" Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating | EL's most important and higher margin division (Skin Care) was down -17%, primarily led by the slow recovery of Asia travel retail also impacting lower shipments to retailers in Hainan given elevated levels of retailer inventory and also **Korean duty free seeing higher retailer inventory as a result of post-COVID regulations announced earlier.** (p. 5)<br><br>For clarity, slower than anticipated recovery in Asia Travel Retail continues to hurt financial performance due to: i- low depletion rates of already elevated inventory levels held by retailers in Hainan and the subsequent anemic replenishment orders as a direct result of low consumption despite YOY increased travel to the island, and ii- **pressured shipments to duty free retailers in Korea given the roll-back of COVID-related supportive measures.** (p. 3) |
| 5/3/23 | Jefferies | Initial Take: Q3 in Line; FY23 Reduced Again on Prolonged Asia TR Recovery | FY23 EPS outlook was reduced, reflecting a slower-than-expected recovery in Asia travel retail, rebalancing of inventory in Hainan, and **temporary pressure in Korea.** (p. 1) |
| 5/3/23 | Morgan Stanley | Quick Comment: Much Lower FY Guidance and Implied Q4 with a Weaker Hainan/Korea/China Recovery | EL's stock is likely to react significantly negatively to a large FY EPS guide down of 32% (despite H1 already being reported), implying sharply lower FQ4 assumptions, with three key factors: (1) softer than expected Hainan trends with weaker conversion of higher traffic in general into beauty sales, **(2) weaker Korea sales, with duty-free retailers cutting inventory pre a transition to post-COVID regulations** and a slow travel return consumer return, and (3) a weaker prestige beauty recovery in Mainland China. While these were well known issues in terms of timing of recovery post COVID being slower than expected a few months ago, the magnitude of downside is clearly greater than expected. (p. 1) |
| 5/3/23 | TD Cowen | Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability | Investors may need to digest risk ahead, particularly promotions & inventory levels in Hainan, **the progress with Korea travel retail**, and Chinese consumer demand and conversion. (p. 1)<br><br>Key factors to monitor now are conversion in Hainan, **the progress with Korean travel retail**, and the financial impact from Asia normalizing in FY24. (p. 1) |
| 5/3/23 | Telsey Advisory Group | EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail | In Korea, shipments to duty-free retailers remained under pressure as **the market transitions out of its COVID regulations.** (p. 2)<br><br>Management also called out the anticipated depletion of retailer inventory levels as well as lower shipments of Korean duty-free retailers, largely driven by **the transition to post-COVID regulations as travelers return.** (pp. 3–4) |
| 5/4/23 | Barclays | Framing Our Assumptions | At a higher level, we also attempted to triangulate what Asia Travel Retail dollar sales should look like using CY19 as a starting point - i.e., the last year prior to the pandemic. We assume Asia Travel Retail at the time was a $1.7 bn business, ~50% of total Travel Retail sales which were ~22% of total company sales at the time. If we assume a ~12% 5-year revenue CAGR, this would in theory smooth out any impacts from COVID-19, **regulatory changes in Korea** and retail square footage growth in Hainan. With this math, we arrive at ~$3 bn in Asia Travel Retail sales in CY24 which we believe will be the first full year during which sell in & sell out are in line. (p. 3) |
| 5/4/23 | Morgan Stanley | Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential | EL was impacted by a trifecta of limiting factors in Asia that drove a massive 32% FY23 EPS guide down (despite H1 already being reported and relatively in-line FQ3 results), implying sharply lower FQ4 guidance. This was due to:... (2) **weaker Korea sales, with duty-free retailers cutting inventory ahead of a transition to post-COVID regulations and less Daigou purchases, as well as a slow travel consumer return**... (p. 1)<br><br>EL cited three key headwinds for lower guidance:... (2) The second headwind was **lower Korea travel retail sales as post-pandemic regulations return, limiting sales from duty-free to nontravel customers, with lower sales to Daigou's, and retailer/consumer inventory drawdowns**... (p. 2) |

**Exhibit 3.C**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Rollback of Korean Duty-Free Support Policies
Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/4/23 | RBC Capital Markets | EPS Aftermath - Fight or Flight? Sticking with Our Outperform Rating | Negatives: 1) Asia travel retail - Global travel retail organic sales were down -45% in the quarter due to: 1) elevated inventory in Hainan given retailers had increased stock based on expectations for a quicker recovery and 2) **the transition in Korea to post-pandemic regulations**. The slower recovery and elevated channel inventories of Asia travel retail led to decreased replenishment orders, but efforts from travel retailers to tighten inventories further compounded the impact. Management expects these destocking efforts to last through F1Q'24 with some lingering impact into F2Q'24 (replenishment orders should return at this point). (p. 1) |
| 5/4/23 | Telsey Advisory Group | EL Follow-Up: Despite Gains in Key Markets, Asia Travel Retail Weighed in 3QF23; FY23 Outlook Moderated | In FQ3, Asia travel retail was impacted by elevated inventory in Hainan as a sales recovery lagged expectations, leading to lower replenishment orders than anticipated. Moreover, **the transition to post-pandemic regulations in Korea as traveling consumers return pressured shipments to duty-free retailers.** (p. 1) |
| 5/4/23 | Wells Fargo | EL: Broken or Not? | Global TR was -45% FQ3 vs retail sales down single digits. **Org sales were hit by Korea (reg changes, flagged)** but the surprising miss was China TR, where consumption took longer to pick up. (p. 1) |
| 5/7/23 | Jefferies | Estee Lauder Financial Results Implications | **In South Korea, post-pandemic restrictions weighed on sales.** Sellout in Hainan Island is recovering, but not in Korea so far; sellout is expected to be positive in 4Q and next fiscal year. (p. 1) |
| 5/8/23 | DA Davidson | Asia Travel Retail Recovery Pushed Out; Reducing Estimates | EL lowered FY23 again for the same reasons it lowered guidance last quarter… **transition to post pandemic regulations in Korea are still impacting TR there**, compounded by limited travel visas being issued for Chinese to travel to Korea… (p. 1) |
| 5/8/23 | Telsey Advisory Group | Highlights from Meetings with EL Management | Limited visibility to Korea's travel retail recovery. Prior to the pandemic, South Korea had the world's largest duty-free market ($20.9B in 2019)... However, **once the pandemic hit and international travel evaporated (approximately 17.5MM international tourists visited Korea in 2019 vs. just 967K in 2020), the Korea Customs Service and related government agencies adjusted regulations to support duty-free sales and protect jobs.** These efforts included allowing duty-free products to be sold domestically to locals, allowing products to be sold as third-party exports through resellers, eliminating a $5,000 duty-free allowance for outbound Korean tourists, offering "flights to nowhere," and enabling cross-border online shipping. EL noted that **Korea rolled back its duty-free support efforts suddenly in the fiscal third quarter with the expectation that international travelers would return to Korea and support the duty-free industry.** However, Korea's tourism business is significantly exposed to China, especially through organized group tours, and its rebound has been slower than anticipated. Visibility into the timing of Korea's tourism recovery remains uncertain. (p. 1)<br><br>Last week with its 3QF23 earnings report, EL moderated its annual outlook on expectations for continued pressure in the Asia travel retail business that is experiencing a slower-than-anticipated recovery, **reflecting the previously detailed headwinds in Korea,** compounded by the aforementioned retailer inventory tightening in Hainan. (p. 3) |

Source:  *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on May 3, 2023.
[2] Emphasis in original text removed.  Bold text indicates commentary on rollback of Korean duty-free support policies.

**Exhibit 3.D**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Slower than Expected Resumption of Travel
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | Bank of America | 3Q23 Quick Take: Outlook Cut - Asia Travel Retail; Slow to Rebound | Estee updated its full-year FY23 guide reflecting **a more protracted global recovery hindered by the choppy resumption of global international travel** and inventory rebalancing in Hainan. (p. 2) |
| 5/3/23 | Canaccord Genuity | It's Up in the Air; Travel Retail Still Weak with Blurred Timeline to Recovery | **Travel retail still slow to recover**, but mainland China is recovering. Travel retail sales were down -45% in the quarter with elevated inventory continuing to impact sell-ins in Hainan, though sales at retail were only down single-digit. **Additionally, the Chinese consumer has been slow to resume international travel, impacting sellins [sic] across the global travel retail channel. We believe that the Chinese consumer is facing limited options to travel abroad due to the higher cost to go overseas and visa challenges.** (p. 1)<br><br>**Could take another 2-3 quarters for** inventory and **travel to improve**. (p. 1) |
| 5/3/23 | Credit Suisse | Read-X: Estee Lauder's (EL, Not Covered) Q323 Results | In Korea, as well as in Asia more broadly, **the travel retail recovery was challenged by the slower than anticipated resumption of international flights, granting of visas, and organised group tours**.... Growth was led by Hong Kong, Australia, Japan and mainland China (sales up in quarter, sales up double-digits in Feb and March), somewhat offset by **a slower than anticipated recovery of Dr. Jart+ in travel retail in Korea**. (p. 1)<br><br>[O]rganic sales in skincare declined -17%, below VA cons. -12%, driven by **a slower than anticipated post-pandemic recovery in Asia travel retail** (see above).... Organic sales in make-up were flat, above cons. of -1%, driven by growth in most markets offset by **the slower than expected recovery in Asia travel retail** (EL brand sales declined, offset by MAC, Clinique and Tom Ford). (p. 1)<br><br>The revised outlook reflects **a slower than expected return to growth in Asia travel retail**. (p. 1)<br><br>EL lowered its FY23 forecast for organic sales and EPS primarily due to deeper pressures in Asia travel retail: 1) retailer inventory tightening and lower than expected consumption trends in Hainan and 2) **a slower than expected resumption of travel by Chinese consumers**.... For FY23, operating margin is forecasted to see a -860bps contraction yoy to 11.1% (prev. guidance 15.2%), owing to **disruptions from pandemic restrictions which impacted sales in Asia travel retail in mainland China**... (p. 1)<br><br>[P]assenger traffic has come back to Hainan (retail sales were positive in the quarter), the easing of pandemic restrictions gives management confidence that a sell-in recovery in Hainan will come (but inventory first needs to reduce), **EL expects travelers to come back to Korea but this has not happened yet (the tours business is slow)**. (p. 2) |
| 5/3/23 | J.P. Morgan | In-Line Results, but Deep Cut in F4Q Guidance on Slow Travel Retail Recovery in Hainan and Korea | While January 2023 was pressured by low retail traffic and **retailer destocking from the rise in COVID cases that began in November 2022 and continued into January 2023**, organic net sales returned to growth, rising double digits in February and March 2023. However, prestige beauty growth was slower than expected for the fiscal 2023 third quarter." We expect the key topics on the call to be: (1) exit rate in mainland China for both bricks and clicks, (2) conversion of traffic in Travel Retail in Hainan and South Korea, (3) recent pricing actions and any signs of trade-down given commentary regarding a weaker Prestige Beauty market, and (4) most recent consumption trends in U.S. (p. 2) |
| 5/3/23 | J.P. Morgan | Hard to "Makeup" Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating | We argue that some of the EL sales were pulled forward into FY22 in hindsight, as **TR players were positioning to a Chinese reopening but ended up facing many more lockdowns.** (p. 1)<br><br>Management added color that although travel retail to Hainan exceeded prior period in FQ3, the rate of conversion for travelers to consumers lagged while Korea travel (and Asia travel more generally) was **unfavorably impacted by slower resumption of international flights, visa permissioning, and less organized group tours**. (pp. 3–4) |
| 5/3/23 | Jefferies | Model Update: China & TR Recovery Weigh on Sentiment; Risk-Reward Favors Upside | **Travel Retail Exposure Creating Volatility: Visibility in the Asia travel retail business has proven to be more challenged than expected. The cadence of recovery has been pushed out once again driven by slower than expected resumption of travel**. We are frustrated with the change in outlook, but remain optimistic. Co expects TR retail sales +DD% in Q4, but net sales -DD%. This inventory catchup is now expected to progress into Q1 and possibly Q2. The TR channel challenge impact is outsized for EL given their ~25% pre-covid exposure vs. peers (OR FP ~10%). Mgmt also called out their long supply chain which forced orders from TR retailers to be placed several months in advance. Co is working to shorten timeline via localized distro and R&D facilities. (p. 1) |

**Exhibit 3.D**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Slower than Expected Resumption of Travel
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | Morgan Stanley | Quick Comment: Much Lower FY Guidance and Implied Q4 with a Weaker Hainan/Korea/China Recovery | EL's stock is likely to react significantly negatively to a large FY EPS guide down of 32% (despite H1 already being reported), implying sharply lower FQ4 assumptions, with three key factors: (1) softer than expected Hainan trends with weaker conversion of higher traffic in general into beauty sales, (2) weaker Korea sales, with duty-free retailers cutting inventory pre a transition to post-COVID regulations and a **slow travel return consumer return**, and (3) a weaker prestige beauty recovery in Mainland China. **While these were well known issues in terms of timing of recovery post COVID being slower than expected a few months ago, the magnitude of downside is clearly greater than expected**. (p. 1) |
| 5/3/23 | Morningstar Equity Research | Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive | Even so, we view Estee Lauder's shares, which plummeted about 15% on the report, as attractive. While the firm has had to lower guidance in recent quarters, we attribute most of its problems to **external factors related to COVID-19 restrictions** and currency issues and anticipate margin recovery will begin in fiscal 2024. (p. 1) |
| 5/3/23 | RBC Capital Markets | Quick Take on Earnings | As China re-opens after more than 2.5 years of its zero-COVID policy, we believe Estee Lauder's revenue and EPS are poised to benefit (~30% of revenues pre-pandemic came from China). However, **last quarter's results (that did not materially benefit from the re-opening) confirm that recovery will not be a straight line**, but imply a robust rebound given that the underlying trends remain healthy and the category continues to premiumize. (p. 1)

While APAC did see positive organic growth and overall results were in largely in line this quarter (with management guidance), **the slower than expected return to travel retail impacted the outlook for the balance of the fiscal year**. However, we continue to believe that China's reopening will be a positive to EL, **although it may now be delayed until the back half of calendar 2023**. (p. 1)

The EMEA segment declined -24% in line with RBCe -25%, but below cons of -13%, driven by **slower than expected recovery of Asia travel retail**, partially offset by growth in all markets, led by the UK and Germany. (p. 1)

EL adjusted down its FY'23 guidance this quarter, largely due to a **slower than expected return to Asia travel retail**.... Guidance implies **greater than expected continued near term pressures in F4Q'23**, considering that this quarter was in line with EL's expectations. (p. 1) |
| 5/3/23 | TD Cowen | Prior Guidance Too Optimistic as Asia Recovery Is Now Expected to Be Gradual | Unfortunately, EL lowers FY23 guide by -32% to $3.29-$3.39 EPS vs. prior guide (vs. Street's $4.96) as management now expects **a more gradual recovery in Asia travel retail** and 3Q EPS was lower on margins. **Hainan and Korea travel retail continue to pose challenges as traffic** and conversion **remain weaker than anticipated**. (p. 1)

What Happened? (1) conversion in Hainan fell below expectations resulting in lower inventory replenishment, **(2) international flights, visas, and tours in Korea remain challenged**, (3) prestige sales in China were weaker than expected in 3Q23. (p. 1)

Management lowered FY23 EPS guide by -32% due to **a slower-than-expected recovery in Asia travel retail**. **Management now expects traffic** and conversion **to normalize gradually over 4Q23 and 1H24**. (p. 1)

During the quarter, organic sales grew in nearly every market, except for **softness in Asia travel retail in Hainan and Korea**.... **Asia travel retail remains pressured by the slower-than-expected recovery**. Management noted while traffic in Hainan exceeded prior year levels, consumer demand in prestige beauty lagged. **Korea also saw challenges due to the slower than anticipated resumption of international flights and travels**.... Mainland China's organic sales grew in 3Q23 despite **softness in January, which was pressured by low retail traffic and retail destocking from the rise of COVID**, but trends improved in February and March with organic sales rising +DD%. However, prestige beauty growth was slower than expected. (p. 1) |

**Exhibit 3.D**

## The Estée Lauder Companies Inc.
### Commentary from Analysts on Slower than Expected Resumption of Travel
Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | TD Cowen | Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability | **Big question is now that the world has reopened whether the current guidance reflects a more realistic view of the recovery in Asia travel retail**. (p. 1)<br><br>Asia Travel Retail Problems Yield Lowered Guidance: Key concern remains **the pace of Asia travel retail recovery, particularly in Hainan and Korea**. Specific headwinds include 1) Elevated inventory levels in Hainan as Prestige Beauty conversion trends lagged historical levels, leading to lower inventory replenishment; 2) **Weaker international travel than expected in China and Korea due to limited visas, leading to lower traffic in airports to other regions**... (p. 1)<br><br>During the quarter, organic sales grew in nearly every market, except for **softness in Asia travel retail in Hainan and Korea**.... Asia travel retail remains pressured by the **slower-than-expected recovery**.... **Korea also saw challenges due to the slower than anticipated resumption of international flights and travels**. (p. 4)<br><br>Mainland China's organic sales grew in 3Q23 **despite softness in January**, which was pressured by **low retail traffic** and retail destocking **from the rise of COVID**, but trends improved in February and March with organic sales rising +DD%. However, prestige beauty growth was slower than expected. (p. 4) |
| 5/3/23 | Telsey Advisory Group | EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail | **Annual outlook moderated on slower-than-anticipated recovery in Asia travel retail business**....The moderated annual outlook continues to reflect a return to organic topline growth in the fourth quarter, albeit at a **slower pace than previously expected reflecting a slower recovery in Asia travel retail** (rebalancing of inventory in Hainan and pressure in Korea) as traffic and conversion gradually builds through 1HF24. (p. 1)<br><br>EL's results, while at the high end of its guidance ranges for the fiscal third quarter despite macro headwinds, **slower Asian travel retail recovery**, and a higher-than-expected tax rate, were disappointing, especially in light of the moderated annual outlook. **Expectations were likely more biased to the upside on a China recovery**, and the business did see double-digit growth on Mainland China in February and March. However, the **Asian travel retail channel lagged expectations on a slower than anticipated resumption of international flights, granting of visas, and organized group tours**. (p. 1)<br><br>**Korea also struggled with a slower than expected international flight recovery, granting of visas, and organized group tours**. Finally, while mainland China continues to recover, prestige beauty growth was slower than expected. (p. 2)<br><br>Makeup was down 2% YoY reported and was broadly flat YoY on an organic basis in the third quarter vs. down 9% YoY last quarter (down 3% organic).... Category performance in the third quarter largely reflects growth in most markets and the rise of occasion-based events, offset by **challenges and a slower than anticipated recovery of Asia travel retail driven by disruptions brought on by COVID-19**. (p. 4) |
| 5/4/23 | Bank of America | Travel Delays: Transition Out of Lockdowns Extends into FY24 | **Travel delays**: transition out of lockdowns extends into FY24 (p. 1)<br><br>**Delays are being driven by slower return to Travel Retail** and a glut of inventory pressuring… (p. 1)<br><br>**Management has underestimated the pace of China/ATR recovery all year**. While traffic has picked up in Hainan the attachment rate for EL products (and prestige beauty) is below expectations. **Korea travel retail is also re-opening slower than expected, largely due to delays for the permits/visas needed to resume group tours**. This, combined with high inventory levels is impacting earnings. (p. 1) |
| 5/4/23 | Barclays | Framing Our Assumptions | As such the company's previous F4Q23 guidance (which the Street initially viewed as aggressive) tied to expectations set back in F2Q23. This is likewise true for F3Q23 / F1Q23 and we think it's fair to say that back in July, the notion that **Hainan recovery would be so protracted and with autumn lock downs** wasn't a commonly held view. It is this compounding effect of over estimating demand & **the pace of recovery six months out** that is resulting in this multi-quarter inventory drawdown. (p. 3) |
| 5/4/23 | Citi | Travel Retail Drives Large Downside; Stay Buy-Rated but with Much Lower Visibility | While we didn't make a call into the quarter, we had thought that EL's prior FY'23 guidance looked achievable with a seemingly conservative FQ3 and **the cycling of the Shanghai lockdown in FQ4**, which turned out not to be the case. We also underestimated the time it would take to clear the high inventory levels in Hainan/TR and the impact of a slower conversion of passengers as traffic came back in the channel. (p. 1) |

**Exhibit 3.D**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Slower than Expected Resumption of Travel
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/4/23 | Evercore ISI | Travel Retail De-Risked, Attractive Buying Opportunity | Guidance no longer assumes an "air pocket" but a slower build, given concerns over **the increased number of Covid cases and shifts within Asia duty-frees**:... Travel retail declined a significant 45%, driven by Asia duty-free operators drawing inventory, more than offsetting double-digit growth in travel retail in Europe and the Americas... **If China's reopening doesn't spark a wave of international travel, Hainan becomes even more important... Our colleague Neo Wang sees the availability of flights as an issue. It is now only at 20% of 2019 capacity, which translates into very expensive tickets... Dufry, the world's largest duty-free operator, also envisions bottlenecks similar to what Heathrow experienced last summer... CEO Freda has made the point that only 20% of Chinese nationals hold a passport, which makes Hainan more attractive – Chinese Gen Z see Hainan as their 3rd most desirable destination after Paris and Tokyo... Traveling to Hong Kong is off strongly, where Estee business doubled this 3Q** (p. 2)<br><br>Shifts in Asia travel retail, even as Hainan retail sales have resumed following **Covid-related disruptions throughout 2022**... (p. 3) |
| 5/4/23 | Morgan Stanley | Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential | We are sharply lowering EL EPS after far below consensus FQ4 guidance mainly on travel retail weakness, with softer underlying demand exacerbated by large retailer inventory cuts, and **a slower than expected post-COVID China recovery**... (p. 1)<br><br>EL's stock was down -17.3% (vs a -0.7% S&P decrease) after a much larger than expected FY23 EPS guidance revision on Asian weakness that we had expected with **a soft post-COVID China recovery in calendar Q1, but was much worse in magnitude than expected**. EL was impacted by a trifecta of limiting factors in Asia that drove a massive 32% FY23 EPS guide down (despite H1 already being reported and relatively in-line FQ3 results), implying sharply lower FQ4 guidance. This was due to:... (3) a weaker prestige beauty recovery in Mainland China than expected in CY Q1, despite sequential improvement in February/March. (p. 1) |
| 5/4/23 | Morningstar Equity Research | Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive | While the firm has had to lower guidance in recent quarters, we attribute most of its problems to **external factors related to COVID-19 restrictions** and currency issues and anticipate margin recovery will begin in fiscal 2024. (p. 1) |
| 5/4/23 | Telsey Advisory Group | EL Follow-Up: Despite Gains in Key Markets, Asia Travel Retail Weighed in 3QF23; FY23 Outlook Moderated | EL's results, while at the high end of its guidance ranges for the fiscal third quarter despite macro headwinds, **slower Asian travel retail recovery**, and a higher-than-expected tax rate, were disappointing, especially in light of the moderated annual outlook. Expectations were likely **more biased to the upside on a China recovery**, and the business did see double-digit growth on Mainland China in February and March. However, **the Asian travel retail channel lagged expectations on a slower than anticipated resumption of international flights, granting of visas, organized group tours**, and conversion in the category... As such, while **the lag in Asian travel retail can represent real lost business and profitability,** we maintain our Outperform rating on the channel's forward recovery prospects and the strength in demand across the rest of the business. (p. 1)<br><br>In FQ3, Asia travel retail was impacted by elevated inventory in Hainan as a sales recovery lagged expectations, leading to lower replenishment orders than anticipated... Moreover, **in both China and Korea the resumption of international flights was challenged, limited visas were granted, and group tours took time to re-form, resulting in less airport traffic throughout Asia**... Overall, global travel retail sales declined 45% organically in FQ3, partially offset by 10% organic sales growth across the rest of EL's global business. (p. 1) |
| 5/7/23 | Jefferies | Estee Lauder Financial Results Implications | Travel Retail in Asia: -45% sales, decline single digit sellout. **Chinese traffic recovery in Hainan Island and South Korea was weak (weak resumption of international travel, limited VISA issuance, and delayed resumption of group travel)**. In addition, retailers on Hainan Island adjusted inventories. (p. 1)<br><br>Hainan Island: Sales were very strong at the beginning of this fiscal year, but entered a lockdown and sales were weak. 3Q saw a recovery in travel customers, and OTC sales were positive. **However, travelers are recovering slower than expected** and retailers are reducing inventory in stores. (p. 1) |
| 5/8/23 | DA Davidson | Asia Travel Retail Recovery Pushed Out; Reducing Estimates | EL lowered FY23 again for the same reasons it lowered guidance last quarter... transition to post pandemic regulations in Korea are still impacting TR there, compounded by **limited travel visas being issued for Chinese to travel to Korea**. (p. 1) |
| 5/8/23 | Morningstar Equity Research | Wide-Moat Estee Lauder Has Been Hit Hard by Slow Travel Retail, but Long-Term Growth Intact | We're cutting our fair value estimate to $253 from $273 on Estee Lauder's shares as **ongoing weakness in the Asian travel retail market has reduced the near-term outlook. While COVID-19 restrictions in China have been lifted, beauty sales in Hainan, South Korea, and other key travel markets have been slow to recover**. Thus, for fiscal 2023, we have lowered our sales growth estimate to negative 11.5% from negative 6.3%, and our adjusted EPS estimate to $3.34 from $4.99. We project some recovery in fiscal 2024, with EPS of $4.97 on 5% sales growth. (p. 2) |

**Exhibit 3.D**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on Slower than Expected Resumption of Travel
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/8/23 | Telsey Advisory Group | Highlights from Meetings with EL Management | Recall that during EL's fiscal third quarter earnings call last week, management shared that the performance of its Asia travel retail business was negatively impacted by the pressure from elevated inventory, particularly **in Hainan, which has seen a slower recovery than originally anticipated**... In addition, inventory built as Hainan went into lockdown in August through September last year and the market saw a **greater reluctance from incoming travelers in October and November before the country experienced elevated COVID cases following the loosening of restrictions**. (p. 1) <br><br> **Slower rebound in international travel (including group travel formation, flights, and visa approvals) delays travel retail in general**. An additional theme is that **international travel coming out of China is likely not going to rebound as fast as previously expected**. While some of the delay is personal choice (40% of Chinese surveyed by Dragon Trail International say **they will not travel internationally in 2023**, with the most frequent reasons being **economic factors and lingering concerns of COVID), other reasons are structural given changes in China's international tourism infrastructure**... While group tours are starting to reemerge, the VP of China Tourism Academy noted, "the recovery of the entire outbound group tour will take a relatively long process." ...However, traveling internationally will take more time than domestic trips. Director of Check-in Asia Gary Bowerman noted "**there's damage that's been done to the travel infrastructure in China, and particularly the airlines. They don't have the capacity to quickly scale up their flights**." (p. 2) <br><br> Travel data company OTA Insight highlighted **limited routes and high prices** in calendar 1Q23 out of China, with ramifications extending into the summer. The Civil Aviation Administration of China reported that 43.2MM passengers flew in February 2023, but only 706K were to international destinations. Trip.com CEO Jane Sun noted in March 2023 that **outbound flight capacity is only at 15%-20% of pre-COVID levels currently**. Furthermore, due in part to the reduced capacity, **airfares across Asia Pacific are 33% higher than in 2019** (vs. up 12% in Europe and up 17% in North America), according to Skyscanner Travel Insight. China Outbound Tourism Research Institute (COTRI) forecasts China's outbound travel should recover to about two-thirds of the 2019 peak by the end of 2023... While **delayed international travel out of China is impacting EL's travel retail business in major international cities** in CY2023, the company is ensuring that fragrance is well represented when the Chinese consumer resumes traveling. (p. 2) <br><br> In Mainland China, third quarter sales increased in the LSD range, following **four periods of pressure brought on from COVID disruptions and restrictions in the region**. As previously shared, **the beginning of FQ3 was impacted by the continued effects of COVID cases** in the November through December timeframe. (p. 2) <br><br> Despite coming in at the high end of its sales and earnings guidance for the period, last week's fiscal third quarter release was disappointing as the annual outlook was moderated significantly in the face of a **slower Asian travel retail recovery**. Expectations were likely more biased to the upside on a China recovery prior to the earnings release, and the business did see double-digit growth on Mainland China in February and March. However, **the Asian travel retail channel lagged expectations on a slower than anticipated resumption of international flights, granting of visas, organized group tours, and conversion in the category**... As such, while **the lag in Asian travel retail can represent lost business and profitability**, we maintain our Outperform rating on the channel's forward recovery prospects and the strength in demand across the rest of the business. (p. 3) |

Source: *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on May 3, 2023.
[2] Emphasis in original text removed.  Bold text indicates commentary on slower than expected resumption of travel.

**Exhibit 3.E**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Tightening of Inventory by Retailers in Hainan"
Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 5/3/23 | Bank of America | 3Q23 Quick Take: Outlook Cut - Asia Travel Retail; Slow to Rebound | On a constant currency basis, EPS decline of -51% to -50% YoY is a 22-23pt decline from the previous guide, reflecting **ongoing pressures to Travel Retail inventories** due to a slower pace of recovery in Asia (most acutely in Korea and Hainan), with meaningful recovery now deferred to 1H24 from the prior expectation for a 4Q23 improvement. (p. 1)<br><br>Estee updated its full-year FY23 guide reflecting a more protracted global recovery hindered by the choppy resumption of global international travel and **inventory rebalancing in Hainan**. (p. 2) |
| 5/3/23 | Canaccord Genuity | It's Up in the Air; Travel Retail Still Weak with Blurred Timeline to Recovery | Looking ahead, management continues to expect a slower recovery in China and travel retail offsetting the gains they have seen across the rest of the world. This led to reduced expectations for FY23 (June-end) and into 1H24 as **inventory levels remain elevated and sell-outs have been slow**. With management indicating that **it will take longer than expected to clear inventory**, we remain cautious on EL's outlook in the near term.... For now, we remain on the sidelines until there is **additional visibility on how EL clears through inventory** and the recovery of travel retail. (p. 1)<br><br>Travel retail sales were down -45% in the quarter with **elevated inventory continuing to impact sell-ins in Hainan**, though sales at retail were only down single-digit. (p. 1)<br><br>**Could take another 2-3 quarters for inventory** and travel **to improve**.... Due to the **high levels of inventory in Hainan and in the travel retail channel**, we also believe EL will see further degradation in gross margins as EL looks to clear through inventory to make room for newness. (p. 1) |
| 5/3/23 | Citi | F3Q'23 Miss; Large FY'23 Guidance Reduction | On the call, we will be listening for: (1) detail on the China recovery assumptions including consumption behavior and the promotional environment, (2) updates on Travel Retail trends with **a slower assumed recovery including retailer inventories & replenishment orders**... (p. 2) |
| 5/3/23 | Credit Suisse | Read-X: Estee Lauder's (EL, Not Covered) Q323 Results | EMEA organic sales declined -24% in the quarter, well below VA consensus of -13%, primarily due to a double-digit sales decline in Global travel retail where while traffic into Hainan exceeded prior year levels, conversion in prestige beauty lagged (this led to **a slower than anticipated depletion of elevated levels of retailer inventory and thus lower replenishment orders**). (p. 1)<br><br>EL lowered its FY23 forecast for organic sales and EPS primarily due to deeper pressures in Asia travel retail: 1) **retailer inventory tightening** and lower than expected consumption trends in Hainan and 2) a slower than expected resumption of travel by Chinese consumers.... For FY23, operating margin is forecasted to see a -860bps contraction yoy to 11.1% (prev. guidance 15.2%), owing to disruptions from pandemic restrictions which impacted sales in Asia travel retail in mainland China... (p. 1)<br><br>[P]assenger traffic has come back to Hainan (retail sales were positive in the quarter), the easing of pandemic restrictions gives management confidence that a sell-in recovery in Hainan will come (but **inventory first needs to reduce**), EL expects travelers to come back to Korea but this has not happened yet (the tours business is slow). Sales growth at consumer level in travel retail was down only single-digits in the quarter, management believes its underperformance vs. peers recently is due to **the level of inventory at retail partners**... (p. 2) |
| 5/3/23 | Deutsche Bank | Quick Take - EL's FY3Q23 Results | Clearly, as reflected in a 3Q EPS miss and materially lower implied FY4Q top- and bottom-line trends, **EL's forecasting and trade inventory management/reduction challenges continue, largely centered in Asia Travel Retail.** We believe the result will undoubtedly be a negative stock reaction, with the only real question being at what new level the stock finds support. (p. 1) |
| 5/3/23 | Evercore | Lowered Guide. TR, Makeup Offset Better China | Stock reaction: Negative, as 1) **China's reopening cannot offset inventory issues along the Asia travel retail corridor**, which L'Oréal, Beiersdorf and LVMH had flagged (p. 1) |
| 5/3/23 | J.P. Morgan | In-Line Results, but Deep Cut in F4Q Guidance on Slow Travel Retail Recovery in Hainan and Korea | While volatility around the reopening trends in Asia and retailer inventory build-up seem to have been baked into investors' expectations in light of EL shares' relative underperformance, with shares down -9.0% vs. XLP up +5.3% over the last three months, we believe **most investors were hoping these inventories would have been mostly worked out in F3Q**. To that end, management noted: "In mainland China, organic net sales grew in the fiscal 2023 third quarter. While January 2023 was pressured by low retail traffic and **retailer destocking** from the rise in COVID cases that began in November 2022 and continued into January 2023, organic net sales returned to growth, rising double digits in February and March 2023. However, prestige beauty growth was slower than expected for the fiscal 2023 third quarter." (p. 2) |

**Exhibit 3.E**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Tightening of Inventory by Retailers in Hainan"
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | J.P. Morgan | Hard to "Makeup" Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating | We argue that some of the EL sales were pulled forward into FY22 in hindsight, as TR players were positioning to a Chinese reopening but ended up facing many more lockdowns. Also, there is some accommodation of purchasing habits as a portion of the Chinese consumers (in particular the younger ones and those who live in cities where EL brands are mostly distributed online) learned to wait for double 11 and 618 deals, and these consumers have also benefited from promotions Daigou sellers were offering more aggressively during lockdowns (from their access to wholesale purchases in Hainan and Korea), and therefore **there has been some retail and pantry destocking in our view**. (p. 1)<br><br>EL's most important and higher margin division (Skin Care) was down -17%, primarily led by the slow recovery of Asia travel retail also impacting lower shipments to retailers in **Hainan given elevated levels of retailer inventory and also Korean duty free seeing higher retailer inventory** as a result of post-COVID regulations announced earlier. (p. 5)<br><br>For clarity, slower than anticipated recovery in Asia Travel Retail continues to hurt financial performance due to: i- **low depletion rates of already elevated inventory levels held by retailers in Hainan and the subsequent anemic replenishment orders as a direct result of low consumption** despite YOY increased travel to the island, and ii- pressured shipments to duty free retailers in Korea given the roll-back of COVID-related supportive measures. (p. 3) |
| 5/3/23 | Jefferies | Initial Take: Q3 in Line; FY23 Reduced Again on Prolonged Asia TR Recovery | FY23 EPS outlook was reduced, reflecting a slower-than-expected recovery in Asia travel retail, **rebalancing of inventory in Hainan**, and temporary pressure in Korea. (p. 1) |
| 5/3/23 | Jefferies | Model Update: China & TR Recovery Weigh on Sentiment; Risk-Reward Favors Upside | As expected, EL reset FY expectations to reflect a delayed recovery in China and TR. **Excess inventory remains** but underlying demand trends and market share advances points to improvement. (p. 1)<br><br>Travel Retail Exposure Creating Volatility: Visibility in the Asia travel retail business has proven to be more challenged than expected. The cadence of recovery has been pushed out once again driven by slower than expected resumption of travel. We are frustrated with the change in outlook, but remain optimistic. Co expects TR retail sales +DD% in Q4, but net sales -DD%. **This inventory catchup is now expected to progress into Q1 and possibly Q2**. The TR channel challenge impact is outsized for EL given their ~25% pre-covid exposure vs. peers (OR FP ~10%). **Mgmt also called out their long supply chain which forced orders from TR retailers to be placed several months in advance. Co is working to shorten timeline via localized distro and R&D facilities**. (p. 1) |
| 5/3/23 | Oppenheimer | Our Updated EL Modeling Thoughts | **We assume a smaller travel retail business mix, build in lingering impacts related to excess inventory in the travel retail channel through Q224 (Dec. 2024),** and incorporate fixed cost deleverage vs. peak profit levels. (p. 1) |
| 5/3/23 | Piper Sandler | FQ3: Guidance Disappointing Again, but We're Looking Opportunistically | Despite largely in line results, management lowered guidance again, and is now calling for full year EPS that's ~$1.60 lower than previous expectations at the midpoint and nearly half of where initial FY'23 expectations were set in August. This is largely due to China purchasing not bouncing back as anticipated and **inventory destocking at Travel Retail partners**. (p. 1) |
| 5/3/23 | Raymond James | Quick Take: Travel Delayed, Pushing Out Recovery | [O]verall travel retail has been slower to recover than expected, as has conversion of travelers into shoppers. This is leading to a lower than expected 4Q guide, as management is also addressing **elevated retail inventories**. Key questions from here are management's view of the shape of recovery in FY24 given the slow return of Asia, **inventory at retail**, and health of the consumer. (p. 1) |
| 5/3/23 | Raymond James | A Step Back Before Proceeding Forward | Lower conversion and **high inventory base** creates challenges near term. (p. 1)<br><br>This was the third sequential guidedown this year, reflecting a slower recovery in Asia/travel retail and **excess inventory in the market that retailers must work down before replenishment**... **The difficult question from here is EL's visibility into the extent of the inventory glut**, with travel retail accounting for 27% of the company's FY22 sales, significantly higher exposure vs peers, and an unclear strategy on how to address the disconnect, likely leading to continued volatility in near-term earnings. (p. 1) |

**Exhibit 3.E**

**The Estée Lauder Companies Inc.**
**Commentary from Analysts on "Tightening of Inventory by Retailers in Hainan"**
Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | TD Cowen | Prior Guidance Too Optimistic as Asia Recovery Is Now Expected to Be Gradual | What Happened? (1) conversion in Hainan fell below expectations resulting in **lower inventory replenishment**, (2) international flights, visas, and tours in Korea remain challenged, (3) prestige sales in China were weaker than expected in 3Q23. (p. 1)<br><br>Earnings call is at 9:30am ET, which should help us assess visibility into the achievability of new guidance with key issues being **lower inventory replenishment in Hainan and Korea**, the degree of inflection expected, and how much risk remains in Hainan & Korea. (p. 1)<br><br>Mainland China's organic sales grew in 3Q23 despite softness in January, which was pressured by low retail traffic and **retail destocking** from the rise of COVID, but trends improved in February and March with organic sales rising +DD%. (p. 1) |
| 5/3/23 | TD Cowen | Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability | Investors may need to digest risk ahead, particularly promotions & **inventory levels in Hainan,** the progress with Korea travel retail, and Chinese consumer demand and conversion. Big question is now that the world has reopened whether the current guidance reflects a more realistic view of the recovery in Asia travel retail. Further**, we worry if larger than desired inventories**, non-beauty luxury competitors, structurally changed Daigou shopping trends, and/or optimistic guidance **could lead to even lower estimates despite a substantial -32% full year EPS cut**. (p. 1)<br><br>Asia Travel Retail Problems Yield Lowered Guidance: Key concern remains the pace of Asia travel retail recovery, particularly in Hainan and Korea. Specific headwinds include 1) **Elevated inventory levels in Hainan** as Prestige Beauty conversion trends lagged historical levels, **leading to lower inventory replenishment**... (p. 1)<br><br>We worry that trends could be volatile again before getting better given macro uncertainty and **elevated inventory levels**. (p. 1)<br><br>Mainland China's organic sales grew in 3Q23 despite softness in January, which was pressured by low retail traffic and **retail destocking** from the rise of COVID, but trends improved in February and March with organic sales rising +DD%. However, prestige beauty growth was slower than expected. (p. 4) |
| 5/3/23 | Telsey Advisory Group | EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail | The moderated annual outlook continues to reflect a return to organic topline growth in the fourth quarter, albeit at a slower pace than previously expected reflecting a slower recovery in Asia travel retail **(rebalancing of inventory in Hainan and pressure in Korea)** as traffic and conversion gradually builds through 1HF24. (p. 1) |
| 5/4/23 | Bank of America | Travel Delays: Transition Out of Lockdowns Extends into FY24 | Delays are being driven by slower return to Travel Retail and **a glut of inventory pressuring**... margins and replenishment. (p. 1)<br><br>FY3Q23 earnings and guidance disappointed... The issues for EL are related to mainland China and Asia travel retail (ATR). Demand recovery is pacing slower than management expectations (especially ATR) which is exasperating **an inventory overhang that has been present throughout FY23**. The net result is a reduction to FY23 EPS guide ($0.00 is in the range for 4Q) and prospects for a return to "normalized" earnings being pushed out to FY25 at the earliest. (p. 1)<br><br>Management has underestimated the pace of China/ATR recovery all year. While traffic has picked up in Hainan the attachment rate for EL products (and prestige beauty) is below expectations. Korea travel retail is also re-opening slower than expected, largely due to delays for the permits/visas needed to resume group tours. This, combined with **high inventory levels** is impacting earnings. (p. 1)<br><br>Gross margins will also continue to be negatively impacted **by the inventory issues in ATR through at least 1Q24**. We note the obsolescence charge in 3Q as being a -225bps drag on gross margins and a hindrance on clearing the pipeline (p. 1) |
| 5/4/23 | Barclays | Framing Our Assumptions | Hearing that the company has **an inventory issue in Asia Travel Retail** is not new information. (p. 1)<br><br>As such the company's previous F4Q23 guidance (which the Street initially viewed as aggressive) tied to expectations set back in F2Q23. This is likewise true for F3Q23 / F1Q23 and we think it's fair to say that back in July, the notion that Hainan recovery would be so protracted and with autumn lock downs wasn't a commonly held view. It is this compounding effect of over estimating demand & the pace of recovery six months out that is resulting in **this multi-quarter inventory drawdown**. (p. 3)<br><br>Specifically, in F3Q23, Estee Lauder's gross margins declined -750 bps due in part to a -400 bps headwind from mix (inclusive of higher promotions offsetting pricing) and a -225 bps headwind from **inventory obsolescence**. (p. 3) |

**Exhibit 3.E**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Tightening of Inventory by Retailers in Hainan"
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/4/23 | Berenberg | Requires a Bit More Patience; Hold | The Chinese consumer recovery is taking longer than expected: The implied Q4 2023 organic sales growth range from management's revised FY 2023 guidance is -2% to +8%, well below consensus expectations of 28% ahead of the Q3 release. During the results presentation, management highlighted that the recovery in Asia travel retail will be more gradual than initially expected. This will drive **a significant drag on sales growth from destocking in Q4 2023 and H1 2024**. (p. 1) |
| 5/4/23 | Citi | Travel Retail Drives Large Downside; Stay Buy-Rated but with Much Lower Visibility | EL is now assuming **a slower pace of inventory normalization in travel retail, which will result in weak shipments in F4Q'23 (and partially F1Q'24) until TR inventory levels normalize**. With EL's assumptions on the recovery of the TR/China business being pushed out for the third straight quarter we acknowledge visibility on FY24 numbers is much lower. (p. 1)<br><br>EL's stock was down a large -17% post weaker than expected FQ3 results and a large ~32% FY'23 EPS guidance cut. EL attributed the weakness to weaker TR trends (~27% of EL sales in FY22) with **high inventory levels negatively impacting sales into the channels, which will continue in F4Q'23 (and partially in F1Q'24)**. (p. 1)<br><br>While we didn't make a call into the quarter, we had thought that EL's prior FY'23 guidance looked achievable with a seemingly conservative FQ3 and the cycling of the Shanghai lockdown in FQ4, which turned out not to be the case. **We also underestimated the time it would take to clear the high inventory levels in Hainan/TR** and the impact of a slower conversion of passengers as traffic came back in the channel. (p. 1) |
| 5/4/23 | Evercore ISI | Travel Retail De-Risked, Attractive Buying Opportunity | L'Oréal and Beiersdorf are also rearranging their businesses in Asia, but **Estee's exposure is much larger (page 13) and the firm doesn't seem to have visibility over inventory levels and how long it will take to clear them**. (p. 1)<br><br>Guidance no longer assumes an "air pocket" but a slower build, given concerns over the increased number of Covid cases and shifts within Asia duty-frees:... **Travel retail declined a significant 45%, driven by Asia duty-free operators drawing inventory**, more than offsetting double-digit growth in travel retail in Europe and the Americas... (p. 2)<br><br>**Chinese retailers draw inventories**: -6% in March Q v. -19% in Dec Q (p. 14) |
| 5/4/23 | Morgan Stanley | Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential | We are sharply lowering EL EPS after far below consensus FQ4 guidance mainly on travel retail weakness, with **softer underlying demand exacerbated by large retailer inventory cuts**, and a slower than expected post-COVID China recovery... (p. 1)<br><br>EL was impacted by a trifecta of limiting factors in Asia that drove a massive 32% FY23 EPS guide down (despite H1 already being reported and relatively in-line FQ3 results), implying sharply lower FQ4 guidance. This was due to: (1) softer than expected Hainan trends with weaker conversion of higher traffic in general into beauty sales, and **retailer inventory cuts**, (2) weaker Korea sales, with **duty-free retailers cutting inventory** ahead of a transition to post-COVID regulations and less Daigou purchases, as well as a slow travel consumer return... EL did note retail sales in travel retail were only down LSD YoY, so most of the TR weakness was **a retailer inventory drawdown**. (p. 1)<br><br>EL's caution on **inventory headwinds lasting into H1 of FY24**... (p. 2)<br><br>EL cited three key headwinds for lower guidance: (1) In Hainan, expectations for a beauty recovery were too optimistic as conversion of a higher number of travelers to beauty lagged other categories, which also drove **retailer inventory reductions**. (2) The second headwind was lower Korea travel retail sales as post-pandemic regulations return, limiting sales from duty-free to nontravel customers, with lower sales to Daigou's, and **retailer/consumer inventory drawdowns**... (p. 2)<br><br>EL cautioned that **inventory cuts would linger in H1 of FY24** and operating margins were unlikely to return fully to 19% levels as EL spends ahead of a retail sales rebound. For Q4, EL expect retail sales in travel retail will be up double digits, but EL's net sales down double digits with **a continued inventory drawdown**. (p. 2)<br><br>In terms of why EL results are worse than peers, we'd note that:... (3) with a longer supply chain, is **more at-risk from retailer inventory draw-downs that showed up in Q3**. (pp. 2–3) |

**Exhibit 3.E**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Tightening of Inventory by Retailers in Hainan"
## Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 5/4/23 | RBC Capital Markets | EPS Aftermath - Fight or Flight? Sticking with Our Outperform Rating | Travel retail was the thorn that dug into EL this quarter as recovery wasn't as quick as EL and travel retailers themselves had expected. This led to **elevated inventories and lower replenishment orders** impacting the FY outlook. (p. 1) |
| | | | Negatives: 1) Asia travel retail - Global travel retail organic sales were down -45% in the quarter due to: **1) elevated inventory in Hainan given retailers had increased stock based on expectations for a quicker recovery** and 2) the transition in Korea to post-pandemic regulations. **The slower recovery and elevated channel inventories of Asia travel retail led to decreased replenishment orders**, but **efforts from travel retailers to tighten inventories further compounded the impact**. Management expects these destocking efforts to last through F1Q'24 with some lingering impact into F2Q'24 (replenishment orders should return at this point). (p. 1) |
| | | | Travel retail was the thorn that dug into EL this quarter as recovery wasn't as quick as EL and travel retailers themselves had expected. This led to elevated inventories and lower replenishment orders impacting the FY outlook. (p. 1) |
| | | | **Management expects shipments to lag consumption in Asia travel retail through F1Q'24** with some lingering effect in F2Q'24 **due to inventory destocking and tightening of travel retailers in Hainan.** (p. 2) |
| 5/4/23 | Telsey Advisory Group | EL Follow-Up: Despite Gains in Key Markets, Asia Travel Retail Weighed in 3QF23; FY23 Outlook Moderated | In FQ3, Asia travel retail was impacted by **elevated inventory in Hainan as a sales recovery lagged expectations, leading to lower replenishment orders than anticipated**. (p. 1) |
| 5/4/23 | UBS | Visibility on '24 EPS Power Limited; Stay Neutral | Updated guidance reflects (1) a more elongated China TR recovery which will gradually build from 4Q23-1H24, (2) **EL shipments lagging retail sales in the region through 2Q23 given inventory dynamics in the channel**, and (3) prolonged pressures facing the Korean TR business. **As it pertains to 4Q, guidance now implies ~550bps of OPM contraction, which we expect to be predominantly driven by negative mix and inventory obsolescence.** (p. 1) |
| | | | The big question, in our view, is whether this is simply a timing/inventory dynamic that will reverse looking ahead and while this could prove to be true, we think the **base is resetting lower and would not expect the gap (between shipments and retail sales) to fully reverse in FY24**. (p. 1) |
| 5/4/23 | Wells Fargo | EL: Broken or Not? | Global TR was -45% FQ3 vs retail sales down single digits. Org sales were hit by Korea (reg changes, flagged) but the surprising miss was China TR, where consumption took longer to pick up. **Concerning given inventories still high? Yes. Green shoots? Yes. Hainan retail sales returned to growth during FQ3 which is why EL sees global TR retail sales +DD FQ4 despite org sales -DD, ie inventory clearing continues (we est TR org sales -20%/-10%/flat FQ4/FQ1/FQ2).** (p. 1) |
| 5/7/23 | Jefferies | Estee Lauder Financial Results Implications | Hainan Island: Sales were very strong at the beginning of this fiscal year, but entered a lockdown and sales were weak. 3Q saw a recovery in travel customers, and OTC sales were positive. However, travelers are recovering slower than expected and **retailers are reducing inventory in stores**. (p. 1) |
| 5/7/23 | Raymond James | EL Management Meeting Notes | Chinese travelers remain of key importance to EL's travel retail business, especially with 70% of the Chinese beauty market in the high margin skincare category. While we expect EL's core consumer to return, we have less visibility on the 'daigou' channel, and we expect that **until the Asia corridor works through its inventory overhang in duty free and daigou, sell-in will remain under pressure**. The bigger issue though is if daigou is now structurally changed as the price differential between travel retail and in-country narrows. (p. 1) |
| | | | Importantly, **despite the excess inventory in travel retail**, management is not seeing outsized promotion, with consumers still trading up, particularly in fragrance. (p. 1) |
| | | | We acknowledge that the near-term will be challenging as evidenced by the slower than anticipated recovery in China and travel retail, **as well as the lack of visibility into the full extent of the inventory overhang**. (p. 1) |
| | | | Our sense is that management has fairly accurate visibility into the amount of inventory in the brick & mortar Asia travel retail channel, but the wild card in our view is the speed of consumption recovery and conversion and daigou. **The question will be how much inventory retailers choose to hold relative to the elevated levels needed during peak demand over the pandemic; we expect this inventory rightsizing to be a headwind through most if not all of the rest of CY23.** (p. 2) |

**Exhibit 3.E**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Tightening of Inventory by Retailers in Hainan"
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/8/23 | DA Davidson | Asia Travel Retail Recovery Pushed Out; Reducing Estimates | BUY-rated EL reported a F3Q23 sales beat but EPS miss vs. consensus and significantly lowered F4Q guidance, due to **Asian travel retail inventory reductions that are now expected to continue through F1Q24**; the stock closed -17%. (p. 1)<br><br>**Travel retail (TR) is starting to come back in Hainan, but channel inventories are still too high**. EL lowered FY23 again for the same reasons it lowered guidance last quarter: **(1) Hainan TR inventory is still too high**, and now EL mentioned that conversion rates have also gone down, meaning travelers have gravitated to other product categories... EL has outsized exposure to TR relative to its beauty peers, and TR is a very high margin channel for EL, hence **its earnings have been much more impacted by the channel inventory reductions** (p. 1) |
| 5/8/23 | Telsey Advisory Group | Highlights from Meetings with EL Management | Recall that during EL's fiscal third quarter earnings call last week, management shared that the **performance of its Asia travel retail business was negatively impacted by the pressure from elevated inventory, particularly in Hainan, which has seen a slower recovery** than originally anticipated... In addition, **inventory built as Hainan went into lockdown in August through September** last year and the market saw a greater reluctance from incoming travelers in October and November before the country experienced elevated COVID cases following the loosening of restrictions. (p. 1)<br><br>As previously shared, the beginning of FQ3 was impacted by the continued effects of COVID cases in the November through December timeframe. However, in January, traffic gradually improved as **retailers worked through excess inventories although sales still declined double digits**. (p. 2)<br><br>Last week with its 3QF23 earnings report, EL moderated its annual outlook on expectations for continued pressure in the Asia travel retail business that is experiencing a slower-than-anticipated recovery, reflecting the previously detailed headwinds in Korea, compounded by the aforementioned **retailer inventory tightening in Hainan**. With these pressures expected to persist into the first half of fiscal 2024... EL sees continued softness into early fiscal 2024. (p. 3) |
| 5/8/23 | Wells Fargo | EL: Activist at Lauder? | Areas of focus. It's really two areas. First, Asia Travel retail (obviously), the key source of EL's headwinds (and the key driver of the underperformance gaps of EL vs peers who are much smaller in this channel). Ultimately, EL made a conscious decision to get much bigger here during COVID (China TR ~mid-teens % of sales, Korea TR nearing HSD%), **selling in significant inventory just before more lockdowns the past year**. (p. 1) |

Source: *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on May 3, 2023.
[2] Emphasis in original text removed. Bold text indicates commentary on "tightening of inventory by retailers in Hainan."

**Exhibit 3.F**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Conversion of Travelers to Consumers in Prestige Beauty"
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | Barclays | F3Q23 First Impressions | Though we had heard rumblings of **weaker conversion within Hainan even as foot traffic has recovered**, there have been no lateral reads to suggest a much slower recovery in Asia travel retail than was anticipated previously. (p. 1) |
| 5/3/23 | Citi | F3Q'23 Miss; Large FY'23 Guidance Reduction | On the call, we will be listening for: (1) detail on the China recovery assumptions including **consumption behavior** and the promotional environment, (2) updates on Travel Retail trends with a slower assumed recovery including retailer inventories & replenishment orders... (p. 2) |
| 5/3/23 | Credit Suisse | Read-X: Estee Lauder's (EL, Not Covered) Q323 Results | EMEA organic sales declined -24% in the quarter, well below VA consensus of -13%, primarily due to a double-digit sales decline in Global travel retail where **while traffic into Hainan exceeded prior year levels, conversion in prestige beauty lagged** (this led to a slower than anticipated depletion of elevated levels of retailer inventory and thus lower replenishment orders). (p. 1)<br><br>EL lowered its FY23 forecast for organic sales and EPS primarily due to deeper pressures in Asia travel retail: 1) retailer inventory tightening and **lower than expected consumption trends in Hainan** and 2) a slower than expected resumption of travel by Chinese consumers.... For FY23, operating margin is forecasted to see a -860bps contraction yoy to 11.1% (prev. guidance 15.2%), owing to disruptions from pandemic restrictions which impacted sales in Asia travel retail in mainland China... (p. 1) |
| 5/3/23 | Evercore | Lowered Guide. TR, Makeup Offset Better China | **Travel retail net sales decreased double digits, despite increased travelers. Lower conversion per passenger likely reflects "daigou"**, and shifts in the Asia corridor –Korea down, Hainan operators yet to restart reordering (p. 1) |
| 5/3/23 | J.P. Morgan | In-Line Results, but Deep Cut in F4Q Guidance on Slow Travel Retail Recovery in Hainan and Korea | **Regarding Hainan, management said: "while traffic into the island exceeded prior-year levels, conversion of travelers to consumers in prestige beauty lagged. This led to the slower-than-anticipated depletion of elevated levels of retailer inventory and, therefore, lower replenishment orders."** (p. 1)<br><br>We expect the key topics on the call to be: (1) exit rate in mainland China for both bricks and clicks, (2) **conversion of traffic in Travel Retail in Hainan and South Korea**, (3) recent pricing actions and any signs of trade-down given commentary regarding a weaker Prestige Beauty market, and (4) most recent consumption trends in U.S. (p. 2) |
| 5/3/23 | J.P. Morgan | Hard to "Makeup" Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating | That said, we note that outside of travel retail "TR", EL sales were up 10% in the quarter. The vast majority of TR (70-80% by our math) is sold in Asia (and the magnitude of sell out was from EL to TR operators was down -45% in the quarter), where sales to final consumers in this channel was down by ~LSD% according to the company, **as consumers are shifting wallet to other items in TR (passenger traffic is up but conversion is lower)**. (p. 1) |
| 5/3/23 | Morgan Stanley | Quick Comment: Much Lower FY Guidance and Implied Q4 with a Weaker Hainan/Korea/China Recovery | EL's stock is likely to react significantly negatively to a large FY EPS guide down of 32% (despite H1 already being reported), implying sharply lower FQ4 assumptions, with three key factors: **(1) softer than expected Hainan trends with weaker conversion of higher traffic in general into beauty sales**, (2) weaker Korea sales, with duty-free retailers cutting inventory pre a transition to post-COVID regulations and a slow travel return consumer return, and (3) a weaker prestige beauty recovery in Mainland China. While these were well known issues in terms of timing of recovery post COVID being slower than expected a few months ago, the magnitude of downside is clearly greater than expected. (p. 1) |
| 5/3/23 | Piper Sandler | FQ3: Guidance Disappointing Again, but We're Looking Opportunistically | With ~1/3 of EL sales coming from China and ~1/4 from Travel, we had favored other names near term given the volatility seen in the region. **While overall traffic in China and to Hainan is returning, it has not yet fully converted into purchasing**, and it is EL's Fiscal 2024 where we now think we could start seeing recovery tailwinds come in. (p. 1) |
| 5/3/23 | Raymond James | Quick Take: Travel Delayed, Pushing Out Recovery | **[O]verall travel retail has been slower** to recover than expected, as has **conversion of travelers into shoppers**. This is leading to a lower than expected 4Q guide, as management is also addressing elevated retail inventories. Key questions from here are management's view of the shape of recovery in FY24 given the slow return of Asia, inventory at retail, and **health of the consumer**. (p. 1) |
| 5/3/23 | Raymond James | A Step Back Before Proceeding Forward | **Lower conversion** and high inventory base creates challenges near term. (p. 1)<br><br>[T]ravel has been **slower to return, as has conversion of travelers into shoppers**. (p. 2) |

**Exhibit 3.F**

## The Estée Lauder Companies Inc.
## Commentary from Analysts on "Conversion of Travelers to Consumers in Prestige Beauty"
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | TD Cowen | Prior Guidance Too Optimistic as Asia Recovery Is Now Expected to Be Gradual | Unfortunately, EL lowers FY23 guide by -32% to $3.29-$3.39 EPS vs. prior guide (vs. Street's $4.96) as management now expects a more gradual recovery in Asia travel retail and 3Q EPS was lower on margins. **Hainan and Korea travel retail continue to pose challenges as traffic and conversion remain weaker than anticipated.** (p. 1)<br><br>What Happened? **(1) conversion in Hainan fell below expectations resulting in lower inventory replenishment**, (2) international flights, visas, and tours in Korea remain challenged, (3) prestige sales in China were weaker than expected in 3Q23. (p. 1)<br><br>Management lowered FY23 EPS guide by -32% due to a slower-than-expected recovery in Asia travel retail. **Management now expects traffic and conversion to normalize gradually over 4Q23 and 1H24.** (p. 1)<br><br>Asia travel retail remains pressured by the slower-than-expected recovery. **Management noted while traffic in Hainan exceeded prior year levels, consumer demand in prestige beauty lagged.** (p. 1) |
| 5/3/23 | TD Cowen | Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability | **Traffic improved in Hainan, but conversion lagged as Chinese consumers opted for other luxury items.** Management lowered FY23 EPS guide by -32% and assumes a gradual recovery throughout 4Q23 and 1H24. (p. 1)<br><br>Investors may need to digest risk ahead, particularly promotions & inventory levels in Hainan, the progress with Korea travel retail, **and Chinese consumer demand and conversion.** (p. 1)<br><br>Asia Travel Retail Problems Yield Lowered Guidance: Key concern remains the pace of Asia travel retail recovery, particularly in Hainan and Korea. Specific headwinds include 1) Elevated inventory levels in Hainan as **Prestige Beauty conversion trends lagged historical levels**, leading to lower inventory replenishment (p. 1)<br><br>Key factors to monitor now are **conversion in Hainan**, the progress with Korean travel retail, and the financial impact from Asia normalizing in FY24. (p. 1)<br><br>Asia travel retail remains pressured by the slower-than-expected recovery. **Management noted while traffic in Hainan exceeded prior year levels, consumer demand in prestige beauty lagged.** (p. 4) |
| 5/3/23 | Telsey Advisory Group | EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail | By category, trends remained largely unchanged from 2QF23 with fragrance outperforming (up double-digits), offset by weakness in skin care and makeup as those categories continue to see the greatest exposure to the slower recovery in Asia travel retail **(particularly in Hainan, where traffic was up, but conversion of prestige beauty lagged).** (p. 1)<br><br>The moderated annual outlook continues to reflect a return to organic topline growth in the fourth quarter, albeit at a slower pace than previously expected reflecting a slower recovery in Asia travel retail (rebalancing of inventory in Hainan and pressure in Korea) as traffic and **conversion gradually builds through 1HF24.** (p. 1)<br><br>Management called out a **lag in prestige beauty conversion from travelers in Hainan, even as traffic improved and exceeded YoY levels, resulting in lower replenishment orders from retailers.** (p. 2)<br><br>The decline in the quarter primarily reflects slower than expected recovery of Asia travel retail, including less shipments to Hainan led by **reduced conversion of travelers to shoppers.** (p. 3) |
| 5/4/23 | Bank of America | Travel Delays: Transition Out of Lockdowns Extends into FY24 | Management has underestimated the pace of China/ATR recovery all year. **While traffic has picked up in Hainan the attachment rate for EL products (and prestige beauty) is below expectations.** Korea travel retail is also re-opening slower than expected, largely due to delays for the permits/visas needed to resume group tours. This, combined with high inventory levels is impacting earnings. (p. 1) |

**Exhibit 3.F**

**The Estée Lauder Companies Inc.**
**Commentary from Analysts on "Conversion of Travelers to Consumers in Prestige Beauty"**
Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/4/23 | Barclays | Framing Our Assumptions | Importantly, we do not believe there is an issue with **EL sell through rates differing notably from prestige beauty peers in Hainan or in Mainland China, in particular and point to on-the-ground reports of low conversion rates even as foot traffic has recovered**. (p. 1)<br><br>Importantly, we do not believe there is an issue with **EL sell through rates differing notably from prestige beauty peers in Hainan or in Mainland China and point to on-the-ground reports of low conversion rates even as foot traffic has recovered**. In F3Q23 Estee Lauder discussed how **conversion of travelers to consumers in prestige beauty lagged historical trends as travel spending initially gravitated to other categories which is leading to even lower replenishment orders than it had anticipated**. Notably, our European Luxury Goods Analyst, Wendy Liu, discussed this dynamic back in March on the heels of her recent trip across China which included Hainan. Specifically, she quoted **a conversation with a luxury goods distributor, "Traffic in our stores has been good, but we actually saw lower conversion and AUR in our data, probably suggesting a continued cautiousness in middle class spending"** (see: European Luxury Goods: On the Road in China - Strong luxury rebound, slower middle class recovery 22-March 2023). **While this comment was related to luxury, she also spoke with other duty free industry contacts confirming that this dynamic was also prevalent in Beauty**. (p. 4) |
| 5/4/23 | Citi | Travel Retail Drives Large Downside; Stay Buy-Rated but with Much Lower Visibility | While we didn't make a call into the quarter, we had thought that EL's prior FY'23 guidance looked achievable with a seemingly conservative FQ3 and the cycling of the Shanghai lockdown in FQ4, which turned out not to be the case. We also underestimated the time it would take to clear the high inventory levels in Hainan/TR and **the impact of a slower conversion of passengers as traffic came back in the channel**. (p. 1) |
| 5/4/23 | Evercore ISI | Travel Retail De-Risked, Attractive Buying Opportunity | Hainan is not just Estee's bet, it is where the market is going. **Concerns over daigou started in mid-2022, when passenger traffic had nearly halted because of Covid outbreaks and sales continued strong; this implied that Hainan had inexplicably high conversion rates** (p. 4) |
| 5/4/23 | Morgan Stanley | Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential | EL was impacted by a trifecta of limiting factors in Asia that drove a massive 32% FY23 EPS guide down (despite H1 already being reported and relatively in-line FQ3 results), implying sharply lower FQ4 guidance. This was due to: (1) **softer than expected Hainan trends with weaker conversion of higher traffic in general into beauty sales**, and retailer inventory cuts... (p. 1)<br><br>EL cited three key headwinds for lower guidance: (1) **In Hainan, expectations for a beauty recovery were too optimistic as conversion of a higher number of travelers to beauty lagged other categories**, which also drove retailer inventory reductions. (p. 2) |
| 5/4/23 | Telsey Advisory Group | EL Follow-Up: Despite Gains in Key Markets, Asia Travel Retail Weighed in 3QF23; FY23 Outlook Moderated | However, the Asian travel retail channel lagged expectations on a slower than anticipated resumption of international flights, granting of visas, organized group tours, and **conversion in the category**. (p. 1) |
| 5/7/23 | Raymond James | EL Management Meeting Notes | Our sense is that management has fairly accurate visibility into the amount of inventory in the brick & mortar Asia travel retail channel, but **the wild card in our view is the speed of consumption recovery and conversion and daigou**. The question will be how much inventory retailers choose to hold relative to the elevated levels needed during peak demand over the pandemic; we expect this inventory rightsizing to be a headwind through most if not all of the rest of CY23. (p. 2) |
| 5/8/23 | DA Davidson | Asia Travel Retail Recovery Pushed Out; Reducing Estimates | EL lowered FY23 again for the same reasons it lowered guidance last quarter: (1) Hainan TR inventory is still too high, and now **EL mentioned that conversion rates have also gone down, meaning travelers have gravitated to other product categories** (p. 1) |
| 5/8/23 | Telsey Advisory Group | Highlights from Meetings with EL Management | **The conversion of travelers to consumers in the prestige beauty category lagged historical trends in the market**, as traveler spending shifted to other categories, leading to lower replenishment orders than expected. In particular, Louis Vuitton, Hermes, Chanel, and Gucci have recently opened or are in the process of opening compelling retail stores in the market, which may have diverted traffic and consumer attention away from a more consumable category, such as beauty, towards highend luxury experiences. (p. 1) |

Source: *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on May 3, 2023.
[2] Emphasis in original text removed. Bold text indicates commentary on "conversion of travelers to consumers in prestige beauty."

**Exhibit 4**

## L'Oréal SA
## Commentary from Analysts on Daigou
## Following Earnings Announcements on October 20, 2022, February 9, 2023, and April 29, 2023[1]

| Date | Contributor | Title | Commentary[2] |
|---|---|---|---|
| 4/19/23 | BNP Paribas Exane | Q123 Sales and 15 Questions for the Management | Other Travel Retail Asia: L'Oreal has seen an acceleration in tourism in HK, Macau and Thailand. In contrast, **the South Korean market was down around -30% due to a change in regulation with daigous** (p. 2) |
| 4/20/23 | Evercore ISI | The Strongest Getting Stronger, and Faster | **L'Oréal has dedicated teams closely monitoring its Asia duty-free business to ensure "daigou" doesn't undermine pricing in Mainland China,** but renders net valorization or trade-up. As we understand, like Procter on SKII, L'Oreal increased prices in Hainan to narrow arbitrage incentives. Pricing "is a sensitive matter", making sure that pricing in Hainan is under control... **As we see it — and acknowledging LVMH's reservations over grey market or "daigou" — this pricing arbitrage comes with the territory, needs to be managed: China backed the development of Hainan to compete with Korea's duty-frees** (p. 2) |
| 4/20/23 | Société Générale | 1Q23 First Look – Strong Europe/US Compensates for Slower China Recovery | Destocking in China at the start of the year led to flat N. Asia Luxe sales. **Asia Travel Retail (TR) sales were also flat, as the company conceded that growth in Hainan and Hong Kong was offset by a decline in Korea TR sales amid a change of policy related to daigous (as presented by Estee recently, but less exposure for OR).** (p. 1) |
| 4/21/23 | HSBC | Hold: Keeping Up with Expectations | In Hainan, March traffic was up 20%. Hong Kong and Macau have also seen strong bouncebacks although **Korea travel retail was notably weak due to a change of policy by the duty free operators and the discounts they are willing to give Daigou.** (p. 4) |
| 4/25/23 | Société Générale | No De-Rating Catalysts for a Couple of Quarters, Move to Hold | Travel Retail, flattish growth in Asia and good ongoing recovery in Europe and the US. The company indicated that total Asian duty-free sales declined slightly yoy in 1Q23. L'Oréal has also been caught up in the changes to the duty-free rules in Korea, as highlighted by Estee in calendar 4Q22. **The relaxation of rules after COVID allowed retailers to sell duty free to Korean nontravellers. This increased domestic demand, but also led to a surge in grey market sales into China. The reversion to stricter rules and monitoring of sales flow since the end of 2022 has prompted duty-free distributors to suspend buying to run down inventory. L'Oréal outlined sales in the Korean duty free segment declined c.30% yoy in 1Q23, but that is less exposed to the dynamic (we think it had less grey-market sales than peers).** The company also flagged that sales in the Korean duty free segment had almost reached the level of sales in Hainan, China before the measures were tightened again. We assume L'Oréal's sales declined c.10% yoy in Korea in 1Q23. (p. 3) |

Source: *Capital IQ*; *LSEG Workspace*

Note:
[1] Analyst commentary is from reports issued within 7 days of earnings announcments on October 20, 2022, February 9, 2023, and April 29, 2023. Commentary were reviewed for the search terms "daigou," "diagou," "daiogu," "grey market," "gray market," "unstructured market activity." "resale", "resell", or "resold."
[2] Emphasis in original text removed. Bold text indicates commentary with search terms.

**Exhibit 5.A**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
## Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Barclays | F1Q23 First Impressions | Adjusted EPS: $5.25-5.40 (from $7.39-$7.54 previously). Consensus currently at $7.45, Barclays at $7.23. **Currency reduces sales by $0.44/sh (from $0.20/sh previously)**.... **FX translation reduces sales by –6% (vs. -3% previously). FX transaction reduces sales by -2% (from -1% previously)**... (p. 2)<br><br>**Currency translation reduces EPS by ~$0.20/sh and sales by 7%. Currency transaction reduces EPS by ~7%.** (p. 2) |
| 11/2/22 | Credit Suisse | Big China Exposure Cuts Both Ways | **[W]ith US retailers taking a more cautious approach on inventory ahead of holiday**... the stock could remain pressured in the near term. (p. 1)<br><br>While it wasn't surprising that EL lowered its guidance due to **ongoing China lockdowns**, we're disappointed by the magnitude of the cuts… We expected **the recent Hainan lockdowns to be a drag**, but the new -3pp headwind from... **unexpected US inventory tightening** vs prior guidance were worse than we expected. (p. 1)<br><br>F1Q by the Numbers:... **APAC -7% on China lockdowns**. (p. 2)<br><br>Guidance De-Risked?: The key focus is whether the new guide is fully de-risked, given that it is baking in an Hainan improvement in F2H (a hard assumption to embrace despite easy 4Q compares given **ongoing Covid cases in China and its continuing language on Zero Covid post 20th Congress**). (p. 2)<br><br>**US Retailer Tightening Inventories was unexpected, which will continue into F2Q (we think this is concentrated at the US dept-store channel, largely Macy's)… and EL offered no guidance on when inventory/sell-in would be better aligned with POS in the US.** (p. 2)<br><br>**Americas Market Share Declines**: US industry data showed that EL's brands were up +MSD at POS in the US, vs +DD for the overall prestige category (new/independent brands gaining share recently). (p. 2) |
| 11/2/22 | Credit Suisse | Read-X: Estee Lauder's Q123 Results: Weak Outlook | Read-X: A weak print and a weak outlook from Estee Lauder. EL has lowered its EPS guidance by c.25% for FY23. The primary issue appears to be **tighter inventory management in Asia travel retail, given reduced traffic as a result of pandemic restrictions, a tightening of inventory by some retailers in the United States and a greater negative impact from a strong US dollar**. (p. 1)<br><br>Sales: Organic sales declined -5% in Q123 (cal. Q322), a touch below VA cons. of -4.7%, and in-line with the mid-point of EL's guided decline of -4% to -6%. By region, Asia Pacific posted a decline of -7%, below VA consensus of -6.4%, **owing to ongoing pandemic-related restrictions impacting brick-and-mortar in Greater China and Dr. Jart+ travel retail in Korea**. EMEA organic sales declined -5% (vs. VA consensus at -6.0%), primarily due to **the continued challenges from pandemic-related restrictions affecting travel retail in Hainan** (global travel retail sales declined double-digits). **Americas OSG came in at -3%, below VA cons. of +1.0%, driven by a difficult comparison when some retailers in the United States secured orders earlier for holiday due to global logistics constraints, as well as the negative impact in the current year from tighter inventory management by certain retailers (license terminations related to some designer fragrances contributed approx. 4% to the decline in sales)**. By category, organic sales in skincare declined -11%, below VA cons. -9.9% (**pandemic restrictions in China**, **inventory tightening in... the US**), make-up -6%, below cons. +0.6% (**pandemic restrictions in China**...), fragrances +18%, ahead of cons. +3.4% (**license terminations impacted growth by 12%**), and hair care +11%, ahead of VA cons. of -0.4%. (p. 1) |
| 11/2/22 | Deutsche Bank | Quick Take - EL's 1Q23 Results | From a top-line perspective, EL's full-year sales guidance of -8% to -6% (vs. prior +3% to +5%) implies 2H revenue up ~flat to +6% after allowing for FY2Q sales to be down -19% to -17%. We note that management's outlook allows for **tighter inventory management in Asia travel retail (given reduced traffic as a result of COVID-19 restrictions) as well as by retailers in the U.S.** (p. 1)<br><br>FY23 EPS is expected to be $5.25-$5.40 (down from $7.39-$7.54 prior; DBe: $7.21/Street: $7.45, **now reflecting a -$0.44 headwind from FX (-$0.20 previously)**. (p. 2)<br><br>EL's FY2Q23 outlook:… Net sales declines of -19% to -17% (DBe: -7.5%/Street: -2.3%) driven by -11% to -9% decline in organic growth, **-1% from brand termination, and -7% from FX**. (p. 2) |

**Exhibit 5.A**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
## Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Evercore ISI | Destocking in Hainan to Weigh on 2Q Too. Clearing Event? | Stock reaction: Negative, as 1) **Covid restrictions in China have triggered significant retailer destocking –much greater than what L'Oréal indicated**; 2) **Estee seemingly assume gloom for the U.S./ Europe holidays and a weak China's "11.11" sales**... (p. 1) |
| 11/2/22 | Evercore ISI | An Air-Pocket: Retail Sales Better, but Retailers Destock in the U.S., China | An air-pocket: Retail sales better, but **retailers destock in the U.S.**... (p. 1)<br><br>[T]he new guidance calls for **retail destocking to extend and widen into the Dec quarter... given holiday shopping in the U.S. & Europe, and China's Singles' Day.** (p. 1)<br><br>**Retailers everywhere brace for a potential recession; hence their destocking ahead of the holidays** —which accounted for 36% of Estee's profits in C2019. (p. 1)<br><br>Most discussion in the call focused on China's Hainan, where Estee's shipments fell 9% (EL 10Q)… Duty-frees constitute Estee's most profitable channel, but are **vulnerable to shocks —9/11, the Great Recession and Covid 2020 and Covid 2022**. Just to round up China, Estee estimates its retail sales to be up MSD… but failed to quantify shipments to retailers, that we estimate down 15%, based on the [Form] 10Q.… The risk strikes us more about **China's underlying demand as lockdowns keep compounding macro pressures**. (p. 1) |
| 11/2/22 | J.P. Morgan | Beat FQ123 but Deeply Cut FY23 Guidance and Introduced a Weak F2Q | More importantly, management deeply cut its FY23 guidance and introduced an outlook for FQ2 (most important quarter of the year) that missed both our estimates and consensus. The company now anticipates total sales decline between -8% and -6% (from +3 to +5% before and vs. JPMe +0.8% and Bloomberg Consensus +2.2% heading into the print), including **more adverse FX, termination of licenses, and Russia/Ukraine exit**. (p. 1) |
| 11/2/22 | Jefferies | Initial Take: FY Guidance Slashed for Cont. Disruption in China and TR | Though performance varied greatly by category, declines were more consistent from a regional perspective.... [B]y Region, Americas, APAC and EMEA performance was more consistent at -7% to -6%. Regional Op Inc reflect **inflation and supply chain pressures**, with the Americas -51%, -28% in EMEA, -6% in APAC. (p. 1)<br><br>Regions: **Americas $1.12B -7% LFL was below consensus estimates of $1.19B, driven by tough comps of early holiday spend in 3Q21. EMEA $1.68B -6% LFL incl. Russia**... , but came in ahead of estimates at $1.48B. APAC $1.13B -7% LFL, with the region missing estimates by -12% at $1.29B. (p. 1)<br><br>Q2 Guidance Well Below Ests; FY23 Outlook Lowered Materially: FY23 outlook was reduced well below expectations for a LSD ppt topline cut. **Lockdowns in China... are expected to weigh heavily on the balance of FY23**, gradually improving in 2H. FY Guidance now calls for reported sales declines of -8% to -6% (3% to 5% growth prior), **reflecting negative impact of FX (-8%), DKNY license (-1%) & restructuring (-1%)** resulting in LFL sales growth forecast of 0-2% (7-9% prior) vs. models at 7%. (p. 1) |
| 11/2/22 | Jefferies | Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $230 | As expected, EL reset FY expectations to reflect a **more elongated recovery in China... Lockdown policies are still in effect, traffic rebound esp in Hainan taking longer, and inventory rationalization needed in Hainan due to traffic -DD.** (p. 1)<br><br>FY Adj-EPS guide of $5.25-$5.40 includes **-$0.44 impact from FX**. 2Q23 guide calls for organic sales declines of -11% to -9%, and Adj-EPS of $1.19-$1.29 vs. estimates at $2.80. We agree with the directional guide... **Historically during times of slower economic growth**, spending skews toward trade down vs. spend up and prestige underperforms mass. (p. 1)<br><br>FY23 reported sales growth of -6-8% incl.: **1) Covid impact on Asia and TR deliver tourism below retailer expectations, driving lower inventories**...; **2) US retailers tightening inventories; 3) Currency impact on margins driven by strong USD**... (p. 1) |
| 11/2/22 | Morgan Stanley | Quick Comment: Q1 Beat, but Far Below Consensus FY23 Guide-Down | EL's stock should be down significantly post a large negative revision to FY23 guidance and far below consensus Q2 guidance, which was driven per EL press release remarks **primarily by weaker China (and Hainan) trends with COVID restrictions**,... **some US retailer inventory tightening, and unfavorable FX, and we assume some impact from weaker macros globally with EL noting trends weakened towards the end of fiscal Q1**. We had expected downside, as did the market, but clearly the magnitude is far above expectations, although does look conservative at first blush. (p. 1) |

**Exhibit 5.A**

## The Estée Lauder Companies Inc.
### Select Commentary from Analysts on Potential Confounding News
Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | Morningstar Equity Research | Share Weakness Presents Buying Opportunity for Wide-Moat Estee Lauder as Long-Term Trends Intact | The lowered guidance (sales down 6%-8% from 3%-5% growth previously and adjusted EPS to $5.25-$5.40 from $7.39-$7.54) is driven by three factors: **weak travel retail in Hainan because of COVID-19-related restrictions, cautious holiday ordering by U.S. department stores given economic concerns, and currency headwinds**. (p. 1)<br><br>First-quarter sales fell 10%, driven by a 5% drop in organic sales due to the headwinds cited above, **a 4% hit from currency, and a 1% drop from the termination of some designer brand licenses**. The gross margin fell 190 basis points to 74.0% as **price increases were more than offset by inflationary pressure, primarily in transportation, wages, and media**, which has begun to ease. (p. 1) |
| 11/2/22 | Oppenheimer | Quick Read: A Much Deeper Guide-Down than Expected | Earlier this morning, EL reported Q1'23 results essentially in line with expectations, but sharply lowered full year guidance. For FY23 (June 2023), EL now projects adjusted EPS of $5.25-5.40 vs. our recently lowered forecast as we previewed here of $6.50 and a Street figure of $7.35. **This reflects... the tightening of inventory in the US**..., **a much larger FX impact (translation and transaction), and a higher tax rate**. (p. 1) |
| 11/2/22 | Piper Sandler | FQ1: Outlook Falls Short Again, but We're Keeping Our Focus Beyond Near Term | Today's results proved that while prestige beauty has shown relative resiliency, no one is immune, and **the delayed reaction to inflation and macro that we've been expecting for the category is here**.... **Fx... are adding to the near term headwinds**. (p. 1)<br><br>Near term, our comfort level around the relative resiliency of the beauty, and particularly prestige beauty, category is moderating as **the delayed reaction to macro and inflation for the category looks to have arrived** (supported by today's results). (p, 1)<br><br>**Fx will likely continue to be an overhang, and while management doesn't seem to be too concerned about the outlook for Europe, we're cautious given current macro state**... (p. 1) |
| 11/2/22 | Raymond James | Guidance Cut Sharper than Expected; China Shatters | While we had anticipated an outlook cut due to **the impact of COVID-related lockdowns on China and travel retail**, today's guide reset was significantly larger than we had anticipated. F1Q EPS actually beat expectations on better margins, but **the continued pressures of COVID plus macros/inventory drawdown in the U.S.** will weigh more substantially on 2Q and rest of year results. EL shares are expected to be down… Importantly, **the vast majority of the weaker year is attributable to lack of mobility in Asia**... (p. 1)<br><br>The sales decline was **largely due to China lockdowns and the impact on travel, particularly in Hainan**... (p. 1)<br><br>**U.S. sales growth were negatively impacted by inventory tightening and lapping a sales pull-forward in the year-ago period as retailers ordered earlier for holiday.** (p. 1)<br><br>FY23 outlook cut to organic sales flat to +2%, EPS $5.25-$5.40… **Ongoing inventory tightening in... U.S.**… (p. 1) |

**Exhibit 5.A**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/22 | RBC Capital Markets | Quick Take on Earnings | While our long-term position on EL remains unchanged, the quarter's result and guide reflects the **intense impacts from the ongoing pandemic on the business in China and retailer inventory management in the West**. The FY'23 organic sales guide-down from +7-9% to +0-2% is immense in magnitude, with F2Q guidance of -HSD to -LDD is meaningfully below current consensus estimates of +4%, **driven by the ongoing COVID situation in China and lack of near-term visibility into an exit plan from the current zero-COVID paradigm therein**. (p. 1)<br><br>By segment, APAC came in at -7%, about in line with consensus estimates of -6.9% and worse than our estimate of -5%, **driven by ongoing COVID restrictions in ML China** somewhat offset by the rest of Asia opening. The EMEA segment declined 5% better than our/cons. estimates of -11%/-8%, **driven by a prolonged closure of Hainan impacting travel retail sales (housed in the EMEA segment)** which declined DD.... Americas organic sales declined 3% vs. our/cons. estimates of 0%/+1%, **reflecting YAG tough comps that included a pull-forward to holiday ordering at retail, as well as tighter inventory management at retail**. (p. 1)<br><br>While we expected continued prudence from EL on forward guidance, the guide-down is significant. We think **this reflects the lack of visibility into China's plans to exit the zero-COVID policy**, especially after the party congress in mid-October where the **government strongly defended the policy** rather than showing signs of backing away from it. (p. 1)<br><br>EL's guidance embeds assumptions for **ongoing COVID disruptions and consequent inventory tightening in both ML China and Hainan, as well as retailer inventory tightening in the US. Its H2 guide assumes sequential improvement with restrictions being lifted and travel resuming in Hainan**. (p. 1) |
| 11/2/22 | Telsey Advisory Group | EL 1QF23 First Take: EPS Beats but Outlook Moderated on Pressures in China, US Inventory Tightening, and FX | By category, skincare, down 11% in constant currency, **continued to be the most impacted from China's COVID restrictions**. (p. 1)<br><br>Reduced FY23 outlook given **tighter inventory management across... the US, as well as a stronger US dollar. With... more cautious ordering from US wholesale customers, and a strengthening US dollar**, EL took a more cautious approach to its FY23 (ended June) outlook. (p. 1)<br><br>Skin care was down 14.1% YoY reported and 11% at constant currency, vs. down 21% YoY last quarter (down 18% at constant currency). The category was up against a 36% constant currency growth rate in 1QF22. **The decline in the quarter primarily reflects COVID-related disruptions in China**... Makeup (26.7% of 1QF23 sales) constant currency sales were down 6% in the first quarter, as compared to last quarter's 7% constant currency growth and last year's 18% constant currency growth. **The decline in the quarter largely reflects ongoing COVID-related disruptions impacting travel in Hainan and Mainland China**, offset by overall strength in beauty and the rise of occasion-based events. (p. 3) |
| 11/2/22 | UBS | 1Q In-Line, but FX and Restrictions Drag FY23 Guide Lower | Against that backdrop, the quarter played out largely as planned, but the magnitude of negative revision outlined this morning is far greater than even some of the more bearish outcomes we heard from investors. **FX was certainly a large driver of the revision**, but EL also lowered their organic sales outlook to +0-2% (from +7-9% previously...). (p. 1)<br><br>Included in the company's underlying outlook is the **transactional FX component of travel retail, which is a -2% drag on the top line and a -10% drag on the bottom line (-6% previously)**. (p. 1) |
| 11/2/22 | Wells Fargo | EL: FQ123 First Take—Quarter in Line, but It's All About This Reset | Reported net sales are expected to decrease -8% to -6% (was +3-5%), reflecting... **FX -6% (was FX -4%), another -2% due to 'certain foreign currency transactions in key international travel retail locations' (was -1%), and -1% (unchanged) from the termination of designer fragrance licenses.... FX transaction in the TR business (as noted above) is now a -10% impact to EPS (was -6%).** (p. 1)<br><br>FQ223 EPS guided $1.19-1.29 vs. Street $2.84. Organic sales are seen -11% to -9% vs Street +4.5%, with reported sales down -19% to -17% (... **FX translation -7%, unfavorable FX transactions in int'l TR -2%, termination of designer fragrance**). (p. 1) |

**Exhibit 5.A**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/3/22 | Bank of America | Immobilized in China | EL's 1Q23 EPS outperformance was overshadowed by management's meaningful downward guidance revision for FY23, suggesting... **a protracted recovery in the important domestic China..., with Zero Covid policies still a... persistent overhang**. (p. 1)<br><br>Estimate reductions are being **driven by reduced expectation for China/Hainan as mobility is recovering slower than expected and widespread trade inventory reductions in China [and] U.S. coincide with increased inflation and currency translation drag**. (p. 1)<br><br>Key considerations looking forward... **4) The U.S. is seeing retail inventory destocking from 1Q impact 2Q as well; 5) Inflation labor and supply chain/transportation pressures continue to expect to offset inflation with price increases.** (p. 1) |
| 11/3/22 | Barclays | Perfect Storm | What to do with the stock: Though **Estee Lauder's near-term results will be pressured by retailer destocking in the U.S.... and the stronger U.S. dollar**, we have to think in a year from now we'll look back at the stock below $200 and say that was the right time to buy EL shares, particularly for those with a long-term investment horizon. (p. 3)<br><br>By contrast, we are less comfortable assuming strong trends in Western European markets, ex. Travel Retail, continue – particularly given **looming recessionary fears.** (p. 3)<br><br>In mainland China, we're modeling sales down -4% in F2Q23 and accelerating to ~20% in F2H23 (on a two-year stack we're modeling similar trends in F1H23 vs. F2H23), such that we assume the full year grows ~7%, slightly below the double-digit expectation discussed in August, albeit we believe still strong given **the underlying dynamics in the market related to COVID-19 policy.** (p. 3) |
| 11/3/22 | DA Davidson | Guidance Cut Due to Channel Inventory Reductions and FX | Global travel retail sales, which carry high margins, were down double-digits. **The decline was driven by the ongoing travel restrictions in China, particularly in Hainan. Stores there were closed for most of the quarter, and traffic has been slow to return, resulting in lower shipments.** (p. 1)<br><br>Asia Pacific sales in CC were -7% (-15% exp.), due to **the ongoing COVID restrictions impacting brick-and mortar sales in China and travel retail in Korea.** (p. 1)<br><br>There were three key reasons for the guidance reduction:... **(2) inventory reductions by some U.S. retailers; and (3) more negative FX.** (p. 1) |
| 11/3/22 | Deutsche Bank | Beauty and the Beast | As anticipated yesterday morning, EL's stock took a hit -8.0% (vs. S&P -2.5% yesterday) primarily due to a full-year guidance cut – i.e., FY23 EPS now expected to be $5.25-$5.40 (down from $7.39-$7.54), reflecting a lower all-in top-line outlook of -8% to -6% growth (+3%-5% prior) and an operating margin decline of ~-360 bps (to ~16.1%). The culprits (beyond a higher tax rate impact of ~-$0.15)? First, a more challenging backdrop in Hainan/China given **the slower pace of demand/traffic recovery** and contracting inventories. Second, **similarly contracting inventories in US retail (primarily department sores), as retailers take preparedness steps ahead of a potential recession** (while contending with more clearly elevated inventories in categories outside beauty). Finally, **the stronger USD, which is forcing EL to absorb incremental foreign exchange headwinds (now -$0.44 vs. -$0.20 previously)**. (p. 1) |

**Exhibit 5.A**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/3/22 | J.P. Morgan | Bull Case Requires Investor Patience but EL Deserves the Benefit of the Doubt, in Our View | While EL beat FQ1, management cut FY23 guide mainly driven by what management called "temporary" weakness in the upcoming FQ2 as **lockdowns continue to impact Chinese travel and consumption in Mainland China, along with... destocking by some U.S customers (likely Department stores) and adverse FX.** (p. 1)<br><br>We think the **biggest disappointment came from the weak results in the U.S. and new commentary about retail destocking** (decelerating traffic in Dept **stores** while specialty retailers and DTC continue to gain share). (p. 1)<br><br>That said, we think that the **hockey stick recovery embedded into FQ4 (still assuming Hainan traffic below historical levels) and limited visibility into China reopening will likely lead EL shares to trade sideways** until February 2nd '23 when we will hear management talk about FQ3 and FQ4. (p. 1)<br><br>Q1 performance was mainly impacted by the **lack of resumption in travel to Hainan stemming from the prolonged COVID-19 restrictions resulting in stricter retailer inventory management in the region couples with tighter retail inventory management in the U.S. as well, in addition to the already anticipated headwind from holiday retailer inventory pull- back in the prior year, as well as the much stronger USD as compared to the initial guidance.** (p. 3)<br><br>We note that management's guidance is predicated on uncontrollable factors related to **the level of COVID-19 related restrictions in the region that would directly impact travel to Hainan**. For context, Travel Retail (booked inside EMEA division) makes up about 27% of total company sales of which Hainan represents a large portion. (p. 4) |
| 11/3/22 | Morgan Stanley | Q1 Follow-Up: FY23 Challenges; FY24 Recovery | EL posted a slight Q1 beat, but **FY guidance was lowered significantly on lingering COVID issues in China**, **incremental unfavorable FX**, as well as **retailer inventory cuts in... US**. (p. 1)<br><br>EL attributed lower guidance more to transitory factors, including **weaker China (chiefly Hainan) trends with COVID restrictions,... some US retailer inventory cuts, and unfavorable FX (an exogenous factor)…** (p. 1)<br><br>In terms of where fiscal Q1 came in vs EL expectations in order to help judge forward guidance, **Hainan results were weaker than expected with less travel on COVID restrictions, and US retailer inventory levels were cut even more than EL anticipated... To put Hainan weakness in perspective, EL indicated traffic from January/February was -80% after the first lockdown in the spring, and then in July recovered to -30%, but in contrast to EL's fiscal Q1 expectation for improvement, dropped off to -70% in October as greater COVID restrictions ramped up.** (p. 2) |
| 11/3/22 | Raymond James | Can't Make Up for Lockdowns, but Near the Bottom | In our view, the F2Q EPS guide seems startlingly conservative, but **clearly China's COVID policy is impacting the outlook**. (p. 1)<br><br>The worst of the pain should be in F2Q, and we lower our EPS estimate to $1.27, with sales -11% y/y organic and -19% all in. **This reflects limited consumer mobility in China**... (p. 1)<br><br>Gross margin declined 440 bp y/y to 74.0% benefiting from the 5.5% y/y price increase although **inflationary pressure... more than offset this benefit**. EPS was $1.37 vs RJe and consensus of $1.30 despite **EL's U.S. business lapping a sales pull-forward as retailers prepared for holiday, a ~6pt y/y headwind to sales, mobility constraints in China and Hainan, and negative impacts from FX and license terminations, which were a -4% and -3% y/y impact, respectively, to EPS**. (p. 2) |

**Exhibit 5.A**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 11/3/22 | RBC Capital Markets | EPS Aftermath - Zero-COVID a Fly in the Ointment | While EL delivered quarterly results about in line with expectations, the magnitude of the guide down was significantly worse. We think EL is making the right decision to continue investing in their brands through it all, but **China's zero-COVID policy, and lack of visibility into an exit plan from it, is a looming overhang dragging results in the near-term.** (p. 1) <br><br> 1) Americas miss and retailer dynamics. **Americas missed expectations at -3% vs. our/cons. estimates of +0-1%. Management noted tightening inventory dynamics at certain retailers affecting the quarter as well as in F2Q.** 2) APAC organic growth of -7% was in line with consensus estimates, the forward guide for the region was materially negative. **Management noted the Hainan lockdowns lasted longer than they expected, and the return of traffic has been slower than expected, leaving key retailers with inventory they will need to sell through--driving a highly negative F2Q guide.** (p. 1) <br><br> EL materially lowered guidance with F2Q organic sales expected to be -9-11% (vs. +4% cons.) and FY23 guidance of +0-2% vs. +7-9% prior, driven by aforementioned retailer inventory dynamics, and **impacts of zero-COVID policies in China**.... **[W]e have yet to see meaningful messaging or evidence that China plans to back off the zero-COVID policy (which they defended at the party congress) in H1'CY23**. We see the **upcoming winter and contagious subvariants, as well as possible recessions in US and Europe, as likely to continue weighing on results and the stock in the near-term**--though our long-term thesis remains unchanged. As such, our estimates are on the lower end of EL's guide with 0% FY'23 organic growth and -11% organic growth for F2Q... (p. 1) |
| 11/3/22 | Telsey Advisory Group | EL 1QF23 Follow-Up: China COVID Restrictions Take a Bite Out of Earnings, but We Still See Secular Growth | EL reported better-than-expected EPS for the quarter with sales coming in line with expectations despite **continued restrictions in China...**, on top of inflation, geopolitical tensions, and supply chain challenges. However, the annual outlook was moderated significantly **primarily due to the impact of COVID restrictions in China**, in our view. (p. 1) <br><br> **EL remains impacted by inflation within its supply chain and the macro environment.** The company noted that a **meaningful portion of inflation within its supply chain reflects elevated transport costs. There is also the impact of wage inflation**, while advertising rates and media inflation have notably subsided.... However, **due to the further strengthening of the US dollar and associated currency implications, EL is considering taking additional price increases in certain markets during the January-February time period** (already incorporated into management's prior guidance). (p. 1) <br><br> As the US dollar has further strengthened against key currencies, the company forecasts FX to meaningfully impact second quarter and full year results.... EL also noted that **FX is expected to be dilutive to reported sales by 6 pts with an additional 2 pts of impact from transactions in key travel retail locations for the full year**. (p. 2) <br><br> **Based on the tightening of inventory across the US... and COVID-related disruptions in China, particularly in Hainan, we are lowering our estimates for the full year**. We now look for FY23 sales to decline 6.7% YoY to $16.56B, vs. our prior estimate of $17.93B, up 1.1% YoY and compared to the prior consensus of $18.15B (up 2.3% YoY). (p. 2) |
| 11/3/22 | UBS | FX and Lockdowns Take Their Toll with Visibility on Earnings Recovery Limited; Stay Neutral | From our conversations with investors, most seem to believe that FY23 is now de-risked given that **guidance embeds... meaningful FX headwinds.... [and] many factors outside of EL's control (FX, cost pressures, lockdowns, etc.).** (p. 1) <br><br> While Domestic China trends improved seq. from 4Q, down -HSD%, **restrictions continue to severely hamper traffic in Hainan (traffic down -70%). The company now assumes a gradual improvement in mobility in F3Q and that even exiting 4Q, Hainan will not be fully restored to pre-pandemic levels**. (p. 1) <br><br> We are updating our estimates to reflect **(1) increased FX headwinds to the business in light of translational and transaction impacts of the USD strength, (2) a more prolonged traffic reduction in Hainan associated with continued lockdowns, and (3) ongoing cost pressures... headwinds associated with lockdowns impacting profitability**. (p. 2) |

**Exhibit 5.A**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the November 2, 2022 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/3/22 | Wells Fargo | EL: Calling Estée, Seeking Normal | [W]e're now assuming FY24 EPS $6.65, ~75c below prior expectations (for FY23)... and **only modest growth in Domestic China FY24/FY25**. (p. 1)<br><br>EL cut its organic sales guidance by 700bps at the midpoint (+7-9% to flat to +2%). The key driver was Travel Retail: previously, EL's plan was for +DD growth in TR; now for a slight decline. If we assume prior plan was +15% and now it's -5% (and FY22 TR was 27% of total EL sales), that implies TR went from +4pts to sales to -1.5pts; i.e., -5.5pts to growth. The residual 1.5pts likely falls into **Americas with retailers managing inventory tighter (Domestic China was fine in FQ1, down single digits)**. For EPS, **FX got about -$0.50/shr worse (translation + transaction)**, revenue got $1.2bn worse on TR implying -$0.50/shr (not moving margins), with the remaining -$1.00/shr in margins... (p. 1)<br><br>Meanwhile, **Americas delivery (even adjusting out a 6pt headwind from overshipment in the base ahead of holiday last year) belies US industry data which is better, read-throughs would suggest some trade down is happening in US beauty right now** (look at public peer results), and **EL is losing share** (less problematic if China is growing, but obviously a 'breadth of growth' issue when China is not). (p. 1) |
| 11/4/22 | Berenberg | Insufficient Visibility; Down to Hold | All three regions reported a yoy decline in organic sales. In the Americas, sales declined by 3%, EMEA sales declined 5% and in Asia-Pacific revenues were down by 7%. **The company's sales performance was negatively affected by COVID-19 restrictions in China, lower tourism in Hainan and retailer destocking in the US**. (p. 1)<br><br>We cut our FY 2023 and 2024 EPS forecasts by 28% and 31% respectively to reflect **the headwinds the business is currently facing, in particular retailer destocking in the US..., the ongoing headwinds from COVID-19 restrictions in China and increased investments on distribution** (supporting increased consumer reach and new market entry) **as well as a higher tax rate of 25%**. (p. 1)<br><br>However, in the short term, its business model has proved much more susceptible to disruption and shifts in consumer shopping habits, and considering **the ongoing COVID-19-related restrictions in China, geopolitical tensions and weakening macro across its key markets, we cannot rule out further volatility**. (p. 1) |
| 11/4/22 | Morningstar Equity Research | China's COVID-19 Policy Causing Near-Term Headwinds for Estee Lauder, but Long-Term Growth Intact | **Even prior to COVID-19**, Estee had been struggling with **its large exposure to global department stores as the channel faces declining traffic from consumers shifting their purchases to other outlets**. (p. 1)<br><br>Estee Lauder will remain rather **heavily exposed to department stores, which are facing persistent declines in traffic**.... Given Estee's exposure to only the higher-price prestige beauty market, **the firm is more vulnerable to revenue weakness in light of global economic softness stemming from the pandemic**.... **Periodic outbreaks of COVID-19 may disrupt demand for Estee's products (makeup in particular) and impair the firm's ability to deliver its goods**. (p. 2)<br><br>After reviewing Estee Lauder's first-quarter results, we're modestly lowering our fair value estimate to $273 from $278, as we reduce our fiscal 2023 sales estimate to a 5.6% drop from 5.5% growth previously. Our organic sales estimate falls to 1% growth from 9% prior, **given COVID-19-related restrictions in China and cautious holiday orders from U.S. department stores due to economic uncertainty. Furhter [sic], as currency headwinds have intensified, we now expect a 5% currency hit to sales in fiscal 2023 from a 2.6% headwind previously**. (p. 2) |
| 11/7/22 | Credit Suisse | Notes from the Road: Key Takes from Our Meetings with Estee Lauder's CEO | **FX pressure** is in EL's most profitable markets (China/Japan/Korea/Euro). **China stores have 5-10x the productivity of stores in the West (making Shanghai lockdowns more painful).** (p. 1)<br><br>**[E]xogenous pressures like FX change the profitability of some international businesses in the near-term...** (p. 2) |

Source:  *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on November 2, 2022.
[2] Emphasis in original text removed.  Bold text indicates commentary on potential confounding news.

**Exhibit 5.B**

**The Estée Lauder Companies Inc.**
**Select Commentary from Analysts on Potential Confounding News**
Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Barclays | F2Q23 First Impressions | More specific to the quarter, organic sales were in-line with our estimates across the Americas and EMEA while **Asia/Pac fell short, we think largely driven by policy changes in South Korea that had an impact on end market demand**. (p. 1)<br><br>Net Sales:... "Underlying organic sales growth" – i.e., excluding **FX transaction: -1% to +1% (from +2-4% previously)**... **Tax rate 25.5% (vs. 25% previously)** (p. 2)<br><br>F3Q23... **Currency translation reduces EPS by ~$0.04/sh and sales by 3%**... **Currency transaction reduces EPS by ~1%** (p. 2) |
| 2/2/23 | Canaccord Genuity | The Rabbit Did Not Catch the Tortoise in China, and Inventory Destocking in NA Drives Lower Guide; PT to $261 | [D]ue to... **lower-than-anticipated restocking in the US, and FX headwinds**, management expects 3Q to be down -14% to -12% while 4Q is now implied to see +high-teens growth to meet the full-year guide of sales down -7% to -5%. **We are cautious on the updated guide as it relies on... normalization of U.S. restocking.** While we expect sales to improve sequentially into 2023 in China/travel and provide EL a boost, it may take longer than expected to return to robust sales seen pre-COVID. Additionally, while prestige beauty continues to see solid sales in the U.S., according to NPD data **the growth slowed in calendar 4Q22 from the robust mid-to-high teens earlier in 2022, and continued macro pressures could slow prestige sales further**.... We remain on the sidelines with EL until we see more positive trends related to China/travel and **an inflection in US replenishments.** (p. 1)<br><br>**China likely to take longer to rebound. 2Q (Dec-end) performance saw China heavily impacted as the country faced a surge in Omicron cases leading to rolling shutdowns in major cities. Fears of government-related measures for catching COVID also heavily impacted store traffic and spending habits. This led to China coming in weaker than expected.** China officially re-opened January 8, and Chinese tourists are now mostly able to travel the world again, with some COVID-testing-related barriers and usual visa requirements. **Inventory levels in the country remain high due to the depressed demand seen in 2022 and will take time to work through.** (p. 1)<br><br>Expect a weak 3Q as challenges persist. Management guided 3Q sales to be down -14% to -12% vs. the Street previously estimating sales down -1.7%. Adj. EPS are expected to be $0.37-$0.47, significantly lower than the Street at $1.78.... **We believe that prestige is slowing in the US too based on recent NPD data showing a sequential slowdown in sales. Management also called out slowing restocks in the US market, and we do not believe demand has improved in 3Q.** (p. 1)<br><br>Management lowered their full-year guidance with sales expected to be down -7% to -5% vs. the Street at -5.5%. Due to sales deleverage and **continued inflationary pressures**, adj. EPS is expected to be $4.87-$5.02 vs. the Street previously at $5.44. 3Q's sales are expected to be down -14% to -12%, lower than the Street's estimate of -1.7%. (p. 2) |
| 2/2/23 | Credit Suisse | F2Q EPS Beat but Guidance Lowered; China Recovery Shifts Out | After lowering FY guidance on the F1Q call for **slower US wholesale shipments, monthly POS trends in the US improved, but at a slower pace than even EL's reduced guidance-- causing slower replenishment**. (p. 1) |

**Exhibit 5.B**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Credit Suisse | Read-X: Estee Lauder's (EL) Q223 Results (Cal. Q422) | A miss on organic sales growth for EL in the quarter, driven by EMEA on a regional view (Asia travel retail) and skin care on a category view (... **weak mainland China trends, lower replenishment orders in the US**). (p. 1) |
| | | | [B]y region, Asia Pacific posted an organic sales decline of -7%, above VA consensus of -12%, owing to **pandemic-related impacts affecting brick and mortar sales in Greater China and travel retail in Korea** (there was a strong recovery in Japan, Australia, Malaysia and the Philippines). EMEA organic sales declined -17%, well below vs. VA consensus of -10%, primarily due to **Asia travel retail due to the pandemic** (global travel retail net sales decreased double digits, but grew in EMEA and The Americas). Americas' organic sales declined -3%, above VA cons. of -8%, driven by **lower replenishment orders in the US** (primarily in skincare, while fragrancies and make-up sales grew). By category, organic sales in skincare declined -20%, below VA cons. -17%, driven by **pandemic impacts including tightening of inventory by certain retailers in Asia travel retail, limited retail traffic in mainland China and lower replenishment orders in the US**. Organic sales in make-up [sic] fell -3%, ahead of cons. -9%, driven by **pandemic impacts which affected Asia travel and mainland China** (partially offset by increased usage occasions in other markets). (p. 1) |
| | | | FY23 guidance was reduced primarily due to **high inventory levels in Hainan (travel disruptions and staffing issues in Nov & Dec) and the recently-announced potential roll-back of pandemic-related supportive measures in Korea duty free, Q323 growth in China is expected to be "variable due" to the high number of COVID cases**.... (p. 1) |
| | | | **EL continued to lose share in North America** (though the company is making progress: +2% overall sales growth in the quarter, +6% to +7% in December)... (p. 2) |
| 2/2/23 | Deutsche Bank | 4Q+ More Important than 2Q/3Q | All-in, we now model FY23 consistent with management's updated outlook. Specifically, our estimates embed all-in FY23 revenue growth of -6.2% (down from -4.2% and essentially at the mid-point of -7% to -5% guidance, including **-4% FX headwinds**), and local currency sales growth of -2.6% (down from +0.1%). (p. 2) |
| 2/2/23 | Deutsche Bank | Quick Take - EL's FY2Q23 Results | EL noted **monthly retail trends in the US were held back by slower-than-anticipated replenishment orders**. (p. 1) |
| | | | -7% to -5% net sales decline (-8%-6% prior) vs. DBe: -4.2%/Street: -5.7%, reflecting organic growth of -2% to flat (flat to +2% previously); **a -1% impact from the termination of the Company's license agreements for the Donna Karan New York, DKNY, Michael Kors, Tommy Hilfiger and Ermenegildo Zegna product lines effective June 30, 2022**. (p. 2) |
| | | | EL's FY3Q23 outlook:... Net sales declines of -14% to -12% (DBe: -0.6%/Street: -1.8%) driven by -10% to -8% decline in organic growth, **-1% from brand termination, and -3% from FX**. (p. 2) |
| 2/2/23 | Evercore ISI | EPS Upside, Sales In-Line. China Reopening Delayed to 4Q. Weak U.S. Is a Concern | **China reopening delayed to 4Q. Weak U.S.** is a concern (p. 1) |
| | | | To us **the concern is/ shortfall lies in the U.S., where sales fell 3% and the firm could be losing market share despite promos on legacy brands Estee Lauder and Clinique, a negative trend we flagged/ researched through channel checks over the holidays**. (p. 1) |
| | | | F23 outlook lowered to reflect **a revised assumption for China's reopening delayed and benefiting 4Q, not 3Q**; this assumption solves for 3Q sales declining 8-10% v. consensus looking for flat. 3Q EPS of $0.37-0.47, well below consensus of $1.78. (p. 1) |
| | | | Stock reaction: Negative, as 1) **the benefit from China's reopening delayed to 4Q** and 2) **Weak holidays in the U.S., despite intense promotions and suggesting market share losses**. (p. 1) |
| | | | EPS of $1.54 v. consensus $1.29/ guidance of $1.19-1.29... Americas at (3)% v. consensus flat — **the lack of profitability of the U.S. will again be a focus**.... (p. 1) |

**Exhibit 5.B**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Evercore ISI | A Call on China. Share Gains Encouraging | **Covid's disruptions in China –first impediments logistics, then to travel to Hainan and, a surge in cases these past two months— created a substantial void in profits**, which conceptually could and should reverse by 4Q, the virus permitting. (p. 1)<br><br>And **the U.S. represents the flip side, as Estee is losing share**: U.S. retail sales in NPD tracked channels of 2% lagged substantially a healthy market (up 12%); this represents a step back from an improvement 12-18 months ago, which included benefits from large acquisitions (Too Faced, The Ordinary) and heavy reinvestment into MAC. Reverting these losses in December likely involved heavy promotions on Estee Lauder and Clinique, those "doorbusters" we flagged throughout December at Macy's and EL's own DTC online. **The fact that Estee under-indexes to fragrances and haircare, the fastest growing categories (page 5), compounds this negative momentum.** Going forward, the bet is on innovation gaining traction with U.S. consumers. But "fixing" the U.S. will likely require acquisitions, as these multi-category brands —Estee Lauder and Clinique— don't work as effectively within specialty stores, merchandized by category and where niche brands are "the events" driving traffic to Sephora and Ulta stores. (p. 1) |
| 2/2/23 | J.P. Morgan | Beat F2Q but Lowered 2H Guidance with Slow Travel Retail Recovery. Sales Inflection Moved to FQ4 | Skin care was down -20% driven by **the continued COVID-related impacts, retailer inventory tightening from lower travel in Asia and limited retail traffic in mainland China as well as lower replenishment orders in the U.S.** Makeup was also down -3% reflecting **the COVID-related restrictions in Asia travel retail and mainland China** partially offset by makeup recovery in other markets. More importantly, given **the overall volatility in the Asia reopening**..., management cut its 2HFY23 outlook and introduced a guidance for FQ3 that missed both JPMe and consensus. (p. 1)<br><br>Expected Stock Reaction: Negative. While FQ2 came in better than anticipated, we expect investors to focus on the guidance cut. While investors typically understand that **the reopening trends in Asia have been volatile**... (p. 2) |
| 2/2/23 | Jefferies | Initial Take: Q2 EPS Beat; FY23 Guide Lowered, but Q4 Higher for China Recovery | FY23 guide revised for organic -2 to 0% (0 to +2% prior), rev -7 to -5% (-6-8% prior) vs. est -6%, and EPS $4.87- $5.02 vs. est $5.44. **Brand exits (1pt) and FX (5pts) are growth headwinds.** (p. 1)<br><br>Skincare $2.38B (52% of total) -20% LFL and -25% reported was below vs. estimates at $2.42B, impacted by **Covid-related challenges in China (TR inventory tightening & limited traffic)**.... Net sales were impacted by **discont. licenses (~9bps impact)**. Makeup $1.27B -3% LFL and -9% reported was above estimates at $1.16B. Regions: Americas $1.24B -6% LFL was above consensus estimates of $1.19B, driven by growth in makeup and fragrance, but offset by **lower replenishment orders in the US primarily impacting skincare**. (p. 1)<br><br>FY Guidance now calls for reported sales declines of -7% to -5%,... includes **headwind from loss of DKNY and other licenses (-1%)**, resulting in LFL sales growth forecast of -2% to flat, lower vs. flat to +2% prior vs. models at -5.5%. FY Adj-EPS guide of $4.87-$5.02 (from $5.25-$5.40) is below estimates at $5.44 & includes **-$0.29 impact from FX**. (p. 1) |
| 2/2/23 | Jefferies | Model Update: FY23 Growth Hinges on China & Travel Recovery; PT to $311 | **Hainan retailers are currently burdened with excess inventory on prolonged closures**, but inflection expected in Q4. (p. 1)<br><br>FY Adj-EPS guide of $4.87-$5.02 includes **-$0.29 impact from FX ($5.25-$5.40 prior)**.... (p. 1)<br><br>FY23 reported sales growth of -5-7% incl.: 1) **Hainan retailer elevated inventory from closures, and low traffic & staff levels Nov-Dec 22**; 2) **Moderate sales growth in China business, driven by heightened COVID cases & fewer socialization occasions**; 3) **Potential rollback of COVID-related supportive measures in Korea duty-free driving near-term transitory pressure to Korea duty-free retailer business.** (p. 1)<br><br>Though the business guidance continues to be muddied with... **COVID-challenges, an uncertain macro, and FX**, fundamentals remain strong. (p. 1) |
| 2/2/23 | Morgan Stanley | Quick Comment: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4 | Result are hard to judge at retail vs shipments with inventory changes and **COVID volatility**, but by reion [sic], Americas org sales declined -3% vs the -8% consensus, with **lower replenishment orders in the US, primarily in skin care**, partially offset by growth in fragrance and makeup.... EMEA org sales declined -17% vs the -10% consensus, driven primarily by **China Covid-impact on Travel Retail**. Global Travel Retail net sales declined DD on **reduced travel in Asia, particularly Hainan**, although Travel Retail grew in Europe, Middle East & Africa and The Americas.... Asia/Pacific net sales declined -7% vs the -12% consensus, with y/y decline driven by **a Covid-impact on brick-and-mortar retail in China and Dr.Jart+ travel retail in Korea**. (p. 2) |

**Exhibit 5.B**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Morgan Stanley | Q2 Follow-Up: Lower FY Guidance with Q3 Much Weaker than Expected, but a Sharp Above-Consensus Recovery Implied in Q4 | EL's stock was down -4.4% (vs a +1.5% S&P increase) with a FY23 EPS guide-down on much weaker than expected Q3 EPS guidance... Regarding Q3 guidance softness, EL indicated that **inventory levels in Hainan remain elevated due to COVID travel impacts and instore [sic] staffing limitations in late CY22, as well as expected Korea Duty Free pressure with potential rollbacks of COVID related supportive measures**. (pp. 1–2)<br><br>**EL lost share in NA** in FQ2... (p. 2)<br><br>For the FY, EL now expects organic net sales to be down -2% to flat (below Visible Alpha consensus of +0.9% and vs. flat to +2% prior EL guidance), with reported sales growth down -5% to -7% (-6% to -8% prior) vs. the -5.6% consensus. With topline downside, and **a slightly higher tax rate to 25.5% (25% prior)**.... (p. 2)<br><br>Results are hard to judge at retail vs shipments with inventory changes and **COVID volatility**, but by region, Americas organic sales declined -3% vs the -8% consensus, **with lower replenishment orders in the US, primarily in skin care**, partially offset by growth in fragrance and makeup.... EMEA organic sales declined -17% vs the -10% consensus, driven primarily by **China COVID-impacts on Travel Retail**. Global Travel Retail net sales declined DD on **reduced travel in Asia, particularly Hainan**, although Travel Retail grew in Europe, Middle East & Africa and The Americas.... Asia/Pacific net sales declined -7% vs the -12% consensus, with a YoY decline driven by **a COVID-impact on brick-and-mortar retail in China and Dr. Jart+ travel retail in Korea**. (pp. 2–3) |
| 2/2/23 | Morningstar Equity Research | Estee Lauder Continues to Feel the Impact of Slow Travel Retail Recovery; Shares Fully Valued | Wide-moat Estee Lauder's constant-currency sales dropped 11% in fiscal 2023's (December-ended) second quarter, falling short of our negative 9% estimate, as **reduced orders by retail partners in North America and coronavirus restrictions in China took a toll**. Skin care, especially, was affected, with constant-currency sales down 20%. **While the recent lifting of the restrictions should be positive, a recovery in travel retail in Hainan, South Korea, and other key markets will take time, affecting sales and profitability.** Indeed, Estee Lauder's fiscal 2023 net sales are expected to fall 5%-7% and, due to **unfavorable currency movement**..., its operating margin is expected to come in at about 15.1%, down roughly 460 basis points from last year and below our 16.3% forecast. Thus, the firm lowered its fiscal 2023 adjusted EPS guidance to a range of $4.87-$5.02 from $5.25-$5.40 previously, (p. 1)<br><br>**[T]he pandemic is presenting challenges for Estee and its peers**... (p. 2)<br><br>Despite its solid competitive standing, Estee isn't immune to headwinds. **Even prior to COVID-19**, Estee had been struggling with its **large exposure to global department stores as the channel faces declining traffic from consumers shifting their purchases to other outlets**.... (p. 2) |
| 2/2/23 | Raymond James | China Reopening Delay Driving Lowered Outlook; LT Intact | **China Reopening Delay** Driving Lowered Outlook (p. 1)<br><br>The FY outlook was cut considerably, now reflecting an expectation for **the China recovery to start in F4Q vs F3Q prior, which is likely to weigh on shares today as market enthusiasm for a return to growth has accelerated since lockdowns ended**. (p. 1)<br><br>F2Q results: [O]rganic sales -11% y/y vs our -10%e; EPS $1.54 beats RJe/consensus $1.30 EMEA and Asia-Pacific were the most challenged regions as **COVID-related lockdowns negatively impacted sales in Hainan and Greater China brick-and-mortar. Americas declined the least on an organic basis, -3% y/y, in line with the 1Q decline, as low reorders, particularly in Skin Care, hit sales**.... Organic sales... Skin Care -20% y/y on **lockdowns in China and low replenishment in the U.S.**, Makeup -3% on **China lockdowns**. (p. 1)<br><br>FY23 outlook cut to $4.87-$5.02 vs. $5.25-$5.40 prior on **delayed reopening EL cut its FY23 outlook with China lockdowns lasting longer than initially expected**. Key assumptions in 2H include: 1) **a shift in the recovery in China and Hainan from 3Q to 4Q**... (p. 1) |
| 2/2/23 | Raymond James | Like COVID, the Road to Recovery for EL Is Far from the Ordinary | EL's F2Q results and F3Q/FY23 outlook were mixed, with a slight sales miss but EPS beat in F2Q, a **guide materially below expectations for F3Q due to the delayed reopening of China,** then a material acceleration in F4Q on anticipation that demand will accelerate as China rebounds. (p.1)<br><br>For FY23, EL expects operating margin 15.1% reflecting... **FX headwinds**, and sustained investments, partly offset by price increases. (p. 1) |

**Exhibit 5.B**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/2/23 | Telsey Advisory Group | EL 2QF23 First Take: Q2 Top and Bottom Line Beat; FY23 Guide Lowered on Near-Term COVID Pressure in Asia | The disappointing third quarter guide comes from slower sell-in to Hainan as a result of the **COVID lockdown measures in the second quarter and a roll-back of COVID support measures in the Korea duty free channel,** offsetting the resumption of international travel by Chinese consumers. EL also commented that **US retail trends improved sequentially during the second quarter, but at a slower than expected pace resulting in lower replenishment orders, which we** believe could have come from the department store channel that saw choppier trends through December while managing inventory tightly for the **holiday season.** (p. 1)<br><br>The second half outlook reflects temporary **COVID lockdown impacts in China, which may have been a steeper and more impactful to the third quarter than expected,** but we see the guide as attainable. (p.1)<br><br>For the full year, EL now expects reported sales to decrease between (7%)-(5%) YoY, up from down (8%)-(6%) previously, reflecting... **an additional 100 bps of FX pressure from certain FX transactions in travel retail and a 100-bp impact from terminating license agreements for Donna Karan New York, DKNY, Michael Kors, Tommy Hilfiger, and Ermenegildo Zegna (effective June 30, 2022)**. (p. 2)<br><br>Skin care was down 25% YoY reported and 20% at constant currency in the second quarter, vs. down 14% YoY last quarter (down 11% at constant currency)... The decline in the quarter primarily reflects **COVID-related disruptions in China** and... **weak traffic in Mainland China.** (p. 3)<br><br>The Americas contracted 6% YoY in constant currency, as compared to the 7% decline reported last quarter. The decline in the quarter was a result of **lower replenishment orders in the United States, primarily in Skin Care,** somewhat offset by topline growth in Fragrance and Makeup. (p. 3) |
| 2/2/23 | Wells Fargo | EL: F2Q23 First Take—F2Q23 EPS Ahead but FY23 EPS Coming Down; Big Debate Will Be FQ4 Implied Ramp | Net sales -5% to -7% (was -6% to -8%), incl… -1% (unchanged) from the **termination of designer fragrance licenses**. (p. 1) |
| 2/3/23 | Argus Research | Analyst's Notes | Based on prospects for... **the impact of the war in Ukraine**, partly offset by the company's history of above-consensus earnings, we are lowering our FY23 EPS estimate to $6.00 from $7.00 and our FY24 estimate to $7.20 from $8.00. (p. 1)<br><br>By geographic region, reported sales in the Americas fell 5% to $1.24 billion, above the consensus estimate of $1.18 billion. The results reflected **fewer orders from U.S. retailers coping with excess inventories and weak demand**. (p. 2)<br><br>Asia/Pacific sales fell 17% to $1.57 billion, **primarily reflecting COVID restrictions in China**. (p. 2) |
| 2/3/23 | Bank of America | Items in Overhead Bin Have Shifted in Flight: Recovery Pushed to FY4Q23 | At 34% and 27% of FY22 sales mix, respectively, **China and Travel Retail continue to be dragged from lockdowns through 3Q, which disproportionately affect Estee's profitable Skincare business**.... Of course, **any delay in remobilization would likely incur obsolescence impacts on gross margin and further delay the rebalancing of inventories in the Travel channel**... (p. 1) |

**Exhibit 5.B**

**The Estée Lauder Companies Inc.**
**Select Commentary from Analysts on Potential Confounding News**
Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/3/23 | Barclays | Moving Parts | **Given foot traffic was still weak heading into the Lunar New Year holiday, we wouldn't expect to see a pick up in shipments until foot traffic normalizes post LNY in February**. As such, we now model sales in mainland China down -7% in F3Q23 (from +3% previously) and up +50% in F4Q23 (up from +30% previously). (p. 3)<br><br>Outside of China travel retail, a new dynamic has emerged in South Korea duty free (we estimate this is ~20% of EL's travel retail business, or ~5% of total company sales). **Specifically, the company expects to see "transitory" pressure due to the potential roll-back of COVID related government incentives.** In layman's terms what we believe this means is that the Korean government had incentives in place to spur domestic demand in duty free during the pandemic (e.g., allowing consumers to purchase product online from duty free stores among other measures), but **as these incentives are potentially eliminated or phased out, duty free operators will likely have a period of destocking to more closely match normalized consumption**. Once travel retail traffic in Korea begins to recover as Chinese consumers resume travel to the region, we believe duty free operators will resume an increase in orders, but **the timing and pace of resumption in travel is still a bit of a question mark**. We'd note, given **Estee Lauder has a disproportionate amount of its sales in the travel retail channel relative to its peers, dynamics like this in Korea,... have a much more material impact on total company sales performance.** (p. 3)<br><br>**Perhaps we'd gotten ahead of ourselves last year when we zoomed in on the "rebound" in Estee Lauder's U.S. business**, suggesting a return to growth at least in line with the prestige beauty would help insulate the company from volatility in China and Travel Retail... Since the time of our note, **the company's organic sales in the region fell short of our expectations three quarters in a row (F3Q22 through F1Q23)**. (p. 3) |
| 2/3/23 | Berenberg | All Eyes Now on the FY 2024 Recovery | The company's sales performance was once again **negatively affected by COVID-19 in China, where the high infection rates are limiting traffic in physical stores and travel retail. Retailer destocking in the US also remained a drag** in the quarter. (p. 1) |
| 2/3/23 | DA Davidson | Growth Recovery Pushed Out One Quarter; Raising PT to $308 | BUY-rated EL reported a F2Q23 beat, but reduced FY23 EPS guidance by 7% because resumption of growth is now expected in F4Q23 rather than F3Q due to:... **(2) potential roll-back of COVID-related supportive measures in Korea duty free that would pressure sales to those retailers**. A sharp snap-back is projected for F4Q23 - we are modeling organic sales +20% and for EPS to increase Y/Y by >3.5x. (p. 1)<br><br>Organic sales in EMEA were -17% (-11% exp.), **mainly due to COVID impacts on Asia travel retail**. Global travel retail was down double-digits.... Organic sales in Asia Pacific were -7% (-10% exp.), due to **declines in China brick-and-mortar (50% of the market) and Dr. Jart travel retail in Korea**. (p. 1)<br><br>Gross margin was 73.6% vs. 77.9% (consensus was 74.6%), as the benefits of pricing were **more than offset by supply chain cost inflation**... (p. 1) |

**Exhibit 5.B**

# The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
Following the February 2, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 2/3/23 | J.P. Morgan | Short Term Remains Challenging but Inflection Is Near; Model Update Post F2Q23 | EL beat FQ2 by a wide margin but management cut FY23 guide again **mainly driven by slower return to travel retail particularly in... Korea (given the roll-back of COVID-related supportive measures impacting Korean duty-free), on top of management's expectation of a more moderate net sales growth in mainland China for FQ3 based on the recent pre-LNY trends**. F3Q will be more challenging than investors (and management) had hoped for, but we think these headwinds are temporary. (p. 1) <br><br> In the short term, **we caution that the stock will likely remain subject to China reopening news** but we give management the benefit of the doubt from the strong track record in executing in Asia and TR. (p. 1) <br><br> We also note that the U.S. sales were impacted by **fewer Chinese tourists traveling and shopping in the U.S. and stronger dollar also contributed to lower inventory replenishment in the most recent quarter**. (p. 3) <br><br> It is no surprise that **skin care continues to see the worst organic performance as COVID-19 related restrictions impacted FQ2 in both mainland China/travel retail (TR), where Chinese consumers make up a big chunk of the consumer base**. (p. 3) <br><br> Strong Growth in China Anticipated From Travel Retail and Skin Care Once all COVID-Related Headwinds are Behind. As noted above, organic sales growth in domestic China was down single digits in the quarter **driven by tighter inventory management, store staffing issues with the limited availability of beauty advisors in China... specifically in the months of November and December**. (p. 3) <br><br> Management lowered its FY23 guidance (details below) amid **the additional COVID-related transitory headwinds stemming from the roll-back of COVID-related supportive measures in Korea that impacts Korea duty-free**. This is in addition to management's expectation of a **more moderate net sales growth in China for FQ3 based on pre-Lunar New Year shopping behavior in January, given the increased number of COVID cases in the region reulting [sic] in slower return of foot traffic to brick & mortar and social usage occasions continuing from the slower sales levels seen in November and December**. Collectively, these factors are expected to have a greater impact on FQ3 as compared to previous expectations. (p. 4) |
| 2/3/23 | RBC Capital Markets | EPS Aftermath – China Recovery Delay Just a Wrinkle; Outperform | EL called out impacts from... **COVID-related disruptions in November/December, and softer travel retail trends due to uncertainties surrounding the continuation of government support in Korea for travel retail stores**. (p. 1) |
| 2/3/23 | Telsey Advisory Group | EL 2QF23 Follow-Up: Return of Chinese Consumer Looks to Be an Opportunity Once Transition Headwinds Pass | The disappointing third quarter guide comes from **slower sell-in to Hainan as a result of the COVID lockdown measures in the second quarter and a roll-back of COVID support measures in the Korea duty-free channel**, offsetting the resumption of international travel by Chinese consumers. EL also commented that **US retail trends improved sequentially during the second quarter, but at a slower than expected pace resulting in lower replenishment orders**. (p. 1) <br><br> [T]he company **continues to expect currency to significantly impact reported sales and diluted EPS growth for the third quarter and the full year.** (p. 2) |
| 2/3/23 | UBS | A Few More Weeks of Winter, but Light on the Other Side | EL now expects FY23 EPS in the range of $4.87-$5.02 (vs. $5.25 - $5.40 prev.), driven by lower organic revenue growth (flat to -2% vs. flat to +2% prev.) and **a higher tax rate**... Meanwhile, 3Q guidance came in ~75% below Street estimates, reflecting... (2) **more COVID cases impacting Chinese mobility in 3Q**, and (3) **incremental headwinds facing the Korea TR business**. (p. 1) |
| 2/6/23 | Credit Suisse | Pushed-Out Recovery but F4Q Guidance Showcases Powerful China Re-Open Math | EL **pushed-out assumptions of China recovery from F3Q to F4Q** and guided F3Q EPS $0.37-$0.47 (well below Street $1.78) **amid current peak covid cases in China (which has disrupted online demand, on top of low store traffic)**. (p. 2) <br><br> **FX is a significant headwind to EL** reiterating its 20% long-term EBIT target. (p. 3) |

Source: *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on February 2, 2023.
[2] Emphasis in original text removed.  Bold text indicates commentary on potential confounding news.

**Exhibit 5.C**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 5/3/23 | Bank of America | 3Q23 Quick Take: Outlook Cut - Asia Travel Retail; Slow to Rebound | [D]ownward revisions to [FY23] organic sales now expected to be down -7% to -5% from prior flat to +2% YoY growth, still inclusive of **-1pt of FX transaction drag**. (p. 1) |
| 5/3/23 | Barclays | F3Q23 First Impressions | **Adjusted EPS:… Currency reduces sales by $0.26/sh (from $0.29/sh previously)** (p. 1) |
| 5/3/23 | Canaccord Genuity | It's Up in the Air; Travel Retail Still Weak with Blurred Timeline to Recovery | Additionally, **the Chinese consumer has been slow to resume international travel**, impacting sell-ins across the global travel retail channel. **We believe that the Chinese consumer is facing limited options to travel abroad due to the higher cost to go overseas and visa challenges.** The Chinese consumer is recovering, though, with mainland sales growing +LSD after a year of declines. (p. 1)<br><br>We believe that EL's largest brands, including Estee Lauder, Clinique, and Bobbi Brown, have reached critical mass in the US and are also **highly exposed to the declining department store channel, leading to share losses.** (p. 1) |
| 5/3/23 | Citi | F3Q'23 Miss; Large FY'23 Guidance Reduction | On the call, we will be listening for: (1) **detail on the China recovery assumptions including consumption behavior** and the promotional environment,... (3) **additional commentary on geographical trends particularly in the U.S. where we have seen slowing consumer spending on luxury beauty products & in Europe where macros continue to pressure consumer spending.** (p. 2) |
| 5/3/23 | Credit Suisse | Read-X: Estee Lauder's (EL, Not Covered) Q323 Results | **In Korea, shipments were pressured owing to the transition to post-pandemic regulations as travelers gradually return**. In Korea, as well as in Asia more broadly, the **travel retail recovery was challenged by the slower than anticipated resumption of international flights, granting of visas, and organised group tours**. (p. 1)<br><br>EL lowered its FY23 forecast for organic sales and EPS primarily due to **deeper pressures in Asia travel retail:... 2) a slower than expected resumption of travel by Chinese consumers**. (p. 1)<br><br>For FY23, operating margin is forecasted to see a -860bps contraction yoy to 11.1% (prev. guidance 15.2%), owing to **disruptions from pandemic restrictions which impacted sales in Asia travel retail in mainland China**, and resulted in increased obsolescence charges, discounts / promotional expenses, excess overhead absorption in EL's plants... (pp. 1-2)<br><br>EL expects travelers to come back to Korea but this has not happened yet (**the tours business is slow**). (p. 2) |
| 5/3/23 | Deutsche Bank | Quick Take - EL's FY3Q23 Results | EL lowered FY23 guidance… -12% to -10% net sales decline (-7%-5% prior) vs. DBe: -6.2%/Street: -6.1%, reflecting organic growth of -7% to -5% (-2% to flat previously); **a -1% impact from the termination of the Company's license agreements for the Donna Karan New York, DKNY, Michael Kors, Tommy Hilfiger and Ermenegildo Zegna product lines effective June 30, 2022; and -4% from FX translation (unchanged), as well as -1% (unchanged) due to certain impacts of FX transactions in key international travel retail markets.** (p. 2) |
| 5/3/23 | Deutsche Bank | Rug Pulled Out from Under Feet… Now, Let's Sweep It Under the Carpet | EL's stock severely underperformed the broader market today (-17.3% vs. S&P -0.7%), as the company materially cut its full-year outlook for the third consecutive time this year... All-in, we now model FY23 consistent with the management's updated outlook. Specifically, our estimates embed all-in FY23 revenue growth of -10.5% (down from -6.2%; vs. -12% to -10% guidance, including **-4% FX headwinds**), and local currency sales growth of -6.9% (down from -2.6%). (pp. 1–2) |
| 5/3/23 | Evercore ISI | Lowered Guide. TR, Makeup Offset Better China | **Market share losses in the U.S.**, where sales have improved to +6%, but still lag prestige beauty in the high teens. Estee has missed out on the makeup rebound and this business requires fixtures, driving operating deleverage. This could be a structural issue as Sephora, Ulta drive the category and Estee, despite the progress the firm has made, **remains over-exposed to department stores** (p. 1)<br><br>Stock reaction: Negative, as... 2) **U.S. progress is encouraging, but the firm still is losing share, missing out on the rebound in makeup**. (p. 1)<br><br>Americas at +6% v. consensus ±3% — **expect lack of profitability in the U.S. to be a focus**, but recall that Estee's reporting is complex, given allocation of travel retail ops (p. 1) |

**Exhibit 5.C**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News

Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | J.P. Morgan | In-Line Results, but Deep Cut in F4Q Guidance on Slow Travel Retail Recovery in Hainan and Korea | Deep Cut in F4Q Guidance on **Slow Travel Retail Recovery in... -**Korea (p. 1)<br><br>The differences vs. our expectation include lower gross margin (-43 bps vs. JPMe), lower SG&A margin of -156 bps and **much higher taxes**. (p. 1)<br><br>EL's most important and higher margin division (Skin Care) was down -17%, primarily led by... **Korean duty free seeing higher retailer inventory as a result of post-COVID regulations announced earlier.** (p. 1)<br><br>Management lowered their FY23 outlook (and embedded [sic] a massive rebase in FQ4) for the top line by 500bps at the mid point, resulting in total sales decline between -12% to -10% (from -7% and -5% before and vs. JPMe/Street -5.5%/-6.1% heading into the print), including **termination of licenses and Russia/Ukraine exit**, and organic net sales now of -7% to -5% (-2% to flat previously and vs. JPMe/Consensus Metrix -0.7%/-2.4%).... Expected Stock Reaction: Negative. While FQ3 came in line with our estimates and at the top of the guidance range for the quarter, the reduction in FQ4 outlook was deeper than even the bearish investors we spoke to were likely anticipating. (pp. 1–2)<br><br>We expect the key topics on the call to be:... (2) **conversion of traffic in Travel Retail in... South Korea**, (3) **recent pricing actions and any signs of trade-down given commentary regarding a weaker Prestige Beauty market**, and (4) **most recent consumption trends in U.S.** (p. 2) |
| 5/3/23 | J.P. Morgan | Hard to "Makeup" Excess Inventory in Asia; Yet Underlying Demand Is Reaccelerating | For clarity, **slower than anticipated recovery in Asia Travel Retail continues to hurt financial performance due to... ii- pressured shipments to duty free retailers in Korea given the roll-back of COVID-related supportive measures**. (p. 3)<br><br>Management added color that although travel retail to Hainan exceeded prior period in FQ3, **rate of conversion for travelers to consumers lagged while Korea travel (and Asia travel more generally) was unfavorably impacted by slower resumption of international flights, visa permissioning, and less organized group tours.** (p. 3-4)<br><br>Looking ahead, management guided to FY23 operating margin of ~11.1% (or -860 bps YOY contraction) mainly driven by **the pandemic related restrictions negatively impacting sales specifically in Asia TR**, as both TR and heavily weighted Skin Care in the region carry higher margins, as well as increased obsolescence charges, discounts and promotional expenses. (p. 4)<br><br>Management lowered their FY23 outlook (and embedded a massive rebase in FQ4) for the top line by 500 bps at the mid point, resulting in total sales decline between -12% to - 10% from -7% and -5% before (vs. JPMe updated [sic] to -11.9%), including **termination of licenses and Russia/Ukraine exit,** and organic net sales now of -7% to -5% (-2% to flat previously and vs. JPMe now of -7.1%). (p. 4) |
| 5/3/23 | Jefferies | Initial Take: Q3 in Line; FY23 Reduced Again on Prolonged Asia TR Recovery | FY23 guide revised for organic -7% to -5% (-2% to flat prior), rev -12% to -10% (-7% to -5% prior) vs. est -6%, and EPS $3.29-$3.39 vs. est $4.96. **Brand exits (1pt) and FX (4pts) are growth headwinds.** (p. 1) |
| 5/3/23 | Jefferies | Model Update: China & TR Recovery Weigh on Sentiment; Risk-Reward Favors Upside | FY guidance now calls for reported sales declines of -12% to -10% (-5% to -7% prior), which includes **a -4ppt FX headwind and -1ppt from brand divestitures**, resulting in LFL sales growth forecast of -7% to -5% vs. -2% to flat prior vs. models at -2.2% CC. FY Adj-EPS guide of $3.29-3.39 (from $4.87-$5.02) is below estimates at $4.96 & includes **-$0.26 impact from FX**. (p. 1) |
| 5/3/23 | Morgan Stanley | Quick Comment: Much Lower FY Guidance and Implied Q4 with a Weaker Hainan/Korea/China Recovery | EL's stock is likely to react significantly negatively to a large FY EPS guide down of 32% (despite H1 already being reported), implying sharply lower FQ4 assumptions, with three key factors:… (2) **weaker Korea sales, with duty-free retailers cutting inventory pre a transition to post-COVID regulations and a slow travel return consumer return**, and (3) **a weaker prestige beauty recovery in Mainland China**. While these were well known issues in terms of timing of recovery post COVID being slower than expected a few months ago, the **magnitude of downside is clearly greater than expected**. (p. 1) |
| 5/3/23 | Morningstar Equity Research | Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive | While the firm has had to lower guidance in recent quarters, **we attribute most of its problems to external factors related to COVID-19 restrictions and currency issues** and anticipate margin recovery will begin in fiscal 2024. (p. 1) |
| 5/3/23 | Morningstar Equity Research | Estee Lauder Earnings: Near-Term Outlook Dimmed by Travel Retail Woes; Shares Attractive | While the firm has had to lower guidance in recent quarters, we attribute most of its problems to **external factors related to COVID-19 restrictions and currency issues** and anticipate margin recovery will begin in fiscal 2024. (p. 1) |

**Exhibit 5.C**

# The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 5/3/23 | RBC Capital Markets | Quick Take on Earnings | However, **a higher tax rate and interest expense than Street expectations** drove adj. EPS miss of $0.47 vs. consensus estimates of $0.52 and RBCe $0.46. (p. 1) |
| 5/3/23 | TD Cowen | Prior Guidance Too Optimistic as Asia Recovery Is Now Expected to Be Gradual | What Happened?... **(2) international flights, visas, and tours in Korea remain challenged**... (p. 1) |
| 5/3/23 | TD Cowen | Near-Term Problems, Controllable Solutions, Yet Long-Term Desirability | Key concern remains the pace of Asia travel retail recovery, particularly in Hainan and Korea. Specific headwinds include... **2) Weaker international travel than expected in China and Korea due to limited visas, leading to lower traffic in airports to other regions; 3) GM pressure from FX volatility, higher inflation**, and promotional activity in Hainan. Management recognized EL's larger skew to travel retail vs. peers adds volatility to the business but believes it supports the company's longer-term strategy to drive longer-term customer acquisition and market share gains. (p. 1) |
| 5/3/23 | Telsey Advisory Group | EL 3QF23 First Take: Q3 Sales, EPS Reach High-End of Guide; FY23 Guide Reduced on Slower Asia Travel Retail | The earnings result reflected slightly better sales and tighter expense control, offset by softer gross margin, with the **shortfall primarily driven by a higher tax rate** that negatively impacted EPS by an estimated $0.13 in the period. (p. 1)<br><br>EL's results, while at the high end of its guidance ranges for the fiscal third quarter **despite macro headwinds**,... and **a higher-than-expected tax rate**, were disappointing, especially in light of the moderated annual outlook.... However, **the Asian travel retail channel lagged expectations on a slower than anticipated resumption of international flights, granting of visas, and organized group tours**. (p. 1)<br><br>In Korea, shipments to duty-free retailers remained under pressure as **the market transitions out of its COVID regulations**. (p. 2) |
| 5/3/23 | Wells Fargo | EL: F3Q23 First Take—Miss, Big Cut to FY23 Guide—Is This the Final Estimate Washout? | EL now expects net sales -12% to -10% (was -5% to -7%), with no changes to **FX -4%, another -1% due to 'certain foreign currency transactions in key in'tl TR locations', and -1% from the termination of designer fragrance licenses**. (p. 1) |
| 5/4/23 | Bank of America | Travel Delays: Transition Out of Lockdowns Extends into FY24 | **Korea travel retail is also re-opening slower than expected, largely due to delays for the permits/visas needed to resume group tours.** (p. 1) |
| 5/4/23 | Barclays | Framing Our Assumptions | In F3Q23 Estee Lauder discussed how conversion of travelers to consumers in prestige beauty lagged historical trends as travel spending initially gravitated to other categories which is leading to even lower replenishment orders than it had anticipated. Notably, our European Luxury Goods Analyst, Wendy Liu, discussed this dynamic back in March on the heels of her recent trip across China which included Hainan. Specifically, she quoted a conversation with a luxury goods distributor, "Traffic in our stores has been good, but we actually saw lower conversion and AUR in our data, **probably suggesting a continued cautiousness in middle class spending**" (see: European Luxury Goods: On the Road in China - Strong luxury rebound, slower middle class recovery 22-March 2023). (p. 4) |
| 5/4/23 | Berenberg | Requires a Bit More Patience; Hold | EPS of USD0.47 was 9% below consensus of USD0.52, **driven by a higher tax rate**... (p. 1) |
| 5/4/23 | Evercore ISI | Travel Retail De-risked, Attractive Buying Opportunity | Guidance no longer assumes an "air pocket" but a slower build, **given concerns over the increased number of Covid cases** and shifts within Asia duty-frees:... If China's reopening doesn't spark a wave of international travel, Hainan becomes even more important... Our colleague Neo Wang sees **the availability of flights as an issue. It is now only at 20% of 2019 capacity, which translates into very expensive tickets** (p. 2)<br><br>These assumptions solve for a 4% CAGR for the company, which we view as conservative considering:... 2) **downward pressures from macros in the U.S. and W Europe, and risk of a strengthening of the USD** (pp. 2–3) |
| 5/4/23 | Morgan Stanley | Q3 Follow-Up: Much Lower EPS on Travel Retail/Asia Weakness, but Strong US/European Results Highlight Post COVID Potential | We are sharply lowering EL EPS after far below consensus FQ4 guidance mainly on... **a slower than expected post-COVID China recovery**, but US/European strength point to post-COVID opportunity. (p. 1)<br><br>EL was impacted by a trifecta of limiting factors in Asia that drove a massive 32% FY23 EPS guide down (despite H1 already being reported and relatively in-line FQ3 results), implying sharply lower FQ4 guidance. This was due to:... (2) **weaker Korea sales, with duty-free retailers cutting inventory ahead of a transition to post-COVID regulations** and less Daigou purchases, **as well as a slow travel consumer return**, and (3) **a weaker prestige beauty recovery in Mainland China than expected in CY Q1**, despite sequential improvement in February/March. (p. 1) |

**Exhibit 5.C**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the May 3, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|------|-------------|-------|----------------------|
| 5/4/23 | RBC Capital Markets | EPS Aftermath - Fight or Flight? Sticking with Our Outperform Rating | Global travel retail organic sales were down -45% in the quarter due to:... 2) **the transition in Korea to post-pandemic regulations**. (p. 1)<br><br>The company is now guiding to net sales decline of -10–12% (previously -5– 7%), organic sales decline of -5-7% (previously -2% to flat), operating margin of ~11.1% (from 15.1%), **FX drag of 4pts to sales (previously 4pts)**..., **effective tax rate of 27% (from 25.5%)**, and adj. EPS decline of -50% to -51% on a CC basis (previously -27% to -29%), resulting in adj EPS of $3.29-3.39 (previously $4.87-$5.02). (p. 2) |
| 5/4/23 | Telsey Advisory Group | EL Follow-Up: Despite Gains in Key Markets, Asia Travel Retail Weighed in 3QF23; FY23 Outlook Moderated | EL's results, while at the high end of its guidance ranges for the fiscal third quarter **despite macro headwinds**..., and **a higher-than-expected tax rate,** were disappointing, especially in light of the moderated annual outlook. (p. 1)<br><br>However, the Asian travel retail channel lagged expectations on a **slower than anticipated resumption of international flights, granting of visas, organized group tours**... (p. 1)<br><br>Moreover, the transition to **post-pandemic regulations in Korea as traveling consumers return pressured shipments to duty-free retailers**. (p. 1)<br><br>EL continues to expect **currency to significantly impact reported sales and diluted EPS growth for FY23**. (p. 2) |
| 5/7/23 | Raymond James | EL Management Meeting Notes | Similar to the West, **Chinese consumers coming out of lockdown have returned first to areas less accessible during lockdown like eating out and experiences, as well as shopping bigger-ticket luxury products like jewelry.** Should the Chinese consumer follow patterns of the West, a rebound in beauty should follow as consumers return to stores and increase consumption again. (p. 1) |
| 5/7/23 | Jefferies | Estee Lauder Financial Results Implications | Travel Retail in Asia: -45% sales, decline single digit sellout. **Chinese traffic recovery in Hainan Island and South Korea was weak (weak resumption of international travel, limited VISA issuance, and delayed resumption of group travel).** (p. 1) |
| 5/8/23 | D.A. Davidson | Asia Travel Retail Recovery Pushed Out; Reducing Estimates | EL lowered FY23 again for the same reasons it lowered guidance last quarter:... (2) **transition to post-pandemic regulations in Korea are still impacting TR there, compounded by limited travel visas being issued for Chinese to travel to Korea**. (p. 1) |
| 5/8/23 | Morningstar Equity Research | Wide-Moat Estee Lauder Has Been Hit Hard by Slow Travel Retail, but Long-Term Growth Intact | Further, **the aftershocks of the crisis (inflation, labor shortages, transportation bottlenecks) have increased Estee's costs and disrupted its supply chain.** (p. 6) |
| 5/8/23 | Telsey Advisory Group | Highlights from Meetings With EL Management | **The conversion of travelers to consumers in the prestige beauty category lagged historical trends in the market, as traveler spending shifted to other categories, leading to lower replenishment orders than expected.** In particular, Louis Vuitton, Hermes, Chanel, and Gucci have recently opened or are in the process of opening compelling retail stores in the market, **which may have diverted traffic and consumer attention away from a more consumable category, such as beauty, towards high-end luxury experiences.** (p. 1)<br><br>In early February, China began a pilot program for group travel (prior to the pandemic ~55% of Chinese tourists traveled overseas via tour groups). The initial pilot included group travel to a list of 20 countries, including Thailand, Indonesia, and Cambodia. In mid-March, China added another 40 countries to the group tour list. While group tours are starting to reemerge, the VP of China Tourism Academy noted, **"the recovery of the entire outbound group tour will take a relatively long process."** (p. 1) |

Source:  *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on May 3, 2023.
[2] Emphasis in original text removed.  Bold text indicates commentary on potential confounding news.

**Exhibit 5.D**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the August 18, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 8/18/23 | Argus Research | Analyst's Notes | Based on prospects for... **the impact of the war in Ukraine**, we are lowering our FY24 estimate to $3.50 from $6.00 and setting an FY25 estimate of $4.80 per share. (p. 2) |
| 8/18/23 | Bank of America | 4Q23: Light Guide; Slope of Medium-Term Earnings Recovery a Key Question | Management's FY24 expectations are summarized as follows: 1) Organic sales is expected to grow +6-8% YoY (BofAe/Street: +7.8/+9.2%), including a **-100bps headwind from FX translation** (BofAe/Street: Flat/+100bps); 2) Net sales is expected to grow 5-7% YoY implying dollar sales of between $16.7Bn-$17.0Bn (BofAe/Street: $15.8Bn and $17.2Bn); 3) Adjusted EPS is expected to be in the range of $3.50-$3.75, shy of BofAe estimate of $4.40 and Street estimates of $4.82, which **includes a -11c FX translation impact**. (p. 1) |
| 8/18/23 | Barclays | F4Q23 First Impressions | While F4Q23 results were in line with the guidance for sales and ahead of plan for EPS, the outlook for FY24 is strikingly weak at the bottom line ($3.50-3. 75) but with algorithm +6-8% organic sales growth. The profit picture stems both from stark manufacturing under absorption in F1Q24 (a result of the rebalancing of inventory in Asia TR and **softer trends in North America**) and reinvestments across innovation, advertising, emerging markets & supply chain. (p. 1) <br><br> Guidance: FY24:... Net Sales Growth: **FX translation reduces sales by -1%**; F1Q24:... **Currency reduces EPS by ~$0.02/sh** (p. 2) |
| 8/18/23 | Citi | F4Q'23 Beat, but FY'24 Guidance Well Below Expectations | FY'24 Guidance Below Expectations... EL guidance calls for: (1) OSG +6-8% (vs. our +8.8% est. & cons.' +9.7%), (2) net sales +5-7% (vs. our +9.7% est. & cons.' +9.4%) with a **-1% FX headwind**, (3) adj. EPS of $3.50-$3.75 (vs. our $4.95 est. & cons.' $4.88), including a **-$0.11 FX headwind**. For F1Q'24, EL expects organic and reported sales growth of - 12% to -10%, and adjusted EPS of ($0.31) to ($0.21) with a **-$0.02 FX headwind**. (p. 1) <br><br> EL provided some additional color on the assumptions in its FY'24 guidance, including:... (d) a **-$0.07 EPS impact from the cybersecurity incident** in F1Q'24 (pp. 1–2) |
| 8/18/23 | Deutsche Bank | Quick Take - EL's FY4Q23 Results | EL provided FY24 outlook as follows: FY24 EPS is expected to be $3.50-$3.75 (DBe: $4.33/Street: $4.97), reflecting a constant currency growth of +4%-12% and **-$0.11 headwind from FX**. +5% to +7% net sales growth vs. DBe: +4.6%%/Street: +7.8%, reflecting organic growth of +6% to +8%; and **-1% from FX translation**. (p. 2) |
| 8/18/23 | J.P. Morgan | Beat 4QF23 but Missed FY24 and 1QF24 on Retail Destocking Despite Progress in Asia | Expected Stock Reaction: Negative. While FQ4 beat our estimates and consensus by a wide margin, the focus will be on EL's initial FY24 outlook and FQ1 guide missed from a profitability standpoint, likely embedding more brand reinvestment and negative mix impact on continued weakness in skincare and travel retail, also **hurt by ~300bps higher income tax rate**. (p. 1) <br><br> **The flat performance in the Americas, with weakness in the U.S. primarily due to retail destocking, was also another disappointment**. Also, we think these inventories would have been mostly worked in the past six months. (p. 2) |
| 8/18/23 | Jefferies | Initial Take: Q4 in Range, FY Guide Below; Now a Multi-Yr Margin Rebuild Story | FY24 EPS Guide of $3.50-$3.75, Below the Street's $4.88 and Buyside Closer to ~$4: FY24 guide: sales growth of 5%-7% vs. 8.9% cons. Guide includes **100bps headwind from FX**, implying LFL sales growth of 6%-8%. Adj-EPS guide of $3.50-$3.75 vs. $4.88 cons. and buyside closer to ~$4. EPS guide includes **a $0.11 headwind from FX**. Q1 guide: reported and organic sales decline of -12% to -10% vs. flat cons. and Adj-EPS of -$0.31 to -$0.21 vs. $0.98 cons. Guide includes **$0.02 of FX headwind**. (p. 1) |
| 8/18/23 | Jefferies | Model Update: Reframing Pace of Recovery; Estimates & Price Cut | Co called out **softer than expected sales trends and retailer inventory tightening in the US as headwinds in FY23**. (p. 1) <br><br> Q1 EPS guide esp. weak driven by -LDD% sales (TR & inventory destocking, Q2 returns to positive) and **7c from recent cyber incident**. (p. 1) |
| 8/18/23 | Morgan Stanley | Quick Comment: Slight Q4 EPS Beat, Well Below Consensus Q1/FY24 Guidance | Taking a step back, with EL likely conservative on Asia after a series of large recent disappointments in recent quarters, **a pessimistic and more realistic Americas tone** in the release, and historic LT conservatism despite very large ST disappointments in recent quarters, FY24 guidance probably marks the bottom of negative revisions, but we acknowledge a very fluid situation, including **China macros**, and look for the call for more detail. (p. 1) <br><br> Initial FY24 EPS Guidance Below Consensus... Reported sales growth of +5% to +7% including **a 1% FX headwind based upon June 30 spot rates**, vs. the +9.9%/+8.9 consensus (VA/FactSet).... Adjusted EPS in the $3.50-3.75 range, well below the $4.82/$4.88 consensus (VA/FactSet), as expected but with greater magnitude than expected. Includes **roughly -$0.11 headwind from FX based upon June 30 spot rates**.... **Effective tax rate of approximately 27% vs the 23.8% consensus**.... An immaterial net sales impact but **$0.07 EPS headwind in F1Q from the cybersecurity incident**, which appears contained now... (pp. 1–2) |

**Exhibit 5.D**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the August 18, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 8/18/23 | Morningstar Equity Research | Estee Lauder Earnings: Weak 2023 on Travel Retail Woes; Branding and Innovation to Fuel Recovery | The lowered guidance (sales down 6%-8% from 3%-5% growth previously and adjusted EPS to $5.25-$5.40 from $7.39-$7.54) is driven by three factors: weak travel retail in Hainan because of **COVID-19-related restrictions, cautious holiday ordering by U.S. department stores given economic concerns, and currency headwinds.** (p. 14) |
| 8/18/23 | Piper Sandler | FQ4: Cautiousness Affirmed. Some Green Shoots, but Road Remains Bumpy. Reit. N | Additionally, **the challenges we've foreseen in the U.S. were affirmed, given slower retail improvement and inventory tightening**.... **The U.S. also saw weaker demand in the quarter.** It's unclear what the main driver of this was, but we suspect **consumer sensitivity from the macro, lagging innovation, and channel shifting could be factors** (p. 1) |
| 8/18/23 | Raymond James | 4Q Not as Bad but FY Outlook Reflects Material 1Q Guide Down | While we had anticipated an outlook cut due to the impact of post-COVID inventory overhang and a weaker than anticipated recovery, today's guide reset was more substantial than we and the market had anticipated.... **[T]he continued pressures of weakness in... the U.S.**, **exacerbated by inventory workdown**, will weigh substantially on 1Q and is not expected to be fully made up in the rest of the year, with EL's outlook range implying ~85% y/y recovery in EPS during 2Q-4Q but a 1Q that is expected to be the second worst on record (June 2020 is the only quarter more challenging). (p. 1)<br><br>**[D]estocking... in the U.S.** led to weaker than expected organic growth in The Americas +0% y/y and EMEA -15%... (p. 1) |
| 8/18/23 | RBC Capital Markets | Quick Take on Earnings | **FX is expected to be a 1pt headwind** for the year. (p. 1) |
| 8/18/23 | TD Cowen | Lowered Guidance as Expected, Asia Travel Retail Weighs on Results | We are encouraged by +36% organic growth in Asia, but... **the US market continues to struggle.** (p. 1)<br><br>The Americas organic sales were flat reflecting strong +DD% growth in Latin America, offset by the **decline in North America due to slower than expected improvement at retail.** (p. 1) |
| 8/18/23 | Telsey Advisory Group | EL 4QF23 First Take: Q4 Sales and EPS Beat; Conservative FY24 Guide Reflects Asia Travel Retail Headwinds | While... **a slowing Chinese economy, and sluggish US demand (in the wholesale channel in particular) remain headwinds entering FY24**, we believe these factors are reflected in current valuation levels, and we continue to see secular growth in the global beauty category over the longer-term with underlying demand among Chinese consumers as a driver. (p. 1)<br><br>Adjusted EPS is expected to be between $3.50-$3.75, including an estimated **$0.11 drag from FX.** (p. 2)<br><br>The Americas were approximately flat YoY in constant currency, compared to the 6% growth recorded last quarter. Strong double-digit growth in Latin America was offset by **a slower than anticipated improvement at EL's retail business in North America.** (p. 4) |
| 8/18/23 | UBS | Initial FY24 Guidance Falls Short of Expectations | F4Q23 Review: Stronger Organic Revenue Growth Drives Beat:… Organic sales increased +3.8%, which was ahead of both UBSe/Visible Alpha of +2%/+0.5%. Asia-Pacific came in much stronger than expected, **but Americas** and EMEA **came in below.** (p. 1) |
| 8/18/23 | Wells Fargo | EL: F4Q23 First Take—There It Was...and Where to Go | EL sees net sales +5% to +7% with **FX -1%** and org sales +6-8% vs WFSe/Street (Visible Alpha) +4.9%/+8.9%. (p. 1) |
| 8/20/23 | Canaccord Genuity | Lowered Expectations for FY24, Aiming for FY25 Recovery; PT to $146, Reiterate HOLD | Despite recent positive news around potential catalysts for recovery, such as the resumption of allowing group tours for Chinese citizens, **the macro picture in the Mainland looks bleak and we believe a slowdown in NA is starting to occur.** We remain cautious on EL in the near term as we await to see... **if NA starts to slow more, and how Chinese consumers respond to worsening macro conditions.** (p. 1)<br><br>In addition to the crackdown on resellers, **we believe other headwinds were at play including US/China relations impacting the number of direct flights between the two nations.** Additionally, **the lack of ability for Chinese tourists to book group tours abroad hampered travel demand**. However, the Chinese government recently started to allow group tours again, including to popular duty-free shopping locations such as South Korea, Australia, Japan, the US, and the UK. (p. 1)<br><br>**The Americas region saw a sales decline of -0.5%.** Within the region, LATAM saw +DD growth with strength in Brazil and Mexico, but the **US saw a decline due to a slower-than-expected recovery pace for key brands.** Management noted The Ordinary was a standout brand across the region. **We continue to believe that EL's largest brands, which include the flagship Estee Lauder brand, Clinique, and Bobbi Brown, have reached critical mass and have not won the younger consumer. This has led to share losses for these brands, in our view. Additionally, these brands have high exposure to the declining department store channel in the US as consumers continue to move toward specialty retailers and newer brands.** (p. 1) |

**Exhibit 5.D**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the August 18, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 8/20/23 | Citi | Still a Long Road Ahead to Recover Topline/EPS; Stay Neutral | **In the US, sales were down in FQ4, due to slower improvement in retail sales** for several brands. (p. 1) |
| 8/20/23 | Deutsche Bank | Inflection Debate | All-in, we now model FY24 consistent with the management's updated outlook. Specifically, our estimates embed all-in FY24 revenue growth of 5.1% (down from -5.7%; vs. +5% to +7% guidance, including **-1% FX headwinds**), and local currency sales growth of +6.0% (up from 5.6%). (p. 2) |
| 8/21/23 | Bank of America | Management Sees a Path Back to Peak Margins; Timing Not Clear | 4Q results and guidance... broadly lined up with our view that some of the FY23 headwinds are expected to continue into the first half of FY24. **Most impactful is the macroeconomic headwinds emerging in China which is impacting the rebound in Asia travel retail, particularly in Hainan and Korea.** (p. 1) |
| 8/21/23 | Barclays | Longer Path to Recovery | While we think most had been braced for FY24 guidance to come in well below Consensus estimates, the composition of the P&L and quarterly cadence was far different than we'd expected. Specifically, F1Q24 is fully $1.39/sh below our prior EPS estimate at the mid-point with the remainder of the year ~$0.25/sh higher than our prior EPS estimate. Perhaps more concerning is the dramatic ramp in organic sales growth implied by the guidance (~13% in F2Q-F4Q on average to reach the mid-point of EL's +6-8% guidance range) following an anticipated -11% decline in F1Q24. As we've tried to piece this all together, we wouldn't be surprised should F1Q24 surprise to the upside, but then with risk in the balance of the year, particularly should **end-market demand in... domestic China soften given macroeconomic headwinds.** (p. 1) |
| 8/21/23 | Evercore ISI | Assertively Pivoting to Mainland China | **China's weak macros pose risk to demand and the behavior of Korean retailers still poses risk to pricing.** (p. 1) |
| 8/21/23 | J.P. Morgan | Reaccelerated Sales to 'Makeup' and Inflect Sales and Margins Post Rebase in FQ1; Model Update Post F4Q | The company forecasts adjusted EPS for FY24 of $3.50-3.75 (**including $0.11 negative impact from FX** and JPMe now of $3.75). (p. 5) |
| 8/21/23 | Morgan Stanley | Q4 Follow-Up: Lower FY24 EPS on Travel Retail Overhang, but Expect Inflecting EPS Beginning in FQ2 | EL's stock dropped a modest 3% on Friday with weaker than expected FY24 EPS guidance of $3.50-3.75 that was well below bearish street expectations... Visibility remains very low, but after a series of worse than expected recent issues (... **a weaker than expected post COVID Asian beauty category recovery, China macro issues, EL market share issues in China exacerbated by distribution issues, a malware impact on its systems**, and poor EL forecasting), we think EL is focused on breaking out of a cycle of very pronounced ST negative EPS revisions, and returning to its longer-term track record of beating estimates. (p. 1)<br><br>Americas OSG was flat, with a DD increase in Latin America driven by the reacceleration of makeup growth in Brazil and Mexico, **offset by a US decline, with weak performance across brands**... The US continues to be in a seemingly perpetual state of disappointment as the market fragments with smaller brands gaining share... (p. 3) |
| 8/21/23 | Piper Sandler | EL Live Bull vs. Bear Interactive Debate 8/24 | A competitive prestige beauty market with heavy innovation **mixed with macro pressures (creating some trade-down and uptake of dupes) is putting pressure on EL**.... EL is experiencing **increased softness in the U.S. as consumers shift away from department stores and traction with Gen Z is lagging**. (p. 3)<br><br>**Travel Retail remains a significant pressure point and a full recovery here seems to be a ways away, delayed by weak economic indicators in China**, Daigou restrictions, **and a potential travel slowdown after the post-COVID boom**. (p. 3) |
| 8/21/23 | Raymond James | Near-Term Challenges; Investing to Drive Recovery | 4Q Beats but FY24 Outlook Well Below. EL reported 4Q sales and EPS of $0.07, better than expectations that were tempered last quarter, but a continued deterioration in travel retail trends as well as **weaker U.S. led to a substantially weaker 1Q24 and FY24 outlook**. (p. 1)<br><br>Global travel retail sales declined 34% in FY23, while the rest of the business grew 5%, inclusive of 20% growth in emerging markets and ~+40% growth in non-Asia travel retail. Clearly the challenges in Asia travel retail are weighing heavily, **with macro deterioration in China a further concern**, but given the quick recovery in Western markets, upcoming innovation, pricing, and increased advertising, we see a path towards recovery as FY24 unfolds. (p. 1) |
| 8/21/23 | TD Cowen | Is Guidance Realistic Given Hainan Issues? TD Cowen on 4Q23 | One issue specific to **South Korea, which is the world's biggest duty-free market, is that Visa restrictions and the slower resumption of international flights have impacted the return of Chinese tourism**. As management initially discussed in 2Q, **a large portion of Korea's organized tour business is from Chinese travelers, but that has been slower to recover**. (p. 4) |

**Exhibit 5.D**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the August 18, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 8/21/23 | Telsey Advisory Group | EL 4QF23 Follow Up: Prolonged Recovery Expected for Asia Travel Retail and More Mature US Business in FY24 | Results in The Americas reflected DD growth in Latin America, offset by **a decline in the U.S. driven by the slower than anticipated improvement at EL's retail business in North America**. (p. 2) <br><br> EL anticipates its **cybersecurity incident to impact Q1 and FY24 EPS by $0.07, while FX is expected to weigh on EPS by $0.11 for the year and by $0.02 for Q1**. (pp. 2–3) |
| 8/22/23 | Morningstar Equity Research | Temporary Travel Retail Woes Should Not Derail Estee Lauder's Long-Term Beauty Prospects | Furthermore, **a slower-than-expected recovery in travel retail from pandemic disruptions** has created uncertainties in product planning and inventory management, but we anticipate growth in the channel will resume in time. (p. 2) |

Source:  *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on August 18, 2023 and its impact date on August 21, 2023.
[2] Emphasis in original text removed.  Bold text indicates commentary on potential confounding news.

**Exhibit 5.E**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
## Following the November 1, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/1/23 | Barclays | 1Q24 First Impressions | That said, **preliminary reads from 11.11 in China have been soft** and EL is now extrapolating **weaker prestige beauty market trends** – and we think its relative underperformance within that – into the FY guidance. (p. 1)<br><br>Guidance: F2Q24:... **Currency translation ~$0.04/sh headwind; Risk of business disruption in Israel and the Middle East $0.08/sh headwind; Higher tax & interest expense ~$0.04/sh...** (p. 1)<br><br>2024: **Risk of business disruption in Israel and the Middle East $0.22/sh headwind; Higher tax rate and interest expense $0.16/sh headwind; Currency ~$0.16/sh headwind (from $0.11/sh)... Tax rate: 28% (from 27%)...** (p. 2) |
| 11/1/23 | Canaccord Genuity | Deja Vu: Management Lowers Expectations and Pushes Back Recovery Timeline Due to China/Travel, but Rest of Business Solid | Management lowered their FY24 guidance... **also due to potential risks in Israel and other parts of the Middle East**. (p. 3) |
| 11/1/23 | Citi | F1Q'24 Topline Miss & EPS Beat; Large FY'24 Guidance Cut | FY'24 Guidance Lowered; FY25/26 Profit Recovery Plan — EL lowered its FY'24 guidance, which now calls for: (1) OSG of -1% to +2% (vs. prior +6-8%, our +6.2% est. & cons.' +6.4%), (2) net sales of -2% to +1% (vs. prior +5-7%, our +5.1% est. & cons.' +5.4%) with a **-1% FX headwind** (vs. prior -1%) and a **-1% headwind from potential business disruptions in the Middle East**, (3) adj. EPS $2.17-$2.42 (vs. prior $3.50-3.75, our $3.74 est. & cons.' $3.60). EL also introduced F2Q'24 guidance for: (1) OSG of -10% to -8% (vs. our +1.4% est. & cons.' +3.1%), (2) net sales of -11% to -9% (vs. our +1.0% est. & cons.' +2.2%) with a **-1% FX headwind...** (p. 1) |
| 11/1/23 | Deutsche Bank | Quick Take - EL's FY1Q24 Results | EL updated FY24 outlook as follows: FY24 EPS is expected to be $2.17-$2.42 (vs. $3.50-$3.75 prior; DBe: $3.35/ Street: $3.60), reflecting a constant currency growth of -33%-25% (vs. +4%-12% prior), **-$0.16 headwind from FX, -$0.22 impact from business disruption in Israel and other parts of the Middle East**, and **-$0.16 from combined impact from higher tax and interest expense**. Net sales growth of -2% to +1% (vs. +5% to +7% prior) vs. DBe: +2.7%/ Street: +5.3%, reflecting organic growth of -1% to +2% (vs. +6% to +8% prior), **-1% (unchanged) from FX translation**, and **-1% from business disruption in Israel and other parts of the Middle East**. (p. 2) |
| 11/1/23 | Deutsche Bank | What's Your Time Horizon? | EL's stock came under significant pressure (-19% on the day) as the company's lowered FY24 guidance fell materially short of DBe, consensus, and buyside expectations alike... From here, the revised FY24 outlook now embeds: (i) **slower growth expectations for prestige beauty in... Mainland China (reflecting softness in 11/11 pre-sales)**, (ii) **business disruption in Israel/Middle East**, and (iii) **slightly more onerous FX headwinds**. (p. 1) |
| 11/1/23 | Evercore ISI | Protecting P&L, but China Drives Another Guide Down | The issue is the December quarter guide, as **China demand remained weak in the "pre-sale" of Singles' Day, the biggest shopping event. Continued weakness in China's demand delays "repatriating" Asia Travel Retail, where shipments contracted in line with consensus.** However, the extrapolation of China's weakness takes the F2024 outlook down. (p. 1)<br><br>Lower F24 EPS now includes **a $0.38 impact from Middle East risk, higher taxes**. (p. 1)<br><br>Asia, that is mainland China, is the issue as sales grew only +3% v. +11%. **1Q is China's seasonal low between the "6.18" and "11.11" online shopping festivals**. (p. 1) |
| 11/1/23 | J.P. Morgan | Beat 1QF24 but Deeply Cut FY24; Announced Profit Recovery Plan of About $1.80 in EPS | More importantly, management lowered the FY24 guidance (adj EPS range of $2.17-$2.42 or $2.30 at midpoint from $3.50-3.75 prior vs. JPMe $3.65 and Street at $3.60). This deep cut came with just one quarter into the fiscal year, **mainly driven by the worsening outlook for the crucial December quarter (FQ2) in China (quoting slower 11.11 pre-sale phase) and the "further business disruptions in Israel and other parts of the Middle East" (-$0.22 headwind) as well as worsening FX headwinds....** Expected Stock Reaction: Negative.... EL's FY24 outlook and FQ2 guide cut was deeper than feared in our view. (pp. 1–2) |
| 11/1/23 | Jefferies | Initial Take: Recovery Timeline Pushed; FQ2 Below & FY24 Guide Cut | Skincare $1.64B (47% of total) -21% organic and -22% reported was below estimates at $1.71B, **impacted by... slower recovery of prestige beauty in mainland China**. (p. 1)<br><br>FQ2 Guide Below; FY24 Reduced:... **Guide includes 100bps headwind from FX and 100bps of impact from disruption in Israel and the Middle East**. (p. 1) |

**Exhibit 5.E**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
Following the November 1, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/1/23 | Jefferies | Model Update: TR & China Recovery Pushed Out Again; Ests & PT Move Lower | Unfavorable Trend Shift in China: Sales challenges in China (~20% of sales) appear structural. **Overall growth rate of prestige beauty in Mainland China of +2% was lower than anticipated. Presale for 11.11 evidences softening demand trends in prestige beauty**. Trends appear to be shifting from skincare to makeup. Co is beginning to feel **consumer shift to lower price derm skincare**, calling out strength in The Ordinary which somewhat offsets declines from EL & La Mer. (p. 1) |
| 11/1/23 | Morgan Stanley | Quick Comment: Significant FY24 EPS Guide-Down Despite Q1 Beat, Profit Recovery Program for FY25/26 | In terms of drivers of the revision, EL cited **lowing [sic] prestige beauty category growth in China, with lower mainland China... assumptions, and potential risks of further business disruptions in Israel and other parts of the Middle East (worth 22 cents in FY24 EPS), and modestly higher taxes/FX pressure**. (p. 1)

Sharply Lowered FY24 Guidance... Reported sales between -2% and +1%, including a **-1% headwind from FX using Sept 30 spot rates** and a **-1% headwind from potential further business disruption in Israel and other parts of the Middle East**, vs the +5.9/5.4% consensus (VA/SA). (p. 1)

Adjusted EPS in the $2.17-2.42 range vs $3.50-3.75 prior guide, well below the $3.60 consensus (VA/SA). Includes roughly an incremental **$0.22 headwind from further disruption in the Middle East, and -$0.16 headwind from FX (vs. $0.11 prior) based upon September 30 spot rates**. (p. 2)

FY2Q Guidance Far Below Consensus... Adjusted EPS between $0.48-0.58, including a **-$0.08 impact from potential further business disruption in the Middle East, -$0.04 from FX, and -$0.04 from higher interest expense and taxes**, vs the +$1.22/$1.21 VA/SA consensus. (p. 2) |
| 11/1/23 | Piper Sandler | FQ1: Issues Getting 'Lauder', Path to Recovery Lengthening. Reit. Neutral | Key Points from the Call... 2) Management is forecasting a **slower recovery in mainland China following early reads from 11.11 pre-sales**. (p. 1) |
| 11/1/23 | Raymond James | Quick Take: Travel/Asia Recovery Delayed; F1Q Beats but F2Q/FY Outlook Cut | **For the Americas**, sales improved, but at **the detriment of margins**. (p. 1) |
| 11/1/23 | RBC Capital Markets | Quick Take on Earnings | However, EL noted **a slowing of the expected growth rate in prestige beauty in mainland China and business impacts in Israel and other parts of the Middle East** as reasons behind its weaker outlook. (p. 1)

**FX continues to be a 1pt headwind for the year** and EL now expects a **1pt headwind from the potential risks of further business disruptions in Israel and the Middle East**. The company is lowering its outlook to reflect **slowing of the expected growth rate of overall prestige beauty in Mainland China**.... The potential **risks of further business disruptions in Israel and other parts of the Middle East and FX headwinds** are adding additional pressure to the business. Adj EPS is expected decrease -33% to -25% (from +4% to +12%) on a CC basis, resulting in adj EPS of $2.17-$2.42 (from $3.50-3.75). The potential risks of **further business disruptions in Israel and the Middle East are expected to be $0.22 dilutive and an increase in effective tax rate and net interest expense is expected be an additional $0.16 dilutive**. (p. 1) |
| 11/1/23 | Telsey Advisory Group | EL 1QF24 First Take: Solid Q1 Results Tempered by More Cautious FY24 Guide as China Prestige Beauty Slows | Within the topline, makeup and fragrance grew YoY, offset by declines in both skin care and hair care driven by... **a slower recovery in prestige beauty in mainland China.** (p. 1)

Despite a solid start to FY24, EL is taking a more cautious view of the balance of the year, primarily reflecting **slower growth in prestige beauty in mainland China**, while an incremental **22-cent drag from business disruption in Israel/Middle East**... [is] also expected to weigh on sales and margins. As such, EL significantly lowered its sales and earnings guidance for the year. (p. 1)

The **cybersecurity incident in July 2023 was dilutive to earnings by $0.08** in the quarter. (p. 3)

The category's [hair care] decline in Q1 was driven by lower demand, particularly at Aveda and Bumble and bumble, which largely reflects **ongoing weakness in North America.** (p. 4) |
| 11/1/23 | UBS | Another Guidance Cut; EL Announces FY25/FY26 Profit Recovery Plan | EL's revised guidance now calls for EPS in the range of $2.17-$2.42 (vs. UBSe/Street of $3.57/$3.60, and vs. $3.50-$3.75 prev), inclusive of a **$0.16 headwind to EPS from FX (vs. $0.11 prev)**. On the top-line, the company lowered its organic sales guidance to -1% to +2% (vs.+6-8% prev, UBSe/Street of +6.0%/+5.9%), with **FX still expected to be a -1ppt headwind on the top line** (vs. UBSe/Street of -1.4%/-0.8%). (p. 1) |

**Exhibit 5.E**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News

### Following the November 1, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/23 | Bank of America | Construction Ahead: EL Deploys Profit Recovery Plan to Offset Reset China Growth | Adjusting revised FY24 EPS guide of $2.17-$2.42 for the $0.62 of drag from the combination of EMEA disruptions, **the 1Q cyber incident, FX, and tax/interest rate** implies more normalized operating margin of about 10.5% and $2.92 of EPS at the midpoint. (p. 1) |
| 11/2/23 | Citi | Another Large Guidance Cut with Limited Visibility; Stay Neutral | The guidance reduction was mainly driven by **lower prestige beauty growth... and Mainland China, and business disruption risks in the Middle East, as well as higher FX/tax rate headwinds**. (p. 1)<br><br>On the call, EL discussed the drivers of the large guidance cut, including:... **(2) slower prestige beauty market growth in Mainland China (for which F1Q'24 market growth was 2%, with F2Q'24 QTD growth trending in a similar range as evidenced by soft 11/11 performance), (3) potential business disruption from conflict in Israel/Middle East (with an expected impact of -1% on sales & -$0.22 on EPS)**. Notably for TR, EL is seeing **travel coming back more slowly than anticipated**... (p. 1) |
| 11/2/23 | D.A. Davidson | Lowering Estimates and PT to $146; BUY | Organic sales in Asia Pacific were -3%, with **mainland China down Y/Y due to a slower-than-expected recovery of the prestige beauty market**, partially offset by triple-digit growth in Hong Kong and double-digit growth in Japan and Australia. (p. 1)<br><br>EL lowered its FY24 sales guidance to -2% to +1% from +5%-7%, including organic sales -1% to +2% (vs. +6%-8% previously) and **FX of -1%**; guidance includes **a -1% headwind due to disruptions related to the Middle East war**.... EPS guidance was lowered to $2.17-$2.42 (-30%-37% Y/Y) from $3.50-$3.75, including **an FX impact of $(0.16) vs. $(0.11) previously and Middle East war impact of $(0.22)**. (p. 1)<br><br>For F2Q24, EL guided to sales -9%-11% including organic sales -8%-10% and **FX -1%**; we are lowering our organic sales estimate to -10.4% from -3.0%. EL guided to F2Q24 EPS of $0.48-$0.58, including **an FX impact of $(0.04) and Middle East war impact of $(0.08)**; we are lowering our estimate to $0.53 from $0.70. (p. 1) |
| 11/2/23 | Evercore ISI | What's Estee Earnings Power? | Estee's business model remains **disrupted... given that China's demand is slowing after a small, seasonal rebound in the "6.18" shopping festival that lifted 4Q F23 sales to +4%**.... **[T]he guidedown (page 5) reflects lackluster Singles' Day pre-sales, with Tmall pushing a "Shift to Thrift."** (p. 1)<br><br>Investors we talk to express three concerns: 1) **Desirability and competitiveness of Estee's brands, not only in China but in the U.S.**... (p. 1)<br><br>EL likely is underearning, on the confluence of... 3) **China's entry into a cyclical low, with youth unemployment likely at an all-time high - Alibaba reflects this vibe with a "Shift to Thrift" Singles' Day**, page 16; 4) **An adverse channel shift to specialty-multi in the U.S.**; 5) **Market growth shifted to fragrances, where Estee is under-represented** (page 18). (p. 2)<br><br>**Estee closed unperforming MAC doors in the U.S. and Europe** but opened doors in Asia, where masks were used until recently. (p. 2)<br><br>Guide down F2024 by $1.18 (page 5)... **$0.64 from slow China**... **$0.22 in Middle East risk**... **$0.16 in higher taxes as the country mix changes**... **$0.16 currency**... (p. 3) |

**Exhibit 5.E**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the November 1, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/23 | J.P. Morgan | Lack of Confidence in China Outlook Overshadows a Beautiful Business | Estée Lauder (EL, Overweight-rated) cut guidance for FY24 and F2Q outlook fueled the bear thesis... that **the shipments to Mainland China also turned negative in FQ1** from up DD's in the prior quarter YOY. We note that Mainland China consumption outpaced shipments as retailers have been taking inventory down... (p. 1) |
| | | | After organic sales inflecting recently (+LSD in F3Q23 and +DD in F4Q23) **in Mainland China, trends took a turn for the worse in F1Q and the recent weak pre-sales at the 11.11 Shopping Festival only further confirmed such fears**... Given the added pressure from an updated outlook around **a slower growth rate in prestige beauty at the current trend of +2% in Mainland China**, further fueled in EL slashing its FY24 guidance to now -1% to +2% and also guided F2Q organic sales growth to decline -10% to -8%. (p. 3) |
| | | | As it relates to cadence, the company models sequentially improving sales trends each quarter with +DD organic sales growth in 2H24 especially as EL is forecasted to ship to retail trends in 2H (more below) and easier comps as **COVID-era policies were pulled back in South Korea impacting both 3Q23 and 4Q23**... further pressuring the top line. Net-net, we now model organic sales decline of -9.2% (from -5% before) for F2Q and +0.1% (+5.7% previously) for FY24. (p. 3) |
| | | | Although we want to give management the benefit of the doubt, this new added-on margin expansion plan almost seems last-minute catapulted by... **the confirmed softer consumer activity in Mainland China as evidenced by the recent poor 11.11 Shopping Festival pre-sales**. (p. 4) |
| | | | **Slashed FY24 Guidance on Overall Lower Recovery of Prestige Beauty in... Mainland China.** The company now anticipates YoY total sales range of -2% to +1% (previously +5% to +7%, including **-1% FX headwind** and vs. JPMe updated to -0.8%) and consequently a much weaker YOY organic net sales range of -1% to +2% (from +6-8% and vs. JPMe now of +0.1%). The company lowered the FY24 adjusted EPS by -$1.33 at the mid point to $2.17-$2.42 (prior of $3.50-3.75 including **$0.16 negative impact from FX** and JPMe now of $2.33). (p. 4) |
| | | | EL reported 1QFY24 adj. EPS of +$0.11, beating guidance of -$0.31 to -$0.21, and was also above JPMe/Street forecast of -$0.21/-$0.20, with **the cybersecurity incidence a $0.08 negative impact on FQ124**. (p. 4) |
| 11/2/23 | Morgan Stanley | Q1 Follow-Up: Another Large Negative FY Revision | In terms of the revision, the magnitude was surprisingly large, seemingly reflecting continued forecasting struggles, as well as... **smaller negative points that have emerged recently (Middle East issues, incremental negative FX, and a higher tax rate)**. (p. 1) |
| | | | In terms of drivers of the revision, EL cited... **lower mainland China (including weak 11-11 pre-sales in Q2)**..., and to a lesser extent lower guidance for **potential risks of further business disruptions in Israel and other parts of the Middle East (worth 22 cents in FY24 EPS), as well as modestly higher taxes/FX pressure**. (p. 2) |
| | | | Sharply Lowered FY24 Guidance: EL lowered FY24 sales and EPS guidance to reflect **the... risks of further business disruptions in the Middle East**... Reported sales between -2% and +1%, including **a -1% headwind from FX using Sept 30 spot rates and a -1% headwind from potential further business disruption in Israel and other parts of the Middle East**, vs the +5.9/5.4% consensus (VA/SA).... Adjusted EPS in the $2.17-2.42 range vs $3.50-3.75 prior guide, well below the $3.60 consensus (VA/SA). Includes **roughly an incremental $0.22 headwind from further disruption in the Middle East, and -$0.16 headwind from FX (vs. $0.11 prior) based upon September 30 spot rates.... Effective tax rate of approximately 28% vs 27% prior** and the +26.8/26% consensus. (p. 3) |
| | | | F2Q Guidance Far Below Consensus:... Adjusted EPS between $0.48-0.58, including **a -$0.08 impact from potential further business disruption in the Middle East, -$0.04 from FX, and -$0.04 from higher interest expense and taxes**, vs the +$1.22/$1.21 VA/SA consensus. (p. 4) |

**Exhibit 5.E**

# The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
Following the November 1, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/23 | Morningstar Equity Research | Estee Lauder Earnings: Sales Recovery Delayed on Weak Skincare Spending but Brand Standing Intact | We have cut our fair value estimate for wide-moat Estee Lauder to $200 from $249 to reflect a weaker-than-expected near-term outlook given **soft spending in high-margin skin care products amid macro headwinds**... (p. 1) |
| | | | The soft first-quarter update (sales and EPS down 11% and 94%) was in line with our expectations, but we view **the... weak macro data in China as negative signs that the sales recovery we had anticipated for second half of 2024 will now take longer to materialize**. (p. 1) |
| | | | **Estee lags key rival L'Oréal in research and development for derma-based skin care products**, which are gaining popularity among consumers.... Estee remains exposed to **struggling U.S. department stores**, even after efforts to reduce counters and diversify into other more productive channels.... (p. 2) |
| | | | We have cut our fair value estimate for wide-moat Estee Lauder to $200 from $249 to reflect **a weaker-than-expected near-term outlook, given soft spending in high-margin skin care products amid macro headwinds**... We now forecast fiscal 2024 sales to be flat (down from a 6.5% increase previously) as we model a 5% contraction in skin care sales (versus a 6% growth in our prior model) driven by **weak spending in China**... (p. 3) |
| | | | However, once we adjust for the unseasonably weak June 2022 quarter (with gross margins plunging to 71%) driven by **lockdowns in China (a third of Estee sales)**..., we estimate gross margins narrowed a much more moderate 110 basis point to 76% relative to 2019, comparable to the 60-basis-point gross margin contraction witnessed by L'Oréal during the same period. (p. 5) |
| | | | We see long-term structural tailwinds for beauty products, but the firm is not immune to **macro headwinds and geopolitical tensions that could weigh on consumer demand**. (p. 6) |
| 11/2/23 | Raymond James | Big Reset, Though Materially Factored in Now; LT Still Compelling | EL F1Q EPS beat on lower than expected margin headwinds, but **continued weakness in... mainland China, and the risk around Middle East has led to a significant reset of FY24 expectations.** While this was clearly disappointing, EL fell 19% yesterday and is now at a 6-year low. (p. 1) |
| | | | F1Q sales breakout. Organic sales declined 11% y/y, at the midpoint of management's forecast, as... **macro pressures in China/Asia Pacific,** were only slightly offset by better than expected Americas sales.... In addition, **the overall beauty prestige market in China slowed vs expectations through the course of 1Q and continued into 2Q, with 11/11 holiday sales off to a slow start**. (p. 2) |
| | | | The lowered 2Q and FY24 outlook reflects 1) **lowered expectations for mainland China**,... and 3) **risks related to the conflict in Israel and the Middle East which is expected to hit sales by 1pt**. (p. 2) |
| 11/2/23 | RBC Capital Markets | UNCLE...Downgrading to Sector Perform | The rapidly changing operating environment is causing low visibility, and **the slowdown of the expected growth rate of overall prestige beauty in mainland China points to more than just seasonal/one-time business dynamics that are impacting performance**. (p. 1) |
| | | | Further, the company called out that **the expected growth rate of overall prestige beauty has slowed in mainland China, which lowers internal FY'24 expectations for... the mainland**.... 2) **Business Disruptions in the Middle East – EL's revised guidance includes an estimated -$0.22 dilutive impact on FY'24 EPS due to the potential risks of further business disruption in Israel and other parts of the Middle East.** EL's estimate is based on the assumption that the current environment in the region remains unchanged. (pp. 1–2) |
| | | | EL lowered its FY 2024 outlook and now expects net sales growth of -2% to +1% vs. prior +5–7% and LC organic sales growth of -1% to +2% vs. prior +6–8%. **FX continues to be a 1pt headwind for the year and EL now expects a 1pt headwind from the potential risks of further business disruptions in Israel and the Middle East**.... **The potential risks of further business disruptions in Israel and the Middle East are expected to be $0.22 dilutive, and an increase in effective tax rate and net interest expense is expected be an additional $0.16 dilutive.** The company is lowering its FY outlook to reflect **slowing of the expected growth rate of overall prestige beauty in Mainland China**.... **The potential risks of further business disruptions in Israel and the Middle East, coupled with FX headwinds, are adding more pressure to the business.** (p. 2) |

**Exhibit 5.E**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News
### Following the November 1, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/2/23 | TD Cowen | Correction: Painful Reset as Travel Retail & Mainland China Drive Guidance Cut | EL beat 1Q EPS on better expense control as org. rev. decline of (11%) was in line, but lowered FY EPS guidance (37%) on... **lower Mainland China growth & Middle East risks**, yielding the 7th consecutive quarter that FY guidance has missed Street. US & fragrance strength are positives, but **uncertainty across... Mainland China could drive EPS cuts**. (p. 1)<br><br>Management lowered EPS guidance (37%) to $2.17-2.42 vs. prior guidance $3.50-$3.75, below Street's $3.60 at the midpoint, reflecting **broader China macroeconomic risks**... **While the US is improving (driving +6% Americas growth in 1Q), competition is intensifying among younger and smaller brands.** (p. 1)<br><br>Key Risks to Monitor:... **lagging market share trends in Prestige Beauty in Mainland China, business disruption in Israel & Middle East regions**, execution of newly announced Profit Recovery program. (p. 1)<br><br>**[T]he incremental risk from the quarter is broader Mainland China.** Overall, **EL lost share in the region as Prestige Beauty market growth in mainland China** was +2% y/y in 1Q vs. EL flat. (p. 4)<br><br>Skincare declines primarily reflect challenges... **Mainland China, which was an incremental weak point**. (p. 4)<br><br>Asia/Pacific declined (3%) driven by **overall prestige beauty category share loss in mainland China**, partially offset by several markets and led by Hong Kong, Japan and Australia. (p. 5)<br><br>Guidance Assumes... **Moderation in Mainland China.** (p. 5)<br><br>FY24 Guidance Summary: Management expects reported net sales growth in the range of (2%) to +1% y/y vs prior guidance +5-7% and Street's +5.4% and organic net sales growth of (1%) to +2% vs prior guidance +6-8%. This reflects... **slower overall prestige beauty market growth in Mainland China, and emerging business risks in Israel and the Middle East**. (p. 5)<br><br>2Q24 Guidance Summary... Adj. EPS of 48c to 58c (decline of -69% to -62%), which assumes **8c dilutive impact from potential business disruption in Israel and other parts of the Middle East and 4c from currency translation**.... Reported net sales growth in the range of (11%)-(9%) y/y vs Consensus +2.2% and organic net sales growth of (10%) to (8%), due to... **Mainland China impact**.... **Currency translation and the potential risks of further business disruptions in the Middle East are each anticipated to dilute reported sales growth for the second quarter by (1%).** (p. 5) |
| 11/2/23 | Telsey Advisory Group | EL 1QF24 Follow-Up: Downgrading to Market Perform on Challenges to Travel Retail and Slowing China Growth | Despite a solid start to FY24, EL is taking a more cautious view of the balance of the year, **primarily reflecting slower growth in prestige beauty in mainland China, while an incremental 22-cent drag from business disruption in Israel/Middle East**... is also expected to weigh on sales and margins. (p. 1)<br><br>In the near term, however, EL continues to expect weakness in the channel and **cited a decline in prestige beauty in... the Mainland China market that has persisted through the pre-sale of the 11/11 Shopping Festival.** (p. 2) |
| 11/2/23 | UBS | FY25 Earnings Power Continues to Move Lower; Stay Neutral | EL shares traded -19% lower today (Nov 1), as the company lowered guidance for the sixth consecutive quarter owing to... **lower prestige beauty consumption in Mainland China.** (p. 1)<br><br>EL cut guidance by >35% and now expects EPS of $2.17-$2.42, **inclusive of a $0.16 headwind to EPS from FX and a $0.22 headwind from disruptions in the Middle East.** (p. 1)<br><br>We are updating our estimates to reflect (1) **lower top-line expectations on account of slower growth in Mainland China...** We reduce our FY24 and FY25 EPS estimates to $2.41 (from $3.57) and $3.90 (from $5.26), respectively. (p. 2) |

**Exhibit 5.E**

## The Estée Lauder Companies Inc.
## Select Commentary from Analysts on Potential Confounding News

### Following the November 1, 2023 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] |
|---|---|---|---|
| 11/8/23 | TD Cowen | Downgrade: Near-Term Risks, Long-Term Need for Speed & a 10-Point Wish List | Moving to Market Perform as **Mainland China could see continued softness due to a volatile Chinese consumer**... (p. 1)<br><br>Unfortunately, the company has lowered FY25 EPS guidance 5 consecutive times, and Street estimates could be too high even as compares ease, as we monitor **a weakening China macro backdrop consisting of waning consumer confidence, ongoing weakness in the housing sector (70% of household income), and high youth unemployment rate (last report of 21.3% June, suspended disclosure in August)**. (p. 1)<br><br>We rate EL Market Perform as we believe the stock could be range-bound due to **cautionary trends in China**... (p. 2) |

Source: *Capital IQ*; *LSEG Workspace*; Analyst Reports from Counsel

Note:
[1] Select analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on November 1, 2023.
[2] Emphasis in original text removed. Bold text indicates commentary on potential confounding news.