# EXHIBIT N

28-Jul-2023

# L'Oréal SA (OR.FR)

## Q2 2023 Earnings Call

**FACTSET: call**street

1-877-FACTSET    www.callstreet.com

Total Pages: 27

Copyright © 2001-2023 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**Françoise Lauvin**
*Head-Investor Relations, L'Oréal SA*

**Christophe Babule**
*Chief Financial Officer, L'Oréal SA*

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

**Laurent Schmitt**
*Global Head-Corporate Finance and Financial Communication & Chief Executive Officer-BOLD, L'Oréal Venture Fund, L'Oréal SA*

......................................................................................................................................................................................................................

# OTHER PARTICIPANTS

**Bruno Monteyne**
*Analyst, Bernstein Autonomous LLP*

**Fulvio Cazzol**
*Analyst, Joh. Berenberg, Gossler & Co. KG (United Kingdom)*

**Celine Pannuti**
*Analyst, JPMorgan Securities Plc*

**Sarah Simon**
*Analyst, Morgan Stanley & Co. International Plc*

**Olivier Nicolai**
*Analyst, Goldman Sachs International*

**Robert Ottenstein**
*Analyst, Evercore ISI*

**Iain Simpson**
*Analyst, Barclays Capital Securities Ltd.*

**Tom Sykes**
*Analyst, Deutsche Bank AG*

**Guillaume Delmas**
*Analyst, UBS AG (London Branch)*



# MANAGEMENT DISCUSSION SECTION

**Operator:** Welcome to the conference call regarding L'Oréal's 2023 Half-Year Result. The conference is about to begin.

I now hand over to Ms. Françoise Lauvin. Ms. Lauvin, please go ahead.

### Françoise Lauvin
*Head-Investor Relations, L'Oréal SA*

Thank you, Alicia. Bonjour, [Foreign Language] (00:00:18). Good morning to all and welcome to this webcast and conference call for the release of L'Oréal's first half 2023 sales and results. Let me introduce today's participants on the call. We are together with CEO, Nicolas Hieronimus...

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

Good morning, everyone.

### Françoise Lauvin
*Head-Investor Relations, L'Oréal SA*

...CFO, Christophe Babule;...

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

Hello. Good morning.

### Françoise Lauvin
*Head-Investor Relations, L'Oréal SA*

...and Global Head of Corporate Finance and Financial Communication, Laurent Schmitt.

### Laurent Schmitt
*Global Head-Corporate Finance and Financial Communication & Chief Executive Officer-BOLD, L'Oréal Venture Fund, L'Oréal SA*

Good morning.

### Françoise Lauvin
*Head-Investor Relations, L'Oréal SA*

The agenda of today's meeting is as follows. Christophe Babule will start with the presentation of the financial figures of the first semester. After this financial review, Nicolas will cover the main developments of our business in the first half and share with you his views and strategic perspective. After these presentation, you will be able to raise your questions. The press release, which was sent out yesterday and the slides shown this morning, can be found on our website, loreal-finance.com and on the L'Oréal finance app. You will be able to access a replay of this call on the same website later today, and the French and English versions of the half-year financial report will be available at the beginning of next week. Timing wise, we expect to close this call by around a 10:15 AM.

**L'Oréal SA** *(OR.FR)*
Q2 2023 Earnings Call

I wish you a good conference. And let me now hand over to Christophe.

## Christophe Babule
*Chief Financial Officer, L'Oréal SA*

Thank you, Françoise. Ladies and gentlemen, good morning. L'Oréal show another remarkable performance in the first half on top of a high 2022 base of comparison, in a globally buoyant beauty market.

If I had to summarize the past first half in three key figures, I would highlight first the continued strong like-for-like growth of 13.3%, the operating margin of 20.7%, an increase of 30 basis points, the 11.2% increase in earning per share, excluding non-recurring items to €6.73.

Sales increased by 12% and exceeded €20 billion for the first time over a half year. Foreign exchange had a negative 2.4% impact over the period, with currencies evolving differently. The Mexican peso and to a much lesser extent, the US dollar and the Brazilian real appreciated against the euro, whereas most order invoicing currencies were down. More detail on our invoicing currencies and their evolution against the euro can be found in the appendix of this presentation posted on our website, loreal-finance.com.

The change in scope of consolidation was a positive 1.1%. It is mainly due to the acquisition last October of the American derma cosmetic skincare brand, Skinbetter Science, and of the impact of hyperinflation accounting in Argentina and Turkey. On a like-for-like basis, growth came to a strong 13.3%.

As you can see on those two charts, like-for-like growth accelerated from 13% in the first quarter to 13.7% in the second quarter. However, the currency impact, which was still slightly positive in Q1, turned negative to minus 5.5% in Q2. Therefore, on a reported basis, sales were up 14.6% in the first quarter and a 9.5% in Q2. Note that extrapolating end of June currency rates or €1 at around $1.09 until year-end will lead to a negative impact on full-year sales of around 5%.

On this chart, you can see the different components of growth. Units rose almost 5%, contributing slightly more than a third to growth. In a more inflationary environment, particularly in developed economies, the significant value component which combines price increases and mix improvement, therefore, have no impact on volume. The increase in volume is all the more remarkable as it follows an increase of nearly 7% in the first half of last year, a pretty unique position amongst our peers.

Let's take a look at sales by division. Like for like, they all grew strongly. The Professional Products division continued its momentum, up 7.6%, driven by the success of its omnichannel strategy. The Consumer Products division, whose growth accelerated to 15%, achieved its best half year on record. L'Oréal Luxe accelerated quarter after quarter and posted growth of 7.6% at the end of June. And lastly, L'Oréal Dermatological Beauty continued to lead the pack with an increase of 29%.

Momentum remain very dynamic in all regions compared to year 2022, which was already showing very strong growth. With an 18.2% like-for-like increase, Europe, which is our largest region in size, recorded remarkable growth.

L'Oréal strengthened its position in the vast majority of markets. Business grew by more than 10% in the major markets, in particular in the German-Austrian-Swiss cluster, the UK, France, Italy, as well as in many other countries such as Poland, the Nordics and Turkey.



Copyright © 2001-2023 FactSet CallStreet, LLC

# L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

 Corrected Transcript
28-Jul-2023

In North America, momentum remained very strong at plus 13% in volume market. In North Asia, growth came to plus 3.9% with contrasted trends. In Mainland China, growth in the second quarter return to mid-teens ending the first half at more than 7% in a market that is gradually recovering.

In Travel Retail, momentum slowed under the actual effect of a high comparison basis in the second quarter last year due to only invoicing and this year of a drop in sales in certain markets such as Korea and Hainan. In emerging markets, L'Oréal continued its very dynamic pace of plus 23.6% both in SAPMENA and in Latin America.

Let's now look at categories. Skincare, our largest category, which represented more than 41% of our sales and grew 14.6%. Make-up continued to rebound at plus 11.1%. It accounted for 20% of our sales. Haircare was very dynamic at plus 15.8%, growing in double digit both in professional and in consumer products. Growth of perfumes remain remarkable at plus 21.8% and hair coloring advanced by 7.2%.

Let's move to the profit and loss account. Gross profit increased by 13.8% to €15.3 billion. Gross margin improved by 120 basis points to 74.3% of sales. The objective of restoring the gross margin to its 2021 level was therefore achieved in the first half. The change in the scope of consolidation had a negative 20 basis points impact on gross margin. Currency effects, including conversion and transaction, were positive by 60 basis points. The underlying improvement in gross margin therefore stands at plus 80 basis points. Positive value effect which combines price increases and mix improvement more than offset the additional increase in input cost.

Research and innovation expenses advanced by more than 15% to €622 million that now represents 3% of sales versus 2.9% in the first half of last year. Advertising and promotion expenses also increased strongly by 15.3% or more than €900 million in value. They amounted to 32.5% of sales, 100 basis points above last year's level. We have therefore continued to invest significantly in media advocacy and influence at point of sales and in consumer experience to support the growth of our brands.

SG&A expenses were up 10.9% in absolute value but continued to decline by 20 basis points as a percentage of sales. This demonstrates the continued strict cost discipline and increased efficiency of our organization, thanks to the creation of clusters and of shared service centers.

In total, operating profit increased by 13.7% to over €4.2 billion. The operating profit margin reached a new record for the first half at 20.7% of sales, 30 basis points higher than that of H1 2022. So, you see our virtuous circle is in full swing.

At this stage every year, we point out that the L'Oréal Group is managed on an annual basis and that the division's profitability in the first half cannot therefore be extrapolated for the full year. By division at the half-year stage, the profitability of the Professional Products division was unchanged at 21.2%. The Consumer Products division improved its profitability by 100 basis points to 21%. L'Oréal Luxe margin came out at 23.2%, down 80 basis points. And L'Oréal Dermatological Beauty increased its margin by 70 basis points to 28.4%. Non-allocated expenses, consisting mainly of corporate and fundamental research costs, were stable at 2.3% of sales. Overall, the operating margin improved 30 basis points to 20.7%.

From operating profit to net profit, excluding non-recurring items. The net financial result was negative by €45.3 million. For the full year 2023, you should expect net financial expenses to the tune of €100 million, all other things being equal. Sanofi dividend amounted to €421 million, down 10% compared to 2022. It should be recalled that, in 2022, Sanofi had paid an additional dividend-in-kind in the form of Euroapi shares for an amount of €74.5 million. The ordinary dividend, therefore, increased by almost 7%.

**L'Oréal SA** *(OR.FR)*
Q2 2023 Earnings Call

Corrected Transcript
28-Jul-2023

Income tax amounted to €1 billion, representing a tax rate of 21.9%, slightly below that of H1 2022, which stood at 22.5%. For the full year 2023, all other things being equal, we can anticipate the tax rate slightly below 24%. Net profit, excluding non-recurring items, amounted to €3.6 billion. Diluted EPS, excluding non-recurring items, stood at €6.73, up by 11.2%. No doubt, you would have seen that we are launching our share buyback program for an amount of €500 million. To help you in estimating your EPS for the full year and taking into account the share buyback, I will recommend that you base your calculation on a diluted number of shares of around 537 million.

We'll now complete the review of the P&L account. Non-recurring items, net of tax, amounted to a negative €257 million compared with a negative €31 million in H1 2022. This year, the other income and expenses of €321 million mainly included asset impairments of €270 million, including €250 million for goodwill on IT Cosmetics business and €20 million for the Decléor brand, Limited restructuring cost of €25 million, mainly related to Ambition France, our project to reorganize entities in France, and philanthropic donations and costs related to acquisitions for a total amount of €24 million, after taking into account all non-recurring items and net profit after non-controlling interest came out at [ph] €3.33 billion (00:12:48).

Gross cash flow increased by 14.5% to €4.4 billion. As every year, during the first half, the working capital requirement increased this year less than in H1 2022. Capital expenditure of €724 million, represented 3.5% of sales. For the full year, it should be reached around 4% of sales. Net operating cash flow exceeded €2 billion, up more than 50% year-on-year. And after payment of dividends, acquisitions and redemptions of the lease debt, residual cash flow was negative to the tune of €1.7 billion.

The balance sheet remained robust with shareholders' equity of €28 billion or more than half of the total balance sheet. In May 2023, the group issued a bond for a nominal amount of €2 billion in two trance of €1 billion each with maturities of two and five years. The proceeds of this bond will be used for the acquisition of Aēsop, which is presently being finalized.

At the end of June, net debt amounted to €4.8 billion and to €3.3 billion, excluding financial lease debt. The gearing ratio stood at 17.3% and the financial leverage of net debt over 12 months rolling EBITDA at 0.5 times. The financial situations remain healthy.

I thank you for your attention.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

Good morning, everybody. As you've seen, we've delivered a very strong first half. And I'd like to walk you through some of my personal highlights before I share with you why we remain confident for the rest of the year and beyond.

In the first half, our sales increased by 13.3% like-for-like and we crossed the €20 billion threshold for the first time in a half year. Since the beginning of 2019, our organic top line growth has amounted to 8.2% on a compound annual basis. That puts us well ahead of the global beauty market over that same period.

In an environment still marred by considerable inflationary pressures around the world, our growth was driven by a strong contribution from volume up 4.9% and value up 8.5%. We estimate that the beauty market grew by close to 10% in the first half. So, we outperformed again, which is obviously fantastic news. But what makes me especially proud is that this comes after not one, but two years of exceptionally strong share gains.

**L'Oréal SA** *(OR.FR)*
Q2 2023 Earnings Call

 Corrected Transcript
28-Jul-2023

In terms of channels, both were dynamic. Offline staged a strong comeback. We grew 14% in a market that was up 9%. Our online sales grew 12%, slightly ahead of the market.

Let us take a look at our divisions. All four were growing, but two were in what I would like to call hyper-drive, the Consumer Products division and L'Oréal Dermatological Beauty.

Consumer Products achieved its best half year on record. It grew 15% like-for-like and significantly outperformed the dynamic mass market. Growth was not just strong, but also well-balanced. All major brands grew in double digits. All categories advanced, boosted by strong innovations. All regions were up with Europe and emerging market especially impressive.

Illustrating the division's ability to, at the same time, democratize and premiumize, I want to emphasize the contribution from both volume and value. With 29% like-for-like growth, Dermatological Beauty delivered another outstanding performance, well ahead of the derma cosmetics market. All regions advanced strongly, with a particular shout out to emerging markets and Europe. Growth in mainland China was three times that of the markets.

As you know, our brand portfolio is highly complementary and all global brands recorded double-digit growth. The two billionaire brands, La Roche-Posay and CeraVe, remained extremely dynamic. The newly-acquired Skinbetter Science was off to a very strong start.

L'Oréal Luxe was up 7.6% and has been improving quarter after quarter. My key takeaways are the remarkable bounce back in China with high-teens growth in the second quarter and the double-digit growth in all other regions. It is worth mentioning that year-to-date, the division's market share in China is equal to that of the number two and three combined.

By category, we continue to outperform a very dynamic fragrance market, thanks to many of our designer brands. In skincare, Helena Rubinstein continue to grow at high speed.

Professional Products grew 7.6%, cruising ahead of the market. Particularly remarkable was the strong momentum of the two leading brands, L'Oréal Professional and Kérastase, which were supported by successful innovations like Metal Detox, the new Inoa and Symbiose. Mainland China and India continue to be very dynamic. Sales were up in all channels: salons, SalonCentric, e-commerce and the selective channels.

Now, let's talk about categories. They all grew double digits, led by fragrances at plus 22%, skincare at plus 15%, hair at plus 13% and makeup at plus 11%.

When it comes to the regions, I'm pleased to say that all five grew in the first half, making for a very broad-based performance. Another way to look at the power of our balanced geographical footprint, the top five growth contributors by country, the USA, China, the Germany-Austria-Switzerland cluster, France and Mexico represent each one of our regions.

Our two emerging markets were particularly strong, with identical growth of plus 24% in SAPMENA and Latin America, growing around 1.5 times faster than the market. They represent 15% of our business, but contributes a quarter to our growth.

Our business in Europe advanced by an impressive 18%, 5 points ahead of the market. The region contributed over 40% of our total growth. Momentum was broad-based, including in some of our key markets.



Copyright © 2001-2023 FactSet CallStreet, LLC

# L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

 Corrected Transcript
28-Jul-2023

In North America, we grew plus 13%, with a strong contribution from both price and mix. All divisions advanced. Growth was in double digits in Consumer Products and Dermatological Beauty. As you may know, we launched Lancôme on Amazon earlier this year, redefining luxury beauty on the platform.

In North Asia, we grew plus 4%, implying a very encouraging acceleration from plus 2% in the first quarter to plus 6% in the second quarter. As you can imagine, there are many moving parts behind this second quarter performance, most of them linked to what we call the Chinese consumption ecosystem, which includes notably mainland China, Hainan, and Hong Kong, three markets between which consumption is becoming increasingly fluid.

So, what is happening in that Chinese ecosystem? In mainland China, we are seeing clear signs that consumption is recovering, consumer confidence is improving, restaurants are full, local travel is resuming. The recovery has been a bit slower than expected. But let's be honest, three years of COVID will take a bit of time to be fully digested.

Appetite for beauty remains strong, both offline and online. In the second quarter, beauty growth recovered to plus 6.5%. As you remember, it was still negative in the first quarter. And how did we do? Our growth accelerated strongly from broadly flat in the first quarter to mid-teens in the second quarter. Our innovations resonated well with consumers. We introduced new brands like Valentino, Prada, and Takami, and we entered lower tier cities.

We significantly outperformed the market and continued to gain share. In itself, that's very impressive, but I'm particularly proud of this achievement by our Chinese teams as it comes after two years of very strong share gains, further cementing our clear leadership position.

We had a very successful 6.18. Lancôme and L'Oreal Paris were the number one and two brands, and we had another six brands in the top 20. I want to highlight that our growth outside 6.18 was equally strong, signaling that the market is gradually getting back to normal.

In Hainan, however, there's been a clear deterioration between the first and the second quarter. As you know in mid-May, the authorities started to exercise much tighter control over the Daigou trade to preserve what they call Hainan's Golden Brands. And Travel Retail operators have consequently refocused on the individual traveler. This has had a severe impact on industry-wide sell-outs.

We're obviously not immune to this. We estimate that if the current policy remains the same, it could lead to a couple of months of inventory reduction, keeping in mind that our absolute priority is the protection of our brands' equity within the Chinese ecosystem.

To put our exposure into context, Hainan represents less than 3% of our business; the total Chinese ecosystem around 23%. So mainland China has always been our focus, and we believe that the new paradigm in Hainan should have a positive impact on sell-outs in the domestic markets, displayed in our favor given how strong our market share is in mainland China. As we have seen on Douyin recently, there has already been a partial transfer of purchases to the domestic markets.

All in all, our first half sell-through in the Chinese ecosystem amounted to plus 10% and was indeed well ahead of the market at plus 2.6%.



# L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

 Corrected Transcript
28-Jul-2023

With this, let's now move to our financial performance. You have heard me speak about our virtuous circle many times and we have really seen it in action in our first half. Our operating margin increased 30 basis points, and that was after we spent an additional 100 basis points on our brands.

To me, what makes our virtuous circle so unique is that it's constantly fueled by our obsession with valorization. Every time we launch a new product, we do it at a premium to the existing range. Why? Because our unrivaled R&I backbone ensures that we make it better for the consumer and that the consumer is willing to pay for the added value.

Let me share with you two examples. You might be surprised that they are both from our Consumer Products division, which most of you probably least associate with valorization. Well, you're wrong. The first one is Garnier GOOD. It is two times more expensive than our existing color ranges. The second one is Elvive Bond Repair. Its price per milliliter is three times above that of our existing haircare products, and they are both very successful.

I would like to highlight that our financial performance came with a solid extra financial performance. In early July, L'Oréal was recognized by Standards & Poor (sic) [Standard & Poor's] (00:23:48) Global for its sustainability performance, with an ESG rating of 85 points out of 100. L'Oréal ranked among the world's most gender-equitable companies by Equileap. More than ever, we are focused on our sustainability transformation and committed to our net zero trajectory.

So, you've seen that in the first half, our growth engine fired on all cylinders and our virtuous circle was in full swing. Of course, we can't deny that we are facing a few headwinds for the second half. Currencies will be less favorable, as mentioned; Hainan, which we addressed earlier; and price will make a smaller contribution to total value growth as last year's increases are starting to roll out now.

Despite that, we are very confident in our ability to maintain very good momentum in the second half, and let me give you five reasons why. First, we really believe that consumer demand for beauty remains and will remain very solid. You saw how strong the markets were in the first half of the year. And as we're entering the second half, we do not see any sign of downtrading in the Western world. Our consumers are relatively affluent and always on the lookout for high-quality, indulgent beauty products. Emerging regions remain equally dynamic.

Another way to gauge consumer interest in the beauty category is through the level of search queries and social conversations around the word beauty. On Google, we saw an increase of 14% across all categories and regions. Fragrance was up as much as 26%. And on TikTok, beauty is the number one topic.

Second, our 36 international brands have strong innovation planned for the second half and the holiday season. This will allow us to keep winning in the beauty market that is forever premiumizing. Some of the launches that I'm particularly excited about include the new male fragrance of YSL and the expansion of Prada in makeup and skincare, Super Stay from Maybelline, Absolut Repair from L'Oreal Professional, the daily UV protection from CeraVe and much more, particularly in makeup. Needless to say, they will all come with strong valorization.

Third, we continue to reinforce our digital leadership, which has always contributed to our outperformance. Let me give you three examples. We are the global number one in beauty share of influence last year and managed to increase our lead by 5 points to over 26%. And we were the first movers on TikTok in China and the Western world.

You may also have seen that in cooperation with Microsoft with the beauty ready-in-a-click two weeks ago. This is a virtual makeover from our brand, Maybelline New York, which give 300 million Microsoft Teams users access to



a digital makeup bag that contains all the must-have products needed to create up to a dozen different looks. We're confident that the users will want to buy the looks in the real world. And of course, we're exploring the possibilities of gen AI and the metaverse.

Fourth, we stay true to our R&I roots. R&I is at the very heart of L'Oréal and has been for the last 114 years. Last year alone, we spent over €1 billion on R&I and continued that trend in the first half of 2023. In the spirit of seizing what is starting, we have built a unique biotech and green ecosystem for beauty over the last two years. In the first half alone, we invested in Debut, a US biotech company, to obviously fund BOLD and announced the partnership with Bakar Labs, the biotech incubator at Berkeley. Earlier this month, in cooperation with Verily, we launched the world's largest and most diverse skin and hair health study, and there's more to come.

Hand in hand with our digital transformation, R&I has extended to what we call Beauty Tech. As we showed at Vivatech, this will allow us to serve four major trends: personalization, sustainability, inclusivity and improved companywide efficacy.

Last but definitely not least, our engaged teams. Our strong performance in the first half would not have been possible without them, and I want to say a big thank you for all their hard work. I'm glad to share that in our yearly employee satisfaction survey, our engagement rate has reached 78%, 6 points ahead of the industry norm. L'Oréal's culture and the commitment and agility of our teams are a truly fantastic competitive advantage in today's world.

Before I conclude, let me remind you that our brand portfolio will soon be enriched by Aesop, In the global luxury market, Aesop is uniquely positioned. The brand stands out with its sensorial product, distinct packaging and unique retail philosophy. We expect the acquisition to be complete in the second half.

Let me remind you that the first time consolidation should have an estimated dilutive impact of around 25 basis points on L'Oréal's operating margin on a 12-month running basis.

In conclusion, we had a very good first half. As always, there were many good surprises, a few not so good ones. But with our 13.3% like-for-like growth, our continued market share gain, our new record operating margin, we have proven that we know how to make the most of the good surprises and how to swiftly deal with the not so good one.

Despite the remaining uncertainties of the economic landscape, we are confident that we will deliver another very good performance in the second half, and we look beyond 2023 with great conviction. We operate in an incredibly dynamic market. We have created for ourselves an unrivaled, well-balanced footprint by category, channel or region. It is this balance that has allow us to weather turbulences in our industry well many times over. Our virtuous P&L will continue to fuel our growth, while helping us improve our margins.

Thank you very much for your attention, and I would like now to open up for questions.



Copyright © 2001-2023 FactSet CallStreet, LLC

# QUESTION AND ANSWER SECTION

**Operator:** This is the operator. [Operator Instructions] The first question is from Bruno Monteyne from Bernstein. Please go ahead.

---

**Bruno Monteyne**
*Analyst, Bernstein Autonomous LLP*

Q

Hi. Good morning.

---

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

A

Good morning, Bruno.

---

**Bruno Monteyne**
*Analyst, Bernstein Autonomous LLP*

Q

Good morning. And some of your numbers are really fantastic, but it's confusing, right? Historically, we were used to Luxe growing very fast, China and the US. And now it's good old Europe, but it's mass market consumer division. So, it's a bit of a world upside down in terms of what's driving growth, but the end result is always the same, it's high growth.

So my question really is, is this kind of rapid shift into new – of where you're getting your growth driven by the markets or would you say it's really driven by L'Oréal itself in the way it deploys its A&P and growth resources? So, is it the market that caused the shift already growing [ph] e-commerce or it's really (00:30:48) you guys optimizing whatever you can get to growth?

And a second related question to that is, Nicolas, you sort of talked in the past about how you managed A&P on a global basis to be able to go and chase the growth, whatever the growth is. Could you explain a little bit more the frequency and the speed at which you would redeploy A&P growth? Let's say, if you do suddenly see China going in lockdown, how long does it take you to react? And can you explain a little bit how you're able to activate growth so quickly? Is it brand advertising? It is activating more new innovations, more new launches? I'm just confused about how quickly you can redeploy resources to keep finding that growth. Thank you.

---

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

A

Well, thank you for this great question. I think as you pointed out, the strength of L'Oréal model is precisely its balance and something we've worked hard on. You mentioned Europe, but we also announced the rate in emerging market and they now represent 25% of our growth. We are trying to be as balanced as possible so that we can seize all ascending currents and be a bit more prudent when the weather is a bit tougher in some parts of the world. So we do that constantly.

And clearly, when we see the appetite for – of consumers for Dermatological Beauty, we are ready to overinvest there. When we see that the emerging market's economies remain extremely dynamic and their currencies are very strong, we can accelerate there. And so we try to seize opportunities. I think that's the magic of the L'Oréal model and we try to make the most of it.

---

Copyright © 2001-2023 FactSet CallStreet, LLC


We see that – if you remember back a few years ago, Consumer Products, the division was struggling a little bit. So it took some time to fix the brands, the innovation portfolio, the footprint. And now when we see that it's ready to roll, we invest behind it. And the way we do it, to answer your questions about flexibility, is that we have – without entering into too many secrets, but we have monthly meetings between Christophe Babule, myself and our Head of Business Finance, and we look at the evolution of the markets.

And we either increase or drop the expected profitability of some parts of the business to give more fuel or let's fuel to others so that – and clearly, we can do it very quickly if I – even if we take this year, we saw that – we knew that the first quarter of China was going to be difficult because of the inventory we had and because people were sick. So we cut, and the decision was done very quickly to cut media investment or social media investment from our Chinese team. And on the flip side, because we were seeing that the Chinese market was indeed going to be accelerating in Q2 with 6.18 approaching, we re-increased the – the President of L'Oréal China re-increased its investment on second half.

So a lot of our fuel is media, is social media and it's very flexible. I have to say even that social media is even more flexible than the good old TVs where you had to commit long in advance. So it gives us a lot of flexibility, not 100% because you have some point-of-sale materials that you can't just eliminate. But we are very flexible, and that allows us indeed to accelerate where the growth is.

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

And if I may complement regarding the growth by regions, I have to highlight that today, the region that is growing the fastest – I mean, the market – is still Europe, 13%. So, ahead of America. The market is growing as well but at 11%, and in North Asia, only at 4%. So, that's also the reason why our growth is in Europe.

### Bruno Monteyne
*Analyst, Bernstein Autonomous LLP*

Q

Thank you.

**Operator**: The next question is from Celine Pannuti from JPMorgan. Please go ahead.

### Celine Pannuti
*Analyst, JPMorgan Securities Plc*

Q

Good morning, everyone. Thank you for taking my question.

My first question would be on North Asia, a few moving part there. So, could you please – I think you said in Q1 that the Asia Travel Retail was flat. What was Asia Travel Retail in Q2 and could you give us with the moving parts in terms of South Korea and Hainan? And should we expect the sell-out and to sell-in both to be negative in the second half of the year?

My second question is on – sorry. And following just on China, too, mainland you said was accelerating from minus 2% to plus 6.5% in Q2. What is your best guess for the second half? Just are you – still in one interview that you alluded to the middle class being a bit more regarding in terms of the price points. So just how you feel about the mainland China demand unfolding in the second half.

And my second question is in North America. You mentioned that the market was still quite good at 11%. We saw that your performance decelerated from, I think, 16.5% to close to 10% in Q2. I just want to understand whether

this is really what we see in terms of the fading of the price points or what's going on there that led to such a deceleration quarter-on-quarter. Thank you.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Okay, Celine. I think I'll start with North America because, indeed, it's quite easy. We do not see any slowdown in America. The difference of sell-in between our two quarters is very simple, is that in Q1, the comparative with last year was a COVID lockdown comparative. We still have lots of stores that were not reopened. So, there was an extra boost. Plus, there was, as I said in the previous call, a little bit of reloading from luxury retailers, notably in fragrance in North America. But if we look at our sell-out performance, it's pretty consistent.

We had a great Prime Day recently in North America and we overall see a very – a pretty good optimism in America. I think, yesterday, the GDP for Q2 was announced and higher than expected. The level of employment is really high. It means that people are confident that they will not lose their jobs. Level of employment is 66%, where for women, it's 77%, which is knowing that our number one and prime target are women. So, of course, we don't have a crystal ball to predict the future. But North America, in our products, we do not see a slowdown and we see consumer that want to buy beauty, whether they are Gen Z or working people.

As far as North Asia is concerned, you are right to say there are lots of moving parts. On the one hand, you've got a change of – I would say, a change of paradigm in Travel Retail. As you rightly pointed out, in the first quarter, the Korean operators reduced their buying and particularly their trade with Daigous. And as I explained, in May, the authorities in China decided to put a strong control over Daigous.

And of course, that has a strong impact on sell-out, particularly because during the years of lockdown, where there was barely any traveler that was going to – real traveler that was going to Travel Retail, that was probably the way to keep the retailers in shape. So, the change of paradigm, short term, it will be negative, but midterm and long term, it's very positive, because, in the end, this is market that's going back to mainland China and will contribute to the acceleration, I believe, of mainland China, where we have both better shares, lots of fuel.

I mentioned the share we have in L'Oréal Luxe, which is above – close to 33%. So, yeah, it's going to be a different profile for the months to come. So, slowdown in Travel Retail, probably a couple of months of destocking, but I guess there'll be continued acceleration on the mainland Chinese market.

Giving you a number is very difficult. But what is true is that you had a 6.5% growth on Q2. May and June were good. 6.18, the 6.18 festival in terms of total GMV, that's before returns, but the overall market was at plus [ph] 25% (00:40:25). So, we see that consumers that probably take sometimes to see the confidence go totally back up, it's picking up, but not yet at the pre-COVID level. They are going back to beauty. And what I can say is that they also, the Chinese consumers, are more rational about their beauty purchase than they were before COVID and they are really looking for efficacious product for performance. And again, that's for me a good omen for the L'Oréal products, which, as you know, are always created and based on the efficacy.

I don't know if Christophe, you want to add something to...

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

No. I think we can be very reassured to see a Q2 – I mean, the market growing at more than 6% in China. You remember that Q1 was still polluted by COVID issues. And on top of that, from what I hear and I see, at least from

## L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

Corrected Transcript
28-Jul-2023

the political stance, that there is a wish to push for more consumption. So, it's now about us to keep exciting our consumers with fantastic new products and launches, which will come very soon in H2. So...

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*



And I must say I'm very happy to see that in the – if we look at sell-out in China in Q2, we're almost at 2.5 times the market. And it's important because I remember, Celine, we had a little conversation in CAGNY where you were wondering whether we would still be able to keep winning share in China considering that we had benefited from our strong e-commerce footprint when stores were closed. Well, I must pay tribute to my Chinese teams because they continue to do so and let's hope it continues.

### Celine Pannuti
*Analyst, JPMorgan Securities Plc*

Q

Thank you.

**Operator**: The next question is from Olivier Nicolai from Goldman Sachs. Please go ahead.

### Olivier Nicolai
*Analyst, Goldman Sachs International*

Q

Hi. Good morning, everyone. I got two question, please. First of all, historically on marketing spend, as a percentage of sales, has been around 31%. Now, you stepped up marketing a lot in H1 to 32.5%. That's up nearly €900 million year-on-year. Is it linked to the phasing of product launch or is it a good proxy for the years? In other words, essentially, should we expect an acceleration in H2 EBIT margin, driven by gross margin improvements, particularly as luxury will continue to rebound in H2 and presumably, your input costs are going to be coming down?

Second question is on Europe, which was clearly the main surprise today. So, could you give us, first of all, an idea of the volumes growth you had in H1 out of the 18% sales growth? And then also, can you give us a bit more details on which category was the main driver for the growth? Is it suncare, for instance, after you commenced related to the Vichy brand or La Roche-Posay? Thank you.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*



Do you want to take the first one, Christophe?

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*



Yes, I will take the first one. So, yes, we've been pushing hard in terms of investment. This is to define that, first, as you know, the market is very dynamic. So, it's the good momentum to invest.

And also, we have still to develop many of our brands in the new markets. This is something that we have already seen in the past, the CeraVe, the Valentino, the Prada. CeraVe still is 60% of the sales are in the US. So, there is still a lot to do and a lot of investments to do in new markets to push the brand. So, that's one of the reason, but the same for other brands and mainly in luxury.

So, we are using this momentum to, yes, prepare for the growth of the future.

## L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

Corrected Transcript
28-Jul-2023

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

And traditionally, our EBIT margin is unbalanced between first half and second half. Maybe you can comment on that.

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

When it comes to the EBIT margin, there is a pattern. Of course, as you know, there are high investments in the second half mainly due to big promotions to Christmas, to 11.11. So, there is usually a gap there between first semester and second semester. It could be [ph] 0.5 (00:44:41) up to 100 basis points. So, we just follow the usual pattern in terms of profit share between S1 and S2.

Be reassured that, of course, we will keep – increase our margin because this is a market that is growing at more than 10%, I have to say. There is sales, of course, to keep improve our bottom line.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

And as far as Europe is concerned, in terms of value/volume components, out of the 18%, there's 7.4% in volume. So, a very strong growth in volume, which means that the consumption of our categories, our brands in our categories has remained very solid. So, there's both a strong valorization effect, which is quite new for Europe, but a great volume growth.

And of course, we've had a better suncare season this year, particularly both in mass market and in Dermatological Beauty. But it's really across all categories. We have a great momentum in makeup. Maybelline is really flying. NYX, with whom you may have seen, has done a great partnership with Barbie, the movie, which is the hottest movie of the moment and has really sold off on that. We have a great performance also in haircare with the success of Elvive Bond Repair. Hair color is a bit soft, but we intend to reignite it with GOOD from Garnier. And skincare is also good.

So, it's not just suncare; it's across the board. And I have to say it's a really good balance of innovations. We had a great vintage of innovation this year and I hope that the second half will be as good. I'm confident about it. We'll also progress in fragrance.

And what's interesting, I think in the volume/value strategy is that, of course, we've taken price increases across the board to offset some of our – the input cost that impacted us. But we've been – I would say using our [ph] RGN (00:47:06) tools, we've been relatively sound and wise on the catalog of products that have been increased, but I would say below the input costs that we took. But all the new products have been really – and as I show in my presentation, most at super premium.

So we're in this dynamic where if you want the great new product, you will pay more. And it attracts people, the novelty lovers. But if you want to stay loyal to something that you've always been able to afford, you still can do it. So that's been proven to be a pretty good recipe. And when I compare with other mass market players, I see that the balance between volume and value is – in mass has been pretty, pretty good.

### Olivier Nicolai
*Analyst, Goldman Sachs International*

Q

Thank you very much.

# L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

**C** Corrected Transcript
28-Jul-2023

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

A

Welcome.

---

**Operator:** The next question is from Iain Simpson from Barclays. Please go ahead.

---

**Iain Simpson**
*Analyst, Barclays Capital Securities Ltd.*

Q

Good morning, everyone. Couple of questions for me. Firstly, in terms of the components of Greater China growth in the second quarter, you've very helpfully given us mainland China. I just wondered if we could have kind of Hong Kong, Macau and Hainan just to get a sense of how those things fit together.

And then, secondly, I wondered if we could dive into some of your emerging markets. So you've done a great job turning around Mexico and Brazil in recent quarters. I wondered what levers you've pulled to get those performing as well as they now are. And perhaps a quick update on India as well would be great. Thank you very much.

---

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

A

Okay. Iain, on Greater China or what we call the Chinese ecosystem, I have given you the – we have given you the sum of the parts, the sell-out. On our sell-through, the market was at 2.6% and we're at 10%. And we're not going to breaking down in little pieces, but China is very positive, Hong Kong is very positive and on Q2, Travel Retail was negative. And that gives the total that you've seen. And again, I think it's a good rebalancing of the ecosystem.

And by the way, I want to add to this that we continue to have very good performances in other North Asia country. Japan is at plus 18%, which is great. And we have a smaller base obviously there, but we have very good performance. And as far as the emerging markets are concerned, we indeed are very happy with our performance there.

Latin America was a good – we had higher shares than in South Asia, for example, but it's true that the market was not easy. And here, it's really a win across the country is, first of all. Two strong countries that are Mexico and Brazil, where we are indeed gaining shares with a strong mass market performance. A very strong LDB performance, so Dermatological Beauty is doing fantastic.

And I would add in terms of countries before maybe going more back to divisions, but that – we also had created a new cluster. We've regrouped countries where we had probably several subsidiaries, but little business. We've regrouped them into a cluster. It's like what we've done with Germany, Austria and Switzerland.

We created the cluster that's called CERAN, which is Colombia, Ecuador and Región Andina – Andean Region, so – which goes up to Peru. And this is becoming a strong third growth engine for the region, and that's overall positive very positive for Latin America.

And the other good thing about Latin America is that we have currencies that are holding very strongly versus the euro. So overall, in Latin America, second quarter, up plus 25% after a strong Q1 at plus 22% is very promising. And as you heard, Mexico was the number five growth contributor for the first half. And as I've run this country a few years ago, I'm very happy and proud to see Mexico up in the lead.

---

Strong performance from makeup also, I wanted to mention. Maybelline is doing great in this region.

If I take the other part, we see the SAPMENA region. It's also doing great with again plus 25% in the first half. All countries are growing. Very, very strong in Australia and New Zealand. India is in line with the average. India is doing good, that first half is at plus 20% and we're gaining share. And we're very excited by the prospect in this market.

The economy is very solid. There's an appetite for beauty. And e-commerce is, as we said, a good contributor to this growth.

TikTok has expanded into Southeast Asia. It's their TikTok shop model after the Douyin model in China. And of course, we've transferred all the know-how from our Chinese teams very quickly to our SAPMENA teams in Singapore, and that allows us to make a strong inroads in e-commerce in this part.

Again, Maybelline, Garnier, and what's interesting in Southeast Asia is that we see luxury state – starting to go strong and particularly, again, the same – a very strong interest in fragrance with Libre [indiscernible] (00:53:23), Prada, Mugler that seems to be having a good moment.

---

**Iain Simpson**
*Analyst, Barclays Capital Securities Ltd.*

Q

Thank you very much.

---

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

A

You're welcome.

---

**Operator**: The next question is from Guillaume Delmas from UBS. Please go ahead.

---

**Guillaume Delmas**
*Analyst, UBS AG (London Branch)*

Q

Thank you very much. Good morning, all. Two questions for me, please. The first one is on your outlook. Nicolas, you've indicated that you have not seen any changes in consumer behavior so far, but at the same time, you're calling out the two headwinds of Hainan and the price effect gradually annualizing. So, putting all this together, are you basically pointing towards a clear sequential slowdown in your like-for-like from the elevated 13% plus in H1? But you still remain very confident that you will outperform beauty market, probably growing high-single digit in the second half of the year. So that would be my first question.

And my second one is on A&P because you've added another €900 million. I mean, you're almost on track to reach €14 billion in A&P spend this year. That would be double your A&P budget of 2016. And arguably during this year, using digital precision advertising, you've had far more bang for your bucks. So, what I'm wondering here is have you considerably, during this year, increased your share of voice or is it more than to the cost of doing business that has increased?

And I guess the other question on this is, is there a glass ceiling? So, I mean, at a point where you would start getting diminishing returns on your incremental A&P spend. Thank you.

---



L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

Corrected Transcript
28-Jul-2023

## Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Okay. I will let Christophe. Christophe loves the outlook question, so I will leave it to him, and then also on the media.

## Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

So the first question was about...

## Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

I'm not pointing out to a significant slowdown of...

## Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

No. I want to reassure you because, of course, all what we have mentioned in the presentation of Nicolas is, of course, already well embedded into our plan. So what is important is, first, I want to stress the fact that Hainan is less than 3% of the net sale of the group. So, if there is a slowdown, it won't impact dramatically the growth of L'Oréal.

What we are monitoring, because there are always some one-off that are polluting the visibility of the growth, we are still monitoring the CAGR growth over the four years. And if you look at the figures, you will see that we are constantly a bit above 8% growth now. And this is, I will say, our road map is to keep with this trend, the long-term trend of growth around 8%.

So, of course, depending on the one-off in some markets last year, probably the growth will be a bit slower than S1. What's important is to keep this CAGR above 8% in the coming quarter. So that's the first point.

Regarding the price, there will be, of course, a slight impact because part of the price increase came in the second half of last year. So meaning that in the second half, we will have, in terms of price effect, maybe a little bit less than the first half. But this is already in our plans, so it won't impact the reason of the growth of the group.

## Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

And in the end, what's interesting, I remember, we had debates. And I guess that you guys were right when I was saying the beauty market was going to grow 4%, 5% on average. It's true that this year, because of, in fact, the effect of prices, and I have to say of very strong appetite for – from consumers of beauty, the beauty market is growing at plus 10% at the end – close to plus 10% at the end of six months. It probably would slow down a little bit, but not really much. So, I think what's going to be a great year for beauty, which is to some extent explainable because on the one hand, you've got always this trend to want to have some of the indulgence when the times are tough. Plus, you're in – we're in the world and we see that in several parts, including in the USA, where beauty is very dynamic. When you've got high interest rates, people tend to be a bit shyer, more shy in real estate, cars, expensive items. And typically, this benefits beauty. So, yes, we have a few headwinds, and I think it's important for me to flag them to you in total transparency. But overall, I remain very, very confident and very optimistic.

As far as – do you want to add something, Christophe?



Copyright © 2001-2023 FactSet CallStreet, LLC

# L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

Corrected Transcript
28-Jul-2023

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

No, no. Regarding the second question?

---

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Yeah, regarding the second question. That's always a tricky one, because it's either too low or too high, but I'll give you my perspective. The big difference with 2016 is that we have much more brands. We have, of course, our big billionaire brands that we have to continue to support. And there is a lot of productivity happening, even though there's more and more fragmentation in media, but it's better targeting, so it's okay for us. And we are really getting more and more productive on that, as I told you in a previous sequence, we have invested and we are developing our own AI-powered A&P allocation tool, which is right now in pilot mode in a couple of country, which gives spectacular results in terms of increased – increase in ROI, both short term and long term.

So we have these existing brands which we have to continue to support and where the percentage of fuel-related to sales is globally stable or going progressively down, thanks to productivity. But we are bringing in new brands. And these new brands, if you Prada, if you take Valentino, if you take [ph] Garniers (00:59:41), they need to be supported. So that's what we do. It's preparing the billionaires of tomorrow through a stronger investment. And then, we enter soon, we have a new model with Aesop which will be much less media dependent and more a retail investment. But even for that brand, we're seeing the world of today that managing the influencer game is very important.

And the fact that we have a 26% share of influence, which is kind of twice the size of our global market share, shows that our teams are getting better and better at mastering this game, which is not an easy one because it's constantly evolving and moving. So there are also new instruments to play with that relates to media. But overall, you would see productivity over time. But as we add brands, we also have to add fuel for these new brands.

---

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

I mean, that's one also we are investing more in a brick and mortar...

---

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Yes.

---

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

...since the business now is a – back to the high growth. So that's also an area where we've been investing more in last year.

---

### Guillaume Delmas
*Analyst, UBS AG (London Branch)*

Q

Very clear. Thank you.

---

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

Corrected Transcript
28-Jul-2023

You're welcome.

---

**Operator**: The next question is from for Fulvio Cazzol from Berenberg. Please go ahead.

---

### Fulvio Cazzol
*Analyst, Joh. Berenberg, Gossler & Co. KG (United Kingdom)*

Q

Yes, good morning, and thank you for taking my questions. I've got two. The first one is on Travel Retail. So, it sounds like you think that this channel has rebased permanently. My understanding is that Travel Retail was a very profitable channel for you and also an important channel for consumers from smaller cities in China to discover products while they're traveling. So, I was just wondering, how would you reach some of these consumers now? Will you need to invest more in physical presence in higher tier cities? And if so, could this have a dilutive effect on your gross margins?

And then my second question is on the premiumization theme. We've seen luxury brands underperform mass for a few quarters now. So, I just wanted to get your thoughts if this marks a new era in beauty and if these trends are here to stay. So my question is, has the product quality gap narrowed between mass and prestige products? You highlighted in the presentation the valorization that you had, for example, on Garnier and L'Oréal Paris, or maybe has the cost of living and the economic uncertainty perhaps tilted in favor of mass versus prestige brands? So just interested in your thoughts on these topics as well, please. Thank you.

---

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Okay. On Travel Retail, Travel Retail remains a fantastic channel both for business and to showcase our brands and will continue to use Travel Retail as such. And it's always been its purpose, by the way. Right now, where the worldwide traffic is at plus 56% versus 2022, very dynamic in the West, in Western Europe, and it's beginning to pick up in North Asia with Chinese traveling to Thailand and to other parts.

So, it is definitely a showcase for our brands. The only thing is that as we said, I think this – the COVID, the lockdowns have kind of fostered an unusual development of this Daigou business which is now being brought to normal levels. We do not know exactly what the Chinese authorities would want to do in the future because the rules can change from one day to another.

So we'll adapt, as we always do. But very clearly, we will continue to invest in Travel Retail, which by the way, contrary to what you say, has a lower gross margin than the traditional business to match duty free prices. But we will indeed continue to invest. And if you look – if you go to airports, if you go – and I will go to Hainan next year again, but if you go to airports, whether it's LAX airport or whether it's the new terminals of [indiscernible] (01:03:51) or Dubai airport, and you will see – you should see fantastic display of our brands. And it's indeed a way for, as you rightly pointed out, for China, a way for consumers of tier 5, 6 and 4 cities to discover our brands, they are overrepresented.

And they also buy in Douyin, the same people, that's why I think there is a little bit of transfer within Douyin. And we, by the way, continue to open counters of brand presence in these new – these more remote cities. And on the first half of 2023, we have opened 50 new doors in either a new tier 4, 5 cities or in new neighborhoods in existing cities. So, we – there are still a lot of brick and mortar depths to be gained.

So, overall, now Travel Retail will continue to play its role, but now it's being, I would say, normalized. And I think it's a good thing for us. As far as premiumization is concerned, it's always been the game for L'Oréal to invest in

---



Copyright © 2001-2023 FactSet CallStreet, LLC

quality and to sell quality at a higher price, which doesn't prevent us from having very affordable brands like – even in Maybelline, you have the new mascara, which is Surreal, which may be sold at €13. But you still have Great Lash, which is a good old timer, which is €5 less.

And we are trying that – I think the strength of our model to be able to offer products to all purchasing powers, even though the L'Oréal customers are more on the middle/upper classes. And that's probably why we are more protected from the impacts of inflation in ourselves than others.

But I think the great thing behind this is that we see and that's probably one of the side benefits of COVID when people have had the time to pamper themselves, is that people really want – when they're going to spend money, they really want quality.

And the rise, the development of hair of sophisticated premium hair products is a strong sign. It's the results of this trend and so-so, another interesting element is the fact that hair is longer. Women have longer hair. And hair is more racially mixed. If you take the USA, it's spectacular to see how the Gen – if you take the Gen Z of the USA, 50% of the Gen Z in the USA is considering selves as non-white, i.e. they have more mixed hair, curly hair, et cetera, and these hair is much more demanding.

Therefore, haircare is super important for them and among the best. So, we, continue, of course, to serve them. But it also applies for prestige. Kérastase brand I think is growing at double digit. I don't remember if it's 17% or 18%.

And so, it's not a transfer from selective to mass. It's everybody upping their level of demand. And so, the mass consumer wants the best of mass. And the professional consumer wants the best of professional. And we see that across most categories.

**Fulvio Cazzol**
*Analyst, Joh. Berenberg, Gossler & Co. KG (United Kingdom)*

Q

Thank you so much, sir.

**Nicolas Hieronimus**
*Chief Executive Officer & Director, L'Oréal SA*

A

You're welcome.

**Operator**: The next question is from Sarah Simon from Morgan Stanley. Please go ahead.

**Sarah Simon**
*Analyst, Morgan Stanley & Co. International Plc*

Q

Yeah. Hi. I've got a couple of questions. First one was on marketing. Can you give us an idea of how much of your A&P is now on social and digital versus more traditional media and how that would compare with, say, five years ago?

And the second one was on competitive brands. And I'm thinking about sort of the many small players that you see popping up all over the place. Are you seeing that the increase in interest rates is having any effect on the level of competition from those guys now?



Copyright © 2001-2023 FactSet CallStreet, LLC

# L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

Corrected Transcript
28-Jul-2023

And the third one was just on margins. I think the perception has been that the mass market would have a lower margin. But you've talked a lot about valorization and premiumization. Do you see the sort of mass market brands trending towards Luxe or do you think that, in the end, there will still be a distinction between the two? Thanks.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*



Okay. So, social media, you have the exact number, Christophe, I guess, I see you with the chart in front of you.

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

Yes. So, just to give you a broader understanding of how we spend, but most of it is still, of course, on the media advertising. And as you know, it's 75% driven by digital media field domain investment we do.

When we look at what we call advocacy media, so which will group social media and some smaller kind of media, it's smaller, but it has been a bit increasing and it's in the range of a bit less than 20% of the total. So, it's now quite important. It's not a major one, but it's still increasing a little bit, mainly, by the way, in emerging market, where e-commerce is booming and young people, they are pretty much looking at what's happening in the social media.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*



So, overall, a bit more than 70% of our media is digital.

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

Yeah.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

And then, we are, as always, constantly adapting and changing our strategy to adapt to the rise or fall of different networks. And it's true that, I mean, the big phenomenon of the last couple of years has been the explosion of TikTok, which is not only a phenomenon in China, but also in Southeast Asia and of course, in North America. If you look at the incredible success of CeraVe, the brand continuing to go up at 38%, it's because it's a great brand, it's a great brand that's recommended by dermatologists. But it's also the brand of L'Oréal that has mastered the codes of TikTok the best, and all the other brands are trying to learn from them.

So, it's really, have to say, it's fascinating because you can, as well, our brands have very different targets. We're getting better and better at targeting and making sure you have not only the right influencer, the right channel, but also the right tone of voice to be successful is an art. And I'm trying to make sure that my teams are getting better and better at that arts and that's very positive.

As far as, indie brands are or small brands are concerned, they are always both a challenge and an opportunity. They're a challenge, because, indeed, and that's not new since the [indiscernible] (01:11:17) platforms and the rise of e-commerce and social networks, we've seen the explosion of small brands. Many do not last. A few are very successful and they are fierce competitors.

# L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call



Corrected Transcript
28-Jul-2023

When they are – when I say they are an opportunity, it happens that they are also the ones that are pushing us to adapt and transform. Lots of our – when we see the first appearance of indie brands, it forced brands like Lancôme or L'Oréal Paris, that [ph] were big (01:11:47) establishments to become a bit more agile, to learn to work with this influencer we're talking about, to adapt that tone of voice. And when you see some of the stuff they do now, I think they're getting better at it.

And then, if you have the benefit of both scale and the indie agility, you can be very, very, very strong. And actually if we look over the period of the last 45 or even 10 years, we see that our biggest brands have often, almost, always grown faster than the average of L'Oréal, because when you have the benefit of scale and this new tricks of the new trade, you can be pretty good.

And as far as profitability, we are trying to improve the overall profitability of the group. We always play. We have four instruments to play with. Of course, my aim and I'm always pushing each division to up their – to improve regularly the profits, but that's as it was debated in the prior question, we always try to adapt our investments to the opportunities.

So, when there's one that needs more fuel, we will allow them to either stop growing their profitability or temporarily drop it, some others will take it up. In the end, I'm very happy to say that today, the fastest growing division of the group is the most profitable one, it's L'Oréal Dermatological Beauty, and that's good for the overall performance of the L'Oréal Group.

---

### Sarah Simon
*Analyst, Morgan Stanley & Co. International Plc*

Q

Thanks.

---

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

You're welcome.

---

**Operator**: The next question is from Robert Ottenstein from Evercore. Please go ahead.

---

### Robert Ottenstein
*Analyst, Evercore ISI*

Q

Great. Thank you very much. First, a question of clarification. You mentioned, I think, during the prepared comments that China was, I think, 23% of sales, Hainan 3%. Can you give us precisely which year or period that referred to, and then in that year, how big Korea and Daigou overall would have been? That's the first question.

And then the second question, if you could give us a little bit more sense of your strategy in China skincare, focusing on Helena Rubinstein, the role that Aesop is going to play, Carita, and how that – the evolution of the China skincare strategy is going? Thank you.

---

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Okay. Well, on the number is – 23% was the full Chinese ecosystem. So, it's the – which includes Mainland China, Hong Kong, and Hainan. So, it doesn't include Korea and doesn't include, of course...

---



**Christophe Babule** A
*Chief Financial Officer, L'Oréal SA*

Taiwan.

---

**Nicolas Hieronimus** A
*Chief Executive Officer & Director, L'Oréal SA*

...Taiwan or Japan. So, I'm not going to break it down. As far as the weight of Daigous, frankly, it's very hard to know because many of it is managed by the operators themselves. So it really depends on the brands, on the periods. And I think the important message here is that for us and that's something we explained many times and I guess we are reaping the fruits of it today in our Chinese performance is that we have always, always, always worked at favoring and are protecting the Chinese domestic market. We have a specific working group, which is called [ph] CCCT (01:15:31), which includes our Travel Retail teams and our Chinese teams, managing to make sure that the level of prices, the type of promotions being done in Travel Retails were never detrimental to the Chinese business. And that's why we valorized so much our Travel Retail business. So, overall, we feel we've done the right thing for China and that's why our share continues to increase in L'Oréal China.

As far as skincare is concerned, even though there are lots of opportunities in China, in fragrance, which is booming, in haircare that's premiumizing, it's true that skincare is by far the number one category. And we intend to grow it with our – with all our divisions, while at least the three divisions are in skincare. So, clearly, and I will finish with luxury and to answer specifically your questions, we have dermatological beauty is still quite small in China, but it's growing three times the market, and we see that La Roche-Posay has some good tractions, and we believe – and SkinCeuticals is also very strong in China, the country where the brand is sold not only by derms but also in stores and boutiques and counters, so it's a luxury medical brand in China.

L'Oréal Paris is also very strong on skincare including men's skincare where we have big Men Expert business in China. And – but what is true is that L'Oréal Luxe is our number one weapon or division for skincare gains, and there it's true that we are pushing because that's what Chinese consumers want. We are pushing the most premium brands, because it's about the quality of the product and it's about also the experience that you can provide at a counter.

[indiscernible] (01:17:25), for example, not – we do not just have nice counters, we have cabins where consumers can come and have treatments like they would do in a spa. And this is either in a department store or in a separate room. That's what we do with Carita. Carita is very early days. So, today, it's very, very small. But we have great ambitions because it's decided to have a super luxurious aesthetic-inspired skincare brand is very promising. So, today, Carita has just opened a couple of counters and is providing services in a few spas of hotels.

And I want to mention and I'll finish with Aesop, I want to mention Takami, because Takami is our Japanese brand, and it's a brand that happens to be the – the Takami serum is the number one skincare item in Japan and we've just begun to roll it out in China. I went a couple of months ago in China to see the first counters, first beautiful blue counters of Takami and starts very, very well. So, this is another very high tech, premium and incredible brand.

And of course, Aesop, which you rightfully mentioned, which is not just a skincare brand because it's about, they have many categories. But it's a brand that's just in its early days in China. And again, it's very aspirational, very premium, and the experience you have in stores as I'm sure you've always been in one are very unique. And last time, we went to Shanghai with Christophe, that was before signing the deal. We had the pleasure to visit the

Aesop store in Shanghai. And it was liked packed with Chinese consumers, both male and female. And I think that's one of the very interesting things, both in skincare, but particularly for a brand like Aesop, is that it's not just for women, it's really across genders. And that, of course, doubles the market potential. So very optimistic about Aesop.

**Operator:** The final question is from Tom Sykes from Deutsche Bank. Please go ahead.

### Tom Sykes
*Analyst, Deutsche Bank AG*

Q

Yeah. Thank you for your time this morning. So just briefly, could you remind us, please, when are the toughest sell-in comps for you in Hainan, please? Because it won't just be sort of a destocking, a question of when you're up against the tougher comps as well.

And then just, I think you're putting the comments about volume and number of units. Just to be clear, I suppose on the accounting sort of, let's say unit literally is that if you sell 2 times 50 versus 1 times 100, you'll see an increase in volume because the number of units will have gone up. And I suppose just to that, are you seeing anywhere a trend towards smaller unit size and is that something that may have some seasonality as well. I'm thinking particularly about Europe, maybe travel mini sizes and whether that sort of helps at all. Please.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

Okay. So these are two complicated questions because I'm not sure I got all the math of the second one. So, I don't know if you can help me Christophe.

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

A

Well, maybe we can start with the first question. I think it was related to the growth in Hainan and Travel Retail. It depends really on the local situation. Today we have this problem of crackdown decided by the Chinese authorities. So, of course, the overall market is down, pretty down.

As Nicolas said before, in the tune of minus 30% in the last two months. So, it may last to one month, two months, we don't know. And obviously, it will have probably some effects in the coming months. But again, we are not that much worried because most of our business by far is the Mainland China, which is a standard. It has been always the same.

What's important is the Mainland Chinese consumer. And here, we have the growth for 15%. So, it won't impact the overall result that we have shown before on the Chinese ecosystem. The second question was about...

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*



A

About the units. What I can tell you is that we are not – we are not seeing a reduction in size of units. We are – aside from some emerging countries where we [indiscernible] (01:22:26) we are – we've been managing our price/volume ratios according to the brand, according to the initiatives [indiscernible] (01:22:38), because it's a highly concentrated formula and therefore [indiscernible] (01:22:43). It's a smaller packaging than the traditional [indiscernible] (01:22:46).



## L'Oréal SA (OR.FR)
Q2 2023 Earnings Call

 Corrected Transcript
28-Jul-2023

Most of the products we sell are sold at the same type of size and so we have – we also have some categories bring a lot and that's where we are – I take the opportunity to mention it even though it might not be exactly answering your question, but we invest a lot in refills because part of our sustainability transformation and road map is about reducing significantly the amount of plastic. Of course, we're transferring all our plastic to recycle progressively, but also we're trying to entice consumers to shift to even lesser packaging with refills.

So, when it's in mass market, take shampoos, you have refills that are bigger than the boutique size of the shampoo. And if I take the refills we're pushing in the fragrance, all our new fragrances have refills, therefore less glass, no pumps, less packaging. They are also bigger-sized than the traditional, the basic standard product of the fragrance [indiscernible] (01:23:54) to have a price saving and to be able to refill several times. So, that would be the only case where I see format differences between our, I would say, our usual business and what's happening today. But in the greater scheme of things, it's not a big – there's no big change in our activity. It's just that our growth in units is the result of, I think, the quality of our innovations and sound pricing.

### Tom Sykes
*Analyst, Deutsche Bank AG*

Q

Okay. Many thanks indeed.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

A

You're welcome.

**Operator:** Gentlemen, there are no more questions registered at this time.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

Well, thank you very much for your attention, and looking forward to our next exchange.

### Christophe Babule
*Chief Financial Officer, L'Oréal SA*

Thank you very much.

### Nicolas Hieronimus
*Chief Executive Officer & Director, L'Oréal SA*

Thank you.

**Operator:** Ladies and gentlemen, this concludes the conference call. Thank you, all for your participation. You may disconnect now.

L'Oréal SA *(OR.FR)*
Q2 2023 Earnings Call

Corrected Transcript
28-Jul-2023

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2023 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.