# EXHIBIT S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
IN RE                                  Case No.
                          1:23-cv-10669-AS

THE ESTEE LAUDER CO., INC.,
SECURITIES LITIGATION
-------------------------------------------X
                   DATE: November 20, 2025
                   TIME: 8:00 p.m. EDT


*CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER*


          DEPOSITION of NICK LAI, taken by

the Plaintiffs, pursuant to a notice and to

the Federal Rules of Civil Procedure, held

remotely via Zoom Videoconference, before

Suzanne Pastor, a Notary Public of the

State of New York.

July.  That's when I first heard about this case.

Q.    What is your understanding of the claims at issue in this lawsuit?

MS. LOSEMAN:  And I'll permit the witness to answer that question given his knowledge derives from preparation in connection with his testifying in a representative capacity.

A.    My understanding of the claim in this lawsuit is that the plaintiff claims that Estee Lauder did not disclose the risk during FY '23 Q-1 to FY '24 Q-1, which led to investor loss due to stock price drop.

Q.    When you say "the risk," what risk are you referring to?

A.    The risk is referring to overreliance on daigou.

Q.    And what is daigou?

A.    Daigou means -- it is a Chinese term.  In Chinese it means purchase on others' behalf.

Q.    And what is a gray market?

Nick Lai   Confidential
November 20, 2025                                    32

capacity.

A.    My understanding is that, as I mentioned in my previous answer, it specifically means a business model that is allowed by certain governments; for example, like Korea during COVID period, in order to support the retailer to sustain their business and allowing them to do sales in bulk.

Q.    So is an unstructured market then tied to COVID-19?

MS. LOSEMAN:  Same objections.

A.    Unstructured market is a business model allowed by the government during COVID period to support their travel retail operators to sustain their business. So the time they start this business is -- was -- this business was started during COVID.

Q.    Okay, is daigou illegal?

MS. LOSEMAN:  Same objections.

You can go about it in your personal capacity.

A.    So first, my understanding is that daigou is consumer behavior.  And

second, to the best of my knowledge, if a consumer brings product from overseas market back into China domestic, as long as they comply to the tax regulation and it is allowed by the government.

Q.    Are there any aspects of daigou that are illegal?

MS. LOSEMAN:  Object to form. Vague, outside the scope.

You can respond in your personal capacity.

A.    Can you give an example of -- what do you mean by "aspect"?

Q.    Sure.  So in the process in the way that you just described daigou, are there any pieces of that process that contain illegal, or could contain illegal components, aspects?

MS. LOSEMAN:  Same objections.

A.    As I mentioned in my earlier response, if a consumer purchase products from overseas and want to bring them into China domestic market, they need to comply to the tax regulation.  And as long as they comply with the tax regulation, it is

Nick Lai   Confidential
November 20, 2025                                      34

legal.  I mean, of course if they don't

comply to the tax regulation, that's tax

evasion, which is illegal.

Q.    Is daigou more common in

certain geographic areas?

MS. LOSEMAN:  Object to form.

Outside scope.

You can respond in your

personal capacity.

A.    Sorry, can you repeat your

question?  Is daigou what?

Q.    More common in certain

geographic locations.

MS. LOSEMAN:  And same

objections.  Go ahead.

A.    Okay.  To my understanding,

daigou is a behavior that widely exists in

all the overseas market.  And when I mean

overseas, I mean comparing to China

domestic.

It widely exists in overseas

markets because consumers are able to buy

products that are either not available in

China or maybe buy products at more

attractive price.  So sometimes there will

be consumers going abroad and buy something for their friends and bring them back to China domestic.

I don't -- I think that this is quite a common observation across various markets.

Q.   And which markets?  Across which overseas markets?

A.   Well, anywhere that Chinese consumer will travel to.

Q.   Are there specific geographic locations where it's most popular?

MS. LOSEMAN:  Object to form. Outside scope.

You can respond in your personal capacity.

A.   Okay, so as I said, it widely exists.  If I have to name a few markets, I would say, for example, United States, western Europe.  And of course in the Asia side, Southeast Asia, Japan, Korea, Hong Kong, so on and so on.

Q.   What internal policies does Estee Lauder have regarding daigou?

MS. LOSEMAN:  Object to form.

Outside scope.

You can respond in your personal capacity.

A.    So first of all, in Estee Lauder Companies we don't sell to daigou. We sell our products direct to consumer channels or we sell it through our authorized retailer.

So I would not say that -- so our internal policy, especially anti-diversion policy, is mainly focussing on make sure that our sales activity are conducted with authorized retailers and in a way -- and also our employees conduct sales activities in a way that is allowed, approved by the company.

Q.    You mentioned the anti-diversion policies.  Is daigou included in those policies?  Are those policies meant to cover daigou?

MS. LOSEMAN:  Object to form.

A.    Let me put it this way. Anti-diversion policy is there to prevent diversion.  And by "diversion" we mean selling products to unauthorized retailers

to limit any risk of gray market around the world."

Is this quote referring to Estee Lauder's anti-diversion policy?

MS. LOSEMAN:  Object to form.

A.    I believe that when Mr. Fabrizio Freda say about having a long-standing policy he was referring to the anti-diversion policy.

Q.    Did Mr. Freda understand the anti-diversion policies to cover daigou?

MS. LOSEMAN:  Object to form. Outside scope.

You can respond in your personal capacity.

A.    I cannot -- I don't want to speculate.

Q.    Aside from the anti-diversion policy, does Estee Lauder have any other policies concerning daigou?

MS. LOSEMAN:  Outside scope. You can respond in your personal capacity.

A.    So we have in our code of conduct specific requirement about

Nick Lai  Confidential
November 20, 2025                                    42

anti-diversion.  And also the anti-diversion policy as well.  But as I said, we cannot simply to say that anti-diversion cover daigou or not because daigou is a consumer behavior.  It's a very complicated consumer behavior.  And what we want to do as a company through the anti-diversion policy is to make sure that our sales activity are conducted with our authorized retailer and to make sure that our employees are conducting sales activity following approved way by the company.  Yeah.

Q.    Estee Lauder's code of conduct that you just mentioned, is that available on Estee Lauder's website for the public?

A.    I'm not sure, but it is available for every employees.  We need to sign to indicate that we agree to follow or to oblige to the code of conduct.

Q.    Is Estee Lauder's anti-diversion policy available publicly?

A.    I'm not sure.  It is available for our colleagues, or the employees of our company.  And our commercial team will

Nick Lai  Confidential
November 20, 2025                              43

certainly communicate with our retailers as well about requirements in this policy.

Q.    Were Estee Lauder employees required to sign the anti-diversion policies?

MS. LOSEMAN:  Object to form.

A.    The anti-diversion policy is attached in our code of conduct.  And we will sign the code of conduct.

Q.    Is there a separate signature requirement for the anti-diversion policy?

MS. LOSEMAN:  Object to form.

A.    To the best of my knowledge, I don't think so.  The sign of code of conduct means we also agree with all the policies attached within.

Q.    How did Estee Lauder gather data about daigou to inform its internal policies?

MS. LOSEMAN:  Object to form. Outside scope.

You can respond in your personal capacity.

A.    I -- putting this way, it is very, very difficult to gather information

about daigou in the company.  And if I'm thinking about the monitoring of diversion activity, there are multiple methodologies that we use to monitor and detect if there is any diversion activities so that we can take action to resolve this issue.

Q.    And what are some of those methodologies?

MS. LOSEMAN:  Same objections.

You can go ahead in your personal capacity.

A.    So I don't know, like, the exact detail, but from a high level, first of all there is internal audit process on the sales transaction that we have made.

And then second, there is -- there are communications and tool kits shared with our employees in the regions, in the consumer market organization to make sure that they understand the policy and they know how to deal with potential diversion activity that they detect, they know how to report and escalate.

And then third is that for some of our products, we have coded some of our

Nick Lai  Confidential
November 20, 2025                                45

product.  And together with some mysterious shopper mechanism, we are able to purchase some product from the market and identify the source to check if there is diversion activity.  However, this only limits to several products in our organization because the cost is very, very high of this coding system.

Q.    When you say "limited to several products," were those limited to hero or best-selling products?

MS. LOSEMAN:  Same objections.

A.    I don't have the specific list of the products.

Q.    Did Estee Lauder work with any third parties to collect data or research daigou?

MS. LOSEMAN:  Object to form. Outside scope.

You can respond in your personal capacity.

A.    To the best of my knowledge, yes.

Q.    And who were those third parties?

Nick Lai  Confidential
November 20, 2025                                        54

straightforward.  The purpose of this policy is to discourage and prevent diversion behavior and protect our friends, our relationships with authorized retail partners and licensors and -- yeah.  I finished my answer.

Q.    So focussing on the second sentence of the first paragraph where it says that "each of us is responsible for protecting our brands from diversion which erodes the value and goodwill of our brands, undermines our relationships with our authorized retail partners and licensors, and has a negative impact on brand equity."

Does daigou erode the value and goodwill of Estee Lauder's brands?

MS. LOSEMAN:  Object to form.

A.    As I responded in my earlier answers, we cannot simply just think daigou as equal -- daigou equals to diversion because it is a very complicated concept. Diversion activity itself is technically, as mentioned in this policy file, not good for our company from brand image

perspective, from relationship with the retailers' perspective, and also I would say from a consumer experience perspective as well.

So I think if you are asking about what is the damage that diversion activity can bring, I think what was stated in this file is a good summary of the damage of diversion activity, which we try to avoid.

Q.   Moving on to the next paragraph, there's a reference to "various investigations and audits conducted over the last year regarding our gray market problem."

What were those investigations and audits?

MS. LOSEMAN:  Object to form.

A.   Unfortunately, I don't know because this file is long before I joined the company.  But to the best of my knowledge, as I responded in my earlier answers, there are mechanisms conducted regularly that we have put in place to detect diversion activity.  I don't know if

Nick Lai  Confidential
November 20, 2025                                            104

Learning.

Q.    Thank you.

MS. LOSEMAN:  Just when you get to a point for a brief break.

MS. MEYERS:  This is a good point.  We can take a break.

THE VIDEOGRAPHER:  The time is 10:42 p.m. New York time, and we're going off the record.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER:  The time is 10:53 p.m. New York time, and we're back on record.

BY MS. MEYERS:

Q.    I'd like to now turn to tab 44, which we will enter as Exhibit 8.

(Whereupon, Q-1 2023 Earnings Press Release was marked as Lai Exhibit 8 for identification as of this date by the Reporter.)

Q.    And this is going to be Estee Lauder's fiscal year '23 Q-1 earnings press release.

MS. LOSEMAN:  Counsel, I'm

Nick Lai  Confidential
November 20, 2025                                    105

sorry, what tab number again?

MS. MEYERS:  44.

MS. LOSEMAN:  44.

MS. MEYERS:  Yes.  We'll be putting these up on the screen as well.

Q.    Mr. Lai, we're going to be focussing on really the first paragraph.

Mr. Lai, have you seen this document before?

A.    Yes.

Q.    When did you see this document?

A.    This is public information that we give when we release the earnings.  So I don't remember the exact date, but I have seen it at the time when it's released to public.  And of course I have reviewed it during the preparation of this deposition.

Q.    Great.  Do you see up at the top where it announces that net sales decreased by 11 percent?

A.    Yes.

Q.    I'm looking to understand what the company did to arrive at that 11 percent figure, to understand that net

Nick Lai  Confidential
November 20, 2025                                106

sales decrease.

MS. LOSEMAN:  Object to form and beyond the scope.  But go ahead in your personal capacity.

Q.    I can rephrase the question another way, Mr. Lai.  What caused the net sales decrease of 11 percent?

MS. LOSEMAN:  Same objection and instruction.  Go ahead.

A.    Okay, so on a high level, I think as Mr. Fabrizio Freda stated in this release, there are multiple driver of the performance of the net sales.  And in particular, he mentioned about COVID-19 restrictions in China, globally high inflation, strong U.S. dollar.

So these are a few headwinds on a high level of the performance.

Q.    And when it says that the net sales decrease of 11 percent, and additionally the lowered financial outlook was attributable to tighter inventory management in Asia travel retail, what does that mean?  What is tighter inventory management?

Nick Lai  Confidential
November 20, 2025                                    107

MS. LOSEMAN:  Object to form.

Go ahead.

A.    So let me put the context here before I jump into the explanation.

So fiscal year '23 Q-1, quarter 1, which is July to September of calendar year 2022, is a very volatile period from -- for the Chinese consumer market. We have multiple cities under zero COVID lockdown and many of the cities on Hainan Island, especially Sanya, which is basically the top tourism destination in high that island, was also under lockdown during that time period.

When I say lockdown, it means everybody, every citizen, tourist, everyone is asked or forced to stay at home or where they live.  And they are not allowed to do any -- to go outside of their home.  So there is no commercial activity for sure that can be conducted during that lockdown.

Q.    Do -- sorry, go ahead.

A.    So coming back to this statement, because the lockdown -- the lockdown in China, and in particular in

Hainan, lasted for a very long period during that quarter.  If I remember correctly, almost two out of three months in this quarter Sanya was in the status of lockdown.  So that significantly impacted the normal commercial activity in Sanya City.  All the travel retail brick and mortar stores cannot open and all the online purchase cannot be fulfilled.

So you can understand that basically it's a pause on all the sales, on all the consumer activities and commercial activities on the island.  That's why -- and usually July to September is the summer vacation, so in the normal time the traffic, the tourism traffic will actually increase in Hainan Island leading to high level of sales in the store as well.

When this is completely stopped by the COVID lockdown, the retailer will have no -- the retailer will have no sell-out of product from their warehouse to the consumer.

So that's why in order to -- in order to protect their inventory level, to

Nick Lai  Confidential
November 20, 2025                                    109

make sure that it is healthy, the retailers

will implement measures to control their

inventory level.  So that's what he meant

and the reason behind.

          Q.    Okay, thank you.

                When COVID-19 restrictions are

utilized in the press release, does that

only mean travel restrictions, or does that

include other COVID-19 restrictions?  For

example, duty-free purchasing limits

related to COVID-19 in Hainan.

                MS. LOSEMAN:  Object to form.

          A.    So as I responded earlier, I

believe the major reason of high inventory

level and leading to retailers wants to

control is driven by this COVID lockdown

which was unexpected by everyone.  That

will be my understanding.

          Q.    When you say "lockdown," you

mean the inability to travel.

          A.    It's beyond that.  It means

everyone in the city, tourists or residents

or citizen, they are requested to stay at

their home, and they are not allowed to do

any -- they're not allowed to go out of

that Estee Lauder announced a net sales decrease of 12 percent?

A.    Yes.

Q.    Do you also see that Estee Lauder stated that overall results were impacted by slower Asia travel retail recovery, while nearly all markets delivered net sales growth ahead of expectations?

A.    Yes.

Q.    And do you also see that the press release announced that Estee Lauder was lowering full year outlook to reflect gradual recovery in Asia travel retail?

A.    Yes.

Q.    What assessments did Estee Lauder perform when lowering full year outlook to reflect gradual recovery in Asia travel retail?

MS. LOSEMAN:  Object to form. Outside scope.

You can respond in your personal capacity.

A.    I believe analysis conducted around the evolution of the retail

Nick Lai  Confidential
November 20, 2025                                   120

landscape after -- I would say in the post COVID period, looking into various aspects on consumer confidence and purchase behavior and travel behavior, if you're talking about travel retail specifically, and also of course the regular business performance review process that feeds into this earning release.  To the best of my knowledge, those were the main analysis.

Q.    When you say "the main analysis," would that be subject to a similar analysis of what you mentioned earlier to assess the key drivers of those negative financial disclosures?

MS. LOSEMAN:  Object to form.

A.    I think -- first of all, there are analysis that is within our regular performance review process.  So those we will do, like, regularly, before every quarterly review.  Quarterly earning release.

And then during the fiscal '23 Q-1, Q-2, Q-3, because there are lots of external disruptions that is happening. The market is very volatile, so we will

also monitor the progression or evolution of the consumer.  And although I cannot name every analysis, but we will closely watch on how is consumer doing, is there any concern on COVID and, as I mentioned, is there any behavior change.  Some of them ad hoc, some of them are regular that we will have on channel landscape.  So those are the sources of our knowledge.

Q.    Great, thank you.

In connection with the negative financial disclosures that we just discussed, the company Estee Lauder attributes a cause saying specifically, and this is on the second page of the press release under "business update" in the second paragraph, it says, "Specifically, in Hainan, while traffic into the island exceeded prior year levels, conversion of Travelers to consumers in prestige beauty lagged.  This led to the lower than anticipated depletion of elevated levels of retailer inventory, and therefore lower replenishment orders."

What information did the

Nick Lai  Confidential
November 20, 2025                                        123

government will release about tourist

traffic into the island, into different

cities I believe.  There are data points

that the retailer will also monitor in

terms of how -- what's the traffic --

what's the amount of traffic that enters

their store.  And they will share with

us -- I'm not sure if it's regular -- not

regular, but they will share with us in

terms of these traffic numbers.

          So that's why we can say that

the traffic is increasing versus this

quarter.

     Q.    Did any of these analysis into

consumer behavior for inventory include

assessment of daigou activity?

          MS. LOSEMAN:  Object to form.

     A.    Let me put it this way.  So the

regular performance review analysis will

not cover that because, as I mentioned,

daigou is a consumer behavior.  But in our

internal business performance analysis, we

are analyzing our sales with our retailers,

which is the only thing we do in retail

Hainan.  So it will not cover the so-called

Nick Lai  Confidential
November 20, 2025                                                        124

daigou activity.

When it comes to consumer behavior, it is focussing on let's say the traffic and also, like, the overall sentiment, the willingness to consume, to buy product and if there's any preference of behavior change.  So those are the key analysis that we conducted.

Q.    What about with respect to Korea, was daigou factored into sales occurring in Korea?

A.    Sorry, I don't understand --

MS. LOSEMAN:  Object to form.

But go ahead.

A.    Sorry, I don't understand the question.  Can you rephrase?

Q.    Sure.  Let me go back to the press release.  It says, "In Korea, the shipments to duty-free retailers were pressured, owing to the transition to post COVID regulations as traveling consumers gradually returned."

Were Korean regulations related to daigou or purchasing quotas considered in that analysis?

Nick Lai  Confidential
November 20, 2025                              125

MS. LOSEMAN:  Object to form.

A.    As I responded earlier, the rollback of policy in Korea is actually related to a business model that we allow the retailers to do during COVID.  Daigou is not a topic that is covered in that policy.

Q.    What about unstructured market activity?

MS. LOSEMAN:  Object to form.

A.    Sorry, can you specify your question a little bit?

Q.    Sure.  Earlier in today's deposition you talked about the difference between daigou and unstructured market activity.  And I'm looking to see if unstructured market activity was factored into the analysis that the company did to arrive at these net sales decreases and the causes for the net sales decreases and the lowered fiscal year outlook.

MS. LOSEMAN:  Object to form.

A.    So the company's understanding of that is that during that quarter we know about the rollback of this policy.  And

Nick Lai  Confidential
November 20, 2025                                        126

because our retailers and also the Korean government were expecting tourism to return since one of the biggest tourism group, which is the Chinese consumer, is now ending the zero COVID policy and allowed to travel internationally again.  So from the overall retail landscape side we anticipate -- and also it so happened that the Korean government and also the Korean duty-free operators would love to focus back on the tourist traffic in Korea.

And by doing the rollback of the policy and also the Korean retailers is also making effort, they want to have more growth coming from the traveler and less -- and be less on the new business model or the unstructured sales.

So that's one of the key considerations.  And we have factored that in.  The only one thing I need to highlight is that it is still a very early stage of the ending of the zero COVID policy.  So at that time the international travel of Chinese consumer has not fully recovered. That's why it is a gradual -- it's a more I

would say gradual process for them to

realize their objective.  And by "them" I

mean the Korean government.

Q.    Got it.  Thank you.

I think we'd like to go off

record for one more break.  So if we could

do that, please.

THE VIDEOGRAPHER:  The time is

11:32 p.m. New York time and we're

going off the record.

(Whereupon, a short recess was

taken.)

THE VIDEOGRAPHER:  The time is

11:40 p.m. New York time and we're

back on record.

BY MS. MEYERS:

Q.    Mr. Lai, with the remainder of

our time, I'd like to focus on topic 6 and

talk about Project Dragon.  Before I

introduce just a couple of documents to

guide our discussion, can you explain to me

what Project Dragon is?

A.    Sure.  Project Dragon is new

business model that we created for China

retail, which means China domestic team,

Nick Lai  Confidential
November 20, 2025                                    141

brief clarifying question.

EXAMINATION

BY MS. LOSEMAN:

Q.    Sir, you were asked earlier today your understanding of this case.  And I don't mean to mischaracterize your testimony, but I believe you said something along the lines of you understand the allegations to be in reference to an alleged overreliance on daigou.  Do you remember that part of your testimony earlier today?

A.    Yes.

Q.    Is it also your understanding that the lead plaintiffs allege that daigou or duty-free sales by Chinese or Korean retailers to non-travelers or others was illegal or illicit during the class period?

A.    I believe that's what the plaintiffs is saying.

Q.    Is that allegation true?

A.    No.

Q.    You were also asked at the very end here about this reference in Exhibit 12 to an impact on brand perception and a

reference to daigou collaborations.  Do you recall that testimony from just a moment ago?

A.    Yes.

Q.    And do you see the title of this slide is "Potential questions for future analyses"?  Do you see that?

A.    Yes.

Q.    Was this a question related to future potential analyses?

MS. MEYERS:  Objection; leading.

A.    Yes.

Q.    And during the class period, is it your understanding that the travel retail luxury goods industry was well aware of daigou activity?

MS. MEYERS:  Objection. Leading.

MS. LOSEMAN:  Counsel, I believe the judge's rules require us to limit our objections to form.

Q.    But go ahead, sir.

A.    It is not an industry secret that daigou activity exists even before

Nick Lai  Confidential
November 20, 2025                                          143

COVID.

Q.    How do you know that, sir?

A.    I'm sorry, do you mean how does the company knows about that?  Or how do I know?

Q.    Let's focus on you first.  How do you personally know that?

A.    Well, from multiple channels. From actually a lot of -- we have -- there are reports, there are public reports, there are sales channels.  And also on social network as well.  So it's not something that is uncommon or secretive. It's actually well known by I would say even as a normal Chinese consumer.

Q.    I have no clarifying questions.

MS. LOSEMAN:  We do designate this transcript as confidential, and we request an opportunity to review and sign.

THE VIDEOGRAPHER:  The time is 12:04 a.m. New York time and we're going off the record.

(Whereupon, at 12:04 a.m. EDT the examination of this witness was