UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :         No.  1:23-cv-10669-AS
IN RE THE ESTÉE LAUDER CO., INC.                              :
SECURITIES LITIGATION                                         :
                                                              :
                                                              :
------------------------------------------------------------- X

**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE OPINIONS IN THE EXPERT
REPORT OF MATTHEW D. CAIN, PH.D. AND RELATED TESTIMONY**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendants' Motion to Exclude Opinions in the Expert Report of Matthew D. Cain, Ph.D., and

Related Testimony, the Declaration of Monica K. Loseman dated January 23, 2026, and its

exhibits, the Notice of Motion, and such other and further papers and proceedings as may be filed

or had, Defendants The Estée Lauder Companies Inc., Fabrizio Freda, and Tracey T. Travis

(collectively, "Defendants"), by their undersigned counsel, hereby move this Court, before the

Honorable Arun Subramanian, for an Order excluding certain opinions and related testimony

offered by Lead Plaintiffs' proffered expert witness in connection with Lead Plaintiffs' Motion for

Class Certification, pursuant to Rule 702 of the Federal Rules of Evidence and the *Daubert v.

Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), line of cases.

Dated:   New York, New York
         January 23, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By:  _____ */s/ Monica K. Loseman* _____

Monica K. Loseman
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence Street
Suite 3000
Denver, CO 80202-2211
Telephone: 303.298.5784
Facsimile: 303.313.2828
MLoseman@gibsondunn.com

Barry H. Berke
Mary Beth Maloney
Laura K. O'Boyle
David M. Kusnetz
Megan R. Murphy
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
BBerke@gibsondunn.com
MMaloney@gibsondunn.com
LOBoyle@gibsondunn.com
DKusnetz@gibsondunn.com
MMurphy2@gibsondunn.com


*Attorneys for Defendants*