UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                    :

                                    :      No.  1:23-cv-10669-AS

IN RE THE ESTÉE LAUDER CO., INC.      :
SECURITIES LITIGATION            :

                                    :

                                    :
-------------------------------------------------------------- X

## DECLARATION OF MONICA K. LOSEMAN

I, Monica K. Loseman, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

I am a member of the bar of this Court and a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants The Estée Lauder Companies Inc. ("ELC" or "the Company"), Fabrizio Freda, and Tracey T. Travis (collectively, "Defendants") in the above-referenced action.  I submit this declaration in support of Defendants' Motion to Exclude Opinions in the Expert Report of Matthew D. Cain, Ph.D., and Related Testimony.

1.      Attached hereto as Exhibit 1 is a true and correct copy of the July 25, 2025 Expert Report of Matthew D. Cain, Ph.D.

2.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the December 17, 2025 deposition transcript of Matthew D. Cain, Ph.D.

3.      Attached hereto as Exhibit 3 is a true and correct copy of an article by O. Miguel Villanueva and Steven Feinstein, titled *Stock Price Reactivity to Earnings Announcements: The Role of the Cammer/Krogman Factors*, published in the Review of Quantitative Finance and Accounting on October 22, 2020.

2

4.       Attached hereto as Exhibit 4 is a true and correct copy of the July 21, 2025 Expert Report of Matthew D. Cain, Ph.D. filed in *Genesee County Employees' Retirement System v. DocGo Inc.*, No. 23-cv-09476-KPF (S.D.N.Y.), ECF No. 94-2.

5.       Attached hereto as Exhibit 5 is a true and correct copy of a redline document that was introduced and marked as Exhibit 5 at the December 17, 2025 deposition of Matthew D. Cain, Ph.D.

6.       Attached hereto as Exhibit 6 is a true and correct copy of a printout of Dr. Cain's backup materials, introduced and marked as Exhibit 4 at the December 17, 2025 deposition of Matthew D. Cain, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2026

By:    */s/ Monica K. Loseman*

Monica K. Loseman

2