# EXHIBIT 3

Review of Quantitative Finance and Accounting
https://doi.org/10.1007/s11156-020-00943-4

**ORIGINAL RESEARCH**



# Stock price reactivity to earnings announcements: the role of the *Cammer/Krogman* factors

**O. Miguel Villanueva[1,2]** · **Steven Feinstein[2,3]**

Accepted: 1 October 2020
© Springer Science+Business Media, LLC, part of Springer Nature 2020

## Abstract

The stock characteristics often used in securities litigation to assess market efficiency are dispositive indicators of reactivity to earnings announcements. Stocks with large capitalization, high trading volume, broad analyst coverage, a large number of market makers, and narrow bid-ask spread are far more likely to react significantly to earnings announcements than stocks without these characteristics. Univariate and multivariate tests compel this conclusion, but provide weaker evidence for analyst coverage.

**Keywords** Earnings announcements · *Cammer/Krogman* factors · Securities litigation · Logit regression · Stock price reactivity · Market efficiency

**JEL Classification** G14 · G18 · K22

## 1 Introduction and scope

The principle of market efficiency is of interest far beyond the arenas of finance academics who ask if only company fundamentals impact stock prices, and investment professionals and their clients who ask if the benefits of active management are worth the costs. Courts and lawyers are interested too. Market efficiency plays a pivotal role in class action securities litigation. A typical class action securities case is one in which a company has allegedly made misrepresentations or omissions that artificially inflated the company's stock price. When the truth emerges, the stock price falls and investors suffer losses. To prevail in litigation and recoup damages under U.S. securities laws, plaintiffs must establish that the subject security consistently reacts to new information, because that form of market

✉ O. Miguel Villanueva
Villanue@bu.edu; MVillanueva@cfrllc.com

Steven Feinstein
Feinstein@Babson.edu; SFeinstein@cfrllc.com

1  Boston University – MET, 1010 Commonwealth Ave., Boston, MA 02215, USA

2  Crowninshield Financial Research, Inc., 56 Harvard St., Brookline, MA 02445, USA

3  Babson College, 231 Forest St., Babson Park, MA 02457, USA

Published online: 22 October 2020



efficiency links the alleged misrepresentations to the trading prices upon which investors relied.

In the United States, a company that inflates its stock price with misrepresentations or omissions may be liable for damages to injured investors pursuant to the Exchange Act of 1934. However, pursuing a securities fraud claim against a public corporation is extremely expensive,[1] while the potential recovery to an average investor is generally modest. To seek relief, investors band together and pursue their claims in a class action.

In order for such a case to move forward, the court must certify a class of plaintiffs. The court will do so if trying the case on a class basis is deemed superior to each investor pursuing the case individually. Among the conditions required for class certification is proof that all proposed class members relied on the alleged misrepresentations. But, how can the court conclude that all investors relied on the misrepresentations when so many investors do not study company financial statements, monitor conference calls, or listen to company presentations? Many investors may not even know about the alleged misrepresentations. This question was addressed in the landmark *Basic v. Levinson* case of 1988. The Court ruled that when a security trades in an efficient market, such that the price of the security reflects all available information, the market price will also reflect the alleged misinformation. Because all investors rely on the market price when they transact, all investors indirectly rely on the misrepresentations. Establishing reliance through market efficiency is known as the fraud-on-the-market principle.

The Supreme Court in Halliburton II (2014), citing Basic v. Levinson (1988), clarified what type and degree of efficiency are necessary to invoke the fraud-on-the-market principle: "For purposes of accepting the presumption of reliance in this case, we need only believe that market professionals generally consider most publicly announced material statements about companies, thereby affecting stock market prices." Fraud-on-the-market requires that the market for the stock be sufficiently well-developed such that material public information is not ignored, but rather is disseminated, digested, and traded upon, so that market prices reflect publicly available information.

This informational efficiency, meaning that a stock absorbs and reflects new information, is distinct from the concept of fundamental efficiency, which requires that the prevailing stock price conforms at all times to a particular pricing model, typically a discounted cash flow model.[2] That is, in the legal arena, plaintiffs need not prove the correctness of the market price, but rather that the market price absorbs and reflects new information.

As evidence of informational market efficiency, courts welcome empirical tests that demonstrate a statistically significant cause-and-effect relationship between the release of company information and stock price movements. We define this statistically significant relationship as "stock price reactivity." Reactivity may manifest as either a change in the stock price or a change in the stock return distribution, e.g., its mean or volatility, in response to new information.

For a variety of reasons discussed below, however, tests of reactivity may not be feasible or may not be informative. This is especially the case when the alleged fraud involves the company engaging in accounting fraud or making misrepresentations with the express intent of misleading investors to believe that the company met expectations so as to

---

[1] For example, plaintiffs' legal fees and expenses incurred in the Merck securities litigation that settled in 2016 totaled $232 million according to court filings (Wichert 2016).

[2] The distinction between informational and fundamental efficiency is addressed in Sharpe (1981), Tobin (1984), and Cornell and Haut (2019).



maintain the current stock price. Consequently, courts also consider other indicia of market efficiency aside from the direct evidence provided by empirical tests.

The *Cammer* (1989) and *Krogman* (2001) courts, and numerous courts following their precedents, addressed certain factors that may evince market efficiency. In addition to direct empirical evidence demonstrating a cause-and-effect relationship between corporate disclosures and stock price movements, the *Cammer* court identified as acceptable indicia the following company and market characteristics: high trading volume, broad analyst coverage, a large number of market makers and/or a listing on a major exchange, and eligibility for S-3 registration (which requires a threshold market capitalization and a history of timely financial reports). The *Krogman* court added narrow bid-ask spread, large market capitalization, and high float as dispositive indicia.

While the academic literature is rich in research investigating the speed of price adjustment to new information, anomalies of apparent mispricing, the battle between the classical and behavioral paradigms, and the debate over whether markets are generally efficient or inefficient, there is less research into what company characteristics, if any, correlate well with stock price reactivity to information. Trading volume, market makers, exchange listing, and a narrow bid-ask spread may preclude trading impediments that could cause inefficiency, but are stocks with these characteristics more likely to react to information flow than those without? Analyst coverage and large market capitalization may indicate that information about a company is readily available, and that there is widespread interest in the company, precluding information flow impediments that might otherwise cause inefficiency. But, are large stocks with widespread analyst coverage more likely to react to information flow than stocks without these characteristics? In sum, are stocks that satisfy the *Cammer/Krogman* factors more likely to exhibit significant reactivity than stocks without those characteristics? Our study aims to answer this question.

As the main criterion for S-3 registration eligibility is a market capitalization threshold (originally $300 million, but lowered to $75 million in 1992), and market capitalization typically correlates with float, we focus on market capitalization as a single encompassing "size" factor standing in for the *Cammer/Krogman* factors of S-3 eligibility, market capitalization, and float. Therefore, to assess whether or not the *Cammer/Krogman* factors are dispositive of stock price reactivity, we examine five factors in this study: size, volume, analyst coverage, number of market makers, and bid-ask spread. Size is market capitalization. Volume is measured as average daily turnover (shares traded divided by shares outstanding), because turnover is the volume metric typically used in securities litigation. Analyst coverage is the yearly average number of analysts that reported their estimates to I/B/E/S preceding each earnings announcement. The market maker metric is the average of the daily market maker participation figures reported by CRSP. Bid-ask spread is measured as the average end-of-day percent spread over the course of the subject year.

Examining all CRSP stocks between 2012 and 2017, we find that 61% exhibit stock price reactivity to earnings announcements. That is, earnings announcements, compared to all other days, elicit significant stock price reactions with frequency that cannot be explained by random chance, but rather must evince reactivity to information. Reactivity is more likely (79%) among stocks that satisfy the *Cammer/Krogman* factors than among the total population (61%), and far more likely than stocks that do not satisfy the *Cammer/Krogman* factors (41%). Alternative tests to identify stock reactivity and alternative regression specifications obtain qualitatively the same results.

Reactivity demonstrates that a stock's price is impacted by information and is therefore evidence of informational efficiency. However, failure to find reactivity in a given sample does not necessarily prove inefficiency. Market inefficiency is, of course, a reason for a



stock not to react significantly to an information event such as an earnings announcement, but there are other reasons why a stock might not react significantly. The event may have conveyed no news, or the news may have been of such modest nature that the appropriate stock price reaction was negligible.[3] The information event may have contained countervailing positive and negative news. On the assumption that alternative explanations for apparent nonreactivity aside from market inefficiency are unsystematically distributed throughout the population of stocks, our findings that reactivity correlates with the *Cammer/Krogman* factors also indicate that the *Cammer/Krogman* factors may be indicators of informational market efficiency. That is, large, actively traded stocks, with broad analyst coverage, numerous market makers, and narrow bid-ask spreads are more likely to trade efficiently than stocks without these characteristics.

## 2 Assessing market efficiency in securities litigation: a literature review

Following Fama (1991), event studies have become a standard empirical test of market efficiency. Campbell et al. (1997, Chapter 4) present a useful description and examples of the methodology and write about how it is generally accepted and widely used in academic research. Gold et al. (2017) write about how the methodology is applied in forensic applications. Forensic analysts identify a collection of events that, based on valuation principles, reasonably ought to elicit statistically significant stock price reactions. They then run standard event study tests on each of the selected events. Significant abnormal returns on event dates demonstrate stock price reactivity. Brav and Heaton (2015) contrast the single-security event studies employed in securities litigation with the multi-security cross-sectional event studies in the academic literature, noting the methodological differences and lower power of single-security event studies. Fisch and Gelbach (2020, p. 1) further study "the tradeoff between power and confidence and the ensuing impact on the likelihood that valid claims of fraud will erroneously be rejected" and propose that the Securities and Exchange Commission (SEC) play an active role in setting standards of statistical significance for event studies in security litigation rather than borrow them from the social sciences literature.

Choice of events and the cutoff number of significant results to draw conclusions are often highly contested in the adversarial forensic forum. Addressing event selection and incidence rate, Ferrillo et al. (2004) developed a different empirical test for informational market efficiency, which evaluates events collectively. They define a category of news events to be tested, then they sort a company's stock returns into two groups, one comprising the news days, and the other non-news days. The news events may be earnings announcements, publication of news articles about the company, or filings of 8-Ks, for example. The group of non-news days may include some days with important information,

---

[3] Screening the earnings announcements for surprises does not necessarily solve this problem, as a surprise in reported earnings is rarely the only material news in an earnings announcement. Earnings surprises are often countervailed by unexpected revenue, guidance, or other developments. Announcements of in-line earnings often also contain highly positive or negative news unrelated to the earnings. Therefore, big earnings surprises might elicit no reaction, while in-line earnings may elicit a significant reaction. Moreover, a stock may be so intensively researched that reported results and material developments are fully anticipated by the time of the announcement.



albeit days that do not satisfy the criteria for inclusion in the defined news days sample. As such exceptional days included among the non-news days will reasonably be few, their impact will likely be diluted among the ordinary non-news days.

Ferrillo et al. (2004) then estimate a market model to derive firm-specific abnormal returns, which are then tested for statistical significance. Finally, Ferrillo et al. (2004) conduct a two-proportions Z-test to ascertain whether the incidence of significant abnormal returns is significantly greater among the news days than among the non-news days.[4] If this is the case, one can conclude that the stock reacts to news.

Other studies of interest have examined the relationships between certain company characteristics and market efficiency, though they propose empirical proxies for market efficiency that differ from the earnings announcement reactivity test we use, and which is used in securities litigation. The factors examined in these studies overlap with the *Cammer/Krogman* factors. Chordia et al. (2008) found that narrow bid-ask spread is associated with less return predictability and, therefore, efficiency under certain conditions. Chung and Hrazdil (2010) investigate size and volume, finding volume to be inversely related to return predictability. Busse and Green (2002) found that smaller firms react more significantly to certain analyst commentary, which they conclude implies that smaller firms without analyst coverage might be less efficient.

Barber et al. (1994) is the first empirical investigation explicitly addressing the *Cammer/Krogman* factors as indicators of efficiency. Examining earnings announcements from all NASDAQ stocks over the period 1984–1990, they ranked each earnings observation by the size of the earnings surprise and by the size of the price response. They focused on the bottom and top quintiles of earnings surprises, i.e., events that were large earnings surprises in either direction. Extreme surprises that elicited extreme price responses were deemed "efficient." If an extreme earnings surprise elicited only a middle quintile price response, they labeled the event response "inefficient." Analyzing individually the company characteristics associated with efficient and inefficient events, Barber et al. (1994, p. 302) found that most *Cammer/Krogman* factors correlate with efficiency: "Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms." In a multivariate framework, however, Barber et al. (1994, p. 310) found that only volume and analyst coverage were significant indicators of efficiency: "Our findings, based on two models of expected earnings […] clearly indicate two factors as efficiency drivers: volume of trade and number of analysts following the stock." Further investigation and out-of-sample tests, such as ours in this paper, may illuminate whether their results are robust and which factors are truly most informative.

There are some recent attempts at benchmarking *Cammer* factors and other indicators of efficiency for security litigation use. This line of research assumes that such indicators are indeed dispositive of efficiency and use the distribution of each indicator in a universe of stocks as a benchmark to assess whether a particular stock lies within an acceptable region of efficient values for the indicator. Tabak (2019) benchmarks the *Cammer* factors by examining factor values among S&P 500 stocks, suggesting that they are usually considered to be efficient. Tabak proposes that any other stock should be deemed efficient if

---

[4] We use a Fisher Exact test instead of the Z-test because the asymptotic properties of the standard normal Z-statistic may be called into question when the news day sample is small. Another approach when news sample size is small is to follow Hartzmark and Seyhun (2012) and use a bootstrap algorithm to estimate the test p-values and critical cutoff instead of calculating them with the Fisher Exact test.



its *Cammer* factor values, except size, were similar to levels found among the S&P 500. Bohle et al. (2020) provide benchmark *Cammer* factor values and propose other indicators such as level of institutional ownership, ability to sell short, and absence of serial correlation. Bohle et al examine all NYSE and NASDAQ stocks and propose that a factor for a stock is not supportive of a finding of efficiency if its value lies within the 10th percentile in the opposite direction of what conventional wisdom expects for efficiency. Our research provides empirical guidance as to what range of *Cammer* factor values are dispositive of a cause-and-effect relationship between information flow and stock price reaction; we let the data provide answers rather than assume an arbitrary threshold.

Our paper follows the lead of Barber et al. (1994). We coincide in the use of earnings announcements as news events. Earnings announcements are a reasonable choice for a class of generally high information events that can be selected objectively. Ball and Brown (1968), Ball and Kothari (1991), Beaver (1998), and Patell and Wolfson (1984) provide evidence that the flow of company-specific information is generally elevated on earnings announcement dates. Choosing earnings announcements as the news events is not the only possible screening criterion to construct a group of high information days. However, as this study examines over a thousand stocks, over several years, it is the most feasible of objective screens.

As did Barber et al. (1994), we examine the factors individually in univariate tests and also collectively in multivariate tests. In order to determine whether factor magnitudes matter, we compare reactivity rates among stocks grouped into factor quintile cohorts, we compare the factor characteristics of reactive and nonreactive stocks, and we run multivariate logit regressions to determine which factors appear to drive reactivity.

Our research differs from the seminal Barber et al. (1994) study in several ways. First, Barber et al. (1994) study stock price reactions only on event days, defined as days with extreme earnings surprises. They do not consider all earnings announcement days or any non-announcement day. Thus, their unit of study is an event-day stock return rather than a stock over a period of time. By contrast, our study considers both event days (all earnings announcements) and a control group of non-event days (all non-announcement days), scrutinizing reactivity at the stock level in a given year.

Second, for categorizing a price response as efficient or inefficient, Barber et al. (1994) needed to assume that modest stock price reactions to extreme surprises were inefficient. By virtue of our focus on reactivity, an objectively observable property, we need not make such an assumption. We differentiate between reactive and nonreactive stocks based on three statistical tests that compare the price reactions on earnings days relative to all other days: (1) The Fisher Exact Test for difference in the incidence rate of significant returns; (2) an F-test for difference in return variance; and (3) the non-parametric test of Ansari and Bradley (1960) (Ansari–Bradley test).

Third, to gauge earnings surprises, they focused only on the net earnings metric reported in earnings announcements, to the exclusion of other material company information such as EBIT, EBITDA, revenue, and guidance. Consequently, days that they characterized as big positive or negative surprises on the basis of reported net earnings, may have been mixed news when taking all other performance metrics and news into account. By examining news flow holistically, our study may provide additional insight. Our approach requires only that more information is reported on earnings announcement days than ordinary days



typically, a proposition well supported in the literature.[5] Moreover, our findings about reactivity are of general interest independent of efficiency implications. For example, investors may be interested in how often earnings announcements elicit significant stock price reactions and how that frequency is tied to company characteristics.

Fourth, we use all CRSP stocks, which data include NYSE, AMEX, and NASDAQ stocks. Barber et al. (1994) restricted their examination to NASDAQ stocks on the assumption that inefficient stocks are rare among NYSE stocks. Our data set has a wide range of factor values and still a substantial percentage of apparently nonreactive stocks. On account of our broader stock population, our study may provide more general conclusions.

Fifth, we examine whether factor magnitudes correlate with reactivity to determine, for example, whether larger stocks are more likely reactive than smaller stocks. However, we also assess whether for each factor there may be some minimum threshold level that is dispositive of reactivity. For this threshold analysis, we use a logit regression specification that differs from that in Barber et al. (1994). We use binary indicator variables both for the dependent variable (whether a stock is or is not reactive) and for the explanatory variables (whether a stock has a factor value above or below a given threshold). Our approach produces marginal factor probabilities associated with each factor meeting or exceeding its respective threshold, and thereby investigates potential non-linear relationships between *Cammer/Krogman* factor values and reactivity.[6]

# 3 Research objective, data, and methodology

## 3.1 Data

We drew our data from the entire population of CRSP stocks for each year, 2012 to 2017, screening for the subset of stocks in each year for which I/B/E/S identified four earnings announcements in the respective year and for which all *Cammer/Krogman* factor data were available.[7] We included only CRSP "code 11" stocks, i.e., ordinary common shares traded in United States markets, excluding mutual funds, ETFs, REITs, and ADRs.

As our purpose was to test the relationship between the *Cammer/Krogman* factors and reactivity to earnings announcements, our study required screening for stocks for which all such data was available. Of the *Cammer/Krogman* factor data, only market maker data was occasionally unavailable, necessitating exclusion of stocks missing that data. About one-third of the stocks that passed the screen for four earnings announcements were eliminated on account of unavailable market maker data. The other *Cammer/Krogman* factors produced no operative constraint, as data for all other factors were available for all remaining stocks.

As described below, to compute daily abnormal returns and determine when any particular abnormal return was statistically significant, we estimated market model rolling regressions with data preceding each particular day. In order to estimate an initial

---

[5] See, e.g., Ball and Brown (1968), Ball and Kothari (1991), Beaver (1998), and Patell and Wolfson (1984).

[6] Marginal factor probability measures the contribution of each factor to reactivity, controlling for the other factors.

[7] An earlier version of this study, conducted on data from 2012–2015, produced identical qualitative results. The consistency of the results from the expanded data set confirm that the results are robust out of sample.



O. M. Villanueva, S. Feinstein

regression for the first trading day of the year under study, we required at least 125 daily return observations from the prior year. Most stocks had data for the full prior year, but some stocks did not have the minimum 125 preceding daily return observations sufficient to estimate the first rolling regression and so were excluded due to this data constraint.[8]

Stocks indicated by CRSP as having zero market makers were included, but stocks for which market maker data from CRSP was unavailable were excluded. While market maker data unavailability could potentially introduce some degree of selection bias, we observe that our resulting data sample is both very large and comprises a wide range of *Cammer/Krogman* factor magnitudes. Missing observations do not eliminate any segment of the total stock population, e.g., small stocks or thinly traded stocks, and it is therefore unlikely that selection bias skews our results. As a robustness check, we repeated the analysis excluding stocks designated by CRSP as having zero market makers, and qualitative results were unaffected.

We organized the data by stock and year. A "stock-year" observation describes the characteristics of a particular company in a particular year and its reactivity to earnings announcements in that same year. For each stock in each year, each factor value was calculated as the average for the year. The size of a company was measured as its average market capitalization over the course of the year. Volume is the average daily turnover for the given year, volume divided by shares outstanding. Average turnover is the volume metric generally considered in securities cases and discussed by legal commentators Bromberg and Lowenfels (1988), who were cited by the *Cammer* court.[9] To calculate average analyst coverage in each year, we examined the number of analysts who provided earnings forecasts in the last I/B/E/S survey preceding each earnings announcement and then averaged the four quarterly observations. The market maker factor was measured as the average of the daily market maker participation figures provided by CRSP. Bid-ask spread for each stock was computed from end-of-day bids and asks reported by CRSP and then averaged for the year.

In the 2012 database, we started with 3415 CRSP stocks with "code 11." Of those, 2313 had all four quarterly earnings announcements reported in I/B/E/S with their respective dates identified. Of those, 1500 had available all *Cammer/Krogman* factor magnitudes. Of those, 1483 had available at least 125 return observations preceding the first trading day of 2012. We repeated this screening for each year's data population, providing 1480 stocks in 2013; 1559 stocks in 2014; 1650 stocks in 2015; 1326 stocks in 2016; and 1565 stocks in 2017, which satisfy all data availability requirements.

The general presumption about *Cammer/Krogman* factors is that larger size, higher volume, broader analyst coverage, more market makers, and narrower bid-ask spread are

---

[8] Abnormal return significance for all observations was determined out-of-sample using rolling regressions, which therefore required a sufficiently large sample of return data preceding each tested return observation. In a previous version of this paper, the initial daily returns from the start of any particular year were tested for significance based on in-sample regressions covering the first month of the year's returns, while subsequent returns were tested out-of-sample with regressions estimated on preceding data. At the suggestion of the referee, to be more consistent and reliable, we replaced the mixed methodology with uniformly out-of-sample rolling regressions. This adjustment required a screen for availability of a sufficiently long time series of return data preceding each tested stock return. With this change, qualitative results are identical to our original results, but more reliable with the consistent and more sound methodology.

[9] In legal cases, the weekly average turnover is the volume metric used, which equals approximately our daily average turnover multiplied by 5. As they differ only by a scalar, daily or weekly turnover may be used.



associated with greater likelihood of market efficiency. We test these relationships with respect to earnings announcement reactivity.

## 3.2 Assembling the stock-year observations into Cammer/Krogman factor quintiles

Each stock in each year is treated as one "stock-year" observation. Our dataset comprises 9063 stock-years. All stock-year observations are ranked into quintiles for each *Cammer/Krogman* factor. The quintile with the lowest values is designated the 1st quintile, while the quintile with the largest factor values is designated the 5th quintile.

Market capitalization (size factor) ranges from \$2.6 million to \$780.7 billion with a median of \$720.7 million. The lowest size factor quintile ranges from \$2.6 million to \$191.6 million, and the highest quintile ranges from \$2.97 billion to \$780.7 billion. Average daily turnover (volume factor) ranges from 0.0027 to 17.65% with a median of 0.66%. The lowest volume quintile ranges from 0.0027 to 0.33%, and the highest quintile ranges from 1.26 to 17.65%. Analyst coverage ranges from 1 to 47.8 with a median of 5.5 analysts. The lowest analyst coverage quintile ranges from 1 to 2.5, and the highest quintile ranges from 12.0 to 47.8. The number of market makers ranges from 0 to 79.5 with a median of 41.6. The lowest market maker quintile ranges from 0 to 26.8, and the highest quintile ranges from 51.3 to 79.5. Bid-ask spread ranges from 0.01 to 13.21% with a median of 0.11%. The lowest bid-ask spread quintile ranges from 0.01 to 0.05%, and the highest quintile ranges from 0.41 to 13.21%.

Table 1 presents descriptive statistics (minimum, maximum, mean, and median) for each factor for the aggregated period of six calendar years (2012–2017). The data for each of the calendar years individually (not shown) is similar but exhibits expected sampling variation from year to year. Since all of our tests are conducted on the aggregated six years of data, we present the summary statistics for the aggregate data in Table 1.[10]

We determine the factor quintiles to which each stock-year observation belongs. For example, Veeco Instruments Inc. in 2016 belonged to the 3rd quintile for size, 3rd quintile for volume, 4th quintile for analyst coverage, 5th quintile for number of market makers, and 3rd quintile for bid-ask spread.

## 3.3 Computing abnormal returns and testing for statistical significance

For all stocks in all years, we test all daily returns for statistical significance using rolling regressions. That is, we estimate a market model regression for each daily return, using 1 year of daily preceding data and including the respective target date. Logarithmic stock returns were regressed on an intercept, logarithmic CRSP total market returns, and a dummy variable for the final stock return corresponding to the target date to be tested for abnormal return significance.[11]

---

[10]  A table with descriptive statistics by year is available from the authors by request.

[11]  To review the use of single-day dummies in regressions, see Binder (1998) for the case of event studies and Kennedy (2008) for a more general treatment.



Springer

**Table 1** Summary statistics for 2012–2017

| | Size ($ Million) | | | Daily volume | | | No. analysts | | | Market makers | | | Bid-ask spread | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Min | Max | Median | Min | Max | Median | Min | Max | Median | Min | Max | Median | Min | Max | Median |
| Full Sample | $2.6 | $780,679 | $720.7 | 0.0000 | 0.1765 | 0.0066 | 1.0 | 47.8 | 5.5 | 0.0 | 79.5 | 41.6 | 0.0001 | 0.1321 | 0.0011 |
| Quint 1 | $2.6 | $191.6 | $95.1 | 0.0000 | 0.0033 | 0.0022 | 1.0 | 2.5 | 1.5 | 0.0 | 26.8 | 3.0 | 0.0001 | 0.0005 | 0.0003 |
| Quint 2 | $192.1 | $476.3 | $304.8 | 0.0033 | 0.0054 | 0.0044 | 2.5 | 4.3 | 3.5 | 26.8 | 38.1 | 33.6 | 0.0005 | 0.0008 | 0.0006 |
| Quint 3 | $476.8 | $1089.7 | $720.5 | 0.0054 | 0.0080 | 0.0066 | 4.3 | 6.8 | 5.5 | 38.1 | 45.2 | 41.6 | 0.0008 | 0.0016 | 0.0011 |
| Quint 4 | $1089.8 | $2964.5 | $1707.1 | 0.0080 | 0.0126 | 0.0100 | 6.8 | 12.0 | 8.8 | 45.2 | 51.3 | 48.2 | 0.0016 | 0.0041 | 0.0024 |
| Quint 5 | $2966 | $780,679 | $7023 | 0.0126 | 0.1765 | 0.0177 | 12.0 | 47.8 | 18.0 | 51.3 | 79.5 | 55.4 | 0.0041 | 0.1321 | 0.0089 |

Total number of firm/year observations in 2012–2017 (6 years) = 9063

For each stock in each year, in this manner we conducted an out of sample test of significance for every trading day. Significance of the dummy variable would indicate that the target date abnormal return was statistically significant.[12]

In some instances, for some stocks in some years, a full year of return data prior to the first observation of the year was unavailable. When that was the case, we used less than one year of preceding data to estimate the rolling regressions. However, we included only stocks for which at least 125 days of prior data was available. We restricted our sample to those stocks that had at least 125 days of prior return observations for the first regression of the year.[13] We then increased the number of observations one at a time in each subsequent regression until we reached a full year of prior data. From that point on, we rolled the estimation window forward to maintain one-year regression estimation periods.

Running rolling regressions for each stock-year eliminates any potential concerns about look-ahead bias in the estimation of abnormal returns.[14] It also mitigates the potential heteroskedasticity when testing the significance of all the events abnormal returns at once in a single regression. Our rolling regression methodology does not suffer from autocorrelation and potential consequent bias affecting inferences about the significance of abnormal returns. Although rolling regression coefficients (e.g. rolling market betas) tend to be autocorrelated, our event dummy coefficients (the abnormal returns) are one-step ahead out-of-sample forecast errors.[15] Thus, the abnormal returns in our study are theoretically uncorrelated with past returns and prior information. To empirically confirm this property,[16] we estimated each stock-year regression with a Newey–West AR(1) correction and used the standardized Newey–West t-statistics on the dummy coefficients to test for significance of the abnormal returns. We repeated the Fisher Exact tests for reactivity using the Newey–West significance results and found the same qualitative results as when ordinary least squares (OLS) was used.[17] As no autocorrelation is theoretically present, and the correction for autocorrelation has no effect on the study's results, we employ OLS as the primary estimation methodology.[18]

---

[12]  We use the asymptotic two-tail 5% significance level critical value of 1.96 for purposes of our study, recognizing that other significance levels may be appropriate in other applications.

[13]  Our final sample has 9063 stock-year observations, of which 8479 (93.6%) have all 252 prior daily observations. Only 6.4% of our final sample has less than 252 prior daily observations, and by design, all of these have at least 125 prior daily observations.

[14]  We note that all qualitative results in our study are identical when we estimate all abnormal returns and associated standard errors for a given stock-year from a single calendar year regression, as explained in Binder (1998). If return dynamics are stationary, such that the regression coefficients are stable, then abnormal returns measured with rolling regressions will be virtually equivalent to those measured with a single common regression for a particular stock in a given year.

[15]  See, e.g., Peter Kennedy (2008, pp. 236–237): "When a regression is run with a period-specific dummy the computer can ignore the specific observation – the OLS estimates can be calculated using all the other observations and then the coefficient for the period-specific dummy is estimated as the value that makes that period's error equal to zero. In this way, SSE (the error sum of squares) is minimized.".

[16]  Or alternatively, that our results do not derive from any present autocorrelation.

[17]  Both the aggregate reactivity rate and the cross-quintile reactivity rates for all factors obtained with Newey-West t-statistics are practically the same as those obtained using t-statistics derived from OLS. They follow the same patterns, which are described below, and support the same conclusions.

[18]  Using Newey–West instead of OLS changes the abnormal return t-statistics but not the regression coefficients. Thus, the rolling abnormal returns (dummy coefficients) in the event and non-event groups remain the same. The dispersion tests (F-test and Ansari-Bradley) are therefore completely unaffected by choice of OLS versus Newey–West.



When identifying earnings announcement event dates, we were careful to take into account the time of day when the announcements occurred. For a release made after market hours or during a weekend or holiday, the next trading day is the operative event date. If the release was before or during market hours on a trading day, then that same trading day is the operative event date.

Beaver (1968) and Brown and Warner (1985), among others, have expressed concern that the very events one wishes to test for significant stock reaction may induce volatility. They hypothesize that an event return may be large and may appear to be significant because the event increased the stock return volatility. Corrections proposed in the literature are applicable to cross-sectional event studies (Boehmer et al. 1991; Corrado 1989). For our purposes of examining each individual firm's reactivity, however, and for purposes of determining if there is a cause-and-effect relationship between information and stock price movements, event-induced volatility need not be a concern. The concept of reactivity encompasses this potential effect. If a firm's abnormal return observations are differentiated on the basis of there being an event or no event, and the event and non-event distributions are empirically different, then it is clear that the events impacted the firm's stock price. Such a finding would demonstrate a cause-and-effect relationship and establish that the market has not ignored the events.

### 3.4 Designating stocks as reactive or nonreactive

From the rolling regressions, we obtain an abnormal return for every trading day within each stock-year. The set of abnormal returns allows one to assess whether earnings day abnormal returns are qualitatively different from non-earnings day abnormal returns.

We run three different tests on each stock-year's abnormal returns to determine whether the stock exhibited reactivity or nonreactivity to earnings announcements. The first is the Fisher Exact test, which tests whether significant abnormal returns are more frequent on event days than on non-event days. The second is an F-test that evaluates whether the event and non-event samples have different variances. Greater stock movement on event days may manifest in higher variance, which therefore indicates reactivity. The third test is the Ansari–Bradley test, which also tests whether the dispersion of abnormal returns is greater on event days than on all other days. The Ansari–Bradley test is a non-parametric test that is robust to alternative distributional assumptions, non-normality in particular.

#### 3.4.1 Fisher exact test

The Fisher Exact test evaluates the null hypothesis that the association between two categorical variables is random (the variables are independent) against the alternative that there is a nonrandom association (variables are dependent).[19] This test can be described as an odds ratio test, a two proportions test, or an incidence rate test.

For each stock-year, we count how many event day abnormal returns are significant (A) and how many are non-significant (B). We also count how many non-event day abnormal returns are significant (C) and how many are non-significant (D). The proportion of

---

[19] See McDonald (2014, pp. 77): "The null hypothesis is that the relative proportions of one variable are independent of the second variable […]".



significant event day returns, which is the observed significance incidence rate, is given by A/(A+B). The significance incidence rate for non-events is C/(C+D).

For our application, the Fisher Exact test queries the null hypothesis that the event day incidence of significant returns is less than or equal to the non-event day incidence of significant returns. When a Fisher Exact test $p$ value is less than or equal to 5%, one can reject the null hypothesis of non-reactivity in favor of the alternative characterization that the stock is reactive. We run the test per stock-year observation, to determine whether each particular stock in each year displayed reactivity.

Ferrillo et al. (2004) proposed using a two-proportions Z-test to assess whether a particular stock over some period of interest displayed reactivity. We use the Fisher Exact test due to small sample considerations. Each stock-year has only four news events, the earnings announcements, which may not be plentiful enough for the asymptotic reliability of the Z-test. The Fisher Exact test, on the other hand, provides exact probability values, even in small samples, and does not rely on large sample asymptotics.[20]

### 3.4.2 F-test and Ansari–Bradley test

We also evaluate stock price reactivity with the F-test and Ansari–Bradley test. Both of these tests determine whether abnormal return dispersion differs across the event and non-event samples. Greater dispersion of abnormal returns among events days relative to non-event days would show that the stock price reacts to information flow. These dispersion tests have been used in security litigation to support a finding of reactivity.[21]

The F-test compares the sample variance for the event group abnormal returns with the sample variance for the non-event group. Under the assumption that logarithmic abnormal returns in each group are normally distributed, the ratio of these variances has an F-distribution with degrees of freedom (T1-1, T2-1), where T1 is the number of event days in the stock-year, and T2 is the number of non-event days in that stock-year. The null hypothesis is that the abnormal return variance among event days is less than or equal to the variance among non-event days. The alternative hypothesis is that the abnormal return variance among event days is larger than the abnormal return variance among non-event days. The null calls for a one-tailed test, and we adopt a conventional 5% critical value. A $p$ value less than 5% compels a conclusion of reactivity.

While the F-test of variance requires each of the two compared samples (event returns and non-event returns) to be normally distributed,[22] and abundant evidence in the finance literature indicates stock returns are not normally distributed,[23] the test is nonetheless used as a first-pass to assess differences in variance between groups of stock returns. We offer the F-test as a convenient comparison of sample dispersions, subject to the caveat that its reliability depends on distribution normality, which stock returns often violate. We address

---

[20] The term "small samples" refers to a small number of observations in sub-categories (our A, B, C, D groups defined above), not necessarily to the total sample.

[21] For example: *In Re JPMorgan Chase & Co. Securities Litigation*, *In Re Prudential Financial, Inc. Securities Litigation*, and *In Re Questcor Pharmaceuticals, Inc. Securities Litigation.*

[22] Box (1953, p. 318) indicates that F-tests for mean-differences are robust to non-normality, but F-tests for variance-differences are not.

[23] E.g., the well-known textbook by Campbell et al. (1997, p. 16) indicates: "But as attractive as the lognormal model is, it is not consistent with all the properties of historical stock returns." They further provide empirical evidence (Table 1.1, p. 21) that indexes and individual stocks have significant excess kurtosis and skewness.



the effects of potential non-normality on the F-test results by conducting the Ansari–Bradley dispersion test for confirmation.

Unlike the F-test, the non-parametric Ansari–Bradley test does not require the two samples of stock returns to be normally distributed. The test is robust to the presence of sample outliers and leptokurtosis. To detect differences in dispersion, Ansari–Bradley requires only that the two samples, X=event returns and Y=non-event returns, have the same continuous distributions, with equal medians, but potentially different dispersion.[24]

Following Ansari and Bradley (1960, p. 1174): "The two samples are ordered in a single joint array and ranks are assigned from each end of the joint array towards the middle. The statistic used is W, the sum of ranks for the X-sample." Thus, smaller ranks for event returns would be associated to larger realizations in either direction, thus to larger dispersion relative to non-event returns.

Because our definition of reactivity encompasses changes in the distribution of stock returns (e.g., median and dispersion, with no prejudice against other moments of the distribution), we do not adjust the Ansari–Bradley test for medians, i.e. our Ansari–Bradley test is a test for differences in medians, dispersion, or both. Ansari and Bradley (1960, p. 1188) state that when the number of members in one group is small relative to the number of members in the other, and no median adjustment is made in the samples, then rejection of the null hypothesis may be due to differences in the location or dispersion of the distribution. In our study, either way, rejection of the null would indicate a difference between the distribution of event and non-event abnormal returns, which therefore indicates that the stock reacts to information.

### 3.4.3 Examining the relationship between factor values and reactivity

After labeling each stock-year observation as reactive or nonreactive, we compute the percentage of stocks that are reactive in each factor quintile. We test whether there are meaningful and significant differences between the percentages of reactive stocks in each factor quintile to determine whether reactivity correlates with factor value.

## 4 Results and analysis of univariate tests of *Cammer/Krogman* factor efficacy

### 4.1 Design of univariate Cammer/Krogman factor quintile tests

Each stock-year is identified as reactive or nonreactive based on earnings announcement event abnormal returns evaluated alternatively by the Fisher Exact test, an F-test, and the Ansari–Bradley test. As reported above, our data comprises 1483 stocks in 2012; 1480 in 2013; 1559 in 2014; 1650 in 2015; 1326 in 2016, and 1565 in 2017. Some firms appear in all 6 years while some firms in a subset of the years. We stacked the observations from all years to construct a collection of 9063 stock-year observations. We sort all 9063 observations into ranked quintiles for each factor and count how many stock-year observations

---

[24] Technically, Ansari and Bradley (1960) require that the difference in population medians be known (not necessarily the two medians) as, in that case, either one of the series could be appropriately adjusted by the difference in medians so that both series satisfy the equal median requisite.



Stock price reactivity to earnings announcements: the role…

**Table 2** Proportion reactive stocks per Fisher test during 2012–17

| 'Quintile' | 'Q1' | 'Q2' | 'Q3' | 'Q4' | 'Q5' | 'All' |
|---|---|---|---|---|---|---|
| *A. Size* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.3648 | 0.5367 | 0.6794 | 0.6922 | 0.7551 | 0.6056 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | | | | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | | | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.4043 | 1 | 0.0000 | |
| *B. Volume* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.3609 | 0.6122 | 0.7092 | 0.7033 | 0.6426 | 0.6056 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | | | | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | | | 0.0589 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.6963 | 1 | 0.0001 | |
| *C. Number of analysts* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.3962 | 0.5405 | 0.6280 | 0.7088 | 0.7546 | 0.6056 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | | | | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | | | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0000 | 1 | 0.0019 | |
| *D. Market Makers* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.5966 | 0.4060 | 0.5977 | 0.6856 | 0.7424 | 0.6056 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0000 | 0.9460 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | 0.0000 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.9460 | 0.0000 | 1 | 0.0000 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0000 | 1 | 0.0002 | |
| *E. Market makers above zero* | | | | | | |
| Number Obs | 1645 | 1645 | 1645 | 1645 | 1646 | 8226 |
| Prop Reactive | 0.4711 | 0.4602 | 0.6389 | 0.6960 | 0.7400 | 0.6013 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.5294 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.5294 | 1 | 0.0000 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | 0.0005 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0005 | 1 | 0.0051 | |
| *F. Bid ask* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.7655 | 0.7325 | 0.6821 | 0.5163 | 0.3320 | 0.6056 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0221 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0221 | 1 | 0.0009 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0009 | 1 | 0.0000 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0000 | 1 | 0.0000 | |

within each factor quintile are reactive. We then test to determine if there are significant differences in the percentages of reactive stocks between factor quintiles.

### 4.1.1 Cammer/Krogman factor quintiles with reactivity assessed using the Fisher exact test

When reactivity is assessed using the Fisher Exact test, 61% of all 9063 stock-year observations appear to be reactive, with the remaining 39% nonreactive. As shown in Table 2, however, for all five *Cammer/Krogman* factors examined, the percentage of reactive stocks in the quintile comprising the largest factor values is significantly different from the percentage of reactive stocks in the quintile comprising the smallest factor values. Moreover, the relationships between factor value and reactivity is in the predicted direction. The percentage of reactive stocks is significantly greater among stocks with greater size, volume, analyst coverage, number of market makers, and among stocks with smaller bid-ask spreads.

We observe in Table 2 that in the quintile of largest market capitalization, 75.5% of the stocks were reactive, while in the quintile of smallest stocks only 36.5% were reactive. The quintile with the greatest daily volume (turnover) had a reactivity percentage of 64.3%, while the lowest turnover quintile had a reactivity percentage of 36.1%. The quintile with the most analysts had a reactivity percentage of 75.5%, while the quintile with the least analyst coverage had a reactivity percentage of 39.6%. The quintile with the greatest number of market makers had a reactivity percentage of 74.2%, while the quintile with the lowest number of market makers had a reactivity percentage of 59.7%. The quintile with the narrowest bid-ask spreads had a reactivity rate of 76.6%, while the quintile with the widest bid-ask spreads had a reactivity rate of 33.2%. All reactivity rate differences discussed above were highly statistically significant.

For three of the five factors—size, analyst coverage, and bid-ask spread—reactivity progresses monotonically, in the anticipated direction, as one moves from one quintile to the next. Moreover, all pairwise quintile differences in reactivity percentages were highly statistically significant for analyst coverage and bid-ask spread. For size, all pairwise quintile differences were significant except for the difference between quintiles 3 and 4.

The other two factors, volume and market makers showed some pattern instability. The pattern among volume quintiles was unstable beyond quintile 3. Moving from lowest turnover, quintile 1, to greater turnover up through quintile 3, each successive quintile had a greater reactivity percentage, as expected. However, the reactivity rate dipped between quintiles 3 and 4, and dipped again between quintiles 4 and 5. The difference between quintiles 3 and 4 is small at 0.6% and not significant, but the anomalous decline from quintile 4 to quintile 5 is large at 6.1%, and statistically significant. All other pairwise comparisons were highly statistically significant.

While the reactivity difference between highest and lowest volume quintiles is consistent with expectations, the declining reactivity after quintile 3 is intriguing. However, this univariate analysis does not take into account the effects of all other factors and interactions



among the factors.[25] Multivariate analysis, presented below, will show how each factor affects the probability of a stock being reactive, controlling for all other factors.

The pattern among market maker quintiles is generally consistent with expectations, with an exception at the transition between quintiles 1 and 2. Moving from quintile 2 to quintile 5, successive quintiles have greater reactivity percentages. However, the transition from quintile 1 to quintile 2 stands out as unusual, with significantly lower reactivity (41%) in quintile 2 than in quintile 1 (60%). A possible explanation is mismeasurement in the market maker variable. We have 837 stock-year observations for which CRSP reported zero market makers. These observations are distinct from stocks for which market maker data was unavailable from CRSP. As explained above, stocks with unreported market makers were assigned "NA" in the CRSP database and were excluded from our study. If zeros correspond to a measurement error rather than a true zero value, these "zero-market-maker" stocks, which may actually have an ample number of market makers, will erroneously appear in quintile 1, potentially inflating the reactivity rate there. To explore this potential explanation, we repeated the market maker factor analysis, excluding the stocks assigned a zero market maker value by CRSP.[26]

The last panel of Table 2 shows the results of this additional market maker factor analysis. Eliminating the zero-market-maker stock-years does make a difference. When including the zero-market-maker stocks in the study, the reactivity rates for market maker quintiles 1 and 2 were, respectively, 60% and 41%. Excluding the zero-market-maker stocks, the reactivity rates for market maker quintiles 1 and 2 are respectively 47% and 46%. While there is no significant difference in reactivity rates between revised quintiles 1 and 2, there is no counter-intuitive significant dip from quintile 1 to quintile 2 with this modification. Beyond quintile 2, reactivity grows monotonically as the number of market makers increases.

### 4.1.2 Cammer/Krogman factor quintiles with reactivity assessed using the dispersion tests

When reactivity is assessed with the dispersion tests, we find qualitatively the same results across factor quintiles as when reactivity is assessed with the Fisher Exact test. For parsimonious presentation, we discuss the general trends while presenting all results in Tables 3 and 4.

For reactivity assessed with the F-test, the results are presented in Table 3. The F-test finds 75.02% of all stock-years are reactive, a substantially higher proportion than reactivity detected by the Fisher Exact test. With reactivity designated by the F-test, all factors show significant differences in reactivity rates between the highest and lowest quintiles,

---

[25] We previously entertained a hypothesis that an interaction between size and volume, measured as turnover, interfered with effect of volume on reactivity. We measure volume not as absolute trading shares, but as daily turnover of outstanding shares. For two firms with the same measured volume, the smaller firm with fewer outstanding shares will have higher turnover so that a size effect might swamp a volume effect among the highest turnover stocks. This turned out not to be the case. At the suggestion of the referee, we conducted a double sorting to control for size quintile while evaluating reactivity across volume quintiles and found the same hump-shaped pattern in volume. We also tried an interaction effect (size and volume) in the logit regression, which proved inconsequential as well.

[26] We are grateful to the referee for suggesting the exclusion of observations with zero market makers to address the aberrant results between market maker quintiles 1 and 2 when including those anomalous observations.



**Table 3** Proportion reactive stocks per F-test of variances during 2012–17

| 'Quintile' | 'Q1' | 'Q2' | 'Q3' | 'Q4' | 'Q5' | 'All' |
|---|---|---|---|---|---|---|
| *A. Size* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.5304 | 0.7170 | 0.8240 | 0.8246 | 0.8549 | 0.7502 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | 0.0000 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | 0.9591 | 0.0111 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.9591 | 1 | 0.0128 | |
| *B. Volume* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.5552 | 0.7766 | 0.8394 | 0.8246 | 0.7551 | 0.7502 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | 0.0000 | 0.0003 | 0.1262 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | 0.2334 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0003 | 0.2334 | 1 | 0.0000 | |
| *C. Number of Analysts* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.5745 | 0.7022 | 0.7776 | 0.8378 | 0.8588 | 0.7502 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | 0.0000 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | 0.0000 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0000 | 1 | 0.0786 | |

| 'Quintile' | 'Q1' | 'Q2' | 'Q3' | 'Q4' | 'Q5' | 'All' |
|---|---|---|---|---|---|---|
| *D. Market makers* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.7395 | 0.5797 | 0.7517 | 0.8268 | 0.8533 | 0.7502 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0000 | 0.4016 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | 0.0000 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.4016 | 0.0000 | 1 | 0.0000 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0000 | 1 | 0.0297 | |
| *E. Market makers above zero* | | | | | | |
| Number Obs | 1645 | 1645 | 1645 | 1645 | 1646 | 8226 |
| Prop Reactive | 0.6109 | 0.6505 | 0.7818 | 0.8316 | 0.8548 | 0.7459 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0189 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0189 | 1 | 0.0000 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | 0.0003 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0003 | 1 | 0.0674 | |
| *F. Bid Ask* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.8664 | 0.8566 | 0.8240 | 0.7077 | 0.4964 | 0.7502 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.3905 | 0.0004 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.3905 | 1 | 0.0073 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.0004 | 0.0073 | 1 | 0.0000 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0000 | 1 | 0.0000 | |

**Table 4** Proportion reactive stocks per Ansari–Bradley test during 2012–17

| 'Quintile' | 'Q1' | 'Q2' | 'Q3' | 'Q4' | 'Q5' | 'All' |
|---|---|---|---|---|---|---|
| *A. Size* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.4608 | 0.6062 | 0.7467 | 0.7386 | 0.8009 | 0.6706 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | 0.0000 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | 0.5755 | 0.0001 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.5755 | 1 | 0.0000 | |
| *B. Volume* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.4387 | 0.6713 | 0.7483 | 0.7683 | 0.7264 | 0.6706 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | 0.0000 | 0.0000 | 0.0003 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | 0.1598 | 0.1337 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.1598 | 1 | 0.0037 | |
| *C. Number of analysts* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.4823 | 0.6084 | 0.6921 | 0.7678 | 0.8025 | 0.6706 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | 0.0000 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | 0.0000 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0000 | 1 | 0.0108 | |
| *D. Market Makers* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.6462 | 0.4881 | 0.6672 | 0.7375 | 0.8141 | 0.6706 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0000 | 0.1838 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0000 | 1 | 0.0000 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.1838 | 0.0000 | 1 | 0.0000 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0000 | 1 | 0.0000 | |
| *E. Market makers above zero* | | | | | | |
| Number Obs | 1645 | 1645 | 1645 | 1645 | 1646 | 8226 |
| Prop Reactive | 0.5258 | 0.5471 | 0.6991 | 0.7477 | 0.8190 | 0.6678 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.2212 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.2212 | 1 | 0.0000 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0000 | 1 | 0.0018 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0018 | 1 | 0.0000 | |
| *F. Bid ask* | | | | | | |
| Number Obs | 1812 | 1813 | 1812 | 1813 | 1813 | 9063 |
| Prop Reactive | 0.8013 | 0.7777 | 0.7445 | 0.6040 | 0.4258 | 0.6706 |
| *p* value of two-sample t-test for quintile proportion differences | | | | | | |
| Q1 vs. | 1 | 0.0813 | 0.0000 | 0.0000 | 0.0000 | |
| Q2 vs. | 0.0813 | 1 | 0.0190 | 0.0000 | 0.0000 | |
| Q3 vs. | 0.0000 | 0.0190 | 1 | 0.0000 | 0.0000 | |
| Q4 vs. | 0.0000 | 0.0000 | 0.0000 | 1 | 0.0000 | |



as was the case when reactivity was designated by the Fisher Exact test. Again, size, analyst coverage, and bid-ask spread show a monotonic progression in the proportion of reactive stocks in the expected direction. Differences between quintiles are for the most part significant.

As shown in Table 4, when reactivity is assessed with the Ansari–Bradley test, 67% of all stock-years are reactive, in between the results obtained when using the Fisher Exact test and the F-test. The Ansari–Bradley test produced the same pattern of reactivity rates across factor quintiles as did the F-test. All factors show significant differences in reactivity rates between the highest and lowest quintiles. Once again, size, analyst coverage, and bid-ask spread show a monotonic progression in the proportion of reactive stocks, in the expected direction. Differences between quintiles are usually significant.

In common with the Fisher Exact test results, both the F-test and Ansari–Bradley test results exhibit an anomalous decline in reactivity transitioning from market-maker quintile 1 to quintile 2. As was the case with the Fisher Exact test results, this anomalous decline disappears when the zero-market-maker stock-years are excluded. Correcting the apparent variable error, reactivity monotonically increases from market maker quintile 1 through 5, for both the F-test and Ansari–Bradley reactivity designations. This result is presented in the last panel of Tables 3 and 4.

Also, in common with the Fisher Exact test results, both the F-test and Ansari–Bradley test results exhibit a rise and then fall in reactivity rates as volume increases. The decline begins at quintile 4 for the Ansari–Bradley test specification and at quintile 3 when using the F-test. The hump shaped impact of the volume metric on reactivity is consistent across the three reactivity detection tests.[27]

### 4.1.3  Conclusions from factor quintile tests

The F-test finds more stocks reactive than the Fisher Exact test, with Ansari–Bradley in between. For size, analyst coverage, and bid-ask spread, all three tests reveal monotonically increasing reactivity rates from one quintile to the next. As size or analyst coverage rises, or as bid-ask spread narrows, the reactivity percentage always increases.

Comparing highest to lowest quintiles for volume and market makers, the pattern is consistent. Higher volume or number of market makers increases the proportion of reactive stocks. Within the interior quintiles for volume and market makers, however, the pattern is disrupted. For volume, reactivity dips after quintile 3 or 4 in all three tests, which is anomalous. Multifactor tests will explore whether factor interactions explain this anomaly. For market makers, the anomalous significant decline in reactivity rates between quintiles 1 and 2 appears to be due to an error in the market maker measure for those stocks reported by CRSP to have zero market makers. When those particular observations are excluded, the results for the market maker factor align as expected.

In sum, the quintile tests generally confirm the *Cammer/Krogman* factors as dispositive of reactivity, regardless of which test is used to assess reactivity. At the aggregate level, we find that 61% of stocks are reactive with the Fisher Exact test, 75% with the F-test, and 67% with the Ansari–Bradley test. Does this mean that the remaining stock-years, between 25% and 39% depending on the reactivity test, do not respond to information flow and

---

[27] As in the previous section, we tried a double sorting procedure to control for size quintile when looking at volume, but volume quintile reactivity rates still showed a hump-shaped pattern. This issue is revisited in the multivariate analysis section below, examining the effect of each factor controlling for all other factors.



are necessarily inefficient? No. As is well known in inferential statistics, failure to reject a null hypothesis does not imply that the null hypothesis is true. Here, failure to reject the null hypothesis that a stock did not react to earnings announcements does not prove that earnings announcements were ignored by the market or that the market was necessarily inefficient.[28]

## 4.2 Differences in factor characteristics between reactive and nonreactive stocks

The set of tests described above divided stocks into factor quintiles and then compared the quintiles to determine if there were differences in reactivity. We now examine the data from a different perspective and conduct a different univariate test. We separate the entire sample of 9063 stock-years into reactive and nonreactive groups and compare their *Cammer/Krogman* factor characteristics.

This examination confirms that the *Cammer/Krogman* factors are dispositive. In Table 5, panel A, we see that of the total 9063 stock-year observations, 5489 are reactive and 3574 nonreactive as determined by the Fisher Exact test. The reactive stocks on average are larger, have greater volume, more analysts, more market makers, and narrower bid-ask spreads.

For every factor, the median of the reactive group is significantly different from the median of the nonreactive group, per a Wilcoxon Rank Sum Test. The median size of reactive stocks is $1,007 M while the median size of the nonreactive stocks is $365.5 M. The median volume among the reactive stock is 0.73% while for nonreactive stocks the median volume is 0.52%. Median analyst coverage is 6.8 analysts for reactive stocks and 4.0 for nonreactive stocks. The median value of the number of market makers is 44.4 for reactive stocks and 38.0 for nonreactive stocks. Finally, the median bid-ask spread is 0.08% for the reactive stocks, while for nonreactive stocks the median bid-ask spread is a much wider 0.22%.

Table 5, panel B, presents the median factor value analysis, for reactivity determined by the F-test. Panel C presents the test results for reactivity determined by the Ansari–Bradley test. All results are again significant, and qualitatively the same as the results for the tests where reactivity was determined by the Fisher Exact test. The reactive stocks have statistically significantly greater size, volume, analyst coverage, and market makers, and significantly narrower bid-ask spread.[29]

While all three tests to detect reactivity—Fisher Exact, F-test, and Ansari–Bradley—produced the same qualitative results, the F-test finds a reactivity rate (75%) much higher than the Ansari–Bradley test (67%) and the Fisher Exact test (61%). However, the F-test requires normality in both the event and non-event abnormal return distributions, and return normality

---

[28] In a forensic setting, it would be appropriate to conduct further analysis on the single stock at issue when confronted with apparent nonreactivity. In particular, one would examine the details of the earnings announcements to assess whether non-significant reactions were consistent with the nature of the information disseminated. Modest stock price movements in reaction to modest news are consistent with market efficiency. In this large sample study, however, it is impractical to investigate deeply the details of the earnings announcements for the 25–39% of stock-years that failed to show reactivity via the empirical tests performed, though it is reasonably clear that not all of these stocks necessarily trade inefficiently.

[29] We did the same analysis using the factor means of reactive and non-reactive groups and obtained qualitatively the same results as when using the medians: all group differences are highly significant. We do not report those other results to save space and because we focus on the factor median as a threshold in the logit regressions, but a table is available upon request.



O. M. Villanueva, S. Feinstein

**Table 5** Differences in median factor value for reactive vs. non-reactive stocks, 2012–2017

| | Full sample | | Reactive sample | | Non-reactive sample | | Reactive–nonreactive | |
|---|---|---|---|---|---|---|---|---|
| | Median | Obs | Median | Obs | Median | Obs | Median Diff | $p$ value[a] |
| *A. Reactivity measured per Fisher exact test* | | | | | | | | |
| Size ($Million) | $720.7 | 9063 | $1007.4 | 5489 | $365.5 | 3574 | $641.9 | 3.7E$^{-154}$ |
| Daily Volume[b] | 0.0066 | 9063 | 0.0073 | 5489 | 0.0052 | 3574 | 0.0021 | 5.7E$^{-75}$ |
| Analysts | 5.5 | 9063 | 6.8 | 5489 | 4.0 | 3574 | 2.8 | 1.1E$^{-135}$ |
| MktMkr | 41.6 | 9063 | 44.4 | 5489 | 38.0 | 3574 | 6.4 | 1.2E$^{-55}$ |
| BidAsk Spread | 0.0011 | 9063 | 0.0008 | 5489 | 0.0022 | 3574 | − 0.0014 | 2.3E$^{-204}$ |
| *B. Reactivity measured per F-variance test* | | | | | | | | |
| Size ($Million) | $720.7 | 9063 | $901.1 | 6799 | $297.4 | 2264 | $603.7 | 5.0E$^{-128}$ |
| Daily volume | 0.0066 | 9063 | 0.0070 | 6799 | 0.0050 | 2264 | 0.0020 | 6.0E$^{-48}$ |
| Analysts | 5.5 | 9063 | 6.3 | 6799 | 3.8 | 2264 | 2.5 | 2.0E$^{-113}$ |
| MktMkr | 41.6 | 9063 | 43.5 | 6799 | 36.8 | 2264 | 6.7 | 1.3E$^{-49}$ |
| BidAsk Spread | 0.0011 | 9063 | 0.0009 | 6799 | 0.0027 | 2264 | − 0.0018 | 1.1E$^{-173}$ |
| *C. Reactivity measured per Ansari–Bradley test* | | | | | | | | |
| Size ($Million) | $720.7 | 9063 | $942.8 | 6078 | $350.4 | 2985 | $592.4 | 1.5E$^{-126}$ |
| Daily volume | 0.0066 | 9063 | 0.0073 | 6078 | 0.0049 | 2985 | 0.0024 | 2.1E$^{-88}$ |
| Analysts | 5.5 | 9063 | 6.5 | 6078 | 4.0 | 2985 | 2.5 | 1.4E$^{-120}$ |
| MktMkr | 41.6 | 9063 | 44.0 | 6078 | 37.4 | 2985 | 6.7 | 1.7E$^{-63}$ |
| BidAsk spread | 0.0011 | 9063 | 0.0009 | 6078 | 0.0023 | 2985 | − 0.0014 | 2.8E$^{-165}$ |

[a]The $p$ value corresponds to the Wilcoxon ranksum test for the null that the median difference is zero

[b]Daily Volume is turnover

or log-normality is often rejected in the empirical literature. Furthermore, our event group consists of only 4 observations per stock-year, which is too few to test reliably for normality. Consequently, while the F-test is a common and convenient comparison of sample variances, and serves that purpose here, it may produce unreliable population inferences when applied to stock returns. The Ansari–Bradley test, which does not require return normality, finds reactivity rates in between the Fisher Exact test and the F-test, while allowing for differences in dispersion and median, suggesting that the high reactivity rates found with the F-test may be caused by the normality assumption. Given the robustness and reliability of the Ansari–Bradley test results, and the potential defect in the F-test application, we present Ansari–Bradley test results and omit F-test results in the remainder of the paper. In previous versions of this paper, and with similar data, we found all F-test results to be qualitatively the same as those produced by the Fisher Exact and Ansari–Bradley tests.



## 5 Multivariate tests of the *Cammer/Krogman* factors as drivers of reactivity

### 5.1 Logit regression setup: threshold analysis

A logit regression can tell us how much each factor contributes to the probability of stock reactivity when the factor is above a set threshold rather than below. In a multivariate logit regression, we can assess which factors are the strongest drivers of reactivity, controlling for the effects of all other factors.

In the logit model, "Reactivity" is the dependent variable taking on a value of "1" if the stock-year observation is reactive and a value of "0" if the stock-year observation is nonreactive. The set of independent right-hand-side variables comprises an intercept term and a binary zero-one indicator variable for each of the five *Cammer/Krogman* factors. The indicator variables for size, volume, analysts, and market makers each take a value of "1" when the factor is above or equal to a set threshold, and a value of "0" if the factor is below that threshold. The indicator variable for bid-ask spread is constructed in the opposite direction, taking a value of "1" when the factor is below the set threshold, and a "0" when the factor is above that threshold. For ease of presentation, henceforth, for size, volume, analysts, and market makers, we label as "superior" the region of values for each respective factor that is above that factor's threshold; for bid-ask spread, the "superior" region is the range of values below the threshold.

Thus, the logit regression model is constructed as follows:

$$
\begin{aligned}
Reactivity = \beta_0 &+ \beta_1 SizeLarge + \beta_2 VolLarge + \beta_3 AnalystsLarge \\
&+ \beta_4 MktMkrLarge + \beta_5 BidAskLow + \varepsilon
\end{aligned}
\tag{1}
$$

With this design, a positive and significant coefficient would indicate that the respective factor variable contributes explanatory power for reactivity, above what is explained by the other, potentially correlated factors.

Initially, we set the thresholds for all *Cammer/Krogman* variables equal to their respective medians. Subsequently, we vary the thresholds, for each factor at a time, to tune the model to find the most predictive factor threshold values, i.e., the threshold for each factor that maximizes the model's explanatory power. This methodology provides insight into minimum sufficient factor levels that increase the probability of stock reactivity to earnings announcements.

From the total data sample, the unconditional probability of a stock being reactive is 61% when we determine reactivity with the Fisher Exact test, or 67% when we determine reactivity with the Ansari–Bradley test. Our estimated logit model provides the conditional probability of a stock being reactive when all indicators equal 1, i.e., when the stock satisfies all factor tests by having all factors in their superior region.[30] This probability of reactivity is given by:

$$
Prob(Reactive|All\ Ind = 1) = \frac{\exp\left(\beta_0 + \beta_1 + \beta_2 + \beta_3 + \beta_4 + \beta_5\right)}{1 + \exp\left(\beta_0 + \beta_1 + \beta_2 + \beta_3 + \beta_4 + \beta_5\right)}
\tag{2}
$$

---

[30] That is, when the stock satisfies all factor tests by having above threshold size, volume, analyst coverage, number of market makers, and below threshold bid-ask spread.

The probability of a stock being reactive conditional on all indicators equaling zero, i.e., when all factors fall outside the superior region is given by[31]:

$$Prob(Reactive|All\ Ind = 0) = \frac{exp(\beta_0)}{1 + exp(\beta_0)} \tag{3}$$

The marginal contribution of any single factor to probability of reactivity is the change in probability when four indicators equal one and the indicator of the scrutinized factor switches from zero to one. It is the difference between the probability of reactivity when all factor indicators equal 1, given by Eq. (2), and the probability of reactivity when the scrutinized factor indicator equals 0 while holding the other four indicators at 1.

For the *Cammer/Krogman* indicator variables on the model's right-hand-side, we initially set factor threshold levels at the median factor values: \$720.7 M for size, 0.66% daily turnover for volume, 5.5 analysts, 41.6 market makers and 0.11% bid-ask spread. These medians, along with alternative threshold values, are presented in Table 6.

## 5.2  Results from logit regressions using median thresholds

Table 7 shows the multivariate logit regressions using factor medians as the factor thresholds for the factor indicator variables. Section A shows results when reactivity is determined by the Fisher Exact test. From the first three columns, we conclude that all coefficients have the correct sign consistent with expectations, and all but the size coefficient are significant. In the lower panel, the adjusted generalized R-squared is 12.09%.[32] We observe that while 61% of all stock-years are reactive, for stocks with all factors in their superior region relative to their medians, the proportion rises to 79%. Among stock-years that have all factors outside the superior region relative to their medians, 41% are reactive. We conclude that *Cammer/Krogman* factors as a group are dispositive of reactivity.

The last column of section A shows the marginal contribution of each factor to the probability of reactivity. The largest marginal probability contribution corresponds to the bid-ask spread at 16.26%, which is highly statistically significant. The marginal contribution to reactivity probability of the size factor, by contrast, is 1.54%, which is not statistically significant. The marginal contribution of analyst coverage, volume and market makers lie between 4.1% and 6.3%, which are all statistically significant but substantially lower than the bid-ask spread contribution.

Section B shows results when reactivity is identified by the Ansari–Bradley test. Regression results are qualitatively similar to section A, so we focus our discussion on the reactivity probabilities and marginal probabilities. A stock has a reactivity probability of 84% when all indicators equal 1, but only 48% when all indicators equal 0. Comparing these

---

[31] Notice that the reactivity probability for a stock-year defined in Eq. (2) is just the exponential of the predicted part of the logit regression divided by one plus the exponential of the predicted part of the logit regression. The explanatory variables (factor indicators) are by construction equal to either zero or one. Thus, we can construct the reactivity probability for any combination of the five Cammer/Krogman factors as contributing factors (X=1) and non-contributing factors (X=0).

[32] We use the adjusted generalized R-squared of Nagelkerke (1991), which is a modification of the Cox and Snell R-squared. In a previous version, to measure goodness of fit we used the correlation between the binary dependent and the fitted value, which is the square root of the MacFadden pseudo R-squared. The Cox-Snell R-squared formula is a direct generalization of the OLS R-squared. Nagelkerke's correction guarantees a range between 0 and 1.

**Table 6** Threshold values for each factor used in the logit regression

|  | Size \$Mill | Vol (daily) | Analysts | MktMkr | BidAsk |
|---|---|---|---|---|---|
| *A. Median factor values* | | | | | |
|  | 720.73 | 0.0066 | 5.5 | 41.6 | 0.0011 |
| *B. Grid of factor thresholds* | | | | | |
| From | 95.14 | 0.0022 | 2 | 1 | 0.0003 |
| To | 7023.45 | 0.0177 | 18 | 55 | 0.0089 |

We sort each factor observations from smallest (1) to largest (9063): Size, volume and bid-ask spread are continuous so they don't have observation ties (if we look at enough decimals). The grid of thresholds for Size, Vol and Bid-Ask spans values from sorted observation 907 (10th percentile) to sorted observation 8157 (90th percentile), which factor values are reported above

For Number of Analysts and Market Makers, the range of values is narrow so that we use a discrete grid of thresholds. For Number of Analysts, the grid spans from 2 to 18. For Market Makers, the grid spans from 1 to 55

**Table 7** Logit regression: reactivity indicator vs. factor median threshold indicator

|  | A. Reactivity per Fisher exact test | | | | B. Reactivity per Ansari–Bradley test | | | |
|---|---|---|---|---|---|---|---|---|
|  | Coeff | SE | Tstat | Marg. Prob. | Coeff | SE | Tstat | Marg. Prob. |
| Intcpt | $-0.3816$ | 0.0372 | $-10.25$ |  | $-0.0807$ | 0.0371 | $-2.17$ |  |
| SizeLarge | 0.0903 | 0.0691 | 1.31 | 0.0154 | 0.1087 | 0.0719 | 1.51 | 0.0154 |
| VolLarge | 0.2327 | 0.0495 | 4.70 | 0.0413 | 0.3325 | 0.0513 | 6.48 | 0.0507 |
| AnalystsLarge | 0.2308 | 0.0576 | 4.00 | 0.0409 | 0.2258 | 0.0600 | 3.76 | 0.0333 |
| MktMkrLarge | 0.3475 | 0.0501 | 6.93 | 0.0635 | 0.4097 | 0.0521 | 7.86 | 0.0640 |
| BidAskLow | 0.8031 | 0.0678 | 11.84 | 0.1626 | 0.6347 | 0.0709 | 8.95 | 0.1060 |
| Adj Gen $R^2$ | 0.1209 | | | | 0.1085 | | | |
| Reactivity rate for: | | | | | | | | |
| Full Sample | 0.6056 | | | | 0.6706 | | | |
| All Factor Indicators $=1$ | 0.7897 | | | | 0.8363 | | | |
| All Factor Indicators $=0$ | 0.4057 | | | | 0.4798 | | | |

numbers with the overall unconditional sample reactivity probability of 67%, we conclude that the *Cammer/Krogman* factors are dispositive of reactivity. Furthermore, the largest contributing factor to the probability of reactivity (holding all other factor values above the median) is again bid-ask spread with 10.6% while the smallest contributor is again size with 1.54%, which is not statistically significant. In a middle range, we have the marginal contributions of volume, number of analysts, and market makers at 5.1%, 3.3% and 6.4%, respectively.

The multivariate median threshold tests indicate that the set of *Cammer/Krogman* factors is collectively dispositive of reactivity, with bid-ask spread providing the most explanatory power, and size being statistically non-significant. The higher marginal contribution from analyst coverage relative to size is consistent with the finding in Busse and Green (2002) that analyst coverage can compensate for small size in fostering reactivity. As long

 Springer

O. M. Villanueva, S. Feinstein

as a firm has broad analyst coverage, its size makes less of a difference with respect to reactivity.

However, care must be taken in interpreting these results, especially the non-significance of size across regressions. We posit that it may be the case that once a company reaches a certain minimally necessary size level, further increases in this metric do not make it more reactive to information flows. If this is the case, the arbitrary choice of median level for the indicator threshold could be misplaced and responsible for the lack of statistical significance of the size factor in the median threshold tests. We test this hypothesis in the next section, where we investigate optimized factor thresholds—the level that maximize the explanatory power of the model and its component factors.[33]

## 5.3 Optimized thresholds

We re-run the logit regressions described in the previous section, but this time we set the factor indicator thresholds for four of the factors at their respective median values, and vary the threshold for the one remaining factor to locate the threshold level at which the regression achieves the most significant coefficient for that particular factor. Given that the prior tests establish that the *Cammer/Krogman* factors taken together are informative, and that most are individually significant, the idea behind this experiment is to design *Cammer/Krogman* factor tests that are maximally dispositive.

We begin by setting the indicator variable threshold for the one subject factor at a low level and run the logit regression. We then slide the subject factor's indicator threshold up to a higher value and rerun the logit regression. We continue until we span the range of possible values. We name this process the "slide" tests, as varying each threshold along its range from lowest to highest, in search of the threshold that provides maximum significance (largest t-statistic) of the subject factor, is akin to sliding a switch for a control variable in search of the optimal setting.

For size, volume and bid-ask spread, which are essentially continuous variables, we sort the 9063 stock-year observations from smallest to largest, and test in the range between the 10th and 90th percentiles, i.e., between observations 907 and 8157. For each successive iteration, we slide the threshold up by one observation.

For the analyst coverage and market maker factors, we consider all possible integer values between the minimum possible value and the 90th percentile value. For number of analysts, our range is between two and 18. For market makers, the range is between one and 55. These ranges for analysts and market makers represent discrete values between approximately the 10th and 90th percentiles.[34] Table 6 presents the range of values tested as thresholds for each factor.

---

[33] We also investigated inserting year fixed-effects dummies in the logit regressions. Although each year dummy was significant, its effect on the factor coefficients and on the respective factor marginal probabilities was negligible compared to the regressions without the year dummies. This examination confirms that neither reactivity in general nor the dispositive nature of the *Cammer/Krogman* factors changed much over time. We thank the referee for this recommendation. Because the logit regressions had different intercepts on different years, the factor coefficients as well as the marginal probabilities of the factors could have changed. As they did not, to focus this study on the *Cammer/Krogman* factors, we maintain our logit specification without year dummies. Nonetheless, a table of these additional results is available upon request.

[34] Factors may take non-integer values in the sample. If we have one analyst for one quarter and two analysts for the other three quarters, the stock-year annual average would be 1.75. We do not round, e.g., a stock-year with 1.75 analysts would be below a threshold of 2.



As an example, the regression model searching for the optimized size threshold, given that the other factors' indicator variables are set at their respective medians, (as Eq. 1) is as follows:

$$Reactivity = \beta_0 + \beta_1(j)Size(Threshold\, j) + \beta_2 VolLarge$$
$$+ \beta_3 BidAskLow + \beta_4 AnalystsLarge + \beta_5 MktMkrLarge + \varepsilon; \quad (4)$$
$$Threshold\, j = each\, sorted\, size\, value, from\, j = 907\, to\, 8{,}157$$

For each factor at a time, from the set of all possible logit regressions estimated over the range of threshold values, we identify which threshold produces the highest t-statistic for the subject factor coefficient. We call this factor threshold that makes the factor in question most significant, the optimized threshold. A positive and significant factor coefficient is necessary for that factor to have a significant marginal probability contribution.[35]

For each factor, we graph significance level against threshold level to assist the analysis with visual representations. These graphs are presented in Fig. 1, panels A to E. Of particular interest is the region of threshold levels where the factor is significant. This presentation allows us to evaluate what ranges of the factors significantly increase the probability of stock reactivity, controlling for the other respective factors, and evaluate in which ranges each factor may be inconsequential.

### 5.4  Slide test results

Table 8 shows the range of factor threshold values that produce significant probability of stock reactivity. Figure 1 plots the t-statistics of the slide test coefficients obtained from the logit regression. These plots illustrate that the relationship between factor threshold and factor significance is smooth. For every factor, there are well defined ranges of significance associated with alternative threshold levels. When a logit regression factor threshold is set outside the range of significance, the factor will appear nonsignificant as a determinant of reactivity. For every factor, however, there is a wide range of values in which the factor is a significant driver of reactivity. Table 8 presents for each factor, the first and last threshold values for which the factor indicator is significant in the logit regression, and further identifies the threshold level at which factor significance is maximized.

Panel A shows the results when we identify reactivity with the Fisher Exact test. For size, the range of significance is from \$95.14 M to \$633.40 M, with maximum significance at \$224.11 M. Recall that the median firm size is \$720.73 M, so the slide test explains why size appears non-significant in the median test. The median was well-above the range of significance. Setting the size cutoff lower produces a size indicator variable that significantly explains reactivity. Apparently, among large stocks, variation in size does not matter, as for those stocks size is not a significant explanatory factor in concert with all other factors. But, among smaller stocks, greater size matters.[36]

---

[35] If the factor coefficient (β) is positive but not significant, its 95% confidence interval (β-low, β-high) includes 0. Correspondingly, the factor marginal probability, that uses its β, will be positive, but a 95% confidence interval of that marginal probability, using (β-low, β-high), will have negative values and include 0 as well, meaning that its marginal reactivity probability is not significant. We can associate regions of a factor value having a positive and significant logit regression coefficient with a positive and significant marginal probability contribution.

[36] We note that in Fig. 1, panel A (Size), there is a small group of scattered observations with large market capitalization (251 non-contiguous points) that are marginally significant. We dismissed these few observations as they are entirely consistent with chance: In a study with 9000+ data points, using a 5% significance

**A** T-statistic Size-Coefficient Slide Test
Logit Regression (Fisher Exact Test Reactivity)

*Size factor grid in order: 907 to 8157 (out of 9063 observations)*

**B** T-statistic Volume-Coefficient Slide Test
Logit Regression (Fisher Exact Test Reactivity)

*Volume factor grid in order: 907 to 8157 (out of 9063 observations)*

**C** T-statistic Bid-Ask-Coefficient Slide Test
Logit Regression (Fisher Exact Test Reactivity)

*Bid-Ask factor grid in order: 907 to 8157 (out of 9063 observations)*

**D** T-statistic Number Analysts Coefficient Slide Test
Logit Regression (Fisher Exact Test Reactivity)

*Number Analysts factor grid (discrete values): 2 to 18*

**E** Market Maker T-statistic Coefficient Slide Test
Logit Regression (Fisher Exact Test Reactivity)

*Market Maker factor grid (discrete values): 1 to 55*

**Fig. 1  a–e** Sequential T-statistics for factor coefficient in slide-test logit regression

For volume, the range of significance is between 0.22% and 0.76% daily turnover, with maximum significance at 0.23%. Daily turnover of 0.23% is approximately 1.15% weekly turnover. The conventional wisdom in courts is that a 1% weekly turnover compels a presumption of efficiency, while 2% weekly turnover allows a strong presumption.[37] Our results are consistent with that wisdom. We find that the optimized volume threshold, the one producing the most significant indicator variable, is 0.30%, corresponding to 1.5% turnover per week. Furthermore, the significance range includes the median volume of 0.66%, so a median test is reasonable.

For the bid-ask spread, the range of significance is between 0.03% and 0.89%, with maximum significance at 0.21%. The median bid-ask spread of 0.11% is inside that range. While a higher threshold level produces a more significant indicator variable, a median bid-ask spread test is reasonable and dispositive.

---

Footnote 36 (continued)

test, we may find about 450 significant observations scattered throughout the sample just by chance. We focus on the large region of 4200+ contiguous observations of significant points (almost half of the sample) for our discussion in the text.

[37] The *Cammer* court cites Bromberg and Lowenfels (1988).



Stock price reactivity to earnings announcements: the role…

**Table 8** Range of values increasing reactivity identified per test

| | First significant threshold | T-statistic | Last significant threshold | T-statistic | Maximum significant threshold | T-statistic |
|---|---|---|---|---|---|---|
| *A. Fisher exact test* | | | | | | |
| Size ($Million) | $95.14 | 6.64 | $633.40 | 1.96 | $224.11 | 9.65 |
| Daily Volume | 0.0022 | 11.36 | 0.0076 | 1.98 | 0.0023 | 11.78 |
| BidAsk Spread | 0.0003 | 4.05 | 0.0089 | 10.14 | 0.0021 | 17.25 |
| Analysts | 2 | 7.12 | 11 | 2.40 | 3 | 7.31 |
| MktMkr | 24 | 2.55 | 50 | 2.54 | 39 | 8.15 |
| *B. Ansari–Bradley test* | | | | | | |
| Size ($Million) | $95.14 | 6.25 | $695.57 | 1.97 | $260.35 | 8.53 |
| Daily Volume | 0.0022 | 11.23 | 0.0099 | 1.97 | 0.0029 | 12.52 |
| BidAsk Spread | 0.0003 | 3.38 | 0.0089 | 9.71 | 0.0023 | 14.82 |
| Analysts | 2 | 5.97 | 11 | 2.54 | 3 | 6.02 |
| MktMkr | 20 | 2.09 | 55 | 3.55 | 40 | 8.87 |

For analyst coverage, the range of significance is between two and 11 analysts, with maximum significance at three analysts. Median analyst coverage is 5.5 analysts. Barber et al. (1994) concluded that one or two analysts were enough to indicate efficiency. Our results are consistent in that a threshold of two analysts produces a significant indicator variable, but our results also indicate that a threshold of three analysts produces a better indicator test.

Finally, for market makers, the range of significance is between 24 and 50, with maximum significance at 39, while the median is 41.6 analysts. The conventional wisdom in courts, based on Bromberg and Lowenfels (1988), is that five market makers would allow a modest presumption of reactivity and that ten market makers compel a substantial presumption. Our results reject this conventional wisdom as thresholds in the range of five to ten analysts produce a non-significant indicator in our slide test. Over time the number of market makers has increased substantially for most stocks, so it is not surprising that a threshold level deemed dispositive more than thirty years ago may no longer be so. The dispositive threshold level of market makers is now higher.

For every factor, the threshold that maximizes coefficient significance also maximizes regression fit as given by the adjusted generalized R-squared. Panel B shows similar results when we identify stock reactivity with the Ansari–Bradley test.

## 5.5 Logit regression using optimized thresholds

Finally, we estimate the multivariate logit regression using the optimized thresholds identified in the Slide tests. Table 9 presents these results. While factor significance was maximized by varying factor thresholds individually, when assembled into a single regression model using all optimized thresholds, the size factor becomes significant with both tests, but analyst coverage loses its significance when using the Ansari–Bradley test. Therefore, every factor contributes explanatory power predicting whether a stock will be reactive or nonreactive, with analyst coverage showing weaker results than the other factors.

 Springer

**Table 9** Logit regression: reactivity indicator versus best factor threshold indicator

| | A. Reactivity per Fisher exact test | | | | B. Reactivity per Ansari–Bradley test | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Coeff | SE | Tstat | Marg. Prob. | Coeff | SE | Tstat | Marg. Prob. |
| Intcpt | − 1.3228 | 0.0804 | − 16.45 | | − 0.7572 | 0.0606 | − 12.49 | |
| SizeLarge | 0.2224 | 0.0771 | 2.88 | 0.0455 | 0.2117 | 0.0775 | 2.73 | 0.0372 |
| VolLarge | 0.8012 | 0.0855 | 9.38 | 0.1804 | 0.7379 | 0.0683 | 10.81 | 0.1470 |
| BidAskLow | 0.9083 | 0.0695 | 13.06 | 0.2070 | 0.7383 | 0.0756 | 9.77 | 0.1471 |
| AnalystsLarge | 0.2137 | 0.0644 | 3.32 | 0.0436 | 0.1197 | 0.0653 | 1.83 | 0.0205 |
| MktMkrLarge | 0.1989 | 0.0509 | 3.91 | 0.0405 | 0.2790 | 0.0532 | 5.24 | 0.0499 |
| Adj Gen $R^2$ | 0.1542 | | | | 0.1401 | | | |
| *Reactivity rate for:* | | | | | | | | |
| Full sample | 0.6056 | | | | 0.6706 | | | |
| All factor indicators =1 | 0.7353 | | | | 0.7907 | | | |
| All factor indicators =0 | 0.2104 | | | | 0.3193 | | | |

Furthermore, the adjusted generalized R-squared is higher for each regression relative to its counterpart in Table 7 (median thresholds).

For reactivity designated by the Fisher Exact test, the largest and most significant coefficient once again is on bid-ask spread. Bid-ask spread has the largest marginal probability of reactivity, at 20.7%.[38] The second largest marginal probability is 18.0%, for volume. The other marginal probabilities are 4.6% for size, 4.4% for analyst coverage, and 4.0% for market makers. Each factor is significant and therefore dispositive of reactivity. The results are similar when reactivity is designated by the Ansari–Bradley test—very large marginal probabilities for bid-ask spread and volume (both at 14.7%), with size and market makers having substantially lower but still significant marginal probabilities, and with analyst coverage being non-significant.[39]

Among the group of stocks whose factor values all lie on the superior sides of the thresholds, the percentage that are reactive is 73.5% for the Fisher Exact test and 79.1% for the Ansari–Bradley test. These percentages are dramatically and significantly greater than the corresponding reactivity rates for the group of stocks whose factor values all lie on the inferior sides of the thresholds: 21.0% for the Fisher Exact test, and 31.9% for Ansari–Bradley test. The *Cammer/Krogman* factors are highly dispositive of reactivity, and proper calibration makes them even more so, with weaker evidence for analyst coverage.

---

[38] A stock that has its other four factors in the respective superior regions (as defined by the optimized thresholds) has a 21% larger probability of reactivity if its bid-ask spread lies above the optimized bid-ask spread threshold rather than below. Similar interpretations apply to the marginal probabilities of the other factors. Marginal probability is the probability improvement due to the subject factor satisfying rather than failing its respective threshold test, assuming the stock satisfies the other four factor threshold tests.

[39] We investigated inserting year dummies in the logit regressions to see whether the relative importance or significance of the factors was robust to this alternative modeling. Although each year's dummy was significant (as was the case in the median threshold regressions), changes in the factor coefficients and respective marginal probabilities were negligible. To focus this study on the *Cammer/Krogman* factors, we present the results only for the modeling without year dummies. Nonetheless, these alternative results are available upon request.

The spreads in reactivity proportions between stocks that satisfy and stocks that do not satisfy the factor threshold tests are far greater when optimized thresholds are used as opposed to when thresholds are set to medians.[40] The adjusted generalized R-squared is similarly greater for the optimized model than for the model built using medians as thresholds. The greater explanatory power of the multivariate regression model using the optimized thresholds indicates that while tests based on medians are informative, the relationships between factors and reactivity are apparently such that thresholds other than medians produce better differentiating tests.

The multivariate regression model in Barber et al. (1994) used parametric values for all explanatory factors, while our model uses binary variables indicating whether a factor is above or below a set threshold level. In their multivariate analysis, size, market makers, and bid-ask spread were not significant. Our model, by contrast, finds these factors significant. A comparison of these results suggests that for at least size and market makers, what matters is that a stock has a sufficient level, which facilitates reactivity, and that variation in the factor magnitude beyond or below the sufficient level provides less benefit.

## 6 Conclusions

We study the relationship between the *Cammer/Krogman* factors and stock price reactivity to earnings announcements as detected by the collective event study tests used in class action securities litigation. We find that the *Cammer/Krogman* factors are indeed significant drivers of stock price reactivity. Stocks whose factor values lie above median size, volume, analyst coverage, and number of market makers, and whose bid-ask spread is below median, are far more likely to exhibit reactivity to earnings announcements than stocks without those factor characteristics. Calibration of the thresholds to optimize statistical significance of each factor produces even more dispositive factor tests, with weaker evidence for analyst coverage using the Ansari–Bradley test.

Empirical proof of reactivity demonstrates the cause and effect relationship between information and stock price movements that Courts consider as evidence of market efficiency. Our findings that the *Cammer/Krogman* factors are generally dispositive of reactivity supports the widespread use by courts of the *Cammer/Krogman* factors as indicia of market efficiency.

**Acknowledgements** We thank and acknowledge the helpful comments provided by Ben Bennett and Zhipeng Yan at the 2018 Eastern Finance Association Meetings, seminar participants at Babson College and Northeastern University, and Dan Bettencourt. Research assistance provided by Ryan Anger, Alex Huang, Dylan McCabe, Tyler Quade, Dominick Tocci, and Angela Wang is gratefully acknowledged. Any errors remain our own.

---

[40] Note that it is the *spread* in reactivity rates between stocks that satisfy the factor tests versus stocks that do not satisfy the factor tests that measures the power of the test to reliably differentiate reactive from nonreactive stocks. The reactivity rate can be raised arbitrarily high by raising the factor thresholds indiscriminately. But, setting the bars arbitrarily high does not produce a test that best *differentiates* reactive from nonreactive stocks.



# References

Ansari AR, Bradley RA (1960) Rank-sum tests for dispersions. Ann Math Stat 31:1174–1189

Ball R, Brown SJ (1968) An empirical evaluation of accounting income numbers. J Account Res 6:159–178

Ball R, Kothari SP (1991) Security returns around earnings announcements. Account Rev 66:718–738

Barber BM, Griffin PA, Lev B (1994) The fraud-on-the-market theory and the indicators of common stocks' efficiency. J Corp L 19:285–312

*Basic v. Levinson*, 485 U.S. 224,108 S. Ct. 978 (1988)

Beaver WH (1968) The information content of annual earnings announcements. J Account Res 6:67–92

Beaver WH (1998) Financial reporting: an accounting revolution, 3rd edn. Prentice Hall, Upper Saddle River

Binder JJ (1998) The event study methodology since 1969. Rev Quant Financ Account 11:111–137

Boehmer E, Masumeci J, Poulsen AB (1991) Event-study methodology under conditions of event-induced variance. J Financ Econ 30:253–272

Bohle B, Surana S, Torchio F (2020) Benchmarking market efficiency indicators for securities litigation. Univ IL L Rev Online 2020:96–116

Box GEP (1953) Non-normality and tests on variances. Biometrika 40:318–335

Brav A, Heaton JB (2015) Event studies in securities litigation: low power, confounding effects, and bias. Wash Univ L Rev 93:583–614

Bromberg AR, Lowenfels LD (1988) Securities fraud and commodities fraud, section 8.6. Shepard's/McGraw-Hill, Colorado Springs, CO

Brown SJ, Warner JB (1985) Using daily stock returns: the case of event studies. J Financ Econ 14:3–31

Busse JA, Green TC (2002) Market efficiency in real time. J Financ Econ 65:415–437

*Cammer v. Bloom*, 711 F. Supp. (D.N.J. 1989)

Campbell JY, Lo AW, MacKinlay AC (1997) The econometrics of financial markets. Princeton University Press, Princeton

Chordia T, Roll R, Subrahmanyam A (2008) Liquidity and market efficiency. J Financ Econ 87:249–268

Chung DY, Hrazdil K (2010) Liquidity and market efficiency: analysis of NASDAQ firms. Glob Financ J 21:262–274

Cornell B, Haut J (2019) How efficient is sufficient: applying the concept of market efficiency in litigation. Bus Lawyer 74:417–434

Corrado CJ (1989) A nonparametric test for abnormal security-price performance in event studies. J Financ Econ 23:385–395

Fama EF (1991) Efficient capital markets: II. J Financ 4:1575–1617

Ferrillo PA, Dunbar FC, Tabak D (2004) The less than efficient capital markets hypothesis: requiring more proof from plaintiff's in fraud-on-the-market cases. St John's L Rev 78:81–129

Fisch JE, Gelbach JB (2020) Power and statistical significance in securities fraud litigation. Harvard Bus L Rev, Forthcoming

Gold KL, Korman E, Nabi A (2017) Federal securities acts and areas of expert analysis. In: Weil RL, Lentz DG, Evans EA (eds) Chapter 27: Litigation services handbook—the role of the financial expert, 6th edn. Wiley, Hoboken

Hartzmark ML, Seyhun HN (2012) The curious incident of the dog that didn't bark and establishing effect-and-cause-in class action securities litigation. VA L Bus Rev 6:415–466

Halliburton II: Halliburton Co. v. Erica P. John Fund, Inc., 134 S. Ct. 2398 (2014)

Kennedy P (2008) A guide to econometrics, 6th edn. Blackwell, Malden

*Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001)

McDonald JH (2014) Handbook of biological statistics, 3rd edn. Sparky House Publishing, Baltimore

Nagelkerke N (1991) A note on a general definition of the coefficient of determination. Biometrika 78:691–692

Patell JM, Wolfson MA (1984) The intraday speed of adjustment of stock prices to earnings and dividend announcements. J Financ Econ 13:223–252

Sharpe WF (1981) Investments, 2nd edn. Prentice-Hall, Englewood Cliffs

Tabak D (2019) Testing securities market efficiency with Cammer factors. Law360 https://www.law360.com/articles/1125546/testing-securities-market-efficiency-with-cammer-factors

Tobin J (1984) On the efficiency of the financial system. Lloyds Bank Annu Rev 1984:1–15

Wichert B (2016) Judge signs off on $1B deal to end Vioxx marketing row. Law360. https://www.law360.com/articles/777284/judge-signs-off-on-1b-deal-to-end-vioxx-marketing-row

**Publisher's Note**  Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

