February 4, 2026

VIA ECF
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:    Joint Letter Motion to Extend Time to Complete Discovery
       *In Re The Estée Lauder Co., Inc. Securities Litig.*, Case No. 1:23-cv-10669-AS

Dear Judge Subramanian:

Lead Plaintiffs Macomb County Employees' Retirement System, Macomb County Retiree Health
Care Fund and Wayne County Employees' Retirement System (collectively, "Lead Plaintiffs") and
Defendants The Estée Lauder Companies Inc. ("ELC"), Fabrizio Freda, and Tracey T. Travis
(collectively, "Defendants") respectfully submit this joint letter motion to request an extension of
deadlines in the Civil Case Management Plan and Scheduling Order, originally entered on April
17, 2025 (the "Scheduling Order," ECF No. 63).

As set forth herein, the Parties respectfully request an extension of the Scheduling Order to
accommodate approximately six additional weeks of fact discovery and an additional two months
of expert discovery, which also impact the schedule for Class Certification. However, the proposed
modifications only extend the overall case schedule by a modest twenty days. The Parties'
proposed schedule is set forth in **Exhibit A** hereto, which includes the current deadlines alongside
the Parties' proposed deadlines.

The Court's August 22, 2025 Order provides for Defendants to substantially complete document
production by February 24, 2026 and for the Parties to complete all fact discovery by May 19,
2026. Since then, Defendants have produced approximately 87,000 documents pursuant to the
Parties' agreed-upon search parameters. However, given the agreed-upon scope of discovery in
this case, discovery is still ongoing and Defendants intend to produce additional documents prior
to their substantial completion deadline. The Parties have also been engaged in ongoing
negotiations regarding the potential inclusion of additional custodians and other follow-up items
that require additional time to complete.

Relatedly, the Parties require additional time to conduct expert discovery and depositions related
to Lead Plaintiffs' motion for class certification. On January 23, 2025, Defendants filed their
opposition to Lead Plaintiffs' class certification motion (ECF No. 104), which was supported by
reports from four experts. Lead Plaintiffs have sought to depose each of those experts in the
coming months before their class certification reply deadline, which is currently set for March 20,
2025. Additionally, on January 24, 2026, Defendants filed a Motion to Exclude pursuant to Rule
702 of the Federal Rules of Evidence and the *Daubert v. Merrell Dow Pharmaceuticals, Inc.*,
509 U.S. 579 (1993), line of cases (ECF Nos. 106-108). The Parties seek to align Lead Plaintiffs'
response to Defendants' Motion to Exclude with the Class Certification reply, which is presently

1

due on February 9, 2026, pursuant to Rule 7(d), and request that both Lead Plaintiffs' reply in support of Class Certification and opposition to Defendants' Motion to Exclude be due on April 24, 2026.[1]

The Parties have met and conferred and agree that the proposed schedule modifications are warranted based on the needs of the case. Accordingly, the Parties respectfully request that the Court enter the proposed schedule as set forth in **Exhibit A** hereto.[2]

The Parties have previously sought modest modifications of the Scheduling Order twice. The Court granted both requests. Specifically, on August 22, 2025, the Court so-ordered the parties' proposed extension of certain discovery and class certification deadlines (ECF No. 93). Subsequently, on November 12, 2025, the Court entered the Parties' second proposed extension of certain limited class certification deadlines (ECF No. 98). The Parties do not have an appearance before the Court scheduled.

Respectfully submitted,

| **GIBSON, DUNN & CRUTCHER LLP** | **LABATON KELLER SUCHAROW LLP** |
|---|---|
| */s/ Barry H. Berke* | */s/ James T. Christie* |
| Barry H. Berke | James T. Christie |
| *Attorney for Defendants The Estée Lauder Companies Inc., Fabrizio Freda, and Tracey T. Travis* | *Attorney for Lead Plaintiffs Macomb County Employees' Retirement System, Macomb County Retiree Health Care Fund, and Wayne County Employees' Retirement System and the Proposed Class* |

GRANTED. The Court adopts in full the parties' proposal in Exhibit A below. Because the motion for class certification will have been pending for nearly seven months before it will be fully briefed on April 25, 2026, counsel for lead plaintiffs should re-file the document in Dkt. 82 as a new motion for class certification, by February 12, 2026. Lead plaintiffs need only file the notice of motion, and the Court will take it from there.

The Clerk of Court is directed to terminate the motions at Dkts. 82 and 109.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 6, 2026

[1] The Parties have not made a prior request for an extension concerning Defendants' Motion to Exclude.

[2] Regarding the mediation mentioned in the Parties' previous correspondence with the Court: the Parties have engaged in two mediation sessions to date and have a third mediation session scheduled for March 17, 2026.

**Exhibit A**

| Event | Current Deadline | Parties' Proposal |
|---|---|---|
| Deadline for Defendants' opposition to Lead Plaintiff's motion for class certification and Defendants to serve expert report in opposition to motion for class certification. | January 23, 2026 | N/A |
| Deadline for Plaintiffs' opposition to Defendants' Motion to Exclude Opinions in the Expert Report of Matthew D. Cain, Ph.D. and Related Testimony. | February 9, 2026 | April 24, 2026 |
| Deadline for substantial completion of Defendants' document production.  Defendants agree to make rolling productions and to produce a meaningful number of documents by December 1, 2025. | February 24, 2026 | April 7, 2026 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20. | March 9, 2026 | April 28, 2026 |
| Deadline to file motion seeking leave to amend the pleadings without leave of court. | March 9, 2026 | April 28, 2026 |
| Deadline for Lead Plaintiff to file reply in support of motion for class certification. | March 20, 2026 | April 24, 2026 |
| Deadline for completing fact discovery. | May 19, 2026 | June 30, 2026 |
| Disclosure of party-proponent Experts under Fed. R. Civ. P. 26(a)(2). | June 8, 2026 | July 13, 2026 |
| Deadline to serve Requests to Admit. | July 10, 2026 | August 14, 2026 |
| Disclosure of party-opponent Experts under Fed. R. Civ. P. 26(a)(2). | July 23, 2026 | September 3, 2026 |
| Deadline for completing expert discovery. | August 12, 2026 | September 16, 2026 |
| Deadline for filing Summary Judgment, other dispositive, and/or *Daubert* motions. | September 15, 2026 | October 13, 2026 |
| Deadline for filing opposition to Summary Judgment, other dispositive, and/or *Daubert* motions. | October 29, 2026 | November 25, 2026 |
| Deadline for filing repl(ies) in support of Summary Judgment, other dispositive, and/or *Daubert* motions. | December 3, 2026 | December 23, 2026 |