**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | No. 1:23-cv-10669-AS<br>Hon. Arun Subramanian<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION,**
**APPOINTMENT AS CLASS REPRESENTATIVES, AND**
**APPOINTMENT OF CLASS COUNSEL**

**TO: THE CLERK OF COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lead Plaintiffs Macomb County Employees' Retirement System ("Macomb County ERS"), Macomb County Retiree Health Care Fund ("Macomb County RHC"), and Wayne County Employees' Retirement System ("Wayne County ERS," collectively with Macomb ERS and Macomb RHC, "Lead Plaintiffs" or the "Michigan Funds") hereby move this Court pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(g), for an order: (i) certifying this case as a class action; (ii) appointing Lead Plaintiff as Class Representative; and (iii) appointing Labaton Keller Sucharow LLP as Class Counsel.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Lead Plaintiffs submit the accompanying Memorandum of Law and Declaration of James T. Christie attaching: Exhibit A, the Expert Report of Matthew D. Cain, Ph.D., dated July 25, 2025, Exhibit B, the Declaration of Stephen Smigiel on behalf of Macomb County ERS, dated July 24, 2025, Exhibit C, the Declaration of Stephen Smigiel on behalf of Macomb County RHC, dated July 24, 2025, Exhibit D, the Declaration of Gerard Grysko on behalf of Wayne County ERS, dated July 24,

2025, and Exhibit E, the firm résumé of Lead Counsel Labaton Keller Sucharow LLP.  Lead

Plaintiffs also submit a proposed order granting the Motion.

Dated: February 12, 2026                    **LABATON KELLER SUCHAROW LLP**

                                            s/ *James T. Christie*
                                            Michael P. Canty
                                            James T. Christie
                                            Guillaume Buell
                                            Jacqueline R. Meyers
                                            140 Broadway
                                            New York, New York 10005
                                            Telephone: 212-907-0700
                                            Facsimile: 212-818-0477
                                            Email:  mcanty@labaton.com
                                                    jchristie@labaton.com
                                                    gbuell@labaton.com
                                                    jmeyers@labaton.com

                                            *Lead Counsel for Lead Plaintiffs the Michigan*
                                            *Funds and the Proposed Class*

                                            **VANOVERBEKE MICHAUD & TIMMONY**
                                            **P.C.**

                                            Thomas C. Michaud (*pro hac vice forthcoming*)
                                            79 Alfred Street
                                            Detroit, Michigan 48201
                                            Telephone: (313) 578-1200
                                            Facsimile: (313) 578-1201
                                            Email:   tmichaud@vmtlaw.com

                                            *Liaison Counsel for Lead Plaintiffs the Michigan*
                                            *Funds and the Proposed Class*