**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | Civil Action No. 1:23-cv-10669-AS<br><br>Hon. Arun Subramanian |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiffs Macomb County Employees' Retirement System, Macomb County Retiree Health Care Fund, and Wayne County Employees' Retirement System (collectively, "Lead Plaintiffs"), on behalf of themselves and the other members of the proposed Settlement Class, through court-appointed Lead Counsel Labaton Keller Sucharow LLP, hereby move this Court for an Order, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), and (e): (i) preliminarily approving the proposed Settlement of this securities class action; (ii) preliminarily certifying the Settlement Class and appointing Lead Plaintiffs as Class Representatives and Lead Counsel as Class Counsel, for purposes of the Settlement only; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class, including the procedures and deadlines for objecting, requesting exclusion, and submitting Claim Forms; (iii) scheduling a date for the final Settlement Hearing; and (vi) granting such other and further relief as the Court may deem fair and proper.

The motion is unopposed and Defendants The Estée Lauder Companies Inc., Fabrizio Freda and Tracey T. Travis support the relief requested.

This motion is based on the accompanying Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and the Declaration of Michael P. Canty, dated May 7, 2026 with annexed exhibits, filed herewith.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the Parties, with annexed exhibits, is also submitted herewith.

DATED: May 7, 2026                    Respectfully submitted,

                                       **LABATON KELLER SUCHAROW LLP**


                                        */s/ Michael P. Canty*

Michael P. Canty
James T. Christie
Jacqueline R. Meyers
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Email: mcanty@labaton.com
       jchristie@labaton.com
       jmeyers@labaton.com

*Lead Counsel for Lead Plaintiffs Macomb
County Employees' Retirement System,
Macomb County Retiree Health Care
Fund, Wayne County Employees'
Retirement System, and the Proposed
Class*

**VANOVERBEKE MICHAUD &
TIMMONY P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
Email:   tmichaud@vmtlaw.com

*Additional Counsel for Lead Plaintiffs
Macomb County Employees' Retirement
System, Macomb County Retiree Health
Care Fund, and Wayne County Employees'
Retirement System*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

<u>/s/ *Michael P. Canty*</u>
MICHAEL P. CANTY

3