UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION | 23-CV-10669 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On May 13, 2026, the Court entered an order granting preliminary approval of the parties' class action settlement. Dkt. 115. Given that preliminary approval, the pending motions to certify a class and to exclude expert opinions, Dkts. 106, 111, are DENIED WITHOUT PREJUDICE.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 106 and 111.

SO ORDERED.

Dated: July 13, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge