UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION

23-CV-10669 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On or before **August 19, 2026 at 5:00 pm ET**, Lead Counsel should submit a letter:

1. Explaining whether or not each of the individuals on the Lodestar Report, Dkt. 125-9, were employees of Lead Counsel during the period when they did work on this case. If they were outsourced personnel, then Lead Counsel should identify them and:
   a. Explain why they should be included in the lodestar analysis, as opposed to being considered an expense of litigation.
   b. Provide a lodestar analysis and expense total assuming that they would be included as an expense, not as part of the lodestar cross-check.
2. Explaining whether the expenses for which reimbursement is sought were actual out-of-pocket expenses or not. If not—for instance if the firm has a Westlaw account that charges on a monthly basis, but included expenses on a search-by-search billing model—Lead Counsel should provide the actual out-of-pocket expenses incurred in connection with the case.

SO ORDERED.

Dated: August 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge