UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION

23-CV-10669 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On or before **August 28, 2026 at 5:00 pm ET**, Lead Counsel should provide the Court with copies of their fee agreements with Lead Plaintiffs (for this case).

SO ORDERED.

Dated: August 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge