UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE THE ESTÉE LAUDER CO., INC. SECURITIES LITIGATION

23-CV-10669 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

"Reconsideration is an extraordinary remedy to be employed sparingly in the interests of finality and conservation of scarce judicial resources." *Just. v. Uncharted Labs, Inc.*, 2026 WL 2389240, at *1 (S.D.N.Y. Aug. 17, 2026) (cleaned up). It is "not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a 'second bite at the apple.'" *Id.* (quoting *Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012). "[R]econsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked—matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995).

Mr. Senderovic does not meet the stringent standards for reconsideration. He points to no "controlling decisions or data" that the Court has overlooked. *Id.* In particular, Mr. Senderovic offers no support for his allegation that "at 9:50 AM on February 2, 2023, the stock market had not yet fully digested or processed the massive fraud disclosure." Dkt. 142 at 2. The Court stands by its conclusion that Mr. Senderovic is not a class member because he has not shown that the loss that occurred after his purchase was attributable to the fraud alleged in this case.

In any event, the Court considered Mr. Senderovic's objections and found that they were without merit. (The Court reduced the proposed fee award, but not for the reasons suggested by Mr. Senderovic.) So the Court would have overruled the objection anyway and denied Mr. Senderovic's request for a service award.

The Court finds Mr. Senderovic's other arguments to be baseless. The motion for reconsideration, Dkt. 142, is therefore DENIED. The Clerk of Court is respectfully directed to terminate Dkt. 142.

SO ORDERED.

Dated: October 19, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge